**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Soo Line Railroad Company,

Plaintiff,

vs.

Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

---

**Civil No. 01-1628ADM/AJB**

**ORDER**

BASED UPON THE FOREGOING STIPULATION, the court hereby extends until October 9, 2001, the time in which the defendants in this action may answer or otherwise respond.

Dated: October 9th, 2001

BY THE COURT:

Honorable Arthur J. Boylan
Magistrate Judge
United States District Court

M1:797460.01

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Soo Line Railroad Company,

Plaintiff,

vs.

Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

**Civil No. 01-1628ADM/AJB**

**STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto, by and through their respective undersigned attorneys, that the court may enter an order in the form attached hereto extending the time for defendants to answer or otherwise respond to the Complaint until October 9, 2001.

Dated: September 26, 2001

LEONARD, STREET AND DEINARD, P.A.

I. Daniel Colton (#223116)
Christopher M. McGlincey (#269505)
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402
612-335-1500

Attorneys for Plaintiff

Dated: September 26, 2001

FAEGRE & BENSON LLP

Delmar R. Ehrich (#148660)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

Attorneys for Ashland, Inc.

Dated: September 27, 2001

MURNANE, CONLIN, WHITE & BRANDT

Katherine E. Becker #279146 for Michael S. Ryan

Michael S. Ryan #130643
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
651-227-9411

Attorneys for Murphy Oil USA, Inc.

M1:797451.01