UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

Civil File No. 01-1628 ADM/AJB

**STIPULATION TO EXTEND TIME TO ANSWER**

Plaintiff, Soo Line Railroad Company, and defendant Murphy Oil USA, Inc., by and through their undersigned counsel, hereby stipulate and agree that the time in which defendant Murphy Oil USA, Inc. may interpose an Answer or other response to the Complaint is extended to October 11, 2001.

Dated: October 9, 2001.

LEONARD, STREET AND DEINARD

By [signature]
Christopher M. McGlincey #269505
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Dated: 10-9, 2001.

MURNANE, CONLIN, WHITE AND BRANDT
Professional Association

By [signature: Katherine E. Becker]
Michael S. Ryan, #130643
Katherine E. Becker #279146
Attorneys for Defendant Murphy Oil USA, Inc.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

10/10/01 So Ordered. [signature]
U S Magistrate Judge

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc., a Kentucky corporation,
and Murphy Oil USA, Inc., f/k/a
Murphy Corporation, a Delaware
corporation,

Defendants.

Civil File No. 01-1628 ADM/AJB

**STIPULATION TO EXTEND TIME TO ANSWER**

---

Plaintiff, Soo Line Railroad Company, and defendant Murphy Oil USA, Inc., by and through their undersigned counsel, hereby stipulate and agree that the time in which defendant Murphy Oil USA, Inc. may interpose an Answer or other response to the Complaint is extended to October 11, 2001.

Dated: ________________, 2001.

LEONARD, STREET AND DEINARD

By________________________________
Christopher M. McGlincey #________
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Dated: 10-9, 2001.

MURNANE, CONLIN, WHITE AND BRANDT
Professional Association

By Katherine E. Becker
Michael S. Ryan, #130643
Katherine E. Becker #279146
Attorneys for Defendant Murphy Oil USA, Inc.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411