UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOO LINE RAILROAD COMPANY,

Plaintiff,

v.

ASHLAND, INC., ET AL.,

Defendants.

Civil No. 01-1628 ADM/AJB

NOTICE OF HEARING

You are hereby given notice that the Rule 16 Pretrial Conference for the above-referenced case will be held on November 20, 2001, at **8:45 a.m.**, in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The conference was previously scheduled for 9:15 a.m. the same date.

Dated: 11/6/01

Arthur J. Boylan
United States Magistrate Judge

Filed NOV 07 2001
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________