**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SOO LINE RAILROAD COMPANY,

Plaintiff,

v.

ASHLAND, INC. ET AL.,

Defendants.

Civil No. 01-1628 ADM/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by December 7, 2003.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 2, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before April 15, 2003.

   b. By Defendant(s) on or before August 15, 2003.

4. Rebuttal Reports shall be disclosed on or before December 7, 2003

5. No more than 100 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

FILED NOV 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by September 5, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 7, 2004.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by May 1, 2004. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on July 1, 2004, or upon resolution of any pending dispositive motions. Anticipated length of trial is 4 weeks.

Experts

In the Rule 26(f) report, each party revealed that it expected to call approximately 12 expert witnesses (for a total of 36). After the Rule 16 conference, the attorneys agreed that each side would take no more than 8 expert depositions (for a total of 16). The parties are aware that the Court is concerned about the number of experts being proposed for use at trial. Obviously effective litigation management requires the exercise of reasonable judicial control over the use of experts. While the Court is cognizant that early and full disclosure of expert evidence can have an impact on efforts to define and narrow the issues during the period of discovery, it is concerned about issues of trial management. Therefore the Court orders as follows:

1. The parties are directed to meet and confer regarding the extent to which proposed expert witness testimony will be necessary and appropriate with a view towards limiting the number of experts at trial. The parties shall consider whether particular experts may offer opinions on more than one discrete subject.

2. The parties shall meet and confer in reference to allocation of expert witness fees associated with the taking of testifying witness' depositions.

3. The parties shall file a report of their meeting with the Court on or before January 15, 2002. In their report, the parties shall list the subjects which they anticipate experts will be testifying and shall state whether a particular expert(s) could provide testimony on more than one of the listed subjects, identifying those subjects in which this could occur. To the extend that the parties continue to have a disagreement as to the manner in which fees associated with the taking of expert witnesses' depositions shall be divided, the parties shall also file separate briefs, not to exceed 3 pages in length containing points and authority in support of their proposal for allocation of said fees.

Dated: 11/21/01

Arthur J. Boylan
United States Magistrate Judge