UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Soo Line Railroad Company, a Minnesota corporation.

Plaintiff,

vs.

Ashland Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a/ Murphy Corporation a Delaware corporation,

Defendants.

Ct. File No.: 01-1628ADM/AJB

**ORDER**

---

BASED UPON THE FOREGOING STIPULATION, the Court hereby extends until thirty (30) days after the date of service of defendant Ashland, Inc.'s Amended Answer, Counterclaim and Cross-Claim the time in which plaintiff Soo Line Railroad Company shall have to answer or otherwise respond.

Dated: September 13, 2002

BY THE COURT:

Honorable Arthur J. Boylan
Magistrate Judge
United States District Court

FILED SEP 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2255278v1

**EXHIBIT B**