UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Civil No. 01-1628 (ADM/AJB)

Plaintiff,

vs.

**ORDER**

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

The above entitled matter was considered by the undersigned upon Plaintiff Soo Line's Motion for Extension of Time to Respond to Defendants' Two Motions to Compel Discovery.

Based upon the files, records and proceedings herein,

IT IS HEREBY ORDERED

1. Plaintiff Soo Line is granted a two-week extension and shall serve and file documents responsive to defendants' two motions to compel discovery on or before November 25, 2002; and

2. Consistent with the extension of time granted Plaintiff herein, the hearing on Defendants' motions to compel discovery, currently scheduled for November 18, shall be postponed to such later date as may be determined to be convenient for the court and the parties.

Dated: 11/7/02

United States Magistrate Judge

NOV 0 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2278426v1

** TOTAL PAGE.23 **