UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

Civil No. 01-1628(ADM/AJB)

**STIPULATION AND ORDER TO EXTEND TIME FOR ASHLAND INC. TO PROVIDE "SIMILAR FACILITIES" ANSWERS TO INTERROGATORIES**

Plaintiff Soo Line Railroad Company ("Soo Line") and Defendant Ashland, Inc. ("Ashland") hereby stipulate and agree as follows:

WHEREAS, by Order dated February 6, 2003 (the "Order"), the Court has granted Soo Line's motion to compel discovery and set deadlines for Ashland's responses as follows: (a) interrogatories to be answered and served by February 27, 2003, and (b) documents subject to the Order to be produced by March 14, 2003;

WHEREAS, the parties are actively negotiating a proposed stipulation and order to extend these deadlines and provide a reasonable process for Ashland to comply with the Order; and

WHEREAS, the parties informed the Court by telephone message on February 27, 2003, and by telephonic conference on March 3, 2003, that these negotiations were underway and required additional time,

MAR 0 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOW, THEREFORE,** Soo Line and Ashland, through their undersigned counsel hereby agree to extend the deadline for Ashland to provide Supplemental Answers to Plaintiff's First Set of Interrogatories to March 7, 2003.

Dated: 3/4, 2003

James G. Bullard (#123249)
Ilsiey Daniel Colton (#223116)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657

ATTORNEYS FOR PLAINTIFF SOO LINE RAILROAD COMPANY

Dated: 3/4, 2003

Delmar R. Ehrich (#148660)
Eric E. Jorstad (#216987)
Christin Eaton Garcia (#228795)

FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600

ATTORNEYS FOR DEFENDANT ASHLAND INC.

**ORDER**

The above Stipulation is hereby approved, and IT IS SO ORDERED.

Dated: 3/5, 2003

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

M2:20526400.01