UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

Civil No. 01-1628(ADM/AJB)

**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR ASHLAND INC. TO COMPLY WITH THE ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY DATED FEBRUARY 6, 2003**

Plaintiff Soo Line Railroad Company ("Soo Line") and Defendant Ashland, Inc. ("Ashland") hereby stipulate and agree to amend the Stipulation and Order to Extend Time for Ashland Inc. to Comply with the Order on Plaintiff's Motion to Compel Discovery Dated February 6, 2003 ("Stipulation and Order") by adding the following 11 paragraphs ("Amendment"):

5. Ashland represents that despite reasonable and diligent efforts to fully comply with the deadlines for production in the Stipulation and Order, certain documents responsive to paragraph 3 were not produced by the September 15, 2003 deadline set forth in subparagraph 3(c)(v) of the Stipulation and Order. Ashland shall produce these certain documents according to the production schedule provided in this Amendment.

6. Except as to the six-month delay in the September 15, 2003 deadline for the production of the "response action information" expressly identified in this Amendment, Ashland agrees that, by entering into this Amendment, all of Soo Line's rights and Ashland's

2397677v6

NOV 07 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

obligations under the Stipulation and Order remain in full force and effect and are not waived and/or nullified.

7. General Production Logistics. The following provisions will, without exception, apply to the production of all documents under this Amendment to the Stipulation and Order. Soo Line's agreement to the six-month delay in the September 15, 2003 deadline in the Stipulation and Order and its agreement to extend all dates in the *Stipulation and Order Extending Deadlines Set in the Initial Pretrial Scheduling Order Dated November 21, 2001* by just six months is based on Ashland's agreement to strictly comply with the following provisions, or if it cannot, to apply to the Court for such extension as Ashland deems necessary.

(a) No less than eight (8) business days before each of the respective scheduled production dates set forth in this Amendment to the Stipulation and Order, Ashland shall provide Soo Line with the following information in writing:

i. the "net" number of boxes of documents available for review;

ii. the address where the documents will be made available;

(b) Whenever the documents are produced at an Ashland and/or URS office, Soo Line's review teams will be provided no less than a full business day (i.e., not less than 10 hours each business day) to review the documents produced. If the documents are produced in an IKON office, this limit does not apply because IKON offices are open 24 hours a day.

(c) Soo Line will notify Ashland in writing when it has completed its review of a scheduled production. Soo Line shall receive in its offices a complete set of all documents it has selected for photocopying as soon as the copied documents are

available from IKON, but no later than two (2) weeks after the date Ashland receives Soo Line's notice under this subparagraph (c).

(d) Rather then sending a review team to a scheduled production, Soo Line may request in writing that Ashland photocopy a complete set of all the documents scheduled to be produced, or a subset thereof. In this event, Soo Line will receive a complete set of the documents scheduled to be produced (or subset, if so expressly requested by Soo Line) following the scheduled production date referenced by Soo Line's written request, as soon as the copied documents are available from IKON, but no later than two (2) weeks after the date Ashland receives Soo Line's written request under this subparagraph (d).

8. Remaining URS Consultant Documents.

Ashland shall produce all responsive documents located at URS offices pursuant to the following six scheduled productions:

a. Santa Ana, on or before October 6, 2003;

b. Chicago, on or before October 13, 2003;

c. Minneapolis, on or before October 15, 2003, with responsive documents for Menasha and Milwaukee also being produced in Minneapolis;

d. Wayne, New Jersey, on or before October 20, 2003;

e. Dallas, on or before November 17, 2003 (this production will also include responsive documents from Ashland's Garland-Dallas IC&S facility); the documents will be produced at the IKON office located at 12005 Ford Road, Suite 300, Dallas, Texas, 75234;

f. Overland Park, on or before October 6, 2003.

9. IC&S Facility Documents (i.e., "Remote Facilities").

Ashland shall produce all responsive documents located at its IC&S Facilities (i.e, the "remote" facility documents) at the IKON office in Columbus Ohio, located at 106 North High Street, Suite 100-B, Columbus, OH 43215, pursuant to the following scheduled productions:

. (a) Knoxville, Southbend, Akron, Willow Springs, and Jackson IC&S Facilities, on or before November 3, 2003.

(b) Columbus, Freedom, Tampa, and Kansas City IC&S Facilities, on or before November 24, 2003.

(c) St. Louis, Miami, Charlotte, Clearfield, Savannah, Memphis, Mobile, and Buffalo IC&S Facilities, on or before December 15, 2003.

(d) Binghamton, Indianapolis, Menasha, Birmingham, Dayton, Boston-Tewksbury IC&S Facilities on or before January 12, 2004.

(e) All remaining IC&S Facilities, if any, on or before January 12, 2004.

10. Non-URS Consultant Documents.

Ashland shall produce all responsive non-URS consultant documents on or before December 1, 2003, along with a list of all non-URS consultants used by Ashland. The documents will be produced at the IKON office in Columbus Ohio, located at 106 North High Street, Suite 100-B, Columbus, OH 43215.

11. Non-EHS Ashland Documents.

Ashland shall produce all responsive non-EHS Ashland documents on or before November 3, 2003. The documents will be produced at the IKON office in Columbus Ohio, located at 106 North High Street, Suite 100-B, Columbus, OH 43215.

12. Electronic Documents.

Ashland shall produce and deliver to Soo Line a draft e-discovery plan in connection with all electronic documents covered by the Court's February 6 Order by November 7, 2003. This e-discovery plan shall include, but not be limited to, an explanation and breakdown of the scope, categories and/or types, and estimated numbers of e-documents responsive to the Court's February 6 Order, a process for searching, identifying, and retrieving such responsive documents (including search terms), a schedule for production, and the form in which such documents shall be produced (e.g., hardcopy and/or e-file). The parties shall meet to discuss issues raised by the draft e-discovery plan. If a mutually agreed upon e-discovery plan, including the interim deadline for completion of electronic document production, is not finalized by November 21, 2003, the parties shall promptly seek Court assistance for purposes of resolving the outstanding issues.

13. Privilege Logs.

(a) With respect to the May and June, 2003, Dublin EH&S document productions, Ashland shall produce a full and complete privilege log on or before September 30, 2003.

(b) For each separate scheduled production provided for within the Stipulation and Order and/or this Amendment, Ashland shall produce a privilege log of all withheld documents within 30 days of the scheduled production date (e.g., a privilege log relating to all e-documents withheld from the URS Chicago October 13, 2003, production will be provided to Soo Line by no later than November 13, 2003).

14. "Response Action" Definition.

14. "Response Action" Definition.

On or before November 7, 2003, Ashland will provide Soo Line with a written explanation of its interpretation of the meaning and scope of the term "Response Action" as this term is defined by Soo Line in its first set of written discovery against Ashland. This written explanation will, among other things, respond to Soo Line's letter to Ashland, dated June 6, 2003.

15. March 15, 2004 Deadline

Ashland shall have produced all documents relating to this Amendment by no later than March 15, 2004. If Ashland is unable to meet this deadline, Ashland shall apply to the Court for an extension of the deadline. Soo Lines does not hereby waive any right to object to such request for extension.

Dated: November 3, 2003

James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657

ATTORNEYS FOR PLAINTIFF SOO LINE RAILROAD COMPANY

Dated: November 3, 2003

[signature]

Delmar R. Ehrich (#148660)
Eric E. Jorstad (#216987)
Christin Eaton Garcia (#228795)

FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600

ATTORNEYS FOR DEFENDANT
ASHLAND INC.

**ORDER**

The above Amended Stipulation is hereby approved, and **IT IS SO ORDERED**.

BY THE COURT:

Dated: 11/7, 2003

Arthur J. Boylan
United States Magistrate Judge

M1:1044405.02