UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Civil No. 01-1628 (ADM/AJB)

**SECOND AMENDED STIPULATION AND ORDER EXTENDING DEADLINES SET IN THE INITIAL PRETRIAL SCHEDULING ORDER DATED NOVEMBER 21, 2001**

**WHEREAS,** by Order dated February 6, 2003 ("Order"), the Court granted Soo Line's motion to compel discovery against Ashland regarding similar facility information and set a deadline of March 14, 2003 for Ashland to produce all similar facility documents subject to the Order;

**WHEREAS,** Soo Line and Ashland thereupon agreed to, and the Court approved, a phased production of the responsive documents over a five-month period starting on May 19, 2003 and ending on September 15, 2003, which agreement was incorporated into the *Stipulation and Order to Extend Time for Ashland, Inc. to Comply With the Order on Plaintiff's Motion To Compel Discovery Dated February 6, 2003* ("Stipulation/Order") as filed by the Court on March 11, 2003;

**WHEREAS**, the Stipulation/Order expressly provides that Ashland will not object to Soo Line's seeking an extension of the discovery schedule in the event Ashland is unable to meet the six-month production schedule set forth in the Stipulation/Order;

NOV 07 2003

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

**WHEREAS**, as of September 15, 2003, Ashland had not yet been able to produce all of its responsive documents;

**WHEREAS**, Soo Line and Ashland have negotiated an *Amended Stipulation and Order to Extend Time for Ashland, Inc. to Comply With the Order on Plaintiff's Motion to Compel Discovery Dated February 6, 2003* ("Amended Stipulation/Order"), which amendment gives Ashland an additional six months (to March 15, 2004) to complete the production of all documents responsive to the Court's February 6, 2003 Order;

**WHEREAS**, the additional six month delay granted to Ashland under the *Amended Stipulation/Order* means that Soo Line, despite reasonable and diligent efforts, will be unable to comply with the *Stipulation and Order Extending Deadlines Set In the Initial Pretrial Order Dated November 21, 2001 ("Amended Pretrial Scheduling Order")* without substantially prejudicing its ability to prepare its case against Ashland, given the complexity and size of this matter, and given Soo Line's need to undertake follow up discovery against Ashland once it has had an opportunity to analyze the similar facility documents which now will not be produced in full until Ashland's final production deadline date of March 15, 2004;

**WHEREAS,** this amendment extends each date in the *Amended Pretrial Scheduling Order* by seven months, which the parties agree is the minimum time necessary to allow Soo Line to prepare its case against the defendants;

**WHEREAS,** all other agreements, acknowledgments, conditions, and stipulations expressed in the *Amended Pretrial Scheduling Order* remain in full force and effect;

**NOW, THEREFORE,** it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that the *Amended Pretrial Scheduling Order* shall be amended to provide as follows:

1. Discovery shall be completed by January 15, 2007.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

i. By Plaintiff on or before June 16, 2005.

ii. By Defendants on or before April 1, 2006.

3. Plaintiff's rebuttal reports shall be disclosed on or before October 1, 2006.

4. Defendants' surrebuttal expert reports shall be disclosed on or before December 1, 2006.

5. All non-dispositive motions (other than those which seek to amend the pleadings or add a party) and supporting documents, including those which relate to discovery, shall be served and filed by February 15, 2007.

6. All dispositive motions shall be served and filed by the parties by May 1, 2007.

7. This case shall be ready for a jury trial on July 15, 2007, or upon resolution of any pending dispositive motions.

Dated: November 3, 2003

James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657

**ATTORNEYS FOR PLAINTIFF**
**SOO LINE RAILROAD COMPANY**

Dated: November 3, 2003

Delmar R. Ehrich (#148660)
Eric E. Jorstad (#216987)
Christin Eaton Garcia (#228795)

**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

Dated: November 3, 2003

Michael S. Ryan (#130643)

**MURNANE, CONLIN, WHITE & BRANDT**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: 651-227-9411
Facsimile: 651-223-5199

**ATTORNEYS FOR DEFENDANT MURPHY OIL**

## ORDER

For good cause shown, the above Stipulation is hereby approved, and the Pre-Trial Scheduling Order dated November 21, 2001, is hereby amended accordingly.

BY THE COURT:

Dated: ______________

Arthur J. Boylan
United States Magistrate Judge

M2:20572325.02

Dated: November 3, 2003

______________________________
Delmar R. Ehrich (#148660)
Eric E. Jorstad (#216987)
Christin Eaton Garcia (#228795)

**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

Dated: November 3, 2003

______________________________
Michael S. Ryan (#130643)

**MURNANE, CONLIN, WHITE & BRANDT**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: 651-227-9411
Facsimile: 651-223-5199

**ATTORNEYS FOR DEFENDANT MURPHY OIL**

**ORDER**

For good cause shown, the above Stipulation is hereby approved, and the Pre-Trial Scheduling Order dated November 21, 2001, is hereby amended accordingly.

BY THE COURT:

Dated: 11/7/03

______________________________
Arthur J. Boylan
United States Magistrate Judge

M2:20572325.02

2396912v1

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.