UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation,

Defendants.

Civil No. 01-1628(ADM/AJB)

**SECOND AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR ASHLAND INC. TO COMPLY WITH THE ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY DATED FEBRUARY 6, 2003**

Plaintiff Soo Line Railroad Company ("Soo Line") and Defendant Ashland, Inc. ("Ashland") hereby stipulate and agree to amend the *Amended Stipulation and Order to Extend Time for Ashland Inc. to Comply with the Order on Plaintiff's Motion to Compel Discovery Dated February 6, 2003* ("Amended Stipulation and Order") by adding the following 8 paragraphs ("Second Amendment"):

16. Ashland represents that despite reasonable and diligent efforts to fully comply with the deadlines for production in the Amended Stipulation and Order, certain electronic documents and privilege logs responsive to paragraphs 12 and 13 ("Remaining Response Action Documents"), respectively, were not produced by the March 15, 2004 deadline set forth in paragraph 15 of the Amended Stipulation and Order.

17. Based upon the representation in paragraph 16, Ashland requests a three-month extension to comply with paragraphs 12 and 13 in the Amended Stipulation and Order. Furthermore, Ashland has raised considerations as to the reasonableness of or need for a subset of the Remaining Response Action Documents relating specifically to the electronic files of



SCANNED
JUN 18 2004
MC
U.S. DISTRICT COURT ST. PAUL

URS, one of its consultants. In this regard, and without the need for application to the Court by the parties for reconsideration of the terms and conditions of the provisional letter agreement between Soo Line and Ashland, Soo Line agreed that Ashland need not produce this specific subset of URS electronic documents. Other than this specific subset of URS electronic documents that the parties have provisionally agreed by letter to except from production (which provisional letter agreement however does not amend the scope of paragraphs 12 and 13 in the Amended Stipulation and Order), Ashland shall produce the Remaining Response Action Documents on or before June 15, 2004.

18. In order to make the three month extension in the deadline to produce the Remaining Response Action documents workable for Soo Line, Ashland is willing to allow a concomitant three-month extension to the June 16, 2005 deadline for Soo Line's own disclosure of 26(a)(2) expert witnesses and related documents set forth in paragraph 2.i. of the *Second Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Scheduling Order Dated November 21, 2001* ("Second Amended Scheduling Order"), dated November 8, 2003. Soo Line's expert disclosure deadline set forth in the Second Amended Scheduling Order would be extended from June 16, 2005 to September 16, 2005.

19. Soo Line agrees to allow Ashland the three month-extension it requests for the production of the Remaining Response Action Documents as set forth in paragraphs 21 and 22 below, provided the attached draft *Third Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Scheduling Order Dated November 21, 2002*, is approved by the Court.

20. Except as to the three-month extension in the March 15, 2004 deadline for the production of the Remaining Response Action Documents expressly identified in this Second Amendment, Ashland agrees that, by entering into this Second Amendment, all of Soo Line's

rights and Ashland's obligations under the Stipulation and Order remain in full force and effect and are not waived and/or nullified.

21. Electronic Documents. In the absence of any further agreement among the parties, or further application to the Court, Ashland shall produce all Remaining Response Action Documents on or before June 15, 2004, pursuant to the following rolling production schedule:

(a) All Remaining Response Action Documents that Ashland has reviewed for privilege by May 10, 2004 shall be produced by May 15, 2004

(b) All Remaining Response Action Documents shall be produced by June 15, 2004.

22. Privilege Logs.

(a) Except for the privilege logs relating to the electronic documents which are the subject of paragraph 21 above, Ashland shall produce all privilege logs relating to the Response Action documents that are the subject of the Stipulation and Order and the Amended Stipulation and Order on or before May 1, 2004.

(b) For each separate scheduled production of electronic documents which are the subject of paragraph 21, Ashland shall produce a privilege log of all withheld documents within 30 days of the scheduled production date (e.g., all privilege logs relating to electronic documents will be provided to Soo Line by no later than July 15, 2004).

23. June 15, 2004 Deadline

In the absence of any further agreement among the parties, or further application to the Court, Ashland shall have produced all documents relating to this Second Amendment by no later than June 15, 2004. If Ashland is unable to meet this deadline, Ashland shall apply to

the Court for an extension of the deadline. Soo Lines does not hereby waive any right to object to such request for extension.

Dated: June 16, 2004

James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657

ATTORNEYS FOR PLAINTIFF SOO LINE RAILROAD COMPANY

Dated: June 14, 2004

Larry D. Espel (#27595)

Greene Espel, PLLP
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 373-0830
Fax: (612) 373-0929

ATTORNEYS FOR DEFENDANT
ASHLAND INC.

**ORDER**

The above Amended Stipulation is hereby approved, and **IT IS SO ORDERED**.

BY THE COURT:

Dated: 6/18, 2004

Arthur J. Boylan
United States Magistrate Judge

M1:1044405.02

# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

June 17, 2004

***Ilsley Daniel Colton***
*612-335-1836*
*daniel.colton@leonard.com*

**VIA U.S. MAIL**

The Honorable Arthur J. Boylan
United States Magistrate Judge
Warren E. Burger Federal Building
316 North Robert Street, Room 638
St. Paul, MN 55101

**Re: Soo Line Railroad Company v. Ashland Inc., et al.**
**Civil Action No. 01-1628 (ADM/AJB)**

Dear Magistrate Judge Boylan:

Enclosed please find the executed Second Amended Stipulation and Order to Extend Time For Ashland Inc. to Comply With The Order on Plaintiff's Motion to Compel Discovery Dated February 6, 2003. Thank you for your consideration of this matter.

Sincerely,

LEONARD, STREET AND DEINARD

Ilsley Daniel Colton

IDC/ajp

Enclosure

cc: Larry D. Espel, Esq.
Michael S. Ryan, Esq.