UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Civil No. 01-1628 (ADM/AJB)

**THIRD AMENDED STIPULATION AND ORDER EXTENDING DEADLINES SET IN THE INITIAL PRETRIAL SCHEDULING ORDER DATED NOVEMBER 21, 2001**

**WHEREAS,** by Order dated February 6, 2003 ("Order"), the Court granted Soo Line's motion to compel discovery against Ashland regarding similar facility information and set a deadline of March 14, 2003 for Ashland to produce all similar facility documents subject to the Order;

**WHEREAS,** Soo Line and Ashland thereupon agreed to, and the Court approved, a phased production of the responsive documents over a five-month period starting on May 19, 2003 and ending on September 15, 2003, which agreement was incorporated into the *Stipulation and Order to Extend Time for Ashland, Inc. to Comply With the Order on Plaintiff's Motion To Compel Discovery Dated February 6, 2003* ("Stipulation/Order") as approved by the Court on March 11, 2003;

**WHEREAS**, the Stipulation/Order expressly provides that Ashland will not object to Soo Line's seeking an extension of the discovery schedule in the event Ashland is unable to meet the six-month production schedule set forth in the Stipulation/Order;

2476485v1

SCANNED
JUN 18 2004
U.S. DISTRICT COURT ST. PAUL

**WHEREAS**, as of April 15, 2004, Ashland had not yet been able to produce all of its responsive documents;

**WHEREAS**, Soo Line and Ashland have negotiated a *Second Amended Stipulation and Order to Extend Time for Ashland, Inc. to Comply With the Order on Plaintiff's Motion to Compel Discovery Dated February 6, 2003* ("Second Amended Stipulation/Order"), which amendment gives Ashland an additional three months (to June 15, 2004) to complete the production of all documents responsive to the Court's February 6, 2003 Order;

**WHEREAS**, the additional three-month extension granted to Ashland under the *Second Amended Stipulation/Order* means that Soo Line, despite reasonable and diligent efforts, will be unable to comply with the *Second Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Order Dated November 21, 2001 ("Second Amended Pretrial Scheduling Order")* without substantially prejudicing its ability to prepare its case against Ashland, given the complexity and size of this matter, and given Soo Line's need to undertake follow-up discovery against Ashland once it has had an opportunity to analyze the similar facility documents which now will not be produced in full until Ashland's final production deadline date of June 15, 2004;

**WHEREAS,** this amendment extends Soo Line's expert witness disclosure date in the *Second Amended Pretrial Scheduling Order* by three months (without extending the trial ready date or any other deadlines, including defendants' expert witness disclosure dates), which the parties agree is the minimum time necessary to allow Soo Line to prepare its case against defendants;

**WHEREAS,** all other terms of the *Second Amended Pretrial Scheduling Order* remain in full force and effect;

**NOW, THEREFORE,** it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that the *Second Amended Pretrial Scheduling Order* shall be amended to provide as follows:

First, Paragraph 2 of the *Second Amended Pretrial Scheduling Order* shall be modified to provide as follows:

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

i. By Plaintiff on or before September 16, 2005.

ii. By Defendants on or before April 1, 2006.

Second, all other terms of the *Second Amended Pretrial Scheduling Order* shall remain in full force and effect.

Dated: June 9, 2004

James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657

**ATTORNEYS FOR PLAINTIFF**
**SOO LINE RAILROAD COMPANY**

Dated: June __, 2004

______________________________
Larry D. Espel (#________)

GREEN ESPEL
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402-1415
Tel: (612) 373-0830
Fax: (612) 373-0929

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

Dated: June 15, 2004

Michael S. Ryan (#130643)

**MURNANE, CONLIN, WHITE & BRANDT**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: 651-227-9411
Facsimile: 651-223-5199

**ATTORNEYS FOR DEFENDANT MURPHY OIL**

**ORDER**

For good cause shown, the above Stipulation is hereby approved, and the *Second Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Order Dated November 21, 2001*, is hereby amended accordingly.

BY THE COURT:

Dated: 6/18/04

Arthur J. Boylan
United States Magistrate Judge

M2:20572325.02

2476485v1

Dated: June 16, 2004

Larry D. Espel (# 27595 )

GREENE ESPEL PLLP
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402-1415
Tel: (612) 373-0830
Fax: (612) 373-0929

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

Dated: June __, 2004

Michael S. Ryan (#130643)

MURNANE, CONLIN, WHITE & BRANDT
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: 651-227-9411
Facsimile: 651-223-5199

**ATTORNEYS FOR DEFENDANT MURPHY OIL**

**ORDER**

For good cause shown, the above Stipulation is hereby approved, and the *Second Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Order Dated November 21, 2001*, is hereby amended accordingly.

BY THE COURT:

Dated: 6/18/04

Arthur J. Boylan
United States Magistrate Judge

M2:20572325.02

# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

June 17, 2004

***Ilsley Daniel Colton***
*612-335-1836*
*daniel.colton@leonard.com*

**<u>VIA U.S. MAIL</u>**

The Honorable Arthur J. Boylan
United States Magistrate Judge
Warren E. Burger Federal Building
316 North Robert Street, Room 638
St. Paul, MN 55101

**Re: Soo Line Railroad Company v. Ashland Inc., et al.**
**<u>Civil Action No. 01-1628 (ADM/AJB)</u>**

Dear Magistrate Judge Boylan:

Enclosed please find the executed Third Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Scheduling Order Dated November 21, 2001. Thank you for your consideration of this matter.

Sincerely,

LEONARD, STREET AND DEINARD

Ilsley Daniel Colton

IDC/ajp

Enclosure

cc: Larry D. Espel, Esq.
Michael S. Ryan, Esq.