UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Civil No. 01-1628 (ADM/AJB)

**FOURTH AMENDED STIPULATION AND ORDER EXTENDING DEADLINES SET IN THE INITIAL PRETRIAL SCHEDULING ORDER DATED NOVEMBER 21, 2001**

**WHEREAS,** the parties are undertaking efforts to try and settle this action;

**WHEREAS,** the parties believe that in order to increase the likelihood that the action can be settled before expert reports are produced and fact discovery is closed, the parties must focus the majority of their time and effort over a period of several months on settlement instead of discovery, and settlement has, in fact, been their focus in October and November 2004;

**WHEREAS**, the parties agree that if they focus a majority of their time and effort on settlement over a period of several months, but are unable to settle the action by approximately the end of January 2005, despite reasonable and diligent efforts, they will be unable to comply with the *Third Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Order Dated November 21, 2001 ("Third Amended Pretrial Scheduling Order"),* and produce their expert reports on schedule, without substantially prejudicing their ability to prepare their respective cases;

**WHEREAS,** for the reasons noted, this amendment would extend the expert witness disclosure deadlines in the *Third Amended Pretrial Scheduling Order* (but without extending the

motion deadlines or the trial ready date), which the parties agree is necessary in the event that the parties are unable to settle the case and must instead return to discovery in approximately February 2005; and

**WHEREAS,** the parties agree that the motion deadlines and trial ready date of the *Third Amended Pretrial Scheduling Order* should remain in full force and effect;

**NOW, THEREFORE,** it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that the *Third Amended Pretrial Scheduling Order* should be amended to provide as follows:

First, paragraphs 1 – 4 of *Third Amended Pretrial Scheduling Order* shall be modified to as follows:

1. Discovery shall be completed by January 15, 2007, with the following exception:

i. Plaintiff may pursue discovery for matters first addressed in Defendants' surrebuttal expert reports through January 31, 2007.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

i. By Plaintiff on or before February 1, 2006.

ii. By Defendants on or before June 30, 2006.

3. Plaintiff's rebuttal reports shall be disclosed on or before December 1, 2006.

4. Defendants' surrebuttal expert reports shall be disclosed on or before January 10, 2007.

Second, paragraphs 5 – 7 of the *Third Amended Scheduling Order* shall remain unchanged, and the motion deadlines and trial ready date there set out shall remain in full force and effect.

Dated: December 13, 2004

**s/ James G. Bullard**
James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Tel: (612) 335-1500

**ATTORNEYS FOR PLAINTIFF SOO LINE RAILROAD COMPANY**

Dated: December 13, 2004

**s/ Larry D. Espel**
Larry D. Espel (#27595)

**GREEN ESPEL, P.L.L.P.**
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402-1415
Tel: (612) 373-0830

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

Dated: December 13, 2004

**s/ Michael S. Ryan**
Michael S. Ryan (#130643)

**MURNANE, CONLIN, WHITE & BRANDT**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel: (651) 227-9411

**ATTORNEYS FOR DEFENDANT MURPHY OIL**