UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Civil No. 01-1628 (ADM/AJB)

**ORDER EXTENDING DEADLINES SET IN THE INITIAL PRETRIAL SCHEDULING ORDER DATED NOVEMBER 21, 2001**

**ORDER**

For good cause shown, the above Stipulation is hereby approved, and the *Third Amended Stipulation and Order Extending Deadlines Set in the Initial Pretrial Order Dated November 21, 2001*, is hereby amended accordingly.

BY THE COURT:

Dated: December 20, 2004

__s/ Arthur J. Boylan______________
Arthur J. Boylan
United States Magistrate Judge