IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Soo Line Railroad Company, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Ashland Inc., a Kentucky corporation, and Murphy Oil USA, Inc. f/k/a Murphy Corporation, a Delaware corporation,<br><br>Defendant. | Case No. CV 01-1628 ADM/AJB<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TO: Plaintiff Soo Line Railroad Company, and its attorneys, James G. Bullard and Ilsley Daniel Colton, Leonard, Street and Deinard, P.A., 150 South Fifth Street, Minneapolis, MN 55402.

Defendant Murphy Oil USA, Inc. and its attorneys, Michael Ryan and Edward Beckmann, Murnane, Conlin, White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55101.

**PLEASE TAKE NOTICE** that Defendant Ashland Inc. ("Ashland") hereby moves the Court for an order granting Partial Summary Judgment dismissing Counts One through Three and Five through Fourteen of the Amended Complaint for the reasons set forth in the Memorandum of Law in Support of Ashland's Motion for Partial Summary Judgment. Oral argument on this motion will be heard on Wednesday, May 10, 2005, at 9:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Ann D. Montgomery, Courtroom 13W, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. This Motion is based upon the Memorandum of Law in Support of Ashland's Motion for Partial Summary Judgment, Affidavit of Laura M. O'Donnell, accompanying evidence filed pursuant to Local

Rule 7.1, argument to be presented at or before the hearing, and all of the files, records and proceedings herein.

Dated: March 25, 2005

**GREENE ESPEL, P.L.L.P.**

By s/ William P. Hefner____________________
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830

**CHILTON YAMBERT PORTER**
**& YOUNG, LLP**
Larry J. Chilton, IL Reg. No. 6185236
Joseph Vallort, IL Reg. No. 6209211
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 460-8000

Attorneys for Defendant Ashland Inc.