# EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | Copy of lease between Minneapolis, St. Paul and Sault Ste. Marie Railroad Company and Rocket Products Company dated May 26, 1958 |
| Exhibit 2 | Copy of lease between Soo Line Railroad Company and Rocket Products, Inc. dated August 1, 1964 |
| Exhibit 3 | Minneapolis Fire Department "Permit to Install and Maintain Gasoline Filling Station, Bulk Storage Plant, or Gasoline Storage Installation for Private Use for Rocket Products dated December 12, 1960 |
| Exhibit 4 | Transcript excerpts from deposition taken of former Rocket Products President Neal Armstrong on July 8, 1982 and February 24, 1983 |
| Exhibit 5 | Transcript excerpts from David Hargraves deposition testimony taken on December 15, 1983 |
| Exhibit 6 | Transcript excerpts from Marshall Sher deposition taken on April 10, 2003 |
| Exhibit 7 | Copy of lease between Ashland and Soo Line dated March 1, 1973 |
| Exhibit 8 | Memorandum to J. M. Baggs from J. F. Welch regarding Rocket Products, Minneapolis dated April 19, 1973 |
| Exhibit 9 | Memorandum to H. T. Skaggs from Marshall Sher regarding Rocket Products, Minneapolis dated May 18, 1973 |
| Exhibit 10 | Memorandum to Rowland Pagan from Marshall Sher regarding Rocket Products dated July 19, 1973 |
| Exhibit 11 | Transcript excerpts from deposition of Charles Stein taken on June 20, 2003 |
| Exhibit 12 | Page 2 of document dated August 6, 1974 entitled "Soo Line Railroad Mechanical Dept. Approved Cleaning Materials" |
| Exhibit 13 | Memorandum (for the file) from D. M. Cavanaugh regarding PCA Pollution Citation – Shoreham Terminal dated March 17, 1977 |
| Exhibit 14 | Soil Exploration Company Soil Investigation Report dated May 10, 1977 |
| Exhibit 15 | Internal Soo Line Memorandum dated July 1, 1977 |
| Exhibit 16 | Soo Line's authorization to install collector pan system dated March 13, 1978 |

| | |
|---|---|
| Exhibit 17 | Minnesota Pollution Control Agency letter to B.E. Pearson regarding approval for collector pan system, letter received by Soo Line on January 15, 1979 |
| Exhibit 18 | Soo Line request for proposals regarding collector pan system installation dated May 18, 1979 |
| Exhibit 19 | Letter to Hoglund Mechanical Contractors, Inc. from D. M. Cavanaugh dated June 26, 1979 |
| Exhibit 20 | Copy of lease between Soo Line Railroad Company and Ashland Chemical Company dated August 1, 1979 |
| Exhibit 21 | Stipulation Agreement between Soo Line Railroad Company and Minnesota Pollution Control Agency dated December 7, 1979 |
| Exhibit 22 | Letter to Minnesota Pollution Control Agency from B.E. Pearson (Soo Line), dated December 18, 1979 |
| Exhibit 23 | Certificate of Occupancy issued to Ashland Oil by the City of Shakopee dated March 18, 1981 |
| Exhibit 24 | Depositon excerpts from Stephen Cooke dated July 20-21, 2004 |
| Exhibit 25 | Excerpts from Ashland Chemical, Incorporated 1990 Hazardous Waste Storage Facility Permit issued by Minnesota Pollution Control Agency |
| Exhibit 26 | Letter to Lloyd Wasnick (Soo Line) from Stephen J. Lee (MPCA) dated May 10, 1982 |
| Exhibit 27 | Memorandum (to file) from L.L. Wasnick regarding Minnesota Pollution Control concerns about Soo properties dated May 25, 1982 |
| Exhibit 28 | Letter to Kent P. Swanson (Swanson Machinery) from J. A. Doering (Soo Line) dated August 19, 1982 |
| Exhibit 29 | Letter to J. A. Doering (Soo Line) from Robert W. Baird (Ashland) giving Notice of Termination of Lease dated September 7, 1982 |
| Exhibit 30 | Letter to Robert W. Baird (Ashland) from J. A. Doering (Soo Line) regarding cancellation of lease dated September 13, 1982 |
| Exhibit 31 | Letter to Robert W. Baird (Ashland) from J. A. Doering (Soo Line) regarding cancellation of lease dated September 13, 1982 including internal message from Soo Line to employees “Please advise shortly after Oct. 1, 1982 if premises have been cleared and restored to satisfactory condition |

| | |
|---|---|
| Exhibit 32 | Memorandum to J. A. Doering (Soo Line) from H. A. Peterson (Soo Line) regarding Ashland Chemical Company-Minneapolis, MN dated October 8, 1982 |
| Exhibit 33 | Handwritten memorandum from Soo Line employee indicating Ashland lease area was inspected and found to be in satisfactory condition dated October 8, 1982 |
| Exhibit 34 | Letter to J. A. Doering (Soo Line) from Patricia Riner (Ashland) regarding Lease No. 3158-P dated October 19, 1982 |
| Exhibit 35 | Chemical Analysis Reports done by Twin City Testing dated March 14, 1986 |
| Exhibit 36 | Excerpts from Metropolitan Waste Control Commission Report dated June 12, 1986 |
| Exhibit 37 | Excerpts from Dames & Moore "Report of Findings" dated July 31, 1987 |
| Exhibit 38 | Internal Soo Line memorandum to D.I. Kjellman from G.J. Lentzner regarding Shoreham Environmental Study dated September 1, 1987 |
| Exhibit 39 | Letter to Dick Kable (MPCA) from D.I. Kjellman (Soo Line) regarding notice of spills dated August 17, 1988 |
| Exhibit 40 | Letter to Bob Kale (Soo Line) from Dick Kable (MPCA) regarding diesel fuel spill Shoreham Yard Minneapolis dated August 24, 1988 |
| Exhibit 41 | Excerpts from Delta Environmental Consultants, Inc. "Progress Report/Work Plan dated May 28, 1991 |
| Exhibit 42 | Excerpts from Wenck Associates, Inc. "Soil and Groundwater Remedial Investigation Report" received by MPCA on or about March 21, 1989 |
| Exhibit 43 | Excerpts from Delta Environmental Consultants, Inc. "Work Plan For Additional Remedial Investigation" dated May 5, 1989 |
| Exhibit 44 | Minnesota Department of Health results of water sample analyses dated December 15, 1989 |
| Exhibit 45 | Internal Soo Line Memorandum to L. D. Bell from R. J. Kale regarding use of chlorinated hydrocarbon cleaners dated December 21, 1989 |
| Exhibit 46 | Letter to Robert Robertson (Soo Line) from Carol A. Kephart (Minnesota Department of Health) regarding the analytical results of water samples dated May 1, 1991 |

| | |
|---|---|
| Exhibit 47 | Letter to R. Robertson (Soo Line) Carol A. Kephart (Minnesota Department of Health) regarding contamination in Shoreham's well water supply dated May 21, 1991 |
| Exhibit 48-1 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 1, pp. MPCA000805 – MPCA000855) |
| Exhibit 48-2 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 2, pp. MPCA000856 – MPCA000866) |
| Exhibit 48-3 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 3, pp. MPCA000867 – MPCA00923) |
| Exhibit 48-4 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 4, pp.MPCA000924 – MPCA000928) |
| Exhibit 48-5 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 5, pp. MPCA000929 – MPCA000983) |
| Exhibit 48-6 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 6, pp. MPCA000984 – MPCA001023) |
| Exhibit 48-7 | Delta Environmental Consultants, Inc. "Phase II Remedial Investigation Report" dated June 25, 1992<br>(Part 7, pp. MPCA001024 – MPCA001042) |
| Exhibit 49 | Letter to Robert J. Kale (Soo Line) from Christopher J. Carleo and Tedd A. Ronning regarding Shoreham shops Well Abandonment Project Update dated July 17, 1992 |
| Exhibit 50 | Excerpts from Delta Environmental Consultants, Inc. "Remedial Investigation Report Addendum" dated July 22, 1993 |
| Exhibit 51 | Memorandum to R. Robertson, et al. from R. J. Kale regarding the elimination of DOWCLENE Cleaner on HHUS dated June 23, 1994 |
| Exhibit 52 | Soo Line Railroad Company Voluntary Investigation and Cleanup ("VIC") Program Application dated June 30, 1994 |

| | |
|---|---|
| Exhibit 53 | Excerpts from Delta Environmental Consultants, Inc. "Interim Response Action Plan" dated September 27, 1994 |
| Exhibit 54 | Superfund Memorandum of Agreement dated December 2, 1994 |
| Exhibit 55 | Addendum to Superfund Memorandum of Agreement dated May 3, 1995 |
| Exhibit 56 | Letter to Richard Jolley (MPCA) from Katrin Scholz-Barth regarding groundwater pump out/product recovery system start-up dated July 7, 1995 |
| Exhibit 57 | Copy of Special Discharge Report dated January 4, 2000 |
| Exhibit 58 | Letter to Robert J. Kale (Soo Line) from Richard Jolley (MPCA) regarding Soo Line Railroad Shoreham Yard site dated September 20, 1995 |
| Exhibit 59 | MPCA Internal email to Joe Otte from Rick Jolley regarding Soo Line Shoreham Yard dated November 14, 1995 |
| Exhibit 60 | Excerpts from Braun Intertec "Phase II Investigation Work Plan" dated February 9, 1996 |
| Exhibit 61 | Email from E.V. Dodge to J. P. Nail regarding Conceptual Plan for Redevelopment of former shops property at Shoreham Yard dated April 30, 1997 |
| Exhibit 62-1 | Excerpts from Braun Intertec "Phase II Investigation Report" Canadian Pacific Railway, Shoreham Yard Lease Area and Waste Reclamation Area dated November 26, 1997 (Part 1, pp. MPCA002565 – MPCA002583) |
| Exhibit 62-2 | Excerpts from Braun Intertec "Phase II Investigation Report" Canadian Pacific Railway, Shoreham Yard Lease Area and Waste Reclamation Area dated November 26, 1997 (Part 2, pp. MPCA002584 – MPCA002608) |
| Exhibit 63 | Letter to Leeann M.H. Thomas (Canadian Pacific Railway) from Richard M. Jolley (MPCA) regarding Soo Line Shoreham Yard site dated May 1, 1998 |
| Exhibit 64 | Letter to Paul W. Chellgren Ashland) from Ilsley Daniel Colton (Leonard Street and Deinard) regarding Soil & Groundwater Contamination at the 2900-block of Central Avenue N.E., Minneapolis, Minnesota dated May 4, 1998 |

| | |
|---|---|
| Exhibit 65 | Letter to Stephen W. Leermakers (Ashland) and James E. Baine (Murphy Oil) from Ilsley Daniel Colton (Leonard Street and Deinard) regarding Notice of Endangerment dated June 2, 1998 |
| Exhibit 66 | Letter to Ronald C. Weaver (Braun Intertec) from Leeann M. H. Thomas (Canadian Pacific Railway) regarding request to provide a comprehensive Phase I Report for the Eastern Portion of the Shoreham Yard Property dated May 12, 1999 |
| Exhibit 67 | Copy of first page of ASTM E 1527 |
| Exhibit 68 | Excerpts from Braun Intertec “Phase I Environmental Site Assessment” dated July 28, 1999 |
| Exhibit 69 | Excerpts from Braun Intertec “Remedial Investigation and Supplemental Phase II Investigation Work Plan” dated October 7, 1999 |
| Exhibit 70 | Excerpts from IT Corporation “Phase II Supplemental Remedial Investigation Report, Shoreham Facility” dated May, 2001 |
| Exhibit 71 | Minutes from August 13, 2001 Shoreham Area Advisory Committee Citizens Group Meeting |
| Exhibit 72 | Letter to Leeann Thomas (Canadian Pacific Railway) from Richard Jolley (MPCA) regarding Soo Line Shoreham Yard Site, Phase II Investigation Report Approval Letter dated November 5, 2001 |
| Exhibit 73 | AMEC Letter Work Plan for Characterization of Groundwater and Vapor Impacts dated April 19, 2002 |
| Exhibit 74 | AMEC Letter Work Plan for Detailed Investigation of Soils in the VIC Sit, VP 5080, Former Ashland Lease Area, Canadian Pacific Railway Shoreham Facility, Minneapolis, MN dated April 23, 2002 |
| Exhibit 75 | AMEC submittal of documents for Canadian Pacific Railway Shoreham Facility dated August 16, 2002 |
| Exhibit 76 | AMEC Supplemental Letter Supplementing Letter Work Plan for Groundwater Receptor Survey at the VIC Site dated October 8, 2002 |
| Exhibit 77 | AMEC Letter Work Plan for Investigation of Hydrology and Extent of Contamination in the Prairie Du Chien Aquifer dated October 28, 2002 |
| Exhibit 78 | AMEC Letter Work Plan for 2003 On and Off-Site Investigations dated April 4, 2003 |

| | |
|---|---|
| Exhibit 79 | MPCA request to Canadian Pacific Railway to conduct interim response actions dated December 15, 2003 |
| Exhibit 80 | AMEC Letter Work Plan for Investigation of Unsaturated Soil dated March 5, 2004 |
| Exhibit 81 | AMEC Third Supplemental Letter Work Plan for Investigation of the Extent of Groundwater Contamination in the Unconfined Aquifer dated March 5, 2004 |
| Exhibit 82 | AMEC Second Supplemental Letter Work Plan for Investigation of Flow Directions and Contamination in Groundwater in the Shallow Prairie Du Chien Aquifer dated March 5, 2004 |
| Exhibit 83 | Letter to Rick Jolley (MPCA) from Leeann Thomas (Canadian Pacific Railway) regarding concept plan from Soo Line to the MPCA dated March 5, 2004 |
| Exhibit 84 | Letter to Patrice Jensen (MPCA) from Byron E. Starns (Leonard Street and Deinard) regarding Soo Line's intent to follow the schedule of the revised VIC/VPIC RAP/CAD Development and Implementation Schedule submitted by the MPCA staff dated March 10, 2004 |
| Exhibit 85 | Letter to Leeann Thomas (Canadian Pacific Railway) from Bruce Brott (MPCA) regarding VIC RAP Development and Implementation Schedule dated March 11, 2004 |
| Exhibit 86 | Letter to Leeann Thomas (Canadian Pacific Railway) from Bruce Brott (MPCA) regarding Conceptual Plan for Soil Vapor Extraction Pilot Teseting dated March 25, 2004 |
| Exhibit 87-1 | Excerpts from Golder Associates "Remedial Investigation Report for the East Side Shoreham Facility" dated February, 2005<br>(Part 1, Cover page, i-iii, ES-1 — ES-9, 1-17) |
| Exhibit 87-2 | Excerpts from Golder Associates "Remedial Investigation Report for the East Side Shoreham Facility" dated February, 2005<br>(Part 2, pp. 18-46, Figure 2-1) |
| Exhibit 88-1 | Excerpts from the PowerPoint hand-outs given to the public by Soo Line at its public meeting on February 17, 2005 for the purpose of providing th public with a summary of Soo Line's investigative findings at Shoreham Yard<br>(Part 1, pp.1-5) |
| Exhibit 88-2 | Excerpts from the PowerPoint hand-outs given to the public by Soo Line at its public meeting on February 17, 2005 for the purpose of providing th |

| | |
|---|---|
| | public with a summary of Soo Line's investigative findings at Shoreham Yard<br>(Part 2, pp. 6-10) |
| Exhibit 88-3 | Excerpts from the PowerPoint hand-outs given to the public by Soo Line at its public meeting on February 17, 2005 for the purpose of providing th public with a summary of Soo Line's investigative findings at Shoreham Yard<br>(Part 3, pp. 11-15) |