F.P.-17 8-57 1M

MINNEAPOLIS FIRE DEPARTMENT
FIRE PREVENTION BUREAU

# Permit to Install and Maintain Gasoline Filling Station, Bulk Storage Plant, or Gasoline Storage Installation for Private Use

Minneapolis, Minn., Dec. 12, 1960

To the Chief of the Fire Prevention Bureau,
Minneapolis Fire Department.

Dear Sir:

The undersigned hereby agrees to install and maintain a Gasoline Filling Station, Bulk Storage Plant, or Gasoline Storage Installation for Private Use in accordance with the provisions of the Fire Prevention Code, City Ordinance of Minneapolis, Minn., and agrees not to violate any of the conditions imposed by the Fire Prevention Bureau.

Licensee ______

License Number Permit Fee ______ Address ______

Location 2900 - Central ave. N. E.

Owner of Building Rocket Products Inc Address 2900 - Central ave. N. E.

Construction of Building Bulk Plant

Name of original owner of tanks and pumps ______

Name of present owner of tanks and pumps ______

Name of company installing tanks and pumps ______

Number of Tanks 1 Capacity of Each 2,500 Contents LAQUER Thinner

Number of Tanks 1 Capacity of Each 10,000 Contents ISO-PROPEL ALCOHO

Number of Tanks 1 Capacity of Each 10,000 Contents MINERAL SPIRITS

~~Drain Oil~~ Tanks 1 Capacity of Each 10,000 Y.M.+P

~~Location of Tanks~~ One 10,000 Gal. Xylol. one 10,000 Gal TOLUOL

~~Location of Tanks~~ One 12,000 Gal. LACQUER DILUENT. one 10,000 Gal ACETONE

~~Location of Tanks~~ One 14,000 Gal. STYRENE. one 14,000 Gal. EMPTY

Location of Pumps ______ Number ______

Location of Pumps ______ Number ______

Size of Fill Pipe ______ Extended to ______

Size of Fill Pipe ______ Extended to ______

Size of Vent Pipe ______ Extended to ______

Type of Pump ______ How Operated ______

Are Tanks or Pumps on Private Property of City Property ______

Kind of Heating Plant ______ Does It Comply with Ordinance ______

Number of Fire Extinguishers 4 Kind 2½ Gal. Foam

Remarks: ______

Approved by Safety Committee ______ Passed by City Council ______

Installation Inspected by ______ Date O. K. ______

Re-inspected by Richardson Date 12-12-60

Re-inspected by ______ Date ______

MPCA005090

EXHIBIT 3




BULK TANK SETUP
Rocket Products Inc.
2900 Central Ave. N. E.
Minneapplis, Minn.

Dimensions of dike: 84' 36' x 3½'

MPCA005091