UNITED STATES ENVIRONMENTAL

PROTECTION AGENCY

REGION V

-- -- -- -- -- -- -- -- -- --

In the Matter Of: :

:

Isanti County Solvent Sites, :

Isanti County, Minnesota :

-- -- -- -- -- -- -- -- -- --

The Deposition of NEIL ARMSTRONG, taken pursuant to Notice of Taking Deposition, and taken before Kirby A. Kennedy, a Notary Public in and for the County of Washington, State of Minnesota, on the 8th day of July, 1982, at 2400 North Prior, Roseville, Minnesota, commencing at approximately 9:30 a.m.

3300313





**EXHIBIT 4**

APPEARANCES:

BERTRAM C. FREY, ESQUIRE, Attorney at Law, Region V, U.S. Environmental Protection Agency, 230 South Dearborn Street, Chicago, Illinois 60604, appeared for and on behalf of the U.S. Environmental Protection Agency.

ALSO PRESENT:

Michael Ayers

3300314

NEIL ARMSTRONG,

the Witness in the above-entitled matter after having been first duly sworn deposes and says as follows:

CROSS-EXAMINATION

BY MR. FREY:

Q. This is in the matter of the Isanti County Solvent Sites located in Isanti County, Minnesota. My name is Bert Frey. I am an attorney with the Environmental Protection Agency. I am here to ask Mr. Armstrong a few questions.

Mr. Armstrong, the purpose of this is to establish the facts of this matter. This isn't a matter that's filed in the Federal District Court as of yet. We are simply at an investigative or discovery stage in the proceeding. So I am simply here to determine the facts in this matter.

Could you please state your name, present address and date of birth for the record?

A. Neil E. Armstrong, 8809 Green Haven Drive, Minneapolis, Minnesota 55445.

Q. Could you give your date of birth, please?

A. 4-27-23.

Q. What's your present occupation?

3300315

together. It was a Mickey Mouse operation I know.

Q. Mr. Armstrong, I am sure you are a man that's quite knowledgeable about these chemicals and how to reclaim them. Could you try to educate me about some of the -- the range of chemicals that you dealt with in your recycling business?

A. Well, I picked a few chlorinateds, the lacker thinners.

Q. Okay.

A. The -- oh, if you get a drum of a straight -- a few drums of straight product, ethanol or mek or whatever.

Q. Some styrenes?

A. No, never monkeyed with styrenes. Sold them virgin product when Rocket was going. I never tried reclaiming any of it.

Q. For what kind of industries do you normally get this range of chemicals?

A. Well, trichlor and 1,1,1 is degreasers so anybody that does degreasing of any parts has them and body shops and any paint shop uses lacker thinners otherwise the ascitone stuff was the fiberglass trade but I never monkeyed with that because once you get that resin in it you forget it because it messed up everything. So generally a degreaser and also dry

3360340

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY
REGION V

- - - - - - - - - - - - - - - - X

In the Matter of:

Isanti County Solvent Sites,
Isanti County, Minnesota.

- - - - - - - - - - - - - - - - X

* * *

Deposition of NEAL ARMSTRONG, taken pursuant to Stipulation, and taken before Donald E. Beauclaire, a Notary Public in and for the County of Hennepin, State of Minnesota, on the 24th day of February, 1983, at 2400 North Prior Avenue, St. Paul, Minnesota, commencing at approximately 10 a.m.

* * *

3300222

APPEARANCES:

BERTRAM C. FREY, ESQUIRE, Region V, U.S. Environmental Protection Agency, 230 South Dearborn Street, Chicago, Illinois 60604, appeared for and on behalf of the U.S. Environmental Protection Agency.

INDEX


| | Page |
|---|---|
| Cross-Examination by Mr. Frey | 3 |


EXHIBITS

| Armstrong 2d Day Deposition Exhibit Nos. | Page Marked |
|---|---|
| 1 | 9 |
| 2 | 17 |
| 3&4 | 23 |
| 5 | 56 |
| 6 | 60 |

* * *

WHEREUPON, the following proceedings were duly had:

* * *

3300223

NEAL ARMSTRONG

a witness in the above-entitled

action, after having been first duly sworn,

deposes and says as follows:

CROSS-EXAMINATION

BY MR. FREY:

Q Good morning, Mr. Armstrong. This is a continuation of a deposition that was begun on the 8th of July of 1982 at 2400 North Prior, Roseville, Minnesota. That is the offices of the Minnesota Pollution Control Agency, the Solid Waste Division.

Mr. Armstrong, the last time I inquired into your role as president of both Rocket Products and Northwest Chemicals, Inc. I'd like to continue some questions concerning the companies with whom those two businesses did business. I want to turn your attention to the years 1969 to 1970. In 1969, did you begin a recycling business at Rogers, Minnesota?

A Yes. It was in '69, yeah. Right around in that area somewhere. I remember '69, me having a heart attack and being in the hospital. That's about all I remember of '69, but I was pretty much out of the picture, but we did have a recycling business at Rogers.

Q Who were the principal employees at that recycling business?

A I think Charlie Schumacher, and I think he was the only one

3300224

Q Do you recall the dates during which you did virgin -- sold virgin methylene chloride to Whirlpool; approximate dates?
A No, I wouldn't.
Q But you did, indeed, sell methylene chloride to Whirlpool --
A Yes.
Q -- over a period of a number of years?
A Uh-huh.
Q 1964? Or as early as 1964?
A I don't think in '64.
Q Say in the later '60s, like '68, '69?
A Possibly then. Possibly, yeah.
Q Did you ever sell any clean-up thinner?
A (No response.)
Q Is clean-up thinner a virgin product?
A Yes.
Q Did you ever sell any of that to Whirlpool?
A Uh-huh.
Q Do you recall the approximate dates during which you sold virgin clean-up thinner to Whirlpool?
A No, I don't recall the dates.
Q 1968, possibly?
A I doubt it.
Q Not that early?
A Uh-uh.

3300245

Q I'm trying to assess if you had a falling out with one of your customers or got new business during that period.
A No. I wouldn't remember because this happens all the time.
Q Now, I want to turn to your virgin business. Can you name your principal customers in the virgin business between 1969 and 1973?
A Well, we sold a lot of acetone.
Q To whom?
A The boat companies.
Q Which boat companies?
A Just about all of them. Alumacraft. There was Larson Boats, Shell Lake Boats.
Q What was that, please?
A Shell Lake Boats.
Q Anyone else?
A Any fiberglass place around. There are several of them who would buy a barrel here and there.
Q Crestliner?
A Yes.
Q Crenlo?
A Crenlo.
Q Were they a customer?
A Yeah. We used to sell them a virgin product.
Q What kind of a virgin product?
A Actually, it was mineral spirits.

3300263