UNITED STATES ENVIRONMENTAL

PROTECTION AGENCY

REGION V

- - - - - - - - - - - - - - - X

In the Matter of:

Isanti County Solvent Sites,
Isanti County, Minnesota.

- - - - - - - - - - - - - - - X

* * *

Deposition of DAVID HARGRAVES, taken pursuant to Subpoena, and taken before Donald E. Beauclaire, a Notary Public in and for the County of Hennepin, State of Minnesota, on the 15th day of December 1983, at 1935 West County Road B-2, Roseville, Minnesota, commencing at approximately 12 Noon.

* * *

3450001

APPEARANCES:

BERTRAM C. FREY, ESQUIRE, Region V, United States Environmental Protection Agency, 230 South Dearborn Street, Chicago, Illinois 60604, appeared for and on behalf of the United States Environmental Protection Agency.

* * *

WHEREUPON, the following proceedings were duly had:

* * *

DAVID L. HARGRAVES

a witness in the above-entitled action, after having been first duly sworn, deposes and says as follows:

CROSS-EXAMINATION

BY MR. FREY:

Q Good morning, Mr. Hargraves. My name is Bert Frey, and I'm an attorney with the United States Environmental Protection Agency in Chicago. I'm here to ask you a few questions about your prior employment with Rocket Products. Could you state your full name, address?

A David L. Hargraves, 6037 Kellogg Avenue, Minneapolis.

3450063

Q Could you give your zip code, please?
A 55424.
Q And your phone number, please.
A 926-9200.
Q And your date of birth?
A 7-21-11.
Q When did you begin working for Rocket Products?
A I don't know. I've forgotten.
Q Was it in the early sixties?
A It could possibly be in the early sixties.
Q Was it about ten years that you worked for Rocket Products?
A Yes.
Q Who was president of Rocket Products when you first started working there?
A Neil Armstrong.
Q Do you recall who was the secretary of the company?
A No.
Q The treasurer?
A No.
Q The vice president?
A No. They didn't have one.
Q What was Rocket Products's business at that time?
A Chemicals, distribution of chemicals.
Q Were they a reseller of chemicals?
A Same thing.

Q What were you duties while at Rocket Products?
A Sales, marketing.
Q Were you the only salesman?
A Right.
Q What were some of Rocket Products's principal customers, let's say before 1967, during the early years that you were a salesman with them?
A Machine shops, sign shops, various firms along that nature.
Q Were there different customers for the sale of virgin material and for recycling of --
A No.
Q They're the same customers?
A Yeah.
Q I want to go over a list of customers and I'm going to ask you several questions about them within the approximate time when you did business with them; and the second item is the purchasing agent, the person you contacted at the company, if you recall.
A You're going way back and, boy, you're delving into a field that I've left quite some time and have hazy recollections of, extremely hazy.
Q It's some years ago, I understand. I'm trying to establish -- You basically worked for Rocket Products as a salesman, basically '63 to '73?

A All right.
Q It's reasonable?
A It's reasonable.
Q When did Rocket Products go bankrupt, as the best you can recall?
A I can't even tell you the year. I can guess. I would imagine it would be in the late seventies or middle to late seventies.
Q Who were some of Rocket Products's principal customers during the time that you were a salesman?
A I don't think there were any.
Q Could you name some of the customers?
A Frankly, no.
Q What kinds of materials did Rocket Products sell?
A The aromatics, the aliphatics, the ketones, the chlorinated solvents, the glycol ethers, the esters.
Q What kind of materials did Rocket Product recycle?
A The same.
Q When did Rocket Products branch out into the recycling business?
A I suppose four or five years after I joined them, whenever that was.
Q So approximately late sixties, sometime; '67?
A In that neighborhood.
Q Where was the recycling business located?