*Original*

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Soo Line Railroad Company, a Minnesota corporation, Plaintiff, | ) | |
| vs. | ) | Civil No. 01-1628 (ADM/AJB) |
| Ashland, Inc., a Kentucky corporation, and Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation, Defendants. | ) | |

Deposition of: MARSHALL SHER

Date: April 10, 2003

Reported by: Pamela J. Leja-Romjue
CSR 12368

Yates Court Reporters

*Serving all of Southern California*

1111 E. Tahquitz Canyon Way, Suite 121 • Palm Springs, CA 92262
www.YatesCourtReporters.com
e-mail: YatesCSR@aol.com
800/669-1866 • 760/322-4732 • FAX 760/322-6732

**EXHIBIT 6**

Deposition of MARSHALL SHER, taken on behalf of the Plaintiff, before Pamela J. Leja-Romjue, a certified shorthand reporter, commencing at the hour of 8:30 a.m., Thursday, April 10, 2003, at the Hilton Palm Springs Resort, 400 East Tahquitz Canyon Way, Caliente Room, Palm Springs, California.

APPEARANCES:

For the Plaintiff:

LEONARD, STREET AND DEINARD
BY: I. DANIEL COLTON, ESQ.
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

For the Defendant, Ashland, Inc.:

FAEGRE & BENSON, L.L.P.
BY: ERIC JORSTAD, ESQ.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

APPEARANCES (Continued):

For the Defendant, Murphy Oil USA, Inc.,
(Appearing Telephonically):

MURNANE, CONLIN, WHITE & BRANDT
BY: EDWARD E. BECKMANN, ESQ.
1800 Piper Jaffray Plaza
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
(651) 227-9411

run and operation and find out if they're making any money, et cetera, et cetera. And I flew to Minneapolis and met with him.

Q. And do you recall your meeting with Mr. Armstrong?

A. Pretty well, yes.

Q. Could you -- was it in person?

A. Oh, yeah, I sat down with him in his facility.

Q. At the Central Avenue site?

A. Rocket Products. I remember it pretty well, as a matter of fact.

Q. Could you tell me what it is that you remember about that meeting with Mr. Armstrong?

A. I went in and told him I was with Ashland. And I'm here because we understand he'd like to sell his business. And I'd like to get whatever information I could to find out if we'd be interested in purchasing the business.

And he said, "What do you want to know?" That's how he started.

I said, "Well, I'd like to see your financial statements for the last couple years."

And he said, "Well, I'm sorry to say that I've been a little strapped for money, so I haven't used an accountant for a while.

And I said, "Well, do you have some records?"

And he said to me, "Well, I have some." And then he said, "You could look at the records and maybe you could figure out my P&L statement for me."

And I said, "Well, I could do that if you showed me what information you have."

And I sat down and I did that. I put together his P&L statement for the last year, maybe even two years. I can't remember how long I did it for. And he had some sales records and he had some purchasing records. He had various records, you know, and there was stuff laying all over the office. And I put together his P&L statement.

And I said, "Okay, Neil, here it is. It's all put together."

It took me at least a day, day and a half, and all that. And he said -- all he said to me was, "Are you going to buy my business?"

And I said, "Absolutely not."

And he said, "Why not?"

And I said, "Because you're bankrupt."

And he said, "Are you sure?"

And I said, "I am 100 percent sure. You are bankrupt," and I was.

And he says, "Well, what are you going to do?"

And I said, "If we buy it, we'll buy it from the bankruptcy court, because we'll buy it for a lot less. And that's all I really can say."

And I went back to Columbus, and I took some of the information with me. And Skaggs asked me how my visit went, and I said, "Well, here's what happened," and basically I told him what I just told you. And he asked me about the facility, and I said it's a dump.

And he said, "What do you mean a dump?"

And I said, "It's unorganized, it's not clean, it's not neat, and you can't run a chemical distribution plant that way."

And he asked me if we could clean it up.

And I said, "Yeah, I think we could clean it up and get it organized, but it's going to take a little time."

And Harvey Skaggs was a guy like me and recognized that you couldn't run our type of business unless it was well-organized and neat and orderly, you know.

We're in the chemical business. You can't just do a sloppy job in the chemical business. I said, "This guy is a sloppy operator."

And he said, "Well, what should we do?"

And I said, "Buy it from the bankruptcy court."

And it didn't take too long before he went bankrupt and we bought it from the bankruptcy court. We only bought the business, not the property, the land, I should say. He had a little office building and a building where they filled some drums, and they had some tanks and a little bit of land. It was not a lot of land. It was a pretty small operation.

But the kind of business we were thinking of starting in Minneapolis was going to be a small business, and I thought we could get it started, clean it up, and fix it up, and start it the best we could and get a business in Minneapolis moving, which is what we did, as far as can I recall.

I mean, I didn't go up to run it. Somebody else went up there. I don't know if it was Stein or one of those guys. And they -- it was a very small-time operation, what he had going, as far as business. But our guys, you know, got some additional business and eventually, we had to move out. Ashland, when I say we, we had to move out to a better facility, because it was just was too small.

And we're all great believers in, "You can't run any kind of business when your cramped for space." It just doesn't work. And I mean, that's the history of what I know about Rocket Products, basically.

I mean, I didn't go there to run it, and I didn't tell him how to run it. And I can't remember who exactly went there first. I can't remember whether it was Stein or Mobberly or -- I don't remember who the hell it was. And I think he came later, and Cooke came later, and Lupo came later. There were a few other guys that were in there.

I don't know how long we actually had that facility. I don't remember. It wasn't a real long time. It wasn't a great number of years, because, you know, they built up some business, and they had to move, and they knew it. And I just don't recall how long it took.

But that's basically all I know about Rocket Products. I know they worked hard to try to clean up the operation, very hard, and get it organized and pull in some equipment, et cetera, et cetera. I mean, we all knew what had to be done pretty much.

Q. Let's step back to the call Neil Armstrong made to Skaggs.

A. I don't know if he talked to him personally. He called someone, you know. And he may have just called the corporate office, or -- I don't know. He talked to somebody and said he wanted to sell his business. That's all I was told from Skaggs.

Q. Did he indicate to you why he wasn't making money?

A. His sales were too small, and he even said something about his operation not being very sophisticated. Maybe he was too inefficient. I don't remember.

Q. What did you take that to mean?

A. I knew exactly what he meant.

Q. What was that?

A. It was a sloppy operation. I could see that. I mean, I saw that the minute I walked in there. I could see what kind of -- I had seen a lot of plants and gone around and looked at other acquisitions for Ashland. I had traveled around the country. I had seen most of the Ashland facilities. I knew what a decent plant would look like, and this was far from a decent operation.

Q. Do you recall what volume Rocket Products was pushing through that site in the time period that you were there to evaluate?

A. I -- it was about a million dollars a year. I don't know if it was that much. It might have been less. I really don't know from memory. It probably was less.

Q. Do you recall what products they were selling?

A. The common type products, you know, toluene, xylene, I think he sold some chlor and some percs. He may have sold dry cleaners. I don't remember. Mineral spirits, lacquer thinner type of products, just pretty much run-of-the-mill type stuff, nothing real exotic. I mean, if you asked me what he had in his tank, I would have to guess. I mean, I would guess those common-type products.

Q. What did you do with the profit and loss statements that you generated?

A. They were scratched out. They weren't very formal. I think I showed them to Skaggs, and I don't know what I did with them after that. I don't know if I had a file in Columbus. I may have had a file, and God only knows where that is today. I just -- I don't know.

Q. You don't have them at home, do you?

A. No, I have nothing at home. I don't have any records at home --

Q. Did anyone --

A. -- not about that anyhow.

Q. Did anyone else at Ashland evaluate the financial condition of Rocket Products?

A. Skaggs, maybe. We did buy it from the bankruptcy court. I'm sure we did. I remember that, and we really didn't care about his financial records.

When was the last time you were back to the site?

A. I probably went back there a few weeks later. I just don't recall.

Q. Did you go with somebody?

A. No, I went with myself again. And I think it was just to tell him we are not going to negotiate with him on a direct basis, and I might have wandered around and looked around a little bit, but that would be it.

Q. And was Ashland in bankruptcy by the time you went on that second trip?

MR. JORSTAD: You said Ashland.

BY MR. COLTON:

Q. Pardon me. Strike that.

On that second trip --

A. I don't know.

Q. -- was Ashland --

A. Rocket --

MR. JORSTAD: Let him finish the question.

BY MR. COLTON:

Q. Let's start it all over.

By the time you went and met with Mr. Armstrong the second time, was Rocket Products in bankruptcy?

A. Not that I was aware of.

Q. And the purpose of that trip, that second

trip --

A. Was basically just to tell him we were not going to negotiate on a direct basis with him.

Q. Why did you feel you had to travel to the Central Avenue site to tell him face-to-face? Couldn't that be done in a phone call?

A. Yes, but I wanted to be polite.

Q. Where did you meet with him that second time?

A. At the office, his office.

Q. And how long do you think that meeting took place?

A. Very short period of time, hour or two, something like that.

Q. Was anyone -- I'm sorry.

Was anyone else involved in that meeting?

A. No.

Q. It was just you and Mr. Armstrong?

A. Yes.

Q. What did he say?

A. He kind of understood what I was saying, as I recall.

Q. What makes you think that?

A. Well, he didn't argue with me.

Q. Did he seem upset?

A. Not particularly, no.