TO: J. M. Baggs

DATE: April 19, 1973

FROM: J. F. Welch

COPIES TO: H. T. Skaggs
M. Sher

SUBJECT: Rocket Products - Minneapolis

On April 12, 1973, Marshall Sher and I visited the Rocket Products Incorporated facilities at 29th and Central Avenue in Minneapolis.

The facility is located on a strip of property approximately 350' long by 60' wide, leased from the Soo Railroad. The 20' x 50' combination office and laboratory building is in very bad condition. The windows are broken; the doors are broken; the floor tile is in very bad condition as well as the ceiling tile; the lighting is inadequate; the laboratory sink drain does not work; and the old hot water boiler is in very bad shape and an additional space heater is required. A rough estimate of the cost to renovate this office/laboratory is $25,000 to $30,000.

There is a 24' x 30' concrete block building, one story, which serves as a combination fill room and warehouse. There is a truck dock pit serving this building, the pit being approximately 33' long with a 5' wide concrete dock at the warehouse with an overhead door into the warehouse. The building now contains several small vertical tanks as well as several drums stacked on their sides from which material is drawn to be drummed or canned. There is a pit scale in this building and a very small pump, but other than that, there is no other mechanical equipment.

Behind this warehouse building is a 15' x 15' metal shed enclosed on four sides where some drums are stored. Also behind this building is a small 9' x 9' concrete block tool shed and a roof extending over a concrete pump pad approximately 6' x 8'. The pump on this pad is an old double clutch duel Roper 2" pump. A rough estimate to renovate the warehouse drum fill building and the pump area is $20,000.00 to $25,000.00.

The tank farm consists of 12 tanks totaling 128,500 gallons of storage. Three of the twelve tanks are horizontal, one of which appears to be a pressure vessel. The nine vertical tanks are welded steel and do not appear to have proper vents and do not have internal fire safety valves. They are located in an excavated earthen area approximately 3' deep. There is room for about four more tanks in this excavated area. Piping is all 2". The cost to place proper fittings on these tanks and clean up the area is estimated at $7,000.00 to $10,000.00.

There is an 18' x 25' metal building at the extreme southern end of the property. This building is at grade level and may be usable

without too much investment of capital.

In addition to the above mentioned equipment, this small piece of property is completely cluttered by 19 pieces of truck equipment, plus an old Oldsmobile, a road grader, and two 40' van bodies. The cost to have this junk removed and the yard cleaned up would be $2,000.00 to $5,000.00.

The total cost to renovate this property could be in the neighborhood of $60,000.00 to $80,000.00. Operations at this plant would be restricted because of the long narrow configuration of the plant lay-out. In addition, there is only one entrance to the plant. Perhaps a drive-through could be obtained by working out something with the adjacent gasoline station operator.

Mr. Robert Hauglie of the Soo Line Railroad visited me today and said that the adjacent property on which the railroad has diesel fuel tanks and the waste reclaiming building is not available. He also said that the office building belongs to Rocket Products and, therefore, of course the railroad would have no interest in renovating that office building. He did say that they are interested in leasing the property to us, but of course this depends on volume of revenue on car traffic on the Soo. He asked me to forward information to him regarding the materials to be received by rail and the volume and the shipping point. He would also appreciate a forecast of possible increases in volume. Perhaps Marshall and I, in working with others, can determine the answers to these questions by Mr. Hauglie.

This report is preliminary and the costs stated should be confirmed by an engineer if there is interest to proceed with this possibility.

J. F. Welch/cy

JFW/cy