# M E M O R A N D U M

May 18, 1973

TO: H. T. Skaggs

FROM: Marshall Sher

RE: Rocket Products, Minneapolis

CC: F. H. Ross, Jr.
J. M. Baggs
J. F. Welch

This facility presents us the unique opportunity to establish a grass roots operation in Minneapolis area for a cost estimated to be under $100,000.

The facilities could possibly be purchased for $20,000 and, in addition, renovation costs would be approximately an additional $60,000-$80,000.

The SOO Line, which owns the land under the facility, has agreed in writing to rent us this property for $2,300 per year plus taxes, which for 1971 were $2,100.

Reviewing the facility, it is located on a strip of property approximately 350 feet long by 60 feet wide. There is a 20 foot by 50 foot combination office and laboratory building and a 24 foot by 30 foot concrete block building which serves as a combination fill room and warehouse. There is a truck dock serving this building approximately 33 feet long with a 5 foot wide concrete dock. Behind the drum fill building, there is a 15 foot by 15 foot metal shed where some drums are stored; and, in addition, there is a concrete block tool shed which is 9 feet by 9 feet.

The tank farm consists of 12 tanks totalling 128,500 gallons of storage. There is also an 18 foot by 25 foot metal building at the southern end of the property, which appears to be usable.

With a small initial investment and by shifting the sales credit for several of the accounts that we are now servicing in Minneapolis to this office, this location would be on a profitable basis from the first year. I would estimate that we could handle a sales volume of $1,000,000-$2,000,000; and, at some future date, we would be in a favorable position either to build a more suitable location; or perhaps the impact of our entrance into the market would entice some distributor in that area to sell out to us.

Fred Schmucker, in our St. Louis office, was raised in Minneapolis and could be a candidate for the position we would establish up there. In addition, our plant manager in Milwaukee and one of the maintenance men in Chicago could assist on a temporary basis in upgrading the facility to our standards. I would recommend that we proceed with this operation as soon as possible.

MS:pr

ASH000175

EXHIBIT 9