# M E M O R A N D U M

July 19, 1973

TO: Rowland Pagan

FROM: Marshall Sher

SUBJECT: Rocket Products

We purchased certain physical assets from the referee in bankruptcy from the defunct Rocket Products.

These assets are located at 2900 Central Avenue, N.E., Minneapolis, Minnesota. At the present time we are upgrading the facilities and will operate an IC&S type business, starting approximately August 15, 1973. We lease this property from the SOO Line Railroad and it consists of one office building, one small scale house and warehouse building, and 12 tanks totalling 240,000 gallons of storage.

Our initial manpower table will consist of one salesman, one office girl, and one warehouseman-driver.

If there is any other information you desire, please contact me.

MS:pr