IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - -

Soo Line Railroad Company, a Minnesota Corporation, :

Plaintiff, :

vs. : Civil No. 01-1628 (ADM/AJB)

Ashland Inc., a Kentucky Corporation, and Murphy Oil USA, Inc., f/k/a/ Murphy Corporation, a Delaware Corporation, :

Defendants. :

COPY

- - -

DEPOSITION OF CHARLES STEIN

- - -

V O L U M E 1

- - -

Friday, June 20th, 2003
8:30 a.m.
Anderson Reporting Services, Inc.
3242 West Henderson Road, Suite A
Columbus, Ohio 43220

- - -

MICHELLE K. HABIG, COURT REPORTER

- - -

ANDERSON REPORTING SERVICES, INC.
3242 WEST HENDERSON ROAD, SUITE A
COLUMBUS, OHIO 43220
(800) 753-0289
(614) 326-0177



EXHIBIT 11

APPEARANCES:

ILSLEY DANIEL COLTON, Attorney at Law
Leonard, Street & Deinard
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402

On behalf of the Plaintiff.

ERIC E. JORSTAD, Attorney at Law
Faegre & Benson, LLP
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, Minnesota 55402

On behalf of the Defendant,
Ashland Inc.

MICHAEL S. RYAN, Attorney at Law
Murnane, Conlin White and Brandt
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, Minnesota 55101

On behalf of the Defendant,
Murphy Oil USA, Inc.

\- - -

FRIDAY MORNING SESSION
June 20th, 2003
8:30 a.m.

\- - -

STIPULATIONS

\- - -

It is stipulated by and between counsel for the respective parties herein that this deposition of CHARLES STEIN, a Witness herein, called by the Plaintiff under the statute, may be taken at this time and reduced to writing in stenotypy by the Notary, whose notes may thereafter be transcribed out of the presence of the witness; and that proof of the official character and qualifications of the Notary is waived.

\- - -

empty.

Q. Do you know if those tanks were empty?

A. No, I don't know anything anymore for a fact that long ago. I know there was polymerized styrene in that one tank.

Q. Mr. Welch never talked to you about pumping product out of those tanks?

A. To the best of my recollection, they were empty. You know, judging the Rocket Products' people they needed money. They probably sold the last of their inventory they had to get cash that was saleable.

Q. Can you list for me any of Rocket Products' customers?

A. No.

Q. Why not?

A. Because I never had -- never saw any of their records.

Q. You did not?

A. No.

Q. Did you ever see a Rocket Product customer list?

A. No.

Q. Are you aware of any of the customers

that you sold to in fiscal year '73 and fiscal year '74 and fiscal year '75 as being Rocket Product customers?

A. We didn't have any sales in fiscal year '73. Fiscal year '74 started October 1st of '73. The answer to your question is no.

Q. So you don't think that any of the customers that you sold to when you started the operations there were Rocket customers?

A. No.

Q. Why don't you think that?

A. Because Rocket was regarded as a really schlock outfit. From what I heard, most people in town would not do business with them. They survived in the later part of their existence by taking product out of town and selling out in the boondocks where nobody else wanted to go.

(Short break in proceedings.)

BY MR. COLTON:

Q. Why would this view of customers of Rocket prevent Ashland from selling to those customers?

A. Nothing prevented Ashland from selling to those customers. We just didn't know who they

have known Rocket Products or competitors that may have known Rocket Products. I don't know. I don't recall.

Q. Do you know the volume of product that Rocket was selling in a year?

A. No. I paid no attention to Rocket Products. Rocket Products, to me, was an abstract because it was defunct before I ever got there. It meant nothing to me.

Q. When you arrived at -- when you walked into the laboratory/office building before all the junk had been taken out, were Rocket Products' records in that office/lab?

A. No. I don't recall any records in there at all, zero.

Q. Do you know what happened to the Rocket Products' records?

A. I don't know if there were any Rocket Products' records.

Q. You don't know what happened to the Rocket Products' records?

A. I don't know if any existed to begin with. It was such a schlock operation, they may not have kept records.