SOO LINE RAILROAD

MECHANICAL DEPT. APPROVED CLEANING MATERIALS



Rev. August 6, 1974

| Job Description | Job No. | Approved Cleaners | Piece No. | Type Material | Precautions and Procedures |
|---|---|---|---|---|---|
| Locomotive Carbody Exterior | 1 | Turco R.R. #4<br>*Morse Clean-Crete | 470-0203<br>372-0038 | Dry<br>Liquid | Mix 4 to 8 oz. per gallon of water; apply with brush and agitate. Rinse with cool water completely. |
| Locomotive & Car Carbody Interior | 2 | Morse's Scoot<br>*Morse Clean-Crete | 470-0199<br>372-0038 | Liquid<br>Liquid | Mix 1 gal. water with 3 oz. of Morse's Scoot. Shut down engine, cover main gen. and tr. mtr. blwrs. with canvas. Apply cleaner to interior of carbody and engine block exterior. Rinse with a fine water mist using ½ to 4 gallons of water per minute. Care must be taken not to direct cleaner or water into electrical equipment. Wipe down and remove canvas before starting engine. |
| Electrical Rotating Equipment | 3 | Electro Chlor<br>Chlorathene NU<br>C&H Electrical Parts Cleaner<br>Dowclene | 470-0202 | Liquid<br>Liquid<br>Liquid<br>Liquid | CAUTION: Chlorinated Hydrocarbon Solvent.<br>Use with adequate ventilation.<br>Avoid prolonged or repeated breathing of vapor.<br>Avoid prolonged or repeated contact with skin.<br>Do not take internally.<br>Note: Keep away from flame or other ignition sources when used where vapors may become concentrated.<br><br>Saturate wiping cloth or forcibly spray on or into equipment by using an air powered sprayer. Because of quick evaporation, use plenty of cleaner to insure dirt is carried out of equipment. |
| Locomotive Cab, Caboose Interior | 4 | Wipe It Off<br>Morse's Scoot (Gallons) | 470-0204<br>470-0204 | Liquid<br>Liquid | Mix 1 gal. water with 3 oz. cleaner. Spray on dirty surface and wipe down with sponge and clean water. |
| Locomotive Window Glass | 5 | Turco Glyst | 470-0188 | Liquid | CAUTION: Isoprophyl Alcohol - (See Ref. 1-30-71)<br>Do not use on leather, plastics, or fabrics. Keep away from heat, open flames and lights.<br>Keep away from heat, sparks, open flame.<br>Avoid prolonged breathing of vapors.<br>Avoid prolonged or repeated contact with skin.<br>Do not take internally. Use adequate ventilation.<br>Antidote: Eyes - Flush with large amount of water. If irritation persists, call a doctor. |

SLR011924

**EXHIBIT 12**