March 17, 1977

FOR THE FILE

From: D. M. Cavanaugh

Re: PCA Pollution Citation--Shoreham Terminal

On March 16, 1977 Messrs. T. R. Klingel, G. A. Gillette, B. E. Pearson, B. A. Nelson and D. M. Cavanaugh met to discuss the PCA citation for various pollution problems in the Shoreham terminal.

B. E. Pearson presented a map which reflected his field analysis conducted on March 15, 1977 at the Shoreham terminal. The first location for oil saturation was an area on the west end of the "B" yard where locomotives are tied up for various reasons. The basic cause of this oil saturation was the blow down of oil from the air compressors on the locomotives. This area will have to be completely dug out and backfilled with sand. Transportation is to study the necessity for tying up these locomotives on the west end.

The next area of major saturation was the total area of the fueling stations on the east end of the yard. This included the fueling station used for servicing switch engines. The area is heavily saturated and will require complete removal of all the soil with a back fill of sand. After the back fill is accomplished, drip pans will have to be installed. Borings will be taken to determine the depth to which we have to remove soil. Various proposals were discussed for the disposal of the saturated soil with the idea of dumping it in theparking lot for fill being probably the most economical proposal.

The other area of high saturation was north of the storehouse where empty barrels are being stored. This area will have to be dug up and backfilled with clean sand. An area immediately adjacent to the diesel shop where reclaimed lube oil is stored also has a serious saturation problem.

In summary, the following areas require additional studies:

1). The study on procurring a fueling truck which would service isolated engines at Humboldt and Maryland Avenue in St. Paul.

2). A cost study on placing drip pans and necessary sump pumps in the fueling area.

3). Review our present handling procedures for reclaimed lube oil at Shoreham.

4). Establish necessary training programs to insure proper fueling of locomotives so as to minimize spills.

5). Study the drainage from the present roundhouse into the turntable pit as to the nature of the runoff.

6). Review our housekeeping procedures for the handling of lube pads at various locations in the Shoreham terminal.

7). Mechanical is to review all roundhouse facilities on the system to see the nature of their pollution problem as it relates to oil saturation.

A follow-up meeting is scheduled for Monday, March 21, 1977 at 3:00 p.m.

DMC:sjh