File Copy

SOIL EXPLORATION

**BRANCH OFFICES:**

BISMARCK, N.D.
FARGO, N.D.
GRANDFORKS, N.D.

MINOT, N.D.
MANKATO, MINN.
ROCHESTER MINN.

APPLETON, WIS.
EAU CLAIRE, WIS.
LA CROSSE, WIS.

RAPID CITY, S.D.
SIOUX FALLS, S.D.
WATERLOO, IOWA

SLR018643

EXHIBIT 14

[illegible] owned and managed by registered profession[illegible]

**Detailed Investigation and Evaluation of Building Site[illegible]** to give specific subsurface data for foundation design. [illegible] includes field test programs, follow-up laboratory test pro[illegible]grams, and analysis of the resulting data by a registered [illegible] professional engineer — and recommendations.

**Preliminary Site Planning and Selection** . . . [illegible] general information on the geologic setting [illegible] and type of bedrock [illegible] Supplemental [illegible] be made to con[illegible]

[illegible] . . . information [illegible] criteria for piling [illegible] Method of Dynamic [illegible]

[illegible] . . . information and [illegible] design criteria for highways, [illegible] Such studies also provide [illegible] of pavement failures.

[illegible] **Sand, Gravel and Ledgerock Deposits** [illegible] and economic potential of [illegible]

[illegible] . . . establish depth to [illegible] studies. Also includ[illegible] for ground water supply, gr[illegible] and grounding.

**[illegible] and Pollution Control Studies** . . . [illegible] underground utility lines, sewage absor[illegible] stabilization ponds and sanitary landfill[illegible]

**[illegible] Soil Mechanics Studies** . . . document the [illegible] provide recommended solutions — [illegible] foundation failures, earth slides, settle[illegible] effect.

[illegible] is available upon request. Com[illegible] [illegible] organizations to better serve our [illegible]

[illegible]NG THE [illegible] AND STANDARDS OF

VESTIGATION

INATION

LIS YARD

SOIL EXPLORATION COMPANY

soil exploration company
66? CROMWELL AVE N.
ST PAUL MN 551??
PHONE 612/645-????

OFFICERS
CHARLES W. BRITZIUS
president
ROBERT F. WITTMAN
executive vice president
NORMAN E. HENNING
vice president
CLINTON R. EUE
secretary
JOHN F. GISLASON
treasurer

BRANCH OFFICES
BISMARCK, ND
FARGO, ND
GRANDFORKS, ND
MINOT, ND
MANKATO, MN
ROCHESTER, MN
APPLETON, WI
EAU CLAIRE, WI
LA CROSSE, WI
RAPID CITY, SD
SIOUX FALLS, SD
WATERLOO, IA

May 10, 1977

Soo Line Railroad Company
Soo Line Building
105 South Fifth St.
Minneapolis, MN 55402

Attn: Mr. Kjellmar

RE: Soil Investigation - Fuel Oil
Contamination - North Minneapolis
Yard - #120-1394

Gentlemen

We have conducted a soil investigation for the referenced project. We are transmitting five copies of our report. This work was done in accordance with your verbal authorization on April 15, 1977.

Under separate cover we are sending representative samples of the soil for your personal inspection. About 50% of the remaining soil samples will be held at this office for three months and will then be discarded unless we are notified to hold them for a longer period of time.

Very truly yours,

Wilfred A. Wahl

Wilfred A Wahl, P.E.

WAW/lq

Encs

REPORT OF SOIL INVESTIGATION

FUEL OIL CONTAMINATION

NORTH MINNEAPOLIS YARD

#120-1394

## INTRODUCTION

This report presents our findings pertaining to the soil investigation for the referenced project.

## FIELD INVESTIGATION PROCEDURES

Eight soil test borings were made on April 28th to May 2, 1977. The borings were put down approximately at the locations suggested by you as shown on the attached sketch. The surface elevations were referenced to the first floor level of the existing round house, taken as 100.0', an assumed elevation.

Soil sampling was performed in accordance with ASTM: D 1586-67. Using this procedure, a 2" O.D. split barrel sampler is driven into the soil by a 140 lb weight falling 30". After an initial set of 6", the number of blows required to drive the sampler an additional 12" is known as the penetration resistance or N value . The N value is an index of the relative density of cohesionless soils and the consistency of cohesive soils.

As the samples were obtained in the field, they were visually and manually classified by the crew chief in accordance with ASTM : D 2488-69. Representative portions of all samples were then returned to the laboratory for

further examination and for verification of the field classifications. Logs of the borings indicating the depth and identification of the various strata, the N value, water level information and pertinent information regarding the method of maintianing and advancing the drill holes. Charts illustrating the soil classification procedures, the descriptive terminology and symbols used on the boring logs are also attached.

## SITE AND SOIL CONDITIONS

The present grade in the yard area is relatively level. Surface elevations at the boring locations vary from 97.9' to 99.8'.

It will be noted from the boring logs that the typical soil profile consists of fill overlying coarse alluvium extending to the depths of the borings. At boring 1, the coarse alluvium is underlain by glacial till below a depth of 28'. A thin layer of topsoil was encountered at some of the boring locations. Borings 1 and 5 were stopped at obstruction at depths of 41½' and 31', respectively. According to our available geological data, the first bedrock at this site is the St. Peter sandstone at a depth of over 100'. Therefore the obstructions encountered in the borings are quite probably boulders.

## GROUND WATER

No ground water entered the borings at the time this work was done. The ground water levels can be expected to fluctuate both seasonally and yearly.

## ANALYSIS

As the samples were obtained, they were examined for evidence of oil contamination. The samples were then returned to the laboratory where they were examined under an ultraviolet light. The oil will fluoresce when exposed to ultraviolet light. We have noted on the boring logs the results of the examination under the ultraviolet light. It will be noted that fairly heavy contaminations was noted at boring 1. There was some evidence of oil in the lower portion of boring 5. No evidence or traces of oil were encountered at the other boring locations.

## REMARKS

Because the area of the borings in relation to the entire area is very small, and for other reasons, we do not warrant conditions below the depths of our borings, or that the strata logged from our borings are necessarily typical of the entire site.

I hereby certify that this plan, specification or report was prepared by me or under my direct supervision and that I am a duly Registered Professional Engineer under the laws of the State of Minnesota

Wilfred A. Wahl
WILFRED A WAHL, P.E.

Date 5-10-77 Reg No 6989

**SOIL EXPLORATION COMPANY**

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 1

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 97.9') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LAB W | LAB D | LAB L.L./P.L. | LAB ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FILL, mixture of CINDERS and SAND, (See #1) | FILL | 11 | | 1 | SS | | | | Trace |
| 2½ | *NOTE | TOPSOIL | | | 2 | SS | | | | Heavy |
| 5 | SAND, fine grained, grayish brown, moist, very loose (Oil soaked-#2) | COARSE ALLUVIUM | 4 | | 3 | SS | | | | Heavy |
| | SAND, fine grained, brown, moist, loose to medium dense to loose (Oil soaked -strong oil odor). (SP-SM) | | 7 | | 4 | SS | | | | Heavy |
| | | | 9 | | 5 | SS | | | | Heavy |
| 11 | | | 8 | | 6 | SS | | | | Heavy |
| | SAND, medium grained, a little gravel, light brown, moist, loose to medium dense (strong oil odor) (SP) | | 6 | | 7 | SS | | | | Heavy |
| 16½ | | | 13 | | 8 | SS | | | | Heavy |
| 19½ | SAND, fine grained, light brown, moist, dense (Strong oil odor) (SP) | | 17 | | 9 | SS | | | | Heavy |
| | SAND, fine to medium grained, a little gravel, and a few cobbles, light brown, moist, medium dense (Strong oil odor) (SP) | | 12 | | 10 | SS | | | | Slight |
| 28 | | | 100/0.2 | | 11 | SS | | | | Trace |
| | SILTY SAND, a little gravel, a few cobbles and boulders, brown moist, very dense (Some oil odor) (SM) | TILL | 100/0.5 | | 12 | SS | | | Moderate | |
| | | | 80 | | 13 | SS | | | | Trace |
| 41½ | | | 100/0.6 | | 14 | SS | | | | Trace |
| | Obstruction | | | | | | | | | |

#1-black (Strong oil odor)
#2-Strong oil odor ) (SP-SM)
Note: SILTY SAND, fine grained, black moist, medium dense (Strong oil odor)
**-Test results of ultraviolet mineral light

**WATER LEVEL MEASUREMENTS**

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-28 | 1:25 | 19½' | 14½' | 19' | to | None |
| 4-28 | 1:30 | 19½' | None | 12' | to | None |
| 5-2 | 10:10 | 41½' | 41½' | 41½' | to | None |
| 5-2 | 10:20 | 41½' | None | 10½' | to | None |

START 4-28-77 COMPLETE 5-2-77

METHOD 3¼ HSA 0-41½' @10:15

CREW CHIEF Scherle and Francis

SE-2 (70-A)

**SOIL EXPLORATION COMPANY**

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 2

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 99.8') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LABORATORY TESTS W | D | L.L./P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1½ | FILL, mostly SAND and CINDERS, black | | 6 | | 1 | SS | | | | None |
| | FILL, mostly SAND, a little silty sand, brown | FILL | 3 | | 2 | SS | | | | None |
| | | | 1 | | 3 | SS | | | | None |
| 9 | | | 2 | | 4 | SS | | | | None |
| | SAND, medium grained, a little gravel, light brown, moist, very loose to medium dense (SP) | COARSE ALLUVIUM | 4 | | 5 | SS | | | | None |
| 15 | | | 9 | | 6 | SS | | | | None |
| 17 | SAND, medium to coarse grained, a little gravel, light brown (See #1) | | 19 | | 7 | SS | | | | None |
| 19½' | SAND, fine grained, light brown moist, medium dense (SP) | | 11 | | 8 | SS | | | | None |

End of Boring

#1-moist, dense (SP)

**-Test results of ultraviolet mineral light

**WATER LEVEL MEASUREMENTS**

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-28 | 2:35 | 19½' | 14½' | 19' | to | None |
| 4-28 | 2:40 | 19½' | None | 11' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-28-77 COMPLETE 4-28-77

METHOD 3¼ HSA 0-14½' @ 2:35

C.S. 14½'-19½'

CREW CHIEF Scherle

SE-2 (70-A)

SLR018651

# SOIL EXPLORATION COMPANY

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 3

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 99.3') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LAB TESTS W | D | L.L./P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2½ | FILL, mixture of SAND and CINDERS, black and brown | FILL | 6 | | 1 | SS | | | | None |
| 3½ | SILTY SAND, fine grained (See #1) | TOPSOIL | 4 | | 2 | SS | | | | None |
| 5 | SILTY SAND, fine grained (See #2) | | | | 3 | SS | | | | None |
| | SAND, fine to medium grained, light brown, moist, loose to dense (SP-SM) | COARSE ALLUVIUM | 8 | | 4 | SS | | | | None |
| 9½ | | | 10 | | 5 | SS | | | | None |
| | SAND, medium grained, a little gravel, light brown, moist, loose to dense (SP) | | 8 | | 6 | SS | | | | None |
| | | | 8 | | 7 | SS | | | | None |
| | | | 13 | | 8 | SS | | | | None |
| 19½ | | | 17 | | 9 | SS | | | | None |

End of Boring

#1-black, moist, very loose (SM)

#2- brown, moist, very loose (SM)

**-Test results of ultraviolet mineral light

WATER LEVEL MEASUREMENTS

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-28 | 3:40 | 19½' | 14½' | 19' | to | None |
| 4-28 | 3:45 | 19½' | None | 11' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-28-77 COMPLETE 4-28-77

METHOD 3¼ HSA 0-14½' @ 3:40

C.S. 14½-19½'

CREW CHIEF Scherle

SE-2 (70-A)

SLR018652

**SOIL EXPLORATION COMPANY**

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 4

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 99.0') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LABORATORY TESTS W | D | L.L./P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FILL, mostly SILTY SAND, a trace of gravel, and ashes, dark (See#1) | FILL | 4 | | 1 | SS | | | | None |
| 4 | SILTY SAND, a trace of gravel, dark grayish brown, moist, loose (SM) | TOPSOIL | 6 | | 2 | SS | | | | None |
| | SAND, fine grained, light brown, moist, medium dense (SP) | COARSE ALLUVIUM | 9 | | 3 | SS | | | | None |
| 9 | | | 11 | | 4 | SS | | | | None |
| | SAND, medium grained, a trace of gravel, light brown, moist, medium dense to dense (SP) | | 12 | | 5 | SS | | | | None |
| | | | 14 | | 6 | SS | | | | None |
| | | | 16 | | 7 | SS | | | | None |
| 19½ | | | 20 | | 8 | SS | | | | None |
| | End of Boring<br>#1-brown and black<br>**-Test results of ultraviolet mineral light | | | | | | | | | |

**WATER LEVEL MEASUREMENTS**

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-29 | 3:20 | 19½' | 14½' | 19' | to | None |
| 4-29 | 3:25 | 19½' | None | 5½' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-29-77 COMPLETE 4-29-77

METHOD 3¼ HSA 0-14½' @ 3:20

C.S. 14½'-19½'

CREW CHIEF Francis

SE-2 (70-A)

# SOIL EXPLORATION COMPANY

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 5

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

SURFACE ELEVATION 99.5'

| DEPTH IN FEET | DESCRIPTION OF MATERIAL | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | W | D | L.L. / P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FILL, mostly SILTY SAND, some gravel, dark grayish brown, (Strong oil odor) | FILL | 6 | | 1 | SS | | | | None |
| 4 | SILTY SAND, fine grained, dark brown, moist, very loose (Strong oil odor)* | COARSE ALLUVIUM | 3 | | 2 | SS | | | | None |
| | SAND, fine to medium grained, a trace of gravel, light brown, moist, loose to medium dense to loose (Strong oil odor) (SP) | | 5 | | 3 | SS | | | | None |
| | | | 10 | | 4 | SS | | | | None |
| | | | 10 | | 5 | SS | | | | None |
| 14 | | | 6 | | 6 | SS | | | | None |
| | SAND, medium grained, a little gravel, light brown, moist, dense to medium dense (Strong oil odor) (SP) | | 26 | | 7 | SS | | | | None |
| | | | 12 | | 8 | SS | | | | None |
| 22 | | | 13 | | 9 | SS | | | | None |
| | SAND, medium to coarse grained, some gravel, light brown, moist, dense to very dense (Strong oil odor) (SP) | | 22 | | 10 | SS | | | | Trace |
| | | | 34 | | 11 | SS | | | | Heavy |
| 31 | | | 62/0.5 | | 12 | SS | | | | Trace |
| | Obstruction | | | | | | | | | |

*-(SM-SP)

**-Test results of ultraviolet mineral light

**WATER LEVEL MEASUREMENTS**

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-29 | 10:30 | 31' | 31' | 31' | to | None |
| 4-29 | 10:40 | 31' | None | 10½' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-28-77 COMPLETE 4-28-77

METHOD 3¼ HSA 0-31' @ 10:30

CREW CHIEF Francis

SE-2 (70-A)

# SOIL EXPLORATION COMPANY

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 6

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 99.0') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | W | D | L.L./P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FILL, mostly SILTY SAND, a trace of gravel, and ashes, black (See #1) | FILL | 8 | | 1 | SS | | | | None |
| 5 | SAND, fine grained, brown, moist, loose (Slight oil odor) (SP-SM) | COARSE ALLUVIUM | 8 | | 2 | SS | | | | None |
| 12 | SAND, fine to medium grained, a trace of gravel, light brown, moist, medium dense (Trace of oil odor) (SP) | | 9 | | 3 | SS | | | | None |
| | | | 12 | | 4 | SS | | | | None |
| | | | 9 | | 5 | SS | | | | None |
| 24 | SAND, medium to fine grained, a trace of gravel, light brown, moist, loose to dense (Trace of oil odor) (SP) | | 6 | | 6 | SS | | | | None |
| | | | 17 | | 7 | SS | | | | None |
| | | | 20 | | 8 | SS | | | | None |
| | | | 15 | | 9 | SS | | | | None |
| 26 | SAND, medium grained, a little gravel, brown, moist, very (See #2) | | 87 | | 10 | SS | | | | None |

End of Boring

#1-(Strong oil odor)

#2-dense (No oil odor) (SP)

**-Test results of ultraviolet mineral light

WATER LEVEL MEASUREMENTS

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-29 | 2:25 | 19½' | 14½' | 19' | to | None |
| 4-29 | 2:30 | 19½' | None | 6' | to | None |
| 5-2 | 10:55 | 26' | 24½' | 25½' | to | None |
| 5-2 | 11:05 | 26' | None | 6' | to | None |

START 4-29-77 COMPLETE 5-2-77

METHOD 3¼ HSA 0-24½' @ 10:55

CREW CHIEF Francis

SE-2 (70-A)

# SOIL EXPLORATION COMPANY

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 7

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 99.2') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LABORATORY TESTS W | D | L.L. / P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| | FILL, mostly SILTY SAND, a few ashes above 2', brown, black and dark brown | FILL | 7 | | 1 | SS | | | | None |
| | | | 4 | | 2 | SS | | | | None |
| 7 | | | 4 | | 3 | SS | | | | None |
| 9 | SILTY SAND, black to brownish gray, moist, medium dense (SM-SP) | TOPSOIL | 11 | | 4 | SS | | | | None |
| 12 | SAND, fine grained, light brown, moist, medium dense (SP) | COARSE ALLUVIUM | 12 | | 5 | SS | | | | None |
| 15 | SAND, fine grained, brown, wet, medium dense (SP-SM) | | 13 | | 6 | SS | | | | None |
| | SAND, fine to medium grained, light brown, moist, loose to medium dense (SP) | | 7 | | 7 | SS | | | | None |
| 19½ | | | 12 | | 8 | SS | | | | None |
| | End of Boring<br>**-Test results of ultraviolet mineral light | | | | | | | | | |

WATER LEVEL MEASUREMENTS

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-29 | 11:40 | 19½' | 14½' | 19' | to | None |
| 4-29 | 11:45 | 19½' | None | 8½' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-29-77 COMPLETE 4-29-77

METHOD 3¼ HSA 0-14½' @11:40

C.S. 14½'-19½'

CREW CHIEF Francis

SE-2 (70-A)

# SOIL EXPLORATION COMPANY

JOB NO. 120-1394 VERTICAL SCALE 1"=6' LOG OF TEST BORING NO. 8

PROJECT FUEL OIL CONTAMINATION - NORTH MINNEAPOLIS, MINNESOTA

| DEPTH IN FEET | DESCRIPTION OF MATERIAL (SURFACE ELEVATION 98.9') | GEOLOGIC ORIGIN | N | WL | SAMPLE NO. | SAMPLE TYPE | LABORATORY TESTS W | D | L.L. / P.L. | ** |
|---|---|---|---|---|---|---|---|---|---|---|
| | FILL, mixture of ASHES and SILTY SAND, a trace of gravel, black and dark brown | FILL | 4 | | 1 | SS | | | | None |
| 4 | | | 4 | | 2 | SS | | | | None |
| | SAND, fine grained, brown, moist, loose to medium dense (SP-SM) | COARSE ALLUVIUM | 5 | | 3 | SS | | | | None |
| | | | 7 | | 4 | SS | | | | None |
| 12 | | | 10 | | 5 | SS | | | | None |
| | SAND, fine to medium grained, a trace of gravel, light brown, moist, medium dense (SP) | | 10 | | 6 | SS | | | | None |
| 17 | | | 11 | | 7 | SS | | | | None |
| 19½ | SAND, medium grained, a little gravel, brown, moist, medium dense (SP) | | 12 | | 8 | SS | | | | None |
| | End of Boring<br>**-Test results of ultraviolet mineral light | | | | | | | | | |

WATER LEVEL MEASUREMENTS

| DATE | TIME | SAMPLED DEPTH | CASING DEPTH | CAVE-IN DEPTH | BAILED DEPTHS | WATER LEVEL |
|---|---|---|---|---|---|---|
| 4-29 | 1:20 | 19½' | 14½' | 18½' | to | None |
| 4-29 | 1:25 | 19½' | None | 7½' | to | None |
| | | | | | to | |
| | | | | | to | |

START 4-29-77 COMPLETE 4-29-77

METHOD 3¼ HSA 0-14½' @ 1:20

C.S. 14½-19½'

CREW CHIEF Francis

SE-2 (70-A)

# GENERAL NOTES

## DRILLING & SAMPLING SYMBOLS

| SYMBOL | DEFINITION |
|---|---|
| C.S. | Continuous Sampling |
| P.D. | 2-3/8" Pipe Drill |
| C.O. | Cleanout Tube |
| 3¼ HSA | 3¼" I.D. Hollow Stem Auger |
| 4 FA | 4" Diameter Flight Auger |
| 6 FA | 6" Diameter Flight Auger |
| 2½ C | 2½" Casing |
| 4C | 4" Casing |
| D.M. | Drilling Mud |
| J. W. | Jet Water |
| H. A. | Hand Auger |
| NXC | Size NX Casing |
| BXC | Size BX Casing |
| AXC | Size AX Casing |
| SS | 2" O.D. Split Spoon Sample |
| 2T | 2" Thin Wall Tube Sample |
| 3T | 3" Thin Wall Tube Sample |

## LABORATORY TEST SYMBOLS

| SYMBOL | DEFINITION |
|---|---|
| W | Moisture content - percent of dry weight |
| D | Dry density-pounds per cubic foot |
| LL, PL | Liquid and plastic limits determined in accordance with ASTM D 423 and D 424 |
| Qu | Unconfined compressive strength-pounds per square foot in accordance with ASTM D 2166-66 |

Additional insertions in Qu column

| SYMBOL | DEFINITION |
|---|---|
| Pq | Penetrometer reading-tons/square foot |
| Ts | Torvane reading-tons/square foot |
| G | Specific gravity - ASTM D 854-58 |
| SL | Shrinkage limit - ASTM D 427-61 |
| pH | Hydrogen ion content-meter method |
| O | Organic content-combustion method |
| M.A.* | Grain size analysis |
| C* | One dimensional consolidation |
| Qc* | Triaxial compression |

*See attached data sheet and/or graph

## WATER LEVEL

SYMBOL – ▼

Water levels shown on the boring logs are the levels measured in the borings at the time and under the conditions indicated. In sand, the indicated levels can be considered reliable ground water levels. In clay soil, it is not possible to determine the ground water level within the normal scope of a test boring investigation, except where lenses or layers of more pervious waterbearing soil are present and then a long period of time may be necessary to reach equilibrium. Therefore, the position of the water level symbol for cohesive or mixed texture soils may not indicate the true level of the ground water table. The available water level information is given at the bottom of the log sheet.

# DESCRIPTIVE TERMINOLOGY

## DENSITY

| TERM | "N" VALUE |
|---|---|
| Very loose | 0-4 |
| Loose | 5-8 |
| Medium Dense | 9-15 |
| Dense | 16-30 |
| Very Dense | Over 30 |

## CONSISTENCY

| TERM | "N" VALUE |
|---|---|
| Soft | 0-4 |
| Medium | 5-8 |
| Rather Stiff | 9-15 |
| Stiff | 16-30 |
| Very Stiff | Over 30 |

Standard "N" Penetration: Blows per foot of a 140 pound hammer falling 30 inches on a 2 inch OD split spoon.

## RELATIVE PROPORTIONS

| TERM | RANGE |
|---|---|
| Trace | 0-5% |
| A Little | 5-15% |
| Some | 15-30% |
| With | 30-50% |

## PARTICLE SIZES

| | |
|---|---|
| Boulders | Over 3" |
| Gravel | |
| Coarse | ¾"-3" |
| Fine | #4-¾" |
| Sand | |
| Coarse | #4-#10 |
| Medium | #10-#40 |
| Fine | #40-#200 |
| Silt and Clay | Determined by plasticity Characteristics |

Note: Sieve sizes shown are U.S. Standard

SE-4(70A)

# CLASSIFICATION OF SOILS FOR ENGINEERING PURPOSES

**ASTM Designation: D 2487 – 69 AND D 2488 – 69**

**(Unified Soil Classification System)**

| Major divisions | | | Group symbols | Typical names | Classification criteria | | |
|---|---|---|---|---|---|---|---|
| Coarse-grained soils More than 50% retained on No. 200 sieve* | Gravels 50% or more of coarse fraction retained on No. 4 sieve | Clean gravels | GW | Well-graded gravels and gravel-sand mixtures, little or no fines | Classification on basis of percentage of fines: Less than 5% pass No. 200 sieve . . . . . GW, GP, SW, SP; More than 12% pass No. 200 sieve . . . . . GM, GC, SM, SC; 5 to 12% pass No. 200 sieve . . . . . *Borderline* classifications requiring use of dual symbols | $C_u = \frac{D_{60}}{D_{10}}$ greater than 4; $C_z = \frac{(D_{30})^2}{D_{10} \times D_{60}}$ between 1 and 3 | |
| | | | GP | Poorly graded gravels and gravel-sand mixtures, little or no fines | | Not meeting both criteria for GW | |
| | | Gravels with fines | GM | Silty gravels, gravel-sand-silt mixtures | | Atterberg limits below "A" line or P.I. less than 4 | Atterberg limits plotting in hatched area are *borderline* classifications requiring use of dual symbols |
| | | | GC | Clayey gravels, gravel-sand-clay mixtures | | Atterberg limits above "A" line with P.I. greater than 7 | |
| | Sands More than 50% of coarse fraction passes No. 4 sieve | Clean sands | SW | Well-graded sands and gravelly sands, little or no fines | | $C_u = \frac{D_{60}}{D_{10}}$ greater than 6; $C_z = \frac{(D_{30})^2}{D_{10} \times D_{60}}$ between 1 and 3 | |
| | | | SP | Poorly graded sands and gravelly sands, little or no fines | | Not meeting both criteria for SW | |
| | | Sands with fines | SM | Silty sands, sand-silt mixtures | | Atterberg limits below "A" line or P.I. less than 4 | Atterberg limits plotting in hatched area are *borderline* classifications requiring use of dual symbols |
| | | | SC | Clayey sands, sand-clay mixtures | | Atterberg limits above "A" line with P.I. greater than 7 | |
| Fine-grained soils 50% or more passes No. 200 sieve* | Silts and clays Liquid limit 50% or less | | ML | Inorganic silts, very fine sands, rock flour, silty or clayey fine sands | Plasticity Chart (see below) | | |
| | | | CL | Inorganic clays of low to medium plasticity, gravelly clays, sandy clays, silty clays, lean clays | | | |
| | | | OL | Organic silts and organic silty clays of low plasticity | | | |
| | Silts and clays Liquid limit greater than 50% | | MH | Inorganic silts, micaceous or diatomaceous fine sands or silts, elastic silts | | | |
| | | | CH | Inorganic clays of high plasticity, fat clays | | | |
| | | | OH | Organic clays of medium to high plasticity | | | |
| | Highly organic soils | | Pt | Peat, muck and other highly organic soils | | | |

**Plasticity Chart**




***Based on the material passing the 3 in. (76 mm) sieve.**

SE-1 (70-A)


SHOREHAM YARD
N.E. MPLS. MINN.
SOO LINE RAILROAD
30TH AVE. N.
29TH AVE.
28TH AVE. N
CENTRAL AVE.
T.29 N. R.24 W.
SEC. JOB NO. 120-1394
N.
OLD ROUND HOUSE
NEW ROUND HOUSE
DIESEL HOUSE
STORE ROOM
WASTE RECLAIMING PLANT
SCRAP BINS
NAGEL COAL & FUEL CO.
OFFICE
IRON SHED
TOOL HO
AIR BRAKE SHOP
DIESEL FUEL OIL STORAGE
CAR HEATER STORAGE BLDG
COVERED PLATFORM
TBM. EL 100.0
FL. OF ROUNDHOUSE
(TBM. FOR BORINGS #1)
TBM. EL 100.0
FL. OF ROUND HOUSE
(TBM. FOR BORINGS #2-6)
PARKING

BEP- Attached are several copies of the soil boring investigation at Shoreham in connection with pollution control.

In summary, heavy oil contamination was found in boring #1 near the pump house. Other than that, there was no evidence or traces of oil in the other 7 holes except for hole #5 where some was was found at a depth of 23' to 30' deep.

SLR018661