BEP

Minneapolis - July 1, 1977

MEMO TO FILE:

BEP, TFK, BAN, CWS & DIK met with Dick Kable of the PCA on June 23, 1977. Went over soil report, gave Kable map of Shoreham. BAN had several permits which he will fill out and submit to PCA.

Kable really had not much to offer. The three areas of concern to him are 1) impervious floor in the diked fuel tank, 2) spillage at the pumphouse oil receiving location and 3) spillage at the diesel fuel station.

He did not want to tell us what to do or give a date on when any of this had to be corrected, but he would like to see something positive done within a year or so on collecting all spillage at the fueling station through collecting pans and oil separators. Mentioned that a shed over the pans is a good idea - keeps out rain water and may eliminate an interceptor - just need a collection tank. Also thought that moving the fueling activity inside a shop building is really the best (BN finally went to this at Northtown) as it eliminates problems of freezing lines, etc. CWS liked this but all agreed it probably would be costly. Kable wants a positive system to collect diesel fuel at the fueling station, and said our situation is not serious enough to require immediate action, but in a year or so we should have some kind of protection; such as pans, in place and working. He realizes that railroads would have a budget to meet and would like to see something in the 1978 budget to cover this. BEP agreed to contact him before anything was placed in the budget so he could go over what we will propose.

As for the impervious floor in the diked tank area, not much was said, but Kable left the impression that this should be done while, here again, he did not specify any date of completion.

The oil soaked area around boring #1, the fuel truck unloading spot, was of concern. It was decided that there was nothing to be done about the oil already in the ground, but that Mechanical Department was to police the unloading activity much closer, put pressure on the fuel company drivers, etc., and in so doing eliminate further spillage.

BEP
8/8/75

DIK:is

SLR018608

**EXHIBIT 15**