SOO LINE RAILROAD COMPANY

# AUTHORITY FOR EXPENDITURE

C. E. or M. S. No. EM 3409 Authority No.

Minnesota Region Western Sta. Shoreham

S-7 Office of Chief Engineer Date March 13 19 78

Authority for an expenditure of $ 79,300 is requested for drip pans & separator at fueling station

in connection with the property of Soo Line Railroad Co. (Name of Owner) now operated by Soo Line Railroad Co. (Name of Operating Company)

Location and description of work, necessity, and terms of agreement with any other party interested:

Diesel Fueling Station:

Drip pan and oil separator system to be installed with collecting tank to prevent pollution from fuel oil spillage on ground.

ACTUAL
#92,800

Reason for expenditure and estimated savings.

Required by MPCA - no monetary savings.

Cash Required $79,300
Salvage 0

Budget Reference: Year 1978 Page Item 69

Originating Dept. Mechanical

Work to be done by Company Forces Under supervision of Chief Engineer

SUMMARY OF ESTIMATE

| | Total | A. & B. | Operating Expenses | Depreciation Reserve | Other Income | Chargeable to Others |
|---|---|---|---|---|---|---|
| Gross Cost* | 79,300 | 79,300 | | | | |
| Retirement | | | | | | |
| Salvage and Insurance | | | | | | |
| Net | 79,300 | 79,300 | | | | |

*Including appraised value of parts reused

Total Cost to be Borne by Soo Line Railroad Company

Or Participated in by (Name all participants and amount borne by each)

Submitted Recommended ______ Chief Engineer—Gen'l Mech. Supt. Recommended ______

Accounting Approved ______ Comptroller Recommended ______ Gen'l. Mgr.-Trans. & Maint.

Recommended ______ General Supt. Recommended ______ Executive Vice President

Recorded ______ Auditor of Disbursements Approved ______ President

SLR018719

EXHIBIT 16

NOTE - ENGINEERING DEPARTMENT EST

ITEM NO.

ENGINEERING DEPARTMENT

ESTIMATE SHEET

-2-151

EGC Date 2-2?-78

Sheet No. 1 of 1
State Minn.
Region Western
Val. Sec. No. 7
Sta. or M.P. Sherburne
From ______ To ______
Estimate No.
Item No.

Description of Work: DIESEL FUELING STATION; Install 150' long drip pans on two fueling tracks to catch oil spillage. Install oil separator, collection tank, grit sump and connect separator to 12" company sewer to Central Ave.

| ITEM DESCRIPTION AND UNIT | NO. OF UNITS | PRICE PER UNIT | COST LABOR | COST MATERIAL | COST TOTAL | DISTRIBUTION A & B | DISTRIBUTION OPTG |
|---|---|---|---|---|---|---|---|
| | | | | PART 500 LABOR; PART CONTRACT? | | | |
| PROPERTY INSTALLED | | | | ADDITIONS | | | |
| FUELING STATION | | | | | MAT | | |
| Armco Drip Pan System | 300 L.F. | 125 | 3150 | 34,350 | 32611 | | |
| 6" Pipe drains to separator | 375 L.F. | 5+ | 1160 | 800 | 165 | | |
| 100 GPM Oil Separator Ea | 1 | | 2500 | 16,500 | 16013 | | |
| S.H. Car Tank for Collection | 1 | | 500 | 500 | 1050 | | |
| Grit Collection Sump | 1 | | 250 | 350 | 357 | | |
| 6" Sewer line to 12" Co. Sewer to Central Ave | 300 L.F. | 12 | 3300 | 1500 | 1000 | | |
| Excavation and backfill other than for sewer | | | 1500 | | | | |
| Pipe rollers [illegible] | | | 600 | 500 | | | |
| Total Above | | | 12,860 | 54500 | 67360 | 67360 | |
| + 36.77% on A+P Labor | | | 4730 | | 4730 | 4730 | |
| | | | 17590 | 54500 | 72090 | 72090 | |
| + 10% Contingencies | | | 1760 | 5450 | 7210 | 7210 | |
| Est. Gross Cost [illegible] | | | 19350 | 59950 | 79,300 | 79,300 | |
| + 1800 Mech [illegible] ACT. LABOR | | | 18771 | | | | |
| + HOGLUND ≈ | | | 12,000 | | | | |
| Est. O&P 77300 | | | 30771 | | | | |

POSSIBLE VARIANCES.
1) NO STORES EXP IN ESTIMATE
2) NO SHOP EXP. IN ESTIMATE
3) CHANGE IN DESIGN (SEE ATTACHED)
4) LABOR OVERAGE → 500 LABOR + HOGLUND MECH LABOR
5) NEEDED SUPPLEMENTAL AFE
6) CONTRACT - HOGLUND MECH ?

IN RED - ACTUAL

SLR018720