Minnesota Pollution Control Agency

JAN [illegible]

Soo Line Railroad Company
Soo Line Building
Box 530
Minneapolis, Minnesota 55440

SOO LINE RAILROAD
RECEIVED
JAN 15 1979
OFFICE OF
CHIEF ENGINEER

ATTENTION: Mr. B. E. Pearson, Chief Engineer

Re: Soo Line Railroad
Shoreham Yard
Minneapolis, Minnesota

Dear Mr. Pearson:

Pursuant to Minnesota Statutes, Chapters 115 and 116, as amended, approval of the final engineering report and plans is hereby granted, subject to the conditions given below, for the proposal to construct and operate facilities for the collection and treatment of contaminated precipitation runoff from refueling facilities at the Soo Line Shoreham Yard, City of Minneapolis, Hennepin County, which, when constructed, will discharge a maximum of approximately 1,500 gallons per day of treated runoff to the City of Minneapolis sanitary sewer system.

The final engineering report and related information indicate that the treatment system will consist of:

- Two drip collector pans approximately 14 feet wide by 151 feet long to collect drips, spills and contaminated precipitation runoff. These pans are above-grade and will only collect precipitation which falls directly on them.
- A grit chamber.
- An oil-water separator with a design flow of 100 gallons per minute and a spill capacity of approximately 2,500 gallons.
- An oil collection tank with a capacity of approximately 5,000 gallons.
- Approximately 350 feet of six-inch plastic pipe leading to an existing company 18-inch sewer.

Phone (612) 296-7388
1935 West County Road B2, Roseville, Minnesota 55113
Regional Offices · Duluth Brainerd Detroit Lakes/Marshall/Rochester
Equal Opportunity Employer

The treatment system is further described in plans designated "Diesel Fueling Station, Shoreham - Minneapolis, Minnesota, Fuel Oil Collecting System" dated April 20, 1978 revised August 18, 1978 and November 30, 1978 and letters dated July 26, 1978 and December 11, 1978 from Mr. B. E. Pearson, Chief Engineer.

The Agency, its officers, employees, and agents review and comment upon engineering reports and plans which provide the basis for this approval solely for the limited purpose of determining whether there is reasonable assurance that the treatment system, when constructed, will comply with the regulations and criteria of the Agency.

No alterations or additions to the treatment system shall be made until the permittee has submitted plans and specifications for the change to the Agency and has received the written approval of the Director.

Any contaminated soil excavated during construction may be used on-site for dust control.

Any questions regarding this approval should be directed to Mr. Steven A. Reed at (612) 296-7388.

Yours truly,

Perry T. Beaton, P.E.
Chief, Facilities Section
Division of Water Quality

Dated: JAN [illegible] 1979

PTB/SAR:lv