Soo Line Railroad Company

SOO

Soo Line Building
Box 530
Minneapolis, Minnesota 55440
(612) 332-1261

B. E. PEARSON
Chief Engineer

May 18, 1979

File: WP-c-2-214

LeVahn Bros., Inc.
4108 Lyndale Ave. No.
Minneapolis, Minnesota 55412

Hoglund Mechanical Contractors, Inc.
7420 West Lake Street,
Minneapolis, Minnesota 55426

DEFTS
DEPOSITION EXHIBIT
D292
PENGAD 800-631-6989

Gentlemen:

The Soo Line Railroad Company will receive at the Office of its Chief Engineer, 1520 Soo Line Building, Minneapolis, Minnesota, 55440 up to and including June 4, 1979 proposals made in accordance with the following description of the work and attached Plans No. T-2-41 and T-2-42 showing details of the work, in connection with the installation of a Diesel Fuel Oil Collection System in the Railroad Company's Yard in northeast Minneapolis. Attached map shows the location of the above site.

The Railroad Company will furnish, at the site, all material required for the above project. The Railroad Company with its own forces will install the collecting pans on the two fueling tracks and do all necessary track raising and shifting as referred to on the plans. All track work will be done prior to any part of the work that would be required of the Contractor. The Railroad Company will stake out the site and set the necessary elevations for the Contractor.

It will be the Contractor's responsibility to obtain the necessary plumbing and sewer permits, provide all supervision , equipment and labor for the installation of the AFL Oil Separator, Concrete Grit Sump, two concrete connecting sumps, the oil collecting tank and all connecting drain piping as shown on plan. The Contractor will also install the sewer line from the oil separator to the 18" Railroad Company sewer as shown on the location map.

The oil collecting tank will be furnished at the site complete with vent pipe, unloading pipe and the connections for skim pipe and manhole as shown on the plan. The waterproof coating for the exterior of the tank will be applied by Railroad Company forces before moving the tank to the site. The Contractor will place the 30" corrugated pipe manhole on the collection tank, cut off the manhole at the proper elevation, set the manhole ring and cover as shown and caulk the manhole where required to make it water tight.

The 6" sewer line extends from the separator for a distance of approximately 480' to the Railroad Company's 18" sewer and manhole as shown on location map. The Railroad Company will remove the necessary track sections for the convenience of the Contractor where the sewer line passes under the two tracks. All backfill for pipe trenches and around sumps and oil collecting tank is to be thoroughly tamped as it is placed. Backfill around Oil Separator is to be untamped.

For the information of the Contractor, soil borings taken in 1977 in the area of this work indicate in general a layer of fill, (mixture of sand and cinders) several feet thick, underlain with coarse alluvium consisting of sand, fine to medium grained, moist, loose to dense. No ground water was encountered in the borings, which went down 20 feet and more. Records indicate there are no buried foundations, etc. along the length of the sewer pipe other than the one shown on the map.

All work performed by the Contractor must meet the requirements of the codes of the City of Minneapolis, the State of Minnesota and OSHA.

The successful Contractor shall be prepared to start the work within 10 days after notification to do so by the Railroad Company.

The Contractor shall be required to furnish a certificate of his Contractors Insurance with coverage and limits acceptable to the Railroad Company.

The Railroad Company reserves the right to waive any formalities and/or reject any and all proposals.

For an inspection of the construction area, the bidder should contact either Mr. Bill Sanborn, Mr. Bill Kocur or Mr. Bruce Nelson of our Mechanical Department office at 28th and Central Avenue. (Phone 612-332-1261).

Yours very truly,

B. E. PEARSON
CHIEF ENGINEER

EGC/eor

Attach/

cc: C. W. Sanborn
W. Kocur
B.A. Nelson
L. G. Sultze