DEFTS DEPOSITION EXHIBIT D293
PENGAD 800-631-6989

SOO LINE RAILROAD COMPANY
ENGINEERING DEPARTMENT
MINNEAPOLIS, MINNESOTA

June 26, 1979

Engr. File: WP-c-2-214

Hoglund Mechanical Contractors, Inc.
7420 West Lake Street
Minneapolis, Minnesota 55426

Gentlemen:

The Soo Line Railroad Company, hereinafter referred to as the "Railroad Company" hereby offers to let the following described work to you upon the terms and subject to the conditions stated below:

You are to furnish labor, material, tools, equipment and supervision that may be required to install the Diesel Fuel Oil Collecting System, except as noted below, in the Railroad Company's Yard in Northeast Minneapolis as shown on attached detailed plans No. T-2-41, T-2-42 and the location map, all of which are attached, collectively marked Exhibit A and made a part of this agreement.

Except as noted below, the Railroad Company will furnish at the site all materials required for the project. These will consist of the oil-water separator, oil collecting tank, collecting pan assemblies for the two fueling tracks, sewer piping and pan drain piping including pipe joint materials, two pre-cast concrete connecting sumps and one pre-cast concrete grit sump including covers and frames for the three sumps.

The Contractor is to furnish all necessary materials for the two pre-cast manholes to be installed in the main sewer line in the locations approximately as shown on the location map. Materials furnished by him to include two solid covers with frames, necessary grouting material for setting the manholes, frames and connecting sewer lines to the manholes. Also grouting material for the setting of the three sumps furnished by the Railroad Company and for making pipe connections to same. The Contractor is to furnish all the material that may be required to provide for the safety and protection of his own forces during the excavation for and the installation of the pipe lines, manholes, sumps, separator and collection tank, and all other materials used by the Contractor during the installation to expedite the work but which are not to become a part of the finished project.

The Railroad Company with its own forces will install the collecting pans on the two fueling tracks and do all the necessary track raising and shifting as referred to on the plans. The above track work will be done prior to the installation of the pan drain lines and the connecting sumps. The Railroad Company will stake out the site and set the necessary elevations for the Contractor. The Railroad Company will remove the necessary track sections for the convenience of the Contractor where the sewer line passes under the two tracks.

All backfill for pipe trenches and around sumps and manholes and oil collecting tank is to be thoroughly tamped as it is placed. Backfill around Oil Separator is to be untamped per manufacturers instructions.

It will be the Contractors responsibility to obtain the necessary plumbing and sewer permits and arrange for the required inspections by the City of Minneapolis. All work performed by the Contractor must meet the requirements of the local and state codes and OSHA and be carried out in such a manner as to insure a minimum of interference with the yard operations of the Railroad Company.

You are to commence work on the project within 10 days after being notified of the award of this contract and shall have that portion of the project covered by this contract completed within 30 calendar days thereafter unless prevented from doing so by causes beyond your control.

Payment for everything furnished and done by you in connection with this work shall be made at the lump sum price of Twenty-three thousand nine-hundred and ninety Dollars ($23,990.00) upon completion of said work, acceptance of same by the Railroad Company's Engineer and the submission by you of proof satisfactory to this Company that all items for everything furnished and done by you in connection with the work have been paid in full and that no lien rights exist or are claimed against the Railroad Company's property by reason thereof.

If the Contractor so desires progressive payments may be made on the basis of the Contractor's applications for payment as approved by the Chief Engineer, with final payment being made providing conditions as outlined in the above paragraph have been met.

Extra Work as used in this agreement shall be considered as meaning work that is not outlined in the agreement or shown on the plan and is, in the opinion of the Contractor or Railroad Company, necessary to make the job acceptable. A letter outlining work to be done and the cost must be submitted to the Company for approval. No extra work will be done without the written approval of the Company. Upon written approval by the Company, the extra work will be done as a part of and under the terms of this agreement.

You will fully indemnify the Soo Line Railroad Company against any and all loss, damage, liability, claims, suits, judgments, costs and expense in any manner arising (a) from injury sustained by you or any of your employees, including death at any time resulting therefrom, while engaged in or about any of the above described work or any operations necessary, incident or appurtenant thereto, whether liability

for such injuries or death be imposed under any so-called Workmen's Compensation Law or other State or Federal Statue or the common law, and (b) from injury to or death of any other person and damage to property whatsoever arising from or growing out of any act or omission of your or your employees in the performance of said work.

Before starting work on this project, you are to furnish a Certificate of Insurance to the Railroad Company indicating the Workmen's Compensation, Public Liability and Property Damage and Contractor's Protective Insurance carried by you with limits acceptable to the Railroad Company and indicating that such coverage will not be reduced or cancelled without ten (10) days' written notice being given to the Railroad Company.

The nondiscrimination clause contained in Section 301 of the Executive Order 10923, as amended, relative to equal employment opportunity for all persons without regard to race, creed, color or national origin, and implementing rules and regulations of the President's Committee on Equal Opportunity are incorporated herein.

You are not to be relieved from the immediate charge and responsibility for the work and no part of the work shall be sublet or assigned without the written consent of the Railroad Company being first obtained.

After both your acceptance and Railroad Company approval are endorsed in the spaces provided below, this letter, which is written in duplicate, shall constitute a contract.

Yours very truly,

B. E. PEARSON
Chief Engineer

APPROVED:

By______________________________
D.M. Cavanaugh, Vice President-Operations

ACCEPTED:________________________ 19 ___

______________________________

By______________________________



SLR018834

for such injuries or death be imposed under any so-called Workmen's Compensation Law or other State or Federal Statue or the common law, and (b) from injury to or death of any other person and damage to property whatsoever arising from or growing out of any act or omission of your or your employees in the performance of said work.

Before starting work on this project, you are to furnish a Certificate of Insurance to the Railroad Company indicating the Workmen's Compensation, Public Liability and Property Damage and Contractor's Protective Insurance carried by you with limits acceptable to the Railroad Company and indicating that such coverage will not be reduced or cancelled without ten (10) days' written notice being given to the Railroad Company.

The nondiscrimination clause contained in Section 301 of the Executive Order 10923, as amended, relative to equal employment opportunity for all persons without regard to race, creed, color or national origin, and implementing rules and regulations of the President's Committee on Equal Opportunity are incorporated herein.

You are not to be relieved from the immediate charge and responsibility for the work and no part of the work shall be sublet or assigned without the written consent of the Railroad Company being first obtained.

After both your acceptance and Railroad Company approval are endorsed in the spaces provided below, this letter, which is written in duplicate, shall constitute a contract.

Yours very truly,

B. E. PEARSON
Chief Engineer

APPROVED:

By
D.M. Cavanaugh, Vice President-Operations

ACCEPTED: 7/2 1979

Hoglund Mechanical Contractors Inc

By Douglas Eiuhoon

APPROVED:
FOR EXECUTION
LAW DEPT.

for such injuries or death be imposed under any so-called Workmen's Compensation Law or other State or Federal Statue or the common law, and (b) from injury to or death of any other person and damage to property whatsoever arising from or growing out of any act or omission of your or your employees in the performance of said work.

Before starting work on this project, you are to furnish a Certificate of Insurance to the Railroad Company indicating the Workmen's Compensation, Public Liability and Property Damage and Contractor's Protective Insurance carried by you with limits acceptable to the Railroad Company and indicating that such coverage will not be reduced or cancelled without ten (10) days' written notice being given to the Railroad Company.

The nondiscrimination clause contained in Section 301 of the Executive Order 10923, as amended, relative to equal employment opportunity for all persons without regard to race, creed, color or national origin, and implementing rules and regulations of the President's Committee on Equal Opportunity are incorporated herein.

You are not to be relieved from the immediate charge and responsibility for the work and no part of the work shall be sublet or assigned without the written consent of the Railroad Company being first obtained.

After both your acceptance and Railroad Company approval are endorsed in the spaces provided below, this letter, which is written in duplicate, shall constitute a contract.

Yours very truly,

B. E. PEARSON
Chief Engineer

APPROVED;

By
D.M. Cavanaugh, Vice President-Operations

ACCEPTED: 7/2 1974

Hoglund Mechanical Contractors Inc

By Douglas Eriksen

APPROVED:
FOR EXECUTION
LAW DEPT.