December 18, 1979

File: WP-e-2-21A

Minnesota Pollution Control Agency
1935 West County Road B2
Roseville, Minnesota 55113

Attention: Mr. Perry T. Beaton, P. E.
Chief, Facilities Section
Division of Water Quality

Gentlemen:

This letter is to inform you that installation of the Diesel Fuel Oil Collecting System for Shoreham Yard in Northeast Minneapolis for which we requested approval per letter of December 11, 1978 and for which MPCA gave approval per your letter of January 12, 1979 has now been completed and is in operation.

Yours very truly,

B. E. PEARSON
CHIEF ENGINEER

ESC/eer