CITY OF SHAKOPEE

BUILDING DEPARTMENT

CERTIFICATE OF OCCUPANCY No. 5169

Expires N/A Fee Paid N/A

This certificate must be posted and maintained permanently at or near the entrance of the structure herein specified.

USE

☒ PERMITTED ☐ CONDITIONAL ☐ NON-CONFORMING

| PARCEL | PLAT | PERMIT NO. |
|---|---|---|
| 5 | 89 | 5169 |

| SITE ADDRESS | LOT | BLOCK | SUB-DIVISION OR SEC. TWP. RGE. |
|---|---|---|---|
| 4401 Valley Industrial | 5 | 1 | V.P 6th |

| OWNER | CONTRACTOR | CONTRACTOR'S ADDRESS |
|---|---|---|
| Ashland Oil | | |

| FLOOR | OCCUPANT LOAD | MAXIMUM FLOOR LOAD |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

REMARKS:

TYPE OF CONSTRUCTION
I II III IV V HT / 1HR

INSPECTIONS COMPLETED
X X X X X X X X X X X X X X X

OCCUPANCY GROUP
A B C D E F G H I J
DIVISION 1 2 3 4

USE ZONE
R1A R1 R2 R3 R4 R5 B1 B2 B3 B4
I1 I2

The undersigned makes application for a certificate of occupancy for the building, structure or land herein specified, agreeing to conform to the city ordinances and rulings of the building department.

Applicant: Paul A. [signature]

Date. 3/18/81

11-6-80

EXHIBIT 23