IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SOO LINE RAILROAD COMPANY, A MINNESOTA CORPORATION, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CIVIL ACTION NO. 01-1628 (ADM/AB) |
| ASHLAND INC., A KENTUCKY CORPORATION, AND MURPHY OIL USA, INC., D/B/A MURPHY CORPORATION, A DELAWARE CORPORATION | ) | |
| Defendants. | ) | |

**********************************************

ORAL DEPOSITION OF
STEPHEN ROBERT COOKE
JULY 20 - JULY 21, 2004

**********************************************

VOLUME I

ORAL DEPOSITION of STEPHEN ROBERT COOKE, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 20th of July, 2004 from 9:06 a.m. to 5:03 p.m. and continuing on the 21st of July, 2004 from 9:09 a.m. to 3 p.m., before Shirley Hay, a court reporter, and a notary public in and for the State of Texas, reported by machine shorthand, at the offices of Houston Reporting & Video Service, 1010 Lamar, Suite 1400, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure, Notice, and the provisions stated on the record or attached hereto.

**EXHIBIT 24**

A P P E A R A N C E S

FOR THE PLAINTIFF:

Mr. L. Daniel Colton
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
PHONE 612.335.1836
FAX 612,335,1657

FOR THE DEFENDANT ASHLAND INC.:

Mr. Mark A. Myhra
GREENE ESPEL
200 South Sixth Street, Suite 1200
Minneapolis, Minnesota 55402-1415
PHONE 612.373.0830
FAX 612.373.0929

FOR THE DEFENDANT MURPHY OIL USA, INC.:

Mr. Stephen W. Hance
MURNANE CONLIN WHITE & BRANDT
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
PHONE 651.227.9411
FAX 651.223.5199

# I N D E X


| | PAGE |
|---|---|
| Appearances................................ | 2 |
| Stipulations.............................. | 4 |
| STEPHEN ROBERT COOKE | |
| Examination by Mr. Colton ................ | 4 |
| Examination by Mr. Hance ................. | 329 |
| Signature.................................. | 332 |
| Reporter's Certificate.................... | 334 |


## EXHIBITS


| NUMBER & DESCRIPTION | PAGE |
|---|---|
| Exhibit 168............................ Letter 4/7/81 To J. A. Doerring From Walter E. Schneider | 177 |
| Exhibit 169............................ Memorandum 1/14/80 To J. Ferrara From Mike | 182 |
| Exhibit 170............................ 13 Tank Schematic | 208 |
| Exhibit 171............................ Letter 5/1/80 To David J. Kortan From Arnold W. Custard | 216 |
| Exhibit 172............................ Table Showing Top 21 Selling products by Volume | 230 |
| Exhibit 66D............................ Photo Retained by Mr. Colton | 281 |
| Exhibit 173............................ Photo Retained by Mr. Colton | 302 |
| Exhibit 174............................ Photo Retained by Mr. Colton | 328 |

A. Not that I recall.
Q. Did you have any involvement in the demolition of Central Avenue?
A. I did not.
Q. Did Mr. Santangini in his conversations with you regarding the closure of Central Avenue, the IC&S plant there, talk to you about environmental issues?
A. No. He did not.
Q. Did you ever visit the Central Avenue facility during its demolition?
A. No, I don't believe I did. As I recall -- and I could be wrong on this, but I believe the Central Avenue facility was still standing; and I went -- got transferred to Chicago; so I don't remember whether it was in the process that they were standing down or had been taken down completely or what phase it was in at that point in time.
Q. When were you transferred to Chicago, Mr. Cooke?
A. Approximately six months after the completion of the Shakopee facility, which would have been sometime in the early summer of '81, I believe. Something in that general area.
Q. And why were you transferred?
A. Well, I got a promotion as sales manager for the Chicago IC&S district.
Q. Would that transfer have occurred about June of 1981?
A. I believe so. Somewhere in that general vicinity.