OCT 0 2 1990

# FINAL PERMIT

FOR

ASHLAND CHEMICAL INCORPORATED

FOR A

HAZARDOUS WASTE STORAGE FACILITY

LOCATED AT

4401 VALLEY INDUSTRIAL BOULEVARD

SHAKOPEE, MINNESOTA

MND000686709

SEPTEMBER 1990

MINNESOTA POLLUTION CONTROL AGENCY
520 LAFAYETTEE ROAD
ST. PAUL, MINNESOTA 55155

## PART I

## DESCRIPTION OF FACILITY

The Ashland Chemical Incorporated, Industrial Chemicals and Solvents (IC&S) Division, Shakopee, Minnesota facility, is located approximately twelve miles southwest of Minneapolis and within the city limits of Shakopee, Minnesota. The plant is located in an industrial park east of Shakopee at coordinates N. 44 47'44" latitude and W. 93 27'42" longitude. The plant property consists of approximately 6.93 acres located at 4401 Valley Industrial Boulevard South in Shakopee, Minnesota.

This plant site is owned and operated by Ashland Chemical Incorporated headquartered in Columbus, Ohio. Operations at the plant began in March 1981. This Ashland Industrial Chemicals and Solvents Division plant is a distributor of chemicals and solvents to various industrial customers. Plant operations consist of the distribution of chemicals, with no chemicals being manufactured at this site. The Standard Industrial Classification (SIC) codes applicable to this facility are 5169 and 5172.

Bulk shipments of chemicals and solvents are delivered to the Shakopee IC&S facility by tank truck and rail car. The products are repackaged at the plant and distributed in smaller quantities to local industrial customers via tank wagons or drums. Interim storage of these products occurs in bulk storage tanks located in the tank farm at the facility.

The IC&S Division provides its customers with a service for the removal and proper disposition of their hazardous wastes. In order to provide this service, Ashland Chemical has entered into contractual agreements with commercial solid and hazardous waste management and reclamation firms. Ashland picks up and transports customers' containerized wastes to the pre-approved waste management site. To facilitate this process, customer wastes are temporarily stored at the Ashland facility until a truckload or partial truckload shipment can be accumulated for transportation to the waste management facility. This permit authorizes Ashland Chemical Incorporated to store up to 7,150 gallons of hazardous waste in containers in their existing storage area located at the northeast corner of the warehouse, and authorizes storage of 16,720 gallons of hazardous waste in containers in a new storage area once construction is completed and certified as set forth in Part III of this permit. The new storage area is located indoors at the northwest corner of the warehouse approximately 30 feet by 50 feet in size. This area is to be prepared for use as detailed in plans and specifications to be submitted by the Permittee. Use of the new storage area is not authorized until use of the existing storage area is terminated. The 55 gallon drums will be stored on six rows of pallets six pallets to a row, plus a seventh row