MAY 10 1982

Mr. Lloyd L. Wasnick
Assistant Vice President Operations
Soo Line Railroad Company
Soo Line Building
Box 530
Minneapolis, Minnesota 55440

Dear Mr. Wasnick:

As we discussed at our meeting on April 30, 1982 the Minnesota Pollution Control Agency (MPCA) has concerns about several properties which, I believe, are owned by the Soo Line. By this letter I am requesting you to gather certain information about these properties.

1. "South Fence - Shoreham Yard" The MPCA has received an anonymous complaint alleging disposal of drummed wastes by the Soo Line in the Soo Line's Shoreham Yard. A rough location sketch supplied by the complainant is enclosed in this letter.

2. "Rocket Products - Shoreham Yard" The MPCA has received an anonymous complaint alleging disposal of drummed wastes by Rocket Products in the Shoreham Yard. The disposal area was said to be west of Taco John's. A depression in that area has received fill along its southern side. I believe that this may be the area referred to by the complainant.

3. "The Old Cedar Service Pole Yard" near the Shoreham Yard.

4. "The Old B. J. Karney Pole Yard" near the Soo Line's Humbolt Yard.

DEFENDANT'S EXHIBIT 19 Wais 6/18/03

100307

5. "The Dworsky Drum Storage and Furnace Yard" near the Shoreham Yard. While currently fairly inactive this area has had many uncleaned drums stored on it through the years, and contained an active drum furnace. We have received one anonymous complaint of waste burial in the area.

As we discussed I first request the Soo Line to gather historical information about these sites. A most fruitful resource is often interviews with long-time employees. Other sources of information are historic aerial photographs, surveys, plans, and written descriptio of operations. I anticipate that you will be able to provide verbal descriptions or denials of the alleged drum burial incidents, historic aerial photographs of all sites, plans including tank and vat locations for the pole yards, a description of the materials used for fill in the depression by Taco John's and land ownership and lease information for all sites. Any other pertinent information uncovered is, of course, requested.

When the historic information has been gathered, I will likely request a preliminary visual assessment of the sites. This will probably include careful backhoe trenching at the alleged drum disposal areas, and shallow auger borings at the pole yards for visual inspection of soils. I understand that the Dworsky drum storage yard will be vacated. Assessment of that site can await that event if you wish.

I appreciate your willingness to proceed in these investigations. Please let me know if you have any question or if I may help you in any way. Thank you.

Sincerely,

SJL

Stephen J. Lee
Regulatory Compliance Section
Solid and Hazardous Waste Division

SJL/rt

Enclosure

cc: Ms. Laura Roberts, Hennepin County (with enclosure)
Mr. Mitch Dworsky, Consolidated Container Corporation

bcc SJL with enclosure

100308