May 25, 1982

TO: The File

FROM: L. L. Wasnick

RE: Minnesota Pollution Control Concerns about Soo Properties

On May 10, 1982, we received a letter from Mr. Stephen J. Lee, Regulatory Compliance Section, Solid and Hazardous Waste Division, Minnesota Pollution Control Agency, stating several complaints as to waste disposal on Soo property and inquiry as to some activities by past tenants on property leased from the Soo.

On May 20, 1982, I inspected the following sites and observed the conditions as to the complaints outlined in the May 10 letter.

B. J. Carney Co.

Walker Lumber Co
4700 Osseo Rd
(since 1927)

Most of the site is now covered with storage of dimension lumber. Pole treating operations took place from June 1923 through May 1973. Track No. 128 is in at original location. I was not able to observe any footings or foundations of any buildings of the past. Cinders on the surface and old track in place indicates area is essentially at same ground elevation as in past. Observed several pools of water in the area due to rain, but saw no trace of oils, etc. on the surface. I have been familiar with this site for 45 years and would guess the ground surface in the area has not been changed due to any significant filling or excavation.

Cedar Services, Inc.

Pole treating site, September 1944-June 1972. This site has not been altered to any extent other than removal of Cedar Services Building. All tracks are in at original locations. Foundations of some buildings are evident at the ground line. Site very sandy and no evidence of contaminated or discolored surface soil. No signs of recent excavations or fill activity.

Rocket Products, Inc.

Chemical blending activities May 1958 through June 1973 and then sold to Ashland Chemical Company. The entire area between our yard tracks and Central Avenue was inspected. Only ground disturbed was the fill for the Tacos parking lot. Icehouse foundation is in and visible, and no signs of fill anywhere. The area showing signs of

DEFENDANT'S EXHIBIT 18 NHL 6/14/03

100310

recent fill is west of the yard tracks and west of Tacos. This is the depression behind the east end yard shanty. Dirt and debris with some old ties as fill here. Discussion with L. Sultze (of our Engineering Department) confirmed this fill area used by Engineering Department for waste dirt and building materials, but he is certain no barrels or waste products here. Recently, much waste fill from new road and parking lot work project at TOFC ramp was deposited here.

South Fence-Shoreham Yard

Ted Kudak, Car Foreman, and I investigated this area. There are no signs of fill or excavation. Ted has worked here for about 40 years and claims at no time has there been any dumping in this area. Tracks in this immediate area have been in for many years. There is no waste of any kind generated at this car repair shop, or at the rip-track.

The above complaints as to Rocket Products and buried barrels at the car shop fence were submitted by anonymous individuals. Along with this type of complaint, several weeks ago I received a phone call from G. Boldt, of the DOT, advising that a member of our legislature received a call from an individual stating that the Soo Line was constructing a new warehouse building at Shoreham purposely for the storage of hazardous wastes. I assured Mr. Boldt that no new buildings were under construction. He also hinted that this complaint came from the N. E. Citizen group via Norton.

LLW/jmz