Soo Line Railroad Company

SOO

Soo Line Building
Box 530
Minneapolis, Minnesota 55440
(612) 332-1261

To S. Mrosak
I inspected the site with PCA representative + we found no reason for concern as to pollution. I have no objections
[signature]

~~August~~ 19, 1982

SOO LINE RAILROAD
AUG 20 1982
EXEC. VICE PRESIDENT

Mr. Kent P. Swanson
Swanson Machinery
1660 Northdale Blvd.
Coon Rapids, Minnesota 55433

Dear Mr. Swanson:

This will confirm our meeting of August 18, 1982 and also acknowledge receipt of your letter of August 18, 1982 in which you express an interest in taking over the Ashland Chemical Company site on Central Avenue at 29th Ave. N.E. in Minneapolis, Minnesota, Lease No. 3158-P.

Assignment of the lease is subject to our consent. This matter has been referred to our interested departments and when we have their recommendations we will advise you further.

Yours truly,

[signature]

J. A. Doering
Real Estate Agent

SOO LINE RAILROAD CO.
RECEIVED
AUG 31 1982
OFFICE OF
DIRECTOR OF REAL ESTATE
DEVELOPMENT AND MANAGEMENT

JAD:sb

bcc: L. Wasnick - Ashland Chemical Co. has advised us that they want to terminate their lease effective October 1, 1982. At the same time, however, they have advised and we have verified that Kent P. Swanson is interested in taking over the site "as is" with the buildings left on the site. He would use the site in connection with his used machinery and electrical equipment and salvage business headquartered in Coon Rapids. Rental on this site is approaching $7,000/annum and we are anxious to keep the property leased. Since the site was listed as a possible pollution site in your inquiry to us of May 1982, would you please advise if you have any objection to the transfer of this lease. Attached is a print of the site.

H. A. Peterson - Please advise your views and recommendations regarding transfer of the lease. Print attached.

D. H. Reubish - Please forward your views and recommendations. Print attached.

Agent - Mpls - Print attached.

(wanted 1st year free)

8/30/82 - Swanson says he cannot lease. Secured Rob Baird who will give us a letter requesting termination after Oct 1, 1982 dated 9/1/82

SLR016380

EXHIBIT 28


30TH AVE. N.E.
CENTRAL AVE.
29TH AVE N.E.
T.29N. R.24W.
340'
367'
Minneapolis, Minn.
1" = 100'