Ashland

**Ashland Chemical Company**

DIVISION OF ASHLAND OIL, INC.

INDUSTRIAL CHEMICALS & SOLVENTS DIVISION • P.O. BOX 2219, COLUMBUS, OHIO 43216 • (614) 889-3333

REPLY TO:
4401 Valley Industrial Blvd.
Shakopee, Minnesota 55379
Phone: (612) 445-7214

Soo Line Railroad
PO Box 530
Minneapolis, MN. 55440

Attn J. A. Doering

September 7, 1982

Dear Jim:

This is Ashland's notice of termination of lease (# 3158-P) effective September 30, 1982, at 2900 Central Ave. in Minneapolis, Minnesota location.

Respectfully,

Robert W. Baird

Robert W. Baird
District Manager

cc:
Jim Williams

Jim Mobberly

Pat Pioneer

Stop payment on this eff. 9/30/82.

Bonnie Jones
Corp. Real Estate
9/14

J.D.W. SEP 13 1982

SLR016370

EXHIBIT 29