Soo Line Railroad Company

SOO

Soo Line Building
Box 530
Minneapolis, Minnesota 55440
(612) 332-1261

September 13, 1982

ENTERED ☒
CHANGED ☐
CANCELLED 10-82 ☐
BILL CANCELLED ☒
DATE 10/12/82

Robert W. Baird
District Manager
Ashland Chemical Company
4401 Valley Industrial Blvd.
Shakopee, Minnesota 55379

Dear Mr. Baird:

We have your letter of September 7, 1982 requesting cancellation of Lease 3158-P effective September 30, 1982. This lease covers site on Central Avenue at 29th Ave. N.E., Minneapolis, Minnesota.

Upon termination we require that the property promptly be cleared and restored to a satisfactory condition. This would include removal of all buildings, improvements and facilities including foundations and leveling the property. Please arrange for this sometime prior to October 1st since an inspection will be made shortly thereafter.

We will look to your company for payment of any taxes now due or that may become due because of its occupancy.

Yours truly,

J. A. Doering
Real Estate Agent

Ashland Oil Inc
PO Box 391
Ashland, Ken. 41114
ck# 1594328 10/4/82
$108.20

JAD:sb

A/P - process check - Cancel bal of bill
Cancel lease effec Oct 1, 1982
Jab 10/7/82

10/6/82 - $6490.64 - [illegible]
[illegible] 10/6/82

bcc: L. L. Wasnick
H. A. Peterson - Please advise shortly after Oct. 1, 1982 if the premises have been cleared and restored to a satisfactory condition. The deal with Kent Swanson of Swanson Machinery Company did not materialize.
D. H. Reubish
Agent - Minneapolis

Rent Status - Jab 9/13/82 pd to 8-1-82 mp 9/14/82

[illegible]