Shoreham - October 8, 1982

File: 1000

To: Mr. J. A. Doering

From: Mr. H. A. Peterson

Re: Ashland Chemical Co. - Minneapolis, MN

Referring to your correspondence of Sept. 13, 1982 regarding property formerly leased by Ashland Chemical Co.

The property has been vacated, cleared, and leveled to a satisfactory condition except for a telephone utility box which I assume is owned by Northwestern Bell.

HAP:aa

SOO LINE RAILROAD CO.
RECEIVED
OCT 11 1982
OFFICE OF
DIRECTOR OF REAL ESTATE
DEVELOPMENT AND MANAGEMENT



EXHIBIT 32