Form 97

# Soo Line Railroad Company

SOO

TO: Mr. L. L. McDaniel

FROM: E. M. Parsons DATE: 10/8/82.

Per the attached, area of the Ashland Chemical Company lease was inspected and found to be in satisfactory condition. Area has been cleaned up and graded and there is no signs of any hazardous material or spills.

To J. Doering
10-14

SOO LINE RAILROAD CO.
RECEIVED
OCT 11 1982
OFFICE OF
DIRECTOR OF REAL ESTATE
DEVELOPMENT AND MANAGEMENT

SLR016374

**EXHIBIT 33**