Ashland

**Ashland Chemical Company**

DIVISION OF ASHLAND OIL, INC.

INDUSTRIAL CHEMICALS & SOLVENTS DIVISION • P.O. BOX 2219, COLUMBUS, OHIO 43216 • (614) 889-3844

October 19, 1982

Soo Line Railroad Company
Box 530
Minneapolis, Minnesota 55440

Attention: J. A. Doering

Reference: Lease #3158-P

We have received your letter of October 1, 1982, with reference to subject lease. Please refer to the letter written to you on September 7, 1982, by our Robert W. Baird advising that this lease was being terminated as of September 30, 1982.

Concerning the lease payment, we have drawn our check #1594328, dated October 4, 1982, for $1,081.74, which was prorated to cover the period from August 1, 1982, to September 30, 1982.

We trust that, with the above information, you will be able to close your file on this.

Yours truly,

Patricia Rineer

Patricia Rineer

pr

Lease & bal. of file are cancelled
Del. 10/25/82

SOO LINE RAILROAD CO.
RECEIVED
OCT 21 1982
OFFICE OF
DIRECTOR OF REAL ESTATE
DEVELOPMENT AND MANAGEMENT

**EXHIBIT 34**