twin city testing
and engineering laboratory, inc.
662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

REPORT OF: CHEMICAL ANALYSIS

PROJECT: SOO LINE RAILROAD

Date: March 14, 1986

REPORTED TO: Metropolitan Waste Control Commission
Attn: Mike Pliml
315 Metro Square Bldg
7th & Robert St
St Paul, Minn 55101

LABORATORY No. 4400 86-665

INTRODUCTION:

This report presents the results of our analysis of a water sample received by this laboratory on March 11, 1986 from a representitive of the MWCC. The scope of our work was limited to analyzing the sample for the presence of trichloroethylene (TCE) using gas chromatographic techniques.

SAMPLE IDENTIFICATION:

TCT# 4414 Soo Line Railroad #1182

METHODOLOGY:

Volatile organic compounds were determined using a Tekmar LSC-2 Liquid Sample Concentrator linked to a Perkin-Elmer Sigma 300 gas chromatograph with flame ionization detectors. Compounds were identified by column retention time and quantified by peak area comparisons with known standards.

RESULTS:

Trichloroethylene - ND. 1,1,1-Trichloroethane - 290 ug/L. ug/L is equivalant to parts per billion. Unidentified higher boiling hydrocarbons were present in the sample. ND - Not detected, lower detectable limit for this analysis is 5 ug/L.

REMARKS:

The sample was consumed in the analysis. The sample was analyzed on March 11, 1986.

TWIN CITY TESTING
CORPORATION

| | | |
|---|---|---|
| Chris Bremer<br>Asst Laboratory<br>Supervisor | Harold D Fisher<br>Chromatography<br>Group Leader | William F Welbes<br>Vice-President<br>Chemistry |

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR WRITTEN APPROVAL.

twin city testing corporation
662 CROMWELL AVENUE
ST PAUL, MN 55114
PHONE 612/645-3601

REPORT OF: CHEMICAL ANALYSIS

PROJECT:

REPORTED TO: Metropolitan Waste Control Comm
Attn: Mike Pliml
315 Metro Square Bldg
7th & Robert Street
St Paul, MN 55101

DATE: April 14, 1986

FURNISHED BY Metropolitan Waste Control Comm

COPIES TO:

LABORATORY No. 4400 86-0774

INTRODUCTION:

This report presents the results of our analysis water samples received in our laboratory on March 20 and March 21, 1986. The scope of our work was limited to the analysis of three of the water samples for 1,1,1-trichloroethane and one water sample for Stoddard Solvent.

SAMPLE IDENTIFICATION:

TCT Number 5717 - Sample Number 1000-0900 - Soo Line Railroad
TCT Number 5961 - Sample Number 1 - Soo Line Railroad
TCT Number 5962 - Sample Number 2 - Soo Line Railroad
TCT Number 5963 - Sample Number 3 - Soo Line Railroad

METHODOLOGY:

Stoddard Solvent-

A portion of the sample was analyzed using a Hewlett-Packard 5890 gas chromatograph equipped with a flame ionization detector. Stoddard Solvent was identified by retention time and quantified by comparison with a known standard using a HP3392A data system.

1,1,1-trichloroethane-

A portion of the sample was weighed into a 40 mL septum capped glass vial and heated. A portion of the headspace gas was analyzed using a Hewlett-Packard 5890 gas chromatograph equipped with a flame ionization detector. 1,1,1-trichloroethane was identified by retention time and quantified by comparison with a known standard using a HP3392A data system.

RESULTS:

The results are listed in the attached table 1.

REMARKS:

The samples were consumed in the analysis.

TWIN CITY TESTING CORPORATION

Harold D Fisher
Chromatography Group Leader

William F Welbes
Vice-President, Chemistry

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR WRITTEN APPROVAL.

TABLE 1

Chemical Analysis

| TCT Sample Number | Description | 1,1,1-Trichloroethane, mg/L | Stoddard Solvent, mg/L |
|---|---|---|---|
| 5717 | 1000 - 0900 | - | ND |
| 5961 | Sample #1 | 1000 | - |
| 5962 | Sample #2 | 280 | - |
| 5963 | SAmple #3 | 77 | - |

ND - Not detected - lower detection limit is 1 mg/L

mg/L = ppm