METROPOLITAN
WASTE
CONTROL
COMMISSION
Twin Cities Area

June 12, 1986

Scott Robertson
Soo Line Railroad Co. - Shoreham Yards
28th & Central Avenues NE
Minneapolis, MN 55418

RE: MWCC Monitoring Results - March 1986

Mr. Robertson:

Enclosed is a report on the monitoring project conducted at your facility during the period March 3-21, 1986. This report contains a project information sheet, analytical results, water/wastewater volumes, survey averages and a conclusion/observations page.

Two problem areas arose from this extended monitoring project: 1) the wastewater volume measurements were significantly higher than incoming readings and 2) significant concentrations of oil were found in your routine discharge. These two areas require your attention and may likely lead to additional Industrial Discharge Permit requirements. A meeting will be scheduled in the near future to further discuss these matters.

Any questions you may have regarding these results can be directed to me at 772-7109.

Thank you for your cooperation.

Sincerely,

Michael Pliml

Michael Pliml
Staff Engineer
Industrial Waste Division

MWP:pf

CC: L.H. Hermes, MWCC, Enc.
J.S. Perlowski, MWCC, Enc.
Lee Ann Johnson, MPCA, Enc

Enclosure

GENERAL
LOCO
JUN 23 1986
SHOREHAM

350 Metro Square Building, Saint Paul, Minnesota 55101 612-222-8423

SLR020514

EXHIBIT 36

INDUSTRIAL WASTE MONITORING RESULTS
Soo Line Railroad Company
March 3-21, 1986

CONCLUSIONS/OBSERVATIONS

1. Significant amounts of lead were found in the discharges of all three monitoring locations. It is assumed the lead is associated with petroleum products that reach the sanitary sewer discharge from cleaning of diesel engines both inside and out.

2. The Soo Line Railroad Company uses solvents to aid the cleaning of large diesel train engines and some of these solvents reach the sanitary sewer. Grab samples were taken of the sewer discharge which includes grabs of an oil build up behind the weir at the Transfer Table Monitoring Site. 1,1,1-Trichlorethane was found in minor concentrations in water phase of this industrial discharge but was in significant amounts in this firms oil discharge (concentrations up to 1000 mg/l).

3. The average water usage based on eleven days of water meter readings was 15,580 gallons per day. The measured wastewater discharge, which did not include monitoring of several minor discharge points was 46,440 gallons per day. This is a significant difference and it is believed to be attributed to either faulty water meters (one city water meter read zero usage throughout this survey) or to excessive infiltration (this project was conducted during snowmelt period and their sewer infra structure dates back to turn of the century).

4. The Soo Line Railroad Company - Shoreham Yards operates a large diesel engine repair shop including major overhaul of these engines but does not have any grease traps or oil/water separator type of pretreatment. Significant concentrations of grease/oil were found at both the Transfer Table-1530 mg/l and North Warehouse-4130 mg/l monitoring sites. In addition, large amounts of oil built up in the backwater of the weir pool at the Transfer Table site enough so that for a short period (5-7 minutes) the flow was entirely an oil mixture. It is quite obvious that this firm will need some sort of pretreatment system to control this oil mixture discharges and it will be recommended that this become an Industrial Discharge Permit condition.

MWP:pf