# REPORT OF FINDINGS

## RECONNAISSANCE-LEVEL SITE CONTAMINATION ASSESSMENT

## SOO LINE RAILROAD - SHOREHAM YARD
## MINNEAPOLIS, MINNESOTA

**Dames & Moore**

D&M Job No. 15563-003-07
July 31, 1987

[q187(3)/soo6]



**EXHIBIT 37**

# TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| 2.0 | SITE SETTING AND USAGE | 2 |
| 3.0 | FIELD INVESTIGATIONS | 3 |
| | 3.1 GENERAL | 3 |
| | 3.2 SOIL BORING AND SAMPLING | 3 |
| | 3.3 GROUND WATER SAMPLING | 4 |
| 4.0 | FINDINGS | 5 |
| | 4.1 GEOLOGY | 5 |
| | 4.2 OBSERVATIONS AND HNu MEASUREMENTS OF CONTAMINATION | 5 |
| | 4.3 RESULTS OF SITE SOILS CHEMICAL ANALYSES | 5 |
| | 4.4 SITE GROUND WATER ANALYTICAL RESULTS | 10 |
| 5.0 | CONCLUSIONS | 12 |
| 6.0 | RECOMMENDATIONS | 15 |
| 7.0 | REFERENCES | 17 |

APPENDICES

A LOG OF BORINGS

B DETAILED ANALYTICAL DATA

# REPORT OF FINDINGS
# RECONNAISSANCE-LEVEL SITE CONTAMINATION ASSESSMENT
# SOO LINE RAILROAD - SHOREHAM YARD
# MINNEAPOLIS, MINNESOTA

## 1.0 INTRODUCTION

This report presents the findings of a reconnaissance-level site contamination assessment conducted by Dames & Moore at Soo Line Railroad's Shoreham Yard in Minneapolis, Minnesota (Figure 1, Site Location Map). The Shoreham Yard is comprised of approximately 270 acres of land that lies approximately 1 mile east of the Mississippi River.

The primary objective of this study was to assess the types and levels of on-site contamination. The investigation was not designed to be comprehensive or exhaustive to the extent of defining the lateral or vertical extent of potential contamination, nor was it intended to be a detailed inventory of soil and water chemistry.

The study objective was met by a preliminary site walkover, a subsurface investigation that included site soil and ground water sampling, and subsequent chemical analyses. These aspects of the investigation are discussed in greater detail, along with the study findings and conclusions, in the following sections of this report.

## 2.0 SITE SETTING AND USAGE

The site, as shown in Figure 2, lies south of St. Anthony Boulevard, west of Central Avenue, and east of University Avenue, in northern Minneapolis. Surrounding land uses include a park/golf course area to the north, residential areas to the east and south, and a light industrial area to the west. St. Anthony Cemetery borders the southeastern corner of the site.

Shoreham Yard is a relatively large, complex facility that includes a buried, abandoned dump, former underground storage tanks that contained petroleum products, above-ground tanks for fuel storage, a former creosote pole treating area, a railroad tie chipping area, a roundhouse, a railcar wash facility, and drum storage and cleaning facilities. Other on-site facilities include office buildings, warehouse/unloading docks, a diesel repair shop, refueling areas, many acres of tracks and switching facilities, a ground water production well, and a water storage tank for fire protection purposes.

A detailed history of the site was not available which would indicate the location of past spills or similar events that would aid in the development of a sampling strategy. The sampling plan and on-site investigations were based on previous experience with railyards, and focused on those areas believed to represent the highest potential for contamination. These areas included the abandoned dump, the empty drum storage and cleaning areas, the creosote pole treating area, and several locations in the southeastern part of the site such as the above-ground and underground fuel oil tanks, a refueling area, several full-drum storage areas, the roundhouse, the railcar wash area, and an area where creosote drums were once believed to be stored.

Because of its size and complexity, Shoreham Yard was divided into three areas (1, 2, and 3) for investigative and reporting purposes. The locations of these three areas are shown in Figure 2: more detailed maps for each of these areas are presented in Figures 3, 4, and 5. These areas are referenced as appropriate in the sections that follow.

# 3.0 FIELD INVESTIGATIONS

## 3.1 GENERAL

The field investigations for this study were conducted between June 2 and 4, 1987, under the supervision of a Dames & More geologist. The drilling was subcontracted to Braun Engineering Testing, Inc. of Minneapolis. As indicated previously, the main objective of the field program was to assess gross ground water and/or soil contamination on site.

## 3.2 SOIL BORING AND SAMPLING

Twenty-five shallow borings were drilled on site using truck-mounted hollow-stem augers. Subsurface soil samples were obtained with a 2-inch split spoon sampler driven by a 140-pound hammer falling 30 inches. Samples were generally obtained at the surface, at 2½-foot intervals to a depth of 15 feet, and at 5-foot intervals from 15 feet down. In some locations, other intervals were used, as deemed appropriate by the Dames & Moore representative. The total depth of each boring also remained at the discretion of the Dames & Moore representative.

Each boring was logged, and the soils were classified in accordance with the Unified Soil Classification System. Odors, soil discoloration, and other evidence of contamination were noted. An HNu photoionization meter was used during drilling to obtain organic vapor measurements for health and safety purposes and to detect the presence of volatile organic contaminants. The specific sampling intervals, log of borings, soil classifications, and HNu measurements are presented in Appendix A, Log of Borings.

Soil samples from each boring were generally retained and composited as described in Table 1, Site Soils Sampling Plan. Some surface soil samples were also obtained using a spade and/or garden trowel; these are also specified in Table 1. The locations of the borings and surface samples are shown in Figures 3, 4, and 5. The sampling equipment was decontaminated between composite samples using an Alconox® wash and several distilled water rinses. The composite samples were each mixed in a decontaminated stainless steel bowl, placed in laboratory containers, and chilled in ice chests until delivery within 24 hours of sampling to Aqualab, Inc. in Bartlett, Illinois for chemical analyses. Chain-of-custody forms were retained throughout transport of the samples.

### 3.3 GROUND WATER SAMPLING

During the boring program described in Section 3.2, three borings (B-1, B-19, and B-22) were drilled to a depth sufficient to intersect the zone saturated by ground water. Borings B-19 and B-22, located in Area 3 (Figure 5), were completed at 31 feet and did not encounter ground water. Therefore, no ground water samples were obtained from the center of the site. Boring B-1 (Figure 3) encountered ground water at 31.5 feet; this boring was at the north end of the site at an elevation estimated to be slightly lower than the remainder of the site. A temporary piezometer was installed in B-1, constructed of Schedule 40 polyvinyl chloride (PVC) pipe with a slotted screen.

At least three times the volume of water in the piezometer was purged and discarded hydraulically downgradient prior to sampling the ground water. The purge and sampling procedure was completed with a Teflon® bailer that had been decontaminated prior to use with an Alconox® wash and distilled water rinse. The samples were placed in laboratory containers and chilled in a cooler for shipment to Aqualab for chemical analyses. Chain-of-custody records were maintained.

After obtaining the ground water samples, the boring was grouted to the surface with a bentonite/cement mixture.

# 4.0 FINDINGS

## 4.1 GEOLOGY

### 4.1.1 Local Geology

The site is located adjacent to the Mississippi River Valley and its associated terrace deposits of Holocene to Pleistocene age. The natural site subsurface materials are believed to consist of a layer of glacial outwash deposits overlying the Pine City End Moraine. The Pine City Moraine Association is described as interbedded red and gray drift resulting from the incorporation of underlying superior lobe drift (Hobbs and Goebel, 1982). Bedrock in the site vicinity consists of the Middle Ordovician aged St. Peter Sandstone, which is described as light yellow or white, massive, quartzose, fine- to medium-grained, well sorted and friable (Kanivetsky and Walton, 1979).

### 4.1.2 Site Geology

The unconsolidated materials underlying the site, as represented in the boring logs (Appendix A), are generally characterized by 0 to 10 feet of fill overlying up to 10 feet of a black to brown sandy silt or silty sand; this overlies a brown, fine to coarse sand with some silt and gravel. Borings B-19 and B-22 encountered a reddish brown to reddish black silty clay till between 25 and 27 feet in depth. No ground water was encountered above this layer, which is expected to be relatively impermeable.

## 4.2 OBSERVATIONS AND HNu MEASUREMENTS OF CONTAMINATION

Throughout the drilling and sampling procedures, visual observations and HNu measurements of contamination were recorded in the log of borings (Appendix A). A summary of these findings is presented in Table 2. These observations and measurements were subsequently used in conjunction with the analytical results to help assess on-site contamination.

## 4.3 RESULTS OF SITE SOILS CHEMICAL ANALYSES

Composite soil samples from the site borings and surface samples were analyzed for a variety of chemical parameters by Aqualab, Inc. of Bartlett, Illinois. Table 3, Composite Soil Sample Analytical Results, presents a summary of these results. The detailed analytical data are presented in Appendix B. Table 1 identifies the sampling location and summarizes the sample identification designation.

4.3.1 Cyanide

Total cyanides were analyzed in samples from the carwash area (SC-4), the leased drum storage and cleaning area (SC-10A and SC-10B), the former Soo Line drum storage area (SC-11), and two of the full drum storage areas (SC-12A and SC-12B). Although no federal standards exist for levels of cyanide in soil, the analytical results are considered to be important because of the toxic nature of cyanides. Although no local background data were available for comparison, the cyanide concentrations found on site are not considered to be significantly elevated. The values ranged from 0.10 ppm in the former Soo Line drum storage area to 0.31 ppm in the leased drum storage and cleaning property.

4.3.2 Fats, Oils, and Greases

The fats, oils, and greases (FOG) analysis measures the amount of generally non-volatile organics that are heavier than No. 2 fuel oil. It includes petroleum liquids, animal fats, vegetable oils, waxes, soaps, and greases. Although there are no standards for oil and grease in soils, higher values are probably indicative of contaminants that have been released into the subsurface.

The FOG concentrations found on site range from below the detection limit (0.01 percent) in the eastern dump area, the leased drum storage and cleaning area, and the former Soo Line drum storage area to concentrations of 5.28, 6.78, and 9.57 percent in the full drum storage areas (north-northwest of the storeroom and adjacent to the diesel house) and in the roundhouse surface samples.

4.3.3 pH Value

The pH value is a measurement of the ionic activity (hydrogen ion concentration) and the acidity/alkalinity of a sample. Neutral pH has a value of 7.0 at 25°C and varies slightly with temperature. In mineral soils, the range of pH extends from about 4.0 for acid peat soils in humid environments to about 10.0 for alkali mineral soils. The lowest pH values found in the site soils were in the creosote pole treating area (5.1 and 6.0) and in the former Soo Line drum storage area (5.94). The highest pH values occurred in the soils adjacent to the above-ground storage tanks northeast of the office building (9.06), the railcar washing area (9.23), and the roundhouse area (9.15).

4.3.4 Phenols

Phenols are a class of synthetic hydrocarbons containing a benzene ring structure. Some phenolic compounds are suspected carcinogens. The most toxic phenols are the halogenated compounds, particularly the chlorinated phenols, which

include polychlorinated biphenyls (PCBs). The phenolic content of the soil appears only slightly elevated at the roundhouse, the dump areas, the full drum storage area north-northwest of the storeroom, and the large above-ground fuel storage tanks (values ranged from 0.13 to 0.97 ppm). However, the phenolic content of the composite samples from the full drum storage areas west of the storeroom and east of the diesel house are high in comparison (4.45 and 8.58 ppm, respectively).

### 4.3.5 Total Organic Carbon

Total organic carbon (TOC) measures many different compounds, including volatile and non-volatile, soluble and insoluble, and naturally occurring and synthetic compounds. The TOC parameter is most useful when comparisons are made to background levels, or when comparing one sample to the next. The absolute value of TOC holds little meaning by itself, since it includes a number of components, many of which occur naturally in soils.

Of those site soil samples analyzed for TOC, the concentrations range from 0.24 to 12.93 percent. The highest TOC concentrations found on site were in soil samples from the roundhouse, the abandoned dump (east and west samples), and two from the full drum storage areas (north and northwest of the storeroom and east of the diesel house).

### 4.3.6 Total Organic Halogens

Total organic halogens (TOX) measures a large group of chemicals consisting of organic compounds containing bromine, chlorine, fluorine, or iodine. Like TOC, TOX is best used for gross comparative purposes. Of those samples analyzed for TOX, only samples from the roundhouse, the leased drum storage/cleaning area, and the full drum area east of the diesel house were detected at concentrations above the detection limit. The concentration of the roundhouse sample was the highest (1.1 ppm); the others were less than 1 ppm.

### 4.3.7 Metals

Some of the soils were analyzed for the EP Toxicity metals, which include arsenic, barium, cadmium, chromium, lead, mercury, selenium, and silver. EP Toxicity is one of the characteristics of a hazardous waste defined in the Code of Federal Regulations under the Resource Conservation and Recovery Act (RCRA) (40 CFR 261.20-261.33). A solid waste exhibits the characteristic of EP Toxicity if the appropriate test methods are used and the extract from the sample contains contaminants at concentrations equal to or greater than the established maximum concentration levels. Of those samples analyzed for the EP Toxicity metals, only one even approached the RCRA maximum concentration. (Lead in the western dump

area sample was reported as 3.65 ppm; the RCRA standard is 5.0 ppm.) The others were significantly less than the RCRA maximum concentration, as shown below:

| EP Toxicity Metal | RCRA Maximum Concentration (ppm) | Highest Concentration Found in On-Site Soils (ppm) |
|---|---|---|
| Arsenic | 5.0 | 0.003 |
| Barium | 100.0 | 0.62 |
| Cadmium | 1.0 | 0.022 |
| Chromium | 5.0 | 0.009 |
| Lead | 5.0 | 3.65 |
| Mercury | 0.2 | undetected |
| Selenium | 1.0 | 0.001 |
| Silver | 5.0 | 0.007 |

Nickel was analyzed as a total metal in some of the soil samples, since it is not currently an EP Toxicity metal. The concentrations of total nickel found in the samples ranged from 5.2 to 17.7 ppm. The highest concentrations were detected in the railcar washing area (9.7 ppm), the full drum storage area east of the diesel shop (9.1 ppm), and north and northwest of the storeroom (17.7 ppm). Although these concentrations are below the 40 ppm average nickel concentration reported as typical in neutral soils (USEPA, 1983), they exceed the 7 ppm average reported as typical for the Minneapolis area (Boergen and Shacklette, 1984).

4.3.8 Volatile Organic Compounds.

A gas chromatograph/mass spectrometer (GC/MS) scan for the priority pollutant volatile organic compounds (VOCs) and priority pollutant base/neutral compounds was performed on selected soil samples. Only those compounds with concentrations exceeding the detection limits in at least one sample are listed in Table 3.

Of the VOCs, only total xylenes were found above detection limits on site. Total xylenes were reported at concentrations of 1.5, 8.3, and 2.0 ppm in the soils adjacent to the large above-ground fuel storage tanks (northeast of the office), in the refueling area (northeast of the diesel house), and in the railcar washing area, respectively. Total xylenes are compounds found in petroleum blends (Sittig, 1981). Xylene is not a priority pollutant, but it is considered a hazardous waste and a hazardous substance. It is relatively mobile in soil-water systems, and may volatilize easily in air-filled pores (Little, 1985).

4.3.9 Base/Neutral Compounds

A GC/MS priority pollutant base/neutrals scan was run on selected soil samples. Only two samples had detectable concentrations of base/neutrals reported. The roundhouse surface sample (SC-5) had 15 ppm of benzo(b)fluoranthene and 10 ppm pyrene. Both compounds are polynuclear aromatics (PNAs), also known as polycyclic aromatic hydrocarbons (PAHs). PNAs can be formed by any hydrocarbon combustion process, and are commonly associated with coal tar products (such as creosote) (Sittig, 1985). The other sample that had detectable levels of base/neutral compounds reported was taken in the railroad tie chipping area. A surface composite sample showed concentrations of 1 to 3 ppm of the following base/neutral compounds: benzo(b)fluoranthene, benzo(a)pyrene, benzo(ghi)perylene, bis(2-ethylhexyl) phthalate, chrysene, fluoranthene, and ideno(1,2,3-cd)pyrene. Except for bis(2-ethylhexyl)phthalate, these compounds are also PNAs and probably result from the creosote in the railroad ties. No federal or state regulations exist for PNAs in soils or ground water. In general, PNAs are believed to have a low mobility due to their tendency to adsorb to soils (USEPA, 1979). Phthalates are widely found in industrialized urban areas. Mobility of this compound in soil and ground water systems appears to be limited due to its strong soil sorption tendencies (Little, 1985). There are currently no federal or state regulations regarding its levels in soils.

4.3.10 Pesticides/PCBs

Due to the lack of available information for the dump area and its contents, the two samples from this area were analyzed for pesticides and PCBs along with other parameters. No pesticides were reported above detectable levels, but PCBs (specifically Aroclor 1260) were detected at 0.6 and 1.2 ppm. PCBs comprise a wide range of phenolic compounds consisting of two benzene rings and two or more chlorine atoms. Until recently, they were used extensively in transformers because of their significant insulating capacity and nonflammable characteristics. The reported concentrations are not believed to be levels of concern. However, the PCB borehole samples represent composite samples; neither the exact depth of the PCBs nor the quantitative effects of compositing the sample on the reported concentration can be determined from the available data.

## 4.4 SITE GROUND WATER ANALYTICAL RESULTS

A ground water sample was obtained from a temporary piezometer in the easternmost dump area for chemical analysis. The analytical results for the ground water are presented in Table 4 and discussed in the following subsections.

### 4.4.1 Conductivity and pH

Conductivity is a measure of the ability of a solution to carry an electrical current, and is dependent on the presence of ions in the water. Distilled water typically has a conductivity ranging from 0.5 to 2.0 µmhos/cm, and drinking water a range of 50 to 1500 µmhos/cm. The conductivity in P-1 is reported as 2120 µmhos/cm, which is still below the conductivities typical of industrial wastewaters (commonly above 10,000 µmhos/cm). The pH of the sample (7.23) falls within the range of 6.5 to 8.5 set forth in the secondary standards of the Safe Drinking Water Act.

### 4.4.2 Total Cyanide

Cyanide was detected in the site ground water sample at a concentration of 0.002 ppm, which is below the Minnesota specific Standards for Domestic Consumption - Class A of 0.01 ppm.

### 4.4.3 Fats, Oil, and Grease (FOG)

FOG analysis measures the level of a group of generally non-volatile organics that are heavier than No. 2 fuel oil. These materials can either be dispersed as small droplets throughout the water, or they can form a thin layer across the surface of the water. The FOG concentration of the dump area ground water sample is 1.0 ppm. Although there is no standard in Minnesota for FOG in potable water, the oil standard for Class A Fishery and Recreational Waters is 0.5 ppm for comparison purposes. (The analysis for oil versus that for oil and grease is slightly different, whereby the oil value includes slightly fewer heavy waxes and greases.) The dump area ground water appears to exceed this limit. The ground water in this area may discharge to the swampy area to the north.

### 4.4.4 Phenols

Phenols are a class of synthetic aromatic hydrocarbons containing a benzene ring structure. The most toxic phenols are the halogenated compounds, particularly the chlorinated phenols, which include PCBs. Some phenolic compounds are suspected carcinogens. The phenolic concentration recorded in the ground water sample is 0.019 ppm. This exceeds the Minnesota drinking water standard for phenols, which is 0.001 ppm.

### 4.4.5 Total Organic Carbon (TOC)

The TOC concentration in the ground water sample was reported as 64.6 ppm, which is believed to be relatively high. The location of the piezometer corresponds to the highest TOC concentration of the soil samples as well.

### 4.4.6 Total Organic Halogens (TOX)

TOX includes a large group of chemicals consisting of organic compounds containing bromine, chlorine, fluorine, or iodine. The TOX value of the ground water sample was below the detectable concentration (<0.0005 ppm).

### 4.4.7 Metals

The metal analytes for the ground water sample included arsenic, barium, cadmium, chromium (total), lead, mercury, selenium, and silver. Of these parameters, all but mercury occurred above the detectable limits. Table 4 presents the results, along with the applicable federal and/or state standards for comparative purposes. The concentration of cadmium is equal to the state and federal drinking water standards, while lead exceeds both. The other metals fall below the standards set for the State of Minnesota and/or the federal regulations.

## 5.0 CONCLUSIONS

The major conclusions of this study are summarized as follows:

- The site is underlain (from the surface downward) by up to 10 feet of fill, up to 10 feet of silty sand/sandy silt, a fine to coarse sand with some silt and gravel, and a reddish brown to reddish black silty clay till.

- The clay till was encountered at 25 and 27 feet in depth; the ground water surface was not encountered above this unit in the central portion of the site.

- The relatively permeable shallow soils are expected to allow the downward migration of contamination; however, the relatively impermeable clay till is expected to retard downward migration.

The following conclusions address the types and levels of on-site contamination in the areas examined during this investigation. Additional contamination may be present on site, but without a more detailed site history, the potential sources and/or locations are uncertain.

- Underground Fuel Oil Storage Tanks (SC-1) -- No evidence of contamination was observed during the drilling adjacent to the underground tanks. The analytical soil chemistry results support the drilling observations; no significantly elevated concentrations of contaminants were reported. However, it was not possible to sample below the tanks; therefore, it is feasible that a leak may not have been detected.

- Diesel Fuel Oil Above-Ground Tanks (SC-2) (northeast of the office building) -- Hydrocarbon odors were noted during the drilling of B-19, and elevated HNu measurements were recorded. Low levels of lead and total xylenes were detected in the sample analysis, suggesting that a significant amount of spillage or leakage from the tanks has saturated the soils to the top of the clay till.

- Refueling Area (SC-3) (northwest of diesel house) -- Hydrocarbon odors were noted throughout the soil column, to the top of the clay till, along with elevated HNu measurements. The surface soils were saturated with petroleum hydrocarbons, and a concentration of 8.3 ppm of total xylenes (a component of petroleum products) was detected in the composite soil sample analyzed.

- Railcar Washing Area (SC-4) — No evidence of contamination was noted in this area during the drilling program. However, the analytical results show slightly elevated levels of total nickel and total xylenes.

- Roundhouse (SC-5) — Analytical results from surface samples taken in the concrete roundhouse area indicate relatively high concentrations of FOG, ~~TOC, TOX,~~ phenols, benzo(b)fluoranthene, and ideno(1,2,3-cd)pyrene. Although the sample was taken above a concrete slab, numerous cracks observed in the concrete probably provide migration pathways to the underlying soils. It is expected that soils below the roundhouse area contain varying amounts of these contaminants.

- Abandoned Dump Area (SC-6A and SC-6B) — During the drilling operations, Boring B-2 in the eastern dump area revealed petroleum hydrocarbon saturated soil between 5 and 11 feet in depth, which corresponded with elevated HNu readings. Boring B-4 in the western dump area showed elevated HNu readings between 5 and 14 feet in depth. The analytical results for both areas indicated relatively elevated levels of phenols, TOC, and some low levels of PCBs (0.6 and 1.2 ppm). In an abandoned dump, contamination is typically sporadic and unpredictable with regard to location.

  The ground water analytical data obtained from the dump area indicates that FOG, phenols, TOC, lead, and cadmium are present in the ground water on site.

- Former Pole Treating Area (SC-7A and SC-7B) — The former pole treating area showed no evidence of contamination other than low pH values and sparse vegetation. PNA contamination does not appear to be a significant concern.

- Former Creosote Storage Area (SC-8) — A dense, black/brown tar-like substance was observed between 2.5 to 4.0 feet in depth during the drilling; however, no elevated PNA compounds were detected in the analytical results. The chemical composition of this material is uncertain.

- Railroad Tie Chipping Area (SC-9) — A base/neutral scan of several surface samples indicated low levels (1 to 3 ppm) of PNAs in this area. In our opinion, concentrations of this magnitude are not believed to be of significant concern in soils. (PNAs are relatively immobile, and, therefore, the potential for migration to the ground water is believed to be minimal.)

- Empty Drum Storage Area (leased property) (SC-10A and SC-10B) -- Boring B-7 encountered oily surface soils, elevated Hnu readings and a black oily substance at 8 feet. An elevated HNu measurement was also recorded at 2.5 feet in B-6. Analytical results of this area had elevated concentrations of TOX (SC-10B only), and total nickel.

- Former Soo Line Empty Drum Storage Area (SC-11) -- Analytical data from this area indicates elevated concentrations of TOC and total nickel. However, none of these concentrations are considered to be levels of concern.

- Full Drum Storage Areas (SC-12A, SC-12B, and SC-13B)

  1. North and northwest of storeroom: Analytical data indicate relatively elevated concentrations of cyanide, FOG, phenol, TOC, and total nickel.

  2. East of diesel house: Analytical data indicate relatively elevated concentrations of FOG, phenols, TOC, and total nickel.

  3. West of storeroom: Boring B-24 had slight hydrocarbon odors, while analytical data indicate relatively elevated FOG, and phenols concentrations.

- Above-Ground Fuel Tanks (northeast of diesel house) (SC-13A) -- Analytical data results show elevated FOG and slightly elevated phenols concentrations. No evidence of contamination was observed during the drilling operations.

## 6.0 RECOMMENDATIONS

The following recommendations are based on the findings and conclusions of this report:

- More detailed soil sampling and analyses are recommended to assess the lateral and vertical extent of contamination in the site soils:

| Location | Potential Contaminants of Concern |
|---|---|
| Diesel fuel tanks (above ground) | Petroleum hydrocarbons (specifically total xylenes and lead) |
| Refueling area | Petroleum hydrocarbons (specifically total xylenes) |
| Former creosote storage area | Unknown substance encountered at 2.5 feet |
| Railcar washing area | Total nickel, total xylenes |
| Abandoned dump area | Phenols, PCBs, and possibly volatile organic compounds (VOCs) |
| Leased property empty drum storage area | Halogenated compounds, total nickel, and the black substance encountered at 8 feet |
| Full drum storage areas | |
| - N/NW of storeroom | FOG, phenols, total nickel, and possibly VOCs |
| - E of diesel house | FOG, phenols, total nickel, and possibly VOCs |
| - W of storeroom | Possibly petroleum hydrocarbons, FOG, and phenols |

- In the areas of relatively high total xylene contamination (the diesel fuel tanks, the refueling area, and the railcar washing area), an organic vapor analyzer (OVA) survey, coupled with selected soil sampling and analysis, will help assess the lateral extent of contamination. OVA surveys often provide an economical means of assessing the lateral extent of volatile organic contamination in the subsurface.

- Additional ground water sampling is warranted in more locations adjacent to the abandoned dump area to better assess the site impact on local ground water.

- o More detailed geologic information is needed to define the site; specifically, it is important to establish the lateral extent and approximate thickness of the glacial till below the site. A combination of a drilling program and a more in-depth literature search will provide the necessary data.

A specific proposal to address these investigations will be provided upon request.

[qt87(3)/soo6]

## 7.0 REFERENCES

Boergen, J.G., and Shacklette, H.T., 1984, Element concentrations in soils and other surficial materials of the conterminous United States. USGS Professional Paper 1270, U.S. Government Printing Office, Washington, D.C.

Hobbs, H.C., and Goebel, J.E., 1982, Geologic map of Minnesota - Quaternary geology. Minnesota State Map Series S-1, University of Minnesota, Minnesota Geological Survey, St. Paul, Minnesota.

Kanivetsky, R., and Walton, M., 1979, Hydrogeologic map of Minnesota bedrock hydrogeology — a discussion to accompany state map series Map S-2. University of Minnesota, Minnesota Geological Survey, St. Paul, Minnesota.

Little, A.D., 1985, The installation restoration program toxicology guide, Volume I. Acorn Park, Cambridge, Massachusetts (October).

Sittig, M., 1981, Handbook of toxic and hazardous chemicals. Noyes Publications, Park Ridge, New Jersey.

_____, 1985, Handbook of toxic and hazardous chemicals and carcinogens (second edition). Noyes Publications, Park Ridge, New Jersey.

U.S. Environmental Protection Agency, 1979, Water-related environmental fate of 129 priority pollutants, Volume II. Washington, D.C. (December).

_____, 1983, Hazardous waste land treatment. SW-874 (April).

_____, 1986, 40 CFR Parts 261, 271, 302. Federal Register, Part II, Washington, D.C. (June 13).