File: WP-c-2-214

September 1, 1987

TO: D. I. Kjellman

FROM: G. J. Lentzner GJL

RE: Shoreham Environmental Study

Attached is the Dames & Moore report on the preliminary contamination study made at Shoreham for the Real Estate Department. The drawing is a summary of the significant findings and they are highlighted in yellow.

They found tar or oily substances buried at various depths in two small areas. There are undoubtably others they did not find. This part of the contamination would probably not be too big a problem. Hopefully it could be corrected through excavation and backfilling.

The two major areas of concern are 1) the diesel fuel tanks/refueling area and 2) the old dump areas north of the Freight House.

The tank and fueling area has high fuel contamination in the soil all the way down to the clay layer, 25 to 27 feet below the surface. Depending on the lateral extent of the contamination, the total volume of contaminated soil could be quite large. If remedial action was required, one plan might be to excavate and run the contaminated soil through a mobile incinerator to burn off the contaminates. The "clean" soil could then be used for backfilling. This would undoubtably be quite costly.

In the dump areas, one has a 6 foot layer of hydrocarbon contamination and the other has a 9 foot layer. This would probably involve excavation and then additional drilling to see how the groundwater has been affected. This would also be very costly, expecially if the groundwater analysis indicated remedial action was required.

Mr. Soelberg has verbally requested the Engineering Department's general comments on this report.