Soo Line Railroad Company

SOO

Soo Line Building
Box 530
Minneapolis, Minnesota 55440
(612) 347-8210

ENGINEERING DEPARTMENT

August 17, 1988

Engr. File: 311

Mr. Dick Kable
Spills & Emergency Response Team
Minnesota Pollution Control Agency
520 Lafayette Road North
St. Paul, MN 55155

Dear Mr. Kable:

Please refer to our meeting of August 9, 1988, at your office at the MPCA headquarters in St. Paul, Minnesota, during which you expressed an interest in obtaining additional information on several Soo line Railroad spills which had been reported to you earlier in the year. The following is an update on the status of specific spill sites which, in many cases, should allow you to close your files.

LaCrescent, MN 11/9/87 4,000 gallons of No. 2 diesel fuel spill. One train sideswiped another train, two locomotives derailed with both fuel tanks being punctured. Due to close proximity to the Mississippi River and Rocky terrain, the diesel fuel got away into the river. Booms were deployed in the river but very little fuel was recovered. Mr. Larry Webinger of the Minnesota DNR and Bay West, Inc. agreed there was very little fuel that could be recovered.

Barrett, MN 2/2/88 26,000 tons of coal spilled. Bay City Fertilizer Company of Waubay, South Dakota, completed the removal of coal by March 21, 1988. Apparently, a representative from the MPCA Detroit Lakes, Minnesota, office inspected the site following cleanup to verify that the site was clean.

Dresbach, MN 2/3/88 70,000 gallons of molasses spilled. The spilled molasses was mixed with soil and saw dust and taken to a landfill at Nodine, Minnesota. The spilled molasses did not reach the nearby Mississippi River. No sulfur had spilled as previously reported.

Cologne, MN 6/6/88 16,000 tons of coal spilled. Fitzsimmons Salvage Company cleaned up the spill. Approximately half of the coal was salvaged and half of the coal was placed in a landfill.

Stewart, MN 7/15/88 4,000 tons of coal spilled. Fitzsimmons Salvage Company cleaned up the spill. Approximately half of the coal was salvaged and half of the coal was placed in a landfill.

St. Paul Yard, St. Paul, MN 7/23/88 350 gallons of No. 2 diesel fuel spilled when a switch engine derailed and sustained a punctured fuel tank. The spill occurred only a few feet from a 36" storm sewer that discharged via Battle Creek to Pigs Eye Lake. About 100 gallons of the spill was recoverable with sorbent pads; the remainder of the fuel ran into the storm sewer. Sorbent booms were deployed in the creek in an attempt to recover some of the oil. By August 12, 1988, no visible signs of oil could be detected, and the booms were to be removed from the creek. Very little fuel that entered the storm sewer was recoverable.

DEPOSITION EXHIBIT D 97

SLR000842

EXHIBIT 39

Shoreham Yard, Minneapolis, MN 8/6/88 3,500 gallons of No. 2 diesel fuel spilled. The air bladder in a fuel storage tank vent line failed, allowing spill to occur. Between 1,600 and 1,900 gallons of the spill was recovered and placed in a nearby oil separator storage tank. Soil from the spill area was excavated for thin spreading on August 9 and August 10, 1988. The excavation hole was backfilled with clean material. Presently awaiting further correspondence from MPCA and City of Minneapolis concerning status of this site cleanup.

Please call R. J. Kale of my staff at 612-337-7559 if you have any questions concerning the information herein.

Sincerely,

D. I. Kjellman
Chief Engineer Structures

RJK/asm

cc: L. O. Bolwahnn
R. J. Kale