RJB

Minnesota Pollution Control Agency

August 24, 1988

Mr. Bob Kale, Environmental
Soo Line Railroad
Soo Line Building, Room 300
P. O. Box 530
Minneapolis, Minnesota 55440

DEPOSITION EXHIBIT 090

Dear Mr. Kale:

Re: Diesel Fuel Spill
Shoreham Yard, Minneapolis

This letter concerns the spillage of about 3,500 gallons of diesel fuel at the Shoreham Yard on August 6, 1988. The spill was discovered during the morning of the 6th by Soo Line personnel. However, the spill was not reported to the Minnesota Pollution Control Agency (MPCA) until 10:30 p.m. In addition, the spill was not reported to the city of Minneapolis.

An on-site inspection was conducted on August 9, 1988, by the MPCA. We discussed cleanup activities which included excavation and spreading contaminated soil on Soo Line property. Subsequent to these activities, it was ascertained that all contamination could not be excavated due to physical limitations.

Therefore, we are requesting that you conduct a complete investigation of this area including soil borings, monitoring well installation and soil and water laboratory analysis, etc. The report on the findings should be presented to our office by October 1, 1988.

We also noticed a large area of contaminated soil at the refueling area. This area also needs to be cleaned up. Again we are giving you the option to try to dig all the contamination out; however, we believe this will be impossible due to physical limitations. Therefore, we believe it would be prudent to coordinate a sub-surface investigation at this location concurrently with the work to be done at the August 6, 1988, spill site.

RECEIVED
AUG 24 1988
SOO LINE RR
CHIEF ENGINEER PLANNING

Phone:
520 Lafayette Road, St. Paul, Minnesota 55155
Regional Offices • Duluth/Brainerd/Detroit Lakes/Marshall/Rochester
Equal Opportunity Employer

SLR000857

EXHIBIT 40

Our authority to require these activities is found in Minn. Stat. § 115.061. If there are any questions, please contact our offices.

Sincerely,

Dick Kable

Dick Kable, Team Leader
Spills and Emergency Response Team
Tanks and Spills Section
Hazardous Waste Division

DK/sc

cc: Glenn Kiecker, Minneapolis Pollution Control