RECEIVED
JUN 04 1991
MPCA, HAZARDOUS
WASTE DIVISION

# PROGRESS REPORT/WORK PLAN

**SHOREHAM YARD**
**SOO LINE RAILROAD COMPANY**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. 10-89-058**

**Prepared by:**

**Delta Environmental Consultants, Inc.**
**1801 Highway 8, Suite 114**
**St. Paul, MN 55112**
**(612) 636-2427**

**May 28, 1991**

**TABLE OF CONTENTS**


1.0 INTRODUCTION ........ 1
- 1.1 Purpose ........ 1
- 1.2 Scope of Work ........ 1

2.0 SITE DESCRIPTION ........ 2
- 2.1 Area of Investigation ........ 2
- 2.2 Site Description ........ 3
- 2.3 Areas of Concern ........ 3

3.0 PROJECT RESULTS ........ 4
- 3.1 Regional Geology ........ 4
- 3.2 Site Soil and Geology ........ 5
- 3.3 Regional Hydrogeology ........ 6
- 3.4 Site Hydrogeology ........ 7
- 3.5 Soil Contamination ........ 8
- 3.6 Ground Water Contamination ........ 10

4.0 DISCUSSION ........ 10
- 4.1 Extent of Soil Contamination ........ 10
- 4.2 Extent of Ground Water Contamination ........ 11

5.0 RECOMMENDATIONS ........ 11

6.0 INTERIM RESPONSE ACTION ........ 13

.0 REMARKS ........ 14


**List of Tables**


Table 1 Collector Pan Area-Laboratory Results of Soil Samples and PID/OVA Results
Table 2 Spill Area-Laboratory Results of Soil Samples and PID/OVA Results
Table 3 Former Tank Basin Area-Laboratory Results of Soil Samples and PID/OVA Results
Table 4 Laboratory Results-Ground Water Samples


**List of Figures**


Figure 1 Site Map
Figure 2 Study Area Map
Figure 3 Areas of Concern
Figure 4 Collector Pan Area-Soil Boring/Monitoring Well Location Map
Figure 5 Spill Area-Soil Boring/Monitoring Well Location Map
Figure 6 Former Tank Basin Area-Soil Boring/Monitoring Well Location Map
Figure 7 Cross Section A-A'
Figure 8 Cross Section B-B'
Figure 9 Cross Section C-C'
Figure 10 Location of St. Peter Sandstone Formation
Figure 11 Ground Water Surface Contour Map
Figure 12 Collector Pan Area-Soil and Water Contamination
Figure 13 Spill Area-Soil and Water Contamination
Figure 14 Former Basin Area-Soil and Water Contamination
Figure 15 Collector Pan Area-Proposed Boring Locations
Figure 16 Spill Area-Proposed Boring Locations
Figure 17 Former Basin Area-Proposed Boring Locations

## List of Appendices


| | |
|---|---|
| Appendix A | Previous Reports |
| Appendix B | Soil Boring Logs and Monitoring Well Details |
| Appendix C | Slug Test Results and Linear Ground Water Velocity Estimates |
| Appendix D | Laboratory Reports |
| Appendix E | Proposed Monitoring Well Specifications |

**PROGRESS REPORT/WORK PLAN**

**SHOREHAM YARD**
**SOO LINE RAILROAD COMPANY**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. 10-89-058**

## 1.0 INTRODUCTION

### 1.1 Purpose

This report summarizes all the remedial investigation work completed at the Soo Line Railroad Company's (Soo Line) Shoreham Yard in Minneapolis, Minnesota, and proposes additional investigative work for the site. The goal of the additional work is to continue to gather the necessary information to develop an appropriate long-term corrective action design for the site and determine if contamination has migrated off site.

### 1.2 Scope of Work

The following tasks have been completed by Delta Environmental Consultants, Inc. (Delta), to date:

- On March 15, 1989, completed and submitted a work plan entitled "Proposed Additional Remedial Investigation Work Plan" (Work Plan) to the Soo Line.
- On May 5, 1989, submitted the Work Plan to the Minnesota Pollution Control Agency (MPCA). Written approval was received for the plan from the MPCA in a letter dated May 12, 1989.
- From June 26 through July 7, 1989, four monitoring wells were completed at the site. Each well was developed upon completion.
- On August 1, 1989, a geophysical survey consisting of four seismic refraction profiles was completed at the site.
- On August 8, 1989, collected water samples from each monitoring well.
- On August 24, 1989, inspected the tank basin excavation and the two removed 30,000 gallon underground storage tanks located on the site.
- On September 9, 1989, completed an elevation survey for each well located on the site.
- On November 14, 1989, submitted a "Status Report" to the MPCA summarizing our data collected from our geophysical survey, drilling activities, and the ground water sample results.

- On December 27, 1989, oversaw the abandonment of one well and completed a replacement well at the site.
- From May 14 through May 15, 1990, completed five soil borings at the site. One of the borings was completed as a monitoring well. Soil samples were collected continuously from each boring and were screened with a photoionization detector (PID). Also, soil samples were collected from each soil boring for laboratory analysis.
- On May 25, 1990, surveyed the elevations for each new boring and the additional monitoring well.
- On June 15, 1990, completed a preliminary soil vapor survey at the site. A total of 3 soil vapor probes were installed to depths of 26 feet.
- On July 18, 1990, completed a slug test in one monitoring well at the site.
- From October 17 through October 18, 1990, oversaw the abandonment of one monitoring well and the completion of replacement well at the site. Surveyed elevation for the replacement well.
- On November 8, 1990, collected a water sample from the replacement well.
- From June 1989 through January 1991, collected monthly product and water level data from each well at the site.

## 2.0 SITE DESCRIPTION

### 2.1 Area of Investigation

The site area consists of the eastern portion of the Shoreham Yard facility (Shoreham). Shoreham is located on the western side of Central Avenue between 27th Avenue N.E. and St. Anthony Boulevard in Minneapolis, Minnesota (Figure 1). Presently, the study area, as shown in Figure 2, is active and consists of a large number of facilities which include office buildings; storage buildings; tracks and switching facilities; locomotive washing, repair, and refueling facilities; a roundhouse; tool and work shops; and above ground fuel oil storage tanks.

## 2.2 Site Description

Geographically, the site is located approximately one-half mile east of the Mississippi River. The topography within the site area has been strongly shaped by several glacial advances and retreats. Just one mile north of the site, glacial moraine features exist in Columbia Heights which has produced extensive topographic relief ranging in elevation from 850 to over 950 feet above sea level. However, the Shoreham site area is relatively flat and ranges in elevation between 850 and 860 feet. The present flat topography is reflective of the terrace deposit which has filled and/or eroded the previously existing topographic highs and lows within the site area.

The nearest surface water bodies are the Mississippi River located approximately 1/2 mile west of the site and several small shallow ponds within Columbia Park located approximately 1/2 mile north of the site. From the site, the regional topography slopes to the west toward the Mississippi River. No other major surface water bodies exists within a one-mile radius of the site.

## 2.3 Areas of Concern

In summary, three areas of soil and ground water contamination have been identified within the study area (Figure 3). Two of the three areas of concern were identified by previous studies completed prior to Delta's involvement. The first of these areas is located in the northeastern portion of the site. This area is referred to as the "collector pan" area. The area is primarily used for locomotive servicing and refueling. Fuel oil is collected in a series of pans permanently fitted to the railroad tracks. An engine is positioned over the "collector pans" and fuel oil drippage from the engine is collected within the pans and gravity drained to an oil/water separator area located just east of the "collector pans". The MPCA requested a subsurface investigation be completed for this area during a site visit in August 1988. The subsequent investigation completed by Wenck Associates (Wenck), combined with the earlier investigation completed by Soil Exploration Company (SEC) in 1977, identified fuel oil related contamination in both the soil and ground water underlying this area.

The second area identified in previous work is located in the northwest side of the site. This area is referred to as the "spill" area in the Wenck report. For the purpose of this report, this area is referred to as the "spill area" "pump house" area. This area contains the pump house and lines which are used to dispense fuel. A spill occurred in this area in August 1988. Approximately 3,500 gallons of fuel oil were spilled and covered

approximately 600 square feet of the ground surface adjacent to the pump house. The MPCA requested a subsurface investigation be completed within the area. The investigations completed by SEC and Wenck identified fuel oil related contamination in both the soil and ground water underlying the area.

A copy of each report completed prior to Delta's involvement is presented in Appendix A. In summary, the previous reports determined the following:

- The geology underlying the site consists of fine to coarse sand with minor silts to a depth of 30 feet. From 30 feet to a depth of 40 to 50 feet, a glacial till consisting of clay to silty sand exists. Underlying this glacial till surface is either a sand and gravel outwash deposit or the St. Peter Sandstone bedrock formation. The St. Peter Sandstone bedrock formation has a variable bedrock surface underlying the site.

- Ground water is found between 46 to over 50 feet below grade in the outwash sand or St. Peter Sandstone bedrock formation.

- Fuel oil contamination exists in the soil and underlying ground water at two areas on the site (referred to as the "Spill Area" and "Collector Pan Area") in the Wenck report contained in Appendix A.

The final area of concern is the former tank basin located adjacent to the Power House. Two 30,000 gallon underground fuel oil tanks were removed by Soo Line in August 1989. Mr. Dick Kable of the MPCA inspected the excavation and removal of the tanks. As a result of the observed contamination, Delta completed a preliminary investigation of the area and identified fuel oil related contamination in both the soil and ground water underlying the area. Figure 6 shows the location of the borings completed within the "former basin" area. The results of this investigation are discussed in Section 3.0.

## 3.0 PROJECT RESULTS

### 3.1 Regional Geology

The bedrock geology of this region is largely covered by 50 to over 100 feet of unconsolidated glacial and alluvial deposits. The bedrock formations are middle Ordovician age. The bedrock geology consists of the Platteville, Glenwood, St. Peter, and Prairie Du-Chien Formations. The Platteville and Glenwood Formations are primarily limestone and shale. The St. Peter Formation consists of fine to medium grained sandstone. The Prairie Du-Chien Formation consists primarily of limestone.