# SOIL AND GROUNDWATER

# REMEDIAL INVESTIGATION REPORT

Shoreham Yard Facility
Minneapolis, Minnesota

RECEIVED
MAR 2 1 1990
MPCA, HAZARDOUS
WASTE DIVISION

FEB 1 6. 89

Prepared for:

**SOO LINE RAILROAD COMPANY**
Soo Line Building
Box 530
Minneapolis, Minnesota 55440

Prepared by:

**WENCK ASSOCIATES, INC.**
832 Twelve Oaks Center
15500 Wayzata Blvd.
Wayzata, Minnesota 55391-1418
(612) 475-0858

January 1989

I hereby certify that this report was prepared by me or under my direct supervision and that I am a duly Registered Professional Engineer under the laws of the State of Minnesota.

Christopher F. Thompson — 2/10/89 — Registration Number 18523

# TABLE OF CONTENTS


| | | PAGE |
|---|---|---|
| I. | **INTRODUCTION** | 1 |
| | A. General Site Description | 1 |
| | B. Purpose | 1 |
| II. | **GEOLOGY** | 4 |
| | A. Regional Geology | 4 |
| | B. Previous Site Investigation | 4 |
| | C. Remedial Investigation Activities | 6 |
| | 1. Soil Borings | 6 |
| | 2. Soil Sample Collection | 7 |
| | D. Site Geology | 7 |
| III. | **HYDROGEOLOGY** | 10 |
| | A. Regional Groundwater Occurrence | 10 |
| | B. Remedial Investigation Activities | 11 |
| | 1. Monitoring Well Installation | 11 |
| | 2. Well Construction | 12 |
| | 3. Water Level Measurements | 13 |
| | C. Site Hydrogelogy | 13 |
| IV. | **MAGNITUDE AND EXTENT OF SOIL CONTAMINATION** | 14 |
| | A. Remedial Investigation Activities | 14 |
| | B. Field and Laboratory Results | 15 |
| | 1. Background Boring | 15 |
| | 2. Spill Area | 15 |
| | 3. Collector Pans Area | 17 |
| V. | **GROUNDWATER QUALITY** | 19 |
| | A. Remedial Investigation Activities | 19 |
| | B. Field and Laboratory Results | 19 |
| | 1. Background | 19 |
| | 2. Spill Area | 20 |
| | 3. Collector Pans Area | 20 |
| VI. | **SUMMARY** | 22 |

# I. INTRODUCTION

## A. General Site Description

Soo Line Railroad owns and operates a facility known as the Shoreham Yard which is located in Minneapolis, Minnesota. The site location is illustrated on Figure 1. Access to the Yard is gained through an entrance near the intersection of Central Avenue and 28th Avenue N.E. The site is comprised of a large number of facilities including office buildings, storage buildings, tracks and switching facilities, a locomotive repair shop, a locomotive wash facility, locomotive refueling areas, above and below ground utilities, and above and below ground tanks for fuel storage.

The topography at the site is relatively flat with surface elevations ranging from approximately 845 to 855 feet (NGVD). The nearest surface waters are the Mississippi River located approximately one mile west of the main operations area and some small ponds in Columbia Park approximately one-half mile to the north.

## B. Purpose

On August 6, 1988, a spill of approximately 3,500 gallons of diesel fuel occurred at a refueling area at the Shoreham Yard. The location of the spill is shown on Figure 1 and in greater detail on Figure 2. The spill occurred as a result of a malfunctioning valve located above ground at a pump house. The fuel oil spread across the ground covering an area approximately 20 feet by 30 feet. The spill was reported to the Minnesota Pollution Control Agency (MPCA) during the evening of August 6, 1988.

On August 9, 1988, MPCA personnel conducted an on-site inspection of the fuel spill area and discussed cleanup activities which included excavation and backfilling of the

spill area. Due to physical constraints, it was not possible to remove all of the contaminated soils. Subsequent to the spill and partial removal of contaminated soils, on August 24, 1988 the City of Minneapolis and the MPCA, by letters to Soo Line Railroad, requested that an investigation be performed at the spill site to determine the extent of contamination still present in the subsurface. The letters are included in Appendix A.

The MPCA also requested that a subsurface investigation be conducted at a separate refueling location identified during their August 9, 1988 site inspection. The location of this area is shown on Figure 1 and in greater detail on Figure 2. During the site inspection, it was observed that fuel oil had contaminated the surface soils around the refueling area. This refueling area is equipped with oil collector pans which gravity drain to an oil/water separator adjacent to the collector pans.

To satisfy MPCA and City of Minneapolis requirements, a Remedial Investigation (RI) was conducted to assess the extent of soil contamination at each of these two areas and to determine if impacts have occurred to the groundwater. For the purposes of the RI, the two areas were designated the "Spill Area" and the "Collector Pans Area".

Prior to initiating the site work, a Soil and Groundwater Remedial Investigation Work Plan (October 1988) was prepared and submitted to the MPCA by Wenck Associates, Inc. on behalf of Soo Line Railroad. The work plan presented the procedures and methods for conducting the soil and groundwater investigation. MPCA approval of the work plan was issued verbally on November 18, 1988. The on-site investigation was performed during the period of November 23, 1988 to January 4, 1989.

This Soil and Groundwater Remedial Investigation Report summarizes the methods and results of all site assessment activities performed during the RI. Using this information,

the RI Report presents discussions of the site geology, occurrence of groundwater, soil contamination, and groundwater quality.

## VI. SUMMARY

The geology of the site consists of surface fill underlain by coarse alluvium. The thickness of the alluvium increases to the west and north. The alluvium is in turn underlain by a till material which appears to pinch out to the west and north. There is a dramatic increase in the density of the till at a depth of approximately 35 feet. Beneath the till lies the St. Peter sandstone bedrock formation. It is possible that the St. Peter slopes downward to the north as the sandstone was not encountered in the most northerly boring W1.

Soil borings were advanced into the first encountered groundwater at both the Spill Area and the Collector Pans Area, both of which are locomotive refueling facilities. An additional soil boring was completed in an area north of these two refueling areas.

Soil samples were collected for chemical analysis at ten-foot intervals starting at the five-foot depth and continued until refusal or into the first encountered groundwater. Field and laboratory analysis were performed on the soil samples to determine the relative concentrations of the petroleum indicator compounds of benzene, ethyl benzene, toluene, and xylene. In addition, the samples were analyzed for the concentration of a group of compounds known as total petroleum hydrocarbons as diesel fuel.

Three of the borings were completed as groundwater monitoring wells, one each at the Spill and Collector Pans Areas with the other at the background boring. Representative groundwater samples were collected from each well and analyzed for the same compounds as the soil samples. Free product (assumed to be diesel fuel) was observed on the water table of the wells at both the Spill and Collector Pans Areas.

The soil sample analytical results indicate the presence of BETX and TPH from the ground surface to the water table at both areas. The highest concentrations of these compounds occur at depths above 35 feet at the Spill Area. The concentrations of BETX and TPH were greatest for samples collected near the water table (45 feet) at the Collector Pans Area.

The horizontal extent of soil contamination appears to be within 100 feet to the northwest of the Spill Area, 72 feet to the north, and is not well-defined in the other directions.

The horizontal extent of soil contamination at the Collector Pans Areas is not well-defined. The greatest concentrations of the analyzed compounds are from the boring near the geographical center of the area. The soil contamination appears to extend outward in a cone shape with an increasing radius with depth.

There was no detectable concentrations of BETX and TPH in the soil samples collected from the background boring. In addition, the groundwater sample from this location did not have detectable levels of BETX and TPH.

Free product thicknesses of 11 inches to 30 inches have been measured in the wells at the Spill Area and Collector Pans Area, respectively. The groundwater samples from these wells had detectable levels of one or more of the BETX and TPH compounds. The parameter concentrations were greater in the groundwater at the Collector Pans Area versus the Spill Area. The concentrations of the detectable BETX compounds are all less than their respective Recommended Allowable Limits (RAL) established for the protection of private drinking water supplies. An RAL has not been established for TPH; hence, no comparison was possible.

Contrary to the regional groundwater flow direction, the available water level elevation data suggest that locally, groundwater is flowing to the southeast. Free product observed in wells W2 and W3 make an accurate interpretation difficult. However, because no contamination was observed in the background well (W1), and since W1 is located north of both W2 and W3, it is likely that there is not a northerly component to groundwater flow.