# WORK PLAN FOR ADDITIONAL REMEDIAL INVESTIGATION

SOO LINE RAILROAD COMPANY

MINNEAPOLIS, MINNESOTA

DELTA NO. 10-89-058

Prepared by:

Delta Environmental Consultants, Inc.
1801 Highway 8, Suite 114
St. Paul, MN 55112

May 5, 1989

MPCA000457

EXHIBIT 43

## TABLE OF CONTENTS

1.0 INTRODUCTION . . . . . . . . . . 1

2.0 BACKGROUND INFORMATION . . . . . . . . . . 1
- 2.1 Site Location/Description . . . . . . . . . . 1
- 2.2 History of the Problem . . . . . . . . . . 1

3.0 PROPOSED WORK PLAN . . . . . . . . . . 2
- Task 1.0 Project Management and Background Review . . . . . . . . . . 2
- Task 2.0 Monitoring Well Installation . . . . . . . . . . 3
- Task 3.0 Water Level, Slug Test, and Product Thickness Measurements . . . . . . . . . . 4
- Task 4.0 Collection of Water Samples and Chemical Analysis . . . . . . . . . . 5
- Task 5.0 Data Evaluation and Report Preparation . . . . . . . . . . 6

4.0 DISCUSSION . . . . . . . . . . 7

5.0 SCHEDULE . . . . . . . . . . 8

6.0 REMARKS . . . . . . . . . . 9

## FIGURES

Figure 1: Proposed Monitoring Well Construction Details
Figure 2: Site Map
Figure 3: Proposed Monitoring Well Location

# WORK PLAN FOR ADDITIONAL REMEDIAL INVESTIGATION

**SOO LINE RAILROAD COMPANY**

**MINNEAPOLIS, MINNESOTA**

**DELTA NO. 10-89-058**

## 1.0 INTRODUCTION

Delta Environmental Consultants, Inc. (Delta) has prepared this work plan for additional remedial investigation of the Shoreham Yard facility located in Minneapolis, Minnesota. This work plan was requested by the Soo Line Railroad Company of Minnesota after the completion of a soil and ground water remedial investigation report requested by the Minnesota Pollution Control Agency (MPCA), which documented site conditions.

## 2.0 BACKGROUND INFORMATION

### 2.1 Site Location/Description

The site is located on the western side of Central Avenue between 27th Avenue N.E. and St. Anthony Boulevard in Minneapolis, Minnesota. The site location is shown on a United States Geological Survey topographic map (7.5 minute series) in Figure 1. Presently, the site is active and consists of a large number of facilities which include office buildings, storage buildings, tracks and switching facilities, locomotive wash, repair and refueling areas, and above and underground fuel oil storage tanks.

The site is underlain by fill, coarse alluvium, and till. Beneath this sequence of unconsolidated deposits is the St. Peter Sandstone bedrock formation. Depth to bedrock under the site varies from 45 to over 55 feet. Topographically, the site is relatively flat. The nearest surface water bodies are the Mississippi River located approximately one mile west of the site and several small shallow ponds within Columbia Park located approximately one-half mile north of the site.

The work plan includes an investigation which solely addresses the ground water contamination in the spill area and collector pan area (Areas 1 and 2 in Figure 2) identified during the initial remedial investigation completed on site.

### 2.2 History of the Problem

Wenck Associates, Inc. (WAI) completed a report entitled "Limited Site Assessment Report" which summarized all previous environmental work completed at the site, presented the results of their soil

boring/monitoring well installation and sampling program, and discussed the extent and magnitude of soil and ground water contamination at the site.

In summary, two areas (Areas 1 and 2 in Figures 2 and 3) were investigated by WAI. The first area (Area 1) is located in the northwest side of the site. A spill occurred in this area in August 1988. Approximately 3,500 gallons of fuel oil were spilled and covered approximately 600 square feet of the ground surface adjacent to the pump house.

The second area (Area 2) is the refueling area located in the northeastern portion of the site. This refueling area collects oil through a series of collector pans which gravity drains the captured oil to an oil/water separator area located just east of the collector pans. The MPCA requested a subsurface investigation of this area after a site visit in August 1988.

Soil and ground water contamination was found in both areas. Soil contamination extends from the ground surface into the water table surface (approximately 50 feet below grade) in both areas. These soils had field photoionization device (PID) readings ranging from 5 to 1,000 parts per million (ppm). Also, measurable free product has been found in the monitoring wells completed in both areas.

Although a total of eighteen soil borings and three monitoring wells have been completed on site, the extent of soil and ground water contamination has not been defined.

The proceeding sections present and discuss the tasks of our work plan. Also, a discussion section is included to outline the purpose of each task and the order in which each task will be completed.

## 3.0 PROPOSED WORK PLAN

### Task 1.0 Project Management and Background Review

This task provides for the time required to successfully conduct an environmental investigation. The subtasks included in project management involve time for the project coordinator and project manager to schedule staff, select and review subcontractors, manage the project file, and communicate with the client and regulators.

Also included in this task is the time necessary to review available geologic and hydrogeologic data pertaining to the surrounding area and to prepare a site safety plan. Information on nearby water wells and local water usage will also be reviewed and assessed. This information is necessary to determine potential receptors in the flow path of the contaminant plume. Also, other potential off-site sources will be evaluated.

**Task 2.0 Monitoring Well Installation**

Monitoring wells will be installed as part of the remedial investigation. Initially four wells will be installed to further define ground water flow direction at the site. The approximate locations of these wells are shown on Figure 3. Monitoring wells will then be installed near both Area 1 and Area 2 to delineate the extent of ground water contamination at each area. It is estimated that three to five wells will be placed at each area to reveal conditions upgradient, downgradient, and crossgradient. Actual well locations will be chosen after review of data obtained from the existing wells and monitoring wells MW-21, MW-22, MW-23, and MW-24. Overall, the monitoring wells installed under this work plan will characterize the site and supply the information necessary to design an effective recovery/treatment system.

The borings for each well will be advanced by hollow stem auger techniques. Split barrel samples will be collected at ten foot intervals and at notable changes in lithology. The split barrel samples will be screened in the field for total volatile organic gases (calibrated to benzene) with PID. Both sample and head space monitoring will be conducted and recorded. Well depths are expected to range between 45 and 55 feet; however, if contamination is noted at the proposed locations for monitoring wells MW-21, MW-22, or MW-23, the hole will be abandoned and another will be drilled further away in the same direction from the site. Field supervision of the soil boring/monitoring well installation will be conducted by Delta staff.

Four soil samples will be collected and returned to the laboratory for further analyses. Soil samples will be collected at the water table surface in the borings for monitoring wells MW-21, MW-22, MW-23, and MW-24. Soil samples will also be collected during the next phase of monitoring well installation under this work plan. The laboratory analyses will assist in segregating "clean" zones from contaminated zones. The soil samples will be analyzed for benzene, ethyl benzene, toluene, xylenes (BETX), and total hydrocarbons (THC) as fuel oil.

Soil sampling will be done in accordance with ASTM:D 1586-84. Using this procedure, a two-inch O.D. split barrel sampler is driven into the soil by a 140 pound weight falling 30 inches. After an initial set of 6 inches, the number of blows required to drive the sampler an additional 12 inches is known as the penetration resistance, or the "N" value. The N value is an index of the relative density of cohesionless soil and the consistency of cohesive soil.

As the samples are obtained in the field, they will be visually and manually classified by the crew chief in accordance with ASTM:D 2488-84. Representative portions of the samples will be returned to the laboratory for further examination and for verification of the field classification. Logs of the borings indicating the depth and identification of the various strata, the N value, water level information and pertinent information regarding the method of maintaining and advancing the drill hole will be made. Charts illustrating the soil classification procedure, the descriptive terminology and symbols used on the boring logs will also be made and included in the site report.

If PID values recorded in the field on soil samples exceed one part per million, the auger flights and associated boring tools will be thoroughly cleaned before continuing with the next boring. As mentioned earlier, three of the monitoring wells (MW-21, MW-22, and MW-23) will be installed in soils free of petroleum hydrocarbon contamination.

After installation, the monitoring well elevations will be surveyed to the nearest 0.01 foot. The wells will be developed to remove fine grained materials and restore the natural hydraulic conductivity to the borehole walls. Each monitoring well will be locked to ensure its integrity. All of the monitoring wells will be constructed of PVC riser and screen. Each well will be screened within the same interval. Total depth of each well should not exceed 55 feet. Each well screen will be 15 feet in length with the midpoint of each screen located at the water table surface. These wells will be completed above grade. Other monitoring well construction details will be in accordance with the Minnesota Department of Health requirements. The monitoring well construction details are provided in Appendix A.

**Task 3.0 Water Level, Slug Test, and Product Thickness Measurements**

Water levels and product thicknesses, if free product is present, will be measured at each monitoring well. The water level measurements will be converted to ground water elevations to determine the ground water flow direction.

All ground water level measurements will be obtained by using an electronic measuring device which indicates when a probe is in contact with the ground water in the well. Measurements are obtained by lowering the device into the well until it indicates that the water surface has been encountered and by measuring the distance from the top of the inside riser pipe to the probe. All of the measurements will be recorded to the nearest 0.01 foot; however, the manufacturer's reported accuracy for the instrument is 0.04 foot.

Product thickness measurements will be obtained by using an O.R.S. Sonic Interface Probe. All measurements will be recorded to the nearest 0.1 foot.

To determine the hydraulic properties of the subsurface materials, a slug test will be conducted in at least six wells. A slug, with a known volume, is lowered into the water in the well. The slug displaces water in the well and the time required for the elevated water level to return to the original water level elevation is measured. Changes in water levels will be measured with a Hermit Environmental Data Logger SE1000B. This information allows us to estimate the hydraulic conductivity of the geologic media within the saturated screened interval of the well.

## Task 4.0 Collection of Water Samples and Chemical Analysis

All monitoring wells will be sampled from the suspected cleanest to the most contaminated according to the following protocols. All pertinent information will be recorded on a sampling information form and will be included in the project report.

### Field Protocol

Step 1 - Measure water level.

Step 2 - Develop each monitoring well with a stainless steel bailer. A minimum of three to five well bore water volumes will be evacuated from each monitoring well prior to sampling.

Step 3 - Collect water samples. Water samples will be collected using a dedicated stainless steel bailer.

Step 4 - Store water samples and transport to specified laboratory (PACE - Minneapolis), following all documentation and chain of custody procedures.

Step 5 - Clean equipment. Water level measurement equipment will be cleaned with clean tap water followed by a deionized water rinse.

Upon completion of a soil or ground water sampling, a chain of custody will be initiated. Chain of custody records will include the following information: project name and location, project number, shipped by, shipped to, suspected hazard, sampling point and location, field identification number, date and time taken, sample type, number of containers, analysis required, and sampler's signature. As few people as possible will handle the samples.

The chain of custody records will be shipped with the samples to the laboratory. Upon arrival at the laboratory, the samples will be checked and signed into the appropriate laboratory personnel. Laboratory identification numbers will be noted on the chain of custody record. A copy of the chain of custody will be turned over to the laboratory project manager. Upon completion of the laboratory analysis, the completed chain of custody record will be returned to the Delta project manager. A copy of the chain of custody will be included with each laboratory report.

Chemical analysis of soil, water, and product collected during the project will be performed by PACE Laboratories in Golden Valley, Minnesota. The ground water samples will be analyzed for BETX and THC as fuel oil.

**Task 5.0 Data Evaluation and Report Preparation**

We will evaluate the data collected in Tasks 1 through 5 and prepare a report containing the following:

- Introduction
- Description of Background Information
- Results of the Investigation
- Evaluation of Data
- Recommendations and Corrective Action Design

The report will be formatted in such a manner as to meet all MPCA requirements.

## 4.0 DISCUSSION

The work plan provides work activities which will define ground water flow direction, further delineate the magnitude and extent of ground water contamination, provide a preliminary ground water monitoring system for the entire site, and supply information necessary to design an effective recovery treatment system. The following paragraphs outline the purpose of each task and the order in which each task will be completed.

Although a large area of soil contamination has been defined on site, we believe the risk posed by the free product layer measured in two of the three wells completed on site warrants the additional investigative work to focus on defining the extent, magnitude, and flow direction of the free product plume underlying the site.

The wells completed in Areas 1 and 2 are partially screened within the St. Peter Sandstone bedrock formation. This formation is a known source of drinking water in the metropolitan area. Since nearly one foot of free product was measured in Area 1 and over two feet of free product was measured in Area 2, the proposed work plan presents a strategy which will aid in defining the extent of contamination and provide an initial monitoring detection system for the entire site. Thus, the goal of this work plan is to obtain the necessary information for designing an effective corrective action plan and provide, during this interim period, sampling points to detect off-site migration of contamination from the site.

The work plan includes installing monitoring wells. All wells will be screened within the same interval as the three existing wells. Monitoring wells MW-21, 22, 23, and 24 will be installed first. These wells will be used for determining an accurate ground water flow direction.

Currently, two of the existing wells have free product. Thus, the true ground water flow direction can only be estimated. Since an accurate definition of the ground water flow direction is essential for the correct placement of a recovery system, these four wells will be installed first and in areas free of petroleum hydrocarbon contamination.

The remaining monitoring wells will be placed in and near Areas 1 and 2. As noted, it is estimated that three to five monitoring wells will be required at each area. These wells are necessary to define the extent and magnitude of petroleum hydrocarbon contamination, provide ground water sampling points

within each area, and provide data regarding the effectiveness of any future clean up actions. The placement of wells in Area 1 and Area 2 will be based on the ground water flow direction from W1, MW-21, MW-22, MW-23, and MW-24.

After completing the installation of the monitoring wells, each well elevation will be surveyed to the nearest 0.01 foot and properly developed. In addition, a slug test will be performed on selected wells to determine hydraulic conductivity values for the subject site.

Finally, ground water samples will be obtained from all wells without free product. These samples will be analyzed for BETX and THC as fuel oil. Product samples will be taken from each well with free product for accurate product identification.

The corrective action design will be based on the information gathered during the additional investigation. The design will take into account the expected water pumping rate, product accumulation, treatment, and disposal of contaminated water and recovered product storage.

It is anticipated that treated water discharged from the site will require a permit either with the Metropolitan Water Control Commission or the MPCA.

The corrective action design should provide sufficient information to allow for the permit applications.

## 5.0 SCHEDULE

Delta will begin work on this project within three weeks of receiving written authorization to proceed from the MPCA. We propose to complete the work described in Section 3.0 within the following schedule:

| Task Number | Completion Days After Authorization |
|---|---|
| 1 | 1 week |
| 2 | 4 weeks |
| 3 | 5 weeks |
| 4 | 6 weeks |
| 5 | 16 weeks |

Actual implementation of the schedule may be influenced by regulatory requirements, subcontractor schedules, access restrictions, and unforseen circumstances beyond our control. Delta will make every effort to complete the project within the proposed schedule.

## 6.0 REMARKS

The recommendations contained in this report represent our professional opinions. These opinions are based on currently available information and are arrived at in accordance with currently accepted hydrogeologic and engineering practices at this time and location. Other than this, no warranty is implied or intended.

This report was prepared by **DELTA ENVIRONMENTAL CONSULTANTS, INC.**

Roger J. Davis
Project Manager/Hydrogeologist

Date: 5/03/89

Reviewed by:

Jeffery E. Melby
Project Engineer, P.E.

Date: 5/3/89

rmm.503

## Figure 1

### PROPOSED MONITORING WELL CONSTRUCTION DETAILS



| | |
|---|---|
| VENTED CAP | |
| LOCKING PROTECTIVE CASING | |
| Diameter and Material | 4.25" Steel |
| Total Length | 5' |
| Length Above Ground | 2' |
| THICKNESS AND TYPE OF SEAL | Grout |
| DIAMETER, MATERIAL AND JOINT TYPE OF RISER PIPE | 2" PVC flush |
| TYPE OF BACKFILL AROUND RISER | Grout |
| THICKNESS AND TYPE OF SEAL | 2' Bentonite (slurry form) |
| DISTANCE OF FILTER SAND ABOVE TOP OF SCREEN | 2' |
| TYPE OF FILTER AROUND SCREEN | #20 Silica sand |
| MONITORING WELL MATERIAL | PVC |
| SCREEN GAUGE OR SIZE OF OPENINGS (SLOT SIZE) | 10 slot |
| DIAMETER AND LENGTH OF SCREEN | 2" X 10' |
| DEPTH TO THE BOTTOM OF MONITORING WELL | Approx. 55' |
| DEPTH TO BOTTOM OF FILTER SAND | Approx. 55' |
| THICKNESS AND TYPE OF SEAL | NA |
| DIAMETER OF BOREHOLE | 10.25" |




FIGURE 2
SITE MAP
SHOREHAM YARD FACILITY
MINNEAPOLIS, MINNESOTA
DELTA No. 10-89-058

Delta Environmental Consultants, Inc.




FIGURE 3
PROPOSED MONITORING WELL LOCATIONS
SHOREHAM YARD FACILITY
MINNEAPOLIS, MINNESOTA
DELTA NO. 10-89-058

Delta Environmental Consultants, Inc