minnesota department of health
717 s.e. delaware st. p.o. box 9441 minneapolis 55440
(612) 623-5000

December 15, 1989

Mr. Robert Kale
Soo Line Railroad
Engineering Department
P.O. Box 530
Minneapolis, Minnesota 55440

Dear Mr. Kale:

Enclosed are the results of analyses conducted on water samples collected from the well serving the Soo Line Railroad Shoreham Shops, 2800 Central Avenue N.E., Minneapolis, Minnesota. The well was sampled as part of a monitoring program established by the Metropolitan Landfill Abatement Act. The water samples have been analyzed for the presence of 54 volatile organic chemicals (VOCs), 22 pesticides, and 7 water quality indicators.

Pesticides were not detected in the water samples. The indicator parameters were within the range of background water quality.

VOCs were detected in the water samples. The VOCs detected can be placed into two general groups.

The first group of VOCs include chloroform, bromodichloromethane,chlorodibromethane, bromoform, and bromochloromethane. These chemicals are referred to as trihalomethanes. Trihalomethanes are commonly formed by the reaction of chlorine with naturally occurring humic and fulvic acids. The regular chlorination of your well is the likely source of the trihalomethanes. It should be noted that bromochloromethane was added to the laboratory analysis method just prior to the collection of the November 15, 1989, sample.

The second group of VOCs include 1,1-dichloroethane, c-1,2-dichloroethene, 1,1,1-trichloroethane, and 1,1,2-trichloroethene. These chemicals are typically used as solvents and degreasers. They are not naturally occurring in Minnesota's groundwater.

I have enclosed copies of the water quality analysis results and an attachment which summarizes the results of the VOCs detected by the Minnesota Department of Health (MDH). The analysis results indicate that the water supply contains VOCs in concentrations which are below the maximum contaminant levels established for public water supplies, or where a maximum contaminant level has not been established, are below the recommended allowable limits established by the MDH.

At the present time we recommend that you take four actions: 1) closer management of chlorination, or use of a metered chlorine feed, may reduce the formation of trihalomethanes; 2) VOCs are typically not found in wells with 540 feet of competent casing. We recommend that you evaluate the construction and condition of the well and water system; 3) we recommend that you attempt to locate the solvent source(s); and 4) because the chemical concentrations may vary with time, we recommend that the well continue to be monitored.

It is my understanding that the Shoreham Shops well provides water to more than 25 people daily and, therefore, constitutes a noncommunity, nontransient public water supply. Ms. Carol Kephart of the Noncommunity Public Water Supply Program will be contacting you about arranging for an on-site inspection and additional testing. Ms. Kephart can be reached at (612) 623-5728.

Should you wish additional information, please contact me at (612) 623-5264.

Sincerely yours,

Ronald D. Thompson, Hydrologist
Special Services Unit
Section of Water Supply
and Well Management

RDT:tvs
Enclosures

RECEIVED
DEC 19 1989
SOO LINE RR
CHIEF ENGINEER PLANNING

SOO LINE RAILROAD WELL
2800 CENTRAL AVE N.E.

| CHEMICAL | | DATE SAMPLED (ug/l) 6/27/89 | 8/30/89 | 11/9/89 | RAL | MCL |
|---|---|---|---|---|---|---|
| 1,1-dichloroethane | | P.P. | 0.2 | 0.3 | 810.0 | |
| c-1,2-dichloroethene | | 0.3 | 0.3 | 0.4 | 70.0 | |
| Chloroform | * | 15.0 | N.D. | 3.1 | 57.0 | * |
| 1,1,1-trichloroethane | | 0.2 | 0.2 | 0.3 | 200.0 | 200 |
| Bromodichloromethane | * | 14.0 | N.D. | 3.7 | 140.0 | * |
| 1,1,2-trichloroethene | | 2.9 | 2.0 | 2.8 | 31.0 | 5 |
| Chlorodibromomethane | * | 9.7 | N.D. | 2.8 | 140.0 | * |
| Bromoform | * | 1.5 | N.D. | 1.3 | 140.0 | * |
| Bromochloromethane | * | - | - | 1.7** | | * |
| Tetrachloroethene | | N.D. | N.D. | P.P.*** | 6.6 | |

RAL = RECOMMENDED ALLOWABLE LIMIT

MCL = MAXIMUM CONTAMINANT LEVEL (PUBLIC WATER SUPPLIES)

N.D. = NOT DETECTED

P.P. = PEAK DETECTED BELOW THE REPORTING LIMIT

ALL CONCENTRATIONS IN MICROGRAMS PER LITER (ug/l)

6/27/89 AND 8/30/89 SAMPLES COLLECTED FROM A FAUCET ON THE OUTSIDE OF THE WELL HOUSE BEFORE STORAGE. 11/9/89 SAMPLE COLLECTED FROM A DRINKING FOUNTAIN IN THE POWER HOUSE AFTER THE ELEVATED STORAGE TANK.

* INDICATES TRIHALOMETHANES (MAXIMUM CONTAMINANT LEVEL IS 100 UG/L FOR THE SUM OF ALL THE TRIHALOMETHANES)

**BROMOCHLOROMETHANE ADDED TO THE ANALYSIS LIST AFTER OCTOBER, 1989

*** TETRACHLOROETHENE ALSO DETECTED IN THE FIELD BLANK (PROBABLE LAB CONTAMINANT)

/4.W20
2Mar89

MINNESOTA DEPT OF HEALTH - CHEMICAL LABORATORY 1

VOLATILE HYDROCARBONS (code 465)

Soo line shops WELL

| COMPOUND -Halogenated | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|
| Chloromethane | NQ | |
| Dichlorodifluoromethane | NQ | |
| Vinyl Chloride | NQ | |
| Bromomethane | NQ | |
| Chloroethane | NQ | |
| Dichlorofluoromethane | NQ | |
| Methylene Chloride | < 1.0 | |
| Trichlorofluoromethane | < 0.5 | |
| 1,1,Dichloroethene | < 0.2 | |
| Allyl Chloride | < 0.5 | |
| 1,1,Dichloroethane | < 0.2 | PP |
| c-1,2 Dichloroethene | < 0.2 | 0.3 |
| t-1,2 Dichloroethene | < 0.2 | |
| Chloroform | < 0.2 | 15 |
| 112 Trichlorotrifluoroethane | < 0.5 | |
| 1,2, Dichloroethane | < 0.2 | |
| Dibromomethane | < 1.0 | |
| 1,1,1, Trichloroethane | < 0.2 | 0.2 |
| Carbon Tetrachloride | < 0.2 | |
| Bromodichloromethane | < 0.2 | 14 |
| Dichloroacetonitrile | NQ | |
| 2,3 Dichloro-1-propene | < 0.2 | |
| 1,2 Dichloropropane | < 0.2 | |
| 1,1 Dichloro-1-propene | < 0.2 | |
| t-1,3 Dichloro-1-propene | < 0.2 | |
| 1,1,2 Trichloroethene | < 0.2 | 2.9 |
| 1,3 Dichloropropane | NQ | |
| Chlorodibromomethane | < 0.5 | 9.7 |
| c-1,3 Dichloro-1-propene | < 0.2 | |
| 1,1,2 Trichloroethane | < 0.2 | |
| 1,2 Dibromoethane | < 0.5 | |
| 2-Chloroethylvinyl ether | NQ | |
| Bromoform | < 1.0 | 1.5 |
| 1,1,1,2 Tetrachloroethane | < 0.2 | |
| 1,2,3 Trichloropropane | NQ | |
| 1,1,2,2 Tetrachloroethene | < 1.0 | |
| 1,1,2,2 Tetrachloroethane | < 1.0 | |
| Pentachloroethane | NQ | |
| Chlorobenzene | < 0.5 | |
| 1,3 Dichlorobenzene | < 1.0 | |
| 1,2 Dichlorobenzene | < 1.0 | |
| 1,4 Dichlorobenzene | < 1.0 | |
| NON-HALOGENATED | | |
| Acetone | < 20 | |
| Tetrahydrofuran | < 10 | |
| Ethyl Ether | < 1.0 | |
| Methyl Ethyl Ketone | < 10 | |
| Benzene | < 0.5 | |
| Methyl Isobutyl Ketone | < 2.0 | |
| Toluene | < 0.5 | |
| Ethyl Benzene | < 0.5 | |
| Cumene | < 1.0 | |
| m Xylene | < 0.5 | |
| p & o Xylene | < 0.5 | |

LAB SAMPLE#: 8911213

FIELD BLANK #: 8911212

| DATES: | mm dd yy |
|---|---|
| SAMPLED: | 6/26/89 |
| ANALYZED: | 7/05/89 |
| REPORTED: | 7/07/89 |

Comments:

Peak Present (Below quantification limit)

Legend:
NQ = not quantitated
< = less than
PP = peak present

DI

V4.W20
2Mar8

MINNESOTA DEPT OF HEALTH - CHEMICAL LABORATORY 1
VOLATILE HYDROCARBONS (code 465)

Field Blank

| COMPOUND -Halogenated | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|
| Chloromethane | NQ | |
| Dichlorodifluoromethane | NQ | |
| Vinyl Chloride | NQ | |
| Bromomethane | NQ | |
| Chloroethane | NQ | |
| Dichlorofluoromethane | NQ | |
| Methylene Chloride | < 1.0 | |
| Trichlorofluoromethane | < 0.5 | |
| 1,1,Dichloroethene | < 0.2 | |
| Allyl Chloride | < 0.5 | |
| 1,1,Dichloroethane | < 0.2 | |
| c-1,2 Dichloroethene | < 0.2 | |
| t-1,2 Dichloroethene | < 0.2 | |
| Chloroform | < 0.2 | |
| 112 Trichlorotrifluoroethane | < 0.5 | |
| 1,2, Dichloroethane | < 0.2 | |
| Dibromomethane | < 1.0 | |
| 1,1,1, Trichloroethane | < 0.2 | |
| Carbon Tetrachloride | < 0.2 | |
| Bromodichloromethane | < 0.2 | |
| Dichloroacetonitrile | NQ | |
| 2,3 Dichloro-1-propene | < 0.2 | |
| 1,2 Dichloropropane | < 0.2 | |
| 1,1 Dichloro-1-propene | < 0.2 | |
| t-1,3 Dichloro-1-propene | < 0.2 | |
| 1,1,2 Trichloroethene | < 0.2 | |
| 1,3 Dichloropropane | NQ | |
| Chlorodibromomethane | < 0.5 | |
| c-1,3 Dichloro-1-propene | < 0.2 | |
| 1,1,2 Trichloroethane | < 0.2 | |
| 1,2 Dibromoethane | < 0.5 | |
| 2-Chloroethylvinyl ether | NQ | |
| Bromoform | < 1.0 | |
| 1,1,1,2 Tetrachloroethane | < 0.2 | |
| 1,2,3 Trichloropropane | NQ | |
| 1,1,2,2 Tetrachloroethene | < 1.0 | |
| 1,1,2,2 Tetrachloroethane | < 1.0 | |
| Pentachloroethane | NQ | |
| Chlorobenzene | < 0.5 | |
| 1,3 Dichlorobenzene | < 1.0 | |
| 1,2 Dichlorobenzene | < 1.0 | |
| 1,4 Dichlorobenzene | < 1.0 | |
| NON-HALOGENATED | | |
| Acetone | < 20 | |
| Tetrahydrofuran | < 10 | |
| Ethyl Ether | < 1.0 | |
| Methyl Ethyl Ketone | < 10 | |
| Benzene | < 0.5 | |
| Methyl Isobutyl Ketone | < 2.0 | |
| Toluene | < 0.5 | |
| Ethyl Benzene | < 0.5 | |
| Cumene | < 1.0 | |
| m Xylene | < 0.5 | |
| [illegible] | [illegible] | |

| LAB SAMPLE#: | 8911212 |
|---|---|
| FIELD BLANK #: | 8911212 |
| DATES: | mm dd yy |
| SAMPLED: | 6/26/89 |
| ANALYZED: | 7/05/89 |
| REPORTED: | 7/07/89 |

Comments:

Legend:
NQ = not quantitated
< = less than
PP = peak present

Dr