Minneapolis - December 21, 1989

Engr. File: 311 - Cleaners

FILE

TO: L. D. Bell

FROM: R. J. Kale RJK

RE: USE OF CHLORINATED HYDROCARBON CLEANERS

Various chlorinated hydrocarbons have been characterized as environmentally damaging and toxic to living organisms (see attached information). Due to the serious consequences of misuse or improper handling of chlorinated hydrocarbon containing cleaners, a review of chlorinated hydrocarbon cleaner usage by Mechanical Services is recommended.

From information I have gathered from your supervisors, it appears that total elimination of chlorinated hydrocarbon cleaners is not possible. However, it would be desirable from an environmental and health standpoint to eliminate use of chlorinated hydrocarbon cleaners wherever possible. Industry will be under continued pressure in the future to institute agressive waste minimization programs.

In applications where chlorinated hydrocarbon cleaners cannot be eliminated, it is our responsibility as a waste generator to capture any collectable hazardous wastes (including chlorinated hydrocarbons) and arrange for proper storage and disposal. It appears that in most cases the chlorinated hydrocarbon cleaner volatilizes during its use, leaving no disposable waste. If chlorinated hydrocarbon cleaners are totally volatilized during use we need to be able to document this for future reference. Future State and Federal environmental audits of our facilities for proper handling of hazardous wastes will require this documentation. Of course, adequate ventilation will be required in areas where chlorinated hydrocarbon volatilization takes place.

The following are the three chlorinated hydrocarbon cleaners which Mechanical Services currently uses and the locations where used:

| | Product No. 1 | | Product No. 2 |
|---|---|---|---|
| Product names: | Dowclene EC | / | Chemcentral M-220 |
| Product manufacturers: | Ashland Chemical Co. | / | Chemcentral of Minn. |
| Both Products contain: | 1,1,1-trichloroethylene and perchloroethylene | | |
| Stock code number: | 470-00202 (same for both products) | | |

| Locations Where Above 2 Prods. Used | Vol. Requisitioned 10-29-88 thru 10-29-89 |
|---|---|
| Shoreham Shops, Minneapolis MN | 2,200 gallons |
| Bensenville IL | 440 gallons |
| St. Paul MN | 330 gallons |
| Latta IN | 110 gallons |
| Milwaukee WI | 55 gallons |
| Mason City IA | 165 gallons |
| Portage WI | 165 gallons |
| Superior WI | 55 gallons |
| Thief River Falls MN | 180 gallons |
| TOTAL: | 3,700 gallons |

EXHIBIT 45

PRODUCT No. 3

| | |
|---|---|
| Product name: | Cherokee Cold Tank Cleaner |
| Product manufacturer: | Cherokee Chemical Co., Inc. |
| Product contain: | Methylene chloride, Monochlorobenzene |
| Stock code number: | 470-02100 |

| Locations Where Above Prod. Used | Volume Requisitioned 10-29-88 thru 10-29-89 |
|---|---|
| Shoreham Shops, Minneapolis MN | 550 gallons |

This information is being sent to you so that chlorinated hydrocarbon cleaner usage on the system can be reviewed and minimized as much as possible. A review of this subject may result in finding areas where chlorinated hydrocarbon cleaners are being used when other, less environmentally damaging cleaners could be used. It is also important to develop information on what becomes of the chlorinated hydrocarbon cleaner following use.

Please call me at 337-7559 if you have any questions regarding this matter.

RJK/asm

Attachments

cc w/att: G. A. Nilsen
G. Olander-Quamme
J. A. Pitel
D. I. Kjellman