minnesota department of health

division of environmental health

925 s.e. delaware st. p.o. box 59040 minneapolis 55459-0040

(612) 627-5100

MAY 1 1991

Mr. Robert Robertson
Shop Superintendent
Soo Line Railroad Company
Shoreham Shops
P.O. Box 530
Minneapolis, Minnesota 55440

Dear Mr. Robertson:

Subject: Soo Line Railroad Company, Minneapolis, Hennepin County, Minnesota, PWS ID 5270182

Attached are the analytical results of the water samples collected from your public water supply on January 30, and March 1, 1991. The samples were analyzed for volatile organic chemicals (VOC's) and coliform bacteria. The chemical trichloroethene, was detected in the water above the maximum contaminant level (MCL) for this contaminant. The average trichloroethene level was found to be 5.2 micrograms per liter.

Water from your water supply must not be made available for human consumption. Drinking water contaminated with trichloroethene may increase the risk of cancer in humans who are exposed above the MCL over a long period of time.

As owner of this water supply, you are required to post notice at all drinking water outlets warning individuals of the hazards of drinking the water. The notice(s) must remain in place until your water system has been brought back into compliance with the Safe Drinking Water Act (SDWA). A copy of the posting notice is enclosed. Purchased bottled water may be used for drinking water purposes during this period.

In order to bring your system back into compliance with the SDWA, the following options are available:

1. Connection to a community water supply.

2. Construction of a new well and obtaining satisfactory water quality results.

3. Reconstruction of the existing well to bring the nitrate level below the established MCL.

4. Treatment of the water supply may be considered if a satisfactory drinking water source cannot be found. This alternative would require more frequent monitoring of your water system at your expense.

an equal opportunity employer

Notify this office within 30 days as to the corrective measures that are to take place and schedule to complete corrective action.

This office will continue to collect and analyze water samples for VOC's until your water supply system has been brought back into compliance with the SDWA.

The bacteriological analysis was satisfactory.

This sample collection was completed as part of the routine monitoring requirements of the SDWA. These test results should be placed in your records and a copy maintained on or near the water supply premises and available for public inspection for not less than ten years.

If you have any questions concerning the contents of this letter, please contact me at 612/627-5175.

Sincerely yours,

Carol A. Kephart
Public Health Sanitarian
Section of Water Supply
and Well Management

CAK:ejm
Enclosure
cc: Ron Swenson, Site Assessment Unit
Minnesota Pollution Control Agency
John Schnickel
Minneapolis Health Department
✓Robert Kale, Engineer Environmental Control
Soo Line Railroad Company
GOQ - 5/3/91

VOLATILE HYDROCARBONS (code 465)

Soo Line Railroad Company, PWS ID 5270182, Well Tap, Retest

SAMPLED: 03/01/91 LAB SAMPLE #: 9103949
ANALYZED: 03/14/91
REPORTED: 03/18/91 FIELD BLANK #: 9103950

| COMPOUND | | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|---|
| Dichlorodifluoromethane | < | 1.0 | |
| Chloromethane | < | 2.0 | |
| Vinyl Chloride | < | 1.0 | |
| Bromomethane | < | 2.0 | |
| Chloroethane | < | 1.0 | |
| Dichlorofluoromethane | < | 1.0 | |
| Trichlorofluoromethane | < | 2.0 | |
| Trichloro-trifluoroethane | < | 0.2 | |
| 1,1-Dichloroethene | < | 0.5 | |
| Allyl Chloride | < | 0.5 | |
| Methylene Chloride | < | 0.5 | |
| t-1,2-Dichloroethene | < | 0.1 | |
| 1,1-Dichloroethane | < | 0.2 | |
| 2,2-dichloropropane | < | 0.5 | |
| c-1,2 Dichloroethene | < | 0.2 | 0.5 |
| Chloroform | < | 0.1 | |
| Bromochloromethane | < | 0.5 | |
| 1,1,1-Trichloroethane | < | 0.2 | 0.4 |
| 1,1-Dichloropropene | < | 0.2 | |
| Carbon Tetrachloride | < | 0.2 | |
| 1,2-Dichloroethane | < | 0.2 | |
| Trichloroethene | < | 0.1 | 4.8 |
| 1,2-Dichloropropane | < | 0.2 | |
| Bromodichloromethane | < | 0.2 | |
| Dibromomethane | < | 1.0 | |
| c-1,3-Dichloropropene | < | 0.2 | |
| t-1,3-Dichloropropene | < | 0.2 | |
| 1,1,2-Trichloroethane | < | 0.2 | |
| 1,3-Dichloropropane | < | 0.2 | |
| Tetrachloroethene | < | 0.2 | |
| Chlorodibromomethane | < | 0.5 | |
| 1,2-Dibromoethane | < | 1.0 | |
| Chlorobenzene | < | 0.2 | |
| 1112-Tetrachloroethane | < | 0.2 | |
| Bromoform | < | 1.0 | |

| COMPOUND | | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|---|
| 1122-Tetrachloroethane | < | 0.2 | |
| 123-Trichloropropane | < | 0.5 | |
| Bromobenzene | < | 0.2 | |
| 2-Chlorotoluene | < | 0.5 | |
| 4-Chlorotoluene | < | 0.5 | |
| 1,3-Dichlorobenzene | < | 0.2 | |
| 1,4-Dichlorobenzene | < | 0.2 | |
| 1,2-Dichlorobenzene | < | 0.2 | |
| 1,2-Dibromo-3-Chloropropane | < | 2.0 | |
| 124-Trichlorobenzene | < | 0.5 | |
| Hexachlorobutadiene | < | 0.5 | |
| 123-Trichlorobenzene | < | 0.5 | |
| Ethyl Ether | < | 2.0 | |
| Acetone | < | 20 | |
| Methyl tertiary-Butyl Ether | < | 2.0 | |
| Methyl Ethyl Ketone | < | 10 | |
| Tetrahydrofuran | < | 10 | |
| Benzene | < | 0.2 | |
| Methyl Isobutyl Ketone | < | 5.0 | |
| Toluene | < | 0.2 | |
| Ethyl Benzene | < | 0.2 | |
| m+p-Xylene | < | 0.2 | |
| o-Xylene | < | 0.2 | |
| Styrene | < | 0.5 | |
| Isopropyl Benzene | < | 0.5 | |
| n-Propyl Benzene | < | 0.5 | |
| 135-Trimethylbenzene | < | 0.5 | |
| tert-Butyl Benzene | < | 0.5 | |
| 124-Trimethylbenzene | < | 0.5 | |
| sec-Butylbenzene | < | 0.5 | |
| p-Isopropyltoluene | < | 0.5 | |
| n-Butylbenzene | < | 0.5 | |
| Naphthalene | < | 0.5 | |

COMMENTS:

Legend:
< = less than
PP = peak present

Soo Line Railroad Company, PWS ID 5270182, Well Tap

502.4 MINNESOTA DEPARTMENT OF HEALTH - CHEMICAL LABORATORY 1

VOLATILE HYDROCARBONS (code 465)

SAMPLED: 01/30/91
ANALYZED: 02/07/91
REPORTED: 02/11/91

LAB SAMPLE #: 9101950
FIELD BLANK #: 9101951

| COMPOUND | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) | COMPOUND | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|---|---|---|
| Dichlorodifluoromethane | < 1.0 | | 1122-Tetrachloroethane | < 0.2 | |
| Chloromethane | < 2.0 | | 123-Trichloropropane | < 0.5 | |
| Vinyl Chloride | < 1.0 | | Bromobenzene | < 0.2 | |
| Bromomethane | < 2.0 | | 2-Chlorotoluene | < 0.5 | |
| Chloroethane | < 1.0 | | 4-Chlorotoluene | < 0.5 | |
| Dichlorofluoromethane | < 1.0 | | 1,3-Dichlorobenzene | < 0.2 | |
| Trichlorofluoromethane | < 2.0 | | 1,4-Dichlorobenzene | < 0.2 | |
| Trichloro-trifluoroethane | < 0.2 | | 1,2-Dichlorobenzene | < 0.2 | |
| 1,1-Dichloroethene | < 0.5 | | 1,2-Dibromo-3-Chloropropane | < 2.0 | |
| Allyl Chloride | < 0.5 | | 124-Trichlorobenzene | < 0.5 | |
| Methylene Chloride | < 0.5 | | Hexachlorobutadiene | < 0.5 | |
| t-1,2-Dichloroethene | < 0.1 | | 123-Trichlorobenzene | < 0.5 | |
| 1,1-Dichloroethane | < 0.2 | 0.3 | Ethyl Ether | < 2.0 | |
| 2,2-dichloropropane | < 0.5 | | Acetone | < 20 | |
| c-1,2 Dichloroethene | < 0.2 | 0.8 | Methyl tertiary-Butyl Ether | < 2.0 | |
| Chloroform | < 0.1 | | Methyl Ethyl Ketone | < 10 | |
| Bromochloromethane | < 0.5 | | Tetrahydrofuran | < 10 | |
| 1,1,1-Trichloroethane | < 0.2 | 0.5 | Benzene | < 0.2 | |
| 1,1-Dichloropropene | < 0.2 | | Methyl Isobutyl Ketone | < 5.0 | |
| Carbon Tetrachloride | < 0.2 | | Toluene | < 0.2 | |
| 1,2-Dichloroethane | < 0.2 | | Ethyl Benzene | < 0.2 | |
| Trichloroethene | < 0.1 | 5.6 | m+p-Xylene | < 0.2 | |
| 1,2-Dichloropropane | < 0.2 | | o-Xylene | < 0.2 | |
| Bromodichloromethane | < 0.2 | | Styrene | < 0.5 | |
| Dibromomethane | < 1.0 | | Isopropyl Benzene | < 0.5 | |
| c-1,3-Dichloropropene | < 0.2 | | n-Propyl Benzene | < 0.5 | |
| t-1,3-Dichloropropene | < 0.2 | | 135-Trimethylbenzene | < 0.5 | |
| 1,1,2-Trichloroethane | < 0.2 | | tert-Butyl Benzene | < 0.5 | |
| 1,3-Dichloropropane | < 0.2 | | 124-Trimethylbenzene | < 0.5 | |
| Tetrachloroethene | < 0.2 | | sec-Butylbenzene | < 0.5 | |
| Chlorodibromomethane | < 0.5 | | p-Isopropyltoluene | < 0.5 | |
| 1,2-Dibromoethane | < 1.0 | | n-Butylbenzene | < 0.5 | |
| Chlorobenzene | < 0.2 | | Naphthalene | < 0.5 | |
| 1112-Tetrachloroethane | < 0.2 | | | | |
| Bromoform | < 1.0 | | | | |

COMMENTS:

Legend:
< = less than
PP = peak present

502.4 MINNESOTA DEPARTMENT OF HEALTH - CHEMICAL LABORATORY 1
VOLATILE HYDROCARBONS (code 465)

Soo Line Railroad Company, PWS ID 5270182, Field Blanks, Retest

SAMPLED: 03/01/91 LAB SAMPLE #: 9103950
ANALYZED: 03/14/91
REPORTED: 03/18/91 FIELD BLANK #: 9103950

| COMPOUND | | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) | COMPOUND | | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|---|---|---|---|---|
| Dichlorodifluoromethane | < | 1.0 | | 1122-Tetrachloroethane | < | 0.2 | |
| Chloromethane | < | 2.0 | | 123-Trichloropropane | < | 0.5 | |
| Vinyl Chloride | < | 1.0 | | Bromobenzene | < | 0.2 | |
| Bromomethane | < | 2.0 | | 2-Chlorotoluene | < | 0.5 | |
| Chloroethane | < | 1.0 | | 4-Chlorotoluene | < | 0.5 | |
| Dichlorofluoromethane | < | 1.0 | | 1,3-Dichlorobenzene | < | 0.2 | |
| Trichlorofluoromethane | < | 2.0 | | 1,4-Dichlorobenzene | < | 0.2 | |
| Trichloro-trifluoroethane | < | 0.2 | | 1,2-Dichlorobenzene | < | 0.2 | |
| 1,1-Dichloroethene | < | 0.5 | | 1,2-Dibromo-3-Chloropropane | < | 2.0 | |
| Allyl Chloride | < | 0.5 | | 124-Trichlorobenzene | < | 0.5 | |
| Methylene Chloride | < | 0.5 | | Hexachlorobutadiene | < | 0.5 | |
| t-1,2-Dichloroethene | < | 0.1 | | 123-Trichlorobenzene | < | 0.5 | |
| 1,1-Dichloroethane | < | 0.2 | | Ethyl Ether | < | 2.0 | |
| 2,2-dichloropropane | < | 0.5 | | Acetone | < | 20 | |
| c-1,2 Dichloroethene | < | 0.2 | | Methyl tertiary-Butyl Ether | < | 2.0 | |
| Chloroform | < | 0.1 | | Methyl Ethyl Ketone | < | 10 | |
| Bromochloromethane | < | 0.5 | | Tetrahydrofuran | < | 10 | |
| 1,1,1-Trichloroethane | < | 0.2 | | Benzene | < | 0.2 | |
| 1,1-Dichloropropene | < | 0.2 | | Methyl Isobutyl Ketone | < | 5.0 | |
| Carbon Tetrachloride | < | 0.2 | | Toluene | < | 0.2 | |
| 1,2-Dichloroethane | < | 0.2 | | Ethyl Benzene | < | 0.2 | |
| Trichloroethene | < | 0.1 | | m+p-Xylene | < | 0.2 | |
| 1,2-Dichloropropane | < | 0.2 | | o-Xylene | < | 0.2 | |
| Bromodichloromethane | < | 0.2 | | Styrene | < | 0.5 | |
| Dibromomethane | < | 1.0 | | Isopropyl Benzene | < | 0.5 | |
| c-1,3-Dichloropropene | < | 0.2 | | n-Propyl Benzene | < | 0.5 | |
| t-1,3-Dichloropropene | < | 0.2 | | 135-Trimethylbenzene | < | 0.5 | |
| 1,1,2-Trichloroethane | < | 0.2 | | tert-Butyl Benzene | < | 0.5 | |
| 1,3-Dichloropropane | < | 0.2 | | 124-Trimethylbenzene | < | 0.5 | |
| Tetrachloroethene | < | 0.2 | | sec-Butylbenzene | < | 0.5 | |
| Chlorodibromomethane | < | 0.5 | | p-Isopropyltoluene | < | 0.5 | |
| 1,2-Dibromoethane | < | 1.0 | | n-Butylbenzene | < | 0.5 | |
| Chlorobenzene | < | 0.2 | | Naphthalene | < | 0.5 | |
| 1112-Tetrachloroethane | < | 0.2 | | | | | |
| Bromoform | < | 1.0 | | | | | |

COMMENTS:

Legend:
< = less than
PP = peak present

502.4 MINNESOTA DEPARTMENT OF HEALTH - CHEMICAL LABORATORY 1

VOLATILE HYDROCARBONS (code 465)

Soo Line Railroad Company, PWS ID 5270182, Field Blanks

SAMPLED: 01/30/91 LAB SAMPLE #: 9101951
ANALYZED: 02/07/91
REPORTED: 02/11/91 FIELD BLANK #: 9101951

| COMPOUND | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) | COMPOUND | REPORTING LIMIT (UG/L) | AMOUNT FOUND (UG/L) |
|---|---|---|---|---|---|
| Dichlorodifluoromethane | < 1.0 | | 1122-Tetrachloroethane | < 0.2 | |
| Chloromethane | < 2.0 | | 123-Trichloropropane | < 0.5 | |
| Vinyl Chloride | < 1.0 | | Bromobenzene | < 0.2 | |
| Bromomethane | < 2.0 | | 2-Chlorotoluene | < 0.5 | |
| Chloroethane | < 1.0 | | 4-Chlorotoluene | < 0.5 | |
| Dichlorofluoromethane | < 1.0 | | 1,3-Dichlorobenzene | < 0.2 | |
| Trichlorofluoromethane | < 2.0 | | 1,4-Dichlorobenzene | < 0.2 | |
| Trichloro-trifluoroethane | < 0.2 | | 1,2-Dichlorobenzene | < 0.2 | |
| 1,1-Dichloroethene | < 0.5 | | 1,2-Dibromo-3-Chloropropane | < 2.0 | |
| Allyl Chloride | < 0.5 | | 124-Trichlorobenzene | < 0.5 | |
| Methylene Chloride | < 0.5 | | Hexachlorobutadiene | < 0.5 | |
| t-1,2-Dichloroethene | < 0.1 | | 123-Trichlorobenzene | < 0.5 | |
| 1,1-Dichloroethane | < 0.2 | | Ethyl Ether | < 2.0 | |
| 2,2-dichloropropane | < 0.5 | | Acetone | < 20 | |
| c-1,2 Dichloroethene | < 0.2 | | Methyl tertiary-Butyl Ether | < 2.0 | |
| Chloroform | < 0.1 | | Methyl Ethyl Ketone | < 10 | |
| Bromochloromethane | < 0.5 | | Tetrahydrofuran | < 10 | |
| 1,1,1-Trichloroethane | < 0.2 | | Benzene | < 0.2 | |
| 1,1-Dichloropropene | < 0.2 | | Methyl Isobutyl Ketone | < 5.0 | |
| Carbon Tetrachloride | < 0.2 | | Toluene | < 0.2 | |
| 1,2-Dichloroethane | < 0.2 | | Ethyl Benzene | < 0.2 | |
| Trichloroethene | < 0.1 | | m+p-Xylene | < 0.2 | |
| 1,2-Dichloropropane | < 0.2 | | o-Xylene | < 0.2 | |
| Bromodichloromethane | < 0.2 | | Styrene | < 0.5 | |
| Dibromomethane | < 1.0 | | Isopropyl Benzene | < 0.5 | |
| [illegible]-1,3-Dichloropropene | < 0.2 | | n-Propyl Benzene | < 0.5 | |
| [illegible]-1,3-Dichloropropene | < 0.2 | | 135-Trimethylbenzene | < 0.5 | |
| 1,1,2-Trichloroethane | < 0.2 | | tert-Butyl Benzene | < 0.5 | |
| 1,3-Dichloropropane | < 0.2 | | 124-Trimethylbenzene | < 0.5 | |
| Tetrachloroethene | < 0.2 | | sec-Butylbenzene | < 0.5 | |
| Chlorodibromomethane | < 0.5 | | p-Isopropyltoluene | < 0.5 | |
| 1,2-Dibromoethane | < 1.0 | | n-Butylbenzene | < 0.5 | |
| Chlorobenzene | < 0.2 | | Naphthalene | < 0.5 | |
| 1112-Tetrachloroethane | < 0.2 | | | | |
| Bromoform | < 1.0 | | | | |

COMMENTS:

Legend:
< = less than
PP = peak present

MINNESOTA DEPARTMENT OF HEALTH
CHEMICAL LABORATORIES

REPORT OF ANALYTICAL RESULTS
FINAL REPORT - CLIENT COPY

PROGRAM NAME: NON-COMMUNITY - NON-TRANSIENT

PROGRAM: HW
SAMPLE: 9101952
PAGE: 1
DATE RECEIVED: 01/31/91
DATE GENERATED: 02/01/91

DATE REPORTED:

| ANALYSIS/COMMENTS | RESULT |
| --- | --- |
| UNIT: BACTICHEM | |
| 327 PA TOTAL COLIFORM-DW (COLILERT) | /100 ml |
| Coliform absent | |

Soo Line Railroad Company, PWS ID 5270182, Motel, Men's Bath Tap

MINNESOTA DEPARTMENT OF HEALTH
CHEMICAL LABORATORIES

REPORT OF ANALYTICAL RESULTS
FINAL REPORT - CLIENT COPY

PROGRAM: HW
SAMPLE: 9101953
PAGE: 1
DATE RECEIVED: 01/31/91
DATE GENERATED: 02/01/91

PROGRAM NAME: NON-COMMUNITY - NON-TRANSIENT

DATE REPORTED:

| ANALYSIS/COMMENTS | RESULT |
|---|---|
| UNIT: BACTICHEM | |
| 327 PA TOTAL COLIFORM-DW (COLILERT) | /100 ml |
| Coliform absent | |