FILE NO: PET0017/91-05-21/15:36:36
KEYWORD: MINNESOTA DEPT OF HEALTH

'BJECT: RF1701 SN0006 POLLUTED WATER - SHOREHAM

May 21, 1991

Ms. Carol A. Kephart
Public Health Sanitarian
Section of Water Supply
Minnesota Department of Health
Division of Environmental Health
925 SE Delaware Street
PO Box 59040
Minneapolis, MN 55459-0040

Dear Ms. Kephart:

Upon receipt of your letter dated May 1, 1991, regarding contamination in Shoreham's well water supply, I ordered the deep well operation to be discontinued. The Shoreham plant is now supplied with city water only.

A plant employee meeting is to be held May 29, 1991, to explain the circumstances leading to the change in water supply. Copies of your letter will be posted throughout the plant.

If you have any questions, please call me at 782-4535.

Sincerely,

R. Robertson
Mechanical Supt., Shops

SLR021063

EXHIBIT 47