RECEIVED
JUL 01 1992
MPCA, HAZARDOUS WASTE DIVISION

# PHASE II REMEDIAL INVESTIGATION REPORT

SOO LINE SHOREHAM YARD
MINNEAPOLIS, MINNESOTA
DELTA NO. 10-89-058

Prepared by:

Delta Environmental Consultants, Inc.
3900 Northwoods Drive, Suite 200
St. Paul, MN 55112
(612) 486-8022

June 25, 1992

## TABLE OF CONTENTS


1.0 INTRODUCTION ........ 1
- 1.1 Purpose and Authorization ........ 1
- 1.2 Scope of Work ........ 1

2.0 BACKGROUND INFORMATION ........ 2
- 2.1 Site Location ........ 2
- 2.2 Site Topography and Surface Water Features ........ 2
- 2.3 Areas of Concern ........ 2
- 2.4 Previous Work ........ 3
- 2.5 Summary of Previous Work Conducted by Delta ........ 5

3.0 PROJECT RESULTS ........ 6
- 3.1 Regional Geology ........ 6
- 3.2 Site Soil and Geology ........ 7
- 3.3 Regional Hydrogeology ........ 8
- 3.4 Site Hydrogeology ........ 9
- 3.5 Soil Contamination ........ 10
- 3.6 Ground Water Contamination ........ 12

4.0 DISCUSSION ........ 13
- 4.1 Extent of Soil Contamination ........ 13
- 4.2 Extent of Ground Water Contamination ........ 15
- 4.3 Identification of Potential Receptors ........ 16

5.0 RECOMMENDATIONS ........ 16
- 5.1 Overview ........ 16
- 5.2 List of Alternatives ........ 17
  - 5.2.1 Free Product Removal Alternatives ........ 17
  - 5.2.2 Site Ground Water Treatment ........ 17
  - 5.2.3 Soil Remediation Alternatives ........ 17

6.0 REFERENCES ........ 18

7.0 REMARKS ........ 19


## List of Tables


Table 1 PID Readings
Table 2 Collector Pan Area - Soil Sample Results
Table 3 Pump House Area - Soil Sample Results
Table 4 Former Basin Area - Soil Sample Results
Table 5 Lease Area - Soil Sample Results
Table 6 Ground Water Sample Results

## List of Figures

| | |
|---|---|
| Figure 1 | Site Map |
| Figure 2 | Study Area Map |
| Figure 3 | Areas of Concern |
| Figure 4 | Collector Pan Area/Lease Area-Soil Boring/Monitoring Well Location Map |
| Figure 5 | Pumphouse Area-Soil Boring/Monitoring Well Location Map |
| Figure 6 | Former Tank Basin Area-Soil Boring/Monitoring Well Location Map |
| Figure 7 | Cross Section A-A' |
| Figure 8 | Cross Section B-B' |
| Figure 9 | Cross Section C-C' |
| Figure 10 | Ground Water Surface Contour Map |
| Figure 11 | Former Basin Area - Shallow Soil Contamination |
| Figure 12 | Collector Pan and Lease Area - Shallow Soil Contamination |
| Figure 13 | Pumphouse Area - Shallow Soil Contamination |
| Figure 14 | Collector Pan and Lease Area - Deep Soil Contamination |
| Figure 15 | Former Basin Area - Deep Soil Contamination |
| Figure 16 | Pumphouse Area - Deep Soil Contamination |
| Figure 17 | Area Extent of Deep Soil Contamination |
| Figure 18 | Pumphouse Area - Ground Water Contamination |
| Figure 19 | Collector Pan and Lease Area - Ground Water Contamination |
| Figure 20 | Extent of Dissolved Phase Ground Water Contamination |

## List of Appendices

| | |
|---|---|
| Appendix A | Grain Size Analysis |
| Appendix B | Soil Boring Logs and Monitoring Well Details |
| Appendix C | Slug Test Results and Linear Ground Water Velocity Estimates |
| Appendix D | Laboratory Reports |

# PHASE II REMEDIAL INVESTIGATION REPORT

**SOO LINE SHOREHAM YARD**

**MINNEAPOLIS, MINNESOTA**

**DELTA NO. 10-89-058**

## 1.0 INTRODUCTION

### 1.1 Purpose and Authorization

The purpose of this report is to present the results of additional remedial activities conducted by Delta Environmental Consultants, Inc. (Delta), at the Soo Line Shoreham Yard (site), which includes the former tank basin, the pumphouse, and the collector pan areas located on the eastern portion of property in Minneapolis, Minnesota. The objective of the additional investigative work was to gather data to evaluate corrective action alternatives for the areas studied at the site and to determine if contamination has migrated from these areas off site. Authorization to conduct the Phase II Remedial Investigation was given by Mr. Robert Kale, Soo Line Railroad Company (Soo Line) on May 14, 1991.

### 1.2 Scope of Work

The following activities were performed by Delta as part of the investigation:

- Prepared a Progress Report/Work Plan.
- Advanced 17 soil borings and collected soil samples for lithologic description and chemical analysis using a rotosonic drilling auger.
- Installed 11 monitoring wells using a rotosonic drilling auger.
- Submitted soil samples for laboratory analysis of benzene, toluene, ethylbenzene, xylenes (BTEX), and total hydrocarbons (THC) as fuel oil.
- Surveyed soil boring and monitoring well elevations.
- Measured ground water elevations and product level thicknesses.
- Bailed product in four monitoring wells (MW-2, MW-3, MW-308, and MW-310). The bailed free product was disposed of in the product/water separator located on site. Approximately 125 gallons of free product have been removed since July 1991.
- Collected ground water samples from all the wells without free product.
- Submitted the ground water samples to the laboratory for analysis for BTEX and THC as fuel oil.
- Evaluated site hydrogeologic and chemical data and prepared a report.

## 2.0 BACKGROUND INFORMATION

### 2.1 Site Location

The site is located in Minneapolis, Minnesota, on the west side of Central Avenue between 28th Avenue and St. Anthony Boulevard (Figure 1). The site is active and consists of a large number of facilities which include office buildings, storage buildings, tracks, intermodal freight yard, locomotive washing, repair and refueling facilities, a roundhouse, tool and work shops, and above ground fuel oil storage tanks. The study area is shown in Figure 2. Delta's investigation was conducted on the eastern quarter of the site and focused on the former tank basin, the pumphouse, and the collector pan areas as shown in Figure 3.

### 2.2 Site Topography and Surface Water Features

Geographically, the site is located approximately one-half mile east of the Mississippi River. The topography in the area has been strongly shaped by several glacial advances and retreats. Just one mile north of the site, glacial moraine features exist in Columbia Heights, Minnesota, which have produced extensive topographic relief ranging from 850 to over 950 feet above sea level. However, the site area is relatively flat and ranges in elevation between 850 and 860 feet. The present flat topography is reflective of the terrace deposit, which has filled and/or eroded the previously existing topographic highs and lows within the site area.

The nearest surface water bodies are the Mississippi River located approximately one-half mile west of the site and several small shallow ponds within Columbia Park located approximately one-half mile north of the site. From the site, the regional topography slopes to the west toward the Mississippi River. No other major surface water bodies exists within a one-mile radius of the site.

### 2.3 Areas of Concern

In summary, three previously investigated areas (former tank basin, collector pan areas, and the pumphouse) and one newly discovered area (lease area) of soil and ground water contamination have been identified within the study area (Figure 3). The first area is located in the northeastern portion of the site. This area is referred to as the collector pan area (Figure 4). The area is primarily used for refueling. Fuel oil is collected in a series of pans installed just beneath the railroad tracks. The top of each pan is exposed at the surface. The locomotives are fueled over the collector pans, and fugitive diesel fuel is collected within the pans and gravity drained to an oil/water separator area located just east of the collector pans. The Minnesota Pollution Control Agency (MPCA) requested a subsurface investigation be completed for this area during a site visit in August 1988. The subsequent investigation completed by Wenck Associates, Inc.

(Wenck), combined with the earlier investigation completed by Soil Exploration Company (SEC) in 1977 identified fuel-oil related contamination in both the soil and ground water underlying this area.

The second area is located in the northwest side of the site. This area is referred to as the pumphouse area (Figure 5). This area contains the pumphouse and lines that are used to dispense fuel from the nearby above ground storage tanks. A spill occurred in this area in August 1988. Approximately 3,500 gallons of fuel oil were spilled. The spill covered approximately 600 square feet of the ground surface adjacent to the pumphouse. The MPCA requested a subsurface investigation be completed within the area. The investigations completed by SEC and Wenck identified fuel-oil related contamination in the soil. The investigation by Wenck also identified fuel oil contamination in the ground water underlying the area.

The third area is the former tank basin located adjacent to the Machine Shop. Two 30,000-gallon underground fuel oil tanks were removed by Soo Line in August 1989. Mr. Dick Kable of the MPCA inspected the tank excavation and the tanks that were removed. Soil contamination was observed. Delta completed a preliminary investigation of the area and identified fuel-oil related contamination in both the soil and ground water underlying the area. Figure 6 shows the location of the borings completed within the former basin area. Results of this investigation are discussed in Section 3.0.

The final area of concern is located along Central Avenue between 29th Avenue and 30th Avenue. This area is shown in Figures 3 and 4 and is referred to as the lease area. This area was leased by Soo Line to several companies from May 1913 to August 1979. Operations on the leased property have included a coal and wood fuel yard, a fuel oil facility, a lumber yard, and a chemical blending plant. A gasoline service station may have also been located on a portion this property. Since the property was vacated, the buildings, above ground storage tanks, and other structures have been removed and the area landscaped.

## 2.4 Previous Work

Two areas of soil and ground water contamination were identified in previous studies completed at the site. The two areas identified in previous work are the collector pan area and the pumphouse area. The SEC Report is dated May 10, 1977, and the Wenck study report is dated February 10, 1989. Both reports can be found in Appendix A of Delta's Progress Report/Work Plan dated May 28, 1991.

In 1977, SEC completed eight soil borings within the collector pan area and the pumphouse area. The soil borings ranged in depth from 19.5 feet to 41.5 feet below grade. The locations of these borings are shown in Figures 4 and 5. Based on their work, SEC made the following conclusions:

- Ground water was deeper than 41.5 feet below the ground surface.
- The site is underlain by coarse alluvium (consisting of over 50 percent fine to coarse sands). This coarse alluvium extends from the ground surface to an average depth of 28 feet below grade. Underlying this alluvium is a glacial till (consisting of over 50 percent silts and clays). This glacial till extended beyond the terminal ends of every boring completed by SEC.
- Fuel oil contamination was noted (using odor and a ultra violet light screening device) in borings B-1, B-5, and B-6.

In February 1989, Wenck completed a soil and ground water remediation report. A total of 12 borings were completed at the site ranging in depths from 26.5 feet to 56.0 feet below grade. Three of the borings were completed as monitoring wells. The location of the each well and boring are shown in Figures 4 and 5. Based on their work, Wenck reported the following findings and conclusions:

- Only the boring for monitoring well MW-1 was non-detect for fuel-oil related contamination. In general, the 11 other borings had detectable levels of fuel-oil related contamination throughout the boring and/or ground water. Soil contamination was identified using an organic vapor analyzer device.
- The site was underlain by coarse alluvium to approximately 25 to 30 feet. Underlying this alluvium is a glacial till ranging in thickness from 20 to 28 feet. The till is underlain, in turn, by the St. Peter Sandstone formation.
- Ground water was approximately 46 to 50 feet below the ground surface. Ground water flow direction was estimated to be southeasterly across the site.
- Free product was present in MW-2 (collector pan area) and MW-3 (pumphouse area).

In summary, the previous investigations determined the following:

- The geology underlying the site consists of fine to coarse sand with minor silts to a depth of 30 feet. From 30 feet to a depth of 40 to 50 feet, a glacial till consisting of clay to silty sand exists. Finally, underlying this glacial till surface is the St. Peter Sandstone bedrock formation. The St. Peter Sandstone bedrock formation has a variable bedrock surface underlying the site.
- Ground water is found between 46 to over 50 feet below grade in the outwash sand or St. Peter Sandstone bedrock formation.

- Fuel oil contamination exists in the soil and underlying ground water at two areas on the site (referred to as the pumphouse area and collector pan area).

In general, this information was used to further support Delta's findings during our investigation.

## 2.5 Summary of Previous Work Conducted by Delta

The following tasks have been completed by Delta to date:

- On March 15, 1989, completed and submitted a work plan entitled "Proposed Additional Remedial Investigation Work Plan" (Work Plan) to Soo Line.

- On May 5, 1989, submitted the Work Plan to the MPCA. Written approval was received for the Work Plan from the MPCA in a letter dated May 12, 1989.

- From June 26 through July 7, 1989, 5 monitoring wells were completed at a depth ranging from 55 to 58 feet at the site. MW-1A in the terrace alluvium and MW-21, MW-22, MW-23, and MW-24 in the till. Each well was developed upon completion.

- On August 1, 1989, a geophysical survey consisting of four seismic refraction profiles was completed at the site to evaluate variations in the bedrock surface and to identify buried channels.

- On August 8, 1989, Pace, Incorporated, collected water samples from all monitoring wells.

- On August 24, 1989, inspected the tank basin excavation and the 2 removed 30,000-gallon underground storage tanks located on the site.

- On September 9, 1989, completed a survey to provide vertical and horizontal elevation control for each well located on the site.

- On November 14, 1989, submitted a "Status Report" to the MPCA summarizing our data collected from our geophysical survey, drilling activities, and the ground water sample results.

- On December 27, 1989, Stevens Well Drilling, Inc., abandoned one well (MW-21) in which the casing collapsed and completed a replacement well at the same location.

- From May 14 through May 15, 1990, completed five soil borings at the site. One of the borings was completed as monitoring well MW-25. Soil samples were collected continuously from each boring and were screened with a photoionization detector (PID). Also, soil samples were collected from each soil boring for laboratory analysis.

- On May 25, 1990, provided a survey of vertical elevations and horizontal control for each boring and additional monitoring well.

- On June 15, 1990, completed a preliminary soil vapor survey at the site. A total of 3 soil vapor probes were installed to depths of 26 feet. The survey determined that soil vapor probes could not

be consistently completed to depths below 20 feet. The three completed probes indicated fuel oil contamination underlying the parking lot area.

- On July 18, 1990, completed a slug test in MW-1 at the site to evaluate the aquifer characteristics.
- From October 17 through October 18, 1990, abandoned one damaged monitoring well (MW-1) and completed a replacement well (MW-1A) at the site. Surveyed elevation for replacement well.
- On November 8, 1990, collected a water sample from MW-1A for chemical analysis.
- From June 1989 through January 1991, collected monthly product and water level data from each well in the study area.
- On February 28, 1991, collected water samples from six monitoring wells, MW-1A, MW-22, MW-24, MW-21A, MW-23, and MW-25, for analysis of BTEX and THC as fuel oil. Also collected a water sample from MW-1A for analysis of Environmental Protection Agency Methods 608, 624, and 625 parameters; and Minnesota mixed municipal sanitary landfill parameters.
- On May 28, 1991, submitted a "Progress Report/Work Plan" to the MPCA.

## 3.0 PROJECT RESULTS

### 3.1 Regional Geology

The bedrock geology of this region is largely covered by 50 to over 100 feet of unconsolidated glacial deposits (Meyer, 1991). The bedrock formations are middle Ordovician age. The bedrock geology consists of the Platteville, Glenwood, St. Peter, and Prairie du Chien Formations (Balaban, 1989). The Platteville and Glenwood Formations are primarily limestone and shale. The St. Peter Formation consists of fine-to medium-grained sandstone. The Prairie du Chien Formation consists primarily of limestone (Mossler, 1987).

The overlying unconsolidated deposits are of glacial origin (Balaban, 1989). The glacial sediments in the area consist of terrace and glacial till deposits. The terrace deposits vary in thickness from 25 to over 100 feet and primarily consist of fine to coarse sands. The glacial till deposits consist of silty sands and clayey sands, and range in thicknesses from 5 to 30 feet (Balaban, 1989).

Several regional buried bedrock valleys exist within the area. The bedrock valleys were present before the glacial advances, but both the Granstburg and Des Moines Lobes subsequently filled these bedrock valleys, masking their existence at the surface (Balaban, 1989).

Based on the work completed to date, the site overlies a regional bedrock valley, which has been subsequently filled with unconsolidated sediments of glacial origin. The valley trends in a southwest to northeast direction across the site (Delta, 1990). The width of the valley is estimated to be one mile (Delta, 1990). The bedrock valley floor consists of the Prairie du Chien Formation. However, overlying areas of this floor is an erosional remnant of the St. Peter Sandstone Formation. The depths to the Prairie du Chien floor is estimated to be between 114 to 140 feet (Delta, 1990). The St. Peter Sandstone Formation has been detected at shallow depths ranging from 47 to 52 feet below grade (Delta, 1990).

## 3.2 Site Soil and Geology

A total of 17 soil borings were completed during this phase of the investigation. All the soil boring and monitoring well locations are identified on the figures and tables with a prefix followed by a number. Soil borings completed as monitoring wells are labelled with an "MW" prefix; otherwise, the soil boring locations are marked with an "SB" prefix. The soil borings and monitoring wells completed during this investigation phase are numbered from 301 to 317. Based on all the investigation work completed to date, the geologic profile underlying the site consists of: (1) unconsolidated sands from terrace deposits; (2) silty sands from glacial till deposits; and (3) the St. Peter Sandstone Bedrock Formation. The terrace deposit extends from the surface to depths ranging from 23 to 57 feet below grade. Grain size sieve samples have defined this deposit as a poorly sorted sand with gravel and silt/clay (Appendix A). On average, the deposit consists of 84 percent sand. The sieve samples also have indicated two trends with increasing depth: (1) an increase in the percentage of coarser material; and (2) an increase in sorting. Figures 4 through 6 depict the location of each boring and well. Appendix B contains copies of each boring and monitoring well completed during this phase of the investigation.

A glacial till deposit underlies the terrace deposit. Combining the results of the sieve sample analysis and the field boring classifications, this deposit ranges in texture from a loamy till to a silty till (Delta, 1991). On average, at least 85 percent of each sample collected from the till consisted of material less than 0.4 millimeters in diameter (Appendix A and Delta, 1991). The till is poorly sorted and each sieve analysis reflects a wide distribution of grain sizes, which are typical for a glacial till deposit (Driscoll, 1986). Figures 7, 8, and 9 present geologic cross sections of the site. All three cross sections reflect the variable surface and thickness of the till deposit underlying the site. The till deposit was thickest in MW-317 (over 40 feet), while no till was detected in MW-1 and MW-3. Although the topography of the till surface is variable, a general slope toward the south apparently underlies the area of the former tank basin. This is

illustrated in Figure 7, and from the lithologies identified in the soil borings MW-25 and SB-26 through SB-29.

The St. Peter Bedrock Formation underlies the till. In the areas where the till is absent, the terrace deposit--described above--extends to the bedrock surface. The surface of the St. Peter Bedrock Formation also varies over the site area. This bedrock formation was identified in 16 of the 17 soil borings completed during this phase of the investigation. In general, a bedrock topographic high exists in the center of the site area. The sieve sample results of the St. Peter Bedrock Formation are distinctive compared to the terrace and till sieve sample results. The St. Peter Bedrock Formation sieve samples reflect a well-sorted deposit with fine sand comprising over 90 percent of the sample. In contrast, the sieve samples for the till and terrace deposits are poorly sorted and less than 90 percent sand (Appendix A).

Color was also a consistent indicator for each lithology. The terrace deposit was brown, the till was red to red/grey, and the St. Peter Bedrock Formation was white to yellow/white.

### 3.3 Regional Hydrogeology

The quaternary hydrogeology of the Twin Cities was greatly influenced by its glacial history. As a result, six aquifer systems underlie the Twin Cities. Two of the six are unconsolidated aquifer systems--although in some areas a confining unit separating the two may not be present (Bloomgren, 1985; Balaban, 1989; and Meyer, 1991). The first is a buried glacial confined aquifer system. This system consists primarily of fine-grained sand and it is located in the western portion of Hennepin County. The second system is a shallower water table system, which underlies most of the region--including the site. This shallower system consists of terrace and alluvium deposits. The confining unit located between these two systems is a silty till deposit. Although the two systems are hydrogeologically distinct, the ground water flow direction for each is toward the Mississippi and Minnesota Rivers (Balaban, 1989).

The remaining four aquifer systems are consolidated or bedrock systems. All four systems underlie the site. The four systems are the St. Peter Sandstone, the Prairie du Chien/Jordan group, the Franconia/Ironton/Galesville group, and the Mt. Simon/Hinckley group. Each aquifer system is separated by an aquitard (Balaban, 1989). In general, the St. Peter aquifer is used as a source of water for domestic and low-capacity wells, while the remaining aquifers are used for high capacity water well demands. Depth to these bedrock aquifers range from less than 50 feet along the Mississippi River to over 800 feet in the

eastern portion of Hennepin County (Balaban, 1989). Within the site area, the depths to bedrock range from 41 to over 50 feet. In general, the ground water flow direction of these bedrock aquifer systems is toward either the Mississippi, Minnesota, or St. Croix Rivers. However, large water withdrawals from each bedrock aquifer have caused local flow patterns to vary.

### 3.4 Site Hydrogeology

A total of 11 monitoring wells were completed during this phase of the investigation. Along with the monitoring wells previously completed, a total of 19 monitoring wells exist at the site (Delta, 1991). One of these wells, MW-317, is located off site. All the wells "straddle" the ground water table surface, except for one (MW-316). Monitoring well MW-316 was completed to a depth of 81 feet (approximately 35 feet below the ground water surface). All other monitoring well depths range from 48 to 59 feet in depth below the surface (Appendix B and Delta, 1991). The location of each well is shown in Figure 10.

The site hydrogeology consists of unconsolidated deposits (terrace and till) and bedrock formations (the St. Peter Sandstone Formation and the Shakopee Limestone Formation) (Delta, 1991). An elevated area of the St. Peter Bedrock Formation has been identified in the center of the study area. However, this formation is in direct hydraulic contact with the surrounding and overlying unconsolidated deposits. Thus, the elevated bedrock and the unconsolidated deposits are considered one aquifer system. The ground water surface of this unconfined aquifer system is between 41 and 52 feet below grade. Based on MW-316, the thickness of this aquifer is at least 35 feet. However, the unconfined aquifer is expected to be over 70 feet thick (Delta, 1991). The estimated minimum depth of the deeper Shakopee Limestone formation is 110 feet below grade (Delta, 1991). From regional studies, a confining unit composed of fine grained shale at the base of the St. Peter Formation (Mossler, 1987) exists between the shallower unconfined system and the deeper Shakopee Limestone (Balaban, 1986).

The range of depths for the monitoring wells completed during this phase of the investigation is from 48 to 81 feet. Each monitoring well is screened within the unconfined aquifer system underlying the site. Ten of the 11 monitoring wells are constructed with 2-inch diameter, 10-foot long, stainless-steel screens (0.010 inch continuous slot) connected to 2-inch carbon steel riser pipe. Monitoring well MW-316 is constructed with a five-foot stainless steel screen. The complete well construction details and associated unique well record logs for each well completed during this investigation are contained in Appendix B.

Ground water elevations have been measured monthly since July 1989. Ground water elevations in wells without free product have shown variable ground water flow directions from due east to a southeast direction across the site. Water levels have fluctuated over six feet since 1989. Figure 10 depicts the ground water surface and ground water flow direction based on data collected in March 1992. Since the aquifer system is heterogeneous, the hydraulic gradient across the site is variable (Figure 10). Ground water elevations are presented in Appendix B.

An estimated range of linear ground water flow velocities for the site was determined using: (1) slug test data from one monitoring well; (2) sieve analysis results; (3) the average hydraulic gradient values; and (4) an assumed effective porosity of 0.30 based in regional studies (Woodward, 1986). Delta completed a slug test in July 1990 (Delta, 1991). The method and procedure for the slug test is contained in Appendix C. Based on this data, the representative range of average linear ground water flow velocities is 0.007 feet per day (ft/day) to 31 ft/day. However, since the aquifer is heterogeneous, the range of ground water velocity values are only order of magnitude approximations for the entire site. At smaller scales, the variability between areas may yield flow approximations greater or less than the range reported for the site. Appendix C contains the calculations and assumptions used to determine the ground water velocity estimates.

An estimated range of vertical flow velocities for the site was determined using: (1) regional vertical hydraulic conductivities; and (2) water level data from two monitoring wells. Regional studies have reported vertical hydraulic conductivities ranging from 0.003 to 40 ft/day (USGS, 1990). An estimate of the vertical hydraulic gradient was determined using water level data from MW-309 and MW-316. The horizontal distance between the 2 wells is 20 feet. The difference in screen depths between the bottom of MW-309 and the top of MW-316 is 21 feet. March 1992 water level data showed no measurable difference in total hydraulic head between MW-309 and MW-316. Thus, no measurable vertical flow velocity was identified in the first round of water level measurements collected from the site.

### 3.5 Soil Contamination

Soil samples were collected continuously from all 17 borings (MW-301 through MW-317) completed during this phase of the investigation. These soil samples were screened with a PID. After screening with a PID, representative soil samples were collected for laboratory analysis.

One soil sample was submitted for laboratory analysis from each boring completed as a monitoring well (MW-301, MW-303, MW-306, MW-307, MW-308, MW-309, MW-310, MW-313, MW-314, MW-316, and MW-317). These samples were collected at the terrace/till lithologic contact within each well boring. All of these samples were analyzed for BTEX, THC as fuel oil, and total petroleum hydrocarbons as gasoline.

Two soil samples were submitted for laboratory analysis from each of the remaining locations completed as soil borings (SB-302, SB-304, SB-305, SB-311, SB-312, and SB-315). One sample was collected at the terrace/till lithologic contact and the second sample was collected at the apparent ground water surface. All of these samples were analyzed for BTEX, THC as gas, and THC as fuel.

Soil contamination was detected in all 17 borings completed during this investigation. PID readings ranged from non-detect to 500 parts per million (maximum reading of the PID) while laboratory results reported THC as fuel oil or gasoline concentrations from non-detect to 9,300 milligrams per kilogram (mg/kg) in boring SB-311. In general, soil contamination increased with depth until reaching the ground water surface. Below the ground water surface, soil contamination decreased to non-detectable levels after ten feet.

The laboratory results indicate fuel oil, gasoline, and other organic compounds exist in the soil. The highest concentrations of organic compounds were noted at the water table surface or within the glacial till deposit. Tables 1, 2, 3, 4, and 5 summarize the PID and soil sample results for each area of concern. Appendix D contains copies of the laboratory reports and the associated chain of custody documentation.

Laboratory analysis identified several organic compounds within each area of concern. The soil contamination identified in the pumphouse area and former tank basin area were fuel oil related compounds (Tables 2 and 3 and Appendix D). These included toluene, ethylbenzene, xylenes, and THC as fuel oil. The range of THC as fuel oil concentrations are from less than 2 mg/kg (SB-304) to 6,300 mg/kg (SB-302). Within the collector pan area and lease area, contamination has been reported as gasoline, fuel oil, and other unidentified volatile organic compounds (Tables 4 and 5 and Appendix D). Concentrations of BTEX, THC as fuel oil, and THC as gasoline were identified in both areas. The concentration range of THC as fuel oil or gas is from less than 2 mg/kg to 9,300 mg/kg. Thus, all four areas of concern have detectable levels of volatile organic and petroleum-related compounds.

**3.6 Ground Water Contamination**

Both dissolved-phase and free-product phase contamination exists at the site. Eleven monitoring wells were installed during this phase of the investigation. A total of 19 monitoring wells exist within the study area (including one off-site well). Fifteen of the monitoring wells were sampled in March 1992. The remaining four monitoring wells (MW-2, MW-3, MW-308, and MW-310) were not sampled, since each contained free product. The 15 ground water samples were analyzed for BTEX and THC as fuel. Six of the 15 monitoring wells have detectable levels of BTEX. However, all 15 monitoring wells have detectable levels of THC as fuel oil or other volatile organic compounds.

Free product thicknesses have ranged from 1.12 to 6.4 feet in the monitoring wells located within the pumphouse area (MW-3 and MW-308) and from 0.3 to 7.27 feet in the monitoring wells located within the collector pan and the lease area (MW-2 and MW-310). In general, all four monitoring wells have shown greater product thicknesses during periods with low ground water levels (Appendix B).

Six of the monitoring wells at the site have dissolved levels of BTEX. The maximum individual concentrations of BTEX were detected in MW-309 (79,000 micrograms per liter (ug/l) of toluene; 7,600 ug/l of ethylbenzene; and 21,000 ug/l of xylenes). Also, MW-309 was the only well that exceeded recommended allowable limits (RAL) for all four BTEX parameters. Three of the other monitoring wells with dissolved-phase contamination had only one BTEX parameter above RALs. They were as follows: MW-303 (15 ug/l of benzene), MW-306 (12 ug/l of benzene), and MW-317 (730 ug/l of xylenes). The remaining two monitoring wells with dissolved-phase concentrations (MW-301 and MW-314) contained detectable levels of toluene, ethylbenzene, and xylenes, but these concentrations were below RALs. Table 6 summarizes all the ground water samples collected during this phase of the investigation.

The remaining monitoring wells (MW-1, MW-21, MW-22, MW-23, MW-24, MW-25, MW-307, MW-313, and MW-316) did not contain detectable levels of individual BTEX parameters at or above the method detection limits.

All 19 wells did contain detectable levels of either THC as fuel oil, THC as gas, or unidentified volatile organic compounds (Table 6). THC as fuel oil, benzene, toluene, and xylenes were reported within the former tank basin area and the pumphouse area. Fuel oil, gasoline, toluene, ethylbenzene, and xylenes were identified within the lease area and the collector pan area. Also, the laboratory identified peaks of lower

and higher boiling point organic compounds not typical of fuel oil for all 15 samples (Table 6 and Appendix D).

The ground water sample from the "deep" well (MW-316) had no detectable levels of BTEX, but did contain 0.7 milligrams per liter (mg/l) of THC as fuel oil. However, the laboratory reported the sample contained lower boiling point hydrocarbons not typical of fuel oil. The top of the monitoring well screen for MW-316 is over 30 feet below the ground water surface.

## 4.0 DISCUSSION

### 4.1 Extent of Soil Contamination

Combining the results of this phase of the investigation with all previous work (Delta, 1991), soil contamination exists over the majority of the study area. Figures 11 through 16 depict shallow and deep soil contamination within each area of concern. Shallow soil contamination is defined as the interval of soil extending from the ground surface to a depth of 25 feet. Deep soil contamination is defined as the interval of soil extending from 26 feet to 46 feet below grade. Ground water is generally encountered in the vacinity of 46 feet below grade (see discussion on ground water below).

Shallow soil contamination exists within the collector pan area, the lease area, and the pumphouse area. The former tank basin area had low to non-detectable levels of shallow soil contamination (Figure 11).

The estimated extent of shallow contamination within the collector pan area is depicted in Figure 12. Concentrations for THC as fuel range from 170 mg/kg (SB-8) to 1,200 mg/kg (SB-9). This contamination is located in the soil underlying and surrounding the collector pans. However, MW-313, located outside the area surrounding the collector pans, had shallow soil contamination detected with a PID. The shallow contamination within this area was detected in a distinct interval of soil (between 8 and 16 feet). The discrete interval and location of contamination suggests a spill was the source for the shallow contamination detected in MW-313.

The approximate boundaries of the shallow soil contamination detected within the pumphouse area are depicted in Figure 13. The concentrations of THC as fuel within the shallow soil of the pumphouse area range from 210 mg/kg (SB-1) to 870 mg/kg (SB-5). The area of shallow contamination is estimated to extend primarily east and northeast of the pump house. Two other areas of elevated contaminant levels have been

identified during this investigation phase. The soil adjacent to the garage had the highest concentrations of THC as fuel (870 mg/kg). This area contained an underground storage tank. The second area contains above ground tanks just northeast of the pumphouse. Although these tanks have not had any reported leaks, spills, or other known releases to the environment, the contamination detected in MW-306, SB-1, and SB-2 suggest releases occurred within the area. Thus, three areas of elevated contaminant levels are identified within the pumphouse area.

The lease area contains only one boring (MW-316). The soil sample collected 15 feet below grade had a reported concentration of 5,000 mg/kg of THC as gasoline. PID readings ranged from 50 to 500 parts per million from the ground surface to the ground water table. The soil contamination detected in the soil sample was identified as gasoline and had the highest concentrations of BTEX compared to any other soil sample collected to date. The shallow depth of contamination and the high concentrations of volatile organic compounds strongly indicate that the source of contamination was from the former tanks located on the leased property (Figure 12).

The deep soil contamination for each area is depicted in Figures 14, 15, and 16. Each area had detectable levels of petroleum-related contamination. The soil contamination within the collector pan and the lease areas have co-mingled (Figure 14). This is based on the laboratory results for the soil samples collected within the area. The THC as fuel oil analysis indicates that MW-309 contained compounds not typical for fuel oil. Overall, concentrations of THC as fuel range from 170 mg/kg (SB-8) to 3,800 mg/kg (MW-310). The estimated downgradient extent of soil contamination does not extend to MW-317, but does extend under Central Avenue. The estimated extent of deep soil contamination is based on the geological, analytical, and PID data from MW-309, MW-310, MW-316, and MW-317 (Figure 14).

Deep soil contamination exists over the majority of the area between the former tank basin to the above ground tanks located east-northeast of the pumphouse (Figures 15 and 16). It is estimated that an area of at least 240,000 square feet has deeper soil contamination resulting from the source areas within the pumphouse area and the former tank basin area (Figure 17). Soil contamination concentrations of THC as fuel oil ranges from 1.4 to 6,300 mg/kg within this area.

## 4.2 Extent of Ground Water Contamination

Free product is measurable in four wells at the site. Two of the wells are located within the pumphouse area (MW-3 and MW-308) and the other two are located in the collector pan and the lease area (MW-2 and MW-310). Based on the monthly water/product level surveys and the ground water samples collected since 1990, the extent of free product is shown in Figures 18 and 19.

The estimated downgradient extent of free product in the pumphouse area is defined by the analytical data from SB-2, SB-4, SB-5, and MW-306. Soil samples collected at the water surface from SB-2, SB-4, and SB-5 had non-detectable levels of BTEX and THC as fuel, except for SB-2 (which had 0.9 micrograms per kilogram of xylenes) and SB-4 (which had 3.7 mg/kg of THC as fuel oil) (Delta, 1991). The ground water sample collected from MW-306 had non-detectable levels of toluene, ethylbenzene, and xylenes and low concentrations of benzene (2.5 ug/l) and THC as fuel (2.5 mg/l) for MW-306. Thus, the estimated downgradient extent of free product lies approximately 60 feet from the pumphouse (Figure 18).

Free product in the collector pan area is estimated to extend beyond MW-310 (0.3 foot of product). The free product plume is estimated to be primarily located at the southern end of the collector pan area. This is based on the soil samples collected from SB-8, SB-9, SB-11, SB-311, and SB-312 and the water samples collected from MW-309, MW-313, MW-314, and MW-317 (Delta, 1991). Figure 19 depicts the estimated extent of free product.

Dissolved-phase contamination extends off site (Figure ~~19~~ 20). Monitoring well MW-317 is approximately 225 feet downgradient from the collector pans. Concentrations of toluene (2,100 ug/l), ethylbenzene (480 ug/l), xylenes (730 ug/l), and THC as fuel oil (5.1 mg/l) were found in the ground water sample collected from MW-317. Although the concentrations for toluene and xylenes are below RALs, organic compounds have reached MW-317. The laboratory reported the ground water sample contained higher boiling point hydrocarbons not typical of fuel oil. Therefore, the higher boiling point compounds detected in the lease area are believed to be contributing to the off-site contamination found in MW-317.

Overall dissolved-phase petroleum-related hydrocarbons or other unidentified hydrocarbons exist in 15 monitoring wells at the site (Table 6 and Figure 20). The concentrations range from less than 0.2 mg/l to 19 mg/l. However, the laboratory reported that 11 of the 15 wells had non-detectable levels or levels below RALs for BTEX (Table 6).

**4.3 Identification of Potential Receptors**

There are no known ground water receptors within one-mile downgradient of the site. Property in the downgradient flow direction is commercial along Central Avenue and further to the south and east is a residential neighborhood. Drinking water in Minneapolis is supplied by the Minneapolis Water Works.

## 5.0 RECOMMENDATIONS

**5.1 Overview**

The information generated by Delta in this and previous studies is sufficient to analyze alternatives for an Action Design (AD) for the former tank basin area, the pumphouse area, and the collector pan area. The extent and magnitude of soil contamination, ground water contamination, and free product in these areas has been adequately defined. Free product has not migrated beyond the site boundaries.

The extent and magnitude of soil contamination in the lease area is not fully defined. An additional three soil borings are recommended to characterize the extent and magnitude of soil contamination in the lease area.

Further off-site delineation of ground water contamination may not be possible. Access to place monitoring wells on private property has been difficult to obtain, and city right-of-way access is limited due to utility restrictions. Based on the lack of downgradient receptors, current knowledge of the site and limited locations for downgradient monitoring wells, no further off-site monitoring is recommended.

A phased approach to remediating the site will be the program objective of the AD. The first phase will focus on free product removal and control of off-site migration of contaminated ground water. The second phase will be a determination of the most cost effective method for dealing with the soil contamination. This phase may require additional field/pilot studies. The third phase will involve implementation of for the soil contamination plan, if feasible. To accomplish these objectives we recommend that an economic analysis to determine the most cost effective plan be conducted. The recommendation for alternatives will be included in an AD Report.

## 5.2 List of Alternatives

### 5.2.1 Free Product Removal Alternatives

Based on the information obtained to date, Delta recommends the following corrective actions be evaluated.

- Hydrophobic collection sumps with free product pumpout
- Vacuum enhanced fluid extraction
- Continued bailing

### 5.2.2 Site Ground Water Treatment Alternatives

Based on the information obtained to date, Delta recommends that the following corrective actions be evaluated:

- No action
- Ground water extraction and recovery
- Air sparging
- Biostimulation
- Long-term monitoring

### 5.2.3 Soil Remediation Alternatives

Based on the above information, Delta recommends that the following corrective actions be evaluated:

**Former Basin Area Shallow Soils Less Than 20 Feet Deep**

- No action (soil has been removed)

**Collector Pan and Pumphouse Area Shallow Soils Less Than 20 Feet Deep**

- No action
- Passive attenuation of contaminated soils
- Capping to prevent infiltration
- Excavation and off-site land disposal

- Excavation and off-site treatment
  - Incineration
  - Asphalt plant
- Excavation and on-site treatment
  - Biotreatment pad
  - Landfarming
  - Mobile incinerator
- Soil venting
- In-situ biostimulation
- Soil flushing

**Former Tank Basin, Pumphouse and Collector Pan Areas Deep Soil Remediation Alternatives**

- No action
- Passive attenuation of contaminated soils.
- Capping to prevent infiltration
- Soil venting
- In-situ biostimulation
- Soil flushing

## 6.0 REFERENCES

Wright, H.E., Jr. 1990. Geologic History of Minnesota Rivers. Minnesota Geological Survey. University of Minnesota-Educational Series-7. St. Paul, Minnesota. pp. 117.

Meyer, G.N. 1985. Quaternary Geologic Map of the Minneapolis-St. Paul Urban Area, Minnesota. Minnesota Geological Survey. Map M-54.

Ojakangas, R.W. and Matsch, C.L. 1982. Minnesota's Geology. University of Minnesota Press, St. Paul, Minnesota. pp. 107-114.

Delta Environmental Consultants, Inc. 1990. Progress Report.

Delta Environmental Consultants, Inc. 1990. Remedial Investigation Work Plan.

Woodward, D.G. 1986. Hydrogeologic Framework and Properties of Regional Aquifers in the Hollandale Embayment, Southeastern Minnesota. United States Geological Survey. Atlas HA-677.

Mossler, J.H., 1987. Paleozoic Lithostratigraphic Nomenclature for Minnesota. U of M/Minnesota Geological Survey. St. Paul, Minnesota. Report of Investigations No. 36.

Balaban, N.H. 1989. Geologic Atlas of Hennepin County, Minnesota. U of M/Minnesota Geological Survey. St. Paul, Minnesota. County Atlas Series No. 4.

## 7.0 REMARKS

The recommendations contained in this report represent our professional opinions. These opinions are based on currently available information and are arrived at in accordance with currently accepted hydrogeologic and engineering practices at this time and location. Other than this, no warranty is implied or intended.

This report was prepared by **DELTA ENVIRONMENTAL CONSULTANTS, INC.**

Gary J. Schroeher
Project Manager

Date: 6-25-92

Roger J. Davis
Hydrogeologist

Date: 6-25-92

Reviewed by:

Jim P. Prieur
Senior Hydrogeologist

Date: 6/25/92

lls.062592

**TABLE 1**

**PID Readings**
**Shoreham Yard**
**Soo Line Railroad**
**Delta No. 10-89-058**

**PID Values**

| Depth (ft) | SB-301 | SB-302 | SB-303 | SB-304 | SB-305 | SB-306 | SB-307 |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |
| 4 | 0 | 0 | 0 | 0 | 0 | 50 | 0 |
| 6 | | | | | | | |
| 8 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 10 | | | | | | 80 | |
| 12 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 14 | | | | | | | |
| 16 | 0 | 0 | 0 | 0 | 0 | 100 | 0 |
| 18 | | | | | | | |
| 20 | 5 | 0 | 0 | 0 | 0 | | 0 |
| 22 | | | | | | | |
| 24 | 130 | 10 | 0 | 0 | | 30 | 0 |
| 26 | | | 100 | 18 | 10 | | |
| 28 | | 100 | | | | 0 | 39 |
| 30 | 130 | | 100 | | 15 | | 1 |
| 32 | | 120 | | 120 | | 0 | |
| 34 | 130 | | 100 | | 20 | | 0 |
| 36 | | 120 | | 120 | | 0 | |
| 38 | 120 | | 50 | | 25 | | 0 |
| 40 | | 120 | 1 | 120 | | 0 | |
| 42 | 120 | | 1 | | 30 | | 0 |
| 44 | | 120 | | 5 | | 0 | |
| 46 | 120 | | 0 | | 30 | | 0 |
| 48 | | | | 1 | | 0 | |
| 50 | 120 | 100 | 0 | | 30 | | 0 |
| 52 | | | | 0 | | 0 | |
| 54 | | | 0 | | | | |
| 56 | | | | | | | |

Table 1 (continued)
Page 2

**PID VALUES**

| Depth (ft) | SB-308 | SB-309 | SB-310 | SB-311 | SB-312 | SB-313 | SB-314 |
|---|---|---|---|---|---|---|---|
| 2 | | | 0 | 1.2 | 1 | | |
| 4 | 51 | 0 | | | | 5 | |
| 6 | | | 1 | 0 | 1 | | 70 |
| 8 | 98 | 0 | | | | 85 | |
| 10 | | | 0 | 0 | 1.3 | | 80 |
| 12 | | 0 | | | | 40 | |
| 14 | 109 | | 0 | 0 | 0 | | |
| 16 | | 0 | | | | 10 | 120 |
| 18 | 58 | | 0 | 0 | 0 | | |
| 20 | | 0 | | | | | 120 |
| 22 | | | 0 | 0 | 0 | 1 | |
| 24 | 58 | 0 | | | | | 110 |
| 26 | | 141 | 0 | 0 | 0 | 1 | |
| 28 | 91 | | | | | 1 | 120 |
| 30 | | | 0 | 0 | 0 | 4 | |
| 32 | | 1100 | 1.3 | | | | 140 |
| 34 | 116 | | | 0 | 40 | 4 | |
| 36 | | | 142 | | | | |
| 38 | | 2000 | | 0 | 100 | 0 | 150 |
| 40 | 127 | | 30 | | | | |
| 42 | | 2000 | 800 | 0 | 60 | 0 | 175 |
| 44 | 118 | | | | | | |
| 46 | | 1600 | 600 | 20 | 60 | 0 | |
| 48 | 69 | 2000 | | 110 | | | 125 |
| 50 | 120 | | 80 | | 30 | 0 | |
| 52 | | 66 | 20 | 30 | | | |
| 54 | 0 | 10 | 10 | 20 | 0 | 0 | 5 |
| 56 | | | | | | | |

Table 1 (continued)
Page 3

**PID VALUES**

| Depth (ft) | SB-315 | MW-316 | MW-317 |
|---|---|---|---|
| 2 | | | |
| 4 | 1 | 50 | 0 |
| 6 | | | |
| 8 | 0 | 200 | 0 |
| 10 | | | |
| 12 | 0 | | 0 |
| 14 | | | |
| 16 | 0 | | 0 |
| 18 | | | |
| 20 | 0 | 400 | 0 |
| 22 | | | |
| 24 | 0 | | 0 |
| 26 | | | |
| 28 | 0 | | 0 |
| 30 | | 500 | |
| 32 | | | |
| 34 | 1 | | 0 |
| 36 | | | |
| 38 | | | |
| 40 | | 500 | 1 |
| 42 | 40 | | |
| 44 | | | 5 |
| 46 | | | 50 |
| 48 | | | 50 |
| 50 | 250 | 500 | 50 |
| 52 | | | 50 |
| 54 | 5 | | 40 |
| 56 | | | 5 |
| 58 | | | |
| 60 | | 0 | |
| 62-81 | | 0 | |

**TABLE 2**

**Collector Plan Area**
**Laboratory Results - Soil Samples**
**Shoreham Yard**
**Soo Line Railroad**
**Delta No. 10-89-058**

| Soil Boring/ Depth | Date | Benzene (ug/kg) | Toluene (ug/kg) | Ethyl-benzene (ug/kg) | Total Xylenes (ug/kg) | TPH as Fuel (mg/kg) | PID (ppmv) |
|---|---|---|---|---|---|---|---|
| MW-309/35' | 09/11/92 | 1,300 | 180,000 | 170,000 | 520,000 | 1,400(1) | 2,000 |
| MW-310/35' | 09/11/92 | <4 | 390 | 910 | 2,100 | 3,800 | 140 |
| SB-311/35' | 09/11/92 | <1 | <1 | <1 | <1 | <2 | 0 |
| SB-311/54' | 09/11/92 | 530 | 4,100 | 39,000 | 20,000 | 9,300 | 110 |
| SB-312/35' | 09/11/92 | <1 | 1 | <1 | 1 | <2 | 100 |
| MW-313/30' | 09/13/92 | <1 | <1 | <1 | <1 | <2 | 4 |
| MW-314/30' | 09/13/92 | <1,600 | <1,600 | <1,600 | 6,100 | 3,200 | 120 |
| SB-315/50' | 09/13/92 | <200 | 380 | 590 | 1,300 | 1,400 | 250 |
| MW-317/25' | 03/06/92 | <5 | <5 | <5 | <5 | NS(2) | 0 |

(1) Chromatographic profile contains lower boiling hydrocarbons and is non-typical of fuel oil.
(2) No sample collected for analysis.

jms.042392

**TABLE 3**

**Pump House Area**
**Laboratory Results - Soil Samples**
**Soo Line Railroad - Shoreham Yard**
**Delta No. 10-89-058**

| Soil Boring/ Depth | Date | Benzene (ug/kg) | Toluene (ug/kg) | Ethyl-benzene (ug/kg) | Total Xylenes (ug/kg) | TPH as Fuel (mg/kg) | PID (ppmv) |
|---|---|---|---|---|---|---|---|
| MW-306/30' | 09/06/92 | <2 | 3 | 6 | 15 | 160 | 0 |
| MW-307/29' | 09/06/92 | <10 | 12 | <10 | 14 | 570 | 39 |
| MW-308/32' | 09/06/92 | <10 | 1,200 | 6,200 | 9,800 | 5,800 | 110 |

jms.042392

**TABLE 4**

**Former Basin Area**
**Laboratory Results - Soil Samples**
**Shoreham Yard**
**Soo Line Railroad**
**Minneapolis, Minnesota**
**Delta No. 10-89-058**

| Soil Boring/ Depth | Date | Benzene (ug/kg) | Toluene (ug/kg) | Ethyl-benzene (ug/kg) | Xylenes (ug/kg) | TPH as Fuel (mg/kg) | PID (ppmv) |
|---|---|---|---|---|---|---|---|
| MW-301/30' | 09/06/92 | <150 | <150 | 300 | 1,100 | 4,900 | 130 |
| SB-302/30' | 09/06/92 | 15 | 200 | 780 | 3,200 | 6,300 | 120 |
| SB-302/47' | 09/06/92 | <1 | <1 | <1 | <1 | 410 | 100 |
| MW-303/30' | 09/06/91 | <2 | 95 | <2 | 1,800 | 3,500 | 100 |
| SB-304/40' | 09/06/91 | <150 | <150 | <150 | 160 | 2,500 | 120 |
| SB-304/45' | 09/06/91 | <1 | <1 | <1 | <1 | <2 | 1 |
| SB-305/30' | 09/06/91 | <1 | 1 | <1 | 8 | 560 | 20 |
| SB-305/45' | 09/06/91 | 19 | 86 | 290 | 2,200 | 1,300 | 30 |

jms.042392

**TABLE 5**

**Lease Area**
**Laboratory Results**
**Shoreham Yard**
**Soo Line Railroad**
**Delta No. 10-89-058**

| Soil Boring/ Depth | Date | Benzene (ug/kg) | Toluene (ug/kg) | Ethyl-benzene (ug/kg) | Total Xylenes (ug/kg) | TPH as Fuel (mg/kg) | PID (ppmv) |
|---|---|---|---|---|---|---|---|
| MW-316/15' | 03/06/92 | <19,000 | 350,000 | 19,000 | 160,000 | 5,000,000 | 500 |

jms.042392

**TABLE 6**

**Laboratory Results**
**Ground Water Samples**
**Shoreham Yard**
**Soo Line Railroad**
**Minneapolis, Minnesota**
**Delta No. 10-89-058**

| Soil Boring/ Depth | Benzene (ug/l) | Toluene (ug/l) | Ethyl-benzene (ug/l) | Total Xylenes (ug/l) | TPH as Fuel (mg/l) |
|---|---|---|---|---|---|
| MW-1 | <5 | <5 | <5 | <5 | <0.2(2) |
| MW-21 | <5 | <5 | <5 | <5 | <0.2(2) |
| MW-22 | <5 | <5 | <5 | <5 | <0.2(2) |
| MW-23 | <5 | <5 | <5 | <5 | 1.8(1) |
| MW-24 | <5 | <5 | <5 | <5 | <0.2(1) |
| MW-25 | <5 | <5 | <5 | <5 | 3.4(1) |
| MW-301 | <50 | 55 | <50 | 110 | 17 |
| MW-303 | 15 | <5 | <5 | 20 | 13(1) |
| MW-306 | 12 | <5 | <5 | <5 | 2.5(1) |
| MW-307 | <5 | <5 | <5 | <5 | 0.3(1) |
| MW-309 | <5,000 | 79,000 | 7,600 | 21,000 | 19(3) |
| MW-313 | <5 | <5 | <5 | <5 | NS |
| MW-314 | <50 | <50 | 78 | 64 | 12 |
| MW-316 | <5 | <5 | <5 | <5 | 0.7 |
| MW-317 | <50 | 2,100 | 480 | 730 | 5.1 |

(1) Chromatograph contains higher boiling point hydrocarbons and is not typical of fuel oil.
(2) Higher boiling point hydrocarbons are detected.
(3) Chromatogram contains lower boiling point hydrocarbons and is not typical of fuel oil.
(4) No sample collected.

jms.042392




Minneapolis North and New Brighton Quadrangles
Minnesota
7.5 Minute Series (Topographic)



QUADRANGLE LOCATION

NORTH

0 2000
SCALE IN FEET

Longitude: 93°15' 00"
Latitude: 45° 02' 00"
T 29 N , R 23 W, SECS 2 and 11

**Figure 1**
**Area Topographic Map**
**Shoreham Yard**
**Soo Line Railroad**
**Minneapolis, Minnesota**

| PROJECT NO. | PREPARED BY |
| --- | --- |
| 10-89-058 | RJD |
| DATE | REVIEWED BY |
| 03/01/91 | |

Delta Environmental Consultants, Inc.




FIGURE 2
STUDY AREA
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/DD | | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | FILE NAME | |
| 6/18/92 | | 89058-1B | |

MPCA000837



CAR SHOP
MILL
STORAGE BLDG.
DIESEL SHOP
TRANSFER TABLE NO. 2
MACHINE SHOP
STORE ROOM
OFFICE
FORMER TANK BASIN AREA
(FIGURE 6)
INTERMODAL FACILITY
PUMPHOUSE AREA
(FIGURE 5)
ST. ANTHONY BOULEVARD
COLUMBIA PARK
SB-28
SB-27
SB-26
MW-23
SB-29
SB-304
MW-25
SB-302
MW-301
MW-303
SB-305
MW-3
MW-307
MW-308
MW-306
OIL STORAGE
MW-24
ROUND HOUSE
DIESEL HOUSE
ST. ANTHONY CEMETERY
COLLECTOR PAN AREA
(FIGURE 4)
MW-1A
LEASE AREA
(FIGURE 4)
MW-313
SB-312
MW-314
MW-2
SB-315
MW-21
MW-309
MW-310
SB-311
MW-316
MW-22
STORE ROOM
CENTRAL AVE.
MW-317
28TH AVE. N.E.
29TH AVE. N.E.
30TH AVE. N.E.
31ST AVE. N.E.
32ND AVE. N.E.
LEGEND
MONITORING WELL LOCATIONS
SOIL BORING LOCATIONS
PROPERTY LINE
STUDY AREAS
RAILROAD TRACKS
FENCE
BUILDINGS OR STRUCTURES
N
0 200
SCALE IN FEET
FIGURE 3
MONITORING WELL AND SOIL BORING
LOCATION MAP
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/DD
REVIEWED BY
DATE 6/18/92
REVISION NO.
FILE NAME 89058-02
Delta Environmental Consultants, Inc.


MPCA000838



FIRE HYDRANT
ABOVE GROUND VERTICAL TANKS
MW-313
SB-312
SB-3
SB-11
MW-2
SB-5
MW-314
SB-8
SB-7
SB-315
SB-4
SB-9
SB-6
S
P
SB-8
MW-310
SB-311
MW-309
MW-316
CENTRAL AVENUE
CURB LINE
29th AVENUE NE
PARKING LOT
LOWRY REPAIR CENTER/ GARAGE
NEW BOSTON PUB
FORMER RELIABLE CYCLE BUILDING
MW-317
TOM THUMB
PARKING LOT AND PUMP ISLANDS
LEGEND:
MONITORING WELL (DELTA 1991)
MONITORING WELL (WENCK 1988)
SOIL BORING (DELTA 1991)
SOIL BORING (WENCK 1988)
SOIL BORING (SEC 1977)
FENCE
RAILROAD TRACKS
COLLECTOR PANS
SAND TOWER
SEPARATOR TANK
PRODUCT TANK
LANDSCAPED AREA
ASPHALT SURFACE
UTILITIES:
SEWER LINE
WATER LINE
CITY WATER LINE
DRAIN TILE
MANHOLE
N
0 50
SCALE IN FEET
FIGURE 4
COLLECTOR PAN AREA/LEASE AREA
SOIL BORING/MONITORING WELL LOCATION MAP
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/LS
REVIEWED BY
DATE 5-11-92
REVISION NO.
FILE NAME 89058-C
Delta Environmental Consultants, Inc.


MPCA000839




FIGURE 5
PUMPHOUSE
SOIL BORING/MONITORING WELL LOCATION MAP
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/LS | | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | FILE NAME | |
| 6-22-92 | | 89058-S | |

MPCA000840


BUILDINGS
BUILDING
MW-23
OFFICE
GARAGE
TOOL HOUSE
SB 304
MW 303
SB 302
STORE ROOM
FORMER TANK BASIN
SB-26
SB-27
PARKING LOT
SB 305
SB-28
SB-29
POWER HOUSE
SHED
SHED
MW 301
MW-25
STORE ROOM
MACHINE SHOP
STORAGE BUILDING
TOOL HOUSE
LEGEND:
BUILDING
MONITORING WELL (DELTA 1989)
SOIL BORING (DELTA 1989)
MONITORING WELL (DELTA 1991)
SOIL BORING (DELTA 1991)
BASIN BOUNDARY
ASPHALT AND GRAVEL SURFACE
UTILITIES:
SEWER LINE
WATER LINE
MANHOLE
NORTH
0
50
SCALE IN FEET
FIGURE 6
FORMER TANK BASIN AREA SOIL CONTAMINATION
SOIL BORING/MONITORING WELL LOCATION MAP
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/PAJ
REVIEWED BY
DATE 5-11-92
REVISION NO.
DWG. NO. 89058-F
Delta Environmental Consultants, Inc.

MPCA000841


A (WEST)
A' (EAST)
SB-28 (853.11)
TANK BASIN
SB-27 (852.92)
SB-26 (852.47)
SB-29 (853.36)
MW-21 (854.21)
FILL
TERRACE
TILL
RELATIVE ELEVATION IN FEET
855
845
835
825
815
805
795
VERTICAL SCALE (FEET)
10
100
HORIZONTAL SCALE (FEET)
CROSS SECTION LOCATION MAP
INTERMODAL
LEGEND:
MONITORING WELL
WATER TABLE LEVELS SINCE 1/90
SCREENED INTERVAL
SOIL BORING
FILL
TERRACE DEPOSIT
TILL
FL FILL--SAND AND GRAVEL WITH MINOR AMOUNTS OF CLAY AND SILT
SM SP SW SW ALLUVIUM (TERRACE)--SAND (FINE TO COARSE) WITH SOME FINE TO MEDIUM PEBBLES.
SM CL TILL--SITLY SAND AND GRAVEL WITH COBBLES AND MINOR CLAY TO SILTY CLAY WITH MINOR FINE SAND AND COARSE PEBBLES.
FIGURE 7
CROSS SECTION A-A'
SOO LINE RAILROAD – SHOREHAM YARD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/PAJ
REVIEWED BY
DATE 5/11/92
REVISION NO.
FILE NAME 89058-A
Delta Environmental Consultants, Inc.

MPCA000842


B (WEST)
B' (EAST)
SB-28 (853.11)
MW-23 (853.42)
MW-3 (855.25)
MW-308 (853.47)
MW-306 (855.96)
MW-24 (853.22)
MW-2 (853.61)
MW-309 (854.04)
MW-316 (854.11)
CENTRAL AVENUE
MW-317 (854.25)
RELATIVE ELEVATION IN FEET
855
845
835
825
815
805
FILL
TERRACE
TILL
ST. PETER BEDROCK
CROSS SECTION LOCATION MAP
INTERMODAL
CENTRAL AVE.
LEGEND:
MONITORING WELL
WATER TABLE LEVELS SINCE 7/89
SCREENED INTERVAL
PRODUCT LEVELS SINCE 7/89
SOIL BORING
FILL
TERRACE DEPOSIT
TILL
ST. PETER BEDROCK FORMATION
FL FILL--SAND AND GRAVEL WITH MINOR AMOUNTS OF CLAY AND SILT
SM SP SW SW ALLUVIUM (TERRACE)--SAND (FINE TO COARSE) WITH SOME FINE TO MEDIUM PEBBLES.
SM CL TILL--SILTY SAND AND GRAVEL WITH COBBLES AND MINOR CLAY TO SILTY CLAY WITH MINOR FINE SAND AND COARSE PEBBLES.
B ST. PETER BEDROCK FORMATION
NS NOT SAMPLED
VERTICAL SCALE (FEET)
10
100
HORIZONTAL SCALE (FEET)
ACTUAL DEPTH OF WELL IS 80' (ELEVATION 774.11)
FIGURE 8
CROSS SECTION B--B'
SHOREHAM YARD -- SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/PAJ
REVIEWED BY
DATE 5/11/92
REVISION NO.
FILE NAME 89058-B
Delta Environmental Consultants, Inc.

MPCA000843



C (SOUTH)
C' (NORTH)
MW-301 (853.62)
SB-305 (853.21)
MW-308 (853.47)
MW-1A (857.90)
ELEVATION ABOVE MEAN SEA LEVEL (IN FEET)
855
845
835
825
815
805
795
FILL
TERRACE
TILL
ST. PETER BEDROCK
FL
SP
CL SM
SM
SW
B
VERTICAL SCALE (FEET)
10
100
HORIZONTAL SCALE (FEET)
CROSS SECTION LOCATION MAP
INTERMODAL
MW-301
SB-305
MW-308
MW-1A
CENTRAL AVE.
LEGEND:
MONITORING WELL
WATER TABLE LEVELS SINCE 11/90
SCREENED INTERVAL
PRODUCT LEVELS SINCE 10/91
SOIL BORING
FILL
TERRACE DEPOSIT
TILL
ST. PETER BEDROCK FORMATION
FL FILL--SAND AND GRAVEL WITH MINOR AMOUNTS OF CLAY AND SILT
SM SP SW SW ALLUVIUM (TERRACE)--SAND (FINE TO COARSE) WITH SOME FINE TO MEDIUM PEBBLES.
SM CL TILL--SITLY SAND AND GRAVEL WITH COBBLES AND MINOR CLAY TO SILTY CLAY WITH MINOR FINE SAND AND COARSE PEBBLES.
B ST. PETER BEDROCK FORMATION
FIGURE 9
SOIL CONTAMINATION CROSS SECTION C-C'
SHOREHAM YARD - SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/PAJ
REVIEWED BY
DATE 5/11/92
REVISION NO.
FILE NAME 89058-C
Delta Environmental Consultants, Inc.


MPCA000844



FORMER TANK BASIN AREA
INTERMODAL FACILITY
PUMPHOUSE AREA
COLLECTOR PAN AREA
LEASE AREA
COLUMBIA PARK
ST. ANTHONY BOULEVARD
ST. ANTHONY CEMETERY
CAR SHOP
STORAGE BLDG.
MILL
DIESEL SHOP
TRANSFER TABLE NO. 2
MACHINE SHOP
STORE ROOM
OFFICE
ROUND HOUSE
DIESEL HOUSE
OIL STORAGE
STORE ROOM
CENTRAL AVE.
28TH AVE. N.E.
29TH AVE. N.E.
30TH AVE. N.E.
31ST AVE. N.E.
32ND AVE. N.E.
MW-23 (811.69)
MW-25 (811.37)
MW-301 (811.14)
MW-303 (811.82)
MW-3
MW-307 (811.54)
MW-308
MW-306 (811.34)
MW-24 (811.17)
MW-1A (807.96)
MW-313 (810.95)
MW-2
MW-314 (811.06)
MW-21 (810.14)
MW-309 (810.53)
MW-310
MW-316
MW-22 (811.72)
MW-317 (810.06)
811.80
811.40
811.00
810.60
810.20
LEGEND
MONITORING WELL LOCATIONS
PROPERTY LINE
STUDY AREAS
RAILROAD TRACKS
FENCE
BUILDINGS OR STRUCTURES
807.80
GROUND WATER SURFACE CONTOUR (DASHED WHERE APPROXIMATE)
(807.96)
GROUND WATER ELEVATION (IN FEET)
GROUND WATER FLOW DIRECTION
CONTOUR INTERVAL = 0.40'
N
0
200
SCALE IN FEET
CONTOUR INTERVAL = 0.50 FEET
FIGURE 10
GROUND WATER SURFACE CONTOUR MAP
(MARCH 11, 1992)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/DD
REVIEWED BY
DATE 6/18/92
REVISION NO.
FILE NAME 89058-02
Delta Environmental Consultants, Inc.


MPCA000845




FIGURE 11
FORMER TANK BASIN AREA SOIL CONTAMINATION
(SURFACE TO 25 FEET BELOW GRADE)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY |
|---|---|---|
| 10-89-058 | RJD/PAJ | [signature] |
| DATE | REVISION NO. | DWG. NO. |
| 5-11-92 | | 89058-F |

Delta Environmental Consultants, Inc.

MPCA000846




FIGURE 12
COLLECTOR PAN AREA/LEASE AREA
SOIL CONTAINATION
(SURFACE TO 25 FEET BELOW GRADE)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/LS | [signature] | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | FILE NAME | |
| 6-22-92 | | 89058-C | |

MPCA000847



PARKING LOT
SB-304 (0 ppm)
SB-302 (10 ppm)
WATER PUMP HOUSE
SB-6 (<0.6 mg/kg)
WATER TANK
WATER TANK
STORAGE BUILDING
MW-303 (0 ppm)
SB-7
MW-307 (0 ppm)
(130 ppm) MW-301
SB-5 (870 mg/kg)
GARAGE
(<0.6 mg/kg)
(960 mg/kg) MW-3
SB-305 (0 ppm)
LOCKER ROOM
SB-1 (ODOR)
MW-308 (109 ppm)
(420 mg/kg) SB-4
TOOL HOUSE
SB-1 (210 mg/kg)
(220 mg/kg) SB-2
(100 ppm) MW-306
ROUND HOUSE
MW-2
COVERED PLATFORM
DIESEL HOUSE
LEGEND:
MONITORING WELL COMPLETED (DELTA 1991)
MONITORING WELL (WENCK 1988)
SOIL BORING (DELTA 1991)
SOIL BORING (WENCK 1988)
SOIL BORING (SEC 1977)
FENCE
RAILROAD TRACKS
ABOVE GROUND TANKS
GRAVEL AND ASPHALT
FUEL OIL PUMPHOUSE
(ODOR) SMELL NOTED IN BORING LOG
(130 ppm) PID VALUE
(870 mg/kg) SOIL SAMPLE (TPH)
UTILITIES:
SEWER LINE
WATER LINE
FUEL LINE
STEAM & AIR LINE
MANHOLE
FUEL DISPENSING AREA
0 N 50
SCALE IN FEET
FIGURE 13
PUMPHOUSE
SOIL CONTAMINATION
(SURFACE TO 25 FEET GRADE)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/LS
REVIEWED BY
DATE 6-22-92
REVISION NO.
FILE NAME 89058-S
Delta Environmental Consultants, Inc.


MPCA000848


FIRE HYDRANT
ABOVE GROUND VERTICAL TANKS
MW-313 (<2 mg/kg)
SB-312 (<2 mg/kg)
(170 mg/kg) SB-11
MW-2 (1,000 ppm)
SB-5 (ODOR)
(3,200 mg/kg) MW-314
SB-8 (520 mg/kg)
SB-315 (40 ppmv)
SB-9 (1,300 mg/kg)
SB-6 (ODOR)
S
P
MW-309 (1,400 mg/kg)
MW-310 (3,800 mg/kg)
SB-311 (<2 mg/kg)
MW-316 (500 ppm)
CENTRAL AVENUE
CURB LINE
29th AVENUE NE
PARKING LOT
LOWRY REPAIR CENTER/ GARAGE
NEW BOSTON PUB
FORMER RELIABLE CYCLE BUILDING
MW-317 (0 ppm)
TOM THUMB
PARKING LOT AND PUMP ISLANDS
LEGEND:
MONITORING WELL (DELTA 1991)
MONITORING WELL (WENCK 1988)
SOIL BORING (DELTA 1991)
SOIL BORING (WENCK 1988)
SOIL BORING (SEC 1977)
FENCE
RAILROAD TRACKS
COLLECTOR PANS
SAND TOWER
SEPARATOR TANK
PRODUCT TANK
LANDSCAPED AREA
ASPHALT SURFACE
(0 ppm) PID VALUE
(520 mg/kg) SOIL SAMPLE (TPH)
(ODOR) SMELL NOTED IN BORING LOG
AREA OF SOIL CONTAMINATION (DASHED WHERE APPROXIMATED)
UTILITIES:
SEWER LINE
WATER LINE
CITY WATER LINE
DRAIN TILE
MANHOLE
N
0 50
SCALE IN FEET
FIGURE 14
COLLECTOR PAN AREA/LEASE AREA
SOIL CONTAMINATION
(26 TO 46 FEET BELOW GRADE)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/LS
REVIEWED BY
DATE 5-11-92
REVISION NO.
FILE NAME 89058-C
Delta Environmental Consultants, Inc.

MPCA000849




FIGURE 15
FORMER TANK BASIN AREA SOIL CONTAMINATION
(26 TO 46 FEET BELOW GRADE)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/PAJ | CJS | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | DWG. NO. | |
| 5-11-92 | | 89058-F | |

MPCA000850




FIGURE 16
PUMPHOUSE
SOIL CONTAMINATION
(26 TO 46 FEET BELOW GRADE
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/LS | [signature] | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | FILE NAME | |
| 6-22-92 | | 89058-S | |

MPCA000851



CAR SHOP
MILL
STORAGE BLDG.
DIESEL SHOP
TRANSFER TABLE NO. 2
MACHINE SHOP
STORE ROOM
OFFICE
FORMER TANK BASIN AREA
INTERMODAL FACILITY
PUMPHOUSE AREA
DEEP SOIL CONTAMINATION (FORMER BASIN AND PUMP HOUSE AREA)
OIL STORAGE
ROUND HOUSE
DIESEL HOUSE
ST. ANTHONY CEMETERY
COLLECTOR PAN AREA
ST. ANTHONY BOULEVARD
COLUMBIA PARK
LEASE AREA
CENTRAL AVE.
STORE ROOM
DEEP SOIL CONTAMINATION (COLLECTOR PAN AND LEASE AREA)
28TH AVE. N.E.
29TH AVE. N.E.
30TH AVE. N.E.
31ST AVE. N.E.
32ND AVE. N.E.
SB-28
SB-27
SB-26
MW-23
SB-29
SB-304
MW-25
SB-302
MW-301
MW-303
SB-305
MW-3
MW-307
MW-308
MW-306
MW-24
MW-1A
MW-313
SB-312
MW-314
MW-21
MW-2
SB-315
MW-309
MW-310
MW-22
SB-311
MW-316
MW-317
LEGEND
MONITORING WELL LOCATIONS
SOIL BORING LOCATIONS
PROPERTY LINE
STUDY AREAS
RAILROAD TRACKS
FENCE
BUILDINGS OR STRUCTURES
APPROXIMATE BOUNDARIES OF SOIL CONTAMINATION
NOTE: AREAS OUTSIDE OF STUDY WERE NOT INVESTIGATED
N
0
200
SCALE IN FEET
FIGURE 17
ESTIMATED EXTENT OF DEEP (26'–46')
SOIL CONTAMINATION
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/DD
REVIEWED BY
DATE 6/18/92
REVISION NO.
FILE NAME 89058-02
Delta Environmental Consultants, Inc.


MPCA000852




FIGURE 18
PUMPHOUSE
GROUND WATER CONTAMINATION
MARCH 2, 1992
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA

| PROJECT NO. | PREPARED BY | REVIEWED BY | |
|---|---|---|---|
| 10-89-058 | RJD/LS | GSJ | Delta Environmental Consultants, Inc. |
| DATE | REVISION NO. | FILE NAME | |
| 6-22-92 | | 89058-S | |

MPCA000853


FIRE HYDRANT
ABOVE GROUND VERTICAL TANKS
MW-313 (<2 mg/L)
SB-3
MW-2 (7.04' OF PRODUCT)
MW-314 (12 mg/L)
SB-7
SB-4
SB-8
MW-309 (19 mg/L)
MW-310 (0.3' OF PRODUCT)
MW-316
CENTRAL AVENUE
CURB LINE
29th AVENUE NE
PARKING LOT
LOWRY REPAIR CENTER/ GARAGE
NEW BOSTON PUB
FORMER RELIABLE CYCLE BUILDING
MW-317 (5.1 mg/L)
TOM THUMB
PARKING LOT AND PUMP ISLANDS
LEGEND:
MONITORING WELL (DELTA 1991)
MONITORING WELL (WENCK 1988)
FENCE
RAILROAD TRACKS
COLLECTOR PANS
SAND TOWER
SEPARATOR TANK
PRODUCT TANK
LANDSCAPED AREA
ASPHALT SURFACE
(19 mg/L) GROUND WATER SAMPLE (TPH)
EXTENT OF FREE PRODUCT
UTILITIES:
SEWER LINE
WATER LINE
CITY WATER LINE
DRAIN TILE
MANHOLE
N
0 50
SCALE IN FEET
FIGURE 19
COLLECTOR PAN AREA/LEASE AREA
GROUND WATER CONTAMINATION
MARCH 2, 1992
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/LS
REVIEWED BY
DATE 5-11-92
REVISION NO.
FILE NAME 89058-C
Delta Environmental Consultants, Inc.

MPCA000854


CAR SHOP
STORAGE BLDG.
MILL
DIESEL SHOP
TRANSFER TABLE NO. 2
MACHINE SHOP
STORE ROOM
OFFICE
FORMER TANK BASIN AREA
INTERMODAL FACILITY
PUMPHOUSE AREA
ST. ANTHONY BOULEVARD
COLUMBIA PARK
(<5) [1.8] MW-23
(<5) [3.4] MW-25
MW-301 (165) [17]
MW-303 (35) [13]
MW-3
MW-307 (<5) [0.3]
MW-308
MW-306 (12) [2.5]
OIL STORAGE
ST. ANTHONY CEMETERY
ROUND HOUSE
DIESEL HOUSE
MW-24 (<5) [<0.2]
COLLECTOR PAN AREA
MW-1A (<5) [<0.2]
MW-313 (<5) [NS]
MW-21 (<5) [<0.2]
MW-314 (162) [12]
MW-2
(107,600) [19] MW-309
MW-310
(<5) [<0.2] MW-22
STORE ROOM
(<5) [0.7] MW-316
LEASE AREA
CENTRAL AVE.
28TH AVE. N.E.
29TH AVE. N.E.
MW-317 (3,310) [5.1]
30TH AVE. N.E.
31ST AVE. N.E.
32ND AVE. N.E.
LEGEND
MONITORING WELL LOCATIONS
PROPERTY LINE
STUDY AREAS
RAILROAD TRACKS
FENCE
BUILDINGS OR STRUCTURES
(<5) TOTAL BTEX CONCENTRATION (µg/l)
[0.3] TOTAL PETROLEUM HYDROCARBON CONCENTRATION (mg/l)
N
0 200
SCALE IN FEET
FIGURE 20
DISSOLVED PHASE GROUND WATER
CONCENTRATIONS (MARCH 1992)
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO. 10-89-058
PREPARED BY RJD/DD
REVIEWED BY
DATE 6/18/92
REVISION NO.
FILE NAME 89058-02
Delta Environmental Consultants, Inc.

MPCA000855