# APPENDIX A

## Grain Size Analysis

NOV 91 ... 23

# Letter of Transmittal

**BRAUN INTERTEC**

Braun Intertec Engineering, Inc.

To: Roger Davis
Delta Environmental Consultants
3900 Northwoods Drive Suite 200
St. Paul, MN 55112

Date: 11-12-91

Job No: BADX-91-557

Re: Laboratory results for Soo Line Railroad, Shoreham Yard.

We are sending you the following items: [X] attached [ ] under seperate cover via

These are being sent: [ ] for approval [ ] for review and comment [X] for your use [ ] as requested

Remarks:

Copy to:

Signed: [signature]

Title: Geotechnical Lab Supervisor

Phone: 942-1766

MPCA000857

# GRAIN SIZE ACCUMULATION CURVE




| | | | |
|---|---|---|---|
| **BRAUN** INTERTEC | PROJECT: BADX-91-557<br>SOO LINE RAILROAD COMPANY<br>SHOREHAM YARD, DELTA # 10-89-058.01<br>MPLS., MN.<br><br>BORING: SB-308<br>SAMPLE:<br>DEPTH: 15.0' | GRAVEL 1.7 %<br>SAND 87.3 %<br>SILT AND CLAY 11.0 %<br>Cu 3.6<br>Cc 1.4 | CLASSIFICATION:<br>SP-SM: Poorly Graded Sand With Silt, brown<br><br>D60=0.25 D30=0.16 D10= |

MPCA000858

# GRAIN SIZE ACCUMULATION CURVE




MPCA000859

**BRAUN INTERTEC**

PROJECT: BADX-91-557
SOO LINE RAILROAD COMPANY
SHOREHAM YARD, DELTA # 10-89-058.01
MPLS., MN.

BORING: SB-308
SAMPLE:
DEPTH: 20.0'

| | |
|---|---|
| GRAVEL | 24.3 % |
| SAND | 69.6 % |
| SILT AND CLAY | 6.1 % |
| Cu | 5.5 |
| Cc | 0.7 |

CLASSIFICATION:
SP-SM: Poorly Graded Sand With Silt And Gravel, brown

D60=0.58 D30=0.21 D10=0.10

# GRAIN SIZE ACCUMULATION CURVE




MPCA000860

**BRAUN INTERTEC**

PROJECT: BADX-91-557
SOO LINE RAILROAD COMPANY
SHOREHAM YARD, DELTA # 10-89-058.01
MPLS., MN.

BORING: SB-308
SAMPLE:
DEPTH: 25.0'

| | |
|---|---|
| GRAVEL | 3.9 % |
| SAND | 94.8 % |
| SILT AND CLAY | 1.3 % |
| Cu | 2.3 |
| Cc | 1.1 |

CLASSIFICATION:
SP: Poorly Graded Sand, brown

D60=0.67 D30=0.47 D10=0.29

# GRAIN SIZE ACCUMULATION CURVE




MPCA000861

**BRAUN INTERTEC**

**PROJECT:** BADX-91-557
SOO LINE RAILROAD COMPANY
SHOREHAM YARD, DELTA # 10-89-058.01
MPLS., MN.

BORING: SB-308
SAMPLE:
DEPTH: 30.0'

| | |
|---|---|
| GRAVEL | 14.4 % |
| SAND | 60.3 % |
| SILT AND CLAY | 25.3 % |
| Cu | |
| Cc | |

**CLASSIFICATION:**
SM: Silty Sand, Trace Of Gravel, brown

D60=0.37 D30=0.10 D10=

# GRAIN SIZE ACCUMULATION CURVE




MPCA000862

**BRAUN INTERTEC**

| | | | |
|---|---|---|---|
| PROJECT: BADX-91-557<br>SOO LINE RAILROAD COMPANY<br>SHOREHAM YARD, DELTA # 10-89-058.01<br>MPLS., MN.<br>BORING: SB-308<br>SAMPLE:<br>DEPTH: 35.0' | GRAVEL 4.5 %<br>SAND 65.7 %<br>SILT AND CLAY 29.8 %<br>Cu<br>Cc | CLASSIFICATION:<br>SM: Silty Sand, brown<br>D60=0.25 D30=0.08 D10= | |

# GRAIN SIZE ACCUMULATION CURVE




| | | | | |
|---|---|---|---|---|
| **BRAUN INTERTEC** | PROJECT: BADX-91-557<br>SOO LINE RAILROAD COMPANY<br>SHOREHAM YARD, DELTA # 10-89-058.01<br>MPLS., MN.<br>BORING: SB-308<br>SAMPLE:<br>DEPTH: 40.0' | GRAVEL 5.2 %<br>SAND 66.9 %<br>SILT AND CLAY 27.9 %<br>Cu<br>Cc | | CLASSIFICATION:<br>SM:Silty Sand, Trace Of Gravel,brown<br>D60=0.32 D30=0.09 D10= |

MPCA000863

# GRAIN SIZE ACCUMULATION CURVE




BRAUN INTERTEC

**PROJECT:** BADX-91-557
SOO LINE RAILROAD COMPANY
SHOREHAM YARD, DELTA # 10-89-058.01
MPLS., MN.

BORING: SB-308
SAMPLE:
DEPTH: 50.0'

| | |
|---|---|
| GRAVEL | 0.0 % |
| SAND | 93.5 % |
| SILT AND CLAY | 6.5 % |
| Cu | 2.6 |
| Cc | 1.3 |

**CLASSIFICATION:**
SP-SM: Poorly Graded Sand With Silt, white

D60=0.22 D30=0.16 D10=0.08

MPCA000864

# GRAIN SIZE ACCUMULATION CURVE




**BRAUN™ INTERTEC**

PROJECT: BADX-91-557
SOO LINE RAILROAD COMPANY
SHOREHAM YARD, DELTA # 10-89-058.01
MPLS., MN.

BORING: SB-308
SAMPLE:
DEPTH: 55.0'

| | |
|---|---|
| GRAVEL | 0.0 % |
| SAND | 95.5 % |
| SILT AND CLAY | 4.5 % |
| Cu | 2.1 |
| Cc | 1.1 |

CLASSIFICATION:
SP: Poorly Graded Sand, white

D60=0.24 D30=0.18 D10=0.11

MPCA000865

# GRAIN SIZE ACCUMULATION CURVE




**BRAUN**
INTERTEC

| | |
|---|---|
| PROJECT: | BADX-91-557 |
| SOO LINE RAILROAD COMPANY<br>SHOREHAM YARD, DELTA # 10-89-058.01<br>MPLS., MN. | |
| BORING: | SB-308 |
| SAMPLE: | |
| DEPTH: | 65.0' |

| | |
|---|---|
| GRAVEL | 0.0 % |
| SAND | 93.4 % |
| SILT AND CLAY | 6.6 % |
| Cu | 2.4 |
| Cc | 1.4 |

CLASSIFICATION:
SP-SM:Poorly Graded Sand With Silt,white

D60=0.21 D30=0.17 D10=0.09

MPCA000866