# APPENDIX C

## Slug Test Results and Linear Ground Water Velocity Estimates

# APPENDIX C

**Slug Test, Sieve Analysis, and Ground Water Velocity Estimates**
**Shoreham Yard**
**Soo Line Railroad**
**Minneapolis, Minnesota**
**Delta No. 10-89-058**

**Data Summary**

Slug Test (MW-1)
K = 40.7 = 41 feet day

Sieve Analysis (from 50, 55, and 60 feet)
K (Hazen) = 18 to 84 feet/day
K (Monk) = 2 to 3 feet/day
K (Kozeny) = 495 to 935 feet/day

**Hydraulic Gradients**

Maximum = July 1989 = 0.01 foot/foot (ft/ft)
Minimum = October 1991 = 0.001 ft/ft

**Assumptions**

Effective Porosity = 30%

**Calculations**(1)

Selecting the highest and lowest hydraulic conductivity (K) and hydraulic gradient values, determine the range of linear ground water flow velocities.

Velocity = ((Hydraulic Conductivity)/(Effective Porosity)) x (Hydraulic Grading)

V = (K) / (P) x (I)

**With K = 2 ft/day**

V = (2/0.30) x (0.01) = 0.07 ft/day
V = (2/0.30) x (0.001) = 0.007 ft/day

**With K = 935 ft/day**

V = (935/0.30) x (0.01) = 31 ft/day
V = (935/0.30) x (0.001) = 3 ft/day

Representative range of velocities for the site is 0.007 to 31 ft/day.

(1) Reference for velocity equation:

Bear, J. 1979. Hydraulics of groundwater, McGraw-Hill, Inc., pp. 60-69.

jms.042392

# HYDRAULIC CONDUCTIVITY ESTIMATES FROM SAND SIEVE ANALYSIS

PROJECT NUMBE 10-89-58 PROJECT NAME Shoreham Yard
DATE 04/09/92 Minneapolis, MN

## DATA INPUT SECTION:

| | | |
|---|---|---|
| Soil sample label/number | : | SB-308 |
| Depth of soil sample | : | 55 feet |
| Soil sample collected by | : | RJD |
| Sand analysis completed by | : | Braun |

GRAIN SIZE OF PERCENT FINER (MM):

| | | | |
|---|---|---|---|
| d10 Percentile: | 0.11 | d60 Percentile: | 0.24 |
| d16 Percentile: | 0.16 | d30 Percentile: | 0.18 |
| d50 Percentile: | 0.21 | | |
| d84 Percentile: | 0.31 | Porosity estimate: | 0.3 |

## COMPUTATION SECTION--STATISTICAL CALCULATIONS

| | | | |
|---|---|---|---|
| Geometric Mean | 0.23 | Uniformity Coefficient (Cu) | 2.18 |
| Sorting | 3.74 | Coefficient of Curvature (Cc) | 1.23 |

## RESULT SECTION

| HAZEN | | | KRUMBEIN & MONK | | | KOZENY & CARMEN | | |
|---|---|---|---|---|---|---|---|---|
| K= | 0.012 | cm/sec | K= | 0.00 | cm/sec | K= | 0.33 | cm/sec |
| | 34.30 | ft/day | | 3.15 | ft/day | | 935.43 | ft/day |

## REFERENCES

Louden, A.G. 1952. The Computation of Permeability from Simple Soil Tests. Geotechnique. Volume 3. pp 165-183.

Krumbein, W.C. and Monk, G.D. 1942. Permeability as a Function of the Size Parameters of Sedimentary Particles. Petroleum Technology. (July 1942). pp 1-11.

Freeze, R.A. and Cherry, J.A. 1979. Groundwater. Prentice-Hall. pp 550-551.

Williams, E.B. 1981. Fundamental Concepts of Well Design. Groundwater. Volume 19, Number 5. pp 527-542.

Shepherd, R.G. 1989. Correlations of Permeability and Grain Size. Groundwater. Volume 25, Number 5. pp. 633-638.

RJD/Vers 1.0
02/92

# HYDRAULIC CONDUCTIVITY ESTIMATES FROM SAND SIEVE ANALYSIS

PROJECT NUMBE 10-89-58 PROJECT NAME Shoreham Yard
DATE 04/09/92 Minneapolis, MN

## DATA INPUT SECTION:

| | | |
|---|---|---|
| Soil sample label/number | : | SB-308 |
| Depth of soil sample | : | 50 feet |
| Soil sample collected by | : | RJD |
| Sand analysis completed by | : | Braun |

GRAIN SIZE OF PERCENT FINER (MM):

| | | | |
|---|---|---|---|
| d10 Percentile: | 0.08 | d60 Percentile: | 0.22 |
| d16 Percentile: | 0.14 | d30 Percentile: | 0.16 |
| d50 Percentile: | 0.19 | | |
| d84 Percentile: | 0.30 | Porosity estimate: | 0.3 |

## COMPUTATION SECTION--STATISTICAL CALCULATIONS

| | | | |
|---|---|---|---|
| Geometric Mean | 0.21 | Uniformity Coefficient (Cu) | 2.75 |
| Sorting | 3.64 | Coefficient of Curvature (Cc) | 1.45 |

## RESULT SECTION

| HAZEN | | | KRUMBEIN & MONK | | | KOZENY & CARMEN | | |
|---|---|---|---|---|---|---|---|---|
| K= | 0.006 | cm/sec | K= | 0.00 | cm/sec | K= | 0.17 | cm/sec |
| | 18.14 | ft/day | | 3.30 | ft/day | | 494.77 | ft/day |

## REFERENCES

Louden, A.G. 1952. The Computation of Permeability from Simple Soil Tests. Geotechnique. Volume 3. pp 165-183.
Krumbein, W.C. and Monk, G.D. 1942. Permeability as a Function of the Size Parameters of Sedimentary Particles. Petroleum Technology. (July 1942). pp 1-11.
Freeze, R.A. and Cherry, J.A. 1979. Groundwater. Prentice-Hall. pp 550-551.
Williams, E.B. 1981. Fundamental Concepts of Well Design. Groundwater. Volume 19, Number 5. pp 527-542.
Shepherd, R.G. 1989. Correlations of Permeability and Grain Size. Groundwater. Volume 25, Number 5. pp. 633-638.

RJD/Vers 1.0
02/92

# HYDRAULIC CONDUCTIVITY ESTIMATES FROM SAND SIEVE ANALYSIS

PROJECT NUMBE 10-89-58 PROJECT NAME Shoreham Yard
DATE 04/09/92 Minneapolis, MN

## DATA INPUT SECTION:

| | | |
|---|---|---|
| Soil sample label/number | : | SB-308 |
| Depth of soil sample | : | 60 feet |
| Soil sample collected by | : | RJD |
| Sand analysis completed by | : | Braun |

GRAIN SIZE OF PERCENT FINER (MM):

| | | | |
|---|---|---|---|
| d10 Percentile: | 0.09 | d60 Percentile: | 0.21 |
| d16 Percentile: | 0.16 | d30 Percentile: | 0.17 |
| d50 Percentile: | 0.20 | | |
| d84 Percentile: | 0.28 | Porosity estimate: | 0.3 |

## COMPUTATION SECTION--STATISTICAL CALCULATIONS

| | | | |
|---|---|---|---|
| Geometric Mean | 0.21 | Uniformity Coefficient (Cu) | 2.33 |
| Sorting | 4.06 | Coefficient of Curvature (Cc) | 1.53 |

## RESULT SECTION

| HAZEN | | KRUMBEIN & MONK | | KOZENY & CARMEN | |
|---|---|---|---|---|---|
| K= 0.008 | cm/sec | K= 0.00 | cm/sec | K= 0.22 | cm/sec |
| 22.96 | ft/day | 1.94 | ft/day | 626.20 | ft/day |

## REFERENCES

Louden, A.G. 1952. The Computation of Permeability from Simple Soil Tests. Geotechnique. Volume 3. pp 165-183.

Krumbein, W.C. and Monk, G.D. 1942. Permeability as a Function of the Size Parameters of Sedimentary Particles. Petroleum Technology. (July 1942). pp 1-11.

Freeze, R.A. and Cherry, J.A. 1979. Groundwater. Prentice-Hall. pp 550-551.

Williams, E.B. 1981. Fundamental Concepts of Well Design. Groundwater. Volume 19, Number 5. pp 527-542.

Shepherd, R.G. 1989. Correlations of Permeability and Grain Size. Groundwater. Volume 25, Number 5. pp. 633-638.

RJD/Vers 1.0
02/92