# APPENDIX D

**Laboratory Reports**

twin city testing corporation
662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

**REPORT OF: CHEMICAL ANALYSES**

**PROJECT:** Shoreham Yard Sooline RR

**DATE:** October 8, 1991

**REPORTED TO:** Delta Environmental Consultants
Attn: Gary Schroeher
3900 Northwoods Drive
Suite 200
St. Paul, MN 55112

---

**LABORATORY NO:** 4410 91-4719

## INTRODUCTION

This report presents the results of the analyses of twelve samples received on September 6, 1991, from a representative of Delta Environmental Consultants. The scope of our services was limited to the parameters listed in the attached tables.

## SAMPLE IDENTIFICATION

| | |
|---|---|
| SB301 30' | - TCT #260997 |
| SB302 30' | - TCT #260998 |
| SB302 47' | - TCT #260999 |
| SB303 30' | - TCT #261000 |
| SB304 40' | - TCT #261001 |
| SB304 45' | - TCT #261002 |
| SB305 30' | - TCT #261003 |
| SB305 45' | - TCT #261004 |
| SB306 30' | - TCT #261005 |
| SB307 29' | - TCT #261006 |
| SB308 32' | - TCT #261007 |
| Travel Blank | - TCT #261008 |

PHASE II
RI
WORK

MPCA000930

## METHODOLOGY

### Volatiles

Gasoline concentrations were determined using methods similar to EPA Method 8020 with a Tekmar Liquid Sample Concentrator and an HP5890A gas chromatograph equipped with a flame ionization detector. Compounds were identified by column retention time and quantified by peak area comparisons to those of known standards using a VG Laboratory data system.

### Fuel Oil (#2)

The samples were extracted with methylene chloride. The extracts were dehydrated with anhydrous sodium sulfate and concentrated to less than five milliliters in Kuderna-Danish concentrators on a steam bath. The extracts were then analyzed using an HP 5890A gas chromatograph equipped with a flame ionization detector. Fuel oil (#2) was identified by column retention time and quantified by peak area comparisons to those of known standards using a VG Laboratory data system.

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL

# REPORT OF: CHEMICAL ANALYSES

**PROJECT:** Shoreham Yard Sooline RR

**DATE:** October 8, 1991

**LABORATORY NO:** 4410 91-4719

**PAGE:** 2

## RESULTS

The results are listed in the attached tables.

## REMARKS

The samples were collected on September 4 through 6, 1991, and were consumed in the analyses.

**TWIN CITY TESTING CORPORATION**

Stephanie A. Kidder
Project Manager

Catherine A. Laudenbach
Project Manager

SAK\CAL\pph

MPCA000931

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL

# TABLE 1

## ANALYTICAL RESULTS

| Sample Identification | Total Hydrocarbons as #2 Fuel Oil (mg/kg) |
|---|---|
| SB301 30' | 4,900 |
| SB302 30' | 6,300 |
| SB302 47' | 410 |
| SB303 30' | 3,500 |
| SB304 40' | 2,500 |
| SB304 45' | ND |
| SB305 30' | 560 |
| SB305 45' | 1,300 |
| SB306 30' | 160 |
| SB307 29' | 570 |
| SB308 32' | 5,800 |
| Method Detection Limit | 2.0 |

All values are in mg/kg which is equal to parts-per-million (ppm).

ND = Not Detected

**Date Extracted:** September 10, 1991

**Date Analyzed:** September 11, 1991

MPCA000932

Laboratory No: 4410 91-4719

# TABLE 2

## ANALYTICAL RESULTS

| Parameter | SB302 30′ | Duplicate SB302 30′ | SB305 45′ | MDL (µg/kg) |
|---|---|---|---|---|
| Total hydrocarbons as gasoline | *110,000 | *51,000 | *130,000 | 14 |
| Benzene | 15 | ND | 19 | 3 |
| Toluene | 200 | 86 | 86 | 3 |
| Total xylenes | 3,200 | 2,400 | 2,200 | 3 |
| Ethyl benzene | 780 | ND | 290 | 3 |

**Surrogate Recovery:**

| | | | |
|---|---|---|---|
| α,α,α-Trifluorotoluene | **74% | **62% | 91% |

* Chromatrographic profile is non-typical of gasoline.

** Matrix interferences have lowered the surrogate recovery.

All values are in µg/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 16 and September 18, 1991

MPCA000933

Laboratory No: 4410 91-4719

# TABLE 3

## ANALYTICAL RESULTS

| Parameter | SB303 30′ | SB306 30′ | MDL (µg/kg) |
|---|---|---|---|
| Total hydrocarbons as gasoline | *79,000 | *6,600 | 7 |
| Benzene | ND | ND | 2 |
| Toluene | 95 | 3 | 2 |
| Total xylenes | 1,800 | 15 | 2 |
| Ethyl benzene | ND | 6 | 2 |

**Surrogate Recovery:**

| | | |
|---|---|---|
| α,α,α-Trifluorotoluene | 93% | 88% |

All values are in µg/kg which is equal to parts-per-billion (ppb).

* Chromatographic profile is non-typical of gasoline.

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 13, and September 16, 1991

MPCA000934

Laboratory No: 4410 91-4719

**TABLE 4**

**ANALYTICAL RESULTS**

| Parameter | SB301 30' | SB304 40' | MDL (µg/kg) |
|---|---|---|---|
| Total hydrocarbons as gasoline | *530,000 | *390,000 | 750 |
| Benzene | ND | ND | 150 |
| Toluene | ND | ND | 150 |
| Total xylenes | 1,100 | 160 | 150 |
| Ethyl benzene | 300 | ND | 150 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 94% | 92% | |

All values are in µg/kg which is equal to parts-per-billion (ppb).

* Chromatographic profile is non-typical of gasoline.

ND = Not Detected

MDL = Method Detection Limit

**Date Extracted:** September 18, 1991

**Date Analyzed:** September 18, 1991

MPCA000935

Laboratory No: 4410 91-4719

## TABLE 5

## ANALYTICAL RESULTS

| Parameter | SB302 47' | SB304 45' | SB305 30' | MDL (µg/kg) |
|---|---|---|---|---|
| Total hydrocarbons as gasoline | *250 | ND | *1,100 | 5 |
| Benzene | ND | ND | ND | 1 |
| Toluene | ND | ND | 1 | 1 |
| Total xylenes | ND | ND | 8 | 1 |
| Ethyl benzene | ND | ND | ND | 1 |

**Surrogate Recovery:**

| | | | |
|---|---|---|---|
| α,α,α-Trifluorotoluene | 96% | 93% | 86% |

---

* Chromatrographic profile is non-typical of gasoline.

All values are in µg/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 13 and September 16, 1991

MPCA000936

Laboratory No: 4410 91-4719

# TABLE 6

## ANALYTICAL RESULTS

| Parameter | SB 307 29′ | SB308 32′ | MDL (µg/kg) |
|---|---|---|---|
| Total hydrocarbons as gasoline | *41,000 | 410,000 | 50 |
| Benzene | ND | ND | 10 |
| Toluene | 12 | 1,200 | 10 |
| Total xylenes | 14 | 9,800 | 10 |
| Ethyl benzene | ND | 6,200 | 10 |

**Surrogate Recovery:**

| | | |
|---|---|---|
| α,α,α-Trifluorotoluene | 101% | 109% |

---

All values are in µg/kg which is equal to parts-per-billion (ppb).

*Chromatographic profile is non-typical of gasoline.

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 16, 1991

MPCA000937

Laboratory No: 4410 91-4719

twin city testing corporation

# TABLE 7

## ANALYTICAL RESULTS

| Parameter | Travel Blank | Method Blank | MDL (µg/L) |
|---|---|---|---|
| Total hydrocarbons as gasoline | ND | ND | 5 |
| Benzene | ND | ND | 1 |
| Toluene | ND | ND | 1 |
| Total xylenes | ND | ND | 1 |
| Ethyl benzene | ND | ND | 1 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 100% | 100% | |

All values are in µg/L which is equivalent to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 13, 1991

MPCA000938

Laboratory No: 4410 91-4719

[DEFPROJECT] 21 SEP20.31,1
Reported on 23-SEP-1991 at 16:25



# Injection Report

Acquired on 21-SEP-1991 at 18:18




The chromatograms for the BTEX /TH&O gas analyses will not be available until later this week.
S. Kidder
11-11-91

Samples:
261907
261908
261909

Twin City Testing VAX Multichrom V1.8-2

Analyst Name : TERA MIKKELSEN
Lims Id : FUEL-OIL
Comment : HP-5, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SHOR.1
Sample Id : 261909
Sample Type : Sample Amount=1.00000
Bottle No : 31

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/KG | Peak name |
|---|---|---|---|---|---|
| C1 | | 17095722 | 160425648 | 1419.17590 | FUEL OIL |
| 3 | 4.111 | 25399 | 158562 | 16.13665 | - C1 |
| 4 | 4.573 | 964024 | 6720757 | 73.58462 | - C1 |
| 5 | 5.244 | 6973 | 60484 | 15.27804 | - C1 |
| 6 | 5.480 | 3234 | 28541 | 14.99839 | - C1 |
| 7 | 5.662 | 4500 | 28411 | 14.99726 | - C1 |
| 8 | 6.004 | 8064 | 55988 | 15.23867 | - C1 |
| 9 | 6.160 | 3342 | 13533 | 14.86701 | - C1 |
| 10 | 6.227 | 3998 | 21102 | 14.93327 | - C1 |
| 11 | 6.351 | 9660 | 71087 | 15.37086 | - C1 |
| 12 | 6.520 | 5534 | 40690 | 15.10475 | - C1 |
| 13 | 6.770 | 5636 | 21735 | 14.93891 | - C1 |

THIS IS A CERTIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

[DEFPROJECT] 21 SEP20,30,1 Page 1
Reported on 23-SEP-1991 at 16:33

# Injection Report

Acquired on 21-SEP-1991 at 17:25




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : TERA MIKKELSEN
Lims Id : FUEL-OIL
Comment : HP-5, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SHOR.1
Sample Id : 261908
Sample Type : Sample Amount=1.00000
Bottle No : 30

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML Kg | Peak name |
|---|---|---|---|---|---|
| C1 | | 33738512 | 358636320 | 3175.41626 | FUEL OIL |
| 3 | 4.116 | 22987 | 170120 | 16.34608 | - C1 |
| 4 | 4.578 | 962423 | 7674339 | 82.47885 | - C1 |
| 5 | 5.111 | 12548 | 154113 | 16.20502 | - C1 |
| 6 | 5.484 | 4869 | 26844 | 15.08343 | - C1 |
| 7 | 5.547 | 4585 | 19014 | 15.01442 | - C1 |
| 8 | 5.662 | 12999 | 74922 | 15.50713 | - C1 |
| 9 | 6.004 | 10691 | 80148 | 15.55318 | - C1 |
| 10 | 6.240 | 9856 | 79450 | 15.54704 | - C1 |
| 11 | 6.356 | 23414 | 187541 | 16.49962 | - C1 |
| 12 | 6.520 | 15106 | 134305 | 16.03046 | - C1 |
| 13 | [illegible] | [illegible] | 66477 | 15.43271 | - C1 |

THIS IS A CERTIFIED COPY
OF THE ORIGINAL DOCUMENT
S. Kidder
11-11-91

MPCA000940

91-5746 = TCT #261909

* RUN #12275 SEP 24, 1991 23:24:36

START




TIMETABLE STOP

92%

RUN# 12275 SEP 24, 1991 23:24:36

BTEX 15706

B ND
T 350
X 1300
E 590

AREA%

| RT | AREA | TYPE | WIDTH | AREA% |
|---|---|---|---|---|
| 1.169 | 164920320 | >SBB | .317 | 54.99859 |
| 1.900 | 358426 | TBB | .059 | .11953 |
| 2.527 | 182075 | TBB | .135 | .06072 |
| 2.931 | 122367 | TBP | .075 | .04081 |
| 3.115 | 183467 | TPP | .094 | .06118 |
| 3.377 | 9813472 | TPH | .089 | 3.27265 |

The 200,000 ... higher
1102 = 200 + 1400

MPCA000941

TCT # 261968

* RUN # 3153 SEP 23, 1991 16:37:59

START




STOP

TCT #261907

+NOTEPAD 25.0GM DELTA SHOR 91-5144 BREAK

+ RUN # 3149 SEP 23, 1991 13:23:59

START




STOP

RUN# 3149 SEP 23, 1991 13:23:59

H P BTEX

AREA%

| RT | AREA | TYPE | WIDTH | AREA% |
|---|---|---|---|---|
| 1.820 | 48483 | PV | .116 | 1.36541 |
| 2.056 | 217045 | VB | .096 | 6.11254 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

THC-G = 20

TFT = 79.0

CDEEPROJECTS 21 SEP18.7,1 
Reported on 19-SEP-1991 at 09:12

# Injection Report

Acquired on 18-SEP-1991 at 22:06




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL OIL
Comment : HP-5. 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOUL.2 1:50
Sample Id : 260997
Sample Type : Sample Amount=1.00000
Bottle No : 7

## PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | (?) MG/KL | Peak name |
|---|---|---|---|---|---|
| C1 | | 980967 | 9399139 | 4851.61035 | FUEL OIL |
| 11 | 7.022 | 1441 | 7954 | 740.90863 | - C1 |
| 12 | 7.342 | 1840 | 18052 | 745.32861 | - C1 |
| 13 | 7.569 | 1020 | 5568 | 739.86420 | - C1 |
| 15 | 8.036 | 1488 | 10939 | 742.21515 | - C1 |
| 16 | 8.129 | 1299 | 8984 | 741.35919 | - C1 |
| 17 | 8.369 | 1243 | 7155 | 740.55884 | - C1 |
| 21 | 8.796 | 1160 | 7210 | 740.58289 | - C1 |
| 23 | 9.071 | 1902 | 9144 | 741.42932 | - C1 |
| 24 | 9.169 | 1418 | 6361 | 740.21106 | - C1 |
| 26 | 9.436 | 2140 | 21147 | 746.68329 | - C1 |
| 27 | [illegible] | [illegible] | 20364 | 746.34045 | - C1 |

THIS IS A ... COPY OF THE ORIGINAL ...
SIGNATURE: A. Kidder
DATE: 11-11-91

MPCA000944

# Injection Report

Acquired on 18-SEP-1991 at 22:59




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : HP-5. 30METER. 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOOL.2 1:50
Sample Id : 260998
Sample Type : Sample Amount=1.00000
Bottle No : 8

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML (KG) | Peak name |
|---|---|---|---|---|---|
| C1 | | 1163382 | 12718593 | 6304.59814 | FUEL OIL |
| 13 | 7.027 | 1402 | 13305 | 743.25090 | - C1 |
| 16 | 7.716 | 2324 | 14016 | 743.56207 | - C1 |
| 17 | 8.151 | 2100 | 14542 | 743.79230 | - C1 |
| 18 | 8.333 | 1585 | 12416 | 742.86145 | - C1 |
| 19 | 8.480 | 2097 | 13813 | 743.47321 | - C1 |
| 20 | 8.827 | 1969 | 13598 | 743.37878 | - C1 |
| 21 | 8.964 | 2548 | 11155 | 742.30969 | - C1 |
| 22 | 9.076 | 3329 | 18902 | 745.70044 | - C1 |
| 23 | 9.173 | 1386 | 6026 | 740.06470 | - C1 |
| 24 | 9.524 | 3209 | 31432 | 751.18524 | - C1 |
| 25 | [illegible] | [illegible] | 41081 | 755.54010 | - C1 |

IS A TRUE AND ... ORIGINAL
SIGNED: S. Kidden
DATE: 11-11-91

MPCA000945

# Injection Report

Acquired on 13-SEP-1991 at 09:19




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54. 30METER. 70-2-8-280. INJ 300. FID 300, R=1. 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2
Sample Id : 260999
Sample Type : Sample Amount=1.00000
Bottle No : 18

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML | Peak name |
|---|---|---|---|---|---|
| C1 | | 886041 | 33713920 | 408.70853 | FUEL OIL |
| 2 | 17.111 | 60404 | 12647172 | 167.86020 | - C1 |
| 3 | 17.324 | 60449 | 332275 | 27.64013 | - C1 |
| 4 | 17.591 | 60546 | 3459190 | 62.81742 | - C1 |
| 5 | 18.436 | 55751 | 1050098 | 35.27516 | - C1 |
| 6 | 19.093 | 61167 | 3400608 | 62.14766 | - C1 |
| 7 | 19.724 | 55059 | 650965 | 30.71202 | - C1 |
| 8 | 19.938 | 59644 | 1847910 | 44.39624 | - C1 |
| 9 | 20.551 | 40552 | 508968 | 29.08862 | - C1 |
| 10 | 21.084 | 191166 | 4565296 | 75.46300 | - C1 |
| 11 | 21.778 | 50368 | 1023832 | 34.97487 | - C1 |
| 12 | 22.106 | 44826 | 1504176 | 43.89626 | - C1 |
| 13 | [illegible] | [illegible] | 389560 | 27.72317 | - C1 |

ORIGINAL
S. Kidder
DATE 11-11-91

MPCA000946

# Injection Report

Acquired on 18-SEP-1991 at 23:52




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REE
Lims Id : FUEL-OIL
Comment : HP-5. 30METER. 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOOL.2 1:50
Sample Id : 261000
Sample Type : Sample Amount=1.00000
Bottle No : 9

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML (KG) | Peak name |
|---|---|---|---|---|---|
| C1 | | 666089 | 6310330 | 3522.90967 | FUEL OIL |
| 3 | 4.569 | 14302 | 70736 | 773.51190 | - C1 |
| 12 | 7.027 | 1217 | 12196 | 747.71710 | - C1 |
| 16 | 8.147 | 3064 | 19850 | 751.08978 | - C1 |
| 18 | 8.382 | 1246 | 6669 | 745.23168 | - C1 |
| 19 | 8.480 | 2250 | 14236 | 748.61609 | - C1 |
| 20 | 8.818 | 2091 | 15491 | 749.16907 | - C1 |
| 21 | 8.960 | 1756 | 7334 | 745.57489 | - C1 |
| 22 | 9.076 | 3337 | 23058 | 752.50317 | - C1 |
| 23 | 9.458 | 2918 | 18439 | 750.46747 | - C1 |
| 24 | 9.524 | 2509 | 10517 | 746.97729 | - C1 |
| 25 | [illegible] | [illegible] | 14654 | 748.79999 | - C1 |

VERIFIED COPY
ORIGINAL DOCUMENT
A. Kidder
11-11-91

CDEFPROJECT] 21 CEP18.10,1 Page 1
Reported on 19-SEP-1991 at 09:14

# Injection Report

Acquired on 19-SEP-1991 at 00:46




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL OIL
Comment : HP-5. 30METER. 70-2-8-280. INJ 300. FID 300. R=1. 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2 1:50
Sample Id : 261001
Sample Type : Sample Amount=1.00000
Bottle No : 10

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML | Peak name |
|---|---|---|---|---|---|
| C1 | | 430429 | 4018439 | 2521.42212 | FUEL OIL |
| 16 | 9.053 | 1501 | 7487 | 748.13506 | - C1 |
| 18 | 9.431 | 1539 | 13173 | 750.64996 | - C1 |
| 20 | 9.760 | 1003 | 8682 | 748.66431 | - C1 |
| 21 | 9.973 | 1763 | 12647 | 750.41699 | - C1 |
| 22 | 10.129 | 3101 | 24762 | 755.77356 | - C1 |
| 23 | 10.444 | 4746 | 28209 | 757.29749 | - C1 |
| 24 | 10.662 | 2666 | 23326 | 755.13037 | - C1 |
| 25 | 10.849 | 2537 | 15754 | 751.79095 | - C1 |
| 26 | 10.956 | 1829 | 8382 | 748.53149 | - C1 |
| 27 | 11.059 | [illegible] | 9120 | 748.85791 | - C1 |
| 28 | [illegible] | [illegible] | [illegible] | 749.56122 | - C1 |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: A. Kidder
DATE: 11-11-91

MPCA000948

CDUEFROJECT ] 19 SEPI1.22,1 Page 1
Reported on 20-SEP-1991 at 10:56

# Injection Report

Acquired on 19-SEP-1991 at 12:50




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54. 30METER. 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2
Sample Id : 261003
Sample Type : Sample Amount=1.00000
Bottle No : 22

PEAK INFORMATION

| Peak | RT mins | Hgnt uV | Area uVs | MG/ML (L) | Peak name |
|---|---|---|---|---|---|
| C1 | | 3884377 | 47546552 | 564.96240 | FUEL OIL |
| 3 | 4.160 | 594 | 2931 | 23.22561 | - C1 |
| 4 | 4.293 | 566 | 2576 | 23.22157 | - C1 |
| 5 | 4.604 | 710 | 3650 | 23.23380 | - C1 |
| 6 | 4.933 | 1017 | 6917 | 23.27103 | - C1 |
| 7 | 5.129 | 874 | 6003 | 23.26061 | C1 |
| 8 | 5.316 | 330 | 1716 | 23.21177 | - C1 |
| 9 | 5.538 | 1475 | 12144 | 23.33058 | - C1 |
| 10 | 5.742 | 3322 | 34400 | 23.58418 | - C1 |
| 11 | 5.982 | 30?? | 37476 | 23.61924 | - C1 |
| 12 | [illegible] | 3036 | 30350 | 23.53803 | - C1 |
| 13 | [illegible] | [illegible] | 40357 | 23.65307 | C1 |
| 14 | [illegible] | [illegible] | [illegible] | 23.81548 | - C1 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE S. Kidder
DATE 11-11-91

MPCA000949

CDEFPROJECT] 21 SEP18,11,1 Page 1
Reported on 19-SEP-1991 at 09:14

# Injection Report

Acquired on 19-SEP-1991 at 01:39




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : HP-5, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOOL.2 1:50
Sample Id : 261004
Sample Type : Sample Amount=1.00000
Bottle No : 11

PEAK INFORMATION

| Peak | RI mins | Hght uV | Area uVs | MG/ML (L) | Peak name |
|---|---|---|---|---|---|
| C1 | | 167366 | 1241811 | 1293.84387 | FUEL OIL |
| 8 | 7.693 | 1529 | 8456 | 748.56433 | - C1 |
| 15 | 9.062 | 1227 | 8343 | 748.51434 | - C1 |
| 16 | 9.480 | 1630 | 14584 | 751.27330 | - C1 |
| 17 | 9.636 | 8045 | 49255 | 766.60187 | - C1 |
| 18 | 9.950 | 1159 | 8771 | 748.70349 | - C1 |
| 19 | 10.129 | 1821 | 14252 | 751.12659 | - C1 |
| 20 | 10.453 | 2679 | 13369 | 750.73639 | - C1 |
| 21 | 10.667 | 1802 | 11046 | 749.70953 | - C1 |
| 22 | 10.840 | 2986 | 22155 | 754.62085 | - C1 |
| 23 | 10.956 | 1471 | 6475 | 747.68854 | - C1 |
| 26 | [illegible] | [illegible] | 9759 | [illegible] | - C1 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

MPCA000950

CDEEPROJECT1 19 SEPI1.25,1 Page 1
Reported on 20-SEP-1991 at 10:56

# Injection Report

Acquired on 13-SEP-1991 at 15:29




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54. 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2
Sample Id : 261005
Sample Type : Sample Amount=1.00000
Bottle No : 25

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/KG | Peak name |
|---|---|---|---|---|---|
| C1 | | 1909537 | 12211844 | 161.80099 | FUEL OIL |
| 1 | 4.151 | 604 | 2808 | 23.14705 | - C1 |
| 2 | 4.276 | 725 | 4083 | 23.16153 | - C1 |
| 3 | 4.587 | 306 | 2423 | 23.14268 | - C1 |
| 4 | 4.916 | 328 | 2250 | 23.14072 | - C1 |
| 5 | 5.111 | 478 | 4044 | 23.16109 | - C1 |
| 6 | 5.724 | 2182 | 20027 | 23.34260 | - C1 |
| 7 | 6.018 | 1380 | 22332 | 23.36878 | - C1 |
| 8 | 6.533 | 2027 | 29427 | 23.44935 | - C1 |
| 9 | 6.756 | 1753 | 13409 | 23.26745 | - C1 |
| 10 | 6.9[illegible] | [illegible] | 20755 | 23.35087 | - C1 |
| 1[illegible] | [illegible] | [illegible] | [illegible] | 23.610[illegible] | - C1 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - C1 |

SIGNATURE: A. Kidder
DATE: 11-11-91

MPCA000951

## Injection Report

Acquired on 13-SEP-1991 at 16:22




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2
Sample Id : 261006
Sample Type : Sample Amount=1.00000
Bottle No : 26

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML (KG) | Peak name |
|---|---|---|---|---|---|
| C1 | | 3391632 | 42671160 | 506.03604 | FUEL OIL |
| 2 | 4.142 | 1259 | 6181 | 23.10858 | - C1 |
| 3 | 4.267 | 1411 | 7787 | 23.12676 | - C1 |
| 4 | 4.587 | 1685 | 9560 | 23.14683 | - C1 |
| 5 | 4.916 | 1014 | 6233 | 23.10917 | - C1 |
| 6 | 5.102 | 1450 | 11032 | 23.16349 | - C1 |
| 7 | 5.298 | 839 | 5514 | 23.10103 | - C1 |
| 8 | 5.520 | 1537 | 10725 | 23.16001 | - C1 |
| 9 | 5.716 | 6985 | 62207 | 23.74274 | - C1 |
| 10 | 6.000 | 5275 | 58040 | 23.69558 | - C1 |
| 11 | 6.169 | 6451 | 57482 | 23.68925 | - C1 |
| 12 | 6.409 | 7712 | 46837 | 23.56877 | - C1 |
| 13 | 6.533 | 7844 | 47933 | 23.58118 | - C1 |

VERIFIED COPY
OF THE ORIGINAL
SIGNATURE S. Kidder
DATE 11-11-91

MPCA000952

# Injection Report

Acquired on 13-SEP-1991 at 17:15




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Limz Id : FUEL-OIL
Comment : SE-54. 30METER. 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA SOOL.2
Sample Id : 261007
Sample Type : Sample Amount=1.00000
Bottle No : 27

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/KG | Peak name |
|---|---|---|---|---|---|
| C1 | | 44249384 | 506866752 | 5798.67676 | FUEL OIL |
| 11 | 4.124 | 91059 | 503009 | 28.92375 | - C1 |
| 12 | 4.267 | 54468 | 416610 | 27.93929 | - C1 |
| 13 | 4.649 | 107681 | 979747 | 34.35596 | - C1 |
| 14 | 4.773 | 108294 | 583835 | 29.84474 | - C1 |
| 15 | 4.862 | 93648 | 674177 | 30.87414 | - C1 |
| 16 | 5.067 | 115032 | 996521 | 34.54709 | - C1 |
| 17 | [illegible] | 258990 | 2187365 | 48.11610 | - C1 |
| 18 | 5.698 | 221672 | 2897300 | 56.20555 | - C1 |
| 19 | 5.920 | 199963 | 2117947 | 47.32520 | - C1 |
| 20 | 6.453 | [illegible] | 5126575 | 81.60707 | - C1 |
| 21 | [illegible] | [illegible] | [illegible] | [illegible] | - C1 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE: A. Kidder
DATE: 11-11-91

MPCA000953




THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE *S. Kidder*
DATE *11-11-91*

VAX MultiChrom V1.0 2

Name : HILF

PURGE AND TRAP HP5090 MEGABORE
: METHOD FOR BTX HP5090 PURGE AND TRAP
DELTA ... HEGH.50920M 9/18
: ... *260997*
Sample Amount=0.05000

*30 - 94%*

INFORMATION

| | | | Peak name | Type |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | MOI |
| [illegible] | [illegible] | [illegible] | METHYL TERT BUTYL ETHER | OL |
| [illegible] | [illegible] | [illegible] | BENZENE | |
| [illegible] | [illegible] | [illegible] | | OE |
| [illegible] | [illegible] | [illegible] | | MO |
| [illegible] | [illegible] | [illegible] | ALDRW | MOL |
| [illegible] | [illegible] | [illegible] | | MOT |
| [illegible] | [illegible] | [illegible] | | MO |
| [illegible] | [illegible] | [illegible] | | MO |
| [illegible] | [illegible] | [illegible] | | O |
| [illegible] | [illegible] | [illegible] | ETHYL BENZENE | O |
| [illegible] | [illegible] | [illegible] | XYLENE | O |

Reported on [illegible] 1991 at 10:00

# Injection Report

Acquired on [illegible] 1991 at 15:01




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : MIKE
Line Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA SOIL.2
Sample Id : 260998 *260998*
Sample Type : Sample Amount 1.25000
Bottle No : 3

*Low I.S. RR*

*3σ = 74%*

PEAK INFORMATION

| Peak | GRP | Cal | Class | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 3.591 | 6142 | 2.795 | | OT |
| 2 | | | | 4.107 | 38912 | 17.690 | | MO |
| 3 | 7 | | | 4.220 | 20615 | 16.402 | METHYL TERT BUTYL ETHER | 0 |
| 4 | 5 | | | 4.500 | 22667 | 10.051 | | 0 |
| 5 | 7 | | | 4.352 | 14999 | 6.81[illegible] | | 0 |
| 6 | 5 | | | 5.209 | 8087 | 3.677 | | 0 |
| 7 | - | | | 5.449 | 56406 | 15.030 | BENZENE | 0 |
| 8 | 5 | | | 5.662 | 53001 | 24.300 | | 0 |
| 9 | - | | | 6.027 | 114090 | 51.867 | | 0 |
| 9 | 5 | | | 6.311 | 257582 | 117.308 | | 0 |
| 10 | 7 | | | 6.446 | 1457143 | 707.017 | ALPHA | 0 |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: *[signature]*
DATE: *11-11-91*

MPCA000955




PURGE AND TRAP HP5890 MEGABORE
METHOD FOR BTX HP5890 PURGE AND TRAP
260998
Amount=1.00000

3x-~~66~~ 62

PEAK INFORMATION

| Area | MG/L | Peak name | Type |
|---|---|---|---|
| [illegible] | [illegible] | | NOT |
| [illegible] | [illegible] | METHYL TERT BUTYL ETHER | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | [illegible] | 0 |
| [illegible] | [illegible] | | 0 |
| [illegible] | [illegible] | | 0 |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE
DATE 11-11-91

Reported on 13 SEP 1991 at 10:11

# Injection Report

Acquired on 1? SEP 1991 at 15:36




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : MIKE
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX · HP5890 PURGE AND TRAP
Sample Name : RR DELTA-SOOL.2
Sample Id : 260999 260999
Sample Type : Sample Amount=20.50000
Bottle No : 10

32=96%

PEAK INFORMATION

| Peak | GRP | Cal | Flags | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 | | | 4.187 | 62737 | 1.737 | | OF |
| 2 | 7 | | | 4.356 | 62070 | 3.051 | METHYL TERT BUTYL ETHER | MO |
| 3 | 5 | | | 4.720 | 15495 | 0.429 | | OL |
| 4 | 3 | | | 5.060 | 1802 | 0.029 | BENZENE | |
| 5 | 6 | | | 6.613 | 1918186 | 56.118 | ALPHA | M |
| 6 | 4 | | | 8.596 | 4708 | 0.084 | TOLUENE | |
| 7 | 1 | | | 12.391 | 2209 | 0.042 | XYLENE #1 | |
| 8 | 5 | | | 14.693 | 8007 | 0.222 | | OF |
| 9 | 5 | | | 14.965 | 5977 | 0.165 | | OL |
| 10 | 5 | | | 15.844 | 12422 | 0.344 | | M |
| 11 | 5 | | | 16.160 | 11379 | 0.315 | | OF |
| 12 | 5 | | | 16.469 | 15555 | 0.431 | | O |

# Injection Report

Acquired on 13 SEP 1991 at 14:14




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : CRAIG
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE SIGNAL 2 DETECTOR B
Method Title : Method for BTX HP5890 Purge and trap
Sample Name : DELTA COOL.2
Sample Id : 261000 261000
Sample Type : Sample Amount=0.36000
Bottle No : 6

3x = 932

PEAK INFORMATION

| Peak | GRP | Cal | Flags | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 | | | 3.164 | 62809 | 10.090 | | MOF |
| 2 | 5 | | | 3.939 | 107190 | 22.170 | | MO |
| 3 | 5 | | | 4.597 | 116599 | 18.842 | | 0 |
| 4 | 5 | | | 5.724 | 717463 | 115.926 | | MO |
| 5 | 5 | | | 6.071 | 905543 | 149.722 | | 0 |
| 6 | 5 | | | 6.382 | 601140 | 97.141 | | 0 |
| 7 | 6 | | | 6.738 | 2049319 | 331.605 | ALPHA | [illegible] |
| 8 | 5 | | | 7.244 | 408505 | 70.850 | | 0 |
| 9 | 5 | | | 7.602 | 500904 | 80.947 | | 0 |
| 10 | 5 | | | 7.778 | 961405 | 155.270 | | MO |
| 11 | 5 | | | 8.329 | 461080 | 74.550 | | 0 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE [signature]
DATE 11-11-91

Injection Report




VAX Multichrom V1.3-2

PURGE AND TRAP HP5890 MEGABORE
HP5890 PURGE AND TRAP
.6647UM 9/13
261001
Amount 0.01000

32=92%

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Type |
| | | | | | | MOT |
| | | | | | METHYL TERT BUTYL ETHER | 0 |
| | | | | | | OL |
| | | | | | BENZENE | |
| | | | | 60.47 | | OT |
| | | | | 305.406 | | |
| | | | | | ALPHA | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | OT |

THIS IS A VERIFIED COPY
OF THE GENERAL DOCUMENT
SIGNATURE A. Kidder
DATE 11-11-91

Reported on 16 SEP 1991 at 11:06

# Injection Report

Acquired on 16 SEP 1991 at 10:27




Twin City Testing VAX Multichrom V1.8 2

Analyst Name : MIKE
Lims ID :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA COOL.2
Sample ID : 261003 ~~261008~~ SK 11-11-91 261003
Sample Type : Sample Amount: 25.64000
Bottle No : 3

3f = 86%

PEAK INFORMATION

| Peak | GRP | Cal | Flag | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 | | | 4.179 | 50443 | 1.118 | | 0F |
| 2 | 7 | | | 4.356 | 60065 | 2.030 | METHYL TERT BUTYL ETHER | 0 |
| 3 | 3 | | | 4.534 | 23486 | 0.521 | | 0 |
| 4 | 7 | | | 4.853 | 7504 | 0.166 | | 0L |
| 5 | 3 | | | 5.396 | 17236 | 0.224 | BENZENE | 0F |
| 6 | 7 | | | 5.662 | 5973 | 0.132 | | 0 |
| 7 | 7 | | | 6.027 | 11341 | 0.249 | | 0 |
| 8 | 7 | | | 6.311 | 14058 | 0.312 | | 0 |
| 9 | 7 | | | 6.640 | 1714428 | 40.162 | ALPHA | D |
| 10 | 7 | | | 7.172 | 80963 | 1.797 | | MOL |
| 11 | 7 | | | [illegible] | 7507 | 0.211 | | |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: A Kidder
DATE: 11-11-91

[illegible] Page 1
Reported on [illegible] at 10:27

[illegible] Report

Acquired on [illegible] at 11:46




[illegible] VAX MultiChrom V1.8 2

Analyst Name : CRAIG
Time Id :
Comment : PURGE AND TRAP HP5890 MEGABORE SIGNAL 1 DETECTOR A
Method Title : Method for BTX HP5890 Purge and trap
Sample Name : DELTA SOIL.2
Sample Id : 201004
Sample Type : Sample Amount=1.78000
Bottle No : 4

3 d = 91%

PEAK INFORMATION

| Peak | GRP | Col | [illegible] | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | [illegible].779 | 10473 | [illegible].281 | | OT |
| [illegible] | [illegible] | | | [illegible].764 | 18176 | [illegible].965 | | MO |
| [illegible] | [illegible] | | | [illegible].373 | [illegible] | 5.595 | | 0 |
| [illegible] | | | | [illegible] | [illegible] | 45.[illegible] | METHYL TERT BUTYL ETHER | 0 |
| [illegible] | [illegible] | | | [illegible].164 | [illegible] | [illegible].600 | | MO |
| [illegible] | [illegible] | | | [illegible].776 | [illegible] | 18.61[illegible] | BENZENE | MO |
| [illegible] | | | | [illegible].5[illegible] | [illegible] | 100.[illegible] | | MB |
| [illegible] | [illegible] | | | [illegible] | [illegible] | 610.[illegible] | [illegible] | 0 |
| [illegible] | | | | [illegible] | [illegible] | [illegible].002 | | 0 |
| [illegible] | | | | [illegible] | [illegible] | [illegible] | | [illegible] |
| [illegible] | | | | [illegible] | [illegible] | [illegible].407 | | 0 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE: [signature]
DATE: 11-11-91

# Injection Report

Acquired on 16 [illegible] 1991 at 11:00




Twin City Testing VAX Multichrom V1.8 2

Analyst Name : CRAIG
Time ID :
Comment : PURGE AND TRAP HP5890 MEGABORE SIGNAL 2 DETECTOR B
Method Title : Method for BTX HP5890 Purge and trap
Sample Name : DELTA COOL.2
Sample ID : 261007 *261005*
Sample Type : Sample Amount 4.00000
Result ID : 2

*3d=88%*

PEAK INFORMATION

| Peak | Int | RT mins | Area uVs | NG/L | Peak name | Type |
|---|---|---|---|---|---|---|
| 1 | | 6.711 | 1920606 | 211.834 | ALPHA | M |
| 2 | 4 | 8.658 | 27040 | 2.550 | TOLUENE | OI |
| 3 | 7 | 8.942 | 17902 | 1.909 | | O |
| 4 | 7 | 9.209 | 30450 | 3.333 | | NO |
| 5 | 7 | 9.920 | 72631 | 7.919 | | NO |
| 6 | 7 | 11.467 | 110000 | 10.124 | | NO |
| 7 | 7 | 12.367 | 66564 | 7.230 | | NO |
| 8 | 10 | 12.570 | 62302 | 5.680 | ETHYL BENZENE | 0 |
| 9 | | 13.071 | 60200 | 5.357 | XYLENE #1 | 0 |
| 10 | 7 | 13.364 | 10271 | 1.450 | | 0 |
| 11 | | 13.607 | [illegible] | 9.317 | XYLENE #2 | 0 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE *[signature] Kidder*
DATE *11-11-91*

Page 1

[illegible]

Acquired on [illegible] at 14:10




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : MIKE
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA COOL.2
Sample Id : 261006 261006
Sample Type : Sample Amount=0.46000
Bottle No : 7

3 L = 101%

PEAK INFORMATION

| Peak | GRP | Cal | Flags | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | 3.778 | 6193 | 7.039 | | OF |
| 2 | | | | 4.116 | 13573 | 16.767 | | 0 |
| 3 | | | | 4.2[illegible]1 | 24921 | 30.786 | | 0 |
| 4 | 7 | | | 4.[illegible]92 | 24600 | 73.950 | METHYL TERT BUTYL ETHER | 0 |
| 5 | 7 | | | 4.56[illegible] | 9937 | 12.332 | | 0 |
| 6 | 7 | | | 4.[illegible]71 | 2109 | 2.604 | | 0L |
| [illegible] | 7 | | | [illegible] | 13092 | 8.755 | BENZENE | |
| [illegible] | [illegible] | | | [illegible] | 3012777 | 3628.097 | ALPHA | |
| [illegible] | [illegible] | | | [illegible] | 15074 | 12.065 | TOLUENE | |
| 10 | [illegible] | | | [illegible] | 19004 | 20.51[illegible] | | |
| [illegible] | 7 | | | [illegible] | 2121 | 11.07[illegible] | | |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

MPCA000963

Reported on 1[illegible] OCT 1991 at 15:10

# Injection Report

Acquired on 1[illegible] SEP 1991 at 14:28




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : CRAIG
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE SIGNAL 2 DETECTOR B
Method Title : Method for BTX HP5890 Purge and trap
Sample Name : DELTA COOL.2
Sample Id : 201007
Sample Type : Sample Amount=0.01000
Bottle No : C

3x=109%

PEAK INFORMATION

| Peak | Grp | Cal | Class | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | | | 4.04[illegible] | 10608[illegible] | 5[illegible].988 | METHYL TERT BUTYL ETHER | MOF |
| 2 | 7 | | | 4.667 | 107[illegible] | 114.4[illegible] | | 0 |
| 3 | 7 | | | 6.400 | 3054470 | 3251.805 | | MO |
| 4 | 6 | | | 6.7[illegible] | [illegible] | 2562.200 | ALPHA | 0 |
| 5 | 5 | | | 7.253 | 1015[illegible] | 1080.80[illegible] | | 0 |
| 6 | 5 | | | 7.644 | 2557080 | [illegible] | | M8 |
| 7 | 7 | | | [illegible].258 | 5540[illegible] | 590.5[illegible] | | 0 |
| 8 | 4 | | | [illegible].667 | [illegible] | 1[illegible]5.05[illegible] | TOLUENE | 0 |
| [illegible] | 7 | | | [illegible].92[illegible] | 1393050 | 1483.048 | | 0 |
| 10 | 7 | | | [illegible] | [illegible] | [illegible]56.6[illegible] | | 0 |
| 11 | 7 | | | [illegible].05[illegible] | [illegible] | 1427.907 | | 0 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT

SIGNATURE: [signature]

DATE: 11-11-91

MPCA000964

# Injection Report

Acquired on 25-SEP-1991 at 02:44




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-S00L.3
Sample Id : 261488 Dilution: 20
Sample Type : Sample Amount=1.00000
Bottle No : 19

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/ML ug | Peak name |
|---|---|---|---|---|---|
| C1 | | 1019575 | 14934068 | 3791.34619 | FUEL OIL |
| 3 | 4.036 | 2767 | 28677 | 461.15634 | - C1 |
| 4 | 4.222 | 3451 | 51107 | 466.16782 | - C1 |
| 5 | 4.640 | 1757 | 11553 | 457.33047 | - C1 |
| 6 | 4.960 | 2404 | 35143 | 462.60107 | - C1 |
| 7 | 5.564 | 6052 | 124397 | 482.54230 | - C1 |
| 8 | 5.796 | 7151 | 95613 | 476.11142 | - C1 |
| 9 | 6.036 | 7639 | 138022 | 485.58652 | - C1 |
| 10 | 6.347 | 5668 | 37487 | 463.12485 | - C1 |
| 11 | 6.480 | 6945 | 49700 | 465.85352 | - C1 |
| 12 | 6.595 | 7647 | 58679 | 467.85956 | - C1 |
| 13 | 6.800 | 7400 | 103597 | 477.89520 | - C1 |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNED: A. Kidder
DATE: 11-11-91

# Injection Report

Acquired on 25-SEP-1991 at 01:51




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOOL.3
Sample Id : 261487 Dilution: 20
Sample Type : Sample Amount=1.00000
Bottle No : 18

PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/KG | Peak name |
|---|---|---|---|---|---|
| C1 | | 297435 | 4303926 | 1411.72681 | FUEL OIL |
| 4 | 4.222 | 7522 | 53329 | 465.14420 | - C1 |
| 5 | 4.347 | 5817 | 61017 | 466.85614 | - C1 |
| 6 | 4.604 | 4864 | 37068 | 461.52280 | - C1 |
| 7 | 4.764 | 9096 | 75205 | 470.01575 | - C1 |
| 8 | 5.022 | 24394 | 500126 | 564.64313 | - C1 |
| 9 | 5.396 | 31681 | 182614 | 493.93515 | - C1 |
| 10 | 5.511 | 33674 | 432903 | 549.67303 | - C1 |
| 11 | 5.778 | 24535 | 279236 | 515.45227 | - C1 |
| 12 | 6.071 | 21682 | 402491 | 542.90033 | - C1 |
| 13 | 6.480 | 16712 | 129574 | 482.12350 | - C1 |
| 14 | 6.578 | 16649 | 107712 | 477.25482 | - C1 |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

# Injection Report

Acquired on 25-SEP-1991 at 03:37




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : REF
Lims Id : FUEL-OIL
Comment : SE-54, 30METER, 70-2-8-280, INJ 300, FID 300, R=1, 1UL INJ
Method Title : FUELOIL
Sample Name : DELTA-SOOL.3
Sample Id : 261490 Dilution x 20
Sample Type : Sample Amount=1.00000
Bottle No : 20

## PEAK INFORMATION

| Peak | RT mins | Hght uV | Area uVs | MG/KL (KG) | Peak name |
|---|---|---|---|---|---|
| C1 | | 3169167 | 40076108 | 9317.28125 | FUEL OIL |
| 3 | 4.062 | 1783 | 12280 | 453.05142 | - C1 |
| 4 | 4.249 | 4390 | 31686 | 457.34500 | - C1 |
| 5 | 4.364 | 3727 | 38185 | 458.78278 | - C1 |
| 6 | 4.658 | 3950 | 24931 | 455.85043 | - C1 |
| 7 | 4.827 | 4129 | 35053 | 458.08994 | - C1 |
| 8 | 4.978 | 5574 | 57214 | 462.99301 | - C1 |
| 9 | 5.191 | 5526 | 40151 | 459.21777 | - C1 |
| 10 | 5.458 | 16274 | 265610 | 509.10123 | - C1 |
| 11 | 5.804 | 18063 | 215735 | 498.06528 | - C1 |
| 12 | 6.036 | 16313 | 201169 | 494.84344 | - C1 |
| 13 | 6.231 | 14031 | 101803 | 472.85943 | - C1 |
| 14 | 6.356 | 12271 | 73591 | 466.61646 | - C1 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
SIGNATURE: A. Kiddler
DATE: 11-11-91

MPCA000967

# Injection Report

Acquired on 23 SEP 1991 at 01:42




Twin City Testing VAX Multichrom V1.8 2

Analyst Name : MIKE
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA SOIL.3 MEOH.46620M 9/22
Sample Id : 201487
Sample Type : Sample Amount: 0.05000
Bottle No : 20

32=86%

PEAK INFORMATION

| Peak | GRP | Cal | Flags | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 4.160 | 4749962 | 231598.906 | | NOF |
| 2 | 7 | | | 4.756 | 107614 | 9183.144 | METHYL TERT BUTYL ETHER | O |
| 3 | 5 | | | 5.120 | 14179 | 691.352 | | OL |
| 4 | 5 | | | 5.769 | 31471 | 1534.456 | | OF |
| 5 | 3 | | | 6.000 | 45481 | 1299.764 | BENZENE | OL |
| 6 | 5 | | | 6.658 | 109560 | 5341.925 | | OE |
| 7 | 6 | | | 6.987 | 1707106 | 87973.477 | ALPHA | Q |
| 8 | 5 | | | 7.404 | 16339 | 796.678 | | OL |
| 9 | 4 | | O | 8.369 | 5700733 | 180333.731 | TOLUENE | NOF |
| 10 | 5 | | | 10.169 | 365035 | 17798.377 | | NO |
| 11 | 5 | | | 10.543 | 74657 | 3640.111 | | O |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
A. Kidder
11-11-97

MPCA000968

Reported on ? OCT 1991 at 17:??

# Injection Report

Acquired on ?? SEP 1991 at 16:01




Twin City Testing VAX Multichrom V1.8-2

Analyst Name : MIKE
Lims Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA-SOOL.3
Sample Id : 261400
Sample Type : Sample Amount=1.10000
Bottle No : 10

SJ = 83%

PEAK INFORMATION

| Peak | GRP | Cal | Flags | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 4.231 | 28950 | 13.825 | | MOF |
| 2 | | | | 4.551 | 12884012 | 6153.087 | | MO |
| 3 | 5 | | | 5.253 | 91313 | 43.606 | | BL |
| 4 | 5 | | | 5.920 | 45820 | 21.882 | | OF |
| 5 | 5 | | | 6.133 | 84093 | 40.583 | | DL |
| 6 | 6 | | | 6.782 | 281567 | 132.020 | ALPHA | OF |
| 7 | 5 | | | 7.102 | 1664163 | 794.702 | | D |
| 8 | 5 | | | 7.652 | 176812 | 84.435 | | D |
| 9 | 5 | | | 7.893 | 182226 | 87.021 | | MOL |
| 10 | 4 | | | 7.949 | 1161759 | 292.780 | TOLUENE | OF |
| 11 | 5 | | | 8.207 | 838726 | 400.527 | | MO |
| 12 | 5 | | | 10.240 | 1265209 | 604.228 | | D |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

Page 1
Reported on 27 SEP 1991 at 02:16

# Injection Report

Acquired on 27 SEP 1991 at 01:41




Twin City Testing VAX Multichrom V1.8 2

Analyst Name : MIKE
Limo Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX HP5890 PURGE AND TRAP
Sample Name : DELTA 200L.2 MEOH.77720M 9 24 91
Sample Id : 201490
Sample Type : Sample Amount: 0.04000
Bottle No : 25

3d = 94%

PEAK INFORMATION

| Peak | GRP | Gal Flag | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|
| 1 | | | 4.102 | 1743075 | 64054.973 | | MOT |
| 2 | 7 | | 4.773 | 63342 | 4109.603 | METHYL TERT BUTYL ETHER | 0 |
| 3 | 5 | | 5.156 | 28837 | 1059.702 | | 0 |
| 4 | 3 | | 5.706 | 25403 | 528.056 | BENZENE | 0 |
| 5 | 7 | | 6.000 | 38112 | 1400.579 | | 0 |
| 6 | 5 | | 6.382 | 26252 | 964.708 | | 0 |
| 7 | 5 | | 6.649 | 72141 | 2651.063 | | 0 |
| 8 | 8 | | 6.978 | 1081902 | 73094.688 | ALPHA | 0 |
| 9 | 7 | | 7.502 | 253816 | 9327.061 | | NO |
| 10 | 4 | | 8.724 | 153467 | 5140.061 | TOLUENE | 0 |
| 11 | 7 | | 9.209 | 88263 | 3243.539 | | 0 |
| 12 | 7 | | 9.467 | 127049 | 4670.054 | | 0 |

THIS IS A VERIFIED COPY
OF THE ORIGINAL DOCUMENT
S. Kiddes
11-11-91

# Injection Report

Acquired on 20 SEP 1991 at 14:33




Twin City Testing VAX Multichrom V1.8 2

Analyst Name : MIKE
Time Id :
Comment : PURGE AND TRAP HP5890 MEGABORE
Method Title : METHOD FOR BTX - HP5890 PURGE AND TRAP
Sample Name : DELTA SOOL.C
Sample Id : 201491
Sample Type : Sample Amount=17.87000
Bottle No : 4

3 r - 86%

PEAK INFORMATION

| Peak | GRP | Cal | Fl.ar | RT mins | Area uVs | UG/L | Peak name | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 | | | 4.444 | [illegible] | 0.793 | | NOF |
| 2 | [illegible] | | | 4.640 | 25190 | 1.050 | METHYL TERT BUTYL ETHER | 0 |
| 3 | 3 | | | 4.9[illegible] | [illegible] | 0.795 | | 0 |
| 4 | 5 | | | 5.1[illegible] | [illegible] | 0.309 | | OL |
| 5 | 3 | | | 5.871 | 3950 | 0.100 | BENZENE | |
| 6 | 6 | | | 7.1[illegible] | 1722671 | 47.901 | ALPHA | |
| 7 | 4 | | | 9.067 | 24077 | 0.507 | TOLUENE | |
| 8 | 10 | | | 12.453 | [illegible] | 0.062 | ETHYL BENZENE | |
| 9 | 1 | | | 12.738 | 19629 | 0.434 | XYLENE #1 | |
| 10 | 1 | | | 13.564 | 11160 | 0.225 | XYLENE #2 | |
| 11 | 3 | | | 14.731 | 1455 | 0.046 | | |
| 12 | 5 | | | 15.[illegible] | 8[illegible] | 0.265 | | NOF |

THIS IS A VERIFIED COPY OF THE ORIGINAL DOCUMENT
SIGNATURE: S. Kidder
DATE: 11-11-91

Acknowledgement of samples received
THIS IS NOT AN INVOICE

5 MAR 92 4:20

TCT INTERNAL USE
DELTA-SHOR.3
4410_PZ-1219
DELTA-PZ

To: Delta Environmental Consultants
ATT: Roger Davis
3900 Northwoods Drive
Suite 200
St Paul, MN 55112

Please direct inquiries to Stephanie Kidder at 659-7539.
The purchase order number received for this job was 10-89-058.01.

These Services are subject to the general conditions attached.

| Sample Number | Sample Description | Date Received | Analyses assigned to Sample |
|---|---|---|---|
| 278537 | MW-316 (25) | 03/06/92 | TCT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| 278538 | MW-317 (15) | 03/06/92 | TCT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in μg/L which is equivalent to parts-per-billion)

| **Client ID:** | **MW-25*** | **MW-303*** | **MW-23*** | **MW-307*** | |
|---|---|---|---|---|---|
| TCT ID: | 279091 | 279092 | 279093 | 279094 | |
| **Parameter:** | | | | | PQL |
| Benzene | ND | 15 | ND | ND | 5 |
| Toluene | ND | ND | ND | ND | 5 |
| Ethyl benzene | ND | ND | ND | ND | 5 |
| Total xylenes | ND | 20 | ND | ND | 5 |
| **Surrogate Recovery:** | | | | | |
| α,α,α-Trifluorotoluene | 109% | 102% | 124% | 120% | |
| **Date Analyzed:** | 3/20/92 | 3/20/92 | 3/19/92 | 3/19/92 | |

* Chromatographic profile is not typical of gasoline, higher boiling hydrocarbons detected.

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000973

LABORATORY NO: 4410 92-1222

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in µg/L which is equivalent to parts-per-billion)

| **Client ID:** | **MW-306*** | **MW-1A** | **MW-22** | **MW-21** | |
|---|---|---|---|---|---|
| TCT ID: | 279095 | 279096 | 279097 | 279098 | |
| **Parameter:** | | | | | **PQL** |
| Benzene | 12 | ND | ND | ND | 5 |
| Toluene | ND | ND | ND | ND | 5 |
| Ethyl benzene | ND | ND | ND | ND | 5 |
| Total xylenes | ND | ND | ND | ND | 5 |
| **Surrogate Recovery:** | | | | | |
| α,α,α-Trifluorotoluene | 104% | 101% | 80% | 102% | |
| **Date Analyzed:** | 3/20/92 | 3/19/92 | 3/20/92 | 3/19/92 | |

* Chromatographic profile is not typical of gasoline, higher boiling hydrocarbons detected.

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000974

**LABORATORY NO:** 4410 92-1222

# VOLATILE ORGANIC COMPOUND RESULTS
## EPA METHOD 8020

(All values are in μg/L which is equivalent to parts-per-billion)

| **Client ID:** | **MW-313** | **MW-24** | **MW-316** | **Duplicate** | |
|---|---|---|---|---|---|
| TCT ID: | 279099 | 279102 | 279103 | 279104 | |
| **Parameter:** | | | | | **PQL** |
| Benzene | ND | ND | ND | ND | 5 |
| Toluene | ND | ND | ND | ND | 5 |
| Ethyl benzene | ND | ND | ND | ND | 5 |
| Total xylenes | ND | ND | ND | ND | 5 |
| **Surrogate Recovery:** | | | | | |
| α,α,α-Trifluorotoluene | 106% | 86% | 86% | 87% | |
| **Date Analyzed:** | 3/20/92 | 3/19/92 | 3/19/92 | 3/19/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000975

**LABORATORY NO:** 4410 92-1222

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in μg/L which is equivalent to parts-per-billion)

| Client ID: | FB-1 | Travel Blank | Method Blank | |
|---|---|---|---|---|
| TCT ID: | 279105 | 279106 | | |
| **Parameter:** | | | | PQL |
| Benzene | ND | ND | ND | 5 |
| Toluene | ND | ND | ND | 5 |
| Ethyl benzene | ND | ND | ND | 5 |
| Total xylenes | ND | ND | ND | 5 |
| **Surrogate Recovery:** | | | | |
| α,α,α-Trifluorotoluene | 87% | 86% | 88% | |
| **Date Analyzed:** | 3/19/92 | 3/19/92 | 3/19/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000976

**LABORATORY NO:** 4410 92-1222

twin city testing corporation

# VOLATILE ORGANIC COMPOUND RESULTS
## EPA METHOD 8020

(All values are in μg/L which is equivalent to parts-per-billion)

| **Client ID:** | **MW-301*** | **MW-314*** | |
|---|---|---|---|
| TCT ID: | 279090 | 279100 | |
| **Parameter:** | | | PQL |
| Benzene | ND | ND | 50 |
| Toluene | 55 | ND | 50 |
| Ethyl benzene | ND | 78 | 50 |
| Total xylenes | 110 | 64 | 50 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 96% | 88% | |
| **Date Analyzed:** | 3/20/92 | 3/23/92 | |

* Chromatographic profile is not typical of gasoline, higher boiling hydrocarbons present.

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000977

**LABORATORY NO:** 4410 92-1222

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in μg/L which is equivalent to parts-per-billion)

**Client ID:** MW-309

TCT ID: 279101

| **Parameter:** | | PQL |
|---|---|---|
| Benzene | ND | 5,000 |
| Toluene | 79,000 | 5,000 |
| Ethyl benzene | 7,600 | 5,000 |
| Total xylenes | 21,000 | 5,000 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 117% | |

**Date Analyzed:** 3/20/92

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000978

LABORATORY NO: 4410 92-1222

# ANALYTICAL RESULTS

(All values are listed as percent recoveries)

| Parameter | Matrix Spike | Matrix Spike Duplicate |
|---|---|---|
| Benzene | 83 | 84 |
| Toluene | 84 | 85 |
| Total xylenes | 86 | 86 |
| Ethyl benzene | 84 | 84 |
| Methyl-tert-butyl ether | 87 | 89 |
| 1,3,5-Trimethylbenzene | 89 | 89 |
| 1,2,4-Trimethylbenzene | 85 | 85 |
| **Surrogate Recovery:** | | |
| $\alpha,\alpha,\alpha$-Trifluorotoluene | 87% | 87% |
| **Date Analyzed:** | 3/19/92 | 3/19/92 |

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA000979

**LABORATORY NO:** 4410 92-1222

# FUEL OIL RESULTS
# USGS METHOD 82-1004

(All values are in mg/L which is equivalent to parts-per-million)

| Sample Identification | TCT ID | Total Hydrocarbons as #2 Fuel Oil | Pentacosane Recovery (%) | Method Detection Limit |
|---|---|---|---|---|
| MW-301 | 279090 | 17 | 162* | 0.2 |
| MW-25 | 279091 | 3.4[1] | 161* | 0.2 |
| MW-303 | 279092 | 13[1] | 151* | 0.2 |
| MW-23 | 279093 | 1.8[1] | 154* | 0.2 |
| MW-307 | 279094 | 0.3[1] | 125* | 0.2 |
| MW-306 | 279095 | 2.5[1] | 88 | 0.2 |
| MW-1A | 279096 | ND[2] | 118* | 0.2 |
| MW-22 | 279097 | ND[2] | 138* | 0.2 |
| MW-21 | 279098 | ND[2] | 138* | 0.2 |
| MW-314 | 279100 | 12[1] | 123* | 0.2 |

(continued)

[1] Chromatographic profile contains higher boiling hydrocarbons and is not typical of #2 fuel oil.

[2] Higher boiling hydrocarbons are detected.

* Surrogate recovery is elevated due to possible matrix interferences.

ND = Not Detected

MPCA000980

**Reference:** Methods for the Determination of Organic Substances in Water and Fluvial Sediments, U.S. Geological Survey Techniques of Water-Resources Investigations, Book 5, Laboratory Analysis, Chapter A3.

Leaking Underground Fuel Tank (LUFT) Field Manual, California State Water Resources Control Board, Division of Water Quality, December 17, 1987.

**LABORATORY NO:** 4410 92-1222

# FUEL OIL RESULTS
# USGS METHOD 82-1004

(All values are in mg/L which is equivalent to parts-per-million)

| Sample Identification | TCT ID | Total Hydrocarbons as #2 Fuel Oil | Pentacosane Recovery (%) | Method Detection Limit |
|---|---|---|---|---|
| MW-309 | 279101 | 19[3] | 99 | 4 |
| MW-24 | 279102 | ND[2] | 84 | 0.2 |
| MW-316 | 279103 | 0.7[1] | 105 | 0.2 |
| Duplicate | 279104 | 1.4[1] | 90 | 0.2 |
| FB-1 | 279105 | ND[2] | 97 | 0.2 |
| Blank | | ND | 81 | 0.2 |
| Method Spike | | 79% Recovery | 86 | --- |
| Method Spike Duplicate | | 91% Recovery | 104 | --- |

**Date Extracted:** 3/18/92

**Date Analyzed:** 3/19/92 to 3/20/92

---

[1] Chromatographic profile contains higher boiling hydrocarbons and is not typical of #2 fuel oil.

[2] Higher boiling hydrocarbons are detected.

[3] Chromatographic profile contains lower boiling hydrocarbons and is not typical of #2 fuel oil.

ND = Not Detected

MPCA000981

**Reference:** Methods for the Determination of Organic Substances in Water and Fluvial Sediments, U.S. Geological Survey Techniques of Water-Resources Investigations, Book 5, Laboratory Analysis, Chapter A3.

Leaking Underground Fuel Tank (LUFT) Field Manual, California State Water Resources Control Board, Division of Water Quality, December 17, 1987.

**LABORATORY NO:** 4410 92-1222

**Delta** Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

# CHAIN—OF—CUSTODY RECORD

| | | | |
|---|---|---|---|
| DELTA PROJECT NO. [illegible] | INVOICE CODE | PAGE 1 OF [illegible] | LAB NAME [illegible] |
| PROJECT MANAGER [illegible] | | TURN AROUND REQUESTED: ☐ NORMAL ☐ RUSH ____ ☐ OTHER ____ | LAB USE ONLY |
| PROJECT NAME [illegible] | | | LABORATORY PROJECT NO. |
| PROJECT LOCATION [illegible] | | | SAMPLE CONDITION AS RECEIVED: CHILLED YES/NO SEALED YES/NO |
| SAMPLER'S SIGNATURE [illegible] | | | |

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S); AIR(A); BULK(B); AQUEOUS(Q); SLUDGE(L); OTHER(O) | ANALYSIS REQUESTED: [illegible] | ANALYSIS REQUESTED: [illegible] | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | Q | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | Q | ✓ | ✓ | | | | | 4 | | | |
| | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | Q | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | Q | ✓ | ✓ | | | | | 4 | | | |

GENERAL COMMENTS: [illegible]

45 ◀ TOTAL NUMBER OF CONTAINERS

| | | | | | |
|---|---|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) [illegible] | DATE [illegible] | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY [illegible] | TIME [illegible] | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) [illegible] | DATE [illegible] | 4 RECEIVED BY (SIGNATURE) | DATE | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY [illegible] | TIME [illegible] | COMPANY | TIME | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

MPCA000982

**Delta** Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

V-74

# CHAIN–OF–CUSTODY RECORD

Delta - Shor. 4

| | |
|---|---|
| DELTA PROJECT NO. | 10-89-058 |
| INVOICE CODE | |
| PAGE | 1 OF 2 |
| PROJECT MANAGER | Gary Schroeher |
| PROJECT NAME | Shoreham Yard |
| PROJECT LOCATION | MPLS MN |
| SAMPLER'S SIGNATURE | Curt Arendt |
| TURN AROUND REQUESTED | ☒ NORMAL ☐ RUSH ☐ OTHER |
| LAB NAME | TCT |

LAB USE ONLY

LABORATORY PROJECT NO. 2A1092-1222

SAMPLE CONDITION AS RECEIVED: CHILLED YES/NO (YES circled); SEALED YES/NO (NO circled)

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(Q): SLUDGE(L): OTHER(O) | BTEX | THC as Fuel Oil | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mw-301 | Monitoring Well | 31292/910 | Q | ✓ | ✓ | | | | | 4 | A | O.K. | 279090 |
| mw-25 | ↓ | 31292/945 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279091 |
| mw-303 | ↓ | 31292/1012 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279092 |
| mw-23 | ↓ | 31292/1056 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279093 |
| mw-307 | ↓ | 31292/1125 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279094 |
| mw-306 | ↓ | 31292/1151 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279095 |
| mw-1A | ↓ | 31292/1227 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279096 |
| mw-22 | ↓ | 31292/1303 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279097 |
| mw-21 | ↓ | 31292/1352 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279098 |
| mw-313 | ↓ | 31292/1425 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279099 |

GENERAL COMMENTS: Please Send Results to Gary Schroeher

65 ◀ TOTAL NUMBER OF CONTAINERS

| | | | |
|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) Curt Arendt | DATE 3/13/92 | 3 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY Delta | TIME 12:45 | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) Emil J. Relwe | DATE 3/13/92 | 4 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY TCT | TIME 12:45 | COMPANY | TIME |
| 5 RELINQUISHED BY (SIGNATURE) | DATE | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY | TIME | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy