Delta Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

V-74

MPCA000984

# CHAIN-OF-CUSTODY RECORD

Delta - Sho. 4

DELTA PROJECT NO. 10-89-058 INVOICE CODE

PAGE 2 OF 2

PROJECT MANAGER Gary Schroeher

PROJECT NAME Shoreham Yard

PROJECT LOCATION MPLS mw

SAMPLER'S SIGNATURE

TURN AROUND REQUESTED: [X] NORMAL [ ] RUSH [ ] OTHER

LAB NAME TCT

LAB USE ONLY

LABORATORY PROJECT NO 441092-1222

SAMPLE CONDITION AS RECEIVED: CHILLED (YES)/NO SEALED YES/(NO)

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(Q): SLUDGE(L): OTHER(O) | BTEX | THC as Fuel Oil | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mw-314 | Monitoring Well | 3/29/2 / 1520 | Q | ✓ | ✓ | | | | | 4 | A | O.K. | 279100 |
| mw-309 | ↓ | 3/29/2 / 1553 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279101 |
| mw-24 | ↓ | 3/29/2 / 1700 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279102 |
| mw-316 | ↓ | 3/13/92 / 1145 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279103 |
| Duplicate | ↓ | ——— | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279104 |
| FB-1 | Field Blank-1 | 3/29/2 / 1715 | Q | ✓ | ✓ | | | | | 4 | ↓ | ↓ | 279105 |
| Travel | Blank | | Q | ✓ | | | | | | 1 | | | 279106 |

TOTAL NUMBER OF CONTAINERS 65

GENERAL COMMENTS: Please Send Results to Gary Schroeder

| | | | | | |
|---|---|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) [signature] | DATE 3/13/92 | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY Delta | TIME 12:45 | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) [signature] | DATE 3/13/92 | 4 RECEIVED BY (SIGNATURE) | DATE | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY TCT | TIME 12:49 | COMPANY | TIME | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

**Delta** Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

# CHAIN–OF–CUSTODY RECORD

DELTA PROJECT NO. [illegible] INVOICE CODE

PAGE OF

PROJECT MANAGER [illegible]

PROJECT NAME [illegible]

PROJECT LOCATION [illegible]

SAMPLER'S SIGNATURE

TURN AROUND REQUESTED:
☒ NORMAL
☐ RUSH ______
☐ OTHER ______

LAB NAME [illegible]

LAB USE ONLY

LABORATORY PROJECT NO.

SAMPLE CONDITION AS RECEIVED:
CHILLED YES/NO
SEALED YES/NO

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(Q): SLUDGE(L): OTHER(O) | ANALYSIS REQUESTED: [illegible] | ANALYSIS REQUESTED: [illegible] | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | | — | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | [illegible] | | [illegible] | ✓ | | | | | | 1 | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

GENERAL COMMENTS: [illegible]

TOTAL NUMBER OF CONTAINERS [illegible]

| 1 RELINQUISHED BY (SIGNATURE) [signature] | DATE [illegible] | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
|---|---|---|---|---|---|
| COMPANY | TIME [illegible] | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) [signature] | DATE [illegible] | 4 RECEIVED BY (SIGNATURE) | DATE | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY [illegible] | TIME [illegible] | COMPANY | TIME | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

MPCA000985

Delta Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

# CHAIN-OF-CUSTODY RECORD

| | | | |
|---|---|---|---|
| DELTA PROJECT NO. [illegible] | INVOICE CODE | PAGE 1 OF 1 | LAB NAME T T |
| PROJECT MANAGER [illegible] | | TURN AROUND REQUESTED: ☒ NORMAL ☐ RUSH ☐ OTHER | LAB USE ONLY |
| PROJECT NAME [illegible] | | | LABORATORY PROJECT NO. |
| PROJECT LOCATION [illegible] | | | SAMPLE CONDITION AS RECEIVED: CHILLED YES/NO; SEALED YES/NO |
| SAMPLER'S SIGNATURE [illegible] | | | |

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(Q): SLUDGE(L): OTHER(O) | ANALYSIS REQUESTED: [illegible] | ANALYSIS REQUESTED: [illegible] | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] well | 11/12/ [illegible] | Q | ✓ | ✓ | | | | | 4 | | | |
| [illegible] | F [illegible] Blank | [illegible]/11[illegible] | Q | ✓ | ✓ | | | | | [illegible] | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

GENERAL COMMENTS: [illegible] — TOTAL NUMBER OF CONTAINERS [illegible]

| | | | | | |
|---|---|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) [illegible] | DATE [illegible] | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY [illegible] | TIME [illegible] | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) | DATE | 4 RECEIVED BY (SIGNATURE) [illegible] | DATE [illegible] | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY | TIME | COMPANY TCT | TIME 12[illegible] | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

# GROUND WATER LEVEL DATA

PROJECT: Soo Line Railroad Mpls mw     DELTA PROJECT NO. 10-89-058.01

DATE: 3/11/92     RECORDED BY: CJA     MEASURING DEVICE: WLI / IFP*

| WELL NO. | TIME | REFERENCE ELEVATION | DEPTH TO G.W.* | ELEVATION | FREE PRODUCT THICKNESS | PHYSICAL OBSERVATIONS/COMMENTS |
|---|---|---|---|---|---|---|
| mw-301 | 14:46 | | 44.29 | | | TD = 49' 2" |
| mw-25 | 14:48 | | 44.29 | | | 57.8' 2" |
| mw-303 | 14:51 | | 44.44 | | | 52.4' 2" |
| mw-23 | 14:54 | | 43.57 | | | 57' 4" |
| mw-307 | 14:58 | | 43.68 | | | 54' 2" |
| mw-306 | 15:00 | | 44.61 | | | 54' 2" |
| mw-1A | 15:06 | | 46.34 | | | 59.6 2" |
| mw-22 | 15:09 | | 46.76 | | | 54' 4" |
| mw-21 | 15:16 | | 45.75 | | | 56' 4" |
| mw-317 | 15:26 | | 44.00 | | | 57' 2" Strong Odor |
| mw-316 | 15:31 | | 45.95 | | | 83.3' 2" |
| mw-313 | 15:43 | | 45.60 | | | 55.5 2" |
| mw-314 | 15:45 | | 45.36 | | | 57.7' 2" |
| mw-309 | 15:49 | | 45.91 | | | 55.7' 2" |
| mw-24 | 16:08 | | 43.94 | | | 56' 4" |
| mw-2 * | ~~15:54~~ | 16:03 | ~~45.55~~ | 52.85 | ~~0.30~~ 7.04 | ~~[illegible]~~ Prod Dp 45.81 |
| mw-3 * | 16:17 | | 49.40 | | 5.49 | 43.91 |
| mw-308 * | 16:19 | | 50.30 | | 6.40 | 43.90 |
| mw-310 * | 15:59 | | 45.55 | | 0.30 | 45.25 |

Cover 0.70

* Measured from top of riser unless otherwise noted.

T00-020
Rev. 4/91

MPCA000987

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ______

Wind Speed: ______

Temperature: ______

## GENERAL CONDITIONS

Sampling point: mw-1A    Project: Shoreham Yard

Location: MPLS mw    W.O. #: 10-89-058

Sample ID #: mw-1A    Date sampled: 3/12/92    Time: 12:27

Describe sampling point: monitoring well 1A

Well depth: 59.6 ft. below MP    Casing diameter: 2 inches

Depth to water (below MP): 46.34 ft.    Date: 3/11/92    Time: 15:06

Discharge rate = ______ gpm x 0.00223 = ______ cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ Pipe Bailer ___ Other: ______

Pump intake or bailer set at ______ ft. below MP

Tubing (type: ______), (new or previously used) was used to collect all samples (___ Yes ___ No)

and all field measurements (___ Yes ___ No). Tubing used only for ______

Sample appearance: Clear    Odor: N.O.

Note any sampling problems: ______

Note any cleaning performed in field: ______

Samples collected: 3x40ml VOA BTEX 1-500ml TH Cas Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 59.6 - 46.34 = 13.26 (.163)(3) = 6.48 gallons to bail before Sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA    Sampled by: CJA

1011/9-88

MPCA000988

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: —

Wind Speed: 0-5

Temperature: 26

## GENERAL CONDITIONS

Sampling point: mw-21 Project: 10-89-058 → to Shoreham Yard

Location: MPLS mw W.O. #:

Sample ID #: mw-21 Date sampled: 3/12/92 Time: 13:52

Describe sampling point: monitoring well 21

Well depth: 56 ft. below MP Casing diameter: 4" inches

Depth to water (below MP): 45.75 ft. Date: 3/11/92 Time: 15:16

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ disp Bailer ___ Other: ___

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: N.O.

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ___ WL ___

Bailing stop time ___ WL ___

Comments: 56 - 45.75 = 10.25 (.653)(3) = 20.08 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000989

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: —

Wind Speed: 0-5

Temperature: 25

## GENERAL CONDITIONS

Sampling point: mw-22 Project: Shoreham Yard

Location: mpls mn W.O. #: 10-89-058

Sample ID #: mw-22 Date sampled: 3/12/92 Time: 13:03

Describe sampling point: monitoring Well 22

Well depth: 54 ft. below MP Casing diameter: 4 inches

Depth to water (below MP): 46.76 ft. Date: 3/11/92 Time: 15:09

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: N.O

Note any sampling problems: Bailed Dry

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500 ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 54-46.76=7.24(.653)(3)=14.18 gallons to bail before sampling
Bailed Dry after 10 gallons Let recharge & then sample

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000990

# SAMPLING INFORMATION SHEET

**Weather Conditions:**

Cloud Cover: ______

Wind Speed: ______

Temperature: ______

## GENERAL CONDITIONS

Sampling point: MW-23 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-23 Date sampled: 3/12/92 Time: 10:56

Describe sampling point: Monitoring Well 23

Well depth: 57 ft. below MP Casing diameter: 4 inches

Depth to water (below MP): 43.57 ft. Date: 3/11/92 Time: 14:54

Discharge rate = ______ gpm x 0.00223 = ______ cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ disp Bailer ___ Other: ______

Pump intake or bailer set at ______ ft. below MP

Tubing (type: ______), (new or previously used) was used to collect all samples (___ Yes ___ No) and all field measurements (___ Yes ___ No). Tubing used only for ______

Sample appearance: Clear Odor: N.O.

Note any sampling problems: ______

Note any cleaning performed in field: ______

Samples collected: 3X40 ml VOA BTEX 1-500 ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 57-43.57= 13.43(.653)(3)= 26.31 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000991

# SAMPLING INFORMATION SHEET

Weather Conditions:
- Cloud Cover: ______
- Wind Speed: ______
- Temperature: ______

## GENERAL CONDITIONS

Sampling point: MW-24 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-24 Date sampled: 3/12/92 Time: 17:00

Describe sampling point: Monitoring Well 24

Well depth: 56 ft. below MP Casing diameter: ~4 inches

Depth to water (below MP): 43.94 ft. Date: 3/11/92 Time: 16:08

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ disp Bailer ___ Other: ______

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes ___ No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: N.O.

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 56-43.94=12.06(.653)(3)= 23.63 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ______

Wind Speed: ______

Temperature: ______

## GENERAL CONDITIONS

Sampling point: MW-25 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-25 Date sampled: 3/12/92 Time: 9:45

Describe sampling point: monitoring well 25

Well depth: 57.8 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 44.29 ft. Date: 3/11/92 Time: 14:48

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ Disp Bailer ___ Other: ______

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: Slight

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40ml VOA BTEX 1-500ml THC as Fuel oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 57.8 - 44.29 = 13.51 (.163)(3) = 6.61 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000993

# SAMPLING INFORMATION SHEET

Weather Conditions:
Cloud Cover: —
Wind Speed: 5-10
Temperature: ~~2~~ 15

## GENERAL CONDITIONS

Sampling point: mw-301 Project: Shoreham Yard
Location: Mpls mn W.O. #: 10-89-058
Sample ID #: mw-301 Date sampled: 3/12/92 Time: 9:10
Describe sampling point: monitoring Well 301

Well depth: 49 ft. below MP Casing diameter: 2 inches
Depth to water (below MP): 44.29 ft. Date: 3/11/92 Time: 14:46
Discharge rate = — gpm x 0.00223 = — cfs.
At least 3 bore volumes have been evacuated before sampling.
Sampling method: ___ Tap ___ Submersible pump ✓ Disp Bailer ___ Other: ___
Pump intake or bailer set at — ft. below MP
Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)
and all field measurements ( — Yes — No). Tubing used only for —
Sample appearance: Clear Odor: N.O
Note any sampling problems: —
Note any cleaning performed in field: —
Samples collected: 3X40ml VOA BTEX 1-500ml THC or Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ___ WL ___
Bailing stop time ___ WL ___

Comments: 49 - 44.29 = 4.71 (.163)(3) = 2.30 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler
Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000994

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: —

Wind Speed: 0-5

Temperature: 20

## GENERAL CONDITIONS

Sampling point: MW-303 — Project: Shoreham Yard

Location: MPLS MW — W.O. #: 10-89-058

Sample ID #: MW-303 — Date sampled: 3/12/92 — Time: 10:12

Describe sampling point: Monitoring Well 303

Well depth: 52.4 ft. below MP — Casing diameter: 2 inches

Depth to water (below MP): 44.44 ft. — Date: 3/11/92 — Time: 14:51

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for ____

Sample appearance: Clear Slight Sheen — Odor: Slight

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 52.4-44.44 = 7.96 (.163)(3) = 3.89 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA — Sampled by: CJA

1011/9-88

MPCA000995

# SAMPLING INFORMATION SHEET

Weather Conditions:
- Cloud Cover: 5%
- Wind Speed: 0-5
- Temperature: 23

## GENERAL CONDITIONS

Sampling point: mw-306 Project: Shoreham Yard

Location: MPLS nw W.O. #: 10-89-058

Sample ID #: mw-306 Date sampled: 3/12/92 Time: 11:51

Describe sampling point: monitoring well 306

Well depth: 54 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 44.61 ft. Date: 3/11/92 Time: 15:00

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ disp Bailer ___ Other: ___

Pump intake or bailer set at ___ ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( ___ Yes ___ No)

and all field measurements ( ___ Yes ___ No). Tubing used only for ___

Sample appearance: Clear Odor: Slight

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ___ WL ___

Bailing stop time ___ WL ___

Comments: 54-44.61 = 9.39(.163)(3) = 4.59 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

# SAMPLING INFORMATION SHEET

Weather Conditions:
Cloud Cover: ______
Wind Speed: ______
Temperature: ______

## GENERAL CONDITIONS

Sampling point: mw-307 Project: Shoreham Yard

Location: mpls mw W.O. #: 10-89-058

Sample ID #: mw-307 Date sampled: 3/12/92 Time: 11:25

Describe sampling point: monitoring well 307

Well depth: 54 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 43.68 ft. Date: 3/11/92 Time: 14:58

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ disp Bailer ___ Other: ______

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: —

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 54-43.68 = 10.32(.163)(3) = 5.05 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000997

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ____

Wind Speed: ____

Temperature: ____

## GENERAL CONDITIONS

Sampling point: mw-309 Project: Shoreham Yard

Location: MPLS mw W.O. #: 10-89-058

Sample ID #: mw-309 Date sampled: 3/12/92 Time: 15:53

Describe sampling point: Monitoring Well 309

Well depth: 55.7 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 45.91 ft. Date: 3/11/92 Time: 15:49

Discharge rate = ____ gpm x 0.00223 = ____ cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples (— Yes ____ No)

and all field measurements (— Yes — No). Tubing used only for —

Sample appearance: Clear Odor: Strong Airplane Glue Like odor

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 55.7 - 45.91 = 9.79 (.163)(3) = 4.79 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000998

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: C

Wind Speed: 0-5

Temperature: 26

## GENERAL CONDITIONS

Sampling point: MW-313 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-313 Date sampled: 3/12/92 Time: 14:25

Describe sampling point: Monitoring well 313

Well depth: 55.5 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 45.60 ft. Date: 3/11/92 Time: 15:43

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes ____ No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Clear Odor: N.O.

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 55.5 - 45.60 = 9.9 (.163)(3) = 4.84 ([redacted]) = [redacted] gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA000999

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ______

Wind Speed: ______

Temperature: ______

## GENERAL CONDITIONS

Sampling point: MW-314 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-314 Date sampled: 3/12/92 Time: 15:20

Describe sampling point: Monitoring Well 314

Well depth: 57.7 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 45.36 ft. Date: 3/11/92 Time: 15:45

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ✓ Disp Bailer ___ Other: ______

Pump intake or bailer set at — ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples (___ Yes ___ No)

and all field measurements (— Yes ___ No). Tubing used only for ______

Sample appearance: Clear Product Sheen on Top of Water Odor: Strong

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3X40ml VOA BTEX 1-500ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: 57.7 - 45.36 = 12.34(.163)(3) = 6.03 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA001000

# SAMPLING INFORMATION SHEET

Weather Conditions:
Cloud Cover: 100%
Wind Speed: 5-10
Temperature: 22

## GENERAL CONDITIONS

Sampling point: MW-316 Project: Shoreham Yard
Location: MPLS MN W.O. #: 10-89-058
Sample ID #: MW-316 Date sampled: 3/13/92 Time: 11:45
Describe sampling point: monitoring well 316

Well depth: 83.3 ft. below MP Casing diameter: 2 inches
Depth to water (below MP): 45.95 ft. Date: 3/11/92 Time: 15:31
Discharge rate = — gpm x 0.00223 = — cfs.
At least 3 bore volumes have been evacuated before sampling.
Sampling method: ____ Tap ____ Submersible pump ✓ Disp Bailer ____ Other: ____
Pump intake or bailer set at — ft. below MP
Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)
and all field measurements ( — Yes — No). Tubing used only for —
Sample appearance: Clear Odor: N.O.
Note any sampling problems: Very difficult to get bailer to enter the water Table
Note any cleaning performed in field:
Samples collected: 3x40ml VOA BTEX 1-500 ml THC as Fuel Oil *

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____
Bailing stop time ____ WL ____

Comments: 83.3 - 45.95 = 37.35 (.163)(3) = 18.26 gallons to bail before sampling
* MW-316 has a duplicate Sample *

Transportation (thermal preservation): Rigid Cooler
Form Completed by: CJA Sampled by: CJA

1011/9-88

MPCA001001

# SAMPLING INFORMATION SHEET

Weather Conditions:
Cloud Cover: ____
Wind Speed: ____
Temperature: ____

## GENERAL CONDITIONS

Sampling point: MW-317 Project: Shoreham Yard

Location: MPLS MN W.O. #: 10-89-058

Sample ID #: MW-317 Date sampled: 3/18/92 Time: 11:15

Describe sampling point: monitoring well 317

Well depth: 57 ft. below MP Casing diameter: 2 inches

Depth to water (below MP): 44 ft. Date: 3/11/92 Time: 15:26

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at ____ ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Cloudy Rainbows Odor: Slight

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40ml VOA BTEX 1-500 ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 57-44 = 13(.163)(3) = 6.36 gallons to bail before sampling

Transportation (thermal preservation) Rigid Cooler

Form Completed by: CJA Sampled by: CJA

1011/9-88

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ____

Wind Speed: ____

Temperature: ____

## GENERAL CONDITIONS

Sampling point: MW-317    Project: Shoreham Yard

Location: MPLS MN    W.O. #: 10-89-058

Sample ID #: MW-317    Date sampled: 3/18/92    Time: 11:15

Describe sampling point: Monitoring Well 317

Well depth: 57 ft. below MP    Casing diameter: 2 inches

Depth to water (below MP): 44 ft.    Date: 3/11/92    Time: 15:26

Discharge rate = — gpm x 0.00223 = — cfs.

At least 3 bore volumes have been evacuated before sampling.

Sampling method: ____ Tap ____ Submersible pump ✓ disp Bailer ____ Other: ____

Pump intake or bailer set at ____ ft. below MP

Tubing (type: — ), (new or previously used) was used to collect all samples ( — Yes — No)

and all field measurements ( — Yes — No). Tubing used only for —

Sample appearance: Cloudy Rainbows    Odor: Slight

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40ml VOA BTEX 1-500 ml THC as Fuel Oil

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: 57-44 = 13(.163)(3) = 6.36 gallons to bail before sampling

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA    Sampled by: CJA

1011/9-88

# SAMPLING INFORMATION SHEET

Weather Conditions:
- Cloud Cover: ____
- Wind Speed: ____
- Temperature: ____

## GENERAL CONDITIONS

Sampling point: Field Blank 1    Project: Shoreham Yard

Location: —    W.O. #: 10-89-058

Sample ID #: Field Blank 1    Date sampled: 3/12/92    Time: 17:15

Describe sampling point: ____

Well depth: — ft. below MP    Casing diameter: ____ inches

Depth to water (below MP): — ft.    Date: __/__/__    Time: ____

Discharge rate = ____ gpm x 0.00223 = ____ cfs.

At least ____ bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ___ Bailer ___ Other: ____

Pump intake or bailer set at ____ ft. below MP

Tubing (type: ____), (new or previously used) was used to collect all samples (___ Yes ___ No)

and all field measurements (___ Yes ___ No). Tubing used only for ____

Sample appearance: D.I Water    Odor: N.O

Note any sampling problems: ____

Note any cleaning performed in field: ____

Samples collected: 3x40ml BTEX 1-500ml THCas Fuel O.1

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____    WL ____

Bailing stop time ____    WL ____

Comments: Collected FB-1 after sample all wells inside Soo line Property

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA    Sampled by: CJA

1011/9-88

MPCA001004

# SAMPLING INFORMATION SHEET

Weather Conditions:

Cloud Cover: ______

Wind Speed: ______

Temperature: ______

## GENERAL CONDITIONS

Sampling point: FB-2 — Project: Shoreham Yard

Location: MPLS — W.O. #: 10-89-058

Sample ID #: FB-2 — Date sampled: 3 / 13 / 92 — Time: 11:30

Describe sampling point: Field Blank 2

Well depth ______ ft. below MP — Casing diameter: ______ inches

Depth to water (below MP) ______ ft. — Date: __/__/__ — Time: ______

Discharge rate = ______ gpm x 0.00223 = ______ cfs.

At least ______ bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ___ Bailer ___ Other: ______

Pump intake or bailer set at ______ ft. below MP

Tubing (type: ______), (new or previously used) was used to collect all samples (___ Yes ___ No) and all field measurements (___ Yes ___ No). Tubing used only for ______

Sample appearance: Clear — Odor: N.O.

Note any sampling problems: —

Note any cleaning performed in field: —

Samples collected: 3x40 ml BTEX

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: ______

Transportation (thermal preservation): Rigid Cooler

Form Completed by: CJA — Sampled by: CJA

1011/9-88

MPCA001005

31 3/16/92 10-89-058.01 Soo Line
MPLS MW

Leave Delta - 10:00
Miles Delta - 14582
Arrive Site - 10:15
Miles Site - 14591
Leave Site - 11:45
Arrive Delta - 12:25
Miles Delta - 14608

Tasks: Collect ground water sample from monitoring well 3#7 and a Field Blank. Both for THC as Fuel Oil and BTEX

Personnel - C. Arndt Delta
Mark Kenyon Kenyon Surveying

3/16/92 10-89-058.01 Soo Line
MPLS

- Found four gates around property ALL 4 GATES ARE LOCKED!
- I climbed over the fence between Tom Thumb and the well.
- Transported sample to TCT

Eq. 2 - Bailers
2 - Sample Supplies

3/13/92 10-89-058.01 Soo Line

MPLS mn

Leave Delta - 9:50 A.m.

miles Delta - 14383

Arrive Site - 10:10

Miles Site - 14392

Leave Site - 12:25

Arrive Delta - 1:00 P.M

miles Delta - 14413

Tasks: Collect samples from monitoring well's mw-317 + 316.

Personnel - C. Arendt Delta

3/13/92 10-89-058.01 Soo Line

MPLS mn

- Called Guy could not gain access to MW-317 (gates were locked) Try Keys from Sully's they did not work decided to collect sample on Monday.

- Transported Sample to TCT before going back to office.

Eq - 1 - Bailer

1 - Sample - Sampler

3/2/92 10-89-058.01 Soo Line
MPLS mw

Leave Delta 8:15
miles Delta - 14344
Arrive Site - 9:00
miles Site - 14360
Leave Site - 5:30 p.m
Arrive Delta - 5:50 p.m
miles Delta - 14372
Prep 1 hr for Sampling
Tasks - Collect sample from all wells for BTEX TH C as Fuel Oil

Personnel - C. Arendt Delta
M. Mitchell " 1 hr

3/12/92 10-89-058.01 Soo Line
Mpls mw

- Collected samples from all monitoring wells except mw-317 and mw-316, I will collect those tomorrow 3/13/92.
- Collected 1 Field Blank
- I used 2 bailers on the 4" wells to cut down on bailing time

Eq - 18 - Bailers
14 - Sample supplies

3/10/92 10-89-056.01

Leave Delta - 1:00 pm
Miles Delta - 14276
Arrive Hank Joint 1:20
Leave Joint 1:21.
Arrive Delta - 1:40
Miles Delta 14294

Pick up Phase I Report

3/11/92 10-89-058.01 Soo Line
MPLS
Leave Delta - 2:30 pm
Miles " - 14311
Arrive Site - 2:45
Miles Site - 14320
Leave Site - 4:30
Arrive Delta - 4:45
Miles Delta - 14329

Tasks - Measure groundwater elevation and product thickness in all monitoring wells.

Personnel: C. Arendt - Delta

twin city testing corporation

662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

# REPORT OF: CHEMICAL ANALYSES

**PROJECT:** **SHOREHAM YARD, 10-89-058** **DATE:** March 25, 1992

**REPORTED TO:** Delta Environmental Consultants
Attn: Gary Schroeher
3900 Northwoods Drive
Suite 200
St Paul, MN 55112

---

**LABORATORY NO:** 4410 92-1257

## INTRODUCTION

This report presents the results of the analyses of two samples received on March 16, 1992, from a representative of Delta Environmental Consultants. The scope of our services was limited to the parameters listed in the attached tables.

## METHODOLOGY

Analyses are performed according to Twin City Testing Standard Operating Procedures. The procedures are based on the references stated in the analytical results tables.

## RESULTS

The results are listed in the attached tables.

## REMARKS

The samples were collected on March 16, 1992, and were consumed in the analyses.

**TWIN CITY TESTING CORPORATION**

Stephanie A. Kidder
Project Manager

Susan D. Max, Director
Laboratory Operations

SAK\SDM\tlv

'92 APR 29

MPCA001010

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL.

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in $\mu g/L$ which is equivalent to parts-per-billion)

**Client ID:** **MW-317 2" Monitoring Well**

TCT ID: 279287

| **Parameter:** | | PQL |
|---|---|---|
| Benzene | ND | 50 |
| Toluene | 2,100 | 50 |
| Ethyl benzene | 480 | 50 |
| Total xylenes | 730 | 50 |

**Surrogate Recovery:**

| | |
|---|---|
| α,α,α-Trifluorotoluene | 118% |

**Date Analyzed:** 3/23/92

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001011

LABORATORY NO: 4410 92-1257

# VOLATILE ORGANIC COMPOUND RESULTS
## EPA METHOD 8020

(All values are in µg/L which is equivalent to parts-per-billion)

| **Client ID:** | **FB-2 Field Blank** | **Method Blank** | |
|---|---|---|---|
| TCT ID: | 279288 | | |
| **Parameter:** | | | **PQL** |
| Benzene | ND | ND | 5 |
| Toluene | ND | ND | 5 |
| Ethyl benzene | ND | ND | 5 |
| Total xylenes | ND | ND | 5 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 117% | 118% | |
| **Date Analyzed:** | 3/20/92 | 3/20/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001012

**LABORATORY NO: 4410 92-1257**

# ANALYTICAL RESULTS

(All values are listed as percent recoveries)

| Parameter: | Matrix Spike | Matrix Spike Duplicate |
|---|---|---|
| Benzene | 105 | 103 |
| Toluene | 106 | 109 |
| Ethyl benzene | 106 | 105 |
| Total xylenes | 105 | 104 |
| Methyl-tert-butyl ether | 115 | 113 |
| 1,3,5-Trimethylbenzene | 109 | 108 |
| 1,2,4-Trimethylbenzene | 105 | 105 |
| **Surrogate Recovery:** | | |
| $\alpha,\alpha,\alpha$-Trifluorotoluene | 116 | 116 |

**Date Analyzed:** 3/23/92

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001013

**LABORATORY NO:** 4410 92-1257

twin city testing corporation

# FUEL OIL RESULTS
# USGS METHOD 82-1004

(All values are in mg/L which is equivalent to parts-per-million)

| Sample Identification | TCT ID | Total Hydrocarbons as #2 Fuel Oil | Pentacosane Recovery (%) | Method Detection Limit |
|---|---|---|---|---|
| MW-317 2" Monitoring Well | 279287 | 5.1[1] | 11* | 0.2 |
| FB-2 Field Blank | 279288 | ND | 63 | 0.2 |
| Blank | | ND | 102 | 0.2 |
| Method Spike | | 59% Recovery | 90 | |
| Method Spike Duplicate | | 65% Recovery | 93 | |

**Date Extracted:** 3/17/92

**Date Analyzed:** 3/19/92

---

[1] Chromatographic profile contains higher boiling hydrocarbons and is not typical of #2 fuel oil.

* Sample could not be reextracted due to a limited sample volume.

ND = Not Detected

**Reference:** Methods for the Determination of Organic Substances in Water and Fluvial Sediments, U.S. Geological Survey Techniques of Water-Resources Investigations, Book 5, Laboratory Analysis, Chapter A3.

Leaking Underground Fuel Tank (LUFT) Field Manual, California State Water Resources Control Board, Division of Water Quality, December 17, 1987.

MPCA001014

LABORATORY NO: 4410 92-1257

V-55

**Delta**
Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

# CHAIN-OF-CUSTODY RECORD ✓

DELTA PROJECT NO. 10-89-058 INVOICE CODE
PAGE 1 OF 1
PROJECT MANAGER Gary Schroeher
PROJECT NAME Shorehan Yard
PROJECT LOCATION MPLS MN
SAMPLER'S SIGNATURE Carl Arendt

TURN AROUND REQUESTED: ☒ NORMAL ☐ RUSH ☐ OTHER

LAB NAME TCT
LAB USE ONLY
LABORATORY PROJECT NO.
SAMPLE CONDITION AS RECEIVED: CHILLED (YES)/NO SEALED YES/(NO)
SAMPLE CONDITION/COMMENTS OK

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(Q): SLUDGE(L): OTHER(O) | ANALYSIS REQUESTED: BTEX | ANALYSIS REQUESTED: THC as Fuel Oil | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|
| MW-317 ✓ | 2" Monitoring Well | 3/6/92 / 1115 | Q | ✓ | ✓ | 4 | | 279287 |
| FB-2 ✓ | Field Blank | 3/6/92 / 1130 | Q | ✓ | ✓ | 4 | | 279288 |

GENERAL COMMENTS: Please Send Results to Gary Schroeher

TOTAL NUMBER OF CONTAINERS: 8

| | | | |
|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) Carl Arendt | DATE 3/6/92 | 3 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY Delta | TIME 1265 | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) | DATE | 4 RECEIVED BY (SIGNATURE) Paula Brown | DATE 3/6/92 |
| COMPANY | TIME | COMPANY TCT | TIME 12:06 |
| 5 RELINQUISHED BY (SIGNATURE) | DATE | | |
| COMPANY | TIME | | |
| 6 RECEIVED BY (SIGNATURE) | DATE | | |
| COMPANY | TIME | | |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

Delta - Shor. 5
[illegible] 02 - 1257

MPCA001015

twin city testing corporation

662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

REPORT OF: CHEMICAL ANALYSES

PROJECT: SHOREHAM YARD

DATE: October 17, 1991

REPORTED TO: Delta Environmental Consultants
Attn: Gary Schroeher
3900 Northwoods Drive, Suite 200
St. Paul, MN 55112

---

LABORATORY NO: 4410 91-4814

## INTRODUCTION

This report presents the results of the analyses of four samples received on September 13, 1991, from a representative of Delta Environmental Consultants. The scope of our services was limited to the parameters listed in the attached tables.

## SAMPLE IDENTIFICATION

| | |
|---|---|
| SB313, 30' - | TCT #261907 |
| SB314, 30' - | TCT #261908 |
| SB315, 50' - | TCT #261909 |
| Travel Blank - | TCT #261910 |

## METHODOLOGY

### Volatiles

Gasoline concentrations were determined using methods similar to EPA Method 8020 with a Tekmar Liquid Sample Concentrator on a Perkin Elmer Sigma 3B gas chromatograph equipped with a flame ionization detector. Compounds were identified by column retention time and quantified by peak area comparisons to those of known standards using a HP3396A integrator.

### Fuel Oil (#2)

The samples were extracted with methylene chloride. The extracts were dehydrated with anhydrous sodium sulfate and concentrated to less than five milliliters in a Kuderna-Danish concentrator on a steam bath. The extracts were then analyzed using an HP5890A gas chromatograph equipped with a flame ionization detector. Fuel oil (#2) was identified by column retention time and quantified by peak area comparisons to those of known standards using a VG Laboratory data system.



AS A MUTUAL PROTECTION TO CLIENTS THE PUBLIC AND OURSELVES ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS. AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL

# REPORT OF: CHEMICAL ANALYSES

**PROJECT:** SHOREHAM YARD

**DATE:** October 17, 1991

**LABORATORY NO:** 4410 91-4814

**PAGE:** 2

## RESULTS

The results are listed in the attached tables.

## REMARKS

The samples were collected on September 12, 1991, and were consumed in the analyses.

**TWIN CITY TESTING CORPORATION**

Stephanie A. Kidder
Project Manager

Catherine A. [illegible] for
Ray Fritz
GC Chemist

SAK/RF/sjw

MPCA001017

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL

## TABLE 1

### ANALYTICAL RESULTS

| Sample Identification | Total Hydrocarbons as #2 Fuel Oil (mg/kg) | Pentacosane Recovery (%) |
|---|---|---|
| SB313, 30' | ND | 83 |
| SB314, 30' | 3,200 | 76 |
| SB315, 50' | 1,400 | 89 |
| Method Detection Limit | 2.0 | |

All values are in mg/kg which is equal to parts-per-million (ppm).

NA = Not Analyzed

ND = Not Detected

**Date Extracted:** September 18, 1991

**Date Analyzed:** September 20, 1991

MPCA001018

Laboratory No: 4410 91-4814

# TABLE 2

## ANALYTICAL RESULTS

| Parameter | SB-313 30' | MDL (ug/kg) |
|---|---|---|
| Total hydrocarbons as gasoline | 20 | 7 |
| Benzene | ND | 1 |
| Toluene | ND | 1 |
| Total xylenes | ND | 1 |
| Ethyl benzene | ND | 1 |
| **SURROGATE RECOVERY:** | | |
| $\alpha,\alpha,\alpha$-Trifluorotoluene | 79% | |

---

All values are in ug/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 20, 1991

MPCA001019

Laboratory No: 4410 91-4814

# TABLE 3

## ANALYTICAL RESULTS

| Parameter | SB-314 30' | MDL (ug/kg) |
|---|---|---|
| Total hydrocarbons as gasoline | *1,100,000 | 11,000 |
| Benzene | ND | 1,600 |
| Toluene | ND | 1,600 |
| Total xylenes | 6,100 | 1,600 |
| Ethyl benzene | ND | 1,600 |
| **SURROGATE RECOVERY:** | | |
| α,α,α-Trifluorotoluene | 89% | |

*Higher boiling hydrocarbons present, nontypical of fresh gasoline.

All values are in ug/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 20, 1991

MPCA001020

Laboratory No: 4410 91-4814

# TABLE 4

## ANALYTICAL RESULTS

| Parameter | SB-315 50' | MDL (ug/kg) |
|---|---|---|
| Total hydrocarbons as gasoline | *200,000 | 1,400 |
| Benzene | ND | 200 |
| Toluene | 380 | 200 |
| Total xylenes | 1,300 | 200 |
| Ethyl benzene | 590 | 200 |
| **SURROGATE RECOVERY:** | | |
| α,α,α-Trifluorotoluene | 92% | |

---

*Higher boiling hydrocarbons present, nontypical of fresh gasoline.

All values are in ug/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 20, 1991

MPCA001021

Laboratory No: 4410 91-4814

# TABLE 5

## ANALYTICAL RESULTS

| Parameter | Travel Blank | MDL (ug/L) |
|---|---|---|
| Total hydrocarbons as gasoline | ND | 7 |
| Benzene | ND | 1 |
| Toluene | ND | 1 |
| Total xylenes | ND | 1 |
| Ethyl benzene | ND | 1 |
| **SURROGATE RECOVERY:** | | |
| α,α,α-Trifluorotoluene | 96% | |

All values are in ug/L which is equivalent to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 20, 1991

MPCA001022

Laboratory No: 4410 91-4814

twin city testing corporation

662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

**REPORT OF: CHEMICAL ANALYSES**

**PROJECT:** **SOOLINE RR SHOREHAM YARD #10-89-058** **DATE:** October 15, 1991

**REPORTED TO:** Delta Environmental Consultants
Attn: Roger Davis
3900 Northwoods Drive
Suite 200
St. Paul, MN 55112

**LABORATORY NO:** 4410 91-4780

## INTRODUCTION

This report presents the results of the analyses of five samples received on September 11, 1991, from a representative of Delta Environmental Consultants. The scope of our services was limited to the parameters listed in the attached tables.

## SAMPLE IDENTIFICATION

SB-309A 35' Below GR - TCT #261487
SB-310A 35' Below GR - TCT #261488
SB-311A 35' Below GR - TCT #261489
SB-311B 54' Below GR - TCT #261490
SB-312A 35' Below GR - TCT #261491

## METHODOLOGY

### Volatiles

Gasoline concentrations were determined using methods similar to EPA Method 8020 with a Tekmar Liquid Sample Concentrator and an HP5890A gas chromatograph equipped with a flame ionization detector. Compounds were identified by column retention time and quantified by peak area comparisons to those of known standards using a VG Laboratory data system.

### Fuel Oil (#2)

The samples were extracted with methylene chloride. The extracts were dehydrated with anhydrous sodium sulfate and concentrated to less than five milliliters in Kuderna-Danish concentrators on a steam bath. The extracts were then analyzed using an HP 5890A gas chromatograph equipped with a flame ionization detector. Fuel oil (#2) was identified by column retention time and quantified by peak area comparisons to those of known standards using a VG Laboratory data system.

## RESULTS

The results are listed in the attached tables.

MPCA001023

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL