# REPORT OF: CHEMICAL ANALYSES

**PROJECT:** **SOOLINE RR SHOREHAM YARD #10-89-058** **DATE:** October 15, 1991

**LABORATORY NO:** 4410 91-4780 **PAGE:** 2

## REMARKS

The samples were collected on September 9, 1991 and September 10, 1991, and were consumed in the analyses.

**TWIN CITY TESTING CORPORATION**

Stephanie A. Kidder
Project Manager

Catherine A. Laudenbach
Project Manager

SAK/CAL/lml

MPCA001024

AS A MUTUAL PROTECTION TO CLIENTS, THE PUBLIC AND OURSELVES, ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS, AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL

# TABLE 1

## ANALYTICAL RESULTS

| Sample Identification | Total Hydrocarbons as #2 Fuel Oil (mg/kg) | Pentacosane Recovery (%) |
|---|---|---|
| SB-309A 35' Below GR | 1,400* | 62 |
| SB-310A 35' Below GR | 3,800 | 83 |
| SB-311A 35' Below GR | ND | 66 |
| SB-311B 54' Below GR | 9,300 | 0** |
| SB-312A 35' Below GR | ND | 91 |
| Method Detection Limit | 2.0 | |

* Chromatographic profile contains lower boiling hydrocarbons and is non-typical of #2 Fuel Oil.

** Pentacosane lost in fuel oil.

All values are in mg/kg which is equal to parts-per-million (ppm).

ND = Not Detected

**Date Extracted:** September 17, 1991

**Date Analyzed:** September 20, 1991

MPCA001025

Laboratory No: 4410 91-4780

## TABLE 2

## ANALYTICAL RESULTS

| Parameter | SB-309A 35' Below GR | SB-311B 54' Below GR | MDL (µg/kg) |
|---|---|---|---|
| Total hydrocarbons as gasoline | 4,600,000* | 940,000* | 1,100 |
| Benzene | 1,300 | 530 | 210 |
| Toluene | 180,000 | 4,100 | 210 |
| Total xylenes | 520,000 | 39,000 | 210 |
| Ethyl benzene | 170,000 | 20,000 | 210 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 86% | 94% | |

* Chromatographic profile is non-typical of gasoline.

All values are in µg/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Extracted:** September 22, 1991 and September 24, 1991

**Date Analyzed:** September 22, 1991 and September 26, 1991

MPCA001026

Laboratory No: 4410 91-4780

# TABLE 3

## ANALYTICAL RESULTS

| Parameter | SB-310A 35' Below GR | MDL (µg/kg) |
|---|---|---|
| Total hydrocarbons as gasoline | 24,000* | 21 |
| Benzene | ND | 4 |
| Toluene | 390 | 4 |
| Total xylenes | 2,100 | 4 |
| Ethyl benzene | 910 | 4 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 83% | |

---

* Chromatographic profile is non-typical of gasoline.

All values are in µg/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 23, 1991

MPCA001027

Laboratory No: 4410 91-4780

# TABLE 4

## ANALYTICAL RESULTS

| Parameter | SB-311A 35' Below GR | SB-312A 35' Below GR | MDL (µg/kg) |
|---|---|---|---|
| Total hydrocarbons as gasoline | ND | 6 | 5 |
| Benzene | ND | ND | 1 |
| Toluene | ND | 1 | 1 |
| Total xylenes | ND | 1 | 1 |
| Ethyl benzene | ND | ND | 1 |
| **Surrogate Recovery:** | | | |
| α,α,α-Trifluorotoluene | 87% | 86% | |

All values are in µg/kg which is equal to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 22, 1991

MPCA001028

Laboratory No: 4410 91-4780

# TABLE 5

## ANALYTICAL RESULTS

| Parameter | Method Blank | MDL (µg/L) |
|---|---|---|
| Total hydrocarbons as gasoline | ND | 5 |
| Benzene | ND | 1 |
| Toluene | ND | 1 |
| Total xylenes | ND | 1 |
| Ethyl benzene | ND | 1 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 96% | |

All values are in µg/L which is equivalent to parts-per-billion (ppb).

ND = Not Detected

MDL = Method Detection Limit

**Date Analyzed:** September 22, 1991

MPCA001029

Laboratory No: 4410 91-4780

twin city testing corporation
662 CROMWELL AVENUE
ST. PAUL, MN 55114
PHONE 612/645-3601

# REPORT OF: CHEMICAL ANALYSES

**PROJECT:** SHOREHAM YARD, 10-89-058.01

**DATE:** March 17, 1992

**REPORTED TO:** Delta Environmental Consultants
Attn: Roger Davis
3900 Northwoods Drive
Suite 200
St. Paul, MN 55112

**LABORATORY NO:** 4410 92-1219

## INTRODUCTION

This report presents the results of the analyses of two samples received on March 6, 1992, from a representative of Delta Environmental Consultants. The scope of our services was limited to the parameters listed in the attached tables.

## METHODOLOGY

Analyses are performed according to Twin City Testing Standard Operating Procedures. The procedures are based on the references stated in the analytical results tables.

## RESULTS

The results are listed in the attached tables.

## REMARKS

The samples were collected on March 6, 1992, and were consumed in the analyses.

TWIN CITY TESTING CORPORATION

Stephanie A. Kidder
Project Manager

Susan D. Max, Director
Laboratory Operations

SAK\SDM\tlv

23 MAR 92 8:43

MPCA001030

AS A MUTUAL PROTECTION TO CLIENTS. THE PUBLIC AND OURSELVES. ALL TWIN CITY TESTING CORPORATION REPORTS ARE SUBMITTED AS THE CONFIDENTIAL PROPERTY OF CLIENTS. AND AUTHORIZATION FOR PUBLICATION OF STATEMENTS. CONCLUSIONS OR EXTRACTIONS FROM OR REGARDING OUR REPORTS IS RESERVED PENDING OUR PRIOR WRITTEN APPROVAL.

# VOLATILE ORGANIC COMPOUND RESULTS
## EPA METHOD 8020

(All values are in µg/Kg which is equal to parts-per-billion)

| | | |
|---|---|---|
| **Client ID:** | MW-316 (15) | |
| TCT ID: | 278588 | |
| **Parameter:** | | PQL |
| Benzene | ND | 19,000 |
| Toluene | 350,000 | 19,000 |
| Ethyl benzene | 19,000 | 19,000 |
| Total xylenes | 160,000 | 19,000 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 98% | |
| Total hydrocarbons as gasoline | 5,000,000 | 110,000 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 94% | |
| **Date Extracted:** | 3/11/92 | |
| **Date Analyzed:** | 3/12/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001031

**LABORATORY NO: 4410 92-1219**

# VOLATILE ORGANIC COMPOUND RESULTS
## EPA METHOD 8020
(All values are in μg/Kg which is equal to parts-per-billion)

| | | |
|---|---|---|
| **Client ID:** | MW-317<br>(25) | |
| TCT ID: | 278587 | |
| **Parameter:** | | PQL |
| Benzene | ND | 5 |
| Toluene | ND | 5 |
| Ethyl benzene | ND | 5 |
| Total xylenes | ND | 5 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 103% | |
| Total hydrocarbons as gasoline | ND | 30 |
| **Surrogate Recovery:** | | |
| α,α,α-Trifluorotoluene | 97% | |
| **Date Analyzed:** | 3/9/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001032

LABORATORY NO: 4410 92-1219

twin city testing corporation

# VOLATILE ORGANIC COMPOUND RESULTS
# EPA METHOD 8020

(All values are in $\mu$g/L which is equivalent to parts-per-billion)

**Client ID:** **Method Blank**

TCT ID:

| **Parameter:** | | PQL |
|---|---|---|
| Benzene | ND | 5 |
| Toluene | ND | 5 |
| Ethyl benzene | ND | 5 |
| Total xylenes | ND | 5 |
| **Surrogate Recovery:** | | |
| $\alpha,\alpha,\alpha$-Trifluorotoluene | 115% | |
| Total hydrocarbons as gasoline | ND | 30 |
| **Surrogate Recovery:** | | |
| $\alpha,\alpha,\alpha$-Trifluorotoluene | 112% | |
| **Date Analyzed:** | 3/12/92 | |

PQL = Practical Quantitation Limit

ND = Not Detected

**Reference:** EPA Test Methods for Evaluating Solid Waste, SW-846, November 1986, 3rd Edition.

MPCA001033

**LABORATORY NO:** 4410 92-1219

**Delta** Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

J-59

# CHAIN-OF-CUSTODY RECORD ✓

DELTA PROJECT NO. 10-84-058.01 INVOICE CODE
PAGE 1 OF 1
PROJECT MANAGER Gary Schroeder
PROJECT NAME Shoreham Yard
PROJECT LOCATION Minneapolis
SAMPLER'S SIGNATURE [signature]

TURN AROUND REQUESTED: ☒ NORMAL ☐ RUSH ☐ OTHER

LAB NAME TCT
LAB USE ONLY
LABORATORY PROJECT NO.
SAMPLE CONDITION AS RECEIVED: 7°C
CHILLED (YES)/NO
SEALED (YES)/NO
SAMPLE CONDITION/COMMENTS OK

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(O): SLUDGE(L): OTHER(O) | ANALYSIS REQUESTED: BTEX (mod fuel) | | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ MW-316(25') | Minneapolis/MN | 03/06/92/0900 | S | ✓ | | | | | | 1 | | | 278587 |
| ✓ MW-317(15') | Minneapolis/MN | 03/06/92/1400 | S | ✓ | | | | | | 1 | | | 278588 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

GENERAL COMMENTS: X Return to Roger Davis X Bottles not air tight

TOTAL NUMBER OF CONTAINERS: 2

| | | | | | |
|---|---|---|---|---|---|
| 1 RELINQUISHED BY (SIGNATURE) [signature] | DATE 03/6/92 | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
| COMPANY DELTA | TIME 1600 | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) | DATE | 4 RECEIVED BY (SIGNATURE) Paula Bellows | DATE 3/6/92 | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY | TIME | COMPANY TCT | TIME 4:30 | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

Delta-Shor. 3
[illegible] 92-1219

MPCA001034

# SAMPLING INFORMATION SHEET

(Soil)

Weather Conditions:
Cloud Cover: Cloudy - Rain
Wind Speed: 5
Temperature: 40°

## GENERAL CONDITIONS

Sampling point 030692-9058-1400-MW317 Project Shoreham Yard
Location Minneapolis, MN W.O. # 10-89-058.01
Sample ID # MW-317(25) Date sampled: 03/06/92 Time: 2:00 pm
Describe sampling point: Off-site well location. Soil sample collected from 25-30' below grade

Well depth NA ft. below MP Casing diameter: NA inches
Depth to water (below MP) ________ ft. Date: __/__/__ Time: ________
Discharge rate = ________ gpm x 0.00223 = ________ cfs.
At least ________ bore volumes have been evacuated before sampling.
Sampling method: ___ Tap ___ Submersible pump ___ Bailer X Other: Soil (Grab)
Pump intake or bailer set at ________ ft. below MP
Tubing (type: ________), (new or previously used) was used to collect all samples (___ Yes ___ No)
and all field measurements (___ Yes ___ No). Tubing used only for ________
Sample appearance: NA Odor: PID = 0
Note any sampling problems: None
Note any cleaning performed in field: None
Samples collected: 1-250 ml glass jar (no pres)

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ________ WL ________
Bailing stop time ________ WL ________

Comments: Soil sample collected in jar and sealed w/aluminum foil

Transportation (thermal preservation) Styrofoam cooler (ICE)
Form Completed by: RDD Sampled by: RDD

1011/9-88

MPCA001035

# SAMPLING INFORMATION SHEET

RASN

SOIL

Weather Conditions:
Cloud Cover: CLOUDY/-RAINING
Wind Speed: 0-5 MPH
Temperature: 45°

## GENERAL CONDITIONS

Sampling point 030692-9058-0900-MW316 Project SHOREHAM YARD

Location MINNEAPOLIS, MN W.O. # 10-89058.01

Sample ID # MW316(15) Date sampled: 03/06/92 Time: 0900

Describe sampling point: WELL ON SOO LINE PROPERTY. GRAB SAMPLE FROM 15-20' BELOW GRADE.

Well depth NA ft. below MP Casing diameter: NA inches

Depth to water (below MP) ____ ft. Date: __/__/__ Time: ____

Discharge rate = ____ gpm x 0.00223 = ____ cfs.

At least ____ bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ___ Bailer X Other: SOIL (GRAB)

Pump intake or bailer set at ____ ft. below MP

Tubing (type: ____), (new or previously used) was used to collect all samples (___ Yes ___ No)

and all field measurements (___ Yes ___ No). Tubing used only for ____

Sample appearance: NA Odor: "RUBBER CEMENT" ODOR

Note any sampling problems: NONE PID-+200

Note any cleaning performed in field: NONE

Samples collected: 1-250 ml GLASS JAR (NO PRES)

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ____ WL ____

Bailing stop time ____ WL ____

Comments: SOIL SAMPLE JAR USED COVERED/SEALED W/ ALUMINUM FOIL AND SCREW TOP. NO RUBBER SEAL

Transportation (thermal preservation) COOLER (STYROFOAM)

Form Completed by: RAN Sampled by: RAN

1011/9-88

**Delta** Environmental Consultants, Inc.
3900 Northwoods Dr., Suite 200
St. Paul, MN 55112

# CHAIN–OF–CUSTODY RECORD

DELTA PROJECT NO. 10-89-058.01 INVOICE CODE

PAGE 1 OF 1

PROJECT MANAGER Gary Schroeder

PROJECT NAME Shoreham Yard

PROJECT LOCATION Minneapolis

SAMPLER'S SIGNATURE

TURN AROUND REQUESTED: ☒ NORMAL ☐ RUSH ☐ OTHER

LAB NAME TCT

LAB USE ONLY

LABORATORY PROJECT NO.

SAMPLE CONDITION AS RECEIVED: CHILLED YES/NO SEALED YES/NO

| SAMPLE ID | SAMPLE LOCATION/DESCRIPTION | DATE/TIME SAMPLED | SAMPLE MATRIX: SOIL(S): AIR(A): BULK(B): AQUEOUS(O): SLUDGE(L): OTHER(O) | ANALYSIS REQUESTED: BTEX (mod 8020) | | | | | | NUMBER OF CONTAINERS | ACCEPT (A) REJECT (R) | SAMPLE CONDITION/ COMMENTS | LABORATORY SAMPLE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-316(25') | Minneapolis/MN | 03/06/92/0700 | S | ✓ | | | | | | 1 | | | |
| MW-317(15') | Minneapolis/MN | 03/06/92/1100 | S | ✓ | | | | | | 1 | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

GENERAL COMMENTS: X RETURN TO ROGER DAVIS X BOTTLES NOT AIR TIGHT

TOTAL NUMBER OF CONTAINERS 2

| 1 RELINQUISHED BY (SIGNATURE) | DATE 03/06/92 | 3 RELINQUISHED BY (SIGNATURE) | DATE | 5 RELINQUISHED BY (SIGNATURE) | DATE |
|---|---|---|---|---|---|
| COMPANY DELTA | TIME 1600 | COMPANY | TIME | COMPANY | TIME |
| 2 RECEIVED BY (SIGNATURE) | DATE | 4 RECEIVED BY (SIGNATURE) | DATE | 6 RECEIVED BY (SIGNATURE) | DATE |
| COMPANY | TIME | COMPANY | TIME | COMPANY | TIME |

Original - Return with Report • Yellow - Lab Copy • Pink - Sampler Copy

# SAMPLING INFORMATION SHEET

**Weather Conditions:**

Cloud Cover: overcast

Wind Speed: 15 mph

Temperature: 70°

## GENERAL CONDITIONS

Sampling point: 090991-0058-1532 - SB-209B  Project: Scoline

Location: Mpls mn  W.O. #: 10-89-058

Sample ID #: SB-209-B  Date sampled: 9/9/91  Time: 1532

Describe sampling point: 50' below grade

Well depth: — ft. below MP  Casing diameter: — inches

Depth to water (below MP): — ft.  Date: —/—/—  Time: —

Discharge rate = — gpm x 0.00223 = — cfs.

At least — bore volumes have been evacuated before sampling.

Sampling method: ___ Tap ___ Submersible pump ___ Bailer X Other: Soil

Pump intake or bailer set at — ft. below MP

Tubing (type: —), (new or previously used) was used to collect all samples (— Yes ___ No)

and all field measurements (— Yes ___ No). Tubing used only for —

Sample appearance: brown grey well grade fine sand  Odor: mod. gas-like odor

Note any sampling problems: none

Note any cleaning performed in field: None

Samples collected: 1- BTEX + 1 TPH as Fuel oil

Not sent to lab

## EVACUATION/STABILIZATION TEST DATA

| Time | pH Units | Temperature Corrected Conductance (umnos/cm) | Temperature (°C) | Water Level (Nearest 0.01 ft.) | Cumulative Volume of Water Removed from Well (gallons) | Pumping Rate (gpm) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Bailing start time ______ WL ______

Bailing stop time ______ WL ______

Comments: ______

Transportation (thermal preservation): Iced cooler

Form Completed by: Arv  Sampled by: Arv

1011/9-88

MPCA001038

SEP 91 17:33 Acknowledgement of Samples Received
THIS IS NOT AN INVOICE

To: Delta Environmental Consultants
Attn: Roger [illegible]
3900 Northwoods Drive
Suite 200
St. Paul, MN 55112

Please direct inquiries to Stephanie Kidder at 649-1800.
The purchase order number received for this job was 10-89-150.

These Services are subject to the general conditions attached.

| Sample Number | Sample Description | Date Received | Analyses assigned to Sample |
|---|---|---|---|
| 261457 | SB-309A 35' BELOW GR | 09/11/91 | TOT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| -- | -- | -- | Fuel oil analysis- Soil samples |
| 261458 | SB-310A 35' BELOW GR | 09/11/91 | TOT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| -- | -- | -- | Fuel oil analysis- Soil samples |
| 261459 | SB-311A 35' BELOW GR | 09/11/91 | TOT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| -- | -- | -- | Fuel oil analysis- Soil samples |
| 261461 | SB-311B 54' BELOW GR | 09/11/91 | TOT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| -- | -- | -- | Fuel oil analysis- Soil samples |
| 261491 | SB-312A 35' BELOW GR | 09/11/91 | TOT# 4410-METH-GC-41 BTX in Soil by Purge and Trap |
| -- | -- | -- | Fuel oil analysis- Soil samples |

twin city testing
Consulting Engineers, Chemists and Geologists

MPCA001040

# GENERAL CONDITIONS

**SECTION 1: PROJECT INFORMATION**

1.1 Client will make available to TCT all known information regarding existing and proposed conditions or requirements which affect the work to be performed.

1.2 Client will immediately transmit to TCT any new information which becomes available to it or its subcontractors, so that recommended actions can be reviewed.

1.3 Client will provide a representative to answer questions about the project when required by TCT. If the work to be performed requires the presence of TCT personnel on Client's property, then Client will provide a representative at the job-site to supervise or coordinate the job when required by TCT upon 24 hours notice.

1.4 TCT will not be liable for any advice, judgment, or decision based on any inaccurate information furnished by Client or other contractors engaged by or for Client, and Client will indemnify TCT against liability arising out of or contributed to by such information.

**SECTION 2: SITE LOCATION/ACCESS/PERMITS AND APPROVALS/UTILITIES**

Should the services to be performed under this Agreement require TCT to evaluate Client's real property, the following provisions are applicable:

2.1 Client will indicate to TCT the property lines and be responsible for accuracy of markers.

2.2 Client will provide for right-of-entry of TCT personnel and equipment necessary to complete the work.

2.3 TCT will assist Client in applying for and obtaining permits and approvals normally required by law; however, ultimate responsibility for obtaining the permits remains on Client.

2.4 While TCT will take reasonable precautions to minimize any damage to property, it is understood by Client that in the normal course of the work some damage may occur. The correction of any damage is the responsibility of Client, or at TCT's option, the damage may be corrected by TCT and billed at cost plus 15% to Client.

2.5 Client agrees to render reasonable assistance requested by TCT to enable performance of tests and/or observations without delay or interference, and, upon request of TCT, to provide suitable work space.

2.6 Client will be responsible for locating all subterranean structures or utilities. In performing this work, TCT will take reasonable precautions to avoid damage or injury to subterranean structures or utilities identified and located by Client.

2.7 Client will hold TCT harmless for any damages to subterranean structures which are not called to TCT's attention or not correctly shown on the plans furnished. Any damage may, at TCT's option, be repaired by TCT and billed at cost plus 15% to Client.

**SECTION 3: SAMPLES**

3.1 TCT will retain representative nonhazardous samples for a maximum of 30 (thirty) days after submission of TCT report. Upon request by Client, such samples can be shipped, charges collect, to destination selected by Client; or TCT can store them for an agreed storage charge.

3.2 Client is responsible for informing TCT of any hazardous or potentially hazardous materials which are either present on the job site or submitted to TCT. Should Client submit samples to TCT which contain hazardous or potentially hazardous materials or should TCT personnel encounter hazardous or potentially hazardous materials while retrieving samples, such samples shall remain the property of Client who shall be responsible for proper disposal.

**SECTION 4: FEE PAYMENT**

4.1 TCT will submit invoices to client monthly, and a final invoice upon completion of services. Invoices will show charges based on current TCT Fee Schedule or other agreed upon basis. A detailed itemization of charges and backup data will be provided at Client's request for a reasonable charge.

4.2 Client will pay the balance stated on the invoice unless Client notifies TCT in writing of the particular item that is alleged to be incorrect within fifteen (15) days from the invoice date.

4.3 Payment is due upon receipt of invoice and is past due thirty (30) days from invoice date. On past due accounts, Client will pay finance charge of 1.5% per month, or the maximum allowed by law.

**SECTION 5: OWNERSHIP OF DOCUMENTS/USE OF TCT REPORT**

5.1 All documents prepared by TCT as instruments of services will remain the property of TCT.

5.2 Client agrees that all reports and other work furnished to the Client or the agents, which are not paid for, will be returned upon demand and will not be used by the Client for any purpose.

5.3 Unless otherwise agreed, TCT will retain all pertinent records concerning services performed for a period of at least two (2) years after the report is sent; during that time, the records will be made available to Client during TCT's normal business hours for a reasonable charge.

5.4 Client may use the TCT report in its entirety and may make copies of the entire report available to others. However, Client shall not make disclosure to others of any portions of a report constituting less than the entire report. Also, see the attached Proposal or Addendum to General Conditions for further limitations on use of the TCT report.

**SECTION 6: DISPUTES**

6.1 Client will pay all reasonable litigation expenses or collection expenses including attorney fees that TCT incurs in collecting any delinquent amount Client owes under this Agreement. In addition, Client shall pay interest at the rate of [illegible] per month on any past due balances.

6.2 If the Client institutes a suit against TCT which is dismissed or for which judgment is rendered for TCT, Client will pay TCT for all costs of defense including attorney fees, expert witness fees and court costs. In addition, Client shall pay interest at the rate of 1.5% per month on any past due balances.

**SECTION 7: WARRANTY**

7.1 TCT services will be performed with that level of care and skill ordinarily exercised by members of the profession currently practicing under similar conditions. If any failure to meet this standard appears within one (1) year from completion of the service, TCT will reperform the service at its own expense. No other warranty, express or implied, is made.

**SECTION 8: LIMITATION OF LIABILITY AND INDEMINITY**

8.1 Client agrees to assume entire responsibility and liability for all damages or injury to all persons, whether employees of Client or otherwise, and to all property, arising out of, resulting from or in any manner connected with, the execution of the work provided for in this Agreement or occurring or resulting from the use by Client, Client's agents, employees or contractors, of materials, equipment, reports from TCT, or other documents or other property, whether the same be owned by TCT, Client or third parties. Client further agrees to indemnify and save harmless TCT, its agents and employees from all such claims including without limiting the generality of the foregoing, claims for which TCT may be or may be claimed to be, liable, including claims based on alleged negligence or strict liability of TCT, and legal fees and disbursements paid or incurred to enforce the provisions of this paragraph. Client further agrees to obtain, maintain and pay for such insurance coverage as will insure the provisions of this paragraph. Client or Client's construction contractor shall have sole and complete responsibility for job site conditions during the course of construction including safety of all persons and property, continuously and not limited to normal working hours.

**8.2 TCT's liability to Client and all contractors and subcontractors on this Project, for damages due to professional negligence, negligence or breach of any other obligations to Client or others, will be limited to the fee paid for work performed under this Agreement.**

**SECTION 9: INSURANCE**

9.1 TCT will carry workers compensation insurance and public liability and property damage insurance policies which TCT considers adequate. Certificates of insurance will be provided to Client upon request. TCT will not be responsible for liability beyond the limits and conditions of the insurance. TCT will not be responsible for any loss or liability arising from negligence by Client or by other consultants employed by Client.

**SECTION 10: TERMINATION**

10.1 This Agreement may be terminated by either party upon seven (7) days' written notice if there is substantial failure by the other party to perform. Termination will not be effective if substantial failure is remedied before expiration of the seven (7) days. Upon termination, TCT will be paid for services, plus reasonable termination expenses.

10.2 In the event Client fails to pay TCT within sixty (60) days following invoice date, TCT may consider the default a substantial failure to perform this Agreement and all duties and liabilities of TCT under this Agreement terminated.

10.3 If this Agreement is terminated prior to completion of all reports contemplated by this Agreement, or suspended for more than three (3) months, TCT may complete analyses and records as are necessary to complete its files and may also complete a report on the services performed. Termination or suspension expenses will include direct costs of completing analyses, records and reports. In the event of a suspension of work under this Agreement, TCT reserves the right to adjust its fees to reflect the TCT fee schedule in effect on the date work is resumed.

**SECTION 11: ASSIGNS**

11.1 Neither party may assign duties or interest in this Agreement without the written consent of the other party.

**SECTION 12: AMENDMENTS**

12.1 This Agreement may be amended only by a written amendment signed by both Client and TCT.

**SECTION 13: DELAYS**

13.1 If TCT is delayed in performance due to (i) any cause beyond its reasonable control, or (ii) a strike, fire, riot, act of God, governmental action, action of a third party, or action or inaction of Client, the time for performance shall be extended by a period equal to the time lost by reason of the delay. If the delay is caused by Client, TCT will be entitled to payment for its reasonable additional charges due to the delay.

**SECTION 14: ENTIRE AGREEMENT**

14.1 This contract represents the entire Agreement between the parties and supersedes all prior representations or agreements.

MPCA001041

9-5 19 91

SHIPPED BY: Courier

TWIN CITY TESTING CORPORATION

SHIPPED TO: Delta Environmental
3900 Northwoods Dr, Suite 200
St Paul, MN 55112
Attn: Roger Davis

P.O. NUMBER

LABORATORY NO.

| ITEM | QUANTITY | DESCRIPTION |
|---|---|---|
| 1 | 36 | 4 oz jars for BTEX soil (2) jars per sample one jar for incase of breakage. |
| 2 | 18 | soil jars for fuel oil |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PACKED BY J.H.

SHIPMENT PICKED UP BY Courier DATE OF PICK-UP 9-5-91

N903 (81-A)

PACKING SLIP

MPCA001042

1-8 19 92

SHIPPED BY: Courier

TWIN CITY TESTING CORPORATION

SHIPPED TO:
Delta Env.
3900 Northwoods Dr, Suite 200
St Paul, MN 55112
Attn: Roger Davis

P.O. NUMBER

LABORATORY NO.

| ITEM | QUANTITY | DESCRIPTION |
|---|---|---|
| 1 | 1 | Soil jar |
| 2 | 2 | 4oz. jar for soil |
| 3 | 1 | Preserved P+T kit |
| 4 | 1 | 1 liter amber |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PACKED BY J.H.

SHIPMENT PICKED UP BY Courier DATE OF PICK-UP 1-8-92

Form No. N903 (81-A)