RETEC
REMEDIATION TECHNOLOGIES INC

300 Gilbert Building
413 Wacouta Street
St. Paul, MN 55101
Telephone: (612) 222-0841
Facsimile: (612) 222-8914

RECEIVED
JUL 20 1992
SOO LINE RR

FILE

July 17, 1992

Mr. Robert J. Kale
Engineer Environmental Control
Soo Line Railroad Company
P.O. Box 530
105 South Fifth Street
Minneapolis, MN 55440

RE: Shoreham Shops Well Abandonment Project Update (3-0774-140)

Dear Mr. Kale:

Remediation Technologies, Inc. (RETEC) is currently conducting efforts to seal and abandon a well at the Soo Line Railroad Company (Soo Line) Shoreham Shops in Minneapolis, Minnesota. We have prepared this update specifically to describe an increase level-of-effort required to complete well abandonment. The following work has been completed to date on this project:

- Conducting a file review of available railroad maps and records for well construction and location information;
- Filing of an application for a well sealing permit with the City of Minneapolis Pollution Control Division;
- Pulling existing pump from the well, purging well prior to sampling, and collection of a water sample for laboratory analysis;
- Clearing of collapsed sand from the well by air lifting. This phase of the well abandonment process is expected to be completed on July 17, 1992.

After removal of the pump from the well, an apparent obstruction or a bridged portion of the well was identified. The material in the well was found to be sand, likely from the Jordan Sandstone. The clearing of sand from the well is being required by the Minnesota Department of Health (MDH) to a minimum of 680 feet below the ground surface prior to well sealing. The MDH believes that clearing, and subsequently grouting the well to this depth will prevent the well borehole from acting as a conduit for groundwater flow between aquifers. The 680 foot depth was determined because it is the depth at which the Eau Claire formation is found. The Eau Claire formation acts as an upper confining layer for the Mt. Simon aquifer, which is the lowermost aquifer to which the Shoreham Shops well is open. The MDH is particularly concerned about protecting the Mt. Simon

aquifer because they believe this aquifer to be uncontaminated. Attached is a schematic drawing of the Shoreham Shops well showing the probable depth intervals of the rock formations through which the well was drilled.

The necessity to clear sand from the Shoreham Shops well, or the extent to which clearing of the sand would be necessary, could not have been anticipated prior to starting the work, and the costs were therefore not included in the May 29, 1992 cost estimate to Soo Line. The well reportedly had a significant yield, leading us to think that it was open to multiple aquifers, as it was originally constructed. Due to this unexpected work, the cost of sealing the Shoreham Shops well will exceed the original $21,370 cost estimate. Clearing the sand from the well is presently costing approximately $3,000 per day and is expected to be completed on July 17, 1992, after four days of work. The revised cost estimate for the total Shoreham Shops well abandonment project is between $33,000 and $34,000.

The remainder of the well abandonment activities for the Shoreham Shops well will include gamma logging of the well, perforation of the inner well liner, and installation of grout. The sealing of this well is expected to be completed by July 24, 1992.

Based upon verbal authorization from Mr. Robert Pearson of Soo Line on July 16, 1992, we will continue with the well abandonment efforts at the Shoreham Shops. We wanted to provide you with this written update in the project to keep you informed of our progress, findings and estimated cost. Please contact either of us immediately if you do not wish RETEC to continue with this work, or if you should have any other questions. RETEC is pleased to be of service to Soo Line on this project.

Sincerely,

REMEDIATION TECHNOLOGIES, INC.

Tedd A. Ronning
Tedd A. Ronning
Project Hydrogeologist

Christopher Carleo
Christopher J. Carleo
Senior Environmental Engineer

TAR:dlm

cc: Robert Pearson (Soo Line)

Enclosure


After Installation of Deep Well Turbine Pump - 1S
Soo Line R. R. Co.
Deep well turbine pump.
Pump house.
Top of 8" & 10" casings 2' above surface - sealed at top.
Sand
25'
Glacial Drift
Hard Pan
54'
57'
Sand & Gravel
Sand Rock
10" Casing
St. Peter Sandstone
Sand & Soapstone
105'
111'
Sand Rock
127' Depth of 10" Casing
Red Sandstone
135'
138'
Sand Rock
8" Casing
180'
Sand & Lime Rock Mixed
190'
218' Depth of 8" Casing (Sealed into lime rock)
Lime Rock
Prairie du Chien Group
295'
Sand Rock
316'
Brown Sand Rock
Jordan Sandstone
350'
Sand Rock
385'
Sand Rock & Shale Mixed
415'
Shale
St. Lawrence Formation
560'
Sand Rock & Shale Mixed
574'
Sand Rock
Franconia / Ironton / Galesville Formations
626'
633'
Sand Rock & Shale Mixed
Shale
Eau Claire Formation
680'
Sand Rock & Shale Mixed
705'
Mt. Simon Formation
Sand Rock
845'
Shale
Total Depth 853'
JAH 1-31-66

State - Minnesota.
Line or Branch - Main.
Division - Minnesota.
Valuation Section - No. 7.

MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY CO.

VALUATION DEPARTMENT

RECORD OF WATER STATION AT SHOREHAM, MINN.

Sheet of Sheets.
Drawn by B.T. Wherry.
Date - April 1916.
Information obtained from:
Book F-1-1.

7




SLR021062