9

7/22/93

**REMEDIAL INVESTIGATION**
**REPORT ADDENDUM**

**SOO LINE RAILROAD**
**SHOREHAM YARD SITE**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. 10-89-058**

Delta Environmental Consultants, Inc.

PR002412

**EXHIBIT 50**

(14)

**REMEDIAL INVESTIGATION**
**REPORT ADDENDUM**

**SOO LINE RAILROAD**
**SHOREHAM YARD SITE**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. 10-89-058**

**Prepared by:**

**Delta Environmental Consultants, Inc.**
**3900 Northwoods Drive, Suite 200**
**St. Paul, MN 55112**
**(612) 486-8022**

**July 22, 1993**

## TABLE OF CONTENTS

1.0 INTRODUCTION ........ 1
1.1 Purpose ........ 1

2.0 BACKGROUND INFORMATION ........ 1
2.1 Site Location/Description ........ 1
2.2 Site History ........ 1
2.3 Previous Investigation of Lease Area ........ 3

3.0 RESULTS ........ 3
3.1 Site Soils ........ 3
3.2 Soil Contamination ........ 4

4.0 DISCUSSION ........ 4

5.0 RECOMMENDATIONS ........ 5

6.0 REMARKS ........ 5

### List of Tables

Table 1 PID Readings
Table 2 Soil Chemistry Results

### List of Figures

Figure 1 Site Location Map
Figure 2 Site Map

### List of Appendices

Appendix A 1960 Aerial Photograph
Appendix B Sanborn Insurance Maps
Appendix C Soil Boring Logs
Appendix D Laboratory Results

Based on the Phase II RI investigation and the soil borings advanced during the Lease Area investigation, the geologic profile underlying the Lease Area is: (1) 0 to 3 feet of fill; (2) 3 to 23 feet of fine-grained to coarse-brown terrace sands; (3) 25 to 50 feet of till consisting of red-fine-sandy silt with cobbles; and (4) St. Peter Sandstone below 50 feet.

### 3.2 Soil Contamination

The soil borings were continuously screened with a PID for VOCs. VOCs were detected by the PID in SB-401 at a depth of 22 feet. A sample collected at this depth was analyzed by the laboratory for VOCs using Minnesota Department of Health Method 465D, diesel range organics (DRO), and gasoline range organics; no compounds were detected. VOCs were detected by the PID in SB-402 from a depth of 3 to 14 feet. A "sweet" odor was noted throughout the soil boring. A soil sample (SB-402-6') was collected at 6 feet for laboratory analysis; 76 ppm of DRO were detected in the sample. Methylene chloride was detected in the sample at 1 part per billion; however, it was also detected in the method blank, and is most likely a laboratory contaminant. No other parameters were detected by the laboratory. No VOCs were detected with the PID in soil boring SB-403, and a sample was not collected by the laboratory. However, the same "sweet" odor was noted in the soil boring. Laboratory results are contained in Appendix D.

## 4.0 DISCUSSION

Historical information and aerial photographs indicate that at least 16 ASTs were present in the Lease Area. No information is available regarding conditions of the ASTs during their demolition, which would indicate if any releases had occurred. Based on the 1960 aerial photograph, boring SB-401 appears to be located just south of the most southern group of ASTs, SB-402 appears to be located in the area of the middle group of tanks, and SB-403 south of the northern group of ASTs and close to what appears to have been a pump island.

Based on the data collected during the investigations, soil contamination exists in and near the Lease Area, which may not be related to releases of fuel oil at the Site. The laboratory results indicate that shallow soil contaminated with gasoline exists in MW-316, and soil contaminated with fuel oil exists in SB-402. Contamination present in the shallow, unsaturated soils indicates that the source of the contamination is on the Lease Area. Gasoline contamination at a depth of 35 feet was detected in MW-309 and MW-310, and at a depth of 54 feet in SB-311. The Lease Area sources are contributing to hydrocarbon ground water contamination.