FROM: R.J. Kale ***

DATE: 94-06-23

TO: R. Robertson
G.E. Borchert
R.F. Brandt
R. Wright
R.J. Hunt
T.C. Cook
D.N. Johnson
F.J. Wehr
T. Wezyk

COPY: J.P. Johnson
R.L. Palmer
D.L. Thompson
A.D. Steinhauer
T.D. Griffith
E.J. Hanson
G.A. Blahosky
V.G. Zepp
R.J. Warhol

FILE NO: KAL0015/94-06-23/10:39:20

SUBJECT: MEMO-The Elimination of DOWCLENE Cleaner on HHUS

---

The Elimination of DOWCLENE EC on HHUS
(former Stock Code 075-002020)
DATE: June 23, 1994

Effective since December of 1992, DOWCLENE EC (electrical cleaner) and all other chlorinated cleaning solvents will no longer be urchased by CPRS - HHUS (accept for the St. Paul Oil Testing Lab).

Current stocks of Dowclene can be used up. If you have a supply of unused Dowclene that is not needed, arrangements can be made with Floyd Wehr to have the Dowclene sent to St. Paul for use at the Oil Testing Lab. Any Waste Dowclene that has accumulated should be properly handled for disposal as a hazardous waste, with the disposal cost being handled by the waste generating facility.

The Shoreham Shops "Elimination of Dowclene" TQM Team has evaluated replacement cleaners for several applications which formerly used Dowclene. The Dowclene replacement cleaners listed below are recommended for use at HHUS facilities for the specific cleaning applications identified.

| ITEM CLEANED | REPLACEMENT CLEANER | STOCK CODE NUMBER |
|---|---|---|
| Electrical Equip. | 140 Unocal 66/3, | 075-109910 |
| | 140 Safety Kleen, | not stock coded |
| | C&H 403-X, | not stock coded |
| | Mag Kleen 4 | not stock coded |