ENGINEERING DEPARTMENT
Soo Line Building
Box 530 Minneapolis MN 55440
Tel (612) 347-8210

RECEIVED
JUN 30 1994
MPCA, HAZARDOUS WASTE DIVISION

**Soo Line Railroad Company**

SOO

June 29, 1994

File: SN0117 - Shoreham Shops & Shoreham Lease Area,
MPCA VIC Program Application

Ms. Jessica Ebertz
Project Mgr., Cleanup Unit II
Tanks & Spills Section
Minnesota Pollution Control Agency (MPCA)
520 Lafayette Road North
St. Paul, MN 55155-4194

Re: MPCA Leak No. 1571

Dear Ms. Ebertz:

As was recommended by the Minnesota Pollution Control Agency (MPCA), in your letter of May 10, 1994 to me, Soo Line Railroad Company (Soo Line) has given consideration to MPCA's Voluntary Investigation and Cleanup (VIC) Program for the Shoreham Shops site.

Attached is Soo Line's completed VIC Program application for the Shoreham Shops site (MPCA Leak # 1571). Please process the VIC Program application. We request that MPCA advise Soo Line of any changes that will be made in regard to site management procedures, or to MPCA staff that will be involved in dealing with this site.

Please call me at 337-7559 if you have any questions related to this matter.

Sincerely,

R.J. Kale

R.J. Kale
Manager Environmental Affairs

Attachment

cc: G. Olander-Quamme w/att
Mr. Gary Schroeher - Delta Environmental Consultants, Inc. w/att

MPCA001140

**EXHIBIT 52**

Office use only
Project name: ____________
Site cost code: ____________
☐ IGWIS facility
☐ Master Entity
☐ Project summary

# Minnesota Pollution Control Agency Voluntary Investigation and Cleanup

## Program Application

# Request for Assistance Form

Complete this form to request assistance from the Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup Unit pursuant to Minn. Stat. §115B.17, subd. 14 (or the Land Recycling Act of 1992, as amended).

Answer all applicable questions. Should you have questions when completing this form, please call (612) 297-1459 or toll-free 1-800-657-3864. TDD (for persons who are hearing and speech impaired only): (612) 297-5353.

**When completed, mail the original copy of this form to:**

MPCA / Site Response Section
Voluntary Investigation and Cleanup Unit
520 Lafayette Road
St. Paul, MN 55155-4194

## General information

Property name: Soo Line Railroad Company - Shoreham Shops & Lease Area
Address: 2800 Central Avenue NE
City (or Township): Minneapolis State: MN Zip Code: 55418
MPCA Site Identification Number- Leak # 1571

Public land survey coordinates:
County: Hennepin Twp.: 29N Range: 23W Sec.: 2, 11 Qtr: Sec. 2 - SE¼, Sec. 11 - NE¼

## Applicant*

Name: Soo Line Railroad Company ~~Title~~ ____________
~~Organization~~ ____________ Phone: 612/337-7559
Address: P.O. Box 530, Attn: R. J. Kale, Manager Environmental Affairs
City: Minneapolis State: MN Zip Code: 55440

* ~~The applicant is the individual seeking review and approval of a plan or report, or seeking any applicable administrative or liability assurance by the MPCA. The applicant is responsible for payment of MPCA costs for review and oversight. If billing should be directed to other parties, please enclose their contact and billing address on a separate sheet.~~

Page Two **Voluntary Investigation and Cleanup Program**

## Description of applicant's request

- [ ] Technical review or third-party review only.
- [ ] Technical review which may lead to the MPCA issuing a "no association determination."
- [ ] Technical review and approval of voluntary response action plan which may lead to the MPCA issuing a "no action" letter.
- [x] Technical review and approval of voluntary response action plan which may lead to the MPCA entering into an agreement with the voluntary party or parties.
- [ ] Technical review and approval of an investigation plan which may lead to an off-site source determination or agreement ("good neighbor agreement") under the Land Recycling Act (§ 115B.177).
- [ ] Technical review and approval of a voluntary response action plan leading to a Certificate of Completion under the Land Recycling Act (§ 115B.175).*

* If you checked this box, you will be asked to provide further information so that the MPCA staff can determine whether you qualify for issuance of a Certificate of Completion of a Response Action under the Land Recycling Act, Minn. Stat. § 115B.175. Persons who are not otherwise responsible under Minn. Stat. §§ 115B.01 to 115B.18 for the release proposed to be cleaned up can obtain liability protection under the Land Recycling Act for themselves and other parties specified in the Act when all necessary response actions have been certified as complete by the MPCA Commissioner (the response actions may not have to address all known releases at the property). Other persons (those who are responsible for the release) may not obtain liability protection for themselves under the Act, but may obtain such protection for other parties specified in the Act when response actions remedying all known releases at the property are certified as complete by the MPCA Commissioner.

## Current property owner (if different from applicant)

Name Not Applicable Title ________
Organization ________ Phone ________
Address ________
City ________ State ____ Zip Code ________

## Applicant's interest in property

- [x] Currently owns property
- [ ] Renting or leasing property
- [ ] Considering purchasing property
- [ ] Mortgagee interest in property
- [ ] Other (explain) ________

## Property size (in acres) 20 Acres, estimated affected area.

Page Three **Voluntary Investigation and Cleanup Program**

## Nature of the problem or suspected problem

Check all that apply:

- [X] Soil contamination
- [X] Ground water contamination
- [ ] Surface water contamination
- [ ] Not known
- [ ] Other (explain) ______________

## Known or suspected sources

Please check all applicable boxes below regarding the nature of the problem source.

- [X] Underground tank or pipeline release(s)
- [ ] Drums or other storage containers
- [ ] Septic tank or drainfield
- [X] Surface spillage or discharge
- [ ] Dumping or burial of waste
- [ ] Lagoons
- [X] Above-ground tank or pipeline release(s)
- [ ] Seepage pit or dry well(s)
- [ ] Industrial accident
- [ ] Adjacent property
- [ ] Not known
- [ ] Other (explain) ______________

## Involvement with other regulatory programs

Please check all applicable boxes below if any of the following programs or agencies have been involved with the property in question.

- [X] MPCA Tanks & Spills
- [ ] MPCA Hazardous Waste (RCRA)
- [ ] MPCA Hazardous Waste (TSCA)
- [ ] MPCA Site Assessment (CERCLIS)
- [ ] MPCA Water Quality
- [ ] MPCA Air Quality
- [ ] MPCA Solid Waste
- [ ] Minnesota Department of Agriculture
- [ ] Department of Natural Resources
- [ ] Minnesota Department of Health
- [ ] Metropolitan Waste Control Commission
- [X] County or other agencies (specify)
  Minneapolis Environmental Section (MES)

## Disclosure

[ ] Yes [X] No To your knowledge, does the release at the property pose an imminent health, safety or environmental hazard?

[X] Yes [ ] No Has the release at this site been reported to the MPCA pursuant to Minn. Stat. § 115.061 (Duty to Notify and Avoid Water Pollution)? If so, please indicate notification date. August 6, 1988 (spill) and August 23, 1989 (UST).

[X] Yes [ ] No Have on- or off-site wells been contaminated? If so, attach a separate sheet detailing well location, owner, well number, aquifers, depth and use. A site map showing the well locations would be useful.

## Information about attachments to the request form

Please list any reports, maps or other attachments to this form (use separate page if necessary).

- Well Data Table

- Well Location Map

## Contact persons

Please list the name(s) of your current environmental consultant and legal counsel, if applicable.

Consultant Mr. Gary Schroeher
Delta Environmental Consultants Phone 612/486-5800

Attorney Mr. Glenn Olander-Quamme
CP Legal Services Phone 612/347-8008

## Certification

I certify that I have read and am familiar with the information on this form and all attached documents, and that the submitted information is true, accurate and complete to the best of my knowledge.

I hereby ask the MPCA Commissioner to assist me ~~and the company/organization I represent~~, as requested by this application. I understand this assistance may include the review of agency records and files, and review and approval of investigation plans and reports as well as response action plans and implementation.

I understand that the applicant ~~(or other person signing below)~~ must pay the MPCA Commissioner for the MPCA's costs of providing this assistance. I understand that the MPCA Commissioner will send invoices for these costs on a quarterly basis (February, May, August and November) and that failure to pay the MPCA's costs in a timely manner may result in the MPCA Commissioner taking appropriate administrative or legal action.

I hereby agree to pay the costs of the MPCA to provide services to the applicant as requested in this application. Furthermore, I hereby certify that I have the authority to submit this application on behalf of the applicant named herein.

Typed/printed name Soo Line Railroad Company Title for J.A. INSHAW CHIEF ENGINEER

Signature By: R T Pearson Date 6/29/94

Subscribed and sworn to before me this 29th day of June, 19 94.

MPCA001144

Notary Public Mary R. Douglas

MARY R. DOUGLAS
NOTARY PUBLIC-MINNESOTA
WRIGHT COUNTY
My Commission Expires Oct. 28, 1998


CAR SHOP
MILL
DIESEL SHOP
STORAGE BLDG.
TRANSFER TABLE NO. 2
MACHINE SHOP
STORE ROOM
OFFICE
FORMER TANK BASIN AREA
INTERMODAL FACILITY
PUMPHOUSE AREA
ST. ANTHONY BOULEVARD
COLUMBIA PARK
ST. ANTHONY CEMETERY
ROUND HOUSE
DIESEL HOUSE
OIL STORAGE
COLLECTOR PAN AREA
LEASE AREA
SB-28
SB-27
SB-26
MW-23
SB-29
SB-304
MW-25
SB-302
MW-301
MW-303
SB-305
MW-3
MW-307
RW-1
MW-308
MW-306
MW-24
MW-1A
MW-313
SB-312
MW-314
RW-2
MW-2
SB-315
MW-21
MW-309
MW-310
SB-311
SB-403
MW-22
SB-401
MW-316
SB-402
CENTRAL AVE.
MW-317
28TH AVE. N.E.
29TH AVE. N.E.
30TH AVE. N.E.
31ST AVE. N.E.
32ND AVE. N.E.
LEGEND
MONITORING WELL LOCATIONS
SOIL BORING LOCATIONS
RECOVERY WELL LOCATIONS
PROPERTY LINE
STUDY AREAS
RAILROAD TRACKS
FENCE
BUILDINGS OR STRUCTURES
N
0 200
SCALE IN FEET
FIGURE 1
MONITORING WELL, RECOVERY WELL, AND
SOIL BORING LOCATION MAP
SHOREHAM YARD
SOO LINE RAILROAD
MINNEAPOLIS, MINNESOTA
PROJECT NO.
PREPARED BY
GJS/DD
REVIEWED BY
DATE
REVISION NO.
FILE NAME
89058-PM
Delta
Environmental Consultants, Inc.

MPCA001145

Soo Line Shoreham Yard
MPLS, MN
Delta No. 10-89-058 MPCA#1571

MPCA001146

Well Detail Table

| Well Boring | Date Installed | Total Depth | Screen Length | Slot Size | Elev. TOC | Elev. GRND | Elev. BTTM | Elev. ScTop | MDH Unique # | Formation |
|---|---|---|---|---|---|---|---|---|---|---|
| MW-1A | 10/23/91 | 57.6 | 10 | 0.10 | 857.9 | 855.66 | 798.06 | 808.06 | 473278 | UNCONSOLIDATED |
| MW-2 | 10/14/91 | 53.6 | 10 | 0.10 | 856.09 | 853.61 | 800.01 | 810.01 | NA | UNCONSOLIDATED |
| MW-3 | 12/20/88 | 52.2 | 10 | 0.10 | 857.5 | 855.25 | 803.05 | 813.05 | NA | UNCONSOLIDATED |
| MW-21A | 12/10/88 | 54.38 | 10 | 0.10 | 855.88 | 853.99 | 799.61 | 809.61 | 506417 | UNCONSOLIDATED |
| MW-22 | 07/05/89 | 52.81 | 15 | 0.10 | 858.48 | 856.42 | 803.61 | 818.61 | 506418 | UNCONSOLIDATED |
| MW-23 | 07/06/89 | 54 | 15 | 0.10 | 855.26 | 853.42 | 799.42 | 814.42 | 506419 | UNCONSOLIDATED |
| MW-24 | 07/07/89 | 55 | 15 | 0.10 | 855.11 | 853.22 | 798.22 | 813.22 | 506420 | UNCONSOLIDATED |
| MW-25 | 05/16/90 | 65.04 | 10 | 0.10 | 865.76 | 863.3 | 798.26 | 808.26 | 462526 | ST. PETER |
| MW-301 | 09/04/91 | 47 | 10 | 0.15 | 855.43 | 853.62 | 806.62 | 816.62 | 495201 | UNCON/ST. PETER |
| MW-303 | 09/08/91 | 55 | 10 | 0.15 | 856.06 | 853.25 | 798.25 | 808.25 | 495202 | UNCON/ST. PETER |
| MW-306 | 09/05/91 | 51 | 10 | 0.15 | 855.95 | 853.15 | 802.15 | 812.15 | 495203 | UNCON/ST. PETER |
| MW-307 | 09/05/91 | 52 | 10 | 0.15 | 855.22 | 853.32 | 801.32 | 811.32 | 495204 | UNCON/ST. PETER |
| MW-308 | 09/06/91 | 52 | 10 | 0.15 | 856.15 | 853.47 | 801.47 | 811.47 | 495205 | UNCONSOLIDATED |
| MW-309 | 09/09/91 | 51.9 | 10 | 0.15 | 856.44 | 854.04 | 802.14 | 812.14 | 495206 | UNCON/ST. PETER |
| MW-310 | 09/10/91 | 55 | 10 | 0.15 | 856.36 | 854.28 | 799.28 | 809.28 | 495207 | UNCON/ST. PETER |
| MW-313 | 09/11/91 | 54 | 10 | 0.15 | 856.55 | 854.13 | 800.13 | 810.13 | 495208 | UNCON/ST. PETER |
| MW-314 | 09/12/91 | 55 | 10 | 0.15 | 856.44 | 854.54 | 799.54 | 809.54 | 495209 | UNCON/ST. PETER |
| MW-316 | 03/05/92 | 80 | 5 | 0.15 | 856.43 | 854.11 | 774.11 | 779.11 | 495210 | ST. PETER |
| MW-317 | 03/06/92 | 55 | 10 | 0.10 | 854.06 | 854.25 | 799.25 | 809.25 | 495211 | UNCONSOLIDATED |
| RW-1 | 10/22/92 | 70 | 30 | 0.40 | 857.00 | 854.00 | 784.00 | 814.00 | 518536 | UNCON/ST. PETER |
| RW-2 | 10/19/92 | 70 | 30 | 0.40 | 856.80 | 853.80 | 783.80 | 813.80 | 518537 | UNCON/ST. PETER |

Note: All monitoring wells are owned by Soo Line Railroad Co.