Ground Water & Solid Waste Division
Site Response Section

Site Name

Category

Subcategory

Initials

# INTERIM RESPONSE ACTION PLAN

**SOO LINE RAILROAD/CP RAIL SYSTEMS**
**SHOREHAM YARD SITE**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. A089-058-1**

Prepared by:

Delta Environmental Consultants, Inc.
3900 Northwoods Drive, Suite 200
St. Paul, MN 55112
(612) 486-8022

September 27, 1994



**EXHIBIT 53**

# TABLE OF CONTENTS


1.0 INTRODUCTION . . . . . . . . 1
- 1.1 Purpose and Objective . . . . . . . . 1
- 1.2 Authorization . . . . . . . . 1

2.0 BACKGROUND INFORMATION . . . . . . . . 1
- 2.1 Site Overview . . . . . . . . 1
- 2.2 Extent of Petroleum Hydrocarbons in Ground Water . . . . . . . . 2
- 2.3 Recovery Wells . . . . . . . . 3
- 2.4 Slug Test . . . . . . . . 3

3.0 FREE PRODUCT RECOVERY RESPONSE ACTION . . . . . . . . 4
- 3.1 Overview . . . . . . . . 4
- 3.2 Pump Test . . . . . . . . 4
- 3.3 Ground Water Pump System Collector Pan Area . . . . . . . . 4
- 3.4 Ground Water Pump System Pumphouse Area . . . . . . . . 5

4.0 SCHEDULE . . . . . . . . 5

5.0 WASTE DISPOSAL AND TRANSPORTATION PLAN . . . . . . . . 5

6.0 SITE SAFETY PLAN . . . . . . . . 5

7.0 POSSIBLE SHORT TERM IMPACTS TO COMMUNITY . . . . . . . . 6

8.0 OPERATION AND MAINTENANCE . . . . . . . . 6

9.0 PERMITTING . . . . . . . . 6

10.0 REMARKS . . . . . . . . 6


## List of Figures


Figure 1 Site Map
Figure 2 Collector Pan Area - Extent of Free Product
Figure 3 Pumphouse Area - Extent of Free Product
Figure 4 Collector Pan - Proposed Process Flow Diagram
Figure 5 Pumphouse Area - Proposed Process Flow Diagram
Figure 6 Timeline Schedule


## List of Appendices


Appendix A Site Health and Safety Plan

# INTERIM RESPONSE ACTION PLAN

**SOO LINE RAILROAD/CP RAIL SYSTEMS**
**SHOREHAM YARD SITE**
**MINNEAPOLIS, MINNESOTA**
**DELTA NO. A089-058-1**

## 1.0 INTRODUCTION

### 1.1 Purpose and Objective

The purpose of this report is to present an Interim Response Action Plan (IRAP) for recovering free product at the Soo Line Railroad Shoreham (Soo Line) Yard Site (site) in Minneapolis, Minnesota. The objective of the remedial efforts is to recover the free-phase product floating on top of the water table in the collector pan and pumphouse areas of the site.

### 1.2 Authorization

Delta Environmental Consultants, Inc. (Delta), was authorized by Mr. Robert Kale of Soo Line to complete and submit this IRAP.

## 2.0 BACKGROUND INFORMATION

### 2.1 Site Overview

The site is located in Minneapolis, Minnesota, on the west side of Central Avenue between 28th Avenue and St. Antony Boulevard (Figure 1). The site is active and consists of a large number of facilities that include office buildings, storage buildings, tracks and switching facilities, locomotive washing, repair facilities, a round house, tool and work shops, and aboveground fuel oil storage tanks.

Geographically, the site is located approximately ½ mile east of the Mississippi River. The topography within the site area has been strongly shaped by several glacial advances and retreats. Just 1 mile north of the site, glacial moraine features exist in Columbia Heights, which has produced extensive topographic relief ranging from 850 to over 950 feet above sea level. However, the site area is relatively flat and ranges in elevation between 850 and 860 feet. The present flat topography is reflective of the terrace deposit that has filled and/or eroded the previously existing topographic highs and lows within the site area.

## 3.0 FREE PRODUCT RECOVERY RESPONSE ACTION

### 3.1 Overview

The IRAP clean-up goals are recovery of free-phase product on top of the ground water table in the collector pan and pumphouse areas. A ground water pump out system would be necessary in each of the two areas to create a ground water depression cone enabling free product to migrate towards the well for collection. The relatively high soil permeability indicates that a pump and treat system would be a realistic remediation option.

The IRAP consists of two ground water removal and treatment systems, at recovery well RW-1 and RW-2 (Figure 1). Ground water will be removed via two 70-foot deep recovery wells. Each recovery well will be equipped with an electric submersible pump for ground water depression (depression pump) and a skimmer pump for free-phase product recovery (product pump). Each depression pump will be sized to operate continuously at an average flow rate of 20 gallons per minute. The pumping water levels will be maintained by water sensitive floats installed in each well. Water from recovery wells RW-1 and RW-2 will be treated separately depending upon contaminant levels in the wells. Dependent on on-site utilities, discharge pipes from the treatment systems will be installed and connected at two different locations to the existing sanitary sewer line with separate Metropolitan Waste Control Commission (MWCC) permits.

### 3.2 Pump Test

Prior to installation of the system a ½ day pump test will be conducted at each well to verify well capacity and to determine the level of (contaminant) concentrations. This information is needed to determine equipment sizes, if an air stripper is needed in the collector pan area and if so, its design criteria.

### 3.3 Ground Water Pump System Collector Pan Area

The ground water treatment system at the collector pan area would consist of a 560-gallon product recovery tank, a 1,000-gallon oil/water separator, an air stripper (if pilot testing verifies its need), and associated piping and controls. The product pump will pump only free product directly into the product recovery tank. Ground water will be pumped by the depression pump to the separator tank as a safety precaution to allow gravity separation of free-phase product. The separator tank will be sized to provide sufficient retention time for free product to separate from the water. Free product that is recovered will be removed and properly recycled by a licensed waste hauler. The ground water from the separator tank will then be pumped to the