**Delta**
**Environmental Consultants, Inc.**

3900 Northwoods Drive
Suite 200
St. Paul, MN 55112
612/486-8022
FAX: 612/486-8021

July 7, 1995

Mr. Michael Brousseau
Mr. Richard Jolley
Minnesota Pollution Control Agency
Tanks and Spills Section
520 Lafayette Road
St. Paul, MN 55155

Subject: GROUND WATER PUMP OUT/PRODUCT RECOVERY SYSTEM START UP
Soo Line Railroad Shoreham Yard
Collector Pan Area
Minneapolis, Minnesota
MPCA Leak No. 1571
Delta No. A089-058

Dear Mr. Brousseau and Mr. Jolley:

Delta Environmental Consultants, Inc. is pleased to give notification of the ground water pump out and product recovery system startup at the Soo Line Railroad Shoreham Yard - Collection Pan Area in Minneapolis, Minnesota on June 7, 1995.

Enclosed is the Corrective Action Design Installation Notification Worksheet (Fact Sheet No. 10) with all required attachments for the above-referenced site. Ground water is being discharged to the sanitary sewer.

If you have any questions regarding this information or the project in general, please call the project manager, Gary J. Schroeher at (612) 486-5800, or me at (612) 486-5749.

Sincerely,

**DELTA ENVIRONMENTAL CONSULTANTS, INC.**

Katrin Scholz-Barth
Katrin Scholz-Barth
Project Engineer KSM

Enclosures

cc: Mr. R. J. Kale - Soo Line Railroad Company - CP Rail Systems
Ms. Lynn Holly - MCWS
Mr. Tom Anderson - City of Minneapolis
Mr. Gary Schroeher - Delta Environmental Consultants, Inc.
Mr. David Wolfgram - Delta Environmental Consultants, Inc.

RECEIVED
MPCA, GWSW
Site Response Section

MPCA001290

Providing a Competitive Edge

**EXHIBIT 56**