Metropolitan Council Environmental Services
Industrial Waste Section
230 East Fifth Street
St. Paul, MN 55101-1633

For Office Use Only

Permit No. ______________

Received OT 1 2 3 4

Staff ______________

# Special Discharge Report

**Report due at the MCES office by the 30th of the month following the end of the reporting period.**

1. Responsible Party Soo Line Railroad - Canadian Pacific Railway

2. Site Address The Shoreham Yard Site
2800 Central Avenue NE
Minneapolis, MN 55440
**Site #2 - Collector Pan Area System**

Mailing Address Ms. LeeAnn Thomas
Canadian Pacific Railway
501 Marquette Avenue, Suite 804
Minneapolis, MN 55402

3. Reporting period covered by this report:
o Jan-Mar, 19__ o Apr-Jun, 19__ o Jul-Sep, 19__ x Oct-Dec, 19 99

4. Total days of discharge during this reporting period 64

5. Total volume discharged during reporting period (gallons) 549,087

6. Average volume discharged per day (gallons/day) 8,579

7. Method of volume determination for this period Flow meter

8. Number of sampling events during reporting period 1

9. Samples collected by Braun Intertec Corporation

10. Samples analyzed by Braun Intertec Corporation

11. Sampling method Grab sample

12. Analytical results: List all required parameters and report the results for each. Use one column per sample and include the date of sample collection at the top of each column. All values should be expressed in mg/l or ppm (except pH). Analytical methods shall meet EPA protocol (Code of Federal Regulations Part 136). If the concentration is less than the detection limit, please use the detection limit for calculating the average.

Copies of all laboratory data sheets shall be submitted with this form.

**Site #2 - Collector Pan Area System**

| Parameter | Sampling Date 11/02/99 | Sampling Date | Sampling Date | Average |
|---|---|---|---|---|
| Benzene | 0.0078 | | | 0.0078 |
| Ethyl Benzene | 0.076 | | | 0.076 |
| Toluene | 0.022 | | | 0.022 |
| Xylenes | 0.103 | | | 0.103 |
| 1,1-Dichloroethane | 0.014 | | | 0.014 |
| 2,2-Dichloropropane | < 0.0010 | | | 0.001 |
| Naphthalene | 0.081 | | | 0.081 |
| 1,1,1-Trichloroethane | 0.015 | | | 0.015 |
| pH | 7.2 | | | 7.2 |
| COD | 24 | | | 24 |
| TSS | 10 | | | 10 |

13. Describe any significant operational problems/changes since the last report The collector pan area system was not operating during the periods November 4 to November 16, and December 15 to December 28, 1999; these shut downs appear to have been caused by power interruptions. The system was turned off on December 28, 1999 to allow static groundwater elevations in the area during the conduct of additional remedial investigation (drilling).

Report submitted by: *

Name (Print) Christopher D. McElligott

Date 1/4/00

Title Senior Remediation Engineer

Phone (612) 833-4769

Signature Chris D. McElligott

* **This report must be signed by the responsible party or a designated authorized representative as defined in 40 CFR 403 - General Pretreatment Regulations.**