# Minnesota Pollution Control Agency

September 20, 1995

REDACTED

Mr. Robert J. Kale
Manager of Environmental Affairs
Bridgeline Division
105 South Fifth Street
P.O. Box 530
Minneapolis, Minnesota 55440

RE: Soo Line Railroad Shoreham Yard Site

Dear Mr. Kale:

The Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup Unit (VIC) has reviewed the following document (Site Documents) pertaining to the Soo Line Shoreham Yard site (the Site) located in Minneapolis on the west side of Central Avenue between 28th Avenue and St. Anthony Boulevard. The Site Documents reviewed include the following:

1. "Progress Report/Work Plan Soo Line Shoreham Yard," prepared by Delta Environmental Consultants, Inc. (Delta), dated May 28, 1991;

2. "Phase II Remedial Investigation Report Soo Line Shoreham Yard," prepared by Delta, dated June 25, 1992;

3. "Remedial Investigation Report Addendum Soo Line Shoreham Yard," prepared by Delta, dated July 22, 1993;

4. "Request for Additional Information, Soo Line Shoreham Yard," prepared by Delta, dated February 9, 1994;

5. "Interim Response Action Plan, Soo Line Railroad/CP Rail Systems, Shoreham Yard Site," prepared by Delta and dated September 27, 1994;

6. "Industrial Discharge Permit Number 2212, for site located at 2800 Central Avenue N.E., Minneapolis, MN 55440," correspondence from Leo H. Hermes, Industrial Waste Manager, Metropolitan Council Wastewater Services to Michael Brousseau, MPCA, received February 13, 1995;

MPCA012323

BI014006.001



**EXHIBIT 58**

7. "Annual Monitoring Plan, Soo Line Shoreham Yard," prepared by Delta, dated March 3, 1995;

8. "Ground Water Pump Out/Product Recovery System Start Up, Soo Line Railroad Shoreham Yard," prepared by Delta, dated March 23, 1995; and

9. "Quarterly Monitoring Results, Soo Line Shoreham Yard," prepared by Delta, dated June 15, 1995.

The Site Documents discuss several phases of soil and ground water investigations that have occurred in four main areas of the Site where known petroleum releases have occurred: 1) a former tank basin area; 2) a pumphouse area; 3) a collector pan area; and 4) a lease area. In October 1994, the MPCA approved an Interim Response Action (IRA) Plan for recovering free product from the pumphouse area and the collector pan area. These systems were intiated in February and June 1995, respectively.

In addition to contamination of petroleum origin, in the collector pan and lease area, high concentrations of halogenated volatile organic compounds (VOCs) have been identified in several ground water monitoring wells along the eastern part of the Site. A list of VOCs that have been identified at the Site (the Identified Release) are summarized in Attachment A. The investigations conducted to date at the Site have focused upon the petroleum releases at the Site, however, have not fully evaluated the non-petroleum release. The southeasterly ground water flow direction indicates the likelihood that a ground water contaminant plume may exist off-site. The release of high levels of VOCs in this area may have resulted from a chemical spill or release in the former Lease Area.

In order to receive VIC Program assurances an investigation and cleanup of this release shall be required. An additional Phase I Report and a Phase II Investigation Work Plan shall be prepared and submitted for review to the MPCA within 90 days of the date of this letter. The Phase I Investigation Report shall focus upon past operators, activities and chemical use and waste handling practices in the former Lease Area and the Collector Pan Areas. The Phase II Work Plan shall focus on evaluating the extent and magnitude of the ground water contamination associated with nonpetroleum release and also shall include a proposal to investigate the probable source for the non-petroleum release.

If you have any questions about the contents of this letter, please contact me at (612) 297-5573 or Joe Otte at (612) 296-8411.

Sincerely,

Richard M. Jolley

Richard M. Jolley
Hydrogeologist
Voluntary Investigation and Cleanup Unit
Site Response Section
Ground Water and Solid Waste Division

RMJ:kkn

Enclosure

cc: Gary J. Schroeher, Delta Environmental Consultants, Inc.
Greg Lie, Hennepin County
Tom Frame, City of Minneapolis