## Jolley, Rick [GWSRS]

**From:** Jolley, Rick [GWSRS]
**To:** Otte, Joe [GWSRS]
**Cc:** Jolley, Rick [GWSRS]
**Subject:** Soo Line Shoreham Yard
**Date:** Tuesday, November 14, 1995 8:41AM

Joe:

Flash: Site Briefing

1. The new project manager for Soo Line Railroad is LeeAnn Hammerbeck.

She "replaces" Bob Kale as our principal contact.

2. She indicated today that Soo Line will be using Braun Intertec (Rick Johnston) for the chlorinated solvent issue; Delta, for now is still on the petroleum side.
They are still pursuing petrofund reimbursement; I believe Tanks and Spills project manager is Jessie Ebertz.

3. Soo Line is on tract to meet the Dec. 20 (?) deadline for submitting the work plan for investigating the chlorinated solvent plume. They are going through Phase I info. now and also will conducting another baseline VOC sampling event of all wells this week.

End of Flash Report