BRAUN[SM]
INTERTEC

# Phase II Investigation Work Plan
# CP Rail System
# Shoreham Yard Lease Area, Collector Pan Area and Waste Reclamation Area
# Minneapolis, Minnesota

Prepared for

**CP Rail System**

*Engineers and Scientists Serving the Built and Natural Environments*

Project No. CMXX-95-0821
February 9, 1996

Braun Intertec Corporation

MPCA001647

**EXHIBIT 60**

## Table of Contents


1.0. Introduction . . . . . . . . . . 1

2.0. Background . . . . . . . . . . 2
- 2.1. Geology . . . . . . . . . . 2
  - 2.1.1. Fill . . . . . . . . . . 2
  - 2.1.2. Alluvium . . . . . . . . . . 2
  - 2.1.3. Till . . . . . . . . . . 2
  - 2.1.4. St. Peter Sandstone . . . . . . . . . . 3
- 2.2. Hydrogeology . . . . . . . . . . 3
- 2.3. Well Construction Analysis . . . . . . . . . . 5
- 2.4. Soil Sample Contaminant Evaluation Results . . . . . . . . . . 7
- 2.5. Groundwater Sample Analytical Results . . . . . . . . . . 8
- 2.6. Areas of Concern . . . . . . . . . . 10

3.0. Presumptive Remedy Analysis . . . . . . . . . . 12
- 3.1. Introduction . . . . . . . . . . 12
- 3.2. Contaminant Types . . . . . . . . . . 12
- 3.3. Site Geology . . . . . . . . . . 12
- 3.4. Unsaturated Zone Presumptive Remedies . . . . . . . . . . 13
  - 3.4.1. Ground Surface Cap . . . . . . . . . . 13
  - 3.4.2. Soil Vapor Extraction . . . . . . . . . . 13
  - 3.4.3. Ex-situ Remedies . . . . . . . . . . 14
- 3.5. Saturated Zone Presumptive Remedies . . . . . . . . . . 14
  - 3.5.1. Hydraulic Containment/Treatment . . . . . . . . . . 14
  - 3.5.2. In-situ Remedies . . . . . . . . . . 15
- 3.6. Interim Response Action . . . . . . . . . . 15

4.0. Field Investigation . . . . . . . . . . 15
- 4.1. Conceptual Plan . . . . . . . . . . 15
- 4.2. Task 1 - Site Preparation . . . . . . . . . . 16
- 4.3. Task 2 - Surveying and Staking . . . . . . . . . . 16
- 4.4. Task 3 - Electromagnetic Survey . . . . . . . . . . 16
- 4.5. Task 4 (Optional) - Test Excavations . . . . . . . . . . 16
- 4.6. Task 5 - Geoprobe® Survey . . . . . . . . . . 17
  - 4.6.1. Locations and Rational . . . . . . . . . . 17
  - 4.6.2. Termination Depths . . . . . . . . . . 17
  - 4.6.3. Soil Sampling Intervals . . . . . . . . . . 17
  - 4.6.4. Groundwater Sampling . . . . . . . . . . 18
- 4.7. Task 6 - Soil Borings . . . . . . . . . . 18
  - 4.7.1. Locations and Rational . . . . . . . . . . 18
  - 4.7.2. Termination Depths . . . . . . . . . . 18
  - 4.7.3. Sampling Intervals . . . . . . . . . . 18
  - 4.7.4. Soil Testing . . . . . . . . . . 19
- 4.8. Task 7 - Bedrock Monitoring Wells . . . . . . . . . . 19
  - 4.8.1. Locations and Rational . . . . . . . . . . 19
  - 4.8.2. Sampling Intervals . . . . . . . . . . 19
  - 4.8.3. Termination Depths and Screen Intervals . . . . . . . . . . 19

4.9. Task 8 - Drift Monitoring Wells . . . . . 20
4.9.1. Locations and Rational . . . . . 20
4.9.2. Sampling Intervals . . . . . 20
4.9.4. Termination Depths and Screen Intervals . . . . . 20
4.10. Task 9 - Equipment Decontamination . . . . . 20
4.11. Task 10 - Well Development . . . . . 21
4.12. Task 11 - Hydraulic Conductivity Testing . . . . . 21
4.13. Task 12 - Well Abandonment . . . . . 21
4.14. Task 13 - Well Sampling . . . . . 21

5.0. Sampling and Analysis Plan . . . . . 22
5.1. Record Keeping . . . . . 22
5.2. List of Analytical Parameters . . . . . 22
5.3. Sampling Protocol . . . . . 24
5.3.1. Soil Sampling . . . . . 24
5.3.2. Water Sampling . . . . . 24
5.4. Analytical Methods . . . . . 24
5.4. QA/QC . . . . . 25

6.0. Receptor Survey . . . . . 26

7.0. Management of Investigation Derived Waste . . . . . 26

8.0. Site Safety and Contingency Plan . . . . . 27

9.0. Schedule . . . . . 27

10.0. References . . . . . 27

**Figures**


1. Site Location Map
2. Site Plan
3. Well and Boring Location Map
4. Geologic Cross Sections
5. Geologic Cross Section A-A'
6. Geologic Cross Section B-B'
7. Block Diagram - Top of Till
8. Block Diagram - Top of Bedrock
9. Isopach Map - Till Thickness
10. Groundwater Contour Map (11/22/95)
11. Hydrograph - Pumphouse/Former Tank Basin Area Monitoring Wells
12. Hydrograph - Collector Pan/Lease Area Monitoring Wells
13. Free Product Thickness - Pumphouse/Former Tank Basin Monitoring Wells
14. Free Product Thickness - Collector Pan/Lease Area Monitoring Wells
15. Groundwater Elevation and Free Product Thickness in Recovery Wells
16. Proposed Data Point Locations - Lease Area
17. Proposed Data Point Locations - Waste Reclamation Building Area


**Tables**


1. Soil Boring Lithology Summary
2. Well Construction Summary
3. Previous Groundwater Analysis Matrix
4. Observed Contaminants
5. Proposed Geoprobe® Soil Sampling Analysis Matrix
6. Proposed Geoprobe® Water Sampling Analysis Matrix
7. New Monitoring Wells - Initial Sample Proposed Analysis Parameters


**Appendices**


A. Grain Size Distribution Curves
B. Shoreham Yard Water Supply Well - Geologic and Gamma Logs
C. Groundwater Elevation/Free Product Thickness Summary Tables
D Soil Chemical Analysis and PID Data Summary Tables
E. Groundwater Quality Data Summary Tables
F. Time vs. Concentration Graphs for Selected Contaminants
G. Braun Intertec November 1995 Laboratory Reports
H. November 1995 Water Sampling Data Sheets
I. Braun Intertec Standard Operating Procedures
J. Schedule

## 1.0. Introduction

The Soo Line Railroad, doing business as CP Rail System (CP Rail), has been evaluating the soil and groundwater at the Shoreham Yard at 2900 Central Avenue Northeast for several years. The location is shown on Figure 1. The investigations have focused on three areas referred to as the former tank basin, the pumphouse area and the collector pan area. The areas are shown on Figure 2. The investigations have indicated the presence of petroleum contamination in the soil and groundwater in those areas and culminated in the installation and operation of two groundwater pumpout/free product recovery systems. One was installed in the pumphouse area and one in the collector pan area and both began operating in 1995. Several of the previous investigation reports are referenced in the text of this document. The complete document list is provided in Section 10 as a resource for the reader.

During the investigations, it became apparent that volatile organic compounds (VOCs), not related to the petroleum releases, are present in the groundwater and are likely present in the soil. The primary source of the VOCs appears to be an area which CP Rail leased to various non railroad commercial companies from approximately 1913 to 1982. This Phase II Work Plan is intended to begin the evaluation of the source, extent and magnitude of the VOC contamination in the lease area, as requested by the Minnesota Pollution Control Agency (MPCA) as well as in an area south of the lease area which contained the waste reclamation building, storehouse and dock areas. Aboveground and underground tanks and other potential sources of contamination were present in that area as discussed in the Phase I. It should also be noted that there is evidence of a petroleum release(s) in the northern end of the lease area which has not been evaluated and which will also be a part of this investigation.

It is not possible to evaluate the VOC problem to the exclusion of the ongoing petroleum remediation or other potential sources of contamination on the property because the contaminants are co-mingled, particularly in the lease area, but the known petroleum releases and other areas of the site are not the primary focus of this investigation. They are discussed in Section 2 in order to put the existing information and proposed additional investigation in context, but the lease area and waste reclamation area remain the focus of the proposed investigation.

As indicated, Braun Intertec sampled and analyzed the water from a selected set of the wells in November 1995 to obtain baseline data for preparation of the Phase II Work Plan and as a quality assurance evaluation of previous data. Comparison of the data recently obtained with the historical data indicates general agreement considering the limitations and comparability of analytical methodology, the time between the sampling and the dynamics of the hydrology. There were two apparent significant differences from previous data. Previous analysis indicated significant concentrations of 2,2-dichloropropane present in wells MW-309, MW-316, MW-318 and MW-319. In addition, the free product present in Well MW-317 was identified as turbine fuel (Delta, 1994a).

The compound 2,2-dichloropropane was reported in the wells referenced above in the analyses performed by Horizon Laboratories, and they reported it to be a coeluting compound. None was detected in the November 1995 Braun Intertec analyses. Braun Intertec chemists indicate that 2,2-dichloropropane coelutes closely with cis-1,2-dichloroethylene but can be clearly separated using the Hall and PID detectors. It is our opinion that no 2,2-dichloropropane is present. Horizon indicated that they could not confirm the presence of the 2,2-dichloropropane. It should also be noted that a November 1993 analysis, performed by Huntingdon, did not detect 2,2-dichloropropane.

The other discrepancy involves the free product detected in well MW-317. A previous analysis identified it as turbine fuel. A sample was collected in November 1995 and turbine fuel, gasoline and No. 2 fuel oil standards were run as part of the analysis. The November 1995 analysis appears to indicate a mixture of gasoline, fuel oil or other petroleum product. It is apparent that it is not a single product, and it is not possible to determine if turbine fuel is present. There was at least one gasoline station present on the north end of the lease area for many years as well as several gasoline stations present on the east side of Central Avenue between 29th and 30th Avenues Northeast. In addition, historical data also indicates fuel oil storage on the north end of the lease area, but there are no references to turbine fuel or a kerosene type of product.

## 2.6. Areas of Concern

Based on information presented in the Phase I, we have identified 10 potential source areas of contamination (areas of concern) in or around the lease area and waste reclamation building which have the potential to impact the soil or groundwater. They are the following:

- Lease Area

  - Former Rocket Products/Ashland Chemical Co.

    1. a cluster of 12-15 aboveground storage tanks and probable rail transfer and truck loading areas.
    2. three probable barrel storage areas.

  - Former filling station(s) and petroleum storage facilities

    1. a north cluster of three to four aboveground storage tanks, associated pump house and pump island.
    2. a south cluster of five aboveground storage tanks, pump house and pump island or loading rack.
    3. five underground storage tanks were also reported to have been present in this area.

- Store House/Waste Reclamation Building Area

  - Waste Reclamation Building

    1. a cluster of four outside, aboveground storage tanks north of the building with probable adjacent barrel storage.
    2. a barrel storage area northwest of the building.
    3. five aboveground storage tanks in the basement of the building and general storage of potential contaminants in the basement.

  - Loading dock area between the Waste Reclamation Building and the Store House

    1. truck loading and open storage dock between the buildings.
    2. an underground storage tank in front (east) of the dock.

Those areas and the areas downgradient of them, will be the focus of the Phase II investigation. The potential chemicals of concern in these areas are listed in Section 5.2.

# 3.0. Presumptive Remedy Analysis

## 3.1. Introduction

The objective of performing a presumptive remedy analysis is to use past experience gained through the U.S. Environmental Protection Agency's (EPA's) Superfund program to streamline a site investigation and speed up selection of appropriate remedial actions. Certain categories of sites have similar characteristics, such as types of contaminants present, types of disposal practices and types of environmental media affected. Presumptive remedies are preferred technologies for common categories of sites, based on historical patterns of remedy selection and EPA's scientific and engineering evaluation of performance data on technology implementation. The presumptive remedy approach is one tool of acceleration within the Superfund Accelerated Cleanup Model (SACM). The use of presumptive remedies, where appropriate, are intended to ensure consistency in remedy selection and reduce the cost and time required to remediate similar types of sites. In particular, a presumptive analysis can be used to focus data collection efforts during a remedial investigation.

Based upon the presence of VOC contamination and the geologic/hydrogeologic setting of the lease area, several presumptive remedies were identified for consideration. They include the following: capping, soil vapor extraction, hydraulic containment/treatment.

## 3.2. Contaminant Types

Chlorinated VOCs have been detected in groundwater beneath and around the lease area. Soil borings performed in and around the lease area during previous investigations were conducted to evaluate the extent and magnitude of hydrocarbon (fuel oil) contamination; therefore, little VOC data has been collected from the unsaturated zone soils. However, the presence of VOCs in groundwater, the photoionization detector (PID) data collected during soil boring advancement and apparent historical presence of solvents at the site all suggest that one or more areas of subsurface VOC soil contamination exist at the site.

## 3.3. Site Geology

The unsaturated (vadose) zone at the site consists of unconsolidated soils. The geology, as discussed previously, begins with fill from the ground surface to a depth of approximately 4 to 10 feet. The fill consists of sand and gravel with minor amounts of clay and silt. Underlying the fill are terrace deposits (alluvium) consisting of fine to coarse sand with some fine to medium pebbles. The terrace deposits appear to range in thickness from approximately 10 to 40 feet, but are generally 20 to 25 feet thick. Glacial till underlies the terrace deposits. The till unit averages approximately 20 feet thick and consists of silty sand and gravel with cobbles and minor clay to silty clay with minor fine sand and coarse pebbles. The water table, which is generally within the

glacial till unit, is present at a depth of approximately 45 to 50 feet below grade. The water table elevation has fluctuated over time during the course of previous investigations and has generally risen 6 to 7 feet between 1989 and mid 1993. The till unit overlies the St. Peter Bedrock Formation.

## 3.4. Unsaturated Zone Presumptive Remedies

**3.4.1. Ground Surface Cap.** Installation of an impermeable cap, such as an asphalt surface, is beneficial for mitigating the infiltration of precipitation through unsaturated zone soils. Water infiltrating through soils contaminated with VOCs, which are presumed to be present in the unsaturated zone, can facilitate the vertical migration of dissolved VOCs to the groundwater. An impermeable cap would serve to collect and divert surface water away from the site. This effect is likely occurring now, to some extent, by the landscaped mounds in the lease area which promote rapid runoff of precipitation although some of it is likely being diverted to the collector pan area and infiltrating there. In general, an impermeable cap is also beneficial to soil vapor extraction technology because it helps to focus the flow of air through the contaminants.

**3.4.2. Soil Vapor Extraction.** Based upon the contaminant type (VOCs) and apparent permeable nature of most, if not all, of the unsaturated zone soils, in-situ soil vapor extraction (SVE) appears to be an applicable presumptive remedy for the site. SVE is a process which physically removes contaminants from vadose zone soils by inducing air flow through the soil matrix. The flowing air strips volatile compounds from the soil and carries them to extraction wells. The recovered air is discharged to the atmosphere and may require treatment to reduce the contaminant vapor concentrations prior to discharge.

The fill and terrace deposits soils appear to be amenable to SVE treatment due to their granular nature and assumed high permeability with respect to air flow. The till soils at the site most likely have low permeability; however, based upon their fairly high sand content, they may be permeable enough to also be treatable by SVE. Remedial investigative activities at the site will include evaluating the air permeability of the different soil units in the unsaturated zone. Data that will be collected to support this evaluation include the physical soil properties of porosity, permeability, grain size analysis, organic content, and moisture content as well as the chemical concentration and distribution of VOCs in the vadose zone.

If remediation of the unsaturated zone is appropriate and the technology appears feasible, field pilot testing of SVE technology will be performed in later stages to verify its applicability to the site. Should SVE be employed at the site, the pilot testing data would also be necessary to finalize the engineering design of such a system. Field pilot testing involves installation of

several vapor extraction/test wells into each of the vadose zone soil units to be tested. During drilling for investigation, we may install vapor wells which can be used for future testing. Separate extraction/test wells would be installed in the terrace deposits and the underlying till.

Remediating VOC-contaminated subsurface soils ("source" soils) would serve to mitigate a probable source for ongoing groundwater contamination, and might negate the need for or complement a groundwater remediation remedy which may be employed.

**3.4.3. Ex-situ Remedies.** Potential ex-situ remedies, such as thermal desorption and incineration, were ruled out due to the necessity of excavating soils for treatment. Excavation is impractical due to the apparent depth to which contaminants have migrated in the unsaturated zone (approximately 40 to 45 feet) and other constraints imposed by the location of the site (i.e. site is adjacent to a roadway and active rail line).

## 3.5. Saturated Zone Presumptive Remedies

**3.5.1. Hydraulic Containment/Treatment.** Pumping groundwater and treating it for removal of low or moderate concentrations of dissolved VOCs is an inefficient and costly process, particularly with lifts of 50 or more feet. However, one of the general goals of the VIC program is to prevent further groundwater degradation, both in terms of extent and magnitude, resulting from a release at a site. Hydraulic containment of dissolved VOC contamination may be required and appears to be a technically feasible presumptive remedy for the saturated zone at the site. The purpose of hydraulic containment would be to mitigate the migration of a dissolved contaminant plume(s) to prevent the spread of unacceptable concentrations of contaminants. Dissolved contaminants have been identified in both the saturated portion of the till unit and in the upper portion of the St. Peter Sandstone.

Currently, an active groundwater remediation system is operating immediately west of the site. The purpose of this system is to depress the water table so that free phase fuel oil product, present on the water table, can be drawn to the pumping well and be recovered. The effect of this pumping system on the dissolved VOC contaminant occurrence is not currently known. The existing groundwater extraction system may be serving to hydraulically contain or partially contain the dissolved VOC contamination but, conversely, could be promoting the downward vertical migration of VOC contaminants towards the St. Peter Sandstone by lowering the hydraulic head in the St. Peter even outside of the zone of capture of the well.

Remedial investigative activities associated with the saturated zone at the site should be focused towards evaluating the horizontal and vertical distribution and magnitude of VOC contamination, and the hydrogeologic and hydraulic properties of the till unit and the St. Peter Sandstone,

particularly the hydraulic conductivity. Additionally, the potential effectiveness of the existing free product recovery system, located immediately west of the site, on nonpetroleum-related contaminant capture will be evaluated.

**3.5.2. In-situ Remedies.** In-situ remedies for the saturated zone were ruled out due to the hydrogeologic characteristics of the site. In particular, the in-situ technique known as air sparging was ruled out as a potential remedy due to site geology. The presence of the less-permeable till layer overlying the more-permeable St. Peter Sandstone and the absence of an unsaturated zone in the St. Peter at the site, makes in-situ air sparging of the St. Peter Sandstone technically difficult or impossible. In fact, air sparged into the St. Peter Sandstone might become trapped underneath the till layer and migrate horizontally spreading the contamination.

### 3.6. Interim Response Action

The current free product recovery system has not been operating long enough to understand the effectiveness of either its intended purpose of collecting free product or additional effect of capturing dissolved, non petroleum-related contaminants. Continued operation of RW-2 provides some benefit but it will likely complicate the investigation of the lease area. No other interim action with respect to the groundwater is recommended.

At this time we do not believe it is appropriate to initiate interim response action in the unsaturated zone. As drilling proceeds, we may install PVC pilot test wells in soil borings for future pilot testing in areas with significant unsaturated zone contamination. This could reduce costs for future drilling. A pilot test plan will be prepared if the type and concentration of contaminants warrants it.

## 4.0. Field Investigation

### 4.1. Conceptual Plan

We have identified ten potential sources or source areas (areas of concern) for the VOC contamination present in the lease area and the waste reclamation area. The work plan for investigating the problem is presented in this section. In concept, we plan to determine which potential sources are actual sources by soil and water sampling with a Geoprobe®, outline the area of groundwater impact in the till also by Geoprobe®, determine the concentration and potential rate of seepage of contaminants from the till to the bedrock, determine the impact on the St. Peter aquifer by installation of monitoring wells, and determine the physical and chemical characteristics of the contaminated vadose zone soils and install pilot test wells to evaluate the potential effectiveness of soil vapor extraction.

### 4.2. Task 1 - Site Preparation

There are several tasks which we will perform prior to beginning field work on the site. First, the free product recovery system at the collector pan area (RW-2) will be shut down thereby allowing the prepumping groundwater flow pattern to redevelop. It will make evaluation of the groundwater flow system easier without the system running. The recovery system has only removed 30± gallons of product through the first six months of operation. Since there is little product recovery occurring, the negative effect of shutting down the system for the investigation is minimal. We can continue to bail product if it is necessary in the interim. The system in the pumphouse area (RW-1) is far enough removed that it should not have a significant impact on the flow near the lease area and downgradient and will remain operating.

Secondly, where necessary to allow work to take place safely and effectively, the fence between the lease area/former waste reclamation building area and the rail yard will be removed and the landscaping and mounds removed. We will also begin the approval process for drilling in City of Minneapolis right-of-way.

### 4.3. Task 2 - Surveying and Staking

The key features in the areas of concern such as former tanks and pump islands will be surveyed and staked, so we have accurate locations for drilling, and a grid will be laid out for the electromagnetic survey discussed in the next task.

### 4.4. Task 3 - Electromagnetic Survey

An electromagnetic (EM) survey of the lease area and former waste reclamation building area will be performed to evaluate if there are underground storage tanks, fuel lines, utilities or other subsurface features which could either be potential sources of contamination or obstacles for drilling. The survey will be performed by a subcontractor using an EM-61 on a 5-foot wide grid, over the entire length of the two areas.

### 4.5. Task 4 (Optional) - Test Excavations

If the EM-61 survey indicates the presence of potential former sources of contamination we will perform test excavations to evaluate the objects. Underground storage tanks and appurtenances and other potential sources of contamination were required by CP Rail leases to be removed upon vacating the property. Lease files indicate the area was inspected, subsequent to being vacated, to determine the condition of the property, but we found no indication that railroad employees observed the work or verified that underground tanks and piping were removed. If no indication of the presence of such objects is observed during the EM survey, no test excavations will be conducted.