FROM: J.P. Nail DATE: 97-04-30, 14:29
TO: J.C. Miller B.J. Doll

COPIES: M.D. Johnson

INFORMATION PASSED ALONG TO YOU

FOR YOUR INFORMATION, MESSAGE ON NEXT PAGE

FROM: E.V. Dodge DATE: 97-04-30, 13:45
TO: J.P. Nail

COPIES: G. Halatsis A.L. Aksich L.D. Stromberg

This appropriation was approved Monday at the Soo Board meeting. You have my authority to proceed.

*********************************************************************

Mr. Dodge:

Yesterday the Soo Line Corporation Board of Directors approved a conceptual plan for the redevelopment of the former Shops property at Shoreham Yard in Minneapolis. The resolution follows immediately, the entire presentation is appended.

I am requesting your authority for a preassigned AFE for item (2) of that resolution, which reads as follows:

"Authorize the immediate expenditure of $2,300,000 for the demolition of the specified buildings, construction of the roadway, installation of utilities, and realignment of lead tracks to accommodate the project"

Thank you for your consideration.

John

Resolution B - Soo Line Corporation Board of Directors - April 28, 1997

(1) Approve the plan in concept,

(2) Authorize the immediate expenditure of $2,300,000 for the demolition of the specified buildings, construction of the roadway, installation of utilities, and realignment of lead tracks to accommodate the project, and

(3) Authorize any one of the President and CEO of Soo Line Railroad Company, the Executive Vice-President and CFO of Canadian Pacific Railway Company, or the Executive Vice-President Commercial of Canadian Pacific Railway Company, to approve respective development plans as they are finalized, to execute appropriate contracts, documents and instruments, and to authorize the expenditure of funds with respect to:

(a) Disposition of the Central Avenue property,
(b) Renovation and long term lease of appropriate shops buildings,
(c) Demolition of the shops buildings which are not included in the initial construction plan and which later prove to be non-viable to the overall development, and
(d) Construction of the transload facilities.

/////////////////////////////////////////////////////////////////////

PROPOSED REDEVELOPMENT OF FORMER
SHOREHAM SHOPS FACILITY
MINNEAPOLIS, MINNESOTA

BACKGROUND: In August of 1996, the Mechanical Department vacated the shops facility at Shoreham Yard in Minneapolis and relocated their operations to St. Paul Yard. In doing so, Mechanical vacated several shops buildings and approximately 65 acres of land. The shops buildings were constructed at the turn of the century and require major renovation before reuse for any alternate purpose. The estimated demolition cost of the facilities is in the (US) $2 million range. This $2 million anticipated expense was accounted for by including it in a prior year facilities rationalization restructuring accrual.

ENVIRONMENTAL: The entire property has either known or suspected contamination. The easterly most portion of the property along Central Avenue, and in the area of the former fueling station has been tested and is in the process of remediation. This property is identified as the "Central Avenue Property" on the attached Plan 1. This property can be marketed and the remediation dealt with simultaneously.

While no actual testing has occurred on the balance of the vacated shops property, because of its past use it is suspected to contain substantial contamination. This property includes the buildings and the areas around the buildings ("Shops Buildings" on Plan 1), and the South Yard and the yard area southwesterly of the shops buildings ("South Yard" on Plan 1). Rather than attempting to deal with the potential contamination on that property at this time, it is proposed that this property be kept in railroad ownership and use by renovating and renting some of the buildings, razing the buildings which cannot be retrofitted, clearing the South Yard, and redeveloping the surface of the South Yard for transload sites.

REAL ESTATE TAXES: Currently all the vacated shops property is

railroad operating property and not subject to local assessment. Except for the Central Avenue Property, which we recommend marketing, and the shops buildings, which we propose to renovate and lease (both addressed below), to keep the balance of the property off the local assessment rolls will require that the property be kept in railroad operations. The assessment date is January 2, which means the railroad will have to demonstrate that the property continues to be railroad operating property as of January 2, 1998. Should the property become locally assessed, the estimated tax expense to the railroad would be approximately $175,000 annually.

REDEVELOPMENT PLANS: - CENTRAL AVENUE PROPERTY: Environmental Affairs has advised that the remediation issues associated with this site can be addressed simultaneously with a sale and or redevelopment of that property. Real Estate is investigating these possibilities by selling outright, or negotiating a joint venture with a developer to redevelop this parcel. Estimated "net" sell off proceeds are in the (US) $1 to $1.5 million range.

With respect to that property, currently we are negotiating with a developer for the redevelopment of the roundhouse as a mini brewery, restaurant, banquet halls, and entertainment center. This individual has a successful similar development in Aurora, Illinois. (One of his business partners in the Aurora venture is NFL football great Walter Payton.) Public funds are presently being sought with the assistance of the Minneapolis Community Development Agency and through Federal Grant money for projects of this nature.

The rest of the Central Avenue property is currently being exposed to commercial developers with the assistance of an outside Real Estate consultant. It is anticipated that the property will either be redeveloped around the roundhouse project, or the roundhouse will be razed and the entire property marketed as one project.

BALANCE OF THE FORMER SHOPS AND SOUTH YARD PROPERTY: Real Estate and Commercial Development are working jointly on this project. Real Estate is taking the lead with the Shops buildings area, while Commercial Development will be coordinating the effort for the redevelopment of the rail use property.

SHOPS BUILDINGS: Preliminary marketing and engineering studies have been conducted with respect to the rehabilitation of the buildings. Based on those studies, there is a strong local market for these facilities and the market rental rates appear to support renovation of some of the buildings and the demolition of others. Based on these preliminary studies, obtainable rents should generate net operating income in the range of $175,000 to $250,000 annually, with internal rates of return at acceptable levels. There is also the potential of rail generated revenue should a rail customer lease one or more of these facilities. Serious negotiations are in progress with Trimodal, CPR's intermodal operator, for a long term lease in two of the buildings. Other opportunities are also being explored.

SOUTH YARD: Commercial Development receives inquiries from the

Commercial Business Groups and from customers seeking transload sites in the Twin Cities area. CPR has very little space to offer these prospective customers. A transload center at Shoreham would give CPR a competitive alternative to BNSF and UPR-served sites. Commercial Development has identified $1.7 million of potential new annual revenue that could be attracted to the South Yard. This concept is shown on Plan 3.

In order to make the former shops property and the South Yard available for this type of redevelopment, it is necessary to raze the buildings in the South Yard, clear and grade the area, relocate and build trackage, install an access roadway, new trunk line utilities, fencing and lighting at an estimated expense of (US) $2.3 million. The buildings which are razed as a part of this project will be charged against the existing accrual. This 1997 proposed construction is shown on Plan 2.

Additional funding will be required for the actual building rehabilitation and the construction of the transload facilities. That funding will be requested as specific marketing opportunities arise.

The proposed redevelopment plan not only keeps the property in railroad use but has the advantage of maximizing the utility of the entire site to generate new revenue for CPR. It is anticipated that this project could be completed in 1999 or 2000.

CITY OF MINNEAPOLIS: The City of Minneapolis has coveted the Shoreham Yard property for many years and is not fond of our redevelopment plans for the South Yard. If the City had its way, the land would most likely be developed residential. Another negative possibility to not moving forward with these plans is that the City would start asserting itself in attempting to force its acquisition and development of the property for uses not harmonious to our continued intermodal operations. Should we allow the former shops property to lie idle too long, the City could assert that the property is not railroad operating property and condemn or expropriate the land.

PROPOSED: That the Board:

(1) Approve the plan in concept,

(2) Authorize the immediate expenditure of $2,300,000 for the demolition of the specified buildings, construction of the roadway, installation of utilities, and realignment of lead tracks to accommodate the project, and

(3) Authorize any one of the President and CEO of Soo Line Railroad Company, the Executive Vice-President and CFO of Canadian Pacific Railway Company, or the Executive Vice-President Commercial of Canadian Pacific Railway Company, to approve respective development plans as they are finalized, to execute appropriate contracts, documents and instruments, and

to authorize the expenditure of funds with respect to:

(a) Disposition of the Central Avenue property,
(b) Renovation and long term lease of appropriate shops buildings,
(c) Demolition of the shops buildings which are not included in the initial construction plan and which later prove to be non-viable to the overall development, and
(d) Construction of the transload facilities.