BRAUN℠
INTERTEC

# Phase II Investigation Report
# Canadian Pacific Railway
# Shoreham Yard
# Lease Area and Waste Reclamation Area
# Minneapolis, Minnesota

Prepared for

**Canadian Pacific Railway**

Project No. CMXX-95-0821
November 26, 1997

Braun Intertec Corporation

*Engineers and Scientists Serving the Built and Natural Environments*

MPCA002565

**EXHIBIT 62**

# Table of Contents


1.0 Introduction . . . . 1

2.0 Scope of Work . . . . 2

3.0 Methods . . . . 4

4.0 Field Investigation Results . . . . 4
- 4.1 PID Data . . . . 4
- 4.2 Geoprobe Borings . . . . 5
- 4.3 Electromagnetic Survey . . . . 5
- 4.4 Monitoring Well Network . . . . 5
  - 4.4.1 Shoreham Yard . . . . 5
  - 4.4.2 Lease Area . . . . 6
  - 4.4.3 Waste Reclamation Area . . . . 6
  - 4.4.4 Off-Site . . . . 6

5.0 Geology . . . . 7
- 5.1 Topsoil/Fill . . . . 7
- 5.2 Alluvium . . . . 8
- 5.3 Glacial Till . . . . 8
- 5.4 Glacial Outwash . . . . 9
- 5.5 St. Peter Sandstone . . . . 9

6.0 Hydrogeology . . . . 10
- 6.1 Hydrogeologic Units . . . . 10
- 6.2 Water/Free Product Levels . . . . 11
- 6.3 Slug Tests . . . . 12
- 6.4 Alluvium/Glacial Till . . . . 12
- 6.5 Outwash/St. Peter Sandstone . . . . 12
- 6.6 Vertical Flow . . . . 14

7.0 Soil Impacts in Areas of Concern . . . . 15
- 7.1 Lease Area . . . . 15
  - 7.1.1 Gas Station - North End . . . . 15
  - 7.1.2 Area Between the North End Gas Station and Central Area Gas Station . . 17
  - 7.1.3 Gas Station - Central Area . . . . 18
  - 7.1.4 Chemical Storage, Southern End . . . . 19
- 7.2 Waste Reclamation Area . . . . 22
  - 7.2.1 Above Ground Storage, North End . . . . 22
  - 7.2.2 Basement of Waste Reclamation Building . . . . 23
  - 7.2.3 Dock Area . . . . 23
- 7.3 Electromagnetic Survey Anomaly Evaluation . . . . 24

## Table of Contents (continued)


8.0 Groundwater Impacts . . . . . 25
8.1 Free Product Distribution and Analysis . . . . . 25
8.2 Dissolved Compounds . . . . . 27
8.2.1 Gas Station, Northern End . . . . . 29
8.2.2 Gas Station, Central Area . . . . . 30
8.2.3 Chemical Storage Area, South End . . . . . 31
8.3 Waste Reclamation Area . . . . . 32

9.0 Groundwater Receptor Survey . . . . . 33

10.0 Well Sealing . . . . . 35

11.0 Summaries and Conclusions . . . . . 35
11.1 North Gas Station Area . . . . . 35
11.2 Central Gas Station Area . . . . . 36
11.3 Chemical Storage Area . . . . . 36
11.4 Offsite Impacts . . . . . 36
11.5 Waste Reclamation Area/Dock/Storehouse Area . . . . . 37

12.0 Recommendations . . . . . 37

13.0 Management of Investigation Derived Waste . . . . . 38

14.0 References . . . . . 39

## Figures

1. Site Location Map
2. Top of Outwash Contour Map
3. Hydrograph - Collector Pan Area Monitoring Wells
4. Hydrograph - "400" Series Monitoring Wells
5. Hydrograph - "300" Series Lease Area Monitoring Wells
6. Hydrograph - Recovery Wells
7. Free Product Thickness - Collector Pan Area Monitoring Wells
8. Free Product Thickness - Lease Area Monitoring Wells
9. Free Product Thickness - Recovery Well RW-2
10. Vertical Hydraulic Gradient vs. Time - "400" Series Monitoring Well Nests
11. Groundwater Elevation vs. Vertical Hydraulic Gradient - MW-400S/400D
12. Groundwater Elevation vs. Vertical Hydraulic Gradient - MW-401S/401D
13. Groundwater Elevation vs. Vertical Hydraulic Gradient - MW-402S/402D

## Plates

1. Site Plan
2. Geologic Cross Section Traverses
3. Geologic Cross Sections
4. Top of Till Contour Map
5. Till Isopach Map
6. Water Table Contour Map (5-21-97)
7. Potentiometric Surface Contour Map - Outwash/St. Peter (5-21-97)
8. Distribution of Soil and Groundwater Impacts
9. Concentrations of Dissolved Compounds in Outwash/St. Peter

## Tables

1. Soil Boring Lithology Summary
2. Well Construction Summary
3. Vertical Hydraulic Gradient Data Summary
4. Push Probe and Soil Boring Soil Analytical Results Summary
5. Hydropunch Groundwater Analytical Results Summary
6. First Round "400" Series Monitoring Well Groundwater Analytical Results Summary (ug/L)
7. Second Round "400" Series Monitoring Well Groundwater Analytical Results Summary (ug/L)
8. Hydropunch and First Round "400" Series Monitoring Well Groundwater Analytical Results Summary (ug/L)
9. Hydropunch and Second Round "400" Series Monitoring Well Groundwater Analytical Results Summary (ug/L)

**Appendices**

A. MPCA Work Plan Approval Letter
B. Braun Intertec Standard Operating Procedures
C. Soil Boring Logs
    C1. Geoprobe Logs
    C2. "500" Series Soil Borings
    C3. "400" Series Monitoring Wells
    C4. Geoprobe Logs - EM Survey Anomalies
D. Soil Chemical Analysis and PID Data Summary Tables
E. Geophysical Investigation Report
F. Boart Longyear Co.
    F1. Field Boring Logs
    F2. Well Detail Information Sheets
    F3. MDH Well and Boring Records
G. Braun Intertec Monitoring Well Field Data Sheets
H. City of Minneapolis Permits
I. Well Development Data Sheets
J. Geotechnical Analysis of Fine and Coarse Aggregates
K. Vendor Summary of Ashland Chemical Company RCRA Notification
L. Groundwater/Free Product Elevation Summary
M. Water Level Measurement Data Sheets
N. Slug Test Analysis Results
O. Water Sampling Data Sheets
P. Water Quality Data Summary Tables
Q. Braun Intertec Laboratory Results
R. Receptor Survey Map and Well Logs
S. Free Product Analysis Chromatograms
T. Well and Boring Sealing Record - MW-21

# 1.0 Introduction

The Soo Line Railroad Company, doing business as the Canadian Pacific Railway (CPR), has been evaluating the soil and groundwater in the eastern part of the Shoreham Yard at 2900 Central Avenue Northeast for several years. The project location is shown on Figure 1. Previous investigations have focused on three areas referred to as the Former Tank Basin, the Pumphouse Area and the Collector Pan Area, as shown on Plate 1. The investigations have indicated the presence of petroleum impacts in the soil and groundwater in those areas and culminated in the installation and operation of two groundwater pumpout/free product recovery systems. One was installed in the Pumphouse Area and one in the Collector Pan Area. Both began operating in 1995. Please see the *Phase II Investigation Work Plan* (Braun Intertec, 1996a) for a reference list of documents relating to the investigation of these areas.

During the previous investigations, it was also observed that volatile organic compounds (VOCs), not related to the petroleum releases, were present in the soil and groundwater. The primary source of the VOCs appeared to be in an area which CPR had leased to various non-railroad commercial companies from approximately 1913 to 1982. This investigation focused on the Lease Area, and because of its proximity, the Collector Pan Area data were also reviewed and used where necessary. Except for water levels, previous data from the Former Tank Basin Area and Pumphouse Area were generally not used because they are farther removed from the Lease Area and are separate sources. Groundwater flow direction and water quality data from wells MW-306 and MW-24 indicate that these source areas would not impact the Lease Area and Collector Pan Area.

The purpose of this Phase II Investigation was to initiate an evaluation of the source, extent and magnitude of the VOC impacts in the Lease Area, as requested by the Minnesota Pollution Control Agency (MPCA), as well as in an area south of the Lease Area which CPR had used in its operation. The CPR operations included a waste reclamation building, storehouse and dock areas (Waste Reclamation Area). Above ground and underground tanks and other potential sources of impacts were present in that area as discussed in the *Phase I Environmental Site Assessment* (Phase I ESA, Braun Intertec, 1996b).

The additional Phase II investigative work included evaluation of the non-petroleum impacts that were found in the southern end of the Lease Area and the evidence of a petroleum release(s) in the northern end of the Lease Area. In the *Phase II Investigation Work Plan* (Work Plan), Braun Intertec identified ten potential sources or source areas (areas of concern) for impacts in the Lease Area and the Waste Reclamation Area (site). Please refer to the *Phase I ESA* (Braun Intertec, 1996b) and the *Phase II Investigation Work Plan* (Braun Intertec, 1996a) for background information regarding this site.

## 2.0 Scope of Work

The proposed scope of work for the Phase II Investigation was presented in the *Phase II Investigation Work Plan* (Braun Intertec, 1996a). The Phase II Investigation Scope of Work was approved by the MPCA as outlined in a letter dated April 10, 1996. A copy of that letter is attached in Appendix A.

The following tasks were completed as part of the Phase II Investigation scope of work:

- During the period November 16 through 30, 1995, Braun Intertec obtained a round of groundwater samples from existing site monitoring and recovery wells. The groundwater samples were analyzed at the Braun Intertec laboratory for a combination of analyses including VOCs, Resource Conservation and Recovery Act (RCRA) metals (arsenic, barium, cadmium, chromium, lead, mercury, selenium and silver) and semi-volatile organic compounds (SVOCs). During the same period, free product samples were collected from monitoring wells MW-310, MW-314 and MW-317, and from recovery well RW-1, and were analyzed for diesel range organics (DRO) and total hydrocarbons (THC).

- A Site Health, Safety and Accident Prevention Plan was prepared in accordance with OSHA Standard 29 CFR 1910.120 for appropriate field activities.

- A Groundwater Receptor Survey was conducted in accordance with current MPCA guidelines.

- Geosphere Midwest was subcontracted to conduct an electromagnetic survey on June 29, 1996 of the Lease and Waste Reclamation Areas.

- Summit Envirosolutions was subcontracted to conduct a push probe investigation of the Lease and Waste Reclamation Areas, during the period July 28 through August 2, 1996. Soil samples were collected from various depth intervals from 31 of the 43 push probe borings and were analyzed at the Braun Intertec laboratory for a combination of analyses including VOCs, RCRA metals, SVOCs, DRO, gasoline range organics (GRO) and polychlorinated biphenyls (PCBs).

- Boart-Longyear was subcontracted to drill 30 soil borings including hydropunch collection of 12 groundwater samples, the installation of 11 monitoring wells and the installation of five soil vapor extraction pilot test wells during the period September 25 through October 10, 1996. The investigation was conducted within Shoreham Yard, within the Lease and Waste Reclamation Areas and between Central Avenue Northeast and Polk Street Northeast on commercial and residential properties. Soil samples were collected from various borings and were submitted to the Braun Intertec laboratory for a combination of analyses including VOCs, lead, SVOCs, DRO and GRO. Geotechnical samples were collected from two of the soil borings on October 2 and 4, 1996 and were submitted to the Braun Intertec laboratory for various geotechnical analyses. Groundwater samples collected by hydropunch from various borings were analyzed at the Braun Intertec laboratory for VOCs, DRO and GRO.

- Eleven new monitoring wells were developed during the period of October 29, 1996 through January 22, 1997.

- Sunde Land Surveying, Inc. was subcontracted to survey the locations and ground surface elevations of all completed push probes and soil borings and to survey the top of riser elevations of the 11 newly installed monitoring wells and selected existing site monitoring wells.

- In-situ hydraulic conductivity tests (slug tests) were conducted in nine of the 11 newly installed monitoring wells during the period November 5, 1996 through January 23, 1997.

- The 11 newly installed monitoring wells were sampled for groundwater quality during the period February 11 through February 13, 1997 and again during the period March 31 through April 2, 1997. The groundwater samples were analyzed at the Braun Intertec laboratory for VOCs, DRO and GRO. Product samples collected from two of the newly installed monitoring wells were analyzed for VOCs at the Braun Intertec laboratory for the February 1997 event.

- Water levels were measured in some or all of the existing site monitoring wells during nine events: November 22, 1995, May 1, November 5, November 25 and December 2, 1996, and January 7, February 11, March 31, and May 21, 1997.

- Boart-Longyear was subcontracted to seal monitoring well MW-21.

- This report was prepared presenting the procedures, results and conclusions of the Phase II Investigation.

The most notable deviation from the work plan was that, due to the apparent presence of cobbles, the Geoprobe subcontractor, Summit Envirosolutions, was unable to penetrate the till with the Geoprobe. Therefore, additional Rotasonic borings were performed to evaluate the till. In addition, several of the wells in the residential neighborhood were relocated from proposed locations due to access problems.

## 3.0 Methods

Methods for conducting field work were generally as proposed and are described in the Braun Intertec Standard Operating Procedures (SOPs) included in Appendix B. A table of contents is also included in front of the SOPs for reference.

## 4.0 Field Investigation Results

### 4.1 PID Data

During performance of the Geoprobe and Rotasonic drilling, organic vapor measurements were recorded using a photoionization detector (PID) calibrated to an isobutylene standard. The PID was equipped with an 11.7 eV lamp.

Organic vapor readings were taken at approximate 2-foot intervals in the Geoprobe borings and at approximate 5-foot intervals in the Rotasonic borings. The PID measurements are recorded on the boring logs included in Appendices C1 through C4. PID measurements for all historical soil borings, along with the laboratory analyzed soil concentrations of benzene, ethylbenzene, toluene and xylenes (BETX), THC as diesel fuel, THC as gasoline, THC as number 2 fuel oil, DRO and GRO are presented in Appendix D.

Results of the PID evaluation of the soil are discussed in Section 7.

## 4.2 Geoprobe Borings

Forty-three Geoprobe borings were conducted for impact delineation purposes, including nine Geoprobe borings which were conducted to evaluate the soil in areas where magnetic anomalies were observed during the electromagnetic (EM) survey. All Geoprobes were conducted until probe refusal which appeared to be generally at the top of the till. The geoprobe soil logs are in Appendix C1.

## 4.3 Electromagnetic Survey

An EM survey was performed by Geosphere Midwest along the Lease and Waste Reclamation Areas to evaluate the presence of buried metal objects, including the potential presence of underground storage tanks. The EM survey was conducted on June 29, 1996 using a Geonics EM61 metal detector. The methods and results of the survey are presented in the report, *Geophysical Investigation at the CP Rail - Shoreham Yard Site*, included in Appendix E. The results of the EM survey combined with known site features did not indicate strong evidence of the presence of buried tanks. Because of this, Braun Intertec recommended a change in the workplan; evaluate each area by Geoprobe rather than disrupt the highly visible area with test excavations. Those Geoprobe logs are in Appendix C4.

## 4.4 Monitoring Well Network

Currently, there are 32 groundwater monitoring wells and two recovery wells which monitor groundwater quality in the Shoreham Yard area, including the Lease Area and the residential area east of the yard. Construction details of the 32 monitoring wells, the two recovery wells, the abandoned Shoreham Yard production well (APW) and abandoned monitoring wells MW-1 (ABW-1) and MW-21 (ABW-21) are provided in Table 1. The Boart-Longyear soil boring logs, well detail information sheets and the MDH well and boring records are in Appendices F1 through F3. The Braun Intertec monitoring well field data sheets are in Appendix G. The City of Minneapolis construction permits and encroachment permits are in Appendix H.

The monitoring wells were developed in October 1996 and January 1997. The well development data sheets are in Appendix I.

**4.4.1 Shoreham Yard.** Seventeen of the monitoring wells are located in Shoreham Yard. Of these, only MW-1A is completed in alluvium. Four monitoring wells including MW-21A, MW-22, MW-23 and MW-24 are completed in glacial till. Nine monitoring wells including MW-2, MW-3, MW-303, MW-306, MW-307, MW-309, MW-310, MW-313 and MW-314 and recovery wells RW-1 and RW-2 are screened across the till-St. Peter Sandstone contact. Although the soil borings conducted for the installation of monitoring wells MW-2 (bottom of well screen:

52.5 feet below land surface (bls)) and MW-3 (bottom of well screen: 53.6 feet bls) were not logged below 49.8 feet and 47.0 feet, respectively, it is likely that these wells are screened across the till-St. Peter Sandstone interface. This is due to the proximity of these wells to recovery wells RW-2 and RW-1, respectively, and that the reported lithologic contact between glacial till and the St. Peter Sandstone in both RW-1 and RW-2 is at 50 feet bls. Monitoring wells MW-25, MW-301 and MW-308 are completed in the St. Peter Sandstone.

**4.4.2 Lease Area**. Nine of the monitoring wells are located in the Lease Area as shown in Plate 1. These include MW-316, MW-318, MW-319, and newly installed monitoring wells MW-400S, MW-400D, MW-401S, MW-401D, MW-402S and MW-402D. Of these, three monitoring wells including MW-400S, MW-401S and MW-402S are completed within glacial till although a layer of apparent outwash was observed in the screened interval of both MW-400S and MW-401S. Based on the water level observed in MW-318, it is quite likely that the screen or sandpack of this well is partially in the outwash/St. Peter beneath the till. MW-319 is screened across the till-outwash interface. Well MW-402D is completed in glacial outwash deposits. The remaining three monitoring wells (MW-316, MW-400D and MW-401D) are completed in the St. Peter Sandstone.

**4.4.3 Waste Reclamation Area**. Only one monitoring well was installed in the Waste Reclamation Area as shown on Plate 1. MW-403D was installed in glacial outwash deposits beneath the till.

**4.4.4 Off-Site**. Five at-grade monitoring wells have been installed off-site, including four during this investigation. Monitoring well MW-317, installed previously, was reportedly screened in till although the soil boring log indicates that 1- to 4-foot sand layers were "prevalent" in the screened interval. Newly installed MW-405D is completed in glacial till. Newly installed monitoring wells MW-404D, MW-406D and MW-407D were completed in glacial outwash deposits beneath the till.

## 5.0 Geology

A total of 140 borings of various types have been conducted during investigations of the east portion of Shoreham Yard including the Lease Area. As part of this Phase II Investigation, 43 push probes and 30 Rotasonic borings were performed. A list of all borings conducted at this site is presented in Table 1 along with the depth and elevations at which the various lithologies were encountered, their thicknesses, the dates the borings were conducted and the drillers' name. All of the boring locations are shown on Plate 1.

Except for the landscape mounds in the Lease Area, the site is generally flat, located on an upper terrace deposit at an elevation of approximately 855 feet above mean sea level (amsl). The topography remains relatively flat to the south and slopes gently down to the west toward the Mississippi River, approximately 1.3 miles away. The topography slopes gently upward to the east for approximately 2 blocks, then rises sharply over the next three blocks to an elevation of approximately 950 feet amsl, 100 feet above the yard.

An idealized cross-section of the site geology would consist of the following lithologic units from the land surface down to the uppermost bedrock unit: Topsoil/fill; alluvium; till; outwash; and St. Peter Sandstone. However, not all units were observed at all locations and the thicknesses of the units vary from location to location. The most significant variation from the idealized cross-section is the apparent absence of till near the northern end of the Lease Area. The till appears to thin toward the north as very little was observed at MW-400D, and none was observed in boring ST-513 to a depth of 55 feet. This is below the depth at which it was observed in most other borings. The till thickens again farther to the north as observed in MW-22. In addition, the till thickens considerably to the east of the site.

Three geologic cross sections were prepared based on both previous borings and new borings performed during this Phase II Investigation. The cross-section traverses are shown on Plate 2. The cross sections, labeled A-A', B-B' and C-C', are presented on Plate 3. Also included in the cross sections are the PID headspace readings recorded in each of the soil borings. The individual lithologic units are described below.

### 5.1 Topsoil/Fill

The uppermost lithologic unit is generally a topsoil/fill layer, up to 15 feet thick, where present. The fill is composed predominantly of poorly graded sand (SP) and poorly graded sand with silt (SP/SM). Meyer and Hobbs, 1989, indicate that most of the area in and around the railyard probably contained organic deposits which were drained, excavated and replaced with fill.

The fill is present over a large area and should not be generally construed as waste material, although some non-soil fill was observed in borings ST-511 (coal, slag and wood) and ST-512 (coal and slag).

### 5.2 Alluvium

Underlying the topsoil/fill layer is a river terrace alluvium usually described as a brown, fine grained, poorly graded sand (SP), silty sand (SM) and poorly graded sand with silt (SP/SM). It was occasionally described as being medium or coarse grained and black. The alluvium has been observed in all borings conducted on or adjacent to the pumphouse area, Collector Pan Area, Lease Area and Waste Reclamation Area. It ranges in thickness from 10 feet at the location of soil boring SB-305 to 51 feet at the location of monitoring well MW-400D, resulting in a very irregular contact with the underlying till.

A sample of the alluvium from boring VW-1D was analyzed for vertical permeability, grain size distribution, organic content and moisture content. The sample could not be analyzed for porosity due to the nature of sample collection. A shelby tube sample could not be collected using the Rotasonic drilling method. In-situ density (only measurable with a shelby tube sample) is required to calculate the porosity.

The vertical permeability of the VW-1D sample was 1.0 x $10^{-3}$ centimeters per second (cm/sec) or 2.0 x $10^{-3}$ feet per minute (ft/min). The grain size distribution classified the soil as a poorly graded sand with silt (SP/SM). The organic content was 1.1% and the moisture content was 6.1%.

The soils report is in Appendix J. Grain size analysis was previously performed on three samples of the terrace deposit from boring MW-308. The samples contained 89% or greater sand and gravel. The grain size distribution curves for MW-308 are in Braun Intertec, 1996a.

### 5.3 Glacial Till

Glacial till, by its nature, is typically more heterogeneous than other unconsolidated geologic deposits. A red to brown, Superior Lobe glacial till described as consisting of a variety of silt, sand and clay combinations including silt (SM), silty clayey sand (SC/SM) and poorly graded sand with silt (SP/SM) among others, is present at most locations beneath the site. Occasional gravel and cobbles were also encountered. The topography of the top of the till is shown on Plate 4. Beneath most of the Lease Area, the till appears to slope (thin) to the north or northwest, toward the area where there does appear to be any till. An isopach map showing the till thickness in the project area is shown on Plate 5. The average till thickness is approximately 20 feet but varies across the site. The till appears to be thickest east of the site. An east-west trending ridge of till

is present passing beneath the southern end of the Lease Area. The till thins to the north and does not appear to be present in the area of boring ST-513. The till and outwash appear to be interfingered in some borings near the north end of the Lease Area and to the east. ✓yes On the other hand, the till was greater than 54 feet thick in MW-405D, which is several blocks east of the site. Plate 4 and 5 depict the till geometry, but the reader is cautioned that the figures should not be viewed too literally in the areas where the data point density is low.

Grain size analysis was previously performed on three till samples from boring MW-308. The samples contained 70.2 to 74.7% sand and gravel and the remainder, silt and clay. The grain size distribution curves are in Braun Intertec, 1996a.

## 5.4 Glacial Outwash

Immediately beneath the till is either a Superior Lobe glacial outwash deposit or the St. Peter Sandstone. The outwash is a reddish-brown poorly graded sand (SP) and poorly graded sand with silt (SP/SM) which is thought to be composed in part of glacially reworked St. Peter Sandstone. The material retrieved from soil boring MW-400D at 56 feet (till-St. Peter contact) was clearly the St. Peter Formation, composed of white, poorly graded quartzose sand. However, the material collected from MW-403D at the same depth interval was nearly identical in composition to the St. Peter Sandstone but was brown to reddish brown in color, suggesting glacial reworking and re-deposition of the St. Peter Sandstone combined with some Superior Lobe sediment.

Previous investigations (Delta, 1992, 1995) clearly encountered the outwash in only one soil boring, MW-319 at a depth of 45 feet bls. The material at 45 feet bls in MW-319 was classified as a poorly-graded sand (SP) which coarsened with depth and was fine grained and gray with a fuel oil odor. At 49 feet to termination at 50 feet bls, a well-graded sand (SW) with gravel was encountered. Braun Intertec interprets the material from 45 feet to termination to be a glacial outwash deposit. The outwash may have been encountered in borings MW-317 and MW-318. In the log for boring MW-317, "prevalent" sand layers, 1 to 4 feet thick were reported between 42 and 65 feet and in boring MW-318, increasing sand content was reported near the bottom of the boring, which was at 50 feet. A contour map of the top of the outwash is shown on Figure 2. The significance of the geometry of this contact with the overlying till is discussed in Section 8.

## 5.5 St. Peter Sandstone

Approximately the upper half to two thirds of the St. Peter Sandstone consists of a white to yellow/white, fine to medium grained, friable quartz sandstone. The lower half to one third is a mudstone, siltstone and shale with interbedded very coarse sandstone. Where uneroded in this area, the St. Peter is approximately 160 feet thick. The site is on the flank of a sediment-filled valley, cut in the bedrock. The top of the bedrock on the eastern part of Shoreham Yard is at a

depth of approximately 50 feet, equivalent to an elevation of approximately 800 feet. Based on the known thickness and elevation of the St. Peter in the area, approximately the upper one fourth to one third of the St. Peter has been eroded. Olsen and Bloomgren, 1989, indicate that the axis of the buried valley trends northeast-southwest, just west of the intermodal facility. Between the intermodal facility and the Lease Area the bedrock obviously rises as the depth to bedrock in the site borings was as shallow as 40 feet. There is an indication also of a buried valley east of the site. At boring ST-510 St. Peter was not encountered until 93 feet and at well MW-404D, farther east, no St. Peter was encountered to a depth of 100 feet, the termination depth of the boring.

Grain size analysis of the MW-400D St. Peter Sandstone sample indicated a poorly graded sand. The grain size distribution from MW-400D was nearly identical to those of the St. Peter Sandstone samples collected during a former investigation from soil boring MW-308 at 50 feet, 55 feet and 65 feet bls. The MW-308 grain size distribution curves are included in the Work Plan (Braun Intertec, 1996a). The geotechnical analysis reports from the Phase II Investigation are in Appendix J.

## 6.0 Hydrogeology

### 6.1 Hydrogeologic Units

The hydrogeology of the site is very complex. The hydrogeologic units have been divided into three groups: alluvium, till and outwash/St. Peter. The outwash/St. Peter is being treated as a single hydrogeologic unit because they appear to have similar hydraulic properties and are in contact with each other. The till appears to be functioning to some degree as a confining layer even though the sand content of the till is quite high. This is evidenced by the fact that in several of the borings, evidence of impact was not encountered until reaching the till - outwash interface even though the water table is in the till. The water in the outwash/St. Peter is confined in most areas, but in the southern end of the reclamation area, the water in the outwash may be under water table conditions.

The water table is at a depth of approximately 40 to 45 feet and is not consistently in one hydrogeologic unit. In general, it is in the till but it is also present in the alluvium and may be in the outwash beneath the till depending on the presence of the units and their elevations at each location.

When installing the wells during the Phase II, the well screens were placed such that they did not cross hydrogeologic units as several from previous investigations had done. The wells with screens intersecting the three main hydrogeologic units beneath this site are indicated by an alphabetic code on Table 2. The screened interval of monitoring wells are coded as follows: "a": completed in alluvium; "b": completed in till; and "c": completed across the till-outwash contact, till-St. Peter contact or completed in outwash or in St. Peter.

## 6.2 Water/Free Product Levels

Historic groundwater/free product elevation and free product thickness data for all site monitoring points are provided in the tables included in Appendix L. Hydrographs for the Collector Pan Area, newly installed "400" series monitoring wells and previously installed "300" series Lease Area monitoring wells are included as Figures 3, 4 and 5, respectively. A hydrograph for the recovery wells is included as Figure 6.

Free product thickness graphs for the Collector Pan Area and Lease Area monitoring wells are included as Figures 7 and 8, respectively. A free product thickness graph for recovery well RW-2 is included as Figure 9. It should be kept in mind that the screens of several of the wells (MW-310, MW-314, MW-402D and occasionally MW-2, MW-317 and MW-318) are submerged below the water table, so the free product thicknesses in the wells do not necessarily represent what is present on the water table in the area around the well.

As mentioned previously, two recovery wells have been operating on the Shoreham Yard property since 1995. The recovery wells were installed to recover free and dissolved-phase petroleum product from the subsurface at the Pumphouse Area (RW-1) and Collector Pan Area (RW-2). Free product levels have generally declined in the wells since the inception of pumping in RW-2. This is especially noticeable in MW-2, which is near to RW-2. Free product thickness increased in RW-2 after pumping began. The records of actual product recovery were not available for review to correlate with product thicknesses. The product thickness in MW-402D has increased since it was installed.

Monitoring wells have been present at the site since 1989. Between 1989 and the present, water levels were lowest during the period from 1989 to 1991 (see Figures 3, 4 and 5). From 1991 to 1994, the water levels rose steadily about 7 to 8 feet. Since 1994, the water levels have remained relatively steady, fluctuating within a 3- to 4-foot range. The water level in MW-2 was approximately 10 feet higher on May 21, 1997 than it was in mid 1990. The significance of the water levels is discussed in Section 8.

When installing the wells during the Phase II, the well screens were placed such that they did not cross hydrogeologic units as several from previous investigations had done. The wells with screens intersecting the three main hydrogeologic units beneath this site are indicated by an alphabetic code on Table 2. The screened interval of monitoring wells are coded as follows: "a": completed in alluvium; "b": completed in till; and "c": completed across the till-outwash contact, till-St. Peter contact or completed in outwash or in St. Peter.

## 6.2 Water/Free Product Levels

Historic groundwater/free product elevation and free product thickness data for all site monitoring points are provided in the tables included in Appendix L. Hydrographs for the Collector Pan Area, newly installed "400" series monitoring wells and previously installed "300" series Lease Area monitoring wells are included as Figures 3, 4 and 5, respectively. A hydrograph for the recovery wells is included as Figure 6.

Free product thickness graphs for the Collector Pan Area and Lease Area monitoring wells are included as Figures 7 and 8, respectively. A free product thickness graph for recovery well RW-2 is included as Figure 9. It should be kept in mind that the screens of several of the wells (MW-310, MW-314, MW-402D and occasionally MW-2, MW-317 and MW-318) are submerged below the water table, so the free product thicknesses in the wells do not necessarily represent what is present on the water table in the area around the well.

As mentioned previously, two recovery wells have been operating on the Shoreham Yard property since 1995. The recovery wells were installed to recover free and dissolved-phase petroleum product from the subsurface at the Pumphouse Area (RW-1) and Collector Pan Area (RW-2). Free product levels have generally declined in the wells since the inception of pumping in RW-2. This is especially noticeable in MW-2, which is near to RW-2. Free product thickness increased in RW-2 after pumping began. The records of actual product recovery were not available for review to correlate with product thicknesses. The product thickness in MW-402D has increased since it was installed.

Monitoring wells have been present at the site since 1989. Between 1989 and the present, water levels were lowest during the period from 1989 to 1991 (see Figures 3, 4 and 5). From 1991 to 1994, the water levels rose steadily about 7 to 8 feet. Since 1994, the water levels have remained relatively steady, fluctuating within a 3- to 4-foot range. The water level in MW-2 was approximately 10 feet higher on May 21, 1997 than it was in mid 1990. The significance of the water levels is discussed in Section 8.

Water level measurements were collected from all site wells on May 21, 1997. This event was conducted to obtain a recent complete round of water level measurements without recovery well RW-2 operating. Gary Schroeher of Delta Environmental Consultants, Inc. indicated that the recovery wells had not been operating for two to three weeks prior to obtaining the water levels. Based on the data, it appeared that the water levels had returned to static conditions. Water level measurement data sheets for Braun Intertec events are included in Appendix M.

### 6.3 Slug Tests

Slug test analysis was conducted on data collected from nine of the 11 newly installed monitoring wells. Slug tests were not conducted in MW-402S and MW-402D due to the presence of free product. The geometric mean of the hydraulic conductivity of the glacial till wells was 5.0 x $10^{-4}$ cm/sec. However, the three wells included in this mean had sand or outwash stringers in the well screen interval which would tend to yield a higher hydraulic conductivity than more massive till. MW-405D had a rising head conductivity of 2.8 x $10^{-5}$ cm/sec, an order of magnitude less than the geometric mean. The outwash/St. Peter wells hydraulic conductivities ranged from 1.9 x $10^{-4}$ cm/sec to 3.3 x $10^{-3}$ cm/sec. The geometric mean was 1.1 x $10^{-3}$ cm/sec. The slug test data and graphs are presented in Appendix N.

### 6.4 Alluvium/Glacial Till (water Table Aquifer)

Plate 6 shows the inferred groundwater flow direction in the alluvium/till. The wells included in this analysis of the shallow groundwater flow include MW-400S, MW-401S, MW-402S, MW-405D (which is completed in the till) MW-1A, MW-21A, MW-22, MW-23, MW-24 and MW-318. Groundwater flow appears to be influenced by the till topography and thickness. East of the Lease Area, the flow is from the east where the surficial topography is much higher and the till thicker. The flow appears to diverge to the north and to the south in the area of the former chemical storage area. The data suggests that flow in the former chemical storage area may be to the northwest in the north part of the former storage area and to the southwest in the southern part, but the record of measurement of all current site wells is short, so variations in flow cannot be examined.

### 6.5 Outwash/St. Peter Sandstone

The outwash and St. Peter Sandstone appear to have similar hydrogeologic characteristics and are in contact with each other. Therefore, they have been combined into a single hydrostratigraphic unit. A potentiometric surface contour map using groundwater elevations calculated from water level measurements collected from monitoring wells completed solely in the St. Peter Sandstone (MW-25, MW-301, MW-308, MW-316, MW-400D and MW-401D) and from wells completed solely in glacial outwash (MW-402D, MW-403D, MW-404D, MW-406D and MW-407D) is

presented as Plate 7. The groundwater flow is to the southeast in the area of Shoreham Yard. The flow appears to be to the south-southwest from the area of MW-404D and MW-407D. The combined flow from the Shoreham Yard and from the east appears to "funnel" through the locations of MW-403D and MW-406D. This is consistent with the flow pattern shown on a more regional scale by Kanivetsky, 1989a. Groundwater flows eastward to the approximate location of Central Avenue Northeast and then turns to the south-southwest toward the Mississippi River located approximately 1.3 miles west of the site. It is not clear why the groundwater flows to the southeast across the site. The topography to the east and the Mississippi River to the west should exert strong influence on the groundwater flow direction. It is possible that the outwash observed in MW-403D, MW-404D, MW-406D and MW-407D is more transmissive than the soil beneath the site and exerts a strong local influence.

The horizontal hydraulic gradient is approximately 4.4 x $10^{-3}$ ft/ft in the area of Shoreham Yard. The slug test analysis from the newly installed outwash St. Peter wells yielded a rising head geometric mean of 1.1 x $10^{-3}$ cm/sec (2.2 x $10^{-3}$ ft/min) for a hydraulic conductivity estimate.

Using the following equation, the horizontal hydraulic gradient, slug test estimate and an estimated effective porosity of 0.3 for the outwash/St. Peter Sandstone hydrostratigraphic unit, an average linear groundwater flow velocity ($V_x$) at the site was estimated.

$$V_x = \frac{K}{n_e} \cdot \frac{dh}{dl}$$

Where: K = Hydraulic conductivity (ft/min)
$n_e$ = Effective porosity (dimensionless)
dh/dl = Hydraulic gradient (dimensionless)

$$V_x = \frac{(2.2 \times 10^{-3} \text{ ft/min})}{0.3} \times (4.4 \times 10^{-3})$$

$$= 3.2 \times 10^{-5} \text{ ft/min}$$

$$= 0.046 \text{ ft/day}$$

This corresponds to a velocity of about 17 ft/year.

## 6.6 Vertical Flow

Four monitoring well nests were proposed in the work plan, three in the Lease Area and one in the Waste Reclamation Area. However, due to an insufficient saturated thickness (4.5 feet) of the till layer and an insufficient separation distance for installation of the well screen (2 feet from the bottom of the till layer) at the location of MW-403D, a shallow (glacial till) well was not installed at this location. Well nests MW-400S/400D, MW-401S/401D and MW-402S/402D were all installed in the Lease Area in accordance with the Work Plan.

Seven post-development rounds of water level measurements have been obtained from the MW-400S/400D and MW-401S/401D well nests. Three post-development rounds of water level measurements have been obtained from the MW-402S/402D well nest. The groundwater elevations and the calculated vertical hydraulic gradients for each of the above-mentioned events are presented in Table 3.

Downward vertical hydraulic gradients are exhibited at each of the well nest locations. Groundwater movement appears to be from the glacial till into the St. Peter Sandstone (MW-400S/400D and MW-401S/401D) and from the glacial till into the glacial outwash (MW-402S/402D). Please note that free product was observed in MW-402D during all three events, free product was observed in the first event in MW-402S, and the groundwater elevations for events where free product was detected are corrected for the presence of free product on the summary sheets in Appendix L.

Vertical hydraulic gradients in the well nests are portrayed graphically in Figure 10. Hydrographs of groundwater elevation at all three well nests are presented in Figures 11 through 13. Downward gradient increases to the south along the Lease Area. Downward gradients are smallest at MW-400S/400D and are largest at MW-402S/402D.