## 7.0 Soil Impacts in Areas of Concern

The areas of concern (AOC) were described in Braun Intertec, 1996a as the Lease Area, Waste Reclamation Area and Dock Area. Each of these areas was subdivided based on known or suspected activities which took place in those areas.

The Lease Area was subdivided into three areas: a gas station at the north end; a gas station in the central area; and a chemical storage area at the south end. The Waste Reclamation Area was subdivided as follows: above ground storage tanks at the north end; a barrel storage area; the basement storage area of the reclamation building with five tanks; and a general storage area in the basement. The Dock Area was subdivided into two areas; a storage area and an underground storage tank area.

Soil borings, push probes and monitoring/vent wells were installed in some or all of these subdivided areas. The PID measurements, soil chemistry and groundwater chemistry in each area are described below. The locations of the data points are shown on Plate 1. PID measurements made during drilling are tabulated in Appendix D and are shown on the three cross-sections on Plate 3.

### 7.1 Lease Area

**7.1.1 Gas Station - North End**. Five push probes (LNG-1 through LNG-5), a nested set of vent wells (VW-1S and VW-1D) and a nested set of monitoring wells (MW-400S and MW-400D) were installed in this area.

LNG-1 was advanced in the area of the above ground storage tanks. No evidence of impacts in the form of PID measurements and visual and olfactory indications was observed from the surface to a depth of 31 feet at which refusal of the push probe was encountered.

LNG-2/2A were drilled adjacent to the pumphouse. LNG-2 could not be advanced beyond 9 feet, so a second attempt was made with LNG-2A. It could not be advanced beyond 7 feet.
No positive PID readings were obtained from the soil samples, but a chemical analysis of the soil from the 7-foot depth in LNG-2A indicated the presence of 52 mg/Kg GRO. Benzene, ethylbenzene, toluene and xylenes were present as were other petroleum-related compounds. Analytical results for all soil samples are summarized in Table 4.

LNG-3 was advanced south of LNG-2/2A in an attempt to push beyond the 9-foot depth reached in LNG-2. Soil with positive PID readings was first encountered at the 12- to 14-foot depth. The highest PID reading was at 12 feet, and the measurements decreased with depth until no reading was observed at the 34- to 35-foot interval. Chemical analysis of the soil sample from the 12- to 14-foot depth indicated the presence of 30 mg/Kg DRO as well as ethylbenzene, toluene and xylenes.

LNG-4 was drilled east of LNG-3 near what is believed to have been a pump island. Positive PID measurements were first encountered at a depth of 15 to 17 feet and were observed to a depth of 33 feet at which refusal of the probe was encountered. The highest reading, 290 ppm, was from the 31- to 33-foot depth interval. Chemical analysis of soil from the latter interval indicated the presence of low concentrations of ethylbenzene, toluene and xylenes.

LNG-5 was advanced at the southern end of the gas station area. A positive PID reading of 7.3 ppm was observed at the 7- to 10-foot interval only. The probe was advanced to a depth of 31 feet at which refusal was encountered.

Four rotasonic borings were advanced in the gas station area at two locations. One set of borings was drilled to collect soil samples from both the alluvial soils and the till and vent wells (VW-1S and VW-1D) were installed in the borings. The other set of borings was drilled to allow the installation of monitoring wells MW-400S and MW-400D. VW-1S and VW-1D were drilled near the location of LNG-4. Positive PID measurements were encountered beginning at the 15- to 19-foot depth, consistent with LNG-4, and were observed to the termination depth of the boring at 45 feet. Chemical analysis of the soil from the 26- to 29-foot interval indicated the presence of GRO at 310 mg/Kg, DRO at 52 mg/Kg, and all four BETX compounds. The sample from 40 feet contained GRO and DRO at 62 mg/Kg and 66 mg/Kg, respectively, including a detection of ethylbenzene from among the BETX compounds. Additional non-chlorinated VOCs were also present in samples from both intervals. Both samples were also analyzed for chlorinated VOCs, and none were detected. Both samples were from the vadose zone. The water table was not encountered until a depth of 45 feet.

MW-400S and MW-400D were installed near the southeast corner of the possible pump island location. No positive PID measurements were observed in soils from the vadose zone. One positive PID measurement was observed at a depth of 50 feet which is in a saturated outwash zone just beneath a thin till layer encountered between 46 and 48.5 feet. No chemical analysis was performed on soil from the monitoring well borings.

Based on the probes and borings advanced in the gas station on the north end of the Lease Area, it appears that there has been a subsurface release of petroleum product in the area of LNG-3 and LNG-4/VW-1S/VW-1D. This release has migrated vertically to the water table in the alluvial soil.

Three rotasonic borings were advanced west of the northern part of the Lease Area to obtain hydropunch groundwater samples. Boring ST-513 was advanced to the west of the lease property parallel to the north end of the Lease Area. Low PID measurements were observed from 10 feet to 40 feet and increased significantly at 50 and 55 feet. Soil samples were collected at 20 feet and at 55 feet for chemical analysis. Only benzene was detected (0.04 mg/Kg) at 20 feet. GRO and DRO were detected at 55 feet at 310 mg/Kg and 89 mg/Kg, respectively. Low concentrations of non- petroleum-related VOCs were also present.

Boring ST-511 was also advanced to the west of the lease area parallel to the southern end of the northern gas station. No positive PID measurements were observed until a depth of 50 feet beneath a 7-foot thick till layer between 44 and 51 feet. The PID measurement was 161 ppm. Chemical analysis of this sample indicated the presence of GRO at 360 mg/Kg; DRO at 46,000 mg/Kg and low concentrations of ethylbenzene, toluene, xylenes and other petroleum-related compounds. No chlorinated VOCs were observed in the soil sample.

Boring ST-512 was advanced approximately 40 feet west of boring ST-511 with similar PID results. No positive PID measurements were observed until a depth of 55 feet which was in outwash beneath a 5.5-foot thick till layer. No laboratory analysis was performed on soil samples from this boring. Based on the vertical distribution of impacts in borings ST-511 and ST-512 and the groundwater flow direction, it appears that free product or high concentrations of dissolved compounds migrated beneath the till from the west or northwest of these borings. There were relatively low PID measurements beginning at the 10-foot depth in the unsaturated zone in boring ST-513 but they increased significantly at the 50- to 55-foot depth, the same depth at which positive PID readings were first observed in borings ST-511 and ST-512. The positive PID measurements in the unsaturated zone in boring ST-513 indicate a former surface or near-surface source in that area.

**7.1.2 Area Between the North End Gas Station and Central Area Gas Station.** Delta Environmental Consultants (Delta) boring SB-403, Braun Intertec boring ST-507 and Braun Intertec push probe A-2C were conducted in the area between the north end gas station and the central area gas station.

Boring SB-403 was conducted by Delta in 1992 to evaluate the soil. No Positive PID measurements were observed to a depth of 25 feet at which depth the boring was terminated.

Braun Intertec Boring ST-507 was conducted to evaluate the soil and groundwater. No positive PID measurements were observed until the interval 47 to 49 feet in an outwash underlying a till layer present from 40 to 47 feet. Chemical analysis was performed on the till sample from 46 feet. No DRO, GRO or BETX compounds were observed. A soil sample collected from the 47- to 49-foot interval beneath the till and in the saturated zone, contained 900 mg/Kg GRO, 2200 mg/Kg DRO, and low concentrations of ethylbenzene and xylenes.

A push probe was conducted to a depth of 11 feet near EM survey anomaly A-2C. A positive PID measurement of 16 ppm was observed at 2 feet. No other PID readings were observed below that depth.

There is no evidence of a significant release of petroleum product or chemicals to the vadose zone in this area.

**7.1.3 Gas Station - Central Area**. Four push probes (LCG-1 through LCG-4), one Braun Intertec soil boring (ST-509) and two Braun Intertec monitoring wells (MW-401S and MW-401D) were installed. One Delta soil boring (SB-402) and one Delta monitoring well (MW-319) had been previously installed in this area.

LCG-1 was advanced near the possible pump house in the northern part of the central area. No positive PID measurements were observed to the termination depth of the probe at 31 feet.

LCG-2 was advanced in the former drive area southeast of LCG-1. No positive PID measurements were observed to the termination depth of 22.5 feet.

LCG-3 was advanced in the area of the above ground storage tanks to a depth of 8 feet at which refusal was encountered. LCG-3A was then advanced adjacent to LCG-3 to a depth of 31 feet. Positive PID measurements were observed from 4 to 17 feet. No positive PID measurements were observed from 17 to 31 feet, at which point refusal was encountered. Boring ST-509 was subsequently drilled adjacent to LCG-3/3A. Positive PID measurements were observed from 5 to 25 feet. In soil from 20 feet, chemical analysis indicated 380 mg/Kg GRO, 4200 mg/Kg DRO and low concentrations of ethylbenzene, toluene and xylenes and other petroleum-related VOCs. No positive PID measurements were observed from 30 to 45 feet. Chemical analysis of soil from 35 feet did not detect GRO, DRO, BETX compounds or other petroleum related VOCs. Chlorinated VOCs were not detected at either 20 feet or 35 feet.

LCG-4 did not encounter soil with positive PID measurements from the surface to the termination depth of the boring at 21.5 feet.

MW-401S and MW-401D were installed approximately 20 feet southeast of the former above ground tanks. No positive PID measurements were observed until a depth of 45 feet (52 ppm) at the base of a 12-foot thick till layer and slightly above a 3-foot thick layer of outwash which in turn is above an underlying 4-foot thick till layer. The PID measurement was significantly higher (409 ppm) in the saturated outwash than in the overlying partially saturated till or underlying saturated till (51 ppm). No positive PID measurements were observed in the outwash/St. Peter underlying the second till layer.

Delta boring SB-402 was conducted near the south end of the central area. Positive PID measurements were observed from the land surface to a depth of 14 feet. No positive PID measurements were observed from 15.5 feet to the termination depth of 23.5 feet. Chemical analysis of soil from 6 feet which had the highest PID measurement (31.7 ppm) detected DRO at 76 mg/Kg but no GRO or BETX compounds.

The Delta boring for well MW-319 indicated high near surface PID measurements with low positive measurements at each sampling interval down to the till/outwash interface at 45 feet. The measurement at that depth (579 ppm) is substantially higher than the measurements above it, except the measurement at the ground surface.

In summary, soil boring PID measurements and chemical analysis indicate the surface or near surface release of petroleum in the area of LCG-3A/ST-509 and SB-402 has migrated to a depth of approximately 14 to 25 feet. PID measurements in MW-319 suggest a deeper migration but at very low concentrations. Indications of greater impacts beneath the till was observed.

**7.1.4 Chemical Storage, Southern End.** Chemicals believed to have been stored in above ground storage tanks in this area by Rocket Products include lacquer thinner; lacquer diluent; toluol (toluene); xylol (xylenes); V, M & P naphtha; mineral spirits; isopropyl alcohol; and acetone. Other chemicals were apparently stored at the site by Ashland Chemical Company but Braun Intertec has not been able to verify the list provided by a Phase I environmental site assessment information vendor, Environmental Data Resources, Inc. (EDR, 1995). This list is provided in Appendix K.

Data points installed during this phase of investigation in the chemical storage area include fourteen Geoprobes (LSG-1 to LSG-11, A-1C, A-1D and A-2E), a nest of two monitoring wells (MW-402S and MW-402D), one soil boring (ST-510) and three vent wells (VW-3S, VW-3D and VW-4S). Delta had previously installed two monitoring wells (MW-318 and MW-316) and one soil boring (SB-401).

LSG-1 was located approximately 10 feet north of the northernmost above-ground tank. It was advanced to a depth of 24 feet at which point refusal was met. No positive PID measurements were observed. A soil sample from 19 to 21 feet was chemically analyzed. No GRO, DRO, BETX or other petroleum-related compounds were detected. Also, no chlorinated VOCs were detected.

LSG-2 was located beneath one of the former tanks. Positive PID measurements were observed in soil samples from a depth of 5 to 21 feet where the last measurement was taken. Refusal was encountered at 24 feet. Chemical analysis of the sample from 19 to 21 feet which had the highest PID measurement (904 ppm) indicated the presence of 10 mg/Kg ethylbenzene, 110 mg/Kg toluene, 22 mg/Kg xylenes and 46 mg/Kg styrene. Numerous other petroleum-related compounds were also detected. In addition, tetrachloroethylene (PCE) and trichloroethylene (TCE) were detected at 6.4 mg/Kg and 0.10 mg/Kg, respectively, at 21 feet.

Push probes LSG-3 through LSG-7 were also advanced in areas beneath former tank locations. The results were very similar to those obtained from LSG-2.

At LSG-3, the first positive PID measurement was from the interval 19 to 21 feet. At 29 to 31 feet, the PID measurement was over range (>2000 ppm). Chemical analysis of the sample from 31 feet indicated the presence of 1.5 mg/Kg ethylbenzene, 2.0 mg/Kg toluene and 7.8 mg/Kg xylene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.3 mg/Kg. Till was encountered at 38 feet, but no PID measurements or laboratory analysis was performed. Refusal was encountered at 39 feet.

At LSG-4, the first positive PID measurement was from the interval 12 to 14 feet. Two samples from the interval 19 to 25 feet had PID measurements over range. Chemical analysis of the sample from 21 feet indicated the presence of 1.8 mg/Kg ethylbenzene, 6.9 mg/Kg toluene, 4.9 mg/Kg xylene and 2.7 mg/Kg styrene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.2 mg/Kg. Refusal was encountered at 25.5 feet.

At LSG-5, the first positive PID measurement was from the interval 5 to 7 feet. Chemical analysis of the sample from 21 feet, the depth with the highest PID measurement (400 ppm), indicated the presence of 8.6 mg/Kg ethylbenzene, 6.9 mg/Kg toluene, 52.0 mg/Kg xylene and 8.0 mg/Kg styrene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.3 mg/Kg. Refusal was encountered at 23 feet.

At LSG-6, the first positive PID measurement was from the interval 12 to 14 feet. Chemical analysis of the sample from 21 feet, the depth with the highest PID measurement (413 ppm), indicated the presence of 35.0 mg/Kg ethylbenzene, 31.0 mg/Kg toluene and 199.0 mg/Kg xylene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.3 mg/Kg. Refusal was encountered at 24 feet.

At LSG-7, the first positive PID measurement was from the interval 5 to 7 feet. Chemical analysis of the sample from 21 feet, the depth with the highest PID measurement (405 ppm), indicated the presence of 69.0 mg/Kg ethylbenzene, 32.0 mg/Kg toluene and 306.0 mg/Kg xylene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.4 mg/kg, TCE at 0.09 mg/Kg and 1,1,1-Trichloroethane (TCA) at 0.1 mg/Kg. Refusal was encountered at 26 feet.

Push probes LSG-8 through LSG-11 were advanced outside of the footprint of the above ground storage tanks to depths ranging from 17.5 to 24.5 feet. No positive PID measurements were observed. Chemical analyses were conducted on samples from 21 feet in borings LSG-8 and LSG-9; from 14 feet in LSG-10 and 24 feet in boring LSG-11. No VOCs were detected in the samples.

Vent wells VW-3S and VW-3D were installed adjacent to LSG-3/3A. Vent well VW-3S was screened from 13 to 23 feet and vent well VW-3D was drilled to a depth of 40 feet. The first positive PID measurement was at 20 feet which is consistent with LSG-3/3A. Chemical analysis of the sample from 23 feet indicated the presence of 38 mg/Kg GRO, 23 mg/Kg DRO and 0.04 mg/Kg toluene. No other VOCs were detected. Chemical analysis of the sample from 35 feet indicated significantly higher concentrations. GRO and DRO were detected at 1300 mg/Kg and 560 mg/Kg, respectively. Also detected was 24 mg/Kg ethylbenzene, 140 mg/Kg toluene and 5.1 mg/Kg xylene. Numerous other petroleum-related VOCs were detected, as was PCE at 0.7 mg/Kg, TCE at 1.6 mg/Kg and TCA at 0.9 mg/Kg.

Boring ST-510 was drilled southeast of the tank area. No positive PID measurements were observed until a depth of 20 feet at which point the till was encountered. PID measurements increased with depth in the till, then decreased rapidly in the underlying outwash, encountered at a depth of 51 feet. A similar pattern was observed in the borings for MW-402S and MW-402D. No positive PID measurements were observed until the top of the till was encountered at 27 feet in MW-402S and 23 feet on boring MW-402D. Very high PID measurements were observed through the till to a depth of 49 feet in MW-402D and then decreased rapidly with depth in the outwash.

Three push probes were advanced near small EM survey anomalies (A-1C, A-1D and A-2E). The depths of the probes were 15 to 16 feet. No positive PID measurements were observed.

Delta previously installed two monitoring wells and conducted one soil boring in the area. Monitoring well MW-318 is located between push probes LSG-1 and LSG-3 at the north end of the above ground tank area. A positive PID measurement was observed in MW-318 from surface soil and at a depth of 10 feet but not at 5 feet. PID measurements increased significantly at a depth of 15 feet. The measurements from 30 to 50 feet were all above the range of the instrument.

At well location MW-316, which is in the center of the above ground tank area, positive PID measurements were observed from a depth of 5 to 50 feet, ranging from 50 to 500 ppm. Analytical results from a depth of 25 feet indicated the presence of 5000 mg/Kg THC as gasoline, 19 mg/Kg ethylbenzene, 350 mg/Kg toluene and 160 mg/Kg xylene. No analysis was conducted for chlorinated VOCs. At boring SB-401, approximately 80 feet south of the tanks, no positive PID measurements were observed until 5 ppm was observed at a depth of 22 feet. Chemical analysis of a soil sample from 24 feet did not detect DRO, GRO or BETX compounds.

PID measurements and soil chemistry from soil borings in the southern end of the Lease Area indicate that impacts are present in the alluvial soil beneath the footprint of the former above ground storage tanks. Outside of the footprint, evidence of impacts was not encountered in the alluvial soils but was encountered in the till both above and below the water table. Observed compounds included high concentrations of toluene, xylenes and styrene known to have been stored in the tanks by Rocket Products. In addition, chlorinated VOCs were present in the vadose zone beneath the tanks. It appears that the release migrated vertically downward through the alluvial soils and migrated both vertically and laterally either on top of or within the till.

## 7.2 Waste Reclamation Area

**7.2.1 Above Ground Storage, North End.** Four push probes were advanced in the above ground storage tank area (WNG-1 through WNG-4). It was believed that the tanks may have contained mineral spirits, kerosene/fortnight oil, pentachlorophenol and diesel fuel.

WNG-1 was advanced in a barrel storage area to a depth of 14.5 feet. No positive PID measurements were observed, and no VOCs or DRO were detected in the laboratory analysis of a sample from 14 feet.

WNG-2 through WNG-4 were advanced in the above ground storage tank area to a depth of 17 feet. No positive PID measurements were observed in any of the borings. No BETX compounds, DRO or pentachlorophenol were observed in WNG-2 in a sample from 14 feet. No pentachlorophenol was observed in the samples from WNG-3 and WNG-4, both from a depth of 14 feet.

There does not appear to have been a release in this AOC.

**7.2.2 Basement of Waste Reclamation Building**. The basement of the waste reclamation building was reportedly used for storage of journal oil, grease, batteries, solvent oil, isopropyl alcohol (IPA), waste paint thinner, Dow Clean, and drums of oil.

Three push probes (WCG-1 through WCG-3) were advanced in the footprint of the waste reclamation building to a depth of 14 to 26 feet. Samples were collected from a depth of 14 feet in boring WCG-1, 15 feet in boring WCG-2 and 21 feet in boring WCG-3 and analyzed for VOCs, DRO, PCBs, IPA and metals. No VOCs, DRO, IPA or PCBs were observed. The metals arsenic, barium, chromium, lead and mercury were detected but at very low concentrations, likely representing background concentrations.

Monitoring well MW-403D was drilled within the footprint of the waste reclamation building. No positive PID measurements were observed from the surface to the termination depth of the boring at 65 feet.

**7.2.3 Dock Area**. The Dock Area was used for outdoor storage and an underground storage tank had been present in the area east of the dock.

Three probes were advanced in the Dock Area to depths of 13 to 14.5 feet in depth. No positive PID measurements were observed. Soil samples from WDG-2 and WDG-3 were collected from 14 feet and analyzed for VOCs. None were detected. Samples from WDG-1 were collected from the 7-foot depth. Very low concentrations of BETX compounds were observed at concentrations ranging from 0.08 mg/Kg to 0.46 mg/Kg.

Push probes were advanced in areas where EM survey anomalies were observed in the Waste Reclamation Area. They included A-1A (15 feet), A-1B (13 feet), A-2A (12 feet), A-2B (14.5 feet), and A-2D (14.5 feet). No positive PID measurements were observed in A-1A, A-1B, A-2A or A-2B.

A positive PID measurement (5.2 ppm) was observed in the interval 0 to 4 feet in A-2D. Very low concentrations of toluene and xylenes were observed in laboratory analysis. No positive PID measurement was observed at the 13- to 14.5-foot depth.

Borings ST-504 and ST-505 were drilled to collect water samples by hydropunch. ST-504 is in the footprint of the storage building approximately 100 feet north of 28th Ave N.E. ST-505 is approximately 400 feet west of Central Avenue, just north of the cemetery. No positive PID measurements were observed to a depth of 50 feet in each boring.

There does not appear to have been a significant release in this AOC.

### 7.3 Electromagnetic Survey Anomaly Evaluation

The EM survey identified nine magnetic anomalies along the Waste Reclamation and Lease Areas. Based on the grid established by Geosphere Midwest, Braun Intertec staked the nine anomalies for future investigation by Geoprobe. The four single-line anomalies were labeled A-1A through A-1D, and the five multi-line anomalies were labeled as A-2A through A-2E.

During the Geoprobe investigation, the borings conducted at these staked locations were performed to depths ranging from 13 to 16 feet bls.

The Geoprobes conducted to investigate the single-line anomalies did not indicate evidence of a release of organic compounds to a depth of at least 13 feet bls. No organic vapors were detected using the PID bag headspace procedure in any of the Geoprobes conducted for the single-line anomalies.

Organic vapors were detected at very shallow depths in two of the Geoprobes conducted to evaluate the multi-line anomalies. A PID bag headspace reading of 16 ppm was detected at a depth of 2 feet bls in A-2C, and then dropped to 0 ppm at the 3- to 4-foot depth interval.
An organic vapor reading (PID bag headspace) of 5.2 ppm was detected in Geoprobe A-2D at the 0- to 4-foot depth interval. A soil sample was collected from A-2D at 4 feet and was submitted to the Braun Intertec laboratory for chemical analysis of VOCs. VOCs detected in this sample included non-chlorinated compounds including those associated with fuels, and chlorinated compounds including 1,2-dichlorobenzene, 1,4-dichlorobenzene, cis-1,2-dichloroethylene (cis-1,2-DCE) and PCE. The laboratory report for the anomaly soil samples is in Appendix Q and the results are summarized in Table 4. No organic vapors were detected in the sample from 13 to 14.5 feet. No soil return was obtained between 4 and 13 feet. The distribution of impacts in the soil and groundwater based on both PID readings and laboratory analysis is shown on Plate 8, and PID measurements are shown on the cross sections on Plate 3.

## 8.0 Groundwater Impacts

Groundwater flow directions in the till and outwash/St. Peter on May 21, 1997 are shown on Figures 15 and 16. Concentrations of dissolved compounds are shown on Plate 9.

### 8.1 Free Product Distribution and Analysis

A light non-aqueous phase liquid (LNAPL or free product) was observed in four monitoring wells in or near the Lease Area on May 21, 1997. The wells included MW-2, MW-314, MW-317 and MW-402D. Figures 12 through 14 show product thicknesses versus time in various wells. Groundwater/free product elevations are summarized in Appendix L. The presence and thickness of free product in the various wells is not well understood because several of the wells are screened across different geologic units and several of the screens are submerged.

Product thickness in well MW-2 has varied from 0.29 feet to 8.36 feet over the past 8 years. The thickness has decreased significantly since the inception of product recovery in June of 1995. It was most recently 0.48 feet thick. This well is screened in both the till and the St. Peter Sandstone. Free product thickness in well MW-314 has ranged from non-detect to 2.59 feet, although in the last three years it has been less than 0.2 feet. Most recently it was 0.03 feet. Thickness in well MW-317 varied from 5.46 feet, shortly after recovery began in June 1995, to 0.58 feet, its most recent thickness. The thickness in MW-402D varied from a high of 2.53 feet of product in the most recent measurement to as little 0.13 feet in January 1997. The occurrence of free product in these wells is unusual because the tops of the screens of all three wells are below the water table. Well MW-402D is screened completely in the outwash. The top of the screen of well MW-402D is 2 feet beneath the overlying 26-foot thick till layer. Well MW-314 is partially open to sand underlying till and well MW-2 is half open to the St. Peter Sandstone, also underlying the till. If the product were floating on the water table, as is normally the case, it could not enter the wells because the screens are submerged. It is possible that the product is confined beneath the till and is able to enter the screens at the interface between the till and underlying outwash/St. Peter. PID measurements collected during drilling of several soil borings and monitoring wells in the rail yard and on the site, indicate that free product and dissolved compounds are migrating in the outwash/St. Peter beneath the till even though the water table is in the till. It appears that they may have migrated into the outwash/St. Peter in an area(s) where the till is not present. During periods of low water levels, the water table probably dropped to the point where it was in the underlying outwash/St. Peter and dissolved compounds and free product were then able to migrate beneath the till. Eight years ago the water levels in the site wells were approximately 7 to 10 feet lower than they were on May 21, 1997, and it is possible that they were lower in the past.

Well MW-317, east of Central Avenue, has contained free product since it was installed. It is not clear if it is the same free product as that observed west of Central Avenue. Well MW-317 contained 0.58 feet of product on May 21, 1997. Cross section B-B' (Figure 3) in Delta, 1992 indicates that the well is screened in till. However, the soil boring log indicated that "Interbedded 1- to 4-foot silty medium to coarse sand layers were prevalent from 42 to 65 feet.", which was the bottom of the boring. It appears likely that the prevalent sand layers represented outwash beneath the till or interbeds near the base of the till. Even if they were interbeds, they were likely connected to the underlying outwash/St. Peter as evidenced by the free product/water elevation which was consistent with the elevations in wells clearly in the outwash/St. Peter. The presence of impacts at the base of the till/top of the outwash is consistent with occurrences in other wells upgradient from MW-317, although free product was not observed in the vicinity of ST-508. There does not appear to be free product between MW-317 and the Lease Area but given the fact that MW-317 is confined, the product could be confined at that location beneath the till. Figure 2 shows the contour of the contact between the top of the outwash and bottom of the till. It indicates that this contact slopes upward from the Lease Area towards MW-317. If free product were trapped beneath the till, it could migrate up this slope towards MW-317. Previous chromatographic analyses of free product samples from MW-317 by both Delta and Braun Intertec were not conclusive as to the type of product. The chromatograms from the Braun Intertec analysis are in Appendix S.

Free product had been observed at times in wells RW-2, MW-402S, MW-319, MW-313, and MW-310, but was not present in any of these wells on May 21, 1997.

RW-2 is the product recovery well nearer the Lease Area. Product thickness ranged from non-detect to 0.8 feet thick between June 1995 and November 1996. No product was measured in the well in January, February or May 1997. The recovery well was not operating on May 21, 1997, the last time the well was probed by Braun Intertec and had been off for two to three weeks according to Delta.

The screen of well MW-402S intersects the water table and should accumulate free product if present. Free product was reported only at thicknesses of 0.01 feet and 0.02 feet on two of five occasions that the water level was measured.

Free product was observed in MW-319 on four occasions during 1996, being as thick as 1.1 feet in November. It has not been observed in five subsequent monitoring events. The well screen intersects the water table. Therefore, the well should provide reliable information on the presence and thickness of free product. However, the well is also open to both the till and to the underlying outwash. So, it is possible that if there is product underlying the till, it could migrate

up in the well, making it appear as if there is product on the water table. By far the highest PID reading at depth was at the interface of the till and outwash. In addition, the boring log indicated a fuel oil odor in the sand underlying the till.

Well MW-313 was reported to have 0.01 feet and 0.02 feet of free product on two occasions. The soil boring log indicates low level impacts in the alluvial soil near the surface but little evidence of impacts at depth. The bottom of the screen appears to be open to the underlying outwash/St. Peter.

MW-310 consistently had a thin layer of product reported in the well through October 1996. Since then, product has only been observed during one of four monitoring events and only at a 0.01-foot thickness. This well is also open to the top of the outwash/St. Peter beneath the till, and the water level is above the top of the screen.

It appears that some of the free product which has been observed, may actually be beneath the till rather than on the water table. This has at least three significant consequences. First of all, the thickness of product in the well would be misleading because a thin layer of product beneath the till which seeped up in the well could form a thicker layer on the water in the casing where the screen is submerged. Many of the wells at the site have their screens submerged. This would be misleading in so far as product location and thickness (i.e. recoverable amount). Secondly, if attempting to recover the product, simply producing a cone of depression around a recovery well will not necessarily draw the product into the cone if pumping does not lower the water table below the bottom of the till. If the water surface is still above the bottom of the till, the product migration will be controlled by the geometry of the bottom of the till, not the hydraulic gradient. Similarly, the location of the product may have little to do with the location of the source or the groundwater flow direction. It would be controlled more by the geometry of the bottom of the till. If there are pockets in the till, the product could be accumulating in them or if the bottom of the till is sloped and the piezometric surface is above the bottom of the till, the product could be migrating up the slope until the water table is reached.

### 8.2 Dissolved Compounds

Data on dissolved compounds in groundwater was obtained from both groundwater collected by hydropunch and from monitoring wells. A series of soil borings/hydropunch sampling (ST-500 through ST-510) was performed prior to installation of the monitoring wells to assist in evaluating the stratigraphy and groundwater chemistry prior to installing the wells, and several hydropunches (ST-511 through ST-513) were conducted after the wells were installed to collect some additional data to assist in site interpretation.

Braun Intertec installed eleven groundwater wells. Seven of the wells were installed on CPR property and four were installed in the commercial/residential neighborhood to the east. An attempt was made to screen individual hydraulic units and not screen across units as had been done on several previous occasions. Five wells were installed within the till (MW-400S, MW-401S, MW-402S, MW-403S and MW-405D). Sand layers were encountered in wells MW-400S and MW-401S within the till. The degree of connection between the sand layers in the till and the outwash beneath the till is unknown, but the water levels in the shallow wells is sufficiently higher than the corresponding deeper one to suggest reasonable separation. The remaining seven wells (MW-400D, MW-401D, MW-402D, MW-403D, MW-404D, MW-406D and MW-407D) were installed in the outwash or St. Peter underlying the till.

Delta had previously installed eight wells in the area (MW-309, MW-310, MW-313, MW-314, MW-316, MW-317, MW-318 and MW-319). Additional wells installed in the eastern part of the railyard prior to Delta's wells include MW-1A, MW-21A, MW-22 and MW-2.

Analytical results for the groundwater samples collected from the monitoring wells and by hydropunch are summarized on Tables 5 through 9. Please keep in mind that the monitoring well and hydropunch samples were collected several months apart. A qualitative and general quantitative comparison can be made between the well and hydropunch data, but a detailed quantitative comparison is not appropriate because of the time difference and method of collection. Data from the hydropunch sampling and groundwater sampling are shown on Plate 9. Data from the samples collected from the newly installed monitoring wells is from the second round of samples, except for the MW-402D free product solvent scan which is from the first round of sampling. The first round of groundwater samples from the new wells was collected in February and the second in late March and early April 1997. The samples were analyzed for VOCs, GRO and DRO. The water sampling data sheets are in Appendix O. The first series of hydropunch samples (ST-500 through ST-508) was collected and analyzed in late September/early October 1996 and the last three (ST-511 through ST-513) in mid December 1996.

Chlorinated and non-chlorinated VOCs were present in most water samples. Many of the wells and hydropunch samples in the railyard and Lease Area contained at least one compound which exceeded the Health Risk Limit (HRL) for the compound. Except for the free product in well MW-317, none of the off-site wells contained compounds in excess of an HRL. The water quality summaries for each site well are in Appendix P. The laboratory reports are in Appendix Q.

513 -

**8.2.1 Gas Station, Northern End.** The general groundwater flow direction in the till appears to be to the west in this area and to the southeast in the outwash/St. Peter. A hydropunch sample (ST-513) was collected approximately 30 feet west of the north end of the gas station on the north end of the Lease Area. No till was encountered in this boring to a depth of 55 feet, well below the depth at which it was encountered in other borings. Very low PID measurements were obtained from 10 to 45 feet. The water table is estimated to have been approximately at 40 feet. Upon reaching 55 feet, the punch was advanced to 61 feet and the sample collected. The concentrations of DRO and GRO were 2,600 micrograms per liter ($\mu$g/L) and 13,000 $\mu$g/L, respectively. The total petroleum-related VOC concentration was 9,756 $\mu$g/L. Benzene and ethylbenzene exceeded their respective HRLs. Two chlorinated VOCs (1,1-Dichloroethane and 1,2-Dichloroethane), were present at low concentrations, both below their HRLs. The observance of positive PID measurements from 10 feet down indicates that the borehole was located in or very near a source of a release. Although no free product was observed, high concentrations of petroleum-related VOCs were present.

Two additional hydropunch samples were collected west of the north end of the Lease Area. Boring ST-511 and ST-512 were advanced parallel to the southern end of the northern gas station. ST-511 was approximately 15 feet west of the fence and ST-512 was approximately 50 feet west of the fence (see Plate 1). No positive PID measurements were encountered in either boring until a depth of 50 to 55 feet, respectively, indicating that the borings were not in source areas. Low concentrations of both petroleum and non-petroleum VOCs were observed in ST-512, the farther of the two from the Lease Area. Higher concentrations of petroleum and the presence of chlorinated VOCs were observed in ST-511. Five chlorinated and two non-chlorinated VOCs in the water sample from ST-511 exceeded HRLs. The chlorinated VOC in highest concentration in ST-511 was TCA. Only a very low concentration of TCE was present.

Other borings near ST-512 did not reveal a potential Lease Area source for the impacts observed in the groundwater at ST-512. Boring SB-403 was drilled to a depth of 25 feet on the east side of the fence opposite ST-511. No evidence of impacts was observed in the unsaturated zone to a depth of 25 feet, the termination depth of the boring. Boring ST-507, approximately 50 feet southeast of boring ST-511 did not encounter evidence of impacts until entering the outwash beneath the till in the interval from 40 to 47 feet. No chlorinated VOCs were observed in soil at LNG-3 or VW-1S/D. The source of the chlorinated VOCs has not been determined. There is evidence of a release of petroleum-related VOCs in the Lease Area. Whether this has impacted the water in the vicinity of ST-511, ST-512 or ST-513 or if it is from another source is not clear.

Wells MW-400S and MW-400D were installed in the northern gas station area. Well MW-400S is completed in the till although sand layers are present within the screened interval.
Well MW-400D is completed in the St. Peter Sandstone underlying the till. On the first round of sampling in February 1997, the sample from MW-400S contained a total of 245.1 $\mu$g/L petroleum-related VOCs and 19.1 $\mu$g/L chlorinated VOCs. Only benzene (33 $\mu$g/L) exceeded its HRL of 10 $\mu$g/L. Well MW-400D contained 80.5 $\mu$g/L non-chlorinated VOCs and 11.8 $\mu$g/L chlorinated VOCs, none exceeding their HRL. During the second round of sampling in March 1997, the concentrations in the wells had decreased significantly. In MW-400S the concentration of non-petroleum VOCs had dropped to 3.3 $\mu$g/L as had the concentration of chlorinated VOCs. In MW-400D, petroleum-related VOCs were 9.7 $\mu$g/L and chlorinated VOCs were 3.8 $\mu$g/L. The higher concentrations in February may have been due to disturbance of the soil during the drilling and development of the wells. The chemistry results and the fact that MW-400D is 150 feet nominally downgradient of ST-513 indicates considerable attenuation of compounds between the two locations.

ST-507 is approximately 50 feet nominally downgradient of ST-511 and contained similar compounds and concentrations. ST-501 is 160 feet downgradient of ST-511 and nominally 120 feet downgradient of ST-507. Similar compounds were present in ST-501 as in ST-507 and in ST-511. Much lower concentrations of TCA were observed in ST-501 than in ST-507 and ST-511 but higher concentrations of the breakdown products 1,1-dichloroethane (1,1-DCA) and cis-1,2-dichlorethylene (c-DCE) were observed.

In summary, there appears to have been a release in the Lease Area of petroleum-related compounds which has migrated to the groundwater. It also appears as if there has been a release of chlorinated compounds which has entered the outwash/St. Peter west or northwest of the Lease Area, and appears to have migrated beneath the till under the gas station in the northern end of the Lease Area to the east side of Central Avenue. The source of the chlorinated VOCs is unknown although at least some of it may be from the chemical storage area. The chlorinated VOCs may have migrated with petroleum product on the till surface or on the water table which appears to slope to the northwest from the chemical storage area.

**8.2.2 Gas Station, Central Area**. Minor evidence of a release from the surface was observed in geoprobe and other borings in the central area, but none of the PID measurements indicates the release reached the water table. However, impacts were observed in monitoring wells MW-401S and MW-401D. Boring SB-311, just west of the Lease Area, indicates impacts first encountered at the base of the till overlying the outwash at a depth of 47.5 feet. Well MW-401S is downgradient of SB-311 and screened partially in outwash encountered between 48 feet and 53 feet. Impacts in the boring for MW-401S was not encountered until the outwash was

encountered. It appears that the impacted groundwater is flowing in the outwash from the rail yard to the east side of the Lease Area and probably not originating in the Lease Area. The source of the chlorinated organics in MW-401S is not clear. The inferred shallow flow direction on May 21, 1997 is east to west in the location of well MW-401S. Because of the short timespan over which measurements were made, it is not clear how representative this inferred flow is. Four chlorinated VOCs exceed HRLs during the first sampling round and three exceeded HRLs on the second round. Benzene and vinyl chloride exceeded HRLs on both sampling dates in MW-401D, completed in the St. Peter Sandstone beneath the till.

**8.2.3 Chemical Storage Area, South End**. Significant groundwater impact was observed in wells MW-402S and MW-402D on the east edge of the chemical storage area. Free product was observed on the water surface in both wells during the first sampling round and in MW-402D on the second round. The presence of free product in well MW-402D is unusual because that well is cased through and screened below the till confining layer. As described previously, the free product may have migrated under the till during periods of lower water elevations.

Samples of the free product were collected from MW-402S and MW-402D during the first round of sampling, and a solvent scan was performed on the samples. High concentrations of acetone, ethylbenzene, methyl isobutyl ketone, toluene, TCE and xylenes were observed in MW-402S, and all but acetone were present in high concentrations in MW-402D.

Acetone, toluene and xylenes were three of a number of chemicals known to have been stored in above ground tanks by Rocket Products. High concentrations of toluene and xylenes were also observed in the soil samples collected from the unsaturated zone in the chemical storage area. Acetone, present in high concentrations in MW-402S, was not observed in the soil sample analysis from this area. That may be due to relatively higher volatility and miscibility of acetone leading to more rapid attenuation in the soil than toluene and xylenes.

Numerous VOCs, both petroleum and non-petroleum-related were observed dissolved in high concentrations in MW-402S during the second round of sampling. Very high concentrations of acetone, toluene and xylenes were observed in the groundwater. In addition to the acetone, toluene and xylenes, high concentrations of other petroleum-related VOCs were also observed dissolved in the groundwater as were many chlorinated VOCs including TCE. Ten chlorinated VOCs exceeded their HRLs.

ST-503 is located downgradient from MW-402S and MW-402D. A water sample was collected by hydropunch from approximately 55 feet which was within the outwash beneath the till. Well MW-402D was screened in outwash from 51 feet to 61 feet depth. Therefore the water

sample from ST-503 was from within the same interval as MW-402D is screened. The concentrations of VOCs in ST-503 were substantially less than those observed in MW-402D. Benzene and tetrahydrofuran were the only non-chlorinated VOCs detected. Several chlorinated VOCs were detected but only TCA and TCE exceeded HRLs. The decrease in VOC concentrations between MW-402D and MW-503 is significant, and it is not clear if it is attributable to attenuation of the compounds. It is possible that the outwash from which the water sample at ST-503 was collected is not directly connected to the outwash in which MW-402D is located.

## 8.3 Waste Reclamation Area

MW-403D was drilled in the Waste Reclamation Area in the location of the above ground tanks in the basement of the waste reclamation building. Because there was only about 4 feet of water in the till at the time MW-403D was drilled, no well was installed in the till at this location. By May 21, 1997, the water table had dropped to approximately the base of the till.

Very low concentrations of petroleum and non-petroleum-related VOCs were observed on the first round of sampling, none exceeding HRLs. On the second round, no petroleum-related VOCs were observed. One chlorinated VOC, 1,1-dichloroethylene (7.1 $\mu$g/L), slightly exceeded the HRL of 6 $\mu$g/L. There is no apparent specific source for the compounds observed.

Soil boring/hydropunch ST-506 was drilled approximately midway between MW-403D in the Waste Reclamation Area and MW-402S/D in the chemical storage area. Concentrations of VOCs were substantially less than those observed in the chemical storage area. Very low concentrations of total non-chlorinated VOCs were observed (7.4 $\mu$g/L). Seven chlorinated VOCs were present at low concentrations although two, 1,1-dichloroethylene (10 $\mu$g/L) and 1,1,2-trichloroethane (21 $\mu$g/L) exceeded HRLs of 6 $\mu$g/L and 3 $\mu$g/L, respectively. The source area for these compounds is not clear. If this were related to the chemical storage area, non-chlorinated compounds should be present in greater number and concentrations.

ST-504 was drilled within the footprint of the storehouse farther south. No positive PID readings were observed. A water sample was collected from the outwash by hydropunch at 55 feet. The total non-chlorinated VOC concentration was 13.5 $\mu$g/L, none exceeding HRLs. The total chlorinated VOC concentration was 44.4 $\mu$g/L. Only PCE (8.1 $\mu$g/L) slightly exceeded its HRL of 7 $\mu$g/L. ST-505 was drilled approximately 400 feet west of Central Avenue, just north of the cemetery. Outwash was encountered from 40 to 49 feet, and till was encountered from 49 to 50 feet. The water sample was collected from 51 feet. No chlorinated VOCs and only a total of

4.7 μg/L of petroleum-related compounds were detected. The source areas for compounds observed in these two boring/hydropunches is not known, but given the low concentrations, the compounds are expected to be attenuated within a short distance.

In summary, groundwater flow in the outwash/St. Peter is generally east to southeast across the Lease Area. Dissolved compounds and free product may have entered the outwash/St. Peter on or west of the Lease Area. One potential area appears to be located near borings ST-511, ST-512 and ST-513 where compounds may have entered the outwash/St. Peter beneath the till. Free product may have migrated below the till when the water table was lower. Dissolved compounds appear to have migrated to the southeast towards boring ST-502. In addition, compounds may also be migrating vertically within the till to the underlying outwash/St.Peter.

## 9.0 Groundwater Receptor Survey

As described in the Work Plan, MPCA LUST Cleanup Program Fact Sheet #23 *Groundwater Receptor Survey* was to be used as guidance for conducting the groundwater receptor survey. However, this is an old guidance document, so the current document, MPCA Fact Sheet 3.24, Section 8, *Well Receptor Information/Assessment*, was used as guidance.

A review of the water well logs registered with the Minnesota Geological Survey (MGS) indicated that 33 wells are located within a one-mile radius of the site. Five additional wells were identified through the MGS and are located on site. These latter wells are Minnesota Unique Well Numbers 473279 (MW-1A), 495209 (MW-314), 495210 (MW-316), 501662 (MW-3) and 518537 (RW-2).

Potential groundwater receptors in the vicinity of the site mainly include monitoring wells. The remaining wells are comprised of six designated as "other". They include four domestic, one public supply, one industrial and one commercial.

Only one well, Minnesota Unique Well Number 200258, a domestic well completed in shallow quaternary deposits (termination at 48 feet bls) was located within a 0.5 mile radius of the site. Bedrock was encountered at 38 feet in this boring, and the well was left as an open hole from 38 feet to 42 feet bls. The surface elevation at the well is similar to the Lease Area, but the static water level was reported at 846 feet-AMSL. This is substantially higher than the hydraulic heads at Shoreham Yard indicating that this well could not be downgradient from the yard or affected by it.

A map indicating the locations of the seven water supply wells and the two deep "other" designated wells located within a one-mile radius of the site is included in Appendix R . Also included in Appendix R is a table listing pertinent information regarding all of the wells identified through the MGS and the accompanying Minnesota Unique Well logs.

Of the 33 wells located off-site that were identified through the MGS, 20 were installed for monitoring purposes. Of the thirteen remaining wells, six are designated as "other", with four of these shallow wells completed in Quaternary deposits installed at a Phillips 66 service station. Since these wells were installed at a petroleum service station, it is likely they were installed for monitoring purposes. The two "other" designated wells were drilled to 434 feet (Unique Number 447891, open to the Prairie du Chien-Jordan aquifer) and 300 feet (Unique Number 447897, open to the St. Peter Sandstone and Prairie du Chien aquifers), respectively. These wells are located approximately 0.9 miles northeast of the site at the location of Waite Park.

The four domestic wells are completed to depths of 242 feet (Unique Number 175857, open hole from 204 feet to 242 feet, Prairie du Chien aquifer), 42 feet (Unique Number 200258, open hole from 38 feet to 42 feet, Quaternary deposits, discussed above), 247 feet (Unique Number 233241, open hole from 150 feet to 247 feet, St. Peter Sandstone and Prairie du Chien aquifers) and 138 feet (Unique Number 233243, screened through an unknown interval of Quaternary deposits), respectively. The domestic well, assigned Unique Number 233243, is located approximately 0.7 miles north of the site; whereas, the remaining three domestic wells are located at least 0.5 miles south of the site.

The public supply well is located in Windom Park, approximately 0.8 miles southeast of the site. This well was completed in 1909 and is open in the St. Peter Sandstone from 192 feet to 259 feet. The well is located on the topographic high which is predominant east of the site near Pillsbury School.

The industrial well (Unique Number 149822) is located approximately 0.9 miles southwest of the site and is completed as an open hole from 178 feet to 278 feet bls. This well is completed in the Prairie du Chien Group.

The commercial well (Unique Number 200257) is located approximately 0.7 miles south of the site and is completed as an open hole from 195 feet to 328 feet. This well is open to the Prairie du Chien-Jordan aquifer.

Municipal water is available throughout Minneapolis. The City of Minneapolis does not use water wells. City water is drawn from the Mississippi River which is approximately 1.3 miles west-southwest of the site. The City water intakes are at least one mile upstream of the site. The city regulates new well installation with the view of reducing cross-contamination by poor well construction and restricts the installation of wells into the shallow aquifers (i.e., surficial materials and Platteville). This information is generally known to Braun Intertec employees through prior work on Minneapolis sites and is verified in *Geologic Atlas, Hennepin County, Minnesota, County Atlas Series C-4,* N.H. Balaban, editor. Consequently, it was not necessary to call local authorities regarding municipal wells or groundwater development.

## 10.0 Well Sealing

Monitoring well MW-21 was previously sealed to approximately 30 feet below the ground surface (approximately 10 feet above the apparent water table) with grout. Boart-Longyear completed the sealing activities by filling the well with grout to the ground surface and removing the protective casing and bumper posts. The sealing was performed February 11, 1997. The MDH well and boring sealing record is in Appendix T.

## 11.0 Summaries and Conclusions

### 11.1 North Gas Station Area

A moderate concentration of petroleum-related soil impacts was observed in the alluvium in the vicinity of VW-1S/VW-1D, LNG-3 and LNG-4. This is likely the result of Lease Area activities. The soil impact appears to be within a 20-foot radius of VW-1S/VW-1D and from a depth of approximately 10 feet to the water table. Considering the permeability of the soil and the fact that it has been at least 15 years since activities ceased in the Lease Area, it does not appear reasonable to conclude that the remaining soil impacts will have a significant additional impact on the groundwater quality. Because there is no free product in this area and the groundwater dissolved concentrations are very low, no additional work is necessary in this area. If petroleum-impacted soil were encountered (i.e. excavated for foundations or utilities) during development, it could be disposed of or treated at that time.

### 11.2 Central Gas Station Area

A moderate concentration of petroleum-related impact was observed in the alluvium in borings LCG-3A and ST-509 between 5 and 25 feet. There was also evidence of organic vapors between 3.5 feet and 14 feet in boring SB-402 and evidence of low concentrations of organic vapors in the unsaturated zone in ST-319, except at the surface and beneath the till where the PID measurements were substantially higher. No evidence of impact was observed in the vadose zone in this area in borings LCG-1, LCG-2 and LCG-4. Groundwater concentrations of petroleum-related compounds did not exceed HRLs for individual compounds in MW-401S. The benzene concentration exceeded its HRL on both sampling events in MW-401D. In addition, chlorinated VOCs exceeded HRLs in both MW-401S and MW-401D. Because this was a gas station and no chlorinated VOCs were observed in the soil samples from 20 feet or 35 feet in ST-509, it is our opinion that the chlorinated VOCs probably did not originate in this area. It is our opinion that no shallow remediation within this portion of the Lease Area is necessary. When the site is developed, appropriate management of some impacted soil from shallow excavations may be necessary.

### 11.3 Chemical Storage Area

Significant soil and groundwater impact has resulted from a release of compounds in the chemical storage area. In the alluvium, the impact was generally observed within the footprint of the above ground tanks. The compounds appear to have migrated laterally on or within the till, and they appear to be present in an area within the till greater than the footprint of the tanks. Free product was present in well MW-402D on both monitoring events and a slight amount was observed in MW-402S on the first event. It is not likely that the free product in MW-402D entered the outwash/St.Peter within the Lease Area. Sixteen VOCs exceeded HRLs in MW-402S on the second event, many by a substantial amount. Groundwater withdrawal for purposes of product removal and containment of dissolved compounds is appropriate in the chemical storage area as is a pilot soil vapor extraction test to evaluate removal of volatile compounds from the unsaturated zone.

### 11.4 Offsite Impacts

Compounds which may originate in the vicinity of ST-511 appear to have migrated to the east as evidenced in ST-507, MW-401S and ST-501. The suite of compounds present in downgradient borings and wells and the concentrations is generally consistent with those observed in ST-511 and the degradation sequence of chlorinated VOCs. The compounds and their concentrations in ST-502, particularly TCE and PCE, are not as consistent with a source in the vicinity of ST-511

and may indicate an additional source in the vicinity of ST-502 or at least east of Central Avenue. However, it is possible that some of the compounds observed are from a source in the vicinity of ST-511.

Free product has been observed in monitoring well MW-317 on the east side of Central Avenue. The type of product present in the well has previously been reported to be inconsistent with CPR use. Our analysis of the product chromatograms was inconclusive. The presence of free product at this location from the railyard or Lease Area appears consistent with site conditions but could also be present from a non railroad-related source on the east side of Central Avenue. Additional investigation is necessary to be more conclusive.

PCE and TCE concentrations in ST-503 exceed HRLs but not significantly. It is unclear, however, why the concentrations of those and other related compounds were not higher in ST-503 given the concentrations observed in MW-402S and MW-402D.

### 11.5 Waste Reclamation Area/Dock/Storehouse Area

Shallow soil impact was observed in the vicinity of the dock (WDG-1 and A-2D). Although the concentrations are low and the impact appears to be shallow, some additional shallow soil evaluation may be appropriate to determine the extent or confirm that they are isolated incidents. Low concentrations of compounds were observed in MW-403D, ST-504 and ST-505. They are likely due to yard activities, not the AOCs for this investigation.

## 12.0 Recommendations

Additional work should be performed to evaluate the magnitude and extent of free product and dissolved compounds. The following recommendations are conceptual. A work plan will be prepared to make specific recommendations to evaluate the problems.

- The extent of free product and dissolved compounds observed in monitoring wells MW-402S and MW-402D should be determined.
- A geophysical survey should be conducted to evaluate the geology in the area northwest of the Lease Area where the till appears to be absent.

- Based on the results of the geophysical survey, monitoring wells should be installed in that area to evaluate whether there is free product in that area and whether the area is a likely migration route for free product and dissolved compounds to have entered the outwash/ St. Peter observed beneath the Lease Area.

- Monitoring wells which have screens open to both the till and underlying outwash/St. Peter should be sealed. Replacement monitoring wells, screened across the water table, should be installed where free product has been observed.

- A soil vapor extraction pilot test should be conducted using the existing vent wells to evaluate the concentrations of vapors present and potential removal rates, particularly in the former chemical storage tank area.

- Evaluation of the unsaturated zone in the vicinity of WDG-1 and A-2D should be conducted to confirm that the compounds observed there are isolated and unlikely to be a source of groundwater impact.

- Soil borings should be conducted in the vicinity of MW-317 to confirm the geology and to determine if a nearby source of the free product is evident.

## 13.0 Management of Investigation Derived Waste

Waste water from decontamination, drilling, well development and well purging prior to sampling was containerized, transported to the oil water separator for the existing product recovery system and pumped into the separator and sewered with Metropolitan Council Wastewater Services (MCWS) approval.

Soil which exhibited no PID readings above background and which was not saved for geologic, engineering or chemical testing, was spread in unvegetated areas inside the railyard fence.

Soil which had positive PID measurements and was not used for testing purposes, is containerized and will be managed appropriately.

## 14.0 References

Braun Intertec, 1996a. *Phase-II Investigation Work Plan, CP Rail System, Shoreham Yard Lease Area, Collector Pan Area and Waste Reclamation Area, Minneapolis, Minnesota.* February 9, 1996.

Braun Intertec, 1996b. *Phase-I Environmental Site Assessment. CP Rail System Shoreham Yard, Former Lease, Collector Pan and Waste Reclamation Building Areas. 2800 - 2952 Central Avenue Northeast, Minneapolis, Minnesota.* February 22, 1996.

Braun Intertec, 1996c. *Health, Safety, and Accident Prevention Plan, 2900 Central Avenue, Shoreham Yard.* June 5, 1996

Delta, 1992. *Phase-II Remedial Investigation Report, Soo Line Shoreham Yard, Minneapolis, Minnesota.* Delta Environmental Consultants, Inc. June 25, 1992.

Delta, 1995. Fax transmittal from Delta Environmental Consultants to CP Rail System, December 12, 1995.

EDR, 1995. *EDR Radius Map Report*, Environmental Data Resources, Inc. November 9, 1995.

Kanivetsky, 1989a, *Quaternary Hydrogeology, Plate 5 of 9*, in Balaban, N.H., *Geologic Atlas, Hennepin County, Minnesota*, County Atlas Series, Atlas C-4, University of Minnesota, St. Paul, Minnesota, 1989.

Kanivetsky, 1989b, *Bedrock Hydrogeology, Plate 6 of 9*, in Balaban, N.H., *Geologic Atlas, Hennepin County, Minnesota*, County Atlas Series, Atlas C-4, University of Minnesota, St. Paul, Minnesota, 1989.

Meyer and Hobbs, 1989, Surficial Geology, Plate 3 of 9, in Balaban, N.H., *Geologic Atlas, Hennepin County, Minnesota*, County Atlas Series, Atlas C-4, University of Minnesota, St. Paul, Minnesota, 1989.

Olsen and Bloomgren, 1989, Bedrock Geology, Plate 2 of 9, in Balaban, N.H., *Geologic Atlas, Hennepin County, Minnesota*, County Atlas Series, Atlas C-4, University of Minnesota, St. Paul, Minnesota, 1989.