# Minnesota Pollution Control Agency

Ground Water & Solid Waste Division
Site Response Section

Site Name

Category

Subcategory

Initials ________

May 1, 1998

Ms. LeeAnn M. H. Thomas
Canadian Pacific Railway
105 South Fifth Street, Suite 1390
Minneapolis, Minnesota 55402

RE: Soo Line Shoreham Yard Site
MPCA Project Number 5080

Dear Ms. Thomas:

The Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup (VIC) Unit have reviewed the "Phase II Investigation Report, Shoreham Yard Lease Area and Waste Reclamation Area," dated November 26, 1997, prepared by Braun Intertec Corporation (Braun), on behalf of the Canadian Pacific Railway (CP Railway), submitted for the Soo Line Shoreham Yard site (the Site), located in Minneapolis on the west side of Central Avenue between 28th Avenue and St. Anthony Boulevard. Additional reports and documents regarding the environmental investigation of the Site (the Site Documents) are presented below:

1. "Work Plan, Soil and Groundwater Remedial Investigation, Shoreham Yard Facility, Soo Line Railroad," prepared by Wenck Associates, Inc. (Wenck), dated October 1988;

2. "Soil and Groundwater Remedial Investigation Report, Shoreham Yard Facility," prepared by Wenck, dated January 1989;

3. "Work Plan, Shoreham Yard Facility," prepared by Wenck, dated March 1989;

4. "Progress Report/Work Plan Soo Line Shoreham Yard, Minneapolis, Minnesota," prepared by Delta Environmental Consultants, Inc. (Delta), dated May 28, 1991;

5. "Phase II Remedial Investigation Report, Soo Line Shoreham Yard," prepared by Delta, dated June 25, 1992;

6. "Remedial Investigation Report Addendum, Soo Line Railroad, Shoreham Yard Site," prepared by Delta, dated July 22, 1993; MPCA002518

7. "Request for Additional Information, Soo Line Shoreham Yard, MPCA Leak No. 1571," prepared by Delta, dated February 9, 1994;

8. "Interim Response Action Plan, Soo Line Railroad/CP Rail Systems, Shoreham Yard Site," prepared by Delta, dated September 27, 1994;



EXHIBIT 63

9. "Industrial Discharge Permit Number 2212, for site located at 2800 Central Avenue N.E., Minneapolis, MN 55440," correspondence from Leo H. Hermes, Industrial Waste Manager, Metropolitan Council Wastewater Services to Michael Brousseau, MPCA, received February 13, 1995;

10. "Annual Monitoring Plan, Soo Line Shoreham Yard," prepared by Delta, dated March 3, 1995;

11. "First Quarter 1995 Special Discharge Report, Soo Line Railroad - Shoreham Yard - Pumphouse Area, MWCC Permit No. 2212," prepared by Delta, dated March 24, 1995;

12. "Ground Water Pump Out/Product Recovery System Start Up, Soo Line Railroad Shoreham Yard," prepared by Delta, dated March 23, 1995,

13. "Quarterly Monitoring Results, Soo Line Shoreham Yard," prepared by Delta, dated June 15, 1995;

14. "Second Quarter 1995 Special Discharge Report, Soo Line Railroad - Shoreham Yard Pumphouse Area, MWCC Permit No. 2212," dated July 14, 1995;

15. "CAD System Monitoring Worksheet (MPCA Fact Sheet No. 11), Second Quarter 1995, Soo Line Railroad Shoreham Yard, MPCA Leak No. 1571," dated July 18, 1995;

16. "Phase I Environmental Site Assessment, CP Rail System Shoreham Yard" (Phase I Report), prepared by Braun, dated February 22, 1996; and

17. "Phase II Investigation Work Plan, CP Rail System Shoreham Yard Lease Area, Collector Pan Area and Waste Reclamation Area" (Work Plan), prepared by Braun, dated February 9, 1996.

The "Phase II Investigation Report, Shoreham Yard Lease Area and Waste Reclamation Area" (the Report), details the results and conclusions of an investigation conducted during 1996 and 1997, to further investigate the extent and magnitude of soil and ground water releases that have occurred historically at the Lease Area and the Waste Reclamation Area at the Site. Previous Site investigations have focused on releases of petroleum at the Former Tank Basin, the Pumphouse, and the Collector Pan Areas. The Report was conducted in accordance with the MPCA approved Workplan (Site Document 17) which was approved by the MPCA on April 10, 1996. The Phase II Investigation included drilling of soil borings, push probes, the construction of eleven new monitoring wells, soil and ground water sampling and analysis, a ground water receptor survey and a geophysical survey, and documentation of results.

On April 13, 1998, a meeting was held between the MPCA project staff and CP Railway to discuss conceptual plans for a proposed development at the Site, Site administrative issues, and a schedule for completing the Site investigation and the response action plan for the Site. During this meeting, CP Railway indicated that the Site property currently defined as MPCA Project Number 5080 will need to be partitioned in order to allow the property that is proposed for redevelopment to pursue a Certificate of Completion on an accelerated schedule. The property proposed for redevelopment includes the Lease Area, the Waste Reclamation Area, the Collector Pan Area, and a portion of the Site east of a railroad spur that includes the roundhouse facility. The MPCA staff understands that CP Rail intends to submit a separate VIC Application for Technical Assistance for this part of the Site in the near future. Please note that this letter addresses only the portion of the Site addressed in the Report and does not address additional investigation and potential response actions for contamination identified on other portions of the Site – including the Collector Pan Area, the Pumphouse Area, and the Former Tank Basin Area.

The Report is hereby approved subject to the modifications presented in Attachment B. Please note the standard disclaimers contained in Attachment A and the comments in Attachment C. If you have any questions about the contents of this letter or would like to meet to discuss the Site further, please contact me at (612) 297-5573 or Tim Burkhardt at (612) 282-5977.

Sincerely,

Richard M. Jolley

Richard M. Jolley
Hydrogeologist
Voluntary Investigation and Cleanup Unit
Site Response Section
Ground Water and Solid Waste Division

RMJ:tac

Enclosures

cc: David Drach, C.P. Railway
Greg Lie, Hennepin County Environmental
Daniel Colton, Leonard, Street and Deinard
Ronald Weaver, Braun Intertec Corporation
Deborah DeLuca, Braun Intertec Corporation
Tom Frame, City of Minneapolis