LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

May 4, 1998

*Ilsley Daniel Colton*
612-335-1836
idc3509@leonard.com

**VIA REGISTERED MAIL**
Paul W. Chellgren, CEO
Ashland, Inc.
1000 Ashland Drive
Russell, KY 41169

***Re: Soil & Groundwater Contamination at the 2900-Block of Central Avenue N.E., Minneapolis, Minnesota.***

Dear Mr. Chellgren:

We have been retained to represent Soo Line Railroad Company ("Soo Line") in connection with the above-referenced property ("Site"). Although Soo Line is the owner of the Site, it leased the Site it to a number of different business entities ("Lessees") over the years.

As a result of Phase I and II environmental site investigations performed at the Site, it has been determined that unacceptably high levels of volatile organic compounds and petroleum-related products (collectively "Contaminants") have been released into the soil and groundwater at the Site. These same site investigations confirm that the Lessees are responsible for these Contaminants.

Ashland Chemical Company, and its predecessor-in-interest, Rocket Products, Inc. (hereinafter "Ashland"), was one of the Lessees at the Site. Ashland was in the business of chemical blending, a process which requires the use of numerous above- and under-ground storage tanks. As early as 1960, Ashland had at least the following storage tanks located at the Site:

1. 1 - 2,500-gallon lacquer thinner tank;
2. 1 - 10,000-gallon isopropyl alcohol tank;
3. 1 - 10,000-gallon mineral spirits tank,
4. 1 - 10,000-gallon naphtha tank;
5. 1 - 10,000-gallon Xylol tank;
6. 1 - 10,000-gallon Toluol tank;
7. 1 - 12,000 gallon "Lacquer Diluent" tank;

8. 1 - 10,000-gallon acetone tank; and
9. 1 - 14,000-gallon styrene tank.

The chemical constituents stored within these tanks represent a portion of the Contaminants that are now found at unacceptable concentration levels in the soil and groundwater at the Site. As a lessee of the Site, and as an owner and operator of, *inter alia*, the above-cited storage tanks, Ashland is strictly, jointly and severally, liable as a responsible party under state and federal statutory environmental protection laws. See Comprehensive Environmental Response Compensation & Liability Act of 1980 (CERCLA) 42 USCA §§ 9601 *et. seq.*; Minnesota Environmental Response and Liability Act (MERLA) MSA §§ 115B.01-115B.37; and Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6901 *et. seq.* Ashland is also liable under many different common law liability theories. Among other remedies, these laws grant Soo Line the right to obtain injunctive relief against Ashland demanding that Ashland cleanup the property and declaratory relief requiring Ashland to reimburse Soo line for past and future response costs and economic damages. Soo Line is also entitled to recover its attorney's fees from Ashland.

Soo Line is in the process of negotiating its role in the cleanup of the Site with the Minnesota Pollution Control Agency. Soo Line would like to get the Site cleaned up as soon as reasonably possible so that it can sell the Site to an interested buyer (negotiations for the sale of the Site to the buyer are presently underway). Unless certain liability issues relating to the cleanup of the Site can be resolved, the pending sale of the Site may be terminated. Loss of this opportunity to sell the Site would constitute additional economic damage under MERLA which Soo Line would be entitled to recovery from Ashland.

The purpose of this letter is to enlist your cooperation and financial assistance in developing a response plan to facilitate the cleanup of the Site. To the extent that all responsible parties cooperate, we believe we can lessen the financial impact on all concerned and ensure that the sale of the Site will go forward.

In light of the above discussion, we believe that Soo Line has a very strong strict liability case against Ashland. Of course, we are hopeful that a reasonable solution to this matter can be found short of needlessly expensive and time-consuming litigation, and trust that Ashland realizes the social, practical and economic benefits of assuming financial responsibility for that portion of contamination at the Site which occurred during its tenure as an owner and operator.

You will shortly be receiving a Notice of Endangerment ("Notice") pursuant to §§ 7002(a)(1)(B) & (b)(2)(A) of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6972(a)(1)(B) & (b)(2)(A). This Notice is a procedural step that Soo Line must take before it is entitled to take any legal action against another private party under RCRA. ***However, please bear in mind that this Notice does not mean that Soo Line plans on taking legal action against***

***Ashland immediately -- because as represented to you in the previous paragraph, Soo Line would much prefer to avoid litigation and instead negotiate a reasonable solution to this environmental matter.*** However, we also indicated to you that Soo Line is negotiating the sale of this Site and that time is of the essence. Therefore, given these circumstances, Soo Line is in a position where it must take certain steps now to keep all its options open in the event Soo Line and Ashland are unable to resolve this matter in the very near future.

Please have your attorney contact me at the above number as soon as possible to discuss this situation and development of an appropriate cleanup plan. Thank you.

Sincerely,

**LEONARD, STREET AND DEINARD, P.A.**

By
Ilsley Daniel Colton

IDC

cc: Timothy Mulcahy, Esq.
LeeAnn Thomas