LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

June 2, 1998

*Ilsley Daniel Colton*
612 335-1836
idc3509@leonard.com

Stephen W. Leermakers
Ashland Chemical Company
Law Department
P.O. Box 2219
Columbus, OH 43216
***Registered Mail No.*** R 249 348 502

James E. Baine
Murphy Oil USA, Inc.
200 Peach Street
P.O. Box 7000
Eldorado, AR 71731-7000
***Registered Mail No.*** _____

JUN 0 5 1998

**Re:** ***Notice of Endangerment Under §§ 7002(a)(1)(B) & (b)(2)(A) of the Resource Conservation and Recovery Act, 42 U.S.C. § 6972(a)(1)(B) & (b)(2)(A).***

Dear Mr. Leermakers and Mr. Baine:

This letter constitutes a Notice of Endangerment ("Notice") pursuant to §§ 7002(a)(1)(B) & (b)(2)(A) of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. §§ 6972(a)(1)(B) & (b)(2)(A).

This Notice concerns an imminent and substantial endangerment to health and the environment at and in the vicinity of the so-called Soo Line Railroad Company ("Soo Line") Shoreham Yard Lease Site ("Site"), located near the 2900-Block of Central Avenue N.E., Minneapolis, Minnesota. Although Soo Line is the owner of the Site, it leased the Site to a number of different business entities ("Lessees") over the years.

Ashland Chemical Company ("Ashland") and Rocket Products, Inc. were Lessees at the Site. Although there has been no lawsuit in this matter and therefore no discovery, it is our current understanding, upon information and belief, that Ashland was the successor in interest to Rocket



**EXHIBIT 65**

Products. Ashland was a manufacturer and bulk retailer of "chemicals. bulk solvents. naphthas. reducers. cleaners. and lacquer thinners." a business which requires the use of numerous above- and under-ground storage tanks. Upon information and belief. Ashland. during the term of its lease. had at least the following storage tanks located at the Site:

1. 1 - 2.500-gallon lacquer thinner tank:
2. 1 - 10.000-gallon isopropyl alcohol tank:
3. 1 - 10.000-gallon mineral spirits tank.
4. 1 - 10.000-gallon naphtha tank;
5. 1 - 10.000-gallon Xylol tank:
6. 1 - 10,000-gallon Toluol tank;
7. 1 - 12.000 gallon "Lacquer Diluent" tank;
8. 1 - 10.000-gallon acetone tank: and
9. 1 - 14.000-gallon styrene tank.

A certain number of the chemical constituents stored within these tanks have been found to exist at unacceptable concentrations in the soil and groundwater at the Site ("hazardous wastes").

Murphy Oil USA, Inc. (a.k.a.. Ranger Oil, Inc.: hereinafter collectively "Murphy Oil"), was also a Lessee at the Site. Murphy Oil is known to have owned and operated four 10.000-gallon gasoline underground storage tanks ("UST") and one 1,000-gallon diesel fuel UST at the Site. The petroleum compounds stored within these USTs are now found at unacceptable concentrations in the soil and groundwater at the Site ("hazardous wastes").

Soo Line, as owner of the Site. places Ashland and Murphy Oil (collectively "Lessees") on notice pursuant to 42 U.S.C. § 6972(b)(2)(A) that it knows that the Lessees have all contributed to the past generation, handling, storage, treatment. transportation, and disposal of hazardous waste at the Site. This hazardous waste activity created an unpermitted RCRA disposal facility for such hazardous waste at the site. which now represents an imminent and substantial endangerment to health and the environment.

Soo Line has retained a number of engineering firms to perform various environmental investigations and studies at the Site. These investigations show that the Site's groundwater and soils are contaminated with the hazardous wastes. Soo Line believes that the investigations show that the hazardous wastes identified in the soil and groundwater at the Site were, among other things, disposed of at the Site by the Lessees. The Lessees actions represent a violation of subchapter III of RCRA.

***Demand for immediate remediation is hereby made upon Ashland and Murphy Oil.***

Soo Line is presently in the process of negotiating a Consent Order with the Minnesota Pollution Control Agency regarding the cleanup of the site. However, until properly abated, the endangerments alleged in this Notice are continuing to cause or contribute to the migration of the released hazardous wastes into and through the environment, including the soils and groundwater.

We believe that this Notice sufficiently provides the Lessees with all required notices pursuant to RCRA.

The full name and address of the person giving this Notice is:

Soo Line Railroad Company (d/b/a Canadian Pacific Railway Company)
Attention: Timothy Mulcahy, Esq.
105 South Fifth Street
P.O. Box 530
Minneapolis, Minnesota 55440
Tel.: (612) 347-8325

If you have any questions or wish to discuss this matter further, please call the undersigned at 612-335-1836.

Sincerely,

**LEONARD, STREET AND DEINARD**

By
Ilsley Daniel Colton

cc: Administrator, U.S. Environmental Protection Agency
Valdas V. Adamkus, Region 5 Administrator
Timothy D. Burkhardt, Minnesota Pollution Control Agency
Laurie Kania, Minnesota Pollution Control Agency
Joselyn Olsen, Minnesota Attorney Generals Office
Janet Reno, U.S. Attorney General