CANADIAN PACIFIC RAILWAY

Environmental Affairs

Suite 1390
Soo District General Offices
105 South 5th Street 55402
PO Box 530-55440
Minneapolis MN

Fax (612) 347-8170

May 12, 1999

Mr. Ronald C. Weaver
Braun Intertec Corporation
6875 Washington Avenue South
P.O. Box 39018
Minneapolis, Minnesota 55439-0108

Re: **Request to Provide a Comprehensive Phase I Report for the Eastern Portion of the Shoreham Yard Property.**

Dear Mr. Weaver,

Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) requests that Braun Intertec Corporation (Braun) prepare a Phase I site screening investigation for the eastern portion of CPR's Shoreham Yard Property (the Property). This real estate includes parcels of land that have been leased to tenants, as well as land occupied continuously by CPR.

The area of interest (the Site) includes land and appurtenances that lie north of 28th Avenue and south of 31st Avenue and is outside: 1) the fenced control area occupied by the Intermodal Facility, 2) buildings adjacent to that fence, and 3) the former shops buildings. At its widest point, the area of interest reaches approximately 900 feet west of Central Avenue (the western margin of Soo Line's former Tank Basin Area). Parcels included in the area of interest are the Eastern Leased Properties areas along Central Avenue, the Collector Pan Area, the Pumphouse and Oil Storage Area, the Former Tank Basin Area, the Roundhouse Area, the Former waste storage/Storehouse Area, and the land area connecting them.

Braun has previously prepared Phase I reports for many of the parcels that make up the Site, but the age of those documents exceeds the recommended eighteen month life for supporting property transactions. Moreover, CPR desires to have a single, consistently developed document that describes the history of use and identifies existing or suspected environmental conditions that pertain to the entire Site.

In support of this and other activities, CPR has undertaken an extensive evaluation of the hydrogeology that underlies the Property (see Attachment 1). This evaluation has been based on a property-wide correlation of sedimentary data, as documented in borehole logs, together with results from high resolution seismic surveys to produce an integrated model of groundwater flow under the Property.

When completing the requested Phase I, CPR requests that Braun fully and completely address the contents recommended by ASTM E 1527 and the Minnesota Pollution Control Agency's Voluntary Investigation and Cleanup Program Guidance Document #8 - Phase I Investigation, inclusively. In addition, for the sake of consistent and easy to follow report development, CPR requests that Braun describe the history of use for each facility, structure or current/former operable unit in a comprehensive way, and that these histories be provided in separate sections for each individual unit.

MPCA004505

**EXHIBIT 66**

In order to meet proposed submittal dates for this project, CPR is requesting that Braun provide a draft Phase I report by Wednesday, May 19, 1999. Please contact me to discuss any concerns your may have with the schedule.

You are authorized to begin work on this request. However, please provide me with a cost estimate and work order to perform the Phase I effort by Friday, May 14, 1999.

If you have any questions concerning this request or any questions concerning the material contained Attachment 1, please contact me at 612-347-8255.

Sincerely,

LeeAnn M. H. Thomas

LeeAnn M. H. Thomas
Remediation Specialist
Canadian Pacific Railway

Attachments

cc: I. Daniel Colton, Leonard, Street and Deinard