# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

August 2, 1999

**Christopher M. Haack**
612-335-1940
ch1940@leonard.com

VIA MESSENGER

Mr. Richard M. Jolly
Hydrogeologist
Voluntary Investigation and Cleanup Unit
Minnesota Pollution Control Agency
520 Lafayette Road North
St. Paul, MN 55155-4194

**Re: Soo Line Railroad Company**
**Shoreham Yard Phase I Environmental Site Assessment**

Dear Mr. Jolly:

On behalf of Soo Line Railroad Company, doing business as Canadian Pacific Railway ("CPR"), enclosed please find Braun Intertec Corporation's Phase I Environmental Site Assessment, Central Avenue – Shoreham Parcel, 2800 Central Avenue Northeast, Minneapolis, Minnesota, dated July 28, 1999.

CPR is providing the Minnesota Pollution Control Agency this document in response to your request to conduct a Phase I investigation. We look forward to your comments. Comments may be directed to LeeAnn M. H. Thomas at CPR.

Very Truly Yours,

LEONARD, STREET AND DEINARD

Chris Haack

Christopher M. Haack
Paralegal

Enclosure

cc: LeeAnn M. H. Thomas
Ilsley Daniel Colton, Esq.
Christopher M. McGlincey, Esq.

# Phase I Environmental Site Assessment

Canadian Pacific Railway
Central Avenue - Shoreham Parcel
2800 Central Avenue Northeast
Minneapolis, Minnesota

*Prepared For*

## Canadian Pacific Railway

Project Number CMXX-95-0821.2L
July 28, 1999

Braun Intertec Corporation

Copyright 1999 Braun Intertec Corporation

## Table of Contents


A. Introduction ..... 1
A.1. Purpose ..... 1
A.2. Scope of Services ..... 1
B. *Site* Description ..... 1
B.1. *Site* Location and Description ..... 1
B.2. Site and Vicinity Characteristics ..... 1
B.3. Environmental Liens and Additional Information ..... 2
B.4. Acronyms ..... 2
C. Records Review ..... 4
C.1. Physical Setting Information ..... 4
C.2. Regulatory Information ..... 5
C.3. Evaluation of Historical and Present-Use Information ..... 7
C.3.a. Sources of Information ..... 7
C.3.a.i. CPR File ..... 7
C.3.a.ii. Sanborn Fire Insurance Atlas Maps ..... 8
C.3.a.iii. City Directory Information ..... 8
C.3.a.iv. Aerial Photographs ..... 8
C.3.a.v. Hennepin County File Review ..... 8
C.3.a.vi. Historical Information Gatherers, Inc. Report ..... 8
C.3.a.vii. *Site* Visits ..... 8
C.3.a.viii. Previous Site Investigations ..... 9
D. Results ..... 10
D.1. *Site* Result ..... 10
D.1.a. Area A Definition ..... 12
D.1.a.i. Geologic Setting ..... 12
D.1.a.ii. General Descriptions of Structures ..... 12
D.1.a.iii. Operations Conducted at Area A ..... 12
D.1.a.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Land Uses ..... 15
D.1.a.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Land Uses ..... 16
D.1.a.vi. Suspect Areas ..... 17
D.1.a.vii. Areas Subject to PCB Exposure ..... 17
D.1.a.viii. Solid Waste ..... 17
D.1.a.ix. Wastewater ..... 17
D.1.a.x. Water Utilities and Water Supply Wells ..... 17
D.1.a.xi. Septic Systems ..... 18
D.1.a.xii. Heating and Cooling Fuel Distribution Systems ..... 18
D.1.a.xiii. Environmental Conditions ..... 18
D.1.b. Area B Definition ..... 27
D.1.b.i. Geologic Setting ..... 27
D.1.b.ii. General Descriptions of Structures ..... 27
D.1.b.iii. Operations Conducted at Area B ..... 27
D.1.b.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Uses ..... 28
D.1.b.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Uses ..... 29
D.1.b.vi. Suspect Areas ..... 29
D.1.b.vii. Areas Subject to PCB Exposure ..... 29
D.1.b.viii. Solid Waste ..... 29
D.1.b.ix. Wastewater ..... 30
D.1.b.x. Water Utilities and Water Supply Wells ..... 30
D.1.b.xi. Septic Systems ..... 30
D.1.b.xii. Heating and Cooling Fuel Distribution Systems ..... 30
D.1.b.xiii. Environmental Conditions ..... 30

**Table of Contents (Continued)**

D.1. c. Area C Definition ... 39
D.1.c.i. Geologic Setting ... 39
D.1.c.ii. General Descriptions of Structures ... 39
D.1.c.iii. Operations Conducted at Area C ... 39
D.1.c.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Land Uses ... 41
D.1.c.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Land Uses ... 43
D.1.c.vi. Suspect Areas ... 43
D.1.c.vii. Areas Subject to PCB Exposure ... 43
D.1.c.viii. Solid Waste ... 43
D.1.c.ix. Wastewater ... 43
D.1.c.x. Water Utilities and Water Supply Wells ... 44
D.1.c.xi. Septic Systems ... 44
D.1.c.xii. Heating and Cooling Fuel Distribution Systems ... 44
D.1.c.xiii. Environmental Conditions ... 44
D.1.d. Area D Definition ... 53
D.1.d.i. Geologic Setting ... 53
D.1.d.ii. General Descriptions of Structures ... 53
D.1.d.iii. Operations Conducted at Area D ... 53
D.1.d.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Land Uses ... 53
D.1.d.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Uses ... 54
D.1.d.vi. Suspect Areas ... 54
D.1.d.vii. Areas Subject to PCB Exposure ... 54
D.1.d.viii. Solid Waste ... 54
D.1.d.ix Wastewater ... 54
D.1.d.x. Water Utilities and Water Supply Wells ... 54
D.1.d.xi. Septic Systems ... 54
D.1.d.xii. Heating and Cooling Fuel Distribution Systems ... 55
D.1.d.xiii. Environmental Conditions ... 55
D.1.e.i. Geologic Setting ... 64
D.1.e.ii. General Descriptions of Structures ... 64
D.1.e.iii. Operations Conducted at Area E ... 64
D.1.e.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Land Uses ... 65
D.1.e.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Land Uses ... 66
D.1.e.vi. Suspect Areas ... 66
D.1.e.vii. Areas Subject to PCB Exposure ... 66
D.1.e.viii. Solid Waste ... 67
D.1.e.ix. Wastewater ... 67
D.1.e.x. Water Utilities and Water Supply Wells ... 67
D.1.e.xi. Septic Systems ... 67
D.1.e.xii. Heating and Cooling Fuel Distribution Systems ... 67
D.1.e.xiii. Environmental Conditions ... 67
D.1. f. Area F Definition ... 77
D.1.f.i. Geologic Setting ... 77
D.1.f.ii. General Descriptions of Structures ... 77
D.1.f.iii. Operations Conducted at Area F ... 78
D.1.f.iv. Hazardous Substances and Petroleum Products Use in Connection with Identified Land Uses ... 78
D.1.f.v. Hazardous Substances and Petroleum Products Use Not Necessarily in Connection with Identified Land Uses ... 79
D.1.f.vi. Suspect Areas ... 79
D.1.f.vii. Areas Subject to PCB Exposure ... 79
D.1.f.viii. Solid Waste ... 79
D.1.f.ix. Wastewater ... 79

Copyright 1999 Braun Intertec Corporation

**Table of Contents (Continued)**

D.1.f.x. Water Utilities and Water Supply Wells ........ 80
D.1.f.xi. Septic Systems ........ 80
D.1.f.xii. Heating and Cooling Fuel Distribution Systems ........ 80
D.1.f.xiii. Environmental Conditions ........ 80
D.2. Off-*Site* Results ........ 89
D.2.a. Property Address Listings ........ 89
D.2.a.i NFRAP Facilities. ........ 89
D.2.a.ii. AST, UST, LUST and SPILLS Facilities ........ 89
D.2.b. Surrounding Area Facility Listings ........ 91
D.2.b.i. NFRAP, CERCLIS and SPL Facilities ........ 91
D.2.b.ii. CORRACTS Facilities ........ 91
D.2.b.iii. SWLF and MAWDSI Facilities ........ 91
D.2.b.iv. SCL/VIC Facilities ........ 92
D.2.b.v. Generator Facilities ........ 92
D.2.b.vi. AST, UST, and LUST Facilities ........ 93
D.2.b.vii. Neighboring Air Permitted Facilities ........ 95
E. Findings and Conclusions ........ 95
F. Assessment Limitations ........ 96
G. Qualifications of Environmental Professionals ........ 96

Copyright 1999 Braun Intertec Corporation

*Draft - Subject to Change*

## Appendices

A: *Site* Location Map

B: *Site* Diagrams

C: Previous Investigations and Reports

D: MPCA File Evaluation Report

E: VISTA Environmental Information, Inc. Report

F: Sanborn Fire Insurance Atlas Maps

G: Aerial Photographs

H: Historic Information Gatherers, Inc.

I: Correspondence

J: Pace Laboratory, Inc. Analytical Report

Copyright 1999 Braun Intertec Corporation

BRAUN℠
INTERTEC

**Braun Intertec Corporation**
6801 Washington Avenue South
P.O. Box 39108
Minneapolis, Minnesota 55439-0108
612-941-5600 Fax: 941-4151

*Engineers and Scientists Serving the Built and Natural Environments®*

# A. Introduction

## A.1. Purpose

This Phase I Environmental Site Assessment (1999 Phase I ESA) was prepared for Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) (1999 Phase I ESA User). Braun Intertec received authorization from Ms. LeeAnn Thomas of CPR, to conduct the 1999 Phase I ESA of the eastern portion of the CPR Shoreham Yard (***Site***), which is defined in Section B. The CPR Shoreham Yard including the ***Site*** is hereafter referred to as the Property. Both the ***Site*** and the Property share a common address of 2800 Central Avenue Northeast.

Braun Intertec previously conducted a Phase I ESA of portions of the land included in the ***Site***. The results of the previous Phase I ESA are documented in the report entitled *Phase I Environmental Site Assessment, CPR Shoreham Yard, Former Lease, Collector Pan and Waste Reclamation Building Areas, 2800 - 2952 Central Avenue Northeast, Minneapolis, Minnesota,*" February 1996 (1996 Phase I ESA). The purpose of the 1999 Phase I ESA is to evaluate the ***Site*** for indications of recognized environmental conditions by use of current information. The 1999 Phase I ESA will help focus future investigations.

## A.2. Scope of Services

The services provided for this project consisted of conducting a Phase I ESA in conformance with the scope and limitations of ASTM Practice E 1527-97 and the MPCA VIC Program Guidance Document No. 8 regarding Phase I Environmental Site Assessments.

There are no intentional deviations from ASTM Practice E 1527-97 and/or MPCA Guidance Document No. 8 for this 1999 Phase I ESA.

# B. *Site* Description

## B.1. *Site* Location and Description

The ***Site*** is located within the southeast quarter of Section 2 and the northwest quarter of Section11, Township 29 North, Range 24 West in the city of Minneapolis, Hennepin County, Minnesota. The ***Site*** is bounded on the north by City of Minneapolis park areas; on the east by Central Avenue Northeast and commercial and residential development; on the south by St. Anthony Cemetery and 27th Avenue Northeast; and on the west by additional Property areas. A ***Site*** location map (Figure 1) and ***Site*** sketch that outlines the 1999 Phase I ESA ***Site*** boundaries (Figure 2) are attached in Appendices A and B, respectively.

## B.2. Site and Vicinity Characteristics

The portions of the ***Site*** which were included in the 1996 Phase I ESA consisted of the lease area and the collector pan area, located west of and adjacent to Central Avenue Northeast between 29th and

Copyright 1999 Braun Intertec Corporation

31st Avenue Northeast. In addition to these areas, the 1996 Phase I ESA also included discussions of the historical uses of the waste reclamation building, storehouse building and associated adjacent outdoor storage areas, located south and southwest of the lease area.

The ***Site*** for the 1999 Phase I ESA was approximately 24 acres in size. The ***Site***, for the purposes of the 1999 Phase I ESA, was divided into the following six areas:

- Area A - the former lease area.
- Area B - the collector pan area.
- Area C - the round house, the diesel house, the paint storage building, and associated railroad track areas.
- Area D - the former icing station buildings area.
- Area E - the former waste reclamation building, and the former storehouse building with associated former exterior storage areas.
- Area F - the pump house and oil storage area.

The approximate Area boundaries are illustrated on Figure 3 in Appendix B. The Area boundaries were located to facilitate discussion of the ***Site*** and were not meant to designate ownership or control of any portion of this ***Site***.

### B.3. Environmental Liens and Additional Information

No information regarding environmental liens or a chain-of-title regarding the ***Site*** was provided to Braun Intertec by CPR.

### B.4. Acronyms

Acronyms used in this 1999 Phase I ESA are listed below.

| | |
|---|---|
| AMSL | Above Mean Sea Level |
| AST | Aboveground Storage Tank |
| BETX | Benzene, ethyl benzene, toluene, xylenes |
| BGS | Below Ground Surface |
| BROWNFIELDS | MPCA Brownfields |
| CERCLIS | Comprehensive Environmental Response, Compensation, and Liability Information System |
| CLSUC | Closed Landfill Sites Undergoing Cleanup |
| DCA | Dichloroethane |
| DCE | Dichloroethene |
| DRO | Diesel range organics |
| ERNS | Emergency Response Notification System |
| HCEMD | Hennepin County Environment Management Division |
| HIG | Historic Information Gatherers, Inc. |
| HRL | Health Risk Limits |
| HWGICL | Hazardous Waste Generator/Investigation and Cleanup List |

Copyright 1999 Braun Intertec Corporation




**Note: Area boundaries are approximate**

Scale

0 100 200 300 Feet

BRAUN℠ INTERTEC

N

## Approximate Area Boundaries

*Phase I Environmental Site Assessment*
*Canadian Pacific Railway - Shoreham Yard*
*Minneapolis, Minnesota*

| | | |
|---|---|---|
| DRAWN BY: DPS | 05-14-99 | SHEET |
| APP'D BY: RF | 05-05-99 | FIG 3 |
| JOB NO. CMXX-95-0821 | | |
| FILE: i:\mx50821\shoreham\phase1esa.apr | | |
| SCALE: 1:2,000 | | |