BRAUN℠
INTERTEC

**Braun Intertec Corporation**
6875 Washington Avenue South
P.O. Box 39108
Minneapolis, Minnesota 55439-0108
612-941-5600 Fax: 833-4701

*Engineers and Scientists Serving the Built and Natural Environments®*

October 11, 1999

Project No. CMXX-95-0821

Mr. Richard M. Jolley
Site Response Section
Minnesota Pollution Control Agency
520 Lafayette Road North
St. Paul, MN 55155-4194

Dear Mr. Jolley:

Re: Remedial Investigation and Supplemental Phase II Investigation Work Plan, Soo Line Railroad Company d/b/a Canadian Pacific Railway, Shoreham Yard, 2800 Central Avenue Northeast, Minneapolis, Minnesota

On behalf of Soo Line Railroad Company d/b/a Canadian Pacific Railway (CPR), I am transmitting with this letter, two copies of the *Remedial Investigation and Supplemental Phase II Investigation Work Plan* (Work Plan) for the captioned site for your review. The Work Plan was prepared in response to conceptual recommendations detailed in the *Phase II Investigation Report* (Braun Intertec, 1997) and your comments in the letter dated May 1, 1998 regarding Braun Intertec, 1997. Subsequent to completion of Braun Intertec, 1997, and your May 1, 1998 letter, CPR has expanded the area to be further evaluated to include not only the lease and waste reclamation areas, but also the collector pan, pump house and round house areas of the Shoreham Yard. The focus of this Work Plan is to present the logic and sampling plan for further evaluating these areas of the Shoreham Yard. Environmental conditions associated with each of the areas to be further evaluated were detailed in the *Phase I Environmental Site Assessment Report* (Braun Intertec, 1999).

As described in the CPR letter to you dated March 12, 1999, work undertaken by CPR at the site since completion of Braun Intertec, 1997, has provided a better conceptualization of groundwater flow and chemical migration at the site. The findings made by CPR and transmitted to you since Braun Intertec, 1997, have been incorporated into this Work Plan. On behalf of CPR, we respectfully request your expedited review of this Work Plan. We would like to commence field activities in early November 1999. We would be willing to meet at your convenience to discuss the Work Plan should you deem it necessary. We look forward to discussing the proposed work with you. If you have any questions, please feel free to contact me at (612) 833-4782.

Sincerely,

Ronald C Weaver

Ronald C. Weaver
Senior Project Manager

c: LeeAnn Thomas, Canadian Pacific Railway

kaf\bls2.data1.bl.wpfiles\r:\cmxx\95\0821\0821-L02.doc

# Remedial Investigation and Supplemental Phase II Investigation Work Plan

Soo Line Railroad Company
Central Avenue - ***Site***
Minneapolis, Minnesota

*Prepared for*

## Canadian Pacific Railway

Project No. CMXX-95-0821
October 7, 1999

Braun Intertec Corporation

...EIVED

OCT 13 1999

MPCA, Metro District
Site Remediation

## Table of Contents

1.0 Introduction ..... 1
2.0 Background ..... 2
2.1 Geology ..... 2
2.1.1 Fill ..... 2
2.1.2 Organic Materials ..... 2
2.1.3 Alluvium ..... 3
2.1.4 Glacial Till ..... 3
2.1.5 Glacial Outwash ..... 3
2.1.6 St. Peter Sandstone ..... 3
2.2 Hydrogeology ..... 3
2.2.1 Alluvium ..... 4
2.2.2 Glacial Till ..... 4
2.2.3 Outwash ..... 4
2.2.4 St. Peter Sandstone ..... 4
3.0 Scope of Work ..... 5
3.1 Remedial Investigations - VPIC Leaksites ..... 6
3.1.1 Leaksite #11598 - Northern Lease Area ..... 6
3.1.2 Leaksite #11599 - Central Lease Area ..... 6
3.1.3 Leaksite #11600 - Southern Lease Area ..... 6
3.1.4 Leaksite #11503 - Area C (Round House Area) ..... 7
3.1.5 Leaksite #1571 - Area B (Collector Pan Area) and Area F (Pump House Area) ..... 7
3.1.6 Leaksite #10857 - Area F (Shoreham Yard USTs Area) ..... 8
3.2 1997 Phase II Investigation ..... 8
3.2.1 Phase II Investigation Report Recommendations ..... 9
3.2.1.1 Monitoring Well Replacement ..... 9
3.2.1.2 Soil Vapor Extraction Pilot Test ..... 9
3.2.1.3 Geophysical Survey ..... 9
3.2.1.4 Investigation in Area Northwest of Lease Area ..... 10
3.2.1.5 Investigation Related to Area A (Wells MW-402S and MW-402D) ..... 10
3.2.1.6 Investigation in Area of Well MW-317 ..... 10
3.2.1.7 Investigation in Area E (Borings WDG-1 and A-2D) ..... 10
3.2.2 MPCA Comment Letter to Braun Intertec, 1997 ..... 11
3.2.2.1 Determine Horizontal and Vertical Extent of Groundwater Impacts in Outwash/St. Peter Aquifer ..... 11
3.2.2.2 Phase I Environmental Site Assessment Report ..... 11
3.2.2.3 Well Receptor Survey ..... 11
3.2.2.4 Till/Alluvial Western Oriented Flow Direction ..... 12
3.2.2.5 Monitoring Well Abandonments and Replacements ..... 12
3.2.2.6 Geotechnical Analysis ..... 12
4.0 Work Tasks ..... 12
4.1 Site Preparation ..... 12
4.2 Surveying and Staking ..... 12
4.3 Soil Borings ..... 12
4.3.1 Locations and Rationale ..... 13
4.3.2 Termination Depths ..... 13
4.3.3 Sampling Intervals ..... 13
4.3.4 Soil Chemistry Sampling ..... 13
4.3.5 Soil Testing ..... 14

## Table of Contents (Continued)


4.4 Bedrock Monitoring Wells ..... 14
4.4.1 Locations and Rationale ..... 14
4.4.2 Termination Depths and Screen Intervals ..... 15
4.4.3 Sampling Intervals ..... 15
4.5 Drift Monitoring Wells ..... 15
4.5.1 Locations and Rationale ..... 16
4.5.2 Termination Depths and Screen Intervals ..... 16
4.5.3 Sampling Intervals ..... 16
4.6 Equipment Decontamination ..... 16
4.7 Well Development ..... 16
4.8 Hydraulic Conductivity Testing ..... 16
4.9 Boring/Well Abandonment ..... 17
4.10 Well Sampling ..... 17
5.0 Sampling and Analysis Plan ..... 17
5.1 Record Keeping ..... 17
5.2 List of Analytical Parameters ..... 17
5.3 Sampling Protocol ..... 17
5.3.1 Soil Sampling ..... 17
5.3.2 Water Sampling ..... 18
5.4 Analytical Methods ..... 18
5.5 Quality Assurance Project Plan ..... 19
6.0 Management of Investigation-Derived Waste ..... 19
7.0 Site Safety and Contingency Plan ..... 20
8.0 Schedule ..... 20
9.0 References ..... 20


### Figures


1 *Site* Location Map
2 *Site* Map
3 Locations of Buried Valleys Schematic
4 Proposed Soil Boring Locations Map
5 Proposed Monitoring Well Locations Map


### Tables


1 Proposed Soil Boring Summary (99 Series)
2 Proposed Well Construction Summary (99 Series)
3 General Basis and Constraints for Soil Borings and Monitoring Wells
4 Proposed Geotechnical Sampling and Analysis Summary
5 Proposed Soil Sampling and Analysis Summary
6 Proposed Groundwater Monitoring Well Sampling and Analysis Summary


### Appendices


A Correspondence
B Pace Laboratory, Inc. Analytical Report
C Standard Operating Procedures
D Method Detection Limits, Practical Reporting Limits and Instrument Calibration Requirements

## 1.0 Introduction

At the request of the Minnesota Pollution Control Agency (MPCA), by letter dated September 20, 1995, a *Phase II Investigation Work Plan* (1996 Work Plan), dated February 9, 1996, was prepared by Braun Intertec Corporation (Braun Intertec, 1996a) on behalf of Soo Line Railroad Company, doing business as Canadian Pacific Railway (CPR), for the easternmost portion of the Shoreham Yard at 2800 Central Avenue Northeast, Minneapolis, Minnesota. The entire CPR Shoreham Yard is hereafter referred to as the Property. A general location map is provided as Figure 1. As required by the MPCA, the 1996 Work Plan was intended to evaluate the source, extent and magnitude of the volatile organic compound (VOC) impacts in the lease area and waste reclamation area. The 1996 Work Plan was implemented from the spring of 1996 through the spring of 1997. The results of this work were detailed in the *Phase II Investigation Report* (Braun Intertec, 1997).

Subsequent to completion of Braun Intertec, 1997, CPR has expanded the area to be further evaluated to include not only the lease and waste reclamation areas, but also the collector pan, pump house, and round house areas of the Shoreham Yard. The portion of the Property to be investigated, hereafter known as the ***Site***, is shown on Figure 2.

As indicated in Figure 2, the ***Site***, for the purposes of this *Remedial Investigations and Supplemental Phase II Investigation Work Plan* (1999 Work Plan), was divided into six separate areas including the following:

- Area A - the former lease area.
- Area B - the collector pan area.
- Area C - the round house, the diesel house, the paint storage building, and associated railroad track areas.
- Area D - the former icing station buildings area.
- Area E - the former waste reclamation building, and the former storehouse building with associated former exterior storage areas.
- Area F - the pump house and oil storage area.

Area A has been further divided into three areas including Area A1 (Northern Lease Area), Area A2 (Central Lease Area) and Area A3 (Southern Lease Area).

The area boundaries were located to facilitate discussion of the ***Site*** and were not meant to designate ownership or exclusive control of any portion of the ***Site***.

The work described in this 1999 Work Plan will be conducted in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 CFR, Part 300 and the MPCA's Voluntary Investigation and Cleanup (VIC) and Voluntary Petroleum Investigation and Cleanup (VPIC) Programs. There are currently six identified leaksites (Leaksites #11598, #11599, #11600, #11503, #10857 and #1571) on the ***Site***. The above-described leaksite areas, shown on Figure 2, represent geographic boundaries which do not necessarily mark the limits of associated soil and groundwater impacts.

## 3.0 Scope of Work

The following subsections describe work activities to be conducted on the ***Site*** to further evaluate soil and groundwater impacts. These activities include the installation of soil borings and monitoring wells to investigate environmental conditions at the ***Site***, as defined by this document and the *Phase I Environmental Site Assessment Report* (1999 Phase I ESA; Braun Intertec, 1999c) prepared for the ***Site***.

This scope of work supplements previous investigations of environmental impacts at the ***Site*** (these investigations are provided in the reference list in Section 9.0). The previous investigations at the ***Site*** identified petroleum-related and VOC impacts in both soil and groundwater. The investigation of petroleum releases lead to the discovery of significant concentrations of VOCs and triggered MPCA concerns. The detection of the VOCs in soil and groundwater prompted the MPCA to require CPR to locate and characterize the source areas and determine the extent and magnitude of impacts.

This scope of work will be conducted to conform to both VIC and VPIC program guidelines, and the results of this investigation will be used to characterize both the VIC and VPIC areas of the ***Site***. This work will also conform to the program and technical requirements of the NCP.

The goal of the investigation in this 1999 Work Plan is to quantify the vertical and lateral extent of soil and groundwater impacts and source areas identified in Braun Intertec, 1999c. This work focuses on defining the aerial extent of soil impacts and source areas. The work will quantify the level of petroleum-related and VOC impacts in and around source areas. The work will evaluate the significance of groundwater impacts identified in previous investigations. The identified groundwater impacts include petroleum-related compounds and VOCs in the dissolved and/or free phase. The results of this work will be used to assess the extent of dispersion of groundwater impacts from the suspected source areas both laterally and vertically downward.

The soil borings and monitoring wells described below will provide a better understanding of the source, nature, extent and magnitude of the known soil impacts on the ***Site***. This additional information will be used in the upcoming Risk Assessment to determine the volume of soil and the degree to which groundwater needs to be remediated to protect human health and the environment. In addition, the data will provide sufficient information to prepare a formal Feasibility Study and narrow the list of potential remedial alternatives.

The minimum set of proposed soil borings and monitoring wells is depicted on Figures 4 and 5, respectively. The proposed soil boring and monitoring well details are presented in Tables 1 and 2, respectively. Table 3 provides the general basis and constraints for the proposed soil borings and monitoring wells. Additional soil borings and monitoring wells may be installed based on field screening results or field observations (see Section 4.3.1 for elaboration). A discussion of the soil boring drilling and sampling methods is provided in Section 4.3. A discussion of the monitoring well drilling, sampling and installation methods is provided in Sections 4.4 and 4.5.