# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

May 31, 2001

RECEIVED
MAY 3 1

**Ilsley Daniel Colton**
612-335-1836
daniel.colton@leonard.com

**HAND DELIVERED**

Mr. Richard M. Jolley
Voluntary Investigation and Cleanup Unit
Minnesota Pollution Control Agency
520 Lafayette Road
Saint Paul, Minnesota 55155-4194

**Re:** ***Shoreham Facility;***
***Soo Line Railroad Company, d/b/a Canadian Pacific Railway (CPR)***
***VIC #5080***

Dear Mr. Jolley:

Enclosed find two complete copies of Volumes I through VI of the seven volume document entitled "*Phase II Supplemental Remedial Investigation Report, Shoreham Facility,*" dated May 2001, prepared by IT Corporation on behalf of CPR. Please note that the reports for the Shoreham Facility leak sites 11598, 11599, 11600, 1571, 10857, and 11503, each entitled "*Remedial Investigation/Corrective Action Design Report,*" are scheduled to be submitted to you under separate cover as Volume VII of the enclosed document. The enclosed Volume IV, Appendix C, makes reference to this separate schedule for submittal of the six leak site reports.

By copy of this letter to Mr. Jim Forsyth, CPR is also delivering two copies of the enclosed document (Volumes I through VI) to the City of Minneapolis.

If you have any questions or comments, please do not hesitate to call me.

Sincerely,

Leonard Street and Deinard
*Professional Association*

Ilsley Daniel Colton

IDC/ajp
Enclosures

cc: James Forsyth, MCDA (w/ two complete copies)
Paul Ostrow, Minneapolis City Counsel (w/out copies)
LeeAnn Thomas

MAY 3

Volume I of VII

CANADIAN PACIFIC RAILWAY

DATE LOGGED 6/4/01
TITLE SooLine Shoreham Yard
UP5080
BY PJ

# Phase II Supplemental Remedial Investigation Report

## Shoreham Facility
## Minneapolis, MN

May 2001

# Table of Contents

1.0 INTRODUCTION ............ 1-1

1.1 Scope of Work ............ 1-2

1.2 Purpose of Investigation ............ 1-2

2.0 PROPERTY AND SITE BACKGROUND ............ 2-1

2.1 Property and Site Description ............ 2-1
2.1.1 Property and Site Location and Description ............ 2-1
2.1.2 Property and Site History ............ 2-2
2.1.2.1 Previous Property and Site Investigations ............ 2-2
2.1.3 Potential and Known Contaminant Sources ............ 2-3
2.1.3.1 Area A - Lease Area ............ 2-3
2.1.3.2 Area B - Collector Pan Area ............ 2-5
2.1.3.3 Area C - Round House Area ............ 2-6
2.1.3.4 Area D - Ice Station Building ............ 2-7
2.1.3.5 Area E - Waste Reclamation Area ............ 2-7
2.1.3.6 Area F - Pumphouse Area ............ 2-8

2.2 Geologic and Hydrogeologic Setting ............ 2-9
2.2.1 Topography of the Property ............ 2-9
2.2.2 Regional Geology ............ 2-9
2.2.2.1 Regional Bedrock Geology ............ 2-10
2.2.2.2 Regional Unconsolidated Geology ............ 2-11
2.2.3 Regional Groundwater Flow ............ 2-11
2.2.4 Property and Site Specific Geology and Groundwater Flow ............ 2-13
2.2.4.1 Site Stratigraphy ............ 2-13
2.2.4.1.1 Stratigraphic Sequence ............ 2-13
2.2.4.1.2 Physical Description of Stratigraphic Units ............ 2-13
2.2.4.1.3 Origin of Stratigraphy ............ 2-15
2.2.4.2 Site Specific Groundwater Flow ............ 2-16

3.0 OVERVIEW OF PHASE II INVESTIGATION ............ 3-1

**3.1 Scope and Rationale ........ 3-2**
3.1.1 Area A - Lease Area ........ 3-2
3.1.1.1 Murphy Lease Area (Leaksite ID# 11598) ........ 3-2
3.1.1.2 Murphy Lease Area (Leaksite ID# 11599) ........ 3-2
3.1.1.3 Ashland Lease Area (Leaksite ID# 11600) ........ 3-2
3.1.2 Area B – Collector Pan Area (Leaksite #1571) ........ 3-3
3.1.3 Area C – Round House Area (Leaksite ID# 11503) ........ 3-4
3.1.4 Area E - Waste Reclamation Area ........ 3-5
3.1.5 Area F – Pumphouse Area (Leaksite ID# 1571 and #10857) ........ 3-5

**3.2 Field Investigation Methods ........ 3-6**
3.2.1 Soil Borings and Monitoring Wells ........ 3-6
3.2.1.1 Soil Boring and Monitoring Well Identification ........ 3-6
3.2.1.2 Drilling Methodology ........ 3-7
3.2.1.3 Soil Logging ........ 3-7
3.2.1.4 Monitoring Well Materials/Installation ........ 3-7
3.2.1.5 Monitoring Well Development ........ 3-8
3.2.1.6 Soil Boring Abandonment ........ 3-8
3.2.1.7 Slug Testing ........ 3-8
3.2.2 Groundwater Sampling ........ 3-9
3.2.2.1 Groundwater and Total Depth Measurements ........ 3-9
3.2.2.2 Groundwater Sampling Methodology ........ 3-9
3.2.3 Decontamination Procedures ........ 3-10
3.2.4 Investigation Derived Waste ........ 3-10

**3.3 Site-specific Sampling and Chemical Analytical Methodologies ........ 3-11**
3.3.1 Sample Field Screening ........ 3-11
3.3.2 Soil Analytical Sample Collection ........ 3-11
3.3.3 Groundwater Analytical Sample Collection ........ 3-12
3.3.4 IDW Analytical Sample Collection ........ 3-13

**4.0 PHASE II INVESTIGATION RESULTS ........ 4-1**

**4.1 Results of Geologic and Hydrogeologic Site Investigation ........ 4-1**
4.1.1 Geologic Cross-Section Assessment ........ 4-1
4.1.1.1 Cross-Section Selection ........ 4-1
4.1.1.2 Cross-Section Descriptions ........ 4-1

4.1.2 Structural Contour Maps ... 4-5
4.1.2.1 Top of Till ... 4-5
4.1.2.2 Lacustrine Sediments ... 4-6
4.1.2.3 Outwash Thickness ... 4-7
4.1.2.4 Top of Bedrock ... 4-7
4.1.3 Groundwater Flow Assessment ... 4-7
4.1.3.1 Hydrostratigraphic Units ... 4-8
4.1.3.2 Water Level Elevation Analysis ... 4-11
4.1.3.3 Groundwater Flow Horizons ... 4-12
4.1.3.4 Gradients ... 4-13
4.1.3.5 Groundwater Contour Map Assessment ... 4-14
4.1.3.5.1 Shallow Groundwater Flow ... 4-14
4.1.3.5.2 Deep Groundwater Flow ... 4-15
4.1.3.6 Groundwater Flow Velocities ... 4-15
4.1.3.7 Summary of Groundwater Flow ... 4-15

**4.2 Results of Soil and Groundwater Quality Investigation ... 4-17**
4.2.1 Analytical Data ... 4-17
4.2.2 Data Quality Review ... 4-18
4.2.3 Soil and Groundwater Quality Investigation ... 4-18
4.2.4 Soil Quality Investigation ... 4-20
4.2.4.1 Contaminants of Concern ... 4-20
4.2.4.2 General Description of Soil Analytical Summary Maps ... 4-23
4.2.4.3 Summary of Historical Soil Detections above Criteria ... 4-35
4.2.4.4 Summary of Soil Analytical Results ... 4-36
4.2.5 Groundwater Quality Investigation ... 4-37
4.2.5.1 Contaminants of Concern ... 4-38
4.2.5.2 General Description of Groundwater Concentration Maps ... 4-39
4.2.5.3 Historical Groundwater Analytical Detections ... 4-46
4.2.5.4 Free Product ... 4-47
4.2.5.5 Summary of Groundwater Analytical Results ... 4-49

**5.0 RISK EVALUATION ... 5-1**

**6.0 CONCLUSIONS AND RECOMMENDATIONS ... 6-1**

**6.1 Conclusions ... 6-1**

6.1.1 Geologic and Hydrogeologic Site Investigation .......... 6-1
6.1.2 Soil Quality Investigation .......... 6-2
6.1.3 Groundwater Quality Investigation .......... 6-5

**6.2 Recommendations .......... 6-6**
6.2.1 Groundwater Monitoring .......... 6-6
6.2.1.1 Groundwater Sampling .......... 6-6
6.2.1.2 Monitoring Well Network .......... 6-7
6.2.1.3 Recommended Analytical Suite .......... 6-8
6.2.1.4 Sampling Schedule .......... 6-9
6.2.1.5 Water Levels .......... 6-9

**7.0 REFERENCES .......... 7-1**

## List of Volumes


| | |
|---|---|
| Volume I | Chapters 1.0 through 7.0 |
| Volume II | Tables |
| Volume III | Figures |
| Volume IV | Appendices A through F |
| Volume V | Appendices G through K |
| Volume VI | Appendix L |
| Volume VII | Appendix C |

## List of Tables


| Table | Title |
|---|---|
| Table 2-1 | Historical Soil Boring and Monitoring Well Data |
| Table 2-2 | Storage Tank Summary Table |
| Table 3-1 | Summary of Year 2000 Investigation Activities |
| Table 3-2 | Analytical Method Summary List |
| Table 3-3 | Analytical Parameter List |
| Table 3-4 | Soil Boring and Monitoring Well Summary Data |
| Table 3-5 | Monitoring Well Construction Data |
| Table 3-6 | Vapor Survey Summary |
| Table 3-7 | Groundwater Receptor Summary |
| Table 3-8 | General Basis and Constraints for Year 2000 Investigation Soil Borings and Monitoring Wells |
| Table 4-1 | Groundwater Elevation Data and Well Completion Zones |
| Table 4-2A | Hydraulic Conductivity Estimates for Hydrostratigraphic Units |
| Table 4-2B | Slug Test Results |
| Table 4-3 | Vertical Gradients |
| Table 4-4A | Field Screening Headspace Summary (Monitoring Wells) |
| Table 4-4B | Field Screening Headspace Summary (Soil Borings) |
| Table 4-5A | Summary of Soil Analytical Results (Detects Only) |
| Table 4-5B | Summary of Soil Analytical Results (Detects Above Criteria) |
| Table 4-5C | Frequency of Soil Detections Above Criteria |
| Table 4-6A | Groundwater Analytical Summary (Round 1-July 2000 Detects Only) |
| Table 4-6B | Groundwater Analytical Summary (Round 1-July 2000 Detects Above Criteria) |
| Table 4-6C | Frequency of Groundwater Detections Above Criteria (Round 1- July 2000) |
| Table 4-7A | Groundwater Analytical Summary (Round 2-Sept. 2000 Detects Only) |
| Table 4-7B | Groundwater Analytical Summary (Round 2-Sept. 2000 Detects Above Criteria) |
| Table 4-7C | Frequency of Groundwater Detections Above Criteria (Round 2- Sept. 2000) |
| Table 4-8A | Groundwater Analytical Summary (Round 3-Dec. 2000 Detects Only) |
| Table 4-8B | Groundwater Analytical Summary (Round 3-Dec. 2000 Detects Above Criteria) |
| Table 4-8C | Frequency of Groundwater Detections Above Criteria (Round 3- Dec. 2000) |
| Table 4-9A | Summary of Historical Soil Detections Above Criteria |
| Table 4-9B | Summary of Historical Groundwater Detections Above Criteria |

## List of Figures


| Figure | Title |
|---|---|
| Figure 1-1 | Property Location Map |
| Figure 1-2 | Site Location Map |
| Figure 2-1 | Site Area / Leak Site Map |
| Figure 2-2 | Historical Soil Boring Location Map (1987-1999) |
| Figure 2-2A | Overlay, Historical Monitoring Well Location Map (1987-1999) |
| Figure 2-2A | Historical Soil Boring Location Map (1987-1999) |
| Figure 2-3 | Historical Monitoring Well Location Map (1987-1999) |
| Figure 2-4 | Property Topographic Map |
| Figure 2-5 | Generalized Stratigraphic Column |
| Figure 2-6 | Regional Bedrock Geologic Map |
| Figure 2-7 | Site Area Bedrock Surface Map |
| Figure 2-8A | Regional Quaternary Geologic Map |
| Figure 2-8B | Regional Quaternary Geologic Map Descriptions |
| Figure 2-9 | Regional Groundwater Flow Map (Bedrock) |
| Figure 2-10 | Regional Groundwater Flow Map (Quaternary Deposits) |
| Figure 3-1 | Soil Boring and Monitoring Well Location Map – Year 2000 Investigation |
| Figure 3-1A | Overlay, Historical Soil Boring and Monitoring Well Location Map |
| Figure 3-1A | Soil Boring and Monitoring Well Location Map – Year 2000 Investigation |
| Figure 3-2 | Year 2000 Investigation – Soil Boring and Monitoring Well Map and Source Area Locations |
| Figure 3-2A | Overlay, Historical Soil Boring and Monitoring Well Location Map |
| Figure 3-2A | Year 2000 Investigation – Soil Boring and Monitoring Well Map and Source Area Locations |
| Figure 4-1 | Cross-Section Trace Map |
| Figure 4-2 | Geologic Cross-Section A-A' |
| Figure 4-3 | Geologic Cross-Section B-B' |
| Figure 4-4 | Geologic Cross-Section C-C' |
| Figure 4-5 | Geologic Cross-Section D-D' |
| Figure 4-6 | Geologic Cross-Section E-E' |
| Figure 4-7 | Geologic Cross-Section F-F' |
| Figure 4-8 | Geologic Cross-Section G-G' |

## List of Figures (continued)

| Figure | Title |
|---|---|
| Figure 4-9 | Top of Till Contact Elevations, Historical and Year 2000 Investigation Borings and Wells |
| Figure 4-10 | Top of Till Surface Plot, Historical and Year 2000 Investigation Borings and Wells |
| Figure 4-11 | Lacustrine Deposit Location Map |
| Figure 4-12 | Outwash Isopach Map (Over the St. Peter Remnant) |
| Figure 4-13 | Top of Bedrock Map Contact Elevations, Historical and Year 2000 Investigation Borings and Wells |
| Figure 4-14 | Top of Bedrock Surface Plot, Historical and Year 2000 Investigation Borings and Wells |
| Figure 4-15A | July Groundwater Level Contour Map - Shallow Wells |
| Figure 4-15B | July Groundwater Level Contour Map - Deep Wells |
| Figure 4-15C | September Groundwater Level Contour Map - Shallow Wells |
| Figure 4-15D | September Groundwater Level Contour Map - Deep Wells |
| Figure 4-15E | December Groundwater Level Contour Map - Shallow Wells |
| Figure 4-15F | December Groundwater Level Contour Map - Deep Wells |
| Figure 4-16A | Soil Analytical Summary Map, 2-Methylphenol |
| Figure 4-16B | Soil Analytical Summary Map, 1,1,2-TCA |
| Figure 4-16C | Soil Analytical Summary Map, Xylene |
| Figure 4-16D | Soil Analytical Summary Map, Styrene |
| Figure 4-16E | Soil Analytical Summary Map, Diesel Range Organics (DRO) |
| Figure 4-16F | Soil Analytical Summary Map, Naphthalene |
| Figure 4-16G | Soil Analytical Summary Map, TCE |
| Figure 4-16H | Soil Analytical Summary Map, Toluene |
| Figure 4-16I | Soil Analytical Summary Map, 1,1,1-TCA |
| Figure 4-16J | Soil Analytical Summary Map, Benzene |
| Figure 4-16K | Soil Analytical Summary Map, 1,1-DCA |
| Figure 4-16L | Soil Analytical Summary Map, Gasoline Range Organics (GRO) |
| Figure 4-16M | Soil Analytical Summary Map, PCP |
| Figure 4-16N | Soil Analytical Summary Map, PCE |
| Figure 4-16O | Soil Analytical Summary Map, Lead |
| Figure 4-16P | Soil Analytical Summary Map, DEHP |
| Figure 4-16Q | Soil Analytical Summary Map, 1,1,2,2-TCA |

## List of Figures (continued)

**Figure** **Title**

Figure 4-16R Soil Analytical Summary Map, cis-1,2-DCE
Figure 4-16S Soil Analytical Summary Map, 1,2,4-TMB
Figure 4-16T Soil Analytical Summary Map, 4-methyl-2-pentanone
Figure 4-16U Soil Analytical Summary Map, Acetone
Figure 4-16V Soil Analytical Summary Map, N-Butylbenzene
Figure 4-16W Soil Analytical Summary Map, Ethylbenzene
Figure 4-16X Soil Analytical Summary Map, Methylene Chloride
Figure 4-16Y Soil Analytical Summary Map, N-Propylbenzene
Figure 4-17A September 2000 - Groundwater Analytical Summary Map, PCE
Figure 4-17B September 2000 - Groundwater Analytical Summary Map, Vinyl Chloride
Figure 4-17C September 2000 - Groundwater Analytical Summary Map, Naphthalene
Figure 4-17D September 2000 - Groundwater Analytical Summary Map, DEHP
Figure 4-17E September 2000 - Groundwater Analytical Summary Map, DRO
Figure 4-17F September 2000 - Groundwater Analytical Summary Map, 4-Methylphenol
Figure 4-17G September 2000 - Groundwater Analytical Summary Map, 4-Methyl-2-pentanone
Figure 4-17H September 2000 - Groundwater Analytical Summary Map, Benzene
Figure 4-17I September 2000 - Groundwater Analytical Summary Map, Ethylbenzene
Figure 4-17J September 2000 - Groundwater Analytical Summary Map, GRO
Figure 4-17K September 2000 - Groundwater Analytical Summary Map, Isopropylbenzene
Figure 4-17L September 2000 - Groundwater Analytical Summary Map, m,p-Xylene
Figure 4-17M September 2000 - Groundwater Analytical Summary Map, 1,1-DCA
Figure 4-17N September 2000 - Groundwater Analytical Summary Map, 1,2-DCA
Figure 4-17O September 2000 - Groundwater Analytical Summary Map, 1,1-DCE
Figure 4-17P September 2000 - Groundwater Analytical Summary Map, 1,1,1-TCA
Figure 4-17Q September 2000 - Groundwater Analytical Summary Map, 1,1,2-TCA
Figure 4-17R September 2000 - Groundwater Analytical Summary Map, cis-1,2-DCE
Figure 4-17S September 2000 - Groundwater Analytical Summary Map, Methylene Chloride
Figure 4-17T September 2000 - Groundwater Analytical Summary Map, Toluene
Figure 4-17U September 2000 - Groundwater Analytical Summary Map, TCE
Figure 4-18A December 2000 - Groundwater Analytical Summary Map, PCE
Figure 4-18B December 2000 - Groundwater Analytical Summary Map, Vinyl Chloride

## List of Figures (continued)


| Figure | Title |
|---|---|
| Figure 4-18C | December 2000 - Groundwater Analytical Summary Map, Naphthalene |
| Figure 4-18D | December 2000 - Groundwater Analytical Summary Map, DEHP |
| Figure 4-18E | December 2000 - Groundwater Analytical Summary Map, DRO |
| Figure 4-18F | December 2000 - Groundwater Analytical Summary Map, 4-Methylphenol |
| Figure 4-18G | December 2000 - Groundwater Analytical Summary Map, 4-Methyl-2-pentanone |
| Figure 4-18H | December 2000 - Groundwater Analytical Summary Map, Benzene |
| Figure 4-18I | December 2000 - Groundwater Analytical Summary Map, Ethylbenzene |
| Figure 4-18J | December 2000 - Groundwater Analytical Summary Map, GRO |
| Figure 4-18K | December 2000 - Groundwater Analytical Summary Map, Isopropylbenzene |
| Figure 4-18L | December 2000 - Groundwater Analytical Summary Map, n-Hexane |
| Figure 4-18M | December 2000 - Groundwater Analytical Summary Map, Xylene |
| Figure 4-18N | December 2000 - Groundwater Analytical Summary Map, 1,1-DCA |
| Figure 4-18O | December 2000 - Groundwater Analytical Summary Map, 1,2-DCA |
| Figure 4-18P | December 2000 - Groundwater Analytical Summary Map, 1,1-DCE |
| Figure 4-18Q | December 2000 - Groundwater Analytical Summary Map, 1,1,1-TCA |
| Figure 4-18R | December 2000 - Groundwater Analytical Summary Map, 1,1,2-TCA |
| Figure 4-18S | December 2000 - Groundwater Analytical Summary Map, cis-1,2-DCE |
| Figure 4-18T | December 2000 - Groundwater Analytical Summary Map, Methylene Chloride |
| Figure 4-18U | December 2000 - Groundwater Analytical Summary Map, Toluene |
| Figure 4-18V | December 2000 - Groundwater Analytical Summary Map, TCE |
| Figure 4-19 | Historical Groundwater Analytical Detections Above Criteria |
| Figure 4-20 | Measured Free Product Thickness Map |
| Figure 6-1 | Proposed Monitoring Well Network |

## *List of Appendices*


| ***Appendix*** | ***Title*** |
|---|---|
| Appendix A | List of Historical Site Investigation Reports |
| Appendix B | Historical and Year 2000 Investigation Groundwater and Soil Analytical Data |
| Appendix C | Leak Site Reports |
| Appendix D | 1999 Phase I Site Area Maps |
| Appendix E | Hydrographs |
| Appendix F | Soil Boring Logs |
| Appendix G | Monitoring Well Construction Diagrams and Well Records |
| Appendix H | Groundwater Receptor and Vapor Survey Maps |
| Appendix I | Standard Operating Procedures |
| Appendix J | Investigation Derived Waste Manifests |
| Appendix K | Chain of Custody Forms |
| Appendix L | Hydraulic Conductivity Data and Groundwater Flow Rates |

# 1.0 Introduction

Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) is currently engaged in a subsurface investigation of the geology, hydrogeology, and contaminant nature and extent at its Shoreham Facility property (the Property). The Property is located in the northern portion of Minneapolis and is bounded by St. Anthony Boulevard and Columbia Heights Park on the north, Central Avenue on the east, 28th Avenue NE on the southeast, 27th Avenue NE on the southwest, and University Avenue NE on the west (Figure 1-1). This report documents a Phase II Supplemental Remedial Investigation conducted during the 2000 calendar year (Year 2000 Investigation) by Braun Intertec (Braun) on the east side of the Property, hereafter referred to as the Site. The Year 2000 Investigation was performed in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 CFR Part 300, and the Minnesota Pollution Control Agency's (MPCA) Voluntary Investigation and Cleanup (VIC) and Voluntary Petroleum Investigation and Cleanup (VPIC) Programs.

The Site encompasses an area which contained a number of railroad and non-railroad operations, including an area leased to former tenants (the former Lease Area), a collector pan/refueling area, the Shoreham Facility round house, an ice storage area, a waste reclamation area, and a pumphouse area (Figure 1-2).

At the request of the MPCA by letter dated September 20, 1995, a Phase II Investigation Work Plan (1996 Work Plan) for the Site was prepared by Braun (Braun, 1996) on behalf of CPR. The 1996 Work Plan was implemented over the period from Spring 1996 through Spring 1997 to screen areas and evaluate the approximate source area locations, extent and magnitude of the volatile organic compound (VOC) impacts observed in the Pumphouse and Collector Pan Areas. Results of this work are detailed in the Phase II Investigation Report (Braun, 1997), hereafter referred to as the 1997 Phase II Investigation Report.

Subsequent to completion of the 1997 Phase II Investigation Report, CPR confirmed that additional investigation was required to identify potential VOC sources, as well as to refine the understanding of Site geology and hydrogeology. At that time, CPR also expanded the area of investigation to include, not only the former lease and waste reclamation areas, but also the Collector Pan, Pumphouse, and Round House Areas of the Shoreham Facility. A Remedial Investigation and Supplemental Phase II Investigation Work Plan (Braun, 1999; hereafter, the

1999 Work Plan) was then prepared. Field work described in the 1999 Work Plan was implemented by Braun between January 2000 and September 2000.

IT Corporation was contracted by CPR to provide oversight of all field work performed by Braun during execution of the 1999 Work Plan. Following completion of the field investigation, IT was contracted by CPR to produce this Phase II Supplemental Remedial Investigation Report.

### 1.1 Scope of Work

Work conducted by Braun as part of the Year 2000 Investigation included advancing and sampling 58 soil borings, installing 16 monitoring wells, and conducting three groundwater sampling events, in which pre-existing Site monitoring wells and newly installed monitoring wells were sampled. Hydraulic conductivity testing was also performed on each of the newly installed monitoring wells. Borings and wells were drilled and sampled in accordance with the 1999 Work Plan. Analytical samples collected included a total of 356 soil samples, 120 groundwater samples, and associated quality assurance/quality control (QA/QC) field samples. In addition, a total of eight geotechnical samples were collected. All analytical samples were prepared and analyzed in accordance with Level III QA/QC data package requirements and associated QA/QC review. Analytical results were then entered into a database.

### 1.2 Purpose of Investigation

The scope of work performed in the Year 2000 Investigation supplements previous investigations by quantifying in detail the geology, hydrogeology and environmental impacts to soil and groundwater at the Site. Specifically, the goal of the Year 2000 Investigation was to further quantify, and in some instances confirm, the vertical and lateral extent of soil and groundwater impacts associated with source areas identified during previous investigations. The work was also conducted to assess the extent of dispersion of groundwater impacts from the suspected source areas both laterally and vertically and to identify groundwater impacts of petroleum and non-petroleum compounds in dissolved and/or free-phase forms. Data obtained from the investigation is expected to be used in preparing a risk evaluation and a formal feasibility study.

although no groundwater criteria have been established for DRO and GRO these compound groups were also counted as COCs to make a total of 36 groundwater COCs.

A total of 359 groundwater criteria exceedances were reported from three monitoring events performed on each of the 52 monitoring wells during the past year (see Tables 4-6C, 4-7C and 4-8C for frequency of detects above criteria for the respective July, September and December groundwater sampling rounds). When groundwater exceedances are observed, they tend to occur multiple times and with more than one compound in a given well. The distribution of COCs in groundwater is discussed in more detail in Section 4.2.5.

### *4.2.4 Soil Quality Investigation*

Table 4-5A summarizes analytical detections in soil samples collected from the 74 borings drilled during the Year 2000 Investigation. Table 4-5B summarizes detections above soil criteria. Table 4-5C summarizes the frequency of soil detections above soil criteria for individual parameters. Laboratory Certificates of Analysis in the form of an Electronic Data Deliverable (EDD), including all analytical detections and detection limits, are contained in Appendix B. Chain of Custody forms for the Year 2000 Investigation soil samples are presented in Appendix K.

#### *4.2.4.1 Contaminants of Concern*

Of the compounds detected in soil, 45 compounds have been identified as COCs. The compounds that have been identified as COCs include:

**List of 45 Soil COCs**

**Metals**

- arsenic
- barium
- cadmium
- lead
- selenium

**Semivolatiles**

- 2,6-dinitrotoluene (2,6-DNT)
- 2-methylphenol
- 4-methylphenol
- Benzo(a)pyrene

- n-nitrosodiphenylamine
- n-nitroso-dipropylamine
- pentachlorophenol
- di(2-ethylhexyl)phthalate (DEHP)
- isophorone

**Volatiles**

- 1,1,1-TCA
- 1,1,2,2-TCA
- 1,1,2-TCA
- 1,1-DCA
- 1,1-DCE
- 1,2,4-trichlorobenzene
- 1,2,4-trimethylbenzene (1,2,4-TMB)
- 1,2-dibromo-3-chloropropane
- 1,2-DCA
- 1,3,5-trimethylbenzene (1,3,5-TMB)
- 2-butanone
- 4-methyl-2-pentanone
- acetone
- benzene
- n-butylbenzene
- cis-1,2-DCE
- ethylbenzene
- isopropylbenzene
- methylene chloride
- naphthalene
- n-propylbenzene
- sec-butylbenzene
- styrene
- PCE
- toluene
- trans-1,2-DCE
- TCE
- vinyl chloride

- xylene

**Petroleum Ranges**

- GRO
- DRO

To identify key COCs in soil, any COC that had originally been selected because it exceeded an SLV was re-evaluated. If that COC was not reported in groundwater at concentrations above groundwater criteria, it was removed from the list of key COCs. This protocol eliminated seven compounds: cadmium, selenium, 2,6-dinitotoluene, isophorone, 1,2,4-trichlorobenzene, 1,2-dibromo-3-chloropropane, and trans-1,2-DCE.

Compounds with a low frequency of detection above soil criteria (less than 5 exceedances) add very little information, unless they are present at a location where other contamination does not exist, or unless there is some special interest concerning them. This allowed the discarding of ten more compounds: arsenic (four exceedances ), barium, benzo-(A)-pyrene (one exceedance at a contaminated location), n-nitroso-dipropylamine (single occurrence), sec-butyl benzene (two occurrences in contaminated area), vinyl chloride (single occurrence), n-nitrosodiphenylamine, 1,1-DCE, 2-butanone, and 1,2-DCA. PCP was preserved even though it had few exceedances because it has been found at certain locations on the Property and has been a regulatory concern. DEHP was preserved because, while there is only one soil exceedance, there are 27 exceedances in groundwater (including all sampling rounds). Lead was also retained even though it was detected at a low frequency, because leaded gasoline was used in the former Lease Area and the Site.

A final method used to winnow the number of COCs in soil was to eliminate closely related compounds that were likely released together and to create contaminant plots of one representative compound from each group of related compounds. For example, trimethyl benzene (TMB) contains the isomers 1,2,4-TMB and 1,3,5-TMB. Of these two isomers, 1,2,4-TMB was selected to be plotted. Similarly, the compounds 2-methylphenol and 4-methylphenol are both isomers of methylphenol. The isomer 2-methylphenol was selected for plotting. Isopropylbenzene and n-propylbenzene are closely related aromatic components of petroleum products. N-propylbenzene was selected for plotting. Elimination of redundant, closely related compounds decreased the COC list by three more compounds.

The remaining compounds on the COC list are considered key COCs. Subtracting 20 potential COCs from the list of 45 yields 25 key COCs. The key COCs include the following: lead,

2-methylphenol, DEHP, PCP, 1,1,1-TCA, 1,1,2,2-TCA, 1,1,2-TCA, 1,1-DCA, 1,2,4-TMB, 4-methyl-2-pentonone, acetone, benzene, n-butylbenzene, cis-1,2-DCE, ethylbenzene, methylene chloride, naphthalene, n-propylbenzene, PCE, toluene, TCE, xylene, styrene, GRO and DRO. Their concentrations and distributions are summarized on Figures 4-16A through 4-16Y. These figures are presented in detail in the following section.

#### *4.2.4.2 General Description of Soil Analytical Summary Maps*

To convey the soil data clearly, a series of 25 figures was constructed (Figures 4-16A through 4-16Y). These figures trace the distribution of key COCs, which illustrates the distribution of all soil contaminants. These figures also show the locations of all soil borings and distinguish locations where key COCs have been reported.

The figures are intended to illustrate COC distribution and to help point out locations where 1) contamination that may pose a risk originated (exceedances at shallow depth), 2) contamination has spread and exists at levels that might pose a risk (exceedances are absent at shallow depth but present below the surface), 3) contamination exists but only at levels below those that pose a risk, and 4) COCs have not been detected. Information provided by these figures will be the basis for defining and establishing the dimensions of contaminated areas for use in risk assessment protocols according to MPCA guidance.

The soil maps indicate some of the COCs show similar distribution patterns. To aid discussion, compounds that display similar distributions will be discussed together.
Groupings include the following:

- Soil Group 1: 2-methylphenol, 1,1,2-TCA, xylene, and styrene,
- Soil Group 2: DRO and naphthalene,
- Soil Group 3: TCE, toluene. 1,1,1-TCA, benzene, and 1,1-DCA,
- Soil Group 4: PCP and GRO,
- Soil Group 5: PCE, and
- Soil Group 6: lead.

All Groups except Group 6 include exceedances at the Ashland Lease Area. Group 1 is limited to sources located within the Ashland Lease Area. Sources include release points which have given rise to contaminants which exceed criteria. Group 2 is a stark contrast to Group 1 in that it shows multiple sources scattered across the Site. Group 3 modifies the distribution pattern found for Group 1 in that it includes sources located to the north, in the Murphy Lease Area. Group 4

includes contamination in the Ashland Lease Area, Collector Pan Area, immediately to the west, and the Pumphouse Area. Group 5 includes contamination associated with the Ashland Lease Area and contamination detected to the south of this area. Group 6 identifies lead as a contaminant found in the Collector Pan Area and the Murphy Lease Area but not in the Ashland Lease Area.

Summary maps, which show detections above and below soil criteria for each of these 15 compounds in Groups 1 through 6 are provided in Figures 4-16A through 4-16O. A description of contaminant extent using each of these figures is provided below.

Although plots for DEHP, 1,1,2,2-TCA, cis-1,2-DCE, 1,2,4-TMB, 4-methyl-2-pentonone, acetone, n-butylbenzene, ethylbenzene, methylene chloride, and n-propylbenzene are provided, they will not be discussed because these compounds show contamination patterns similar to those discussed in the six soil groups previously defined. The 10 compounds exhibit similar contaminant distribution patterns in the following manner:

- 4-methyl-2-pentonone and cis-1,2-DCE: similar to Soil Group 1,
- DEHP, 1,2,4-TMB, n-butylbenzene, ethylbenzene, n-propylbenzene and methylene chloride: similar to Soil Group 2,
- 1,1,2,2-TCA: similar to Soil Group 3, and
- Acetone: similar to Soil Group 4.

Since a discussion of these 10 compounds would add little additional information, they are not included in the following discussions of Soil Groups 1 through 6.

**Soil Group 1: 2-Methylphenol, 1,1,2-TCA, Xylene, and Styrene**

The distribution and concentrations of the compounds comprising Group 1 are shown on Figures 4-16A through 4-16D. Note that borings containing one or more detections of COCs below soil criteria are shown in blue, and borings containing one or more detections of COCs above soil criteria are shown in magenta. When viewed together, these figures depict a focus of contamination along the eastern boundary of the Site, slightly north of 29th Avenue NE.

For the compounds 2-methylphenol and 1,1,2-TCA, the first detected concentrations do not occur at the surface (except at two feet bgs at SB00-15 for 1,1,2-TCA), but the exceedances are observed at depths in the range of 25 feet bgs and deeper. The boring locations that surround the magenta location markers are all black, indicating these compounds were not detected anywhere

but at these borings. The total isolation of this contamination suggests that the source was nearby.

The 2-methylphenol contamination appears to have collected at a depth near 25-30 feet bgs, approximately 10-15 feet above the water table. Soil boring logs indicate the presence of a till horizon near that depth (Appendix F). The till is a likely impediment to downward migration of the 2-methylphenol. The absence of 2-methylphenol at shallower depth might be explained by a number of scenarios. The source may have been tightly focused with near vertical infiltration that did not intersect with the location of the borehole at shallow depth. The release may be old, and original shallow contamination has passed through the upper sediments until it reached a low conductivity zone, where it is accumulating. The shallow portion of the release may have been altered or obliterated by environmental degradation processes.

The 1,1,2-TCA contamination is reported primarily at depths that are at or below the water table in the lower till and in the outwash. The current water table is located near 38 feet bgs, and historically, the water table has been at least 10 feet deeper. The one exception to the deep detections occurs at SB00-15. In this boring, 1,1,2-TCA is reported at 3,300 ppb at a depth of two feet bgs. Because the 1,1,2-TCA does not continue to depth in any borehole, it is unlikely that a large release of 1,1,2-TCA took place in this location. The TCA may represent an environmental daughter product of a precursor compound (shallow and deep detections) or the remnant of a localized spill (shallow detections).

The patterns of xylene and styrene contamination are similar to each other. The high concentrations at shallow depth, together with the areal distribution of the exceedances, indicates a source area for xylene and styrene.

Contamination of xylene and styrene extend continuously from the near surface to the water table. This pattern is easily seen at borings SB00-13, SB00-14, SB00-15, and SB00-16 for xylene, and in borings SB00-15 and SB00-16 for styrene. Styrene exceedances in boring SB00-13 begin at 16 feet bgs and in boring SB00-14 at 14 feet bgs suggesting the styrene source was located south of these points (in the vicinity or south of SB00-15 and SB00-16 where contamination was detected from the surface to TD) and that styrene migrated northward below the surface to these locations.

Borings SB00-57 and SB00-69 lie 50 feet west of the source area for Group 1 compounds. Both of these boring locations show exceedances for xylene and styrene, however, neither xylene nor

styrene is detected at the surface in these borings. Rather, the detections first appear at a depth near 32 feet bgs. Borings SB00-11 and SB00-72 are located an additional 50 feet to the west. Both of these borings show exceedances for styrene and xylene; however, xylene and styrene concentrations have decreased from the levels detected 50 feet east.

Figure 4-10 provides an explanation for what has happened. The till surface slopes downward and to the west from the area of SB00-13 through SB00-16. Contaminants migrating downward through the vadose zone would start in highly conductive, flat lying alluvium, then encounter a lower conductivity till surface that slopes downward to the west. A significant portion of the unsaturated flow would likely travel along the interface rather than keeping to a vertical course, thus allowing the styrene and xylene to migrate to the west. The till surface forms a bowl-like collection area at about the locations sampled by borings SB00-11 and SB00-69. This depression stops additional westward migration.

The area over which xylene and styrene are distributed has a width of nearly 100 feet. This large area of distribution suggests a large source. The sample locations labeled SB00-13, SB00-14, SB00-15, and SB00-16 encompass an area where Ashland operated a chemical warehouse and blending facility. More than 13 ASTs (capacities from 25,000 to 14,000 gallons) were located in this area. The unusually high concentrations of xylene and styrene suggest a concentrated source material, rather than a source with xylene and styrene as minor components. The tanks operated in the Ashland Lease Area were known to contain styrene and xylene in their pure forms. Additional smaller tanks were also present at various times and their content is unknown.

On the xylene map, there are a significant number of detections that do not exceed soil criteria (blue location markers). These locations fan outward from the source area, and they extend to the northern and western limits of the Site. Some of these detections occur at shallow depths, suggesting a surface derived source. All of the detections are at much lower concentrations than reported on the Ashland Lease Area. These shallow detections probably reflect releases of diesel fuel and/or gasoline, both of which include xylene as a minor component (e.g. typically less than 0.5% in diesel and less than 10% in gasoline).

**Soil Group 2: DRO and Naphthalene**

The distribution and concentrations of the compounds comprising Group 2 are shown on Figures 4-16E and 4-16F. When viewed together, these figures produce a contrast to the area impacted by the Group 1 compounds.

Group 2 is comprised of DRO and naphthalene. Diesel oil is a refined petroleum product that is extracted within a specific temperature range (higher temperature than gasoline and kerosene, lower temperature than fuel oil). This process does not produce a specific composition, but in fact, generates a mixture of compounds whose proportions vary, depending on the composition of the crude oil being refined and the specifics of the refining process. An index test that is used to identify diesel fuel contamination in soil is analysis for "diesel range organics" or DRO. The "diesel range" encompasses alkanes (hydrocarbon chains) containing from 11 to 22 carbons. Because the analytical method is non-specific, other petroleum products, or individual constituent compounds of petroleum products, can cause false positives or elevated readings. Petroleum products that might cause detections include jet fuels, kerosene, hydraulic fluids, mineral oils, lubricating oils, fuel oils, greases, used oil, and sometimes even weathered gasoline.

Naphthalene is a 10-carbon aromatic hydrocarbon. It is a minor constituent of diesel fuel (as high as 3% in high sulfur diesel fuels and typically less than 0.5% in low-sulfur diesel fuels sold for general commercial use). Naphthalene concentrations in gasoline are also typically less than 0.5%. In contrast, naphthalene is a major component of mineral spirits, naphtha and VM&P Naphtha, which are products that were sold and stored at the Ashland Lease Area. In those products, naphthalene can comprise more than 10%.

Due to the high frequency of detections for DRO and Naphthalene and to preserve the clarity of presentation it was decided that all detections could not be listed on one figure. The figures for these compounds show the locations and depths where results exceeded soil criteria.

The figure for DRO shows exceedances in 35 borings widely distributed across the entire Site. The widespread nature of the exceedances indicates multiple sources located at distance from each other. More detailed inspection of the DRO map reveals that 19 of the 35 exceedances occur at shallow depth, indicative of a surface or near surface release. The 19 near-surface exceedances appear to form clusters, suggesting different source areas. The remaining exceedances appear to reflect potentially significant levels of contamination that have spread to depth and become concentrated at the till surface.

The naphthalene map shows soil concentrations above criteria in 26 boring locations and exhibits a similar pattern to, and is generally compatible with, the DRO map. Naphthalene is reported under analytical results for VOCs and SVOCs. The highest value obtained using either method was used in the soil analytical summary map for naphthalene. In general, the results from VOC analysis are considered more representative of actual naphthalene concentrations at a specific

sampling interval since VOC samples were collected as discrete samples and immediately preserved in the field.

Of the 26 exceedances shown on the naphthalene map, nine report high concentrations of naphthalene near the surface. Naphthalene reported in SB00-6, SB00-7, SB00-11, SB00-60, SB00-63, and SB00-64 appears related to diesel releases in the Collector Pan Area. Naphthalene at borehole SB00-59 appears associated with diesel releases north of the diesel house, and naphthalene at borehole SB00-67 appears associated with diesel releases near the refueling area.

Naphthalene reported from borehole SB00-16 could be incorrectly associated with diesel releases in the former Ashland Lease Area; however, closer examination shows that the naphthalene concentrations from surface to groundwater are far higher than reported anywhere else at the Site. For example, naphthalene at 26 feet bgs in the vadose zone (approximate top of till at the location of SB00-16) is reported at 430,000 ppb. This is more than 10 times higher than the highest concentration reported above the water table anywhere else at the Site. These high levels indicate the release of a naphthalene rich product such as mineral spirits, lacquer diluent, and/or VM&P Naphtha. In addition, soil borings SB00-12, SB00-57, SB00-69, and SB00-72 located in the eastern Collector Pan Area reported naphthalene detections exceeding soil criteria at or below the top of till. These detections at depth together with the observed absence of shallow detections above soil criteria, indicate this contamination has migrated westward from the Ashland Lease Area to the east along the top of the till (which slopes to the west).

**Soil Group 3: TCE; Toluene; 1,1,1 TCA; Benzene, and 1-1 DCA**

The distribution and concentrations of the compounds comprising Group 3 are shown on Figures 4-16G through 4-16K. When viewed together, these figures depict a focus of contamination along the east boundary of the Site, slightly north of 29th Avenue NE and extending northward for about 500 feet. Contamination illustrated on these maps appears to originate at two centers: one in the Ashland Lease Area, and the other in the Murphy Lease Area near soil borings SB00-3 and SB00-4.

The compounds comprising Group 3 are all from the VOC class of chemicals. TCE and compounds of DCA and TCA are usually associated with industrial and commercial solvents and degreasing compounds. Benzene and toluene are also used as solvents, but in addition, they occur as components of diesel fuel and gasoline. In diesel fuel, benzene and toluene tend to be present at concentrations below 0.1% (but this proportion increases for high sulfur diesels). In

diesel fuels, total xylene concentrations tend to be similar to those of toluene and higher than benzene. In gasoline, toluene concentrations exceed xylene, and both exceed benzene.

The TCE map (Figure 4-16G) shows 13 Year 2000 Investigation borings where concentrations exceed soil criteria. Eight of the exceedances occur at locations near the surface. Five of the eight near-surface exceedances form a single cluster. Borings SB00-13, SB00-14, SB00-15, SB00-16, and MW00-39-MS report high concentrations at depths of two to six feet bgs. The highest concentration is reported at SB00-14, where 100,000 ppb is reported at 2 feet bgs. The location with the most sustained detections of high concentrations with increasing depth is SB00-16, where every sampled interval (except at 54 feet bgs) exceeded criteria.

The extremely high concentrations of TCE in soil suggest that a concentrated form of TCE was released. The wide area and depth over which TCE concentrations exceed soil criteria suggest that a large volume of TCE was released.

Monitoring well MW-402D is located very near the area affected by TCE. Observations from monitoring well MW-402D report a 13 - 14 foot measured thickness of solvent as free product that is floating on the water table (see Section 4.2.5). The accumulation of solvent as free product is direct evidence that TCE was released into the ground in a concentrated form. The thickness of floating solvent is also direct evidence that, at some point, TCE migrated through the soil column as free product, not as a component that was dissolved in aqueous infiltration.

At MW00-39-MS, the concentrations and depth of occurrence of TCE suggest that this monitoring well location is not directly within the release area. The first TCE occurrence is at six feet bgs versus two feet bgs elsewhere. The concentration of TCE at MW00-39-MS is reported as 1,600 ppb versus tens of thousands to a hundred thousand at borings SB00-13 through SB00-16. It appears that MW00-39-MS is located on the periphery of the release area.

To the west of the SB00-13 through MW00-39-MS cluster lie SB00-57, SB00-69, SB00-11 and SB00-72. The general pattern of TCE concentration change (decreasing concentrations westward) and the depth at which the concentration is reported (increasing depth with progress to the west) suggests that TCE first infiltrated vertically and then migrated westward, traveling along the top of the till surface (see Figure 4-10). The Ashland Lease Area stored bulk quantities of TCE in above ground storage tanks. The tank(s) are the most probable source for the release.

Boring SB00-57 reports TCE at a concentration of 20,000 ppb at a depth of two feet bgs. Below this depth, TCE is not detected at this location until a depth of 40 feet bgs (which corresponds to the location of the water table). This appears to be a surface spill related to the Ashland Lease Area operations.

TCE concentrations near the surface also occur at locations SB00-4 and SB00-10. In these locations, TCE concentrations are much lower than in the cluster to the south. Here concentrations are in the range of 460 ppb to 1,400 ppb (versus up to 190,000 ppb in the solvent tank area). This could suggest that TCE was a minor component of the material released, or it could suggest a much older release than detected in SB00-13 through SB00-16. In addition to contamination at the surface, TCE is reported at depth in borings SB00-4 and SB00-3. The reports of deeper detections of TCE occur at 50 feet bgs, which is below the water table. This cluster may represent a small spill area that has been leached to the groundwater. Alternatively, the deep TCE may not be associated with events that occurred in this location. The TCE may have been transported by groundwater to this location from the Ashland Lease Area.

The toluene map (Figure 4-16H) shows a pattern and distribution that is very similar to that displayed by the TCE map. Toluene is reported from the surface to groundwater at borings SB00-13 through SB00-16. In these locations, the concentrations reported in the soil reach as high as 2,500,000 ppb (at the top of till in borehole SB00-16). Toluene is not reported near the surface in boreholes west of SB00-16; however, detections and exceedances begin at the top of till surface (SB0057, SB00-69, SB00-65, and SB00-11). Exceedances beginning at this depth suggest transport from the source area near SB00-16, along the top of till into the eastern Collector Pan Area.

In addition to the main area of toluene contamination, borings SB00-1, SB00-3 and SB00-4 all report near surface detections. Only boring SB00-3 reports a concentration above soil criteria. That exceedance is at a depth of 54 feet and probably reflects distribution by groundwater. None of the northern borings show the continuous presence of toluene from surface to depth. This area of contamination is interpreted to be localized and below levels of regulatory concern.

The concentration of contaminants in soil can be used to assist locating areas of free-phase contaminants in groundwater, as well as estimating the size and volume of such areas. As an example, the toluene concentrations from soils sampled below the water table have been analyzed. The soils and groundwater are assumed to have been in equilibrium with each other.

The organic carbon content of Site soils and a published organic fraction partition coefficient (Koc) are then used along with empirically derived equations to estimate a Site-specific sorption ratio (Kd). The Kd is defined as the ratio of the contaminant's concentration on the soil to its concentration in the liquid. After the concentration in the soil has been determined, then the concentration of that contaminant in once-coexisting groundwater can be calculated. If the calculated concentration exceeds the solubility limit, then it can be inferred that the contaminant has passed through the soil as a free-phase. Using site-specific parameters, the soil concentration that indicates free-phase toluene has been present is 1,670,000 ppb. This value is exceeded in borings SB00-13 (at a depth of 54 feet bgs), SB00-14 (at a depth of 52 feet bgs), and in boring SB00-57 (at a depth of 50 feet bgs).

The area in which free phase toluene exists (or has existed) may be identified by referring to the map of toluene exceedances and concentrations. The northern extent of the area of potentially supersaturated groundwater appears to lie between SB00-13 and SB00-66. The southern extent appears to lie between boring SB00-14 and SB00-15, while the western extent appears to lie between SB00-57 and SB00-11. The eastern extent is unknown.

The extent outlined above assumes sorption by toluene has maintained its ideal partitioning between the solid and the coexisting groundwater. If sorption is less than ideally efficient, then the concentration used as an indicator for toluene supersaturation (1,670,000 ppb toluene in soil; see above) is too high. For this reason, the locations identified above, in which past or current presence of free product toluene has been inferred, almost certainly represents a minimum area for free phase exposure.

The 1,1,1-TCA map (Figure 4-16I) shows a pattern that is similar to that shown by TCE and toluene. The most significant area of contamination is located near boring SB00-16. At SB00-16, 1,1,1-TCA exhibits a continuous presence from the surface to the top of till. Borings to the north of SB00-16 (SB00-13, SB00-14 and SB00-15) report surface concentrations near 7,000 ppb, but 1,1,1-TCA is absent from depths of two feet bgs until the top of till is encountered. This pattern suggests that borings SB00-13 through SB00-15 are farther from the source than SB00-16. Boring SB00-4 (further north) and SB00-57 (to the west) report surface or near-surface detections below soil criteria, but they show exceedances at depths below the water table.

The 1,1,1-TCA contamination pattern appears to be the result of infiltration at a localized source(s) immediately south of SB00-16 on the Ashland Lease Area. Contamination from that source appears to have infiltrated vertically until the top of till surface was encountered. Migration along the top of till and via groundwater has caused high concentrations of 1,1,1-TCA to be observed at locations that did not receive releases and locations where small releases appear to have occurred. Locations where 1,1,1-TCA concentrations increase sharply at or below the groundwater interface suggest that aqueous transport of 1,1,1-TCA is occurring. Distribution from the pool of free product solvent is likely.

As shown on Figure 4-16J, the pattern of benzene detections is very similar to but less extensive than that presented for 1,1,1-TCA. There is no location where benzene contamination is present continuously from the surface to groundwater. Benzene exceedances are reported near the surface in boreholes SB00-15 and SB00-4. Both reports are for low concentrations (290 and 470 ppb, respectively), and they suggest that benzene contamination occurred when a material that contained benzene as a minor component was released. Benzene concentrations reported in boreholes SB00-13 and SB00-14 show minor accumulation at the top of till. The highest concentrations of benzene are reported at depths below the groundwater surface. The detection at SB00-1 is probably related to gasoline tanks formerly operated in this approximate location (see the 1999 Phase I ESA). The probable source in the solvent tank storage area may be petroleum related, but it is more probably associated with mineral spirits and/or other refined petroleum products that were stored and sold from this approximate location.

The compound 1,1-DCA was detected in borings at the depths indicated in Figure 4-16K. The pattern of 1,1-DCA detections resembles the pattern displayed by 1,1,2-TCA and presented in Group 1, except that the 1,1-DCA detections show a potential source in the north (SB00-4), as well as surface contamination at SB00-16. The near-surface 1,1-DCA detections may be the result of very localized spills, or they may be derived from environmental alteration of parent compound(s). Concentrations of 1,1-DCA at depth may be the result of environmental alteration of a parent compound that is present in greater abundance, or they may represent much older release events.

**Soil Group 4: GROs and PCP**

The GROs encompass hydrocarbon chains containing two to 11 carbons. GROs were detected in borings at the depths indicated in Figure 4-16L.

As with DRO, the analytical method for GRO is non-specific. Other petroleum products, or individual constituent compounds of petroleum products, can cause false positives or elevated readings. Petroleum related products that might cause detections include xylenes, toluene and light solvents in VM&P Naphtha.

Due to the high frequency of detects for GRO and to preserve clarity of presentation, it was decided that all detections could not be listed on one figure. The figure shows the locations where GRO was detected but lists the actual concentrations only for those locations and depths where results exceeded soil criteria (1,000 mg/kg). Figure 4-16L shows exceedances in 16 borings isolated to the following three areas: Pumphouse, Collector Pan and Ashland lease Area. The spatial distribution of the borings and depth of GRO exceedances indicate multiple sources located some distance from each other.

The GRO map indicates that nine of the 16 exceedances occurred in or adjacent to the Ashland Lease Area, which depicts a focus of GRO impacts at the east boundary of the Site. The nine GRO exceedances appear to form a cluster, which reflect potentially significant levels of contamination that has spread to depth from sources within the Ashland Lease Area, and become concentrated at the till surface and beneath the till. The exceedances observed adjacent to and in the Ashland Lease Area are likely not GRO exceedances but solvent related releases that show up within the "GRO analytical range" (e.g., xylene, toluene, etc.)

The GRO cluster illustrated on Figure 4-16L appears to originate at SB00-15 and SB00-16 with high concentrations at depths of six to as much as 52 feet bgs. In both borings, GRO was detected from the ground surface to boring termination. In SB00-15, seven intervals exceeded soil criteria. The highest concentration was at 30 feet bgs where GRO was detected at 2,800 mg/kg. In SB00-16 six sample intervals exceeded soil criteria. The highest concentration was 8,800 mg/kg detected at a depth of 20 feet.

Detections adjacent to the Ashland Lease Area were present only at depth. This indicates that the source area for GRO detections (that are likely related to solvents) is the Ashland Lease Area, and concentrations to the west and northeast (SB00-37) represent contamination that has migrated to these areas either along the top of till or within the outwash beneath the till. Concentrations of detections above soil criteria ranged from as high as 4,300 mg/kg at SB00-069 (40 feet bgs) to 12,000 mg/kg at SB00-57 (50 feet bgs) in the eastern Collector Pan Area.

GRO detects in borings within the Collector Pan Area are isolated to SB00-6, SB00-7, SB00-8, SB00-63, and SB00-67. GRO impacts in the Pumphouse Area are isolated to SB00-49 and SB00-52. With the exception of SB00-7 and SB00-67, all detections reported in the Collector Pan and Pumphouse Areas above soil criteria were at depth. The detections exceeding soil criteria in boring SB00-7 were at depths of four, eight, and 28 feet bgs with concentrations of 1,500 mg/kg, 1,100 mg/kg, and 1,400 mg/kg, respectively. The detection exceeding soil criteria at SB00-67 occurred at four feet bgs with a concentration of 1,000 mg/kg. Gasoline was not known to have been used within the Collector Pan Area.

As shown in Figure 4-16M, detections of PCP were observed in two borings (SB00-16 and SB00-52). The detections of PCP in SB00-16 were observed from four to 20 feet bgs with concentrations ranging from 20,000 ppb at four to six feet bgs to 260 ppb at 18 to 20 feet bgs. The distribution of PCP in SB00-16 indicates that a source was nearby. PCP is not known to have been used within the Ashland Lease Area. However, the historical information is not complete. PCP was detected in SB00-52 at a concentration of 260 ppb at a depth of 26 feet bgs. The source of PCP in this boring is not known.

**Soil Group 5: PCE**

PCE was detected in borings at the depths indicated in Figure 4-16N. All detects were confined to borings in the Ashland Lease Area and eastern Collector Pan Areas, with the exception of detections in MW00-42-MS and SB00-31. As shown on the figure, detections of PCE in the Ashland Lease Area were present throughout the majority of the soil column from the surface to TD. Detections in borings SB00-11, SB00-69, and SB00-72, located west of the Ashland Lease Area, were present only at depth. This indicates that the source area for PCE is the Ashland Lease Area, and concentrations to the west represent contamination that has migrated to this area. PCE migrating down through the vadose zone would have proceeded rapidly in the sandy, flat-lying alluvium, then encountered a lower conductivity till surface that slopes downward to the west. At this point, much of the PCE would likely have traveled along the till interface rather than keeping to a vertical course. This would have allowed PCE to migrate to the west into the eastern Collector Pan Area. The till surface forms a depression near the locations sampled by borings SB00-69 and SB00-72. In SB00-69, soil concentrations of PCE were 13,000 ppb at the till surface and beneath the till. In SB00-72, PCE was detected beneath the till at concentrations of 1,800 ppb.

PCE is reported at two locations to the south; one in the former Waste Reclamation Area (SB00-31) and the other in the Round House Area (MW00-42-MS). The source or sources of

these detections are not apparent but some potential sources can be eliminated. These include the round house and the sewer discharge line from the round house. Although both SB00-31 and MW00-42-MS report exceedances, PCE is detected only once in each borehole. In SB00-31, PCE is detected at eight feet bgs, at an estimated concentration of 340 ppb. The PCE detection at MW00-42-MS occurs at a depth of 20 feet bgs. The single detections in each borehole suggest a very limited distribution. At MW00-42-MS, PCE is detected at 20 feet bgs, at a concentration of 340 ppb. This is the approximate depth of the till surface. This well is in close proximity to the round house; however, soil borings SB00-22 through SB00-27, and SB00-33 through SB00-36 which were completed beneath the round house to a depth of 20 feet had no detections of PCE. This indicates that the Round House Area is not the source of PCE at MW00-42-MS. The detection at SB00-31 is located along the sewer line from the round house to the city's sanitary sewer line. The shallow depth of the reported contamination (eight feet bgs) is above the depth of the sewer line. For this reason, the PCE concentration in SB00-31 is likely not associated with the sewer line and is more likely the result of a surface spill.

**Soil Group 6: Lead**

As shown on Figure 4-16O, lead exceedances are reported at only two boring locations and at a single depth in each boring. Neither of these locations is associated with the Ashland Lease Area. The first exceedance occurs at a depth of six to eight feet bgs at SB00-7, in the former Collector Pan Area. The concentration from this sample was reported as 759,000 ppb. The other exceedance was reported at boring location SB00-1, at a depth of 14 to15 feet bgs. The concentration of lead at this depth was reported as 758,000 ppb. Both of these locations are known to have had releases of petroleum products. The extent of the contamination appears very limited.

#### *4.2.4.3 Summary of Historical Soil Detections above Criteria*

During previous investigations, soil impacts not relating to railyard activities were observed in areas that had been leased to various non-railroad companies. These releases were investigated during the Braun 1996 Phase II Investigation. Other investigations had indicated releases of petroleum related impacts in several areas in the railyard. Historical data from all previous investigations conducted at the site indicate 12 different compounds accounted for 24 exceedances in soil from ten different boreholes. The historical soil exceedances are presented in Table 4-9A. Six of the ten borings; ST-501, ST-507, ST-508, ST-511, ST-13 and VW-3D account for 20 of the 24 exceedances. These six boring are either associated with the Ashland Lease Area or the Murphy Lease Area. Three of the borings, MW-601, MW-602 and ST-5 are associated with the Pumphouse Area and one boring WGD-1 is associated with the former Waste

Reclamation Area. The Figure 4-16 series show the locations of historical soil borings where exceedances were observed.

The historical soil exceedances are consistent with the contaminant distribution patterns shown on the various soil maps. For example, the exceedances observed in ST-508 are consistent with exceedances observed in SB00-37. With the exception of tetrahydrofuran (THF) and nitrobenzene, all of the historical exceedances are discussed or presented in the Year 2000 Investigation. A single exceedance of THF was observed in borehole ST-511 which is located north of the Collector Pan Area and west of the Murphy Lease Area. The exceedance of nitrobenzene was observed in boreholes ST-507 and ST-508. Both borings are associated with the Murphy Lease Area.

In five boreholes (ST-501, ST-507, ST-508, ST-511 and ST-513) related to the Murphy Lease Area, 16 of the 24 historical soil exceedances were due to contamination from both solvent and petroleum related compounds. Boreholes ST-501 and ST-508 were located east of the Murphy Lease Area. Boreholes ST-507, ST-511 and ST-513 were located west of the Murphy Lease Area.

Contaminant patterns of 1,1,1-TCA found in boreholes SB00-60 and SB00-62 and 1,1,2,2-TCA found in SB00-61 suggest a migration pathway from the Murphy Lease Area and Ashland Lease Area into the northern Collector Pan Area. Similarly, detections at ST-508 located in Central Avenue indicates that solvent and petroleum related compounds observed in monitoring well MW-317 (east of the Murphy Lease Area) are likely related to releases in the Murphy and Ashland Lease Areas.

#### *4.2.4.4 Summary of Soil Analytical Results*

Of the compounds detected in Site soil, 45 were detected in concentrations that exceed soil criteria. These 45 COCs account for 436 instances where SRVs are exceeded, and 698 instances where SLVs are exceeded in Site soils.

The review of soil analytical data from the Year 2000 Investigation presented on the soil maps reveals that the borings with VOC, SVOC, GRO, DRO and metals contaminant concentrations that exceed soil criteria reside predominantly in the Ashland Lease Area and secondly in the Collector Pan Area. Contaminant concentrations detected above soil criteria are also reported in soil borings located in the Murphy Lease Area, Round House, former Waste Reclamation, and

Pumphouse Areas, as well as in two borings outside of the Site, one east of the former Lease Area and the other west of the Pumphouse Area.

Another significant finding of the Year 2000 Investigation is that solvents, including toluene, are present in the free-product accumulation that has been reported at MW-402D (see Section 4.2.5). Solvent exceedances in soils that lie below the water table, including those for toluene, probably reflect aqueous transport from the free-product source area.

The area in which free-phase toluene exists (or has existed) may be identified by referring to the soil map of toluene exceedances and concentrations (Figure 4-16H). The northern extent of the area of potentially supersaturated groundwater appears to lie between SB00-13 and SB00-66. The extent of impacts in the Ashland Lease Area appears to lie between boring SB00-14 and SB00-15, while the western extent appears to lie between SB00-57 and SB00-11. The eastern extent is unknown.

Historical soil detections above soil criteria are consistent with Year 2000 data since historical soil borings show essentially the same detections of COCs as Year 2000 borings in any one area. Historical borings in the Murphy Lease Area, however, provide additional data that supplements the Year 2000 Investigation. Analytical data from these borings indicate that the Murphy Lease Area is likely the source of solvent and petroleum related contamination in the northern Collector Pan Area and in the area of monitoring well MW-317. In addition, black stained soils were observed in the outwash immediately above the St. Peter Sandstone during the Year 2000 Investigation within the Ashland Lease Area. This staining is indicative of migration of petroleum related compounds from the Murphy Lease Area since the Murphy Lease Area is upgradient from the Ashland Lease Area.

### *4.2.5 Groundwater Quality Investigation*

Groundwater samples were collected from Site monitoring wells over three sampling rounds in the Year 2000 Investigation including Round 1 (July 2000), Round 2 (September 2000), and Round 3 (December 2000). Samples from Round 1 included samples obtained from the 16 wells installed during the Year 2000 Investigation. Samples collected in Rounds 2 and 3 included samples collected from all 52 Site monitoring wells.

Tables 4-6A, 4-7A and 4-8A provide a summary of all analytical detections for the three rounds of sampling. Tables 4-6 B, 4-7B, and 4-8B summarize detections above Minnesota HRLs, HBVs (and MCLs where HRLs or HBVs do not exist) for the respective rounds. Tables 4-6C,

migrated from the Ashland Lease Area and/or the Murphy Lease Area to the ST-502 location. Year 2000 Investigation analytical results also show that 1,1,1-TCA was detected in the Ashland and Murphy Lease Areas as well as in MW-317. This indicates that solvent related compounds are migrating from the Ashland and/or Murphy Lease Areas to the east side of Central Avenue.

#### *4.2.5.4 Free Product*

Free petroleum product accumulation in the form of LNAPL, floating on the water table, was mapped in the Ashland Lease Area, Collector Pan Area, and in the Pumphouse Area (Figure 4-20).

Free product in the Ashland Lease and Collector Pan Areas is composed of solvents mixed with petroleum related compounds. The extent and occurrence of product in this area has been estimated by the detections of chlorinated solvents in monitoring wells and from concentrations of toluene that indicate solubility in water has been exceeded. No dense non-aqueous phase liquid (DNAPL) has been detected in any Site monitoring wells. However, based on the high levels of chlorinated solvents that have been detected in Site groundwater, it is possible that DNAPL exists at the Site.

At MW-402D, on the Ashland Lease Area, a 13-to-14 foot column of product has been measured. This product material contains evidence of petroleum product, but it is also very rich in solvent-related compounds. The product accumulation that is sampled by MW-402D is located beneath the till and lacustrine horizons, in the outwash. The density of this product has been measured at 0.83 $gm/cm^3$ which means it is buoyant in water. The product appears to be confined beneath the low permeability lacustrine deposit located at the base of the till which forms a stratigraphic trap to upward product migration. This is demonstrated by the fact that product is not detected in well MW-402S which situated directly adjacent to MW-402D and is screened immediately above the lacustrine deposit in the till.

Evaluation of the toluene contaminated soil has identified an area where there is reason to suspect that free-phase solvents have existed in soil (and may continue to exist). This area encompasses a minimum of 7,500 square feet (sf). Consequently, a minimum area for free product extent on the water table in the vicinity of MW-402D is estimated at 7,500 sf. If the thickness of product were a uniform five feet (distance from the bottom of the lacustrine deposit to the product/water interface within the MW-402D well screen), and if the product filled all of the porosity void (taken as 15%), then the volume of free-phase product would be estimated as about 5,600 cubic feet (cf) (or 42,000 gallons). This volume should be considered a

non-rigorous illustration of the maximum volume of free product that could be encountered. More probably, assuming that the dimensions are correct, the thickness of the product zone decreases from the center to the edges. If the five foot thickness represents the center, and the edge has a zero thickness, then the average thickness would be 2.5 feet, and the maximum volume would be 21,000 gallons. Finally, it should be emphasized that since the density of the free-phase solvent is less than that possessed by water it is buoyant. The low conductivity of the lacustrine deposit has trapped the solvent within the outwash and prevented the solvent from rising along with the water table elevation (currently above the lacustrine deposit). Since the solvent thickness is great enough within the outwash below the lacustrine deposit to intersect the screen interval in MW-402D, the solvent flows into and upward within the casing of MW-402D. The volume that has flowed into the well has created a 14-foot thickness of free product on top of groundwater and gives the false impression that a thick layer of product exists.

Wells in the vicinity of MW402D that contain free product include wells MW-2 (about 100 feet west and 25 feet north), MW-310 (about 75 feet north), MW-317 (about 75 feet northeast) and wells MW-309 and MW-318 (located 30-40 feet northwest). The measured product thicknesses in these wells is a fraction of that observed in MW-402D, measuring from 0.01 feet to 2.9 feet thick (Figure 4-20). The free product at MW-2 appears to be entirely related to petroleum. The product observed in the remaining wells appears to be a mixture of petroleum and solvent materials. Assuming an east-west elongated elliptical shape (defined by the locations of MW-2/ MW-313 on the west, MW-310/ MW-319 on the north, MW-402S on the south, and MW-317 on the east), the area of free product on the east side of the Site is approximately 80,000 sf.

Free product in the Pumphouse Area is identified as diesel fuel. The extent of this layer is well defined and exists between wells MW-301 on the south and MW-308 on the north (Figure 4-20). This area includes known petroleum release source areas. Assuming a north-south elongated elliptical shape (defined by MW-3 and MW-308 on the north, MW-604 on the east, MW-603/MW-45-T on the southeast, MW-301 on the south, and MW-303 on the west), the area of free product encompasses about 70,000 sf. The area of free product diesel is confined on-Site, about 700 feet west of the Site's eastern border and about 750 north of the Site's southern border. The boundaries of the free product area appear to be static.

The contaminant plumes in groundwater associated with the areas of free product appear to be behaving somewhat differently from each other. The contaminant plume of diesel, located northwest of the Round House in the Pumphouse Area, is irregularly shaped and contains a total area estimated at about 300,000 sf. The position of the plume appears to be static.

The contaminant plume associated with the free product solvent extends approximately 2,000 feet from north to south and appears to have an average width of at least 500 feet. Assuming an ellipse, the estimated area is more than 800,000 sf.

The plume associated with solvent releases is actually comprised of many individual plumes, one for each of the chemical components found in the groundwater. The cumulative plume, described above, appears to possess at least two distinct components. The contaminants that are less dense than water (e.g. xylene, toluene, benzene, TMB, vinyl chloride, and some formulations of diesel fuel) appear to remain localized near the identified source area. The contaminants that are denser than water (e.g. TCE, TCA, DCE, PCE, DEHP) are carried to the south by groundwater, and it appears that some type of stratigraphic trap may prevent the less dense contaminants from being transported downgradient.

#### *4.2.5.5 Summary of Groundwater Analytical Results*

Of the compounds detected in groundwater collected from the three groundwater sampling events conducted during the Year 2000 Investigation, 36 exceeded groundwater criteria. These compounds are essentially a subset of the COCs established for contamination in soil. Of the 36 compounds that exceed groundwater criteria, 19 are related to solvents, 14 are primarily related to petroleum, and three (arsenic, bromomethane, and PCP) were not grouped with solvents or petroleum. Groundwater contaminant distribution maps constructed for the COCs show the existence of two patterns including one for solvents and one for petroleum related compounds. Based on the groundwater contaminant distribution plots, the following COCs may be migrating off-Site at levels above groundwater criteria:

- PCE
- vinyl Chloride
- naphthalene
- DEHP
- 4-methylphenol
- 1,1,1-TCA
- 1,1,2-TCA
- 1,1-DCA
- 1,2-DCA
- 1,1-DCE




FIGURE 1-2
SITE LOCATION MAP
SHOREHAM FACILITY
PREPARED FOR
CANADIAN PACIFIC RAILWAY
MINNEAPOLIS, MINNESOTA

MPCA006344