From: John and Alisa Jesse
To: David Drach ; Paul Ostrow ; Marty Schirber ; Julia Burman ; Joe Biernat ; Jim Forsyth ; Gayle Bonneville ; Gary Bowman ; Betsy Mitchell ; John and Alisa Jesse
Sent: Saturday, September 08, 2001 4:47 PM + Rhonda Peterson
Subject: SAAC meeting agenda for 09/10/01, 7pm Holland offices

Minutes from 13 August 2001

1. Roundhouse redevelopment

a. CP, MCDA, city meeting report

Redevelopment meetings were not held
- CP will not divide the 18 acre parcel
- Property is not for sale
- No future speculation to be made at this time regarding a sale
- CP requires time to access it's postion; nothing will be known until spring 2002; perhaps we are looking at afive year long term plan
- CP is committed to using the site for railroad purposes

Shoreham trackbuilding underway
- new rail spur was built along Central Ave. side of Roundhouse for rail car storage and switching intermodal units
- spur is first of several new ones
- plans call for a spur to reconnect with two bays of the Roundhouse for new use as a bonded warehouse facility
- all part of ongoing plan to return land to rail purposes
- track construction does not disturb polluted land

Community relations ?
- citizen audit of CP rail meetings was discussed. David Drach said this would never be tolerated by CP.
- railroad interaction with community was discussed. CP views SAAC as a group of three or four people who can never be satisfied. Paul observed that CP is in business to make money and often there is a large gulf between the needs of the railroad and the wants of the community and it's representatives.

Future prospects look dim
- Paul Ostrow asked if this implied that a decision has been made by CP regarding the fate of Shoreham yards ? Is simply more time is needed to litigate the pollution issues ? Does the a decision to pursue railroad operations mean not now or not ever ? David indicated that CP is moving towards the later option unless market forces change the course.

b. Pollution updates

Pollution report challenged
- CP is voluntarily cleaning up the site.CP is managing the program. Outside intervention is not welcome
- a public forum on pollution was suggested by David Drach, but CP was not prepared to schedule one at this time. Lea Thompson form CP tentaively will plan to attend the November quarterly SAAC meeting to discuss pollution issues.
- Gayle Bonneville noted that some sales of land adjacent to Shoreham have reportedly been held up due to Shoreham being identified as a polluted site. This was confirmed by David Drach.

c. Funding initiatives

Application for T21 monies
- Jim Forsyth said that the MCDA plans to apply for monies available in 2005-2006
- Developemnt is contingent upon public use and ownership of the

MPCA016423

EXHIBIT 71

Roundhouse and adjoining land
-Roundhouse preservation is primary in addition to Central Avenue redevelopment
- David Drach said CP will not object
- City Council approval of application is required
- 20% city match required
- like Milw Rd Depot, monies apply to exterior preservation, public spaces fronting Central Ave.
- A&A and CSM accessments will be used to define scope

2. SAAC membership

SAAC welcomes new members from Holland and Columbia Park neighborhoods.

Agenda for 10 September 2001

1. Roundhouse redevelopment district
   a. pollution updates (MPCA - Rick Jolley ?)
   b. funding (Jim Forsyth ?)

2. Site updates
   a. watertowers for sale
   b. removal of signals at 28th Avenue

3. CDC resolution

4. CP community relations

5. Next scheduled meeting
   a. 2nd Monday, 8 October 2001, 7pm Holland offices

6. Tabled
   a. Site use (i.e. Intermodal/bulk transfer expansion)
   b. Requirements for building demolition
      - Historical photos/documentation (Greg Mathis - City Plan.)
   c. SAAC membership