# Minnesota Pollution Control Agency

November 5, 2001

Canadian Pacific Railway
105 South Fifth Street, Room 300
Minneapolis, Minnesota 55402

RE: Soo Line Shoreham Yard Site, Minneapolis, Minnesota
MPCA Project Number VP5080
Phase II Investigation Report Approval Letter

Dear Ms. Thomas:

The Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup (VIC) Program are working cooperatively with the Canadian Pacific Railway (CPR) to investigate and address environmental concerns associated with CPR's Shoreham Yard in Minneapolis (the Site).

MPCA staff has reviewed the "Phase II Supplemental Remedial Investigation Report, Shoreham Facility" (the Report), dated May 2001. The Report summarizes the implementation of the "Remedial Investigation and Supplemental Phase II Investigation Work Plan" (1999 Work Plan). Field work described in the 1999 Work Plan was conducted by Braun Intertec between January 2000 and September 2000 (2000 Investigation). IT Corporation (IT) provided oversight of the 2000 Investigation and prepared the Report. The purpose of the 2000 Investigation and the Report was to supplement prior investigations by further defining the geology, hydrogeology and extent and magnitude of impacts to the soil and ground water at the Site, and to serve as a basis for a risk evaluation and preparation of a feasibility study.

The Report is hereby approved subject to the modifications presented in Attachment B. Please also note the standard disclaimers presented in Attachment A and the comments in

MPCA007716



EXHIBIT 72

Attachment C. If you have questions pertaining to this letter or the Site please contact me at (651) 297-5573 or Patrice Jensen at (651) 296-7744.

Sincerely,

Richard M. Jolley

Richard M. Jolley, PG
Senior Hydrogeologist
Voluntary Investigation and Cleanup Unit
Site Remediation Section
Metro District

RMJ:jmp

Enclosures

cc: Paul Ostrow, City Council, City of Minneapolis
Joseph M. Renier, IT Corporation
Daniel Colton, Leonard Street and Deinard
Dave Jaeger, Hennepin County
Marjorie Terrell, City of Minneapolis

ATTACHMENT A
STANDARD DISCLAIMERS
Soo Line Shoreham Yard
MPCA Project Number VP5080

1. Reservation of Authorities

The MPCA Commissioner reserves the authority to take any appropriate actions with respect to any release, threatened release, or other conditions at the Site. The MPCA Commissioner also reserves the authority to take such actions if the voluntary party does not proceed in the manner described in this letter or if actions taken or omitted by the voluntary party with respect to the Site contribute to any release or threatened release, or create an imminent and substantial danger to public health and welfare.

2. No MPCA Assumption of Liability

The MPCA, its Commissioner and staff do not assume any liability for any release, threatened release or other conditions at the Site or for any actions taken or omitted by the voluntary party with regard to the release, threatened release, or other conditions at the Site, whether the actions taken or omitted are in accordance with this letter or otherwise.

3. Letter Based on Current Information

All statements, conclusions and representations in this letter are based upon information known to the MPCA Commissioner and staff at the time this letter was issued. The MPCA Commissioner and staff reserve the authority to modify or rescind any such statement, conclusion or representation and to take any appropriate action under his authority if the MPCA Commissioner or staff acquires information after issuance of this letter that provides a basis for such modification or action.

4. Disclaimer Regarding Use or Development of the Property

The MPCA, its Commissioner and staff do not warrant that the Site is suitable or appropriate for any particular use.

5. Disclaimer Regarding Investigative or Response Action at the Property

Nothing in this letter is intended to authorize any response action under Minn. Stat. § 115B.17, subd. 12.

ATTACHMENT B
MODIFICATIONS
Soo Line Shoreham Yard Site
MPCA Project Number VP5080

1. Section 3.0, Overview of Phase II Investigation, page 3-1 and Section 4.2.3 and Section 6.2. The Report references a well receptor survey that was conducted during the 1997 Phase II Investigation (Well Receptor Survey). Based on an MPCA review of the static water levels and/or casing depths of wells in the Well Receptor Survey along the new ground water data presented in the Report, the MPCA considers the downgradient risks posed by the Site ground water to be uncertain at the present time. The MPCA recommends that in addition to focusing on offsite ground water delineation, that CPR consider updating and refining the current ground water receptor survey by following the guidance documented in the MPCA's Leaking Petroleum Storage Tank guidance on conducting receptor surveys in "Potential Receptor Surveys and Risk Evaluation Procedures At Petroleum Release Sites, Fact Sheet #3.20" (LUST Risk Evaluation Guidelines) available at the following internet address: http://www.pca.state.mn.us/publications/lust-01-3-20.pdf

2. The MPCA acknowledges that the Report represents an important increase in the understanding of the distribution of ground water contaminants. The MPCA however, considers the characterization of the downgradient extent of the ground water plume as an essential component of the ground water risk evaluation. The MPCA considers this, along with an augmented ground water receptor survey, as a high priority and encourages CPR to implement these activities in the near future.

3. Section 3.0, Overview of Phase II Investigation, page 3-1. The Report describes an organic vapor survey that was conducted by screening manholes onsite and between Central Avenue between 28th and 29th Avenues NE. Due to concentration of VOC soil impacts identified during the Year 2000 Investigation between 30th Avenue and 29th Avenue NE, the MPCA considers that the vapor survey needs to be expanded to include this area along with potential vapor conduits east of Central Avenue. The recommendations of Part II of the LUST Risk Evaluation Guidelines (Fact Sheet #3.20) need to be followed to ensure other potential vapor migration pathways are evaluated in addition to those indicated on the figure of Appendix H. Prior to conducting this extended survey, please prepare a workplan for MPCA review and approval.

4. Section 4.2.3, Soil and Groundwater Quality Investigation. As noted in the Report, published soil reference values (SRVs) and soil leaching values (SLVs) for diesel range organics (DRO) and gasoline range organics (GRO) are not available as part of the MPCA's Risk Based Site Evaluation (RBSE) manual. Please note however, that the MPCA VIC and Superfund Programs do utilize site specific cleanup goals for DRO and GRO. Although not formally part of the RBSE Manual, draft SRVs for DRO have been developed by the MPCA human health toxicologist for residential and industrial property use and have been applied on some sites. These draft SRVs for DRO were established based on the toxicological signature of a range of carbon fractions with support of materials available through the Total Petroleum Hydrocarbon Criteria Working Group. Other sources for applying site specific DRO and GRO cleanup goals at VIC and Superfund sites include past precedence and the cleanup guidelines utilized in the Voluntary Petroleum Investigation and Cleanup (VPIC) Program. Sites enrolled in the

VPIC Program, for example, are typically required to bring in clean fill or remediate DRO/GRO to essentially nondetect in the upper two to four feet of soil in areas proposed for green space for both residential and industrial or restricted commercial property use. The VPIC Program require, typically, DRO and GRO impacts at properties proposed for residential land use to be remediated to below detection throughout the soil column. The VIC or Superfund Programs will typically require levels less than 50 mg/kg in the upper few feet of the Site soils in areas used for green space at industrial sites, and potentially lower, in cases where vapors or visual evidence of DRO or GRO contamination is present. DRO/GRO concentrations in excess of 50mg/kg may be allowed to remain onsite below four feet if long term risks are managed with institutional controls and if the contaminants do not pose a risk to ground water. As a result, CPR representatives are encouraged to work with the MPCA project to develop more appropriate Site specific cleanup goals for DRO and GRO.

5. Section 4.2.4, Soil Quality Investigation. Note that although DRO and GRO are listed as contaminants of concern (COCs) in Section 4.2.4.1, these petroleum parameters are not included in Tables 4-5B or 4-5C, which compile COCs identified at the Site. The MPCA staff recommend that an addendum incorporating updating tables also incorporate inclusion of DRO and GRO as a COC. As the Report uses unrestricted commercial SRVs as a basis for identifying representative COCs, the MPCA suggest that a more realistic screening criteria be applied for DRO and GRO. Based on the comments in item #1 above, the MPCA staff recommend that no greater than 50 mg/kg be applied as an initial screening criteria for DRO and GRO."

6. Section 4.2.4.3, Summary of Historical Soil Detections Above Criteria. Historical soil data collected during the late 1980's and the early 1990's are not compiled in either the Report's tables or the CD ROM of Site analytical data provided in Appendix B of the Report. If one of the goals of the Report is to compile and summarize the distribution of all Site data, the CD ROM database and the Report soil summary tables need to be updated. The MPCA staff recommends that this modification may be most easily accomplished by preparing a Report addendum which includes tables and the Microsoft® Access database updated to include all historical soil data, not just soil data compiled during the 2000 Investigation.

7. Monitoring Well Network, Section 6.2.1.2, page 6-7. The following wells were recommended for removal from regularly schedule monitoring events based on their having little or no detections above ground water criteria: MW-1A, MW-22, MW-24, MW-25, MW-306, MW-307, MW-404D, and MW-405D. The MPCA considers removal of Site monitoring wells from the monitoring schedule to be premature at the present time. Some of these wells will likely be useful as part of later remedial monitoring; some wells have not been monitored long enough to confirm an established trend. The MPCA staff recommends that this proposal be modified such that the above wells which have not detected ground water contaminants above criteria remain on at least an every-other-year annual monitoring schedule and that the offsite wells in the above list be sampled at least on an annual basis. Monitoring needs shall need to be reevaluated as specific remedial alternatives are considered.

ATTACHMENT C
COMMENTS
Soo Line Shoreham Yard
MPCA Project Number VP5080

1. Due to the complexity of the Site hydrogeology and contaminant distribution, the MPCA staff recommends that CPR consider preparing a comprehensive base map or maps to document all Site data locations. Detailed area-specific base maps may be helpful in presenting all Site data locations. Utilizing such maps along with a comprehensive data compilation report would assist in ensuring that subsequent Site risk evaluations consider all pertinent data – recent and historical.

2. In the southern portion of the Site, at well MW00-43BR the entire St. Peter Sandstone has been eroded identifying a more direct risk to the Prairie DuChien aquifer than previous Site data indicated. The lack of top-of-bedrock control east of the SB13-SB16 solvent release area prevents conducting an adequate assessment of risks in this area. Due to the magnitude of ground water contamination and the potential conduits to the Prairie DuChien, the MPCA considers that a supplemental offsite ground water investigation shall need to be conducted east of the SB13-SB16 release area in addition to south of the Site.

3. In Section 4.2.3, the Report states that the human health criteria used in the Report are commercial SRVs. As a clarification, there are two categories of commercial land use according to the Property Use Guidance - unrestricted commercial and restricted commercial. Residential SRVs are utilized for unrestricted commercial property land use, which were the goals used for comparative purposes in the Report.

4. Section 4.2.4.1, Section 4.2.4.2. The MPCA staff understands that the COCs defined and discussed in these sections were compiled primarily as a means to more easily examine trends of soil contamination of related groups of compounds. The use of the term COCs in this limited context however, is potentially confusing since COCs have a more specific application in the RBSE Manual. Within the RBSE Manual, compounds that are identified as exceeding an initial screening level are retained as a potential COC until a Tier II risk evaluation is conducted. Compounds that then are retained as COCs following a Tier II risk evaluation are considered to represent an unacceptable risk and require remedial action. The MPCA staff, therefore, consider that CPRs compilation of COCs in the Report for the purpose of summarizing Site contaminant data trends are more accurately described as "representative COCs."

5. Section 4.2.4.2, Soil Group 2, page 4-27. The Report describes numerous petroleum products that may produce false positives for DRO. Since DRO is not a quantitative analysis for diesel fuel specifically, but rather a carbon range inclusive of diesel and other hydrocarbons, the label "false positives" seems unnecessary. DRO is an indicator parameter for all hydrocarbons between carbon range $C_{10}$ and $C_{28}$. As noted in the method, other organic compounds, including chlorinated hydrocarbons, phenols, phthalate esters, polynuclear aromatic hydrocarbons, kerosene, fuel oils and heavier oils may be measurable by this method.

6. As part of future reporting, the MPCA recommends that documentation be provided to further clarify the environmental status of the itemized environmental concerns identified in the "Phase I Environmental Site Assessment," (Phase I) dated July 1999. For example, in the Round House Area – the following concerns were identified- hazardous materials storage, machine shop, ash pit, barrel storage, waste oil tanks and stained soils in the turntable area. The MPCA staff understands the difficulty in documenting the status of each of the various itemized Area-specific concerns in the Phase I. However, once concerns are identified as potential sources they need to be carried forward and addressed in subsequent evaluation reports to the extent practicable.

7. As part of future reporting, please prepare boring logs which use a consistent vertical scale, identify soil sampling locations and present hydrocarbon vapor screening results on the logs.

8. As part of future reports that include hydrogeologic interpretations, please provide a cumulative ground water well construction table for reference.

9. The MPCA staff understands that the purpose of the ground water analytical summary figures (Figures 4-17A – 4-18V) is primarily to display the aerial extent of principal ground water compounds of concern and not to map contaminant distributions of specific hydrogeologic horizons.