April 19, 2002

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plan for Characterization of Groundwater and Vapor Impacts (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is submitted by AMEC Earth & Environmental (E&E) in response to MPCA's request that Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) further delineate the groundwater plume and potential vapor impacts associated with the referenced Site. The MPCA's request for additional field work was included in a letter addressed to CPR, dated November 5, 2001 which approved CPR's Phase II Supplemental Remedial Investigation Report (IT Corporation, 2001).

In order to further define the offsite plume extent a total of up to 11 wells will be installed and sampled. The 11 wells will include three (3) well nests consisting of three (3) wells each and two (2) additional wells that will be completed at existing onsite and offsite well nest locations. A description of new well locations, estimated depths and rationale for well placement is provided below. Figures 1 and 2 illustrate the new well nest/well locations. Table 1 provides a well completion/construction summary. Monitoring wells will be completed using drilling and sampling techniques implemented in the Calendar Year 2000 Investigation (CY 2000 Investigation) documented in the Phase II Supplemental Investigation Report.

A vapor risk survey will be conducted along Central Avenue between 28th Avenue NE and 31st Avenue NE adjacent to the former Lease Area and the former Waste Reclamation Area to assess potential vapor impacts associated with the Site (Figure 3). The vapor risk survey will consist of a utility search and plotting of utility locations on a base map, screening of utility access locations with a photo-ionization detector (PID) and explosimeter, and analytical sample collection and testing of air samples for volatile organic compounds (VOCs) where elevated levels of vapors are detected in the screening process. The proposed vapor risk survey will be conducted in accordance with MPCA guidance document " Potential Receptor Surveys and Risk Evaluation Procedures at Petroleum Release Sites" (Fact Sheet #3.20).

CPR-0002-1

AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423
www.amec.com

**Well MW02-01-OPD**
A deep well will be installed into the OPD at the existing MW00-43-T/MW00-43-BR well nest shown in Figures 1 and 2. This well will be completed to determine if the OPD has been impacted by the Ashland chlorinated solvent plume that has been identified in the outwash directly above the OPD at this location. An attempt will be made to screen this well in the most permeable zone within the Shakopee Formation which constitutes the upper portion of the OPD. Based on regional stratigraphy the most permeable horizon in the Shakopee Formation is likely to exist from approximately 220 feet bgs to 240 feet bgs. It is therefore anticipated that the well will be completed in the OPD to an approximate depth of 240 feet bgs.

### *Well Development/Sampling/Slug Testing*
Subsequent to well construction each well will be developed, slug tested and sampled (groundwater) for VOCs, semi-volatile organic compounds (SVOCs), DRO, GRO, arsenic and lead following the procedures utilized in the CY 2000 Investigation. Soil analytical samples may also be collected at the proposed well/well nest locations from intervals where evidence of contamination exists. Soil samples will be analyzed for the same parameters that are specified for groundwater. Additional soil samples will be collected from the screen zone of each well installed and tested for total organic carbon (TOC), grain size and VOCs. All development, sampling, analytical and slug testing procedures will follow the CPR Standard Operating Procedures (SOPs) and the Site Specific Quality Assurance Project Plan (QAPP).

### *Reporting*
Subsequent to completion of the field effort and receipt of analytical results a report will be prepared following the format used in the Phase II Supplemental Investigation Report that will present and interpret the newly acquired geologic, hydrologic and analytical data.

### *Schedule*
Well installation field activities are scheduled to begin in April 2002. An attempt will be made to install the well nest at the 2500 block of 7th Street NE first. This nest will require approval of well access agreements and issuance of encroachment permits by the City of Minneapolis (the City). Usually, the City requires at least 3-4 weeks to review access agreements and encroachment permit applications. Therefore, the installation schedule for this nest will be dependent upon the approval process. If the process is not complete by the start of the field effort, drilling will begin at the next location.

The well nest at 27th Avenue NE and Central Avenue is scheduled to be completed second. This nest will be followed by the nest at 29th Avenue NE and Central Avenue, and the well to be completed at the MW00-53-T/MW-406D well nest. All of these wells will be installed on private property and require access agreements with the private landowners. The final well to be completed will be the onsite OPD well at the MW00-43-T/MW00-43-BR well nest. This well location is on CPR Property. It is anticipated that the field program will require approximately six (6) weeks to complete.

## 2.0 Vapor Survey

The vapor risk survey will be conducted along Central Avenue between 28th Avenue NE and 31st Avenue NE in and adjacent to the former Lease Area and the former Waste Reclamation Area. AMEC E&E will contact the City of Minneapolis and request historical and current information for sanitary sewer, storm sewer and water main permits between 28th and 31st Avenues NE. The historical review will be conducted to determine if the permitted utility connections in the former

Please call if you have any questions or comments on this proposed scope of work.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com
TB/tb