amec

April 23, 2002

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plan for Detailed Investigation of Soils in the VIC Site, VP 5080, Former Ashland Lease Area, Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is being submitted by AMEC Earth and Environmental (E&E) on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) to further delineate and characterize contamination at the former Ashland Lease Site. This additional field work is necessary to support both National Contingency Plan (NCP) and MPCA Program Response activities.

This investigation will include installation and sampling of 27 soil borings that will be advanced to approximately 50 feet below ground surface (bgs). A description of the soil boring locations (sampling grid) and sampling methodology is provided below. All drilling, sampling, and analytical testing procedures will follow the CPR Standard Operating Procedures (SOPs) and the Site Specific Quality Assurance Project Plan (QAPP). Figure 1 shows the proposed sampling grid, and Table 1 provides a summary of analytical and QA/QC samples to be collected.

### *Soil Boring Sampling Grid*

Soil borings will be installed on a ten-foot grid extending a distance of 20 feet in all directions from soil borings SB00-13, SB00-14, SB00-15 and SB00-16 (e.g., extending 20 feet north, south, east and west of SB00-13). Soil borings SB00-13 through SB00-15 are separated by about 20 feet in the north-south direction. Therefore, only one boring will be placed between them. Borehole SB00-16 is offset about 10 feet to the west of the line connecting SB00-13


AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

through SB00-15. The staggered arrangement together with the 10-foot spacing and 20-foot distance create a boring/sampling array of 25 sampling points as shown on Figure 1. In addition to these points, soils underlying the center of the southbound lane of Central Avenue will be sampled (assuming MNDOT approval) on eastward trending traverses from SB00-13 and SB00-16. This produces a total array of 27 sampling points.

### *Drilling Method and Soil Boring Depth*

The soil borings in the sampling grid will be advanced using a geoprobe direct-push type rig fitted with a 1.5-inch inside diameter, 5 foot long Macro-Core Sampler. Borings will be completed to a depth of 50 feet bgs, and/or to the top of the lacustrine deposit identified in the CY 2000 Investigation Report (IT Corporation, May 2001). This will allow for determination of the contaminant profile through the vadose zone (comprised of fill, alluvium, and the unsaturated portion of the till), at the water table, and below the water table within the saturated till down to the till/lacustrine deposit contact. It is anticipated that the direct-push drilling method will be effective in penetrating to 50 feet. However, if significant difficulty is encountered in borehole advancement, the boreholes will be completed with a hollow stem auger rig and a 2-inch diameter split-spoon sampler.

### *Soil Sampling Methodology/Frequency*

Soils at each boring will be logged continuously and sampled at 3-foot intervals from the surface to a depth of 12 feet bgs. Beyond 12 feet bgs, soils will be logged continuously and sampled for analysis at depths of 20 feet, 30 feet, 40 feet and 50 feet bgs, resulting in a total of 9 samples per boring. Sampling for analysis in the 2 borings to be installed in Central Avenue will begin approximately at the bottom of the base course for the road.

Soils will be analyzed for volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), diesel range organic compounds (DRO), gasoline range organic compounds (GRO), and lead using the same analytical methodology employed in the CY 2000 Investigation. In addition, near surface soils (3-6 feet bgs) will be analyzed for pH, chloride content, sulfide, sulfate, ferric oxide and soil resistivity. Soil resistivity will be analyzed using ASTM Method G-57-95a. Samples collected at the surface will be sampled for grain size only.

### *Reporting*

Subsequent to completion of the field effort and receipt of analytical results a report will be prepared that will present and interpret the newly acquired geologic and analytical data.

***Schedule***

The shallow soil investigation will be conducted after April 29, 2002. It is anticipated that the field program will require approximately 4 weeks to complete.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com

TB/tb

cc: Ms. LeeAnn Thomas – Canadian Pacific Railway
Mr. Daniel Colton – Leonard, Street & Deinard

**Table 1**
**Summary of Analytical Requirements**
**Detailed Shallow Soil Investigation**
**Former Ashland Lease Area**
**Shoreham Facility**
**Canadian Pacific Railway**

| Sample | Matrix | Environmental (2) | Duplicate | Equipment Rinsate Blank | Trip Blank (3) | Total | Analysis | Containers | Preservative | Holding Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Soil Boring (Geoprobe) Samples | Soil (1) | 216 | 11 | 11 | | 238 | GRO (Wisconsin modified) | 1-25 g EnCore | none | 48 hours MeOH addition/21 days analysis |
| | | 216 | 11 | 11 | | 238 | DRO (Wisconsin modified) | 1-25 g EnCore | none | 48 hours MeOH addition/47 days analysis |
| | | 216 | 11 | 11 | 15 | 253 | VOCs (8260) | 2-5 g EnCore, 1-25 g EnCore | none | 14 days |
| | | 216 | 11 | 11 | | 238 | SVOCs (8270) | 1-8 oz amber glass | none | 14 days extraction/40 days |
| | | 216 | 11 | 11 | | 238 | Arsenic and Lead | 1-4 oz plastic | none | 180 days |
| | | 54 | 3 | 3 | | 60 | pH | 1-150 mL glass or plastic | none | None Cited |
| | | 54 | 3 | 3 | | 60 | Chloride, Sulfate | 1-60 mL glass or plastic | none | 28 days |
| | | 54 | 3 | 3 | | 60 | Sulfide | 1-4 oz glass or plastic | none | 14 days |
| | | 54 | 3 | 3 | | 60 | Ferric oxide | 1-4 oz glass or plastic | none | None Cited (4) |
| | | 54 | 3 | 3 | | 60 | Resistivity (ASTM G-57-95A) | 1-4 oz glass or plastic | none | None Cited |
| | | 9 | 0 | 0 | | 9 | Grain Size | 1-4 oz glass or plastic | none | None Cited |
| IDW (Water) | Water | 1 | 0 | 0 | | 1 | GRO (Wisconsin modified) | 3-40 mL glass | HCl | 14 days |
| | | 1 | 0 | 0 | | 1 | DRO (Wisconsin modified) | 1-1L amber glass | HCl | 7 days extraction/40 days analysis |
| | | 1 | 0 | 0 | | 1 | VOCs (8260) | 3-40 mL glass | HCl | 14 days; 7 days if no preservative |
| | | 1 | 0 | 0 | | 1 | SVOCs (8270) | 2-1L amber glass | none | 7 days extraction/40 days analysis |
| | | 1 | 0 | 0 | | 1 | Arsenic and Lead | 1-500mL plastic | HNO3 | 180 days |

(1) Rinsate blanks and trip blanks are water matrix.
(2) Assumes 27 borings at 8 samples per boring for VOCs, SVOCs, GRO and DRO, 27 borings at 1 sample per boring for grain size analysis, and 27 borings at 2 samples per boring for other parameters.
(3) Assume 1 trip blank collected per sampling day.
(4) The ferric oxide is quantitated by the difference of Fe(II) by HACH and the total Fe by ICP. The difference is Fe(III).
The holding time for the Fe(II) is 24 hours after the addition of water by the laboratoy to the soil aliquot received.

MPCA009859

DRAWING NO CPR-0005-F1-rev

| | |
|---|---|
| CHECKED BY: | J. Renier |
| APPROVED BY: | J. Renier |
| EDITED BY: | S. Derouard |
| REVISION DATE: | 04/12/02 |
| DRAWN BY: | S. Derouard |
| START DATE: | 04/05/02 |







LEGEND

- Existing Soil Boring
- Proposed Soil Boring
- Sampling Grid
- Property Boundary
- West Boundary of Central Avenue

Figure 1
Proposed Soil Boring/ Sampling Locations
Detailed Shallow Soil Investigation

Prepared for
Canadian Pacific Railway

amec