amec

August 14, 2002

RECEIVED

AUG 16 2002

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Submittal of Documents for Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

Please find enclosed letter work plans for *"Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology"* and a *"Groundwater Receptor Survey at the VIC Site, VP 5080, Former Ashland Lease Area"* which will be conducted on the east side of the Canadian Pacific Railway Shoreham Facility. Also enclosed are figures documenting the position of sampling points for the vapor risk survey to be completed as documented in the *"Letter Work Plan for Characterization of Groundwater and Vapor Impacts (VIC Site No. 5080),"* dated April 19, 2002. Please review these documents and figures and provide approval at your earliest convenience so that these efforts can be initiated.

If you have any questions please contact me at 612.252.3657 or Joe Renier at 612.252.3669.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com
TB/tb

cc: Ms. LeeAnn Thomas – Canadian Pacific Railway
Mr. Daniel Colton – Leonard, Street and Deinard

CPR-0074-0
AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

www.amec.com

MPCA009374

**EXHIBIT 75**

DATE LOGGED
TITLE
BY

amec

August 6, 2002

RECEIVED

AUG 16 2002

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plan for a Groundwater Receptor Survey at the VIC Site, VP 5080, Former Ashland Lease Area, Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is being submitted by AMEC Earth and Environmental (AMEC) on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) to respond to MPCA Review Comments on the Phase II Supplemental Investigation Report, IT Corporation May 2001, issued to CPR in a letter dated November 5, 2001. Comment 1 of Attachment B in the referenced letter requests that CPR update and refine the well receptor survey completed in 1997 by Braun Intertec (Braun) associated with the VIC and VPIC Sites on the CPR Shoreham Facility (the Property).

AMEC is submitting this letter work plan to update and refine the groundwater receptor survey along the east side of the Property that contains the VIC Site. In order to further investigate potential groundwater receptors additional activities will be completed according to MPCA Fact Sheet #3.20, a publication of the Leaking Underground Storage Tank Program (copy attached; the VIC program utilizes VPIC procedures for potential tank-related activities as described in VIC Guidance Document #11, page 5). These activities are discussed below.

***Review of Existing Well Receptor Survey Data***

Barr Engineering, Braun, and IT Corporation have previously completed well record searches and reviews. This information will be reviewed and summarized within the updated groundwater receptor survey. The existing well receptor survey data will be updated by conducting a search of the most recent version of the well record database (Hennepin County Well Index [CWI] v.4.01, dated April 1, 2002), for wells within 2 miles of the identified source of groundwater impacts (See Figure 1).

CPR-0049-1

AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

***Identifying Properties***

Reviewing information available at the Hennepin County Assessors office will complete property ownership identification. Properties within 500 feet (See Figure 1) of Central Avenue North East (NE) from 28th Avenue NE to 30th Avenue NE will be identified which includes properties along Central Avenue NE, Tyler Street NE, Polk Street NE, and Taylor Street NE between approximately 27th and 31st Avenues NE. A walking survey will be conducted from the public right-of-way to confirm address information and make visual observations regarding the existence of wells and potential contamination sources. A list of the identified addresses will be submitted to the city of Minneapolis utility billing department to confirm the status of water supply to those addresses.

***Contacting Property Owners or Occupants***

In order to obtain the most definitive information on whether or not wells exist within the search area, property owners or occupants will be contacted by phone, mail and/or personal visit. A letter will be mailed to each property owner or occupant that will request information regarding the existence of wells, well use, and well construction. The letter will include a self-addressed stamped envelope for the property owner or occupant to reply by mail and a phone number will be provided to reply by phone. The letter will also provide a brief explanation that the purpose of the request is to assess the potential risk to nearby water wells and basements from petroleum and solvent contamination that has been identified on the CPR Shoreham Property. Finally, the letter will contain a statement that if no reply is received within three weeks of the date of the letter, a phone call will be made to each property owner/occupant and an appointment made for a visit. A visit to each non-responding property owner/occupant will be performed. If no contact can be made following an established appointment, it will be assumed that there is no well on the property.

***Map and Table Preparation***

Information obtained from the property owners or occupants, the city of Minneapolis, Hennepin County and/or the MPCA will be summarized on a table. The table will list the information obtained for each property by address. A map will be prepared that shows each property by address as listed in the table.

***Presentation of Results***

Subsequent to completion of the field effort results of the updated and refined groundwater receptor survey will be prepared according to Fact Sheet #3.20. Fact Sheet #3.20 suggests the results be reported and discussed using the Fact Sheet #3.24 *Investigation Report Form.*

***Schedule***

The groundwater receptor survey will be conducted after August 6, 2002. It is anticipated that the updated and refined groundwater receptor survey will require 4 to 6 weeks to complete. Reporting of the results will be contingent on the completion and reporting of the off-site groundwater investigation since the

groundwater receptor survey will be an appendix in the offsite groundwater investigation report.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com

cc: Ms. LeeAnn Thomas – Canadian Pacific Railway
Mr. Daniel Colton – Leonard, Street and Deinard

**Leaking Petroleum Storage Tanks**
Minnesota Pollution Control Agency
http://www.pca.state.mn.us/programs/lust_p.html

# Potential Receptor Surveys and Risk Evaluation Procedures At Petroleum Release Sites

Fact Sheet #3.20

Petroleum releases are capable of causing conditions hazardous to humans and other life. The identification and management of these risks is a major focus of the Minnesota Pollution Control Agency (MPCA) Leaking Underground Storage Tank (LUST) program. **Because the program commonly manages risks posed by contamination left in place, the quality of risk evaluations must be excellent.**

This document describes the procedures for identifying potential receptors and evaluating the risks associated with: *1) contaminated drinking water, 2) petroleum vapors, and 3) discharge to surface waters.* Report and discuss the results in fact sheet #3.24 *Investigation Report Form.*

## I. WATER WELL RECEPTOR SURVEY AND RISK EVALUATION

The water well receptor survey identifies water wells that may be at risk from the petroleum release and also provides information regarding the geology and ground water use near the release site. For the water well receptor survey, complete the following:

### A. Walking Survey

Conduct a walking survey of all properties within 500 feet of the source. This survey consists of the following steps:

- Prepare a base map showing property boundaries and relevant features (buildings, roads, rivers, etc.) within 500 feet of the source. (Base maps with property ownership can usually be obtained from the city or the county.) Label the properties and prepare a corresponding table listing the properties. After completing the tasks discussed in the next bullets, complete the table with the following information for each property:
  - Whether the property has a water well(s) or is connected to a public water supply and how this information was obtained (e.g. visual observation, personal contact, telephone conversation, returned postcard, assumed);
  - What the well is used for;
  - Whether the city water department confirmed status of water supply;
  - Whether basements or sumps exist on the property;
  - Whether possible petroleum sources exist on the property; and
  - Property specific comments.

  Attach the map and table to fact sheet #3.24 *Remedial Investigation Report Form.*
- Contact residents, property owners, business owners, etc. within 500 feet of the source to determine whether water wells, basements or sumps exist on each property. Contact consists of either personal contact, telephone conversation, or leaving a stamped, self-addressed postcard or brief letter at each address which, at a minimum, includes:

  - A request for the needed information (including well usage and construction information, if a well is present);
  - A brief explanation that the purpose of the request is to assess the potential risk to nearby water wells and basements from a nearby property (specify) that contains petroleum contamination; and
  - A statement that if no reply is received (specify date) it will be assumed that they have no wells or basements on site.
- Look for and document the location of wells on the properties within the survey area.
- Look for and document the location of subsurface structures, such as basements and utility markers and manholes within the survey area.
- Look for and document the location of obvious surface water features such as creeks, rivers, ponds, and lakes within the survey area.
- Look for and document the location of possible petroleum sources such as underground storage tanks, above ground storage tanks, etc. within the survey area.

### B. Public Water Supply Confirmation

Submit a list of the addresses of all properties within 500 feet of the source to the city utility billing department to confirm the status of water supply to those addresses.

### C. Well Records Search and Review

Review the well log database at the Minnesota Geological Survey for wells within ½ mile of the source to provide information on ground water usage, aquifers, and geology. Include copies of the well logs (or well logs for the nearest 25 wells if there are over 25 within ½ mile) in fact sheet #3.24 *Remedial Investigation Report Form*. If there are no wells within ½ miles of the source, expand the search to 1 mile.

### D. Wellhead Protection Areas/Drinking Water Supply Management Areas

Contact the Minnesota Department of Health (MDH) Drinking Water Hotline (1-800-818-9318) to find out whether the site is within a Drinking Water Supply Management Areas (DWSMA). Sites within DWSMAs are high priority sites. The MDH requests copies of reports and correspondence for sites within DWSMAs.

MDH has also assessed the vulnerability of public water supply wells, and this information (the "phasing list") can be requested via the hotline phone number above.

### E. Risk Evaluation

Information for the water well receptor survey guides the soil and ground water investigation. For example, the geology data from well logs facilitates planning the depth of subsurface investigations in order to assess whether petroleum contamination could be or is migrating to an aquifer or well. If the down gradient plume extent is known, estimate travel times to nearby wells using pore velocity calculations. Collect and analyze water samples from nearby water wells that may have been contaminated.

## II. VAPOR RECEPTOR SURVEY AND RISK EVALUATION

Migrating petroleum vapors can create explosive conditions in structures and utilities. Prolonged exposure to even non-explosive levels of petroleum vapors can impact human health. Perform a

*potential vapor receptor survey and risk evaluation*, as described below in sections A and B at all sites. If the vapor receptor survey and risk evaluation suggest a risk to buildings or structures (and their occupants) then perform a *vapor survey* as outlined in section C.

## A. Vapor Receptor Survey

To complete a vapor receptor survey, identify the location and type of nearby potential vapor receptors. Prepare a map showing the locations and identity of all potential vapor receptors and vapor migration pathways within 500 feet of the source. Potential vapor receptors include basements (especially with sumps), manways, sanitary and storm sewers, fiber optic conduits, and other subsurface structures where petroleum vapors could accumulate. Because the backfill and conduits of subsurface structures such as buried water, electric, telephone, and cable television lines, etc. can act as migration pathways, they must also be identified and their locations mapped. It is very important to identify and map not just water, sewer, etc. main, lateral, and branch lines in the vicinity of the site, but also the on-site service lines connecting site structures to main lines. Service lines often act as conduits or migration pathway for petroleum contamination. Document the available information on the construction (e.g., material, depth, elevations, liquid flow direction, etc.) and condition (e.g., age, cracked, leaking, etc.) of the subsurface structures. Include the vapor receptor maps and subsurface structure construction information and data source in fact sheet #3.24 *Remedial Investigation Report Form*.

Contact city utility departments and other utility companies for information about subsurface structures owned and operated by them. In addition, identify basements (and sumps) during the 500-foot walking survey discussed in Section I.A., above. Contact the local fire department to inquire whether they have knowledge of petroleum vapors complaints or reports in the vicinity of the site. Ask occupants of potentially impacted buildings whether they have smelled petroleum odors.

If high contaminant concentrations in soil or ground water exist adjacent to a habitable subsurface space, such that a risk due to petroleum vapors may be posed, sample the ambient air in that space. Collect an appropriate number of samples under worst case conditions using a self-filling evacuated device (such as a "summa canister"). Analyze the air samples for volatile organic compounds (VOCs) by EPA method 18 (see http://www.epa.gov/ttn/emc/promgate.html) with TIC (tentatively identified compounds) analysis.

## B. Risk Evaluation

If there are potential vapor receptors, use the data to plan the soil and ground water investigation. Utility backfill investigations are discussed in fact sheet 3.19, *Soil and Ground Water Investigations Performed During Remedial Investigations*. Evaluate the data collected from the soil and ground water investigation relative to the locations and types of subsurface pathways and structures. In making this evaluation, consider the following:

- The highest vapor risk settings involve:
  - Sites with free product or ground water with high levels of dissolved volatile petroleum products (Note: while fuel oils are far less explosive, they still pose health risks through inhalation); and

- Ground water that intersects contamination and backfilled utility trenches, sewer lines, and basements (or other confined spaces).

- Vapors migrate along pressure gradients, moving from high to low pressure. Consequently, enclosed structures, e.g. buildings, can be a low pressure point, particularly at times of the year when a furnace is operating. Even buildings without basements draw subsurface vapors. Vapors can migrate in backfill of intact sewer lines.
- The condition and type of storm and sanitary sewer lines can be very important since clay tile sewers or very old sewers with cracks or gaps can allow inflow of free product and ground water.

Discuss the evaluation of vapor risks in fact sheet #3.24 *Investigation Report Form*. If any of the above conditions exist, then perform a vapor survey as described in Section C (below).

## C. Vapor Survey

**If vapor concentrations above 10 percent of the lower explosive limits (LEL) are detected at any time, do not enter buildings or continue the sewer survey.**

| |
|---|
| ***Contact Immediately:*** |
| *Local Fire Department (911) and*<br>*State Duty Officer (24 hours)*<br>*651/649-5451 or 1-800/422-0798*<br>*TDD users call 651/297-5353 or Greater Minnesota TDD 1-800/627-3529* |

If any lower detections are noted on the explosimeter or photoionization detector, call the duty officer. Only a person with proper training, experience and equipment should conduct the survey due to the potential hazards of working with sewers (i.e., sewage, vapors, or traffic) and confined spaces.

When conducting a sewer vapor survey:

- Contact the city utility department. They can provide sewer maps to determine sewer construction, depth, and the direction of sewer flow and assist in locating and opening manholes.
- Contact the local police department or public works department if traffic control is needed. If the vapor survey is near a State Trunk Highway and traffic control is needed, contact MnDOT District personnel.
- Use traffic cones, parked vehicles, or other barriers for safety.
- **Always use an explosimeter <u>before</u> a photoionization detector (PID).** Unsafe conditions may exist if explosimeter readings are above 10%. When it is safe to use a PID, start at the manhole closest to the site. Work upstream and downstream to determine where product or vapors are entering, and the extent of the impacted area. "Crack" each cover first and take readings of oxygen, explosimeter and PID. Repeat measurements at mid-depth and at the waste water level.
- Check the air flow direction from the manhole to determine if dilution is occurring.

- Check water flow direction and collect a water or sewage sample (but do not enter the sewer for this sample). Look for rainbow sheen and check for odors. If there is odor but no product, use a PID to conduct a jar/bag headspace analysis on the water or sewage sample. Consider collecting samples for laboratory analysis if it is important to demonstrate whether and where petroleum contamination is entering a leaking sewer.
- Check all the incoming branches in the sewer, if possible. If odors are detected, continue upstream and downstream even if no product is present. Vapors may travel "upstream" from the source (especially in winter) and therefore may be misleading.
- Check lift stations near the site.

When conducting a building basement vapor survey:

- Interview the building owner and/or occupant to determine the frequency and occurrence of petroleum odors.
- Check buildings and basements which the vapor risk assessment indicates may be impacted, including site basement, using both an explosimeter and PID to take vapor readings. Record names, addresses, and telephone numbers of building owners/occupants.
- Take vapor readings to assess ambient air quality in the basement.
- Check for vapors near basement sewer drains, and near any cracks in the foundation. Carefully check for vapor pockets at covered sumps, building corners, crawl spaces, or in any area of poor air circulation.

**Action is necessary to correct <u>any</u> verifiably detectable vapor impacts in living spaces. Contact the MPCA project manager immediately.**

## III. SURFACE WATER RECEPTOR SURVEY AND RISK EVALUATION

Sites involving spills that flow to a surface water (including wetlands) generally pose the greatest potential impact to surface water quality and, therefore, are most often initially addressed in an emergency response mode. The following procedures pertain to potential surface water impacts via discharge from contaminated ground water. A surface water receptor survey is required for all sites where a limited site investigation is necessary.

### A. Surface Water Receptor Survey

- Identify and prepare a scaled map showing the locations of all surface waters within ¼ mile of the site. Obtain surface water information from a variety of sources, including USGS topographical maps and on-site drive by surveys.
- Identify nearby potential surface water receptors during the 500-foot walking survey discussed in Section I.A., above.

### B. Risk Evaluation

Use the potential surface water receptor to plan sampling locations for the limited site investigation. Evaluate the ground water quality between the site and the surface water by drilling a down gradient soil boring or monitoring well between the site and the surface water. If the boring/well is contaminated, assume contaminated ground water discharges to the surface water. If a discharge is occurring or is assumed to be occurring, determine the discharge rate based on the plume width, plume thickness, hydraulic conductivity, and horizontal gradient. Calculate discharge using the equation in Section 9 of fact sheet #3.24 *Remedial Investigation Report Form*. MPCA staff will

evaluate the need for corrective action based on calculated discharge and Minnesota's surface water rules. Additional detailed information on management of surface water impacts is available in the MPCA Site Remediation Section's guidance document entitled "Surface Water Pathway Evaluation Guidance--User's Guide"(see the web page below).

***Web pages and phone numbers***

| | |
|---|---|
| MPCA staff | http://data.pca.state.mn.us/pca/emplsearch.html |
| MPCA toll free | **1-800-657-3864** |
| LUST web page | http://www.pca.state.mn.us/programs/lust_p.html |
| MPCA Infor. Request | http://www.pca.state.mn.us/about/inforequest.html |
| MPCA VIC program | http://www.pca.state.mn.us/cleanup/vic.html |
| MPCA VPIC program | http://www.pca.state.mn.us/programs/vpic_p.html |
| MPCA SRS guidance documents | http://www.pca.state.mn.us/cleanup/riskbasedoc.html |
| MDH HRLs | http://www.health.state.mn.us/divs/eh/esa/hra/gwcontam/hrltable.html |
| MDH DW hotline | **1-800-818-9318** |
| PetroFund Web Page | http://www.commerce.state.mn.us/mainpf.htm |
| PetroFund Phone | **651-297-1119**, or **1-800-638-0418** |
| **State Duty Officer** | **651-649-5451 or 1-800-422-0798** |

Upon request, this document can be made available in other formats, including Braille, large print and audiotape. TTY users call 651/282-5332 or Greater Minnesota 1-800-657-3864 (voice/TTY).

Printed on recycled paper containing at least 10 percent fibers from paper recycled by consumers.




FIGURE 1
LOCATION OF GROUNDWATER RECEPTOR SURVEY
SHOREHAM FACILITY
EAST SIDE

PREPARED FOR

CANADIAN PACIFIC RAILWAY
MINNEAPOLIS, MINNESOTA

amec
Earth & Environmental

THIS DRAWING IS THE PROPERTY OF AMEC E&E SERVICES, INC.
AND IS NOT TO BE LOANED OR REPRODUCED IN ANY WAY
WITHOUT THE PERMISSION OF AMEC E&E SERVICES INC.

DATE LOGGED ____________
TITLE ____________
BY ____________

amec

August 8, 2002

RECEIVED

AUG 16 2002

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plan for Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology, Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan for detailed characterization of the onsite contaminant plume and associated hydrogeology on the east side of the Shoreham Facility is submitted by AMEC Earth and Environmental (E&E) on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR). The onsite contaminant plume consists primarily of volatile organic compounds (VOCs). A mobile onsite laboratory will produce semi-quantitative VOC analyses that will be used to generate a map of the plume axis and determine the depth to its center.

The planned investigation will include installation and sampling of up to 27 soil borings that will be completed to depths of at least 40 and no more than approximately 150 feet below ground surface (bgs) in the unconsolidated sediments underlying the east side of the Shoreham Facility (the Site). Borings will be advanced using direct-push drilling methods. Water samples will be collected from an initial set of borings (targeting borings) at multiple sampling intervals and submitted to an mobile onsite laboratory to map the plume. Additional borings (measurement borings) will be completed along the axis of the plume and to the depth where the richest concentration of contamination is located, i.e. the center of the plume (the "target interval"). A water sample and soil samples will then be collected from the target interval and submitted to a fixed based laboratory. Following sampling, the target interval will be slug tested. A description of the soil boring locations, sampling, analytical methodology and slug testing is provided below. All procedures and field activities will follow the CPR Standard Operating Procedures (SOPs), except where noted in this work plan, and the Site Specific Quality Assurance Project Plan (QAPP). The attached figure shows the proposed boring locations and Table 1 provides a summary of analytical and quality assurance/quality control (QA/QC) samples to be collected.


AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423
www.amec.com

## *Purpose of Investigation*

Groundwater under the east side of the Shoreham Facility contains solvent contamination that is migrating downstream as a coherent plume. This contaminant plume contains solvents in concentrations that exceed Minnesota's Health Risk Limits (HRLs) for groundwater. The plume has migrated beyond the boundaries of the Shoreham Facility and will need to be addressed as a central element of site remediation. Locating the flow axis of the contaminant plume and establishing the hydrologic and chemical characteristics of the geologic media along the flow path are fundamental requirements for groundwater remediation. For example, demonstrations of plume stability are only relevant when based on concentrations along the plume axis. Such demonstrations are essential for remediation by natural attenuation. In addition, determining the age and rate of transport of the plume are important for selecting groundwater remediation technologies, locating and sizing recovery wells, and developing the overall design of remedial systems. Establishing the age of the plume is a key factor for determining whether or not natural attenuation or enhanced biodegradation could be cost-effective remedial measures.

Based on these data needs the primary objectives of this investigation are as follows:

- Locate the approximate flow axis and depth to the center of the plume over a significant length of the contaminant plume.
- Measure the grain size, total organic carbon content (TOC), and hydraulic conductivity of the sediments along the flow path.
- Identify the chemical compound within the contaminant plume that is most likely to travel with minimum impedance through the sediments (the "target compound").
- Measure the concentration of the target compound and other chlorinated solvents along the flow path.
- Project the offsite course of the groundwater plume so that potential locations for downstream "sentinel monitoring wells" -as described by the Minnesota Pollution Control Agency's (MPCA's) "Guidance for Natural Attenuation of Chlorinated Solvents in Ground Water"- can be identified.

## *Scope of Work*

### Background

The approximate flow path of the contaminant plume has been mapped using the dissolved concentrations of several chlorinated compounds as a basis (See the "Phase II Supplemental Remedial Investigation Report": IT Corporation (IT), May 2001). The chemical data have been interpreted to show an S-shaped flow path. As currently interpreted, the plume starts at the former Ashland lease area. Initially, it flows southwestward (intersecting monitoring well MW-21A), then it curves back around to the southeast (intersecting the MW00-43 well nest) and flows to the southeast corner of the Property. The flow path is then interpreted to enter the buried bedrock valley located east and south of the Site, which may cause offsite transport to change direction and trend southwestward toward the Mississippi River.

Although the contaminant plume may also be present in the buried valley east of the Site, no investigation will take place to the east of the Shoreham Facility property boundary due to practical considerations associated with drilling in Central Avenue.

**Investigation Area**

The section of flow path primarily situated between MW-21A and the MW00-43 well nest in the unconsolidated sediments beneath the Site will be investigated in this effort (see attached figure). This section is more than 500 feet long, and chlorinated contamination is documented at reliably measurable concentrations at both ends of the segment. The bottom-screen elevation at which contaminated groundwater has been sampled at MW-21A is approximately 801 feet mean sea level (msl), a depth of about 55 feet bgs. The elevation at which contaminated groundwater has been sampled at the MW00-43 well nest includes the interval between approximately 810 feet msl to 685 feet msl, or a depth of 45 feet to 170 feet bgs.

**Overview of Investigation**

Previously constructed contaminant plume maps will be used to estimate the approximate course of the onsite flow path. This estimate will be refined using a series of targeting borings to establish both the lateral and vertical centers of the contaminant plume. After establishing the approximate location of the center of the flow path, a series of measurement borings will be installed along the center of the flow path and completed to the appropriate depth.

**Targeting Borings**

To determine the vertical and horizontal center of the contaminant plume and locate alignment and completion depths of measurement borings, a series of three to five targeting borings will be installed in three transects transverse to the onsite flow path. The initial set of targeting borings will be located upstream from the MW00-43 well nest in the approximate position shown in the attached figure. This southernmost transect will be completed as close as practical to the MW00-43 nest . Practical considerations will include assuring continuity of the contaminant plume to the MW00-43 nest, and constraining the depth required to reach the target interval. Constraining the depth of the southern borings is important to cost control because well nest MW00-43 is located on the sidewall of the buried valley. The sidewalls of the valley are steep, and the target interval at the location of the MW00-43 well nest could easily exceed 100 feet bgs, whereas the target interval of a location several tens of feet to the north or west of MW00-43 could be as shallow as 65 feet bgs. The second transect will be installed at the approximate latitude of MW-21A and the third transect will be installed midway between the northern and southern transects. The plume axis and target intervals along these transects are expected to lie away from the buried valley, and so the need to take measures to constrain boring depths is not generally anticipated.

The depth of the targeting borings will be determined in the field but could be over 100 feet bgs on the south and east portions of the investigation area. However, based on the current understanding of plume geometry the operating assumption is that the vertical center of the plume will likely be within the till sand which generally extends to approximately 50 feet bgs and/or outwash immediately below the till. This would likely result in targeting borings being advanced on average approximately 60 to 70 feet bgs. It is anticipated that the first targeting boring in each transect will be the deepest, and that results from downhole measurements of contamination in those borings will guide the depth that subsequent borings need to be drilled. If bedrock (St. Peter Sandstone) is intercepted by any of the targeting borings drilling will stop since this investigation is scoped to investigate the plume and formation characteristics along the flow path in the unconsolidated deposits only, and advancement of the Geoprobe® drill string will become difficult. The lateral spacing between targeting borings are depicted at

approximately 60 to 80 feet in the attached figure but are subject to change based on field conditions.

Targeting borings will be drilled with a Geoprobe® 6600 Truck-Mounted drill rig (or equivalent) equipped with the "Matrix Screened Point 15 Groundwater Sampler" (or equivalent) mounted on 1.5-inch diameter drill rods. This drilling assembly has the ability to attain depths up to 150 feet bgs.

The borings will be advanced by pushing the referenced sampler to a specified depth, exposing the screen to the formation, developing the screen and collecting a water sample for analysis. The water sample will be submitted to the mobile onsite laboratory and tested for VOCs. Following water sample collection the drill string will be extracted from the hole, the screen will be reset in the sampler, and the drill string assembly and sampler will then be driven to the next sampling interval where the development and sampling process will be repeated. Sampling will begin at or just below the water table and proceed downward until it is determined that the highest concentrations in the plume at the targeting boring location have been penetrated. A maximum of five intervals will be sampled in each targeting borehole to produce a contaminant profile.

The Screened Point 15 Groundwater Sampler, which utilizes a single tube push method, is preferred over the dual tube method specified in the CPR SOP for target boring installation in this investigation. This method is preferred because it alleviates the problem of heaving sand inherent with the dual tube method when sampling at multiple intervals at depth below the water table, and it has greater depth capability due to the smaller diameter of the tools.

The potential for sand to heave into the dual tube drill string is caused by the fact that operation of the dual tube system requires extraction of the sampling string in order to advance the boring. When the sampling string is extracted below the water table, the greater water pressure outside the hole causes formation water to flow up into the borehole through the unsealed bottom of the hole. When this inflow occurs in non-cohesive sediments, soil materials are entrained in the inflowing water and partially fill the borehole. The sediments are referred to as "heaving sands." When the volume of heaving sands is significant, the sands can cause the drill string to become stuck. In order to continue the boring, the driller must remove the outer casing, clean out the hole, and then continue. This process is both time consuming, and it defeats the purpose of the dual tube system. Alternatively, the driller may introduce a significant quantity of deionized water into the drill stem when removing the inner drill string for sampling. The weight of the column of deionized water equalizes the hydrostatic pressure inside and outside the outer casing, and no inflow occurs. However, if not totally removed prior to sampling, introducing the column of distilled water may compromise the analytical results from water samples submitted for analysis.

This investigation will take place in areas where soils have been characterized and have shown no significant contamination above the water table (See Figures 4-16 A-Y of the "Phase II Supplemental Remedial Investigation Report": IT Corp; May 2001.) For this reason, the potential for cross-contamination is negligible and the use of the well-established, single drill string push technology is warranted.

**Measurement Borings**

After determining the approximate lateral and vertical center of the flow path with the targeting borings, one measurement boring will be installed at the center of the plume position identified

in each targeting boring transect. The measurement borings will be located close to, but upgradient from, the targeting borings.

Measurement borings will be drilled with the Geoprobe® 6600 Truck-Mounted drill rig (or equivalent) equipped with the Geoprobe® Dual Tube DT21 Groundwater Profiler which utilizes a 2.125-inch outer casing with cutting shoe and an inner 1-inch diameter rod and screen assembly. This drill tool assembly has the capability of reaching depths up to 100 feet.

Measurement borings will be advanced to the vertical and horizontal center of the plume and the screen will be exposed to the formation and developed. Following development, a water sample will be collected for analysis and submitted to Enchem Inc., Madison, Wisconsin. The water sample will be analyzed for volatile organic compounds (VOCs) and semi-volatile organic compounds (SVOCs). After sampling, the water level will be allowed to stabilize, and a slug test or tests will be performed using the Geoprobe® Pneumatic Slug Test Kit to measure the hydraulic conductivity of the screened zone.

During installation, each measurement boring will be continuously logged to record the geology and apparent depth to groundwater. Other pertinent observations, such as the presence of odor or staining, will also be recorded. Soil samples obtained from the center of plume depth interval will be collected for grain size determination and TOC.

After the measurement borings located along the transects are completed, additional measurement borings will be installed on projections along the center of the plume between the transects, and north of the northernmost transect a distance of approximately 100 feet (attached figure). These borings will be sampled and slug tested as described above. A total of up to 12 measurement borings is anticipated.

If the target interval cannot be reached in the measurement borings using the dual tube method an alternate drilling method such as hollow stem auger or rotosonic drilling will be utilized with installation of monitoring wells to allow for collection of water and soil samples and slug testing of the target interval.

**Analytical Testing**

Table 1 provides a summary of analytical and QA/QC samples to be collected as part of this investigation. Groundwater analytical samples collected from targeting borings will be analyzed using the mobile onsite laboratory, which will be equipped with a purge and trap gas chromatograph (GC). The lab will be certified with the MPCA and will be used to provide quick-turn analytical results for mapping of the plume during target boring installation. Samples will be tested for VOCs using Modified EPA Method 8021/Modified MDH 465F. The data obtained from the mobile lab should provide analytical results for individual VOCs on the Modified EPA Method 8021/Modified MDH 465F list (Table 2) that can be used collectively (as total VOCs) to determine the vertical and horizontal location of the center of the plume. The analytical results will be used as a screening tool and therefore are required to be sufficiently accurate to identify the plume extent where it exists above applicable groundwater criteria and determine the location of the highest concentrations of VOCs in the groundwater within the body of the plume. This is analogous to the plume center or target interval. The mobile onsite lab should therefore be capable of detecting individual VOCs identified as chemicals of concern (COCs) in the "Phase II Supplemental Remedial Investigation Report": IT Corp; May 2001, at levels equivalent to five times the applicable groundwater criteria. This means that the practical quantitation limit (PQL) for each of these compounds should be within a factor of five times the Health Risk Limit (HRL), Health Based Value (HBV), or the Maximum Contaminant Level (MCL). The mobile

onsite laboratory will at a minimum adhere to the MPCA Memorandum "Minimal Requirements for Mobile Laboratories Operating in Minnesota for Minnesota Pollution Control Agency Sites," February 9, 2000 describing the MPCA minimal QA/QC standards for mobile laboratories (Attachment A).

All groundwater samples collected from measurement borings will be submitted to En Chem Inc., Madison, Wisconsin and analyzed for VOCs and SVOCs using EPA Methods 8260B and 8270C. Soil samples collected from measurement borings will be tested for TOC and grain size analysis. TOC samples will be submitted to En Chem and analyzed via Method SW-846 9060M. Grain size analysis samples will be submitted to Braun Intertec, Minneapolis, Minnesota.

**Abandonment of Borings and Investigation Derived Waste (IDW)**
All borings will be abandoned in accordance with Minnesota Department of Health (MDH) rules. All IDW (soil and groundwater and decontamination water) will be drummed and stored onsite, pending analysis. After analyses are received, IDW will be appropriately disposed.

**Reporting**
Subsequent to completion of field work and receipt of analytical results a report will be prepared which describes the equipment and field protocols used to complete the work, and significant observations made in the field. The report will also contain maps locating the Site, the location of all borings, and a cross-section diagram that illustrates the stratigraphy and position of the contaminant plume along the flow axis. All pertinent data will be reported in tables that accompany the report.

**Schedule**
The Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology Investigation will be conducted after August 26, 2002. It is anticipated that the field program will require approximately six weeks to complete.

If you have any questions, comments or concerns, please contact me at 612.252.3657 or Joe Renier at 612.252.3669.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com
TB/tb

cc: Ms. LeeAnn Thomas – Canadian Pacific Railway
Mr. Daniel Colton – Leonard, Street and Deinard