amec

October 08, 2002

RECEIVED

OCT 10 2002

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Supplementing the Letter Work Plan for a Groundwater Receptor Survey at the VIC Site, VP 5080, Former Ashland Lease Area, and the Work Plan for Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology, Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter responds to comments and questions received from and discussed with the MPCA on the above referenced work plans which were provided on September 13, 2002 in an MPCA e-mail to AMEC which is enclosed as Attachment 1. The topics include:

**Groundwater Receptor Survey Work Plan**

- Guidance document reference in Paragraph 2 of the work plan
- Billing check on the addresses between 27th and 26th Avenues NE and 6th Street NE and Polk street NE
- Minnesota Geological Survey well location maps
- Trajectory of groundwater flow path to the Mississippi River and consideration of river production intake locations

**Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology Work Plan**

- Identification of the onsite lab
- Vertical sampling intervals for Target Borings
- Copy of the QAPP
- Age of the plume
- Natural attenuation
- "S"-shaped plume
- Development of the screen in the Target Borings
- Soil contamination and potential cross-contamination
- SOP for the Geoprobe® pneumatic slug test kit
- Boring logs


AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423
www.amec.com

A summary of our response to each of these topics is provided below.

***Regarding Review Comments on the Groundwater Receptor Survey Work Plan***

- It is noted that VIC uses the "Groundwater Guidance Document" as a conceptual guide for conducting groundwater risk evaluations and receptor surveys and that MPCA's LUST Fact Sheet 3.20 is used as an ancillary guide.
- A billing check of the addresses between 27th and 26th Avenues NE and 6th Street NE and Polk Street NE will be included in the billing check.
- In addition to updating the survey area using the County Well Index (CWI) v. 4.01, well location maps available at the Minnesota Geological Survey will be checked.
- As part of the receptor survey AMEC will estimate the trajectory of the groundwater flow path to the Mississippi River and verify river production intake locations.

Another topic discussed with the MPCA regards contacting property owners or occupants about well information. The work plan states that property owners wll be contacted by letter. If no response to the letter is received the property owner will be contacted by phone and an appointment will be made for a visit. The MPCA agreed that this procedure can be modified and that AMEC will contact the property owner by letter and no additional follow-up will be conducted if a response to the letter is not received.

***Regarding Review Comments on the Detailed Characterization of the Onsite Plume and Associated Hydrogeology Work Plan***

- The onsite lab will be supplied by Matrix Environmental, LLC located in Osseo, MN.
- Vertical groundwater sampling intervals for the Target Borings will be determined based on plume depth with a maximum of 5 sample intervals per boring as stated in the work plan. It is anticipated that the sampling interval for Target Borings less than 80 feet in depth will be on the order of 10 feet. For deeper Target Borings the sampling interval will be more widely spaced, depending on total depth and the thickness of the plume.
- A copy of the Shoreham Facility QAPP has been forwarded to the MPCA.
- Determining the age of the plume is helpful in assessing the potential for natural attenuation as a remedial remedy. It will also aid in assessing the geochemical profile of the plume which will assist in evaluation of alternative remedial technologies in a feasibility study.
- Natural attenuation is mentioned in the work plan simply as a potential groundwater remedial remedy.
- This investigation is intended to characterize the plume in unconsolidated deposits onsite. The apparent "S"-shape of the plume results from "NDs" or low concentrations of contaminants in wells MW-40T and MW-40MS (which are both shallow and deep, respectively) compared to MW-21A, MW-403D, and the MW-43T/BR well nest. This suggests transport of contaminants to the west and southwest from the Lease Area and then to the south around the MW-40T/MS well nest and finally to the southeast through


AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423
www.amec.com

the MW-43T/BR well nest in both the shallow and deep flow horizons. It also may be that the plume is migrating through the MW40T/MS well nest location at an intermediate depth and therefore the plume is not "S"-shaped. It is agreed that the "S"-shaped flow path does correspond most closely to that depicted in groundwater contour plots constructed for shallow groundwater flow beneath the site area. Deep groundwater flow plots essentially north-south or to the southeast immediately south of the Lease Area. Results of this investigation will help to determine whether or not the plume is "S" shaped by providing an onsite plume profile.

- Development of Target Borings will consist of purging at least one casing/screen volume and any water introduced during the drilling process prior to collecting a sample. Reasons for development include reducing turbidity, removing any water introduced during the drilling process and establishing a degree of stabilization prior to sample collection.

Purging and sampling of Targeting Borings will be accomplished using tubing fitted with a check valve. Assuming a casing volume of 0.016 gallons per foot and a depth of 70 feet (30 feet of saturated material penetrated) only 0.5 gallons (assuming 1 casing/screen volume) and any water introduced would be purged prior to sample collection.

Measurement borings will be developed by purging and surging with a 1-inch diameter bailer. In the development process a volume of water equivalent to at least 3-times the volume contained in the dual tube casing/screen string (well) and the volume of water introduced during the drilling process into the hydrostratigraphic unit screened will be removed. During the development process the bailer will be used to intermittently surge the well to aid in removal of fines. No monitoring for turbidity will be conducted since the screen will not be completed in a gravel pack and development to less than 5 Nephelometric Turbidity Units (NTUs) could therefore require an impractical amount of time.

Following development and prior to sampling the well will be purged with a bailer or bladder pump until three successive one well volume intervals are obtained with readings of specific conductance, pH, and temperature within the following ranges:

- Specific conductance (temperature corrected): ± 5% of reading range
- PH: ± 0.1 pH unit
- Temperature: ± 0.5 C (0.9F)

A minimum of three and a maximum of five well volumes will be purged prior to sampling unless the well bails dry. Sampling will accomplished with the weighted Teflon bailer or with a bladder pump.

- If soil contamination is evident the MPCA will be contacted.
- The SOP for the Geoprobe® pneumatic slug test kit is included in the CPR SOP (AMEC, July 2000).


AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

- Soil will not be logged for the Target Borings (only groundwater samples will be collected) so boring logs will not be produced. Depths of Target Borings, sampling intervals and drilling method will be documented in the report. As discussed with the MPCA, soil will be logged in Measurement Borings only through the till and at the target sampling interval instead of continuously as stated in the work plan.

If you have any questions, comments or concerns, please contact me at 612.252.3657 or Joe Renier at 612.252.3669.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com
TB/tb

cc: Ms. LeeAnn Thomas – Canadian Pacific Railway
Mr. Daniel Colton – Leonard, Street and Deinard