DATE LOGGED ______
TITLE ______
______
BY ______

amec

October 28, 2002

RECEIVED

OCT 29 2002

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 551554194

**Re: Letter Work Plan for Investigation of Hydrology and Extent of Contamination in the Prairie du Chien Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is submitted by AMEC Earth & Environmental (E&E) in response to MPCA's request that Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) further delineate the groundwater contamination associated with the above referenced Site on the CPR Shoreham Facility Property (Property). Groundwater contamination associated with the Site is documented in the Phase II Supplemental Remedial Investigation Report (IT Corporation, May 2001). This investigation is proposed to characterize the hydrogeology and delineate groundwater contamination in the Ordovician Prairie du Chien Dolomite (OPD) which underlies unconsolidated deposits and the St. Peter Sandstone (where present) beneath the Site and surrounding area.

In order to further define hydrogeology and the extent of groundwater contamination in the OPD a total of up to 8 wells will be installed and sampled. The 8 wells will include 2 wells that will be completed at locations where well nests in the unconsolidated deposits overlying the OPD already exist. Six of the the remaining wells will be installed at locations where nested wells do not exist. A description of new well locations, construction, estimated depths and rationale for well placement is provided below. Figure 1 illustrates the first six of these new OPD well locations. The seventh and eight well locations will be determined after results are obtained from the first six OPD well locations

Currently, one well (MW02–01–OPD) has been screened in the OPD at the Site. This well was completed in May 2002 at the southeast corner of the Property. It was nested with the existing MW00-43T/BR well nest. At the MW02–01–OPD location, groundwater analytical results indicate that the OPD has been impacted by solvents that have been detected at much higher concentrations in soil and groundwater underlying the former Ashland Lease Area.

CPR-0111-1
AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

## *Well Locations*

**Position 1**
An OPD well is proposed to be installed in St. Anthony Cemetery south of the Site adjacent to monitoring well nest MW02–46 which is shown in Figure 1. This well will be completed to determine the southern offsite extent of the solvent plume in the OPD south of the Site where the buried bedrock valley that is present east of the Site turns from a southerly trend to a southwesterly trend toward the Mississippi River.

**Position 2**
An OPD well is proposed to be completed on the southeast corner of 29th Avenue Northeast (NE) and Central Avenue NE and nested with existing well nest MW02–03. This well will be installed to characterize groundwater quality in the OPD immediately southeast of the solvent plume source area below the bedrock valley present east of the Site.

**Position 3**
An OPD well is proposed to be completed on the west side of the intersection of 31st Avenue NE and Central Avenue NE. This well will be completed to determine upgradient groundwater quality in the OPD north of the solvent plume source area.

**Position 4**
An OPD well is proposed to be completed in the solvent plume source area within the former Ashland Lease Area. This well will be installed to characterize groundwater quality in the OPD below the solvent plume source area.

**Position 5**
An OPD well is proposed to be completed west of St. Anthony Cemetery located north of the intersection of 27th Avenue NE and Jefferson Street NE at the location shown in Figure 1. This well will provide stratigraphic and groundwater flow direction control for the OPD. It provides a western control point.

**Position 6**
An OPD well is proposed to be completed approximately 1.5 blocks south of soil boring SB02–05 as shown in Figure 1. However, an evaluation of potential site access will be required to determine if well installation at this location is possible. Soil boring SB02–05 encountered St. Peter Sandstone at 85 feet below ground surface (bgs) indicating SB02–05 is not located within the bedrock valley south of the Property. Our current understanding is that the bedrock valley is located south of soil boring SB02–05 at the proposed Position 6 location. This well will be completed to characterize groundwater quality in the OPD beneath the bedrock valley.

**Positions 7 and 8**
Two additional OPD wells will be located after stratigraphic and groundwater quality and flow direction relationships have been determined from observations in the newly installed OPD wells.

## *Well Design/Construction*

The proposed wells will be constructed as shown in Figure 2. For each well a 6–inch diameter low carbon steel (LCS) isolation casing will be set through the unconsolidated deposits and/or St. Peter Sandstone approximately 5 feet into the top of the competent OPD. This casing will either be driven via rotosonic drilling techniques or drilled via mud–rotary techniques and

pressure grouted to the ground surface in a minimum 10–inch diameter borehole. In wells that are completed at existing well nests where the stratigraphy above the OPD is known (Positions 1 and 2) the borehole will be blind drilled to the top of the OPD. In wells completed where the stratigraphy above the OPD has not been characterized and mud–rotary techniques are used, a pilot–hole will be drilled using rotosonic techniques prior to completing the 10-inch diameter borehole to allow for logging and/or soil sample collection.

At Position 4 it is expected that significant soil contamination and free product on the water table will be encountered. For this location and any other location where this occurs an additional outer isolation casing will be installed through the contamination and grouted in place prior to installation of the 6inch isolation casing. This will consist of a minimum 10-inch diameter LCS casing installed in a minimum 14–inch diameter borehole.

Once the 6–inch isolation casing is set, a nominal 6-inch diameter borehole will be drilled into the OPD to total depth. The 6-inch borehole in the OPD will be drilled with a 4-inch diameter diamond–core bit and then will be reamed to 6 inches or drilled using rotosonic techniques. An inner string consisting of 2–inch diameter stainless steel continuous wire–wrapped well screen (20 feet) and 2–inch diameter LCS casing will then be set and gravel packed inside the 6-inch diameter borehole and pressure grouted from the top of the gravel pack through the 6–inch isolation casing to the ground surface.

An attempt will be made to screen all of the proposed OPD wells in the most permeable zone within the Shakopee Formation that constitutes the upper portion of the OPD. Based on regional stratigraphy the most permeable horizon in the Shakopee Formation is likely to exist from approximately 220 feet bgs to 240 feet bgs assuming the ground surface is approximately 855 feet above mean sea level (MSL). Existing OPD well MW02–01–OPD was installed to a depth of 240 feet bgs.

### *Well Development/Sampling/Slug Testing*

Subsequent to well construction each well will be developed, slug tested and sampled (groundwater) for VOCs, semi–volatile organic compounds (SVOCs), diesel range organics (DRO), gasoline range organics (GRO), arsenic and lead following the procedures utilized in the Phase II Supplemental Remedial Investigation (CY 2000 Investigation) documented in the Phase II Supplemental Remedial Investigation Report (IT Corporation, May 2001). Soil analytical samples may also be collected at the proposed well locations from intervals where evidence of contamination exists. Soil samples will be collected using the same techniques employed in the CY 2000 Investigation and will be analyzed for the same parameters that are specified for groundwater. Additional soil samples will be collected from the screen zone of each well (if the samples are comprised of unconsolidated sediments such as detritus which has filled fractures or solution cavities) and tested for total organic carbon (TOC), grain size and VOCs. All development, sampling, analytical and slug testing procedures will follow the CPR Standard Operating Procedures (SOPs) and the Site Specific Quality Assurance Project Plan (QAPP).

### *Reporting*

Subsequent to completion of the field effort and receipt of analytical results a report will be prepared following the format used in the CY 2000 Investigation Report that will present and interpret the newly acquired geologic, hydrologic and analytical data.

***Schedule***
Well installation field activities are scheduled to begin in November 2002 and will continue into 2003. The first OPD well to be installed will be at Position 1 in St. Anthony Cemetery.

Please call if you have any questions or comments on this proposed scope of work.

Sincerely,

Thomas B. Bader, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
Email: tom.bader@amec.com
TB/tb

cc: Ms. LeeAnn Thomas, Canadian Pacific Railway
Mr. Daniel Colton, Leonard Street & Deinard