amec

April 4, 2003

RECEIVED

APR 04 2003

MPCA, MAR Division
Petroleum & Landfill Remediation Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plans for 2003 On and Off-Site Investigations (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

Enclosed are copies of the following letter work plans:

- Third Supplemental Letter Work Plan, Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN
- Supplemental Letter Work Plan for Investigation of Flow Directions and Contamination in Groundwater in the Shallow Prairie du Chien Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN
- Second Supplemental Letter Work Plan for Investigation of the Off-Site Extent of Groundwater Contamination in the Unconfined Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN

The Detailed Characterization of the Onsite Contaminant Plume and Associated Hydrogeology (Detailed Plume Investigation) is proposed to begin first. A portion of the Investigation of Flow Directions and Contamination in Groundwater in the Shallow Prairie du Chien Aquifer (OPD Investigation) will begin concurrently with the Detailed Plume Investigation with site access already obtained for two proposed well locations. The Investigation of the Off-Site Extent of Groundwater Contamination in the Unconfined Aquifer (Off-Site Unconfined Investigation) is proposed to begin during the above investigations because access will have to be gained for most drilling locations.

AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

Please call if you have any questions.

Sincerely,

Thomas B. Bader, PG
Project Manager

Direct Tel.: 612.252.3657
Cell: 651.303.3606
Direct Fax: 612.332.2423
E-mail: tom.bader@amec.com

TB/tb