# MINNESOTA POLLUTION CONTROL AGENCY
# SOO LINE SHOREHAM YARD SITE (VP5080)
# REQUEST TO CANADIAN PACIFIC RAILWAY TO CONDUCT INTERIM RESPONSE ACTIONS
# DECEMBER 15, 2003

## I. SITE BACKGROUND

The Soo Line Shoreham Yard VIC site (the Site, MPCA Project Number VP5080) includes approximately 24 acres of the 230 acres Shoreham Yard Railroad Facility (the Facility) located in northeast Minneapolis at 2800 Central Avenue NE. The Facility is bounded by Central Avenue on the east, University Avenue on the west, lies north of 27th Avenue NE, and south of St. Anthony Blvd. The Facility has served as a railroad yard since the late 1800's and has historically housed a variety of railroad operations including an office, a rail switching facility, storage buildings, a car repair shop, a machine shop, refueling areas, and a waste reclamation building. The Facility is owned by the Canadian Pacific Railway (CPR), the voluntary party for the VIC Site.

Historical activities by tenants at the Facility has included wood treating and barrel conditioning (Dworsky Barrel VIC site), a bulk oil facility and gas stations (Murphy Oil at northern part of Area A), and a chemical blending facility (Ashland Chemical at the southern half of Area A). A detailed history of the Site is provided in the 1999 Braun Intertec Phase I ESA. The Site has been divided into 6 main areas listed below and illustrated on the attached figure (Figure 1):

Area A: Lease Area
Area B: Collector Pan Area
Area C: Round House Area
Area D: Ice House Area
Area E: Waste Reclamation Area
Area F: Pumphouse Area

The Site geology based on extensive investigations conducted by CPR, includes the following stratigraphic units from top to bottom: 1) surficial fill (4 to 10 feet thick); 2) Alluvium (10 to 40 feet thick); 3) Till (7 to 32 feet thick); 4) Outwash; 5) the St. Peter Sandstone (including upper sands and lower mudstone units); and 6) the Prairie du Chien Dolomite. The water table is approximately 40 to 45 feet below the surface and usually occurs in either the glacial Till or the alluvial unit. The glacial Till is missing in the northern portion of the Site. The Site geology is characterized by a steep bedrock valley which crosses the eastern portion of the Site from a northeast-southwest direction in which the St. Peter Sandstone and locally the upper portion of the Prairie du Chien has been eroded with thick Outwash glacial sands filling much of the bedrock valley above the Prairie du Chien. A cross-section illustrating the geologic units along the eastern part of the Site is presented as Figure 2.

The Site was initially administered within the MPCA Tanks and Spills Program until 1994 when the Site was transferred to the MPCA VIC Program after discovery of chlorinated solvents in the ground water of Areas A and B. Since the discovery of the historical releases of chlorinated solvents and other bulk chemical releases at the former Lease Area, Canadian Pacific Railway (CPR) has conducted numerous soil, ground water and hydrogeologic investigations. These investigations have identified significant soil contamination in all of the glacial units overlying the bedrock formations and has identified the presence of ground water contamination in the glacial aquifers (e.g. the Till, Alluvium, and Outwash units) and in both the St. Peter Sandstone and the Prairie du Chien Dolomite. CPR entered litigation with their former tenants, Ashland Chemical and Murphy Oil, in 2001, for cost recovery purposes, after discovery of significant soil and ground water contamination at Area A believed to be attributed to these two parties. Site investigations conducted by CPR over the past two years has included a) a vapor risk survey; b) a passive soil gas survey; c) a detailed onsite plume investigation; d) an offsite unconsolidated aquifer investigation; e) an offsite bedrock aquifer investigation; f) geophysical investigations; g) a ground water receptor survey; h) and a detailed unsaturated and saturated soils investigation in the former Lease Area and vicinity.

## II. SOURCE AREAS REQUIRING ACTIVE REMEDIATION

1. VOC CONTAMINATED SOILS AT FORMER ASHLAND LEASE AREA
An area of significant VOC soil contamination in the former Lease Area (Area A) was identified at the Site during the Year 2000 investigation. This area has been further characterized as part of investigations conducted by CPR during 2002-2003. This soil impacted area has dimensions of approximately 250x65-ft. by 50 ft. deep and is situated at Area A, beneath former ASTs used by both Rocket Products and Ashland Chemical. This area of the Site represents the most significant area of soil contamination identified at the Site to date. Ashland Chemical reportedly used the chemicals listed below in Table 1, onsite as part of a chemical blending facility which they operated there from 1973-1983.

TABLE 1: CHEMICALS USED AT ASHLAND LEASE AREA

| | |
|---|---|
| Lacquer thinner | Isopropyl alcohol |
| Mineral spirits | Xylol |
| Toluol | Acetone |
| VM & P (varnish makers and painters solvent) | Lacquer diluent |
| Styrene | Trichloroethylene (TCE) |
| Trichloroethane (TCA) | Dichloroethene (DCE) |
| Dichloroethane (DCA) | Tetrachloroethene (PCE) |
| Methylene chloride | Naphthalene |

Some of the chemicals in Table 1 were reportedly also used by Rocket Products prior to Ashland Chemical occupying the southern part of Area A in 1973. Soils within the former Lease Area, particular beneath former ASTs are contaminated with the following compounds of concern (COCs) and locally exceed either their respective soil reference

value (SRV) or soil leaching value (SLV) or both. Table 2, below, provides a list of the most significant soil COCs in this area and their maximum soil concentrations.

Two figures (Figures 3 and 4) illustrating the location of the former ASTs of the Lease Area, and PCE concentrations of soils from this area (from 11/10/03 Data Submittal) is attached. The results suggest that significant releases of Xylenes, Ethylbenzene, Toluene, Naphthalene, PCE, TCE, TCA, DCE, Styrene, Mineral Sprits and Acetone have occurred at the former Lease Area. Of the compounds identified, the following compounds are near or above estimates of their respective soil saturation concentrations (as estimated using Tier 1 SLV soil default values): Naphthalene, Ethyl benzene, Tetrachloroethylene, and Xylenes, which is indicative of the potential for associated non-aqueous phase liquids (NAPL) to exist.

TABLE 2: COMPOUNDS OF CONCERN AT ASHLAND LEASE AREA
(with maximum concentrations in mg/kg)

| | |
|---|---|
| 2-Methylphenol (2.1) | 4-Methylphenol (0.6) |
| Naphthalene (290) | Isopropyl benzene (70) |
| Bis(2-ethylhexyl) phthalate (120) | Benzene (1.2) |
| Ethyl benzene (1300) | Xylenes (6400) |
| Toluene (36) | 1,2,4-Trimethylbenzene (650) |
| 1,3,5-Trimethylbenzene (76) | Styrene (330) |
| Acetone (12) | MIBK (60) |
| Methylene Chloride (6) | Trichloroethylene (190) |
| 1,1,1-Trichloroethane (75) | 1,1,2-Trichloroethane (19) |
| Tetrachloroethylene (530) | Cis-1,2-Dichloroethylene (26) |
| 1,1-Dichloroethane (3.4) | 1,2-Dichloroethane (0.9) |

2. FREE PRODUCT (NAPL) – FORMER ASHLAND LEASE AREA, COLLECTOR PAN AREA, AND PUMPHOUSE AREA

Free product has been identified as Light NAPL (LNAPL) floating product, in the Lease Area, the Collector Pan Area, and in the Pumphouse Area. A figure illustrating the location of the wells (from the May 2001, "Phase II Supplemental Remedial Investigation Report" (Year 2000 Report)) is attached (Figure 5). The greatest thickness of product has been measured in MW-402D (almost 16-ft.), and this product and related product distribution in the Lease Area is thought to be stratigraphically trapped within the Outwash sands and beneath the Till and laminated Lacustrine unit.

A summary of the wells in which NAPL has been measured at the Site and maximum thicknesses reported are summarized in Table 3.

In the Collector Pan and Ashland Lease Areas the product consists of a mixture of solvents and petroleum related compounds. The product in MW-2 is thought to be only petroleum related, however product in the other wells in this vicinity of the Lease Area are believed to be a mixture of petroleum and solvents. The total area of this east-side product was estimated in the Year 2000 Report at 80,000 sf. The contaminants in this east side include compounds less dense than water (e.g. xylene, toluene, benzene, TMB, and naphthalene) and other compounds than are denser than water (e.g. TCE, TCA, DCE,

and PCE). The Year 2000 Report estimates that the minimum area for free product extent on the water table in the vicinity of MW-402-D is 7500 sf. If this area contained in the center a thickness of 5 feet with thinning edges, an estimate of the maximum volume of free-phase product would be 21,000 gallons, according to this report. The product in the Pumphouse Area to the west is believed to be principally diesel fuel. This western area of product is estimated at approximately 70,000 sf.

TABLE 3: MAXIMUM THICKNESS OF FREE PRODUCT REPORTED IN WELLS

| Wells with Free Product | Location[1] | Maximum Thickness Reported (Feet)[2] | Max. Thickness Reported (Feet)[3] |
|---|---|---|---|
| MW-3 | PH | 6.81 | 7.87 |
| MW-601 | PH | 0.96 | 1.23 |
| MW-602 | PH | 1.59 | NP |
| MW-603 | PH | 1.91 | 0.84 |
| MW-301 | PH | 0.12 | 0.08 |
| MW-308 | PH | 5.45 | 0.08 |
| | | | |
| MW-2 | CP | 2.47 | 2.98 |
| MW-309 | CP | 0.84 | 0.37 |
| MW-310 | CP | 0.01 | NP |
| MW-317 | East LA | 2.96 | 0.25 |
| MW-318 | CP/LA | 0.17 | 0.32 |
| MW-402D | LA | 14.92 | 15.86 |

[1] CP=Collector Pan Area; PH=Pumphouse Area; East LA=East of Lease Area
[2]Reported in Phase II Supplemental Remedial Investigation Report, May 2001 (Year 2000 Report)
[3] Reported in 2001-2002 Groundwater Monitoring Report, October 2003

Although several of the chemicals identified in the product in the Lease Area are heavier than water, dense non-aqueous phase liquids (DNAPL) below the water table has not been identified at the Site to date. Their presence, however suggests to the MPCA staff, both the potential for DNAPL to exist, and that the LNAPL is likely contributing to continued ground water degradation.

## III. MPCA REQUEST FOR INTERIM RESPONSE ACTIONS

SOURCE AREAS OF CONCERN:
Lease Area Soil Contamination: Response actions need to be conducted for Lease Area soils due to their concentrations being well in excess of either SRVs or SLVs and posing a risk to further ground water degradation. Solvents were first identified in the Collector Pan and Lease Area in 1994, and although there has been substantial investigation at this and other areas of the Site no cleanup proposals have been developed to date.

Site-Wide Free Product: The free product in both the eastern and western portions of the Site continues to serve as a source to continuing ground water degradation and may also

be contributing to DNAPL formation at the Lease Area. The MPCA requires free product removal to be initiated as soon as possible.

REQUIREMENT TO FOLLOW COMPLIANCE SCHEDULE:
The MPCA Superfund Section acknowledges that CPR has collected significant information regarding soil and ground water contaminant trends and that more investigation is needed. The MPCA also understands that CPR has chosen to conduct Site investigations and prepare response action plans in accordance with the NCP as a result of the ongoing litigation with Ashland Chemical and Murphy Oil. The MPCA, however do not consider that the time frame proposed for developing response action plans (RAP) and initiating remedial actions at the Site in accordance with this litigation schedule is sufficiently aggressive and needs to be accelerated. The MPCA Superfund Section considers the most appropriate strategy of moving towards active cleanup for these sources is for CPR to implement Interim Response Actions (IRAs) for these two sources rather than relying solely on the detailed NCP RA/RD Process which has been proposed to the MPCA VIC Program staff. The MPCA recognizes that completing a more detailed RAP shall be necessary, but considers that implementing IRAs for these two source areas of concern should not be inordinately delayed.

Specifically, CPR is requested to commit to an aggressive compliance schedule to begin to remediate these two sources. The following Table 4 provides a recommended draft compliance schedule. The first requirement is for CPR to commit to this or another mutually agreed-upon compliance schedule in writing by January 16, 2004. Other actions identified in this table include actions to begin to address the free product by initiating free product removal and initiating the cleanup of the contaminated soils at the former Ashland Lease area by means of soil vapor extraction (SVE) if technically feasible.

INVESTIGATION OF OTHER SITE AREAS:
There are other areas of the Site which currently are not actively included in the VIC Site or other VIC sites at the Facility. These areas include, but may not be limited to the parts of the facility north and west of the Round House, including the Machine Shop, the former Diesel Shop; and the former Car Repair Shop areas. These additional areas are illustrated on the attached Figure 6. Incorporation of all potential areas of environmental concern is required. As a result, another component of the compliance schedule is for completion of a Phase I Investigation of these additional areas and remaining portion of the Shoreham Facility. (Note that the Dworsky Barrel and the Soo Line Dump sites, MPCA Project Numbers, VP7570 and VP5081, that are located on the Shoreham Facility northwest of this Site of concern may continue to be administered in the VIC Program if forward progress continues to be demonstrated).

MPCA ADMINISTRATIVE OPTIONS
Failure to follow a mutually agreed upon compliance schedule (draft schedule in Table 4) will result in CPR losing their opportunity to continue to work within the MPCA VIC Program and subsequent referral of the Site to the Superfund Program for possible placement on the state's Permanent List of Priorities (PLP). The Superfund Program initial steps would be to 1) Issue a Commissioner's Notice Letter (CNL) identifying CPR as a responsible party under MERLA; 2) Issuance of a Request For Response Action

(RFRA) identifying necessary investigative and response actions which would form the basis for developing a compliance schedule and agreement for conducting response actions under the Superfund Program, and 3) If CPR chooses not to commit to a Superfund compliance schedule, the MPCA would issue a Determination of Inadequate Response (DIR) that would allow the MPCA to spend state Superfund dollars to conduct response actions at the Site and seek reimbursement from CPR.

TABLE 4: COMPLIANCE SCHEDULE FOR INTERIM RESPONSE ACTIONS, ADDITIONAL SITE INVESTIGATION, REPORTING

| ACTION/RESPONSE | DATE DUE |
|---|---|
| Letter from CP Railway Committing to Compliance Schedule | January 16, 2004 |
| Submit Pilot Test Work Plan for Soil Vapor Extraction (SVE) | March 2004 |
| Submit Work Plan for Free Product Removal | March 2004 |
| Initiate Free Product Removal and Quarterly Site Status Reporting | June 2004 |
| Submittal of Phase I Investigation Report for Remaining Portions of Shoreham Facility* | July 2004 |
| Installation of Pilot Testing Wells/Vents | July 2004 |
| Submittal of Phase II Work Plan for Additional Investigation Areas ** | October 2004 |
| Initiation of Pilot Test | September 2004 |
| Submit Pilot Test Report to MPCA | February 2005 |
| Submit Full Scale SVE Design Work Plan | May 2005 |
| Construct and Initiate Full-Scale SVE Remedy for Soils | August 2005 |

*Former Diesel Shop, Former Car Repair Shops, and Machine Shop Areas as well as other portions of the Shoreham Facility not yet investigated in which environmental concerns may exist.

**The above areas, plus additional work based on MPCA review of "REC" Report

FI... RE 1: MAIN AREAS OF SHOR... AM VIC SITE




MPCA012666




FIGURE 2: CROSS-SECTION ILLUSTRATING SITE GEOLOGY

FIGURL . ..OCATION OF AREA A AND 1 . RMER ASTs




**LEGEND**

- ● DETAILED SOIL INVESTIGATION BORINGS
- ASHLAND TANK FARM
- WASTE RECLAMATION BUILDING
- LEASE AREA BOUNDARY
- PROPERTY BOUNDARY
- INFERRED BEDROCK VALLEY

50 0 50
Feet

FIGURE 3.1
DETAILED SOIL INVESTIGATION
SOIL BORING LOCATION MAP

PREPARED FOR

CANADIAN PACIFIC RAILWAY
MINNEAPOLIS, MINNESOTA

amec
EARTH AND ENVIRONMENTAL, INC.

MPCA012668

# JRE 4: AREA A SOIL (PCE) C NCENTRATIONS




| SB02-17 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 17000 |
| 3-6 | 1.3 J |
| 20-24 | 48 |
| 28-32 | 14 |
| 40-44 | 990 |
| 48-52 | 570 |

| SB02-45 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 2.7 J |
| 3-6 | 11 |
| 16-20 | 3.2 J |
| 28-32 | 4.6 |

| SB02-44 | |
|---|---|
| DEPTH | CONCN |
| 3-6 | 4400 |
| 16-20 | 15 |
| 28-32 | 3.6 J |
| 36-40 | 1000 |
| 52-56 | 27 J |

| SB02-31 | |
|---|---|
| DEPTH | CONCN |
| 28-32 | 28 J |
| 36-40 | 260 J |
| 48-52 | 58000 J |

| SB02-43 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 5700 J |
| 3-6 | 16000 J |
| 16-20 | 3.9 J |
| 28-32 | 14 J |
| 36-40 | 3100 J |
| 48-52 | 210 J |

| SB02-27 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 130 |
| 3-6 | 86 |
| 6-9 | 3.0 J |
| 16-20 | 6.4 |
| 28-32 | 3100 |
| 36-40 | 55 J |

| SB02-19 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 210 J |
| 3-6 | 720 |
| 16-20 | 82 |
| 28-32 | 21000 |
| 36-40 | 19000 |
| 40-44 | 230 |

| SB02-08 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 7500 |
| 16-20 | 6.4 |
| 28-32 | 2400 |
| 36-40 | 4900 J |
| 48-52 | 110 |

| SB02-07 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 30 |
| 3-6 | 1.9 J |
| 16-20 | 8.0 |
| 28-32 | 1100 |
| 36-40 | 110 |

| SB02-28 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 19 |
| 3-6 | 1.8 J |
| 6-9 | 3.8 J |
| 16-20 | 90 |
| 28-32 | 6400 |
| 36-40 | 16000 J |
| 52-56 | 390 |

| SB02-20 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 1200 |
| 16-20 | 3100 |
| 37-40 | 4500 J |
| 47.5-50 | 250 |

| SB02-14 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 1900 |
| 3-6 | 98000 |
| 6-9 | 140 |
| 9-12 | 10000 |
| 16-20 | 2500 |
| 28-32 | 640 |
| 40-44 | 3600 |
| 48-52 | 65 |

| SB02-09 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 31 J |
| 16-20 | 9.6 J |
| 28-32 | 690 J |
| 36-40 | 1700 J |
| 48-52 | 7900 J |

| SB02-29 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 6.9 |
| 16-20 | 7.9 |
| 28-32 | 3900 |
| 36-40 | 15000 |
| 48-52 | 180 |

| SB02-06 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 26 |
| 16-20 | 3.1 J |
| 28-32 | 17000 |
| 36-40 | 18000 |
| 40-44 | 6500 |

| SB02-22 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 4500 |
| 3-6 | 28000 |
| 6-9 | 60000 |
| 9-12 | 20000 |
| 16-20 | 13000 |
| 28-32 | 2600 |
| 36-40 | 54000 |
| 48-52 | 230 |

| SB02-21 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 2800 |
| 3-6 | 4200 |
| 6-9 | 3400 |
| 9-12 | 6000 |
| 16-20 | 2900 |
| 28-32 | 38 J |
| 36-40 | 77 |
| 48-52 | 2900 |

| SB02-30 | |
|---|---|
| DEPTH | CONCN |
| 3-6 | 3.7 J |
| 16-20 | 5.1 J |
| 28-32 | 8300 |
| 36-40 | 8400 |

| SB02-33 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 3100 |
| 3-6 | 960 |
| 16-20 | 180 |
| 32-36 | 480 |
| 36-40 | 37000 |
| 48-52 | 1100 |

| SB02-16 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 530000 |
| 3-6 | 11000 |
| 6-9 | 25000 |
| 9-12 | 38000 |
| 16-20 | 3900 |
| 28-32 | 4400 |
| 36-40 | 23000 |
| 48-52 | 4900 |

| SB02-15 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 1700 |
| 3-6 | 88000 |
| 6-9 | 120000 |
| 9-12 | 47000 |
| 16-20 | 110000 |
| 28-32 | 6100 |
| 40-44 | 14000 |
| 48-52 | 3400 |

| SB02-41 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 8.0 |
| 16-20 | 8.0 |
| 28-32 | 11000 |
| 36-40 | 7300 |
| 48-52 | 100 |

| SB02-40 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 20000 |
| 16-20 | 3.3 J |
| 28-32 | 1600 |
| 36-40 | 150 |
| 48-52 | 680 |

| SB02-42 | |
|---|---|
| DEPTH | CONCN |
| 16-20 | 5.5 J |
| 28-32 | 50 |
| 36-40 | 170 |
| 48-52 | 81 |

| SB02-35 | |
|---|---|
| DEPTH | CONCN |
| 3-6 | 7600 |
| 16-20 | 7.1 |
| 28-32 | 580 |
| 36-40 | 8000 |

| SB02-36 | |
|---|---|
| DEPTH | CONCN |
| 0-3 | 21 J |
| 3-6 | 720 J |
| 16-20 | 3.5 J |
| 28-32 | 19 J |
| 36-40 | 4400 J |
| 48-52 | 440 J |

| SB02-32 | |
|---|---|
| DEPTH | CONCN |
| 16-20 | 33 J |
| 28-32 | 41 J |
| 36-40 | 58 J |
| 48-52 | 28 J |

| SB02-37 | |
|---|---|
| DEPTH | CONCN |
| 48-52 | 43 J |

TETRACHLOROETHENE (PCE) SOIL CONCENTRATIONS MAP (IN PPB)
DETAILED SOIL INVESTIGATION

**LEGEND**

- ▲ 2002 SHALLOW SOIL BORINGS
- ● EXISTING MONITORING WELLS
- 615 EXCEEDS MPCA TIER I SOIL RISK VALUE (SRV = 72,000 PPB)
- 45 EXCEEDS MPCA SOIL LEACHING VALUE (SLV = 68 PPB)
- - - - APPROXIMATE LEASE AREA BOUNDARY

PREPARED FOR

CANADIAN PACIFIC RAILWAY
MINNEAPOLIS, MINNESOTA

amec

EARTH AND ENVIRONMENTAL, INC.

MPCA012669

FIGUI LOCATION OF FREE PRODU WELLS






FIGURE 6: LOCATION OF OTHER AREAS OF INTEREST