amec

March 5, 2004

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Letter Work Plan for Investigation of Unsaturated Soil (VIC Site No. 5080), East Side Shoreham Facility, Canadian Pacific Railway, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is submitted by AMEC Earth & Environmental, Inc. (AMEC) in response to the Minnesota Pollution Control Agency (MPCA) request that Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) provide additional information concerning the extent of contamination in the unsaturated soil at the east side of the Shoreham Facility (Site). Soil contamination associated with the Site, VIC Site 5080, consists primarily of diesel fuel, nonchlorinated solvents (e.g., toluene, xylene), and chlorinated solvents (e.g., trichloroethene and tetrachloroethene). The general distribution of these and other contaminants is documented in the Phase II Supplemental Remedial Investigation Report (IT Corporation, May 2001).

Twenty soil borings are proposed to add additional information characterizing the nature and extent of soil contamination beneath the Site. The overarching objectives of the work described in this letter work plan are: 1) to support the overall development of a Remedial Action Plan by characterizing the nature and extent of soil contamination, and 2) to locate primary and secondary source areas where soil contamination may be contributing to groundwater contamination. The focal points for these twenty soil borings are located in the areas commonly referred to as the Lease Area, Shops Area, Round House Area, and the Waste Reclamation Area. Compounds of concern include diesel fuel, volatile organic compounds (VOCs) and semi-volatile organic compounds (SVOCs) that have been observed and reported as part of investigations of VIC Site 5080. The data obtained from this investigation will help to plan and prioritize future characterization, risk assessment, and/or site remediation activities.

## *Proposed Soil Boring Locations and Rationale*

CPR plans to complete 20 soil borings on-Site to varying depths. All but one of the soil borings will be advanced to the water table at approximately 40 feet below ground surface (bgs). One of the borings will be advanced to approximately 180 feet bgs. The placement of the proposed borings is based on soil analytical data collected to date, interpretations made from historic

AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

aerial photographs, testimony provided by deponents, information contained in CPR's historic records, site screening activities, and requests from the MPCA. The proposed soil boring locations are approximate and, as reflected in Figure 1, will be referred to as Unsaturated-1 (US-1) through US-20. During the course of this investigation, new borings may be added to the scope of work if new data gaps are identified. Rationale for specific proposed US boring locations is provided below.

***Soil Boring US-1.*** The placement of this boring is intended to investigate the potential presence of soil contamination at a former shed located in the northern portion of the Lease Area where there currently is no information available on activities that took place during it's existence.

***Soil Borings US-2, US-3 and US-19.*** The placement of these borings is intended to investigate the potential presence of soil contamination in the Waste Reclamation Area at former barrel storage areas.

***Soil Borings US-4, US-5, US-6 and US-20.*** The placement of these borings is intended to investigate the potential presence of soil contamination immediately north of the Round House Area where former facility operations may have impacted Site soils.

***Soil Borings US-7 and US-8.*** The placement of these borings is intended to investigate the potential presence of soil contamination in the northern Round House Area where former facility operations including waste oil storage and barrel storage may have impacted Site soils.

***Soil Borings US-9, US-10, US-11 and US-12.*** These soil borings will be advanced to investigate the potential presence of soil contamination adjacent the southwest portion of the arc of the Roundhouse where locomotive wash areas were previously located.

***Soil Borings US-13, US-14, and US-15.*** The placement of these borings is intended to investigate the potential presence of soil contamination at the location of former locomotive washing areas inside the Round House.

***Soil Boring US-16.*** Boring US-16 will be advanced as a hydroprofile boring to the top of the OPD (at approximately 180 feet bgs). This boring is being advanced to investigate the potential presence of shallow soil impacts at the location of the former cleaning vats in the Machine Shop. The soil boring is also being advanced to establish the screen interval for a deep monitoring well to be installed in this general area as part of the *"Third Supplemental Letter Work Plan for Investigation of the Extent of Groundwater Contamination in the Unconfined Aquifer (VIC Site No. 5080) (AMEC, March 2004)."*

***Soil Borings US-17 and US-18.*** The placement of these borings is intended to investigate the potential presence of soil contamination at the Former Diesel Shop.

## *Soil Boring Installation*

Shallow soil borings (to the water table) will be installed using hollow-stem auger (HSA) drilling or dual tube push probe techniques, unless scheduling and coordination of drill rigs warrants the use of rotosonic techniques at a shallow soil boring location. The shallow borings to be advanced inside the Round House will be conducted in a way that will prevent the introduction of drilling water beneath the concrete slab. Due to the poor condition of the Round House roof, it is currently unknown if the borings scoped for placement inside the Round House can be safely completed. Therefore, advancement of these borings is contingent on engineering

approval. The deep hydroprofile soil boring will be advanced using rotosonic drilling techniques as described in the standard operating procedures document (SOP) prepared for environmental investigations at the Site.

### *Soil Logging and Sampling*

Each boring will be continuously logged, and the soil core will be screened with a photoionization detector (PID) as described in the SOP. Soil intervals registering responses greater than 500 parts per million will be screened in the field for free product using an immunoassay kit designed for that purpose.

### *Analytical Testing*

***Soil.*** Soil analytical samples will be collected from near surface and at intervals registering the highest PID responses within each hydrostratigraphic unit. If no elevated PID readings are indicated from the soil core prior to 10 feet bgs, a soil sample will be collected at that depth. If soil registering a PID response is underlain by soil registering no PID response, then the soil sample registering no response will be collected. Soil samples will be collected and analyzed from all soil borings from immediately above the water table. Soil from the deep hydroprofile boring, below the water table, will be collected if a PID response is registered. Soil analysis will be initiated following discussions with CPR. Soil samples will be submitted to En Chem Inc. (En Chem), Green Bay, Wisconsin and analyzed for VOCs using EPA Method 8260B and SVOCs using EPA Method 8270C.

***Groundwater.*** Hydroprofile groundwater samples collected from US-16 will be collected in accordance with the SOP. The groundwater samples will be collected at 20 foot intervals, beginning at the water table, and will be submitted to En Chem and analyzed for diesel range organics (DRO), VOCs using EPA Method 8260B, and SVOCs using EPA Method 8270C. All analytical procedures will follow the SOP and the Site Specific Quality Assurance Project Plan (QAPP).

### *Investigation Derived Waste*

All investigation derived waste, including soil, drilling water, and sludge will be sampled and disposed in accordance with the SOP.

### *Reporting*

Subsequent to completion of the field effort and receipt of analytical results, a data report will be prepared detailing the new soil boring positions, the relative location of the new soil borings to historic soil borings and/or monitoring wells, field results, and soil and groundwater analytical results.

### *Schedule*

Fieldwork is anticipated to begin in March 2004.

Please call if you have any questions or comments on this proposed scope of work.

Sincerely,

Richard A. Marton, PG
Project Manager
AMEC

Joseph M. Renier, PG
Project Hydrogeologist
AMEC

Direct Tel.: 612.252.3723
Cell: 612.723.7070
Direct Fax: 612.332.2423
Email: rick.marton@amec.com
RM/el

cc: Ms. LeeAnn Thomas, Canadian Pacific Railway
Mr. Daniel Colton, Leonard Street & Deinard

MPCA014183