amec

March 5, 2004

RECEIVED

MAR 0 8 2004

MPCA, MAR Division
Superfund Section

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Third Supplemental Letter Work Plan for Investigation of the Extent of Groundwater Contamination in the Unconfined Aquifer (VIC Site No. 5080), East Side Shoreham Facility, Canadian Pacific Railway, Minneapolis, MN**

Dear Mr. Jolley:

This letter work plan is submitted by AMEC Earth & Environmental, Inc. (AMEC) in response to the Minnesota Pollution Control Agency (MPCA) request that Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR) further delineate the extent of contamination in the unconfined aquifer (Third Supplemental Work Plan). Groundwater contamination associated with the east side of the Shoreham Facility (the Site), VIC Site 5080, is documented in a number of reports prepared by environmental consultants on behalf of CPR. A summary of groundwater flow directions and contaminant concentrations may be found in the Phase II Supplemental Remedial Investigation Report (IT Corporation, May 2001). That summary is supplemented by annual monitoring reports prepared at the request of the MPCA.

Although groundwater of the unconfined aquifer is currently being monitored by approximately 60 wells, 25 additional monitoring wells are proposed to further characterize the hydrogeology and delineate groundwater contamination in the unconsolidated deposits and the St. Peter Sandstone (where present). These wells are planned for installation both on and downstream from the Site.

The nature of contamination in the unconfined aquifer that derives from the Site has been adequately established as a result of previously installed monitoring wells. The objective of this third supplemental letter work plan is to determine the extent of groundwater contamination that provides unacceptable risk to humans and/or the environment. Onsite, the physical limits of contamination will be established in the areas commonly referred to as the Collector Pan Area, Shops Area, Round House Area and Waste Reclamation Area. Offsite, the aim of the investigation is to establish the downstream limit of the contaminant plume in the unconfined aquifer by locating monitoring wells so that they bracket locations where contamination concentrations meet Health Risk Limits (HRLs).

The proposed scope of work has been constructed to support the Remedial Action Plan (RAP) process. Data to be acquired will fill data gaps that must be filled in order to complete a scientifically robust Risk Assessment and to plan and select groundwater treatment alternatives. Compounds of concern include volatile organic compounds (VOCs) and semi-volatile organic compounds (SVOCs) that have been observed and reported as part of investigations of VIC Site 5080. This third supplemental letter work plan amends the scope of work presented in the MPCA approved work plans listed below:

*Letter Work Plan for Characterization of Groundwater and Vapor Impacts (VIC Site 5080) Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, April 19, 2002 (Off-Site Unconfined Aquifer Work Plan)*

*Addendum to Letter Work Plan for Characterization of Groundwater and Vapor Impacts (VIC Site 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, May 22, 2002 (Supplemental Off-Site Unconfined Aquifer Work Plan)*

*Second Supplemental Letter Work Plan for Investigation of the Off-Site Extent of Groundwater Contamination in the Unconfined Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, April 9, 2003 (Second Supplemental Off-Site Unconfined Aquifer Work Plan)*

### *Proposed Monitoring Well Locations and Rationale*

The general locations for the 25 monitoring wells have been selected where monitoring wells will be installed on- and off-Site. The wells will be screened at varying depths that are intended to sample from the most contaminated elevation of the unconfined plume. The wells will consist of 10 screened across the water table and 15 deep wells screened below the water table. The approximate well locations are shown in Figure 1.

The focus of this Work Plan is on migrating groundwater contamination. Non-chlorinated solvent contamination has been effectively trapped beneath lacustrine clay deposits (IT Corporation, 2001) leaving denser chlorinated solvents and diesel fuel to comprise the bulk of the migrating groundwater contamination. Figures 2 through 4 show analytical results obtained from the October 2003 groundwater sampling event for perchloroethylene (PCE), 1,1,1-trichloroethane (1,1,1-TCA), and diesel range organics (DRO). These figures are supplied for reference during review of this work plan. During the course of this investigation additional wells may be added to the scope of work if new data gaps are identified.

### On-Site Monitoring Wells

The on-Site monitoring wells will consist of 10 water table wells and 7 deeper monitoring wells. The deeper wells will be installed to depths within the outwash, St. Peter sandstone or St. Peter Mudstone, depending on well location. The proposed monitoring well locations are approximate and, as reflected in Figure 1, will be referred to as Unconfined-1 (UC-1) through UC-17. Specific rationale for proposed on-Site UC well locations is provided below.

***Monitoring Well UC-1***. The placement of this water table monitoring well is intended to characterize groundwater contamination at the water table emanating from the Lease Area westward. The water table is an appropriate screening depth for this location because the well is located near a source area and the downward vertical gradient is not expected to have had a significant effect over such a short transport distance.

MPCA014192

***Monitoring Wells UC-2, UC-3, UC-4, UC-6, UC-7, UC-9, UC-12, and UC-14***. These wells are intended to establish the extent of groundwater contamination at the water table from suspected contaminant sources, if any, in the Round House Area. As with UC-1, the water table is an appropriate screening elevation because of proximity to a potential source area.

***Monitoring Wells UC-5, UC-8, UC-10, and UC-13.*** Monitoring wells UC-5, UC-8, UC-10 and UC-13 will be installed as deep wells nested with water table wells UC-4, UC-7, UC-9 and UC-12, respectively. The placement of these monitoring wells is intended to establish the nature and vertical extent of sinking groundwater contamination, if any, from suspected contaminant sources in or upstream from the Round House Area. Deeper well screens are appropriate in these locations because a solvent DNAPL accumulation is interpreted to be located within several hundred feet of the Round House. Contamination associated with DNAPL migration will reach depth faster than dissolved contamination that is transported by the vertical downward gradient. As part of the *"Second Supplemental Letter Work Plan for Investigation of Flow Directions in the Shallow Prairie du Chien Aquifer (VIC Site No. 5080) (AMEC, March 2004),"* which will hereafter be referred to as the OPD Work Plan, OPD wells will also be installed and nested with UC-9/UC-10 and UC-12/UC-13.

***Monitoring Well UC-11.*** Monitoring well UC-11 will be installed as a deep well at the interpreted solvent DNAPL accumulation location. This well will be screened a depth at or immediately above the DNAPL accumulation

***Monitoring Wells UC-15 and UC-16.*** Monitoring wells UC-15 and UC-16 will be installed as a water table well and a deep well, respectively. These wells will be installed to establish whether groundwater has been impacted at the location of the former cleaning vats in the Machine Shop. The deep well (UC-13) will be screened over an interval based on results of a hydroprofile boring to be conducted in the same general area as part of the *"Letter Work Plan for Investigation of Unsaturated Soil (VIC Site No. 5080) (AMEC, March 2004)."*

***Monitoring Well UC-17.*** This monitoring well will be installed as a deeper well and nested with the existing OPD well MW03-53-OPD as indicated on Figure 1. A deep screening interval is appropriate because contamination has been observed on the floor of the buried bedrock valley that is located upstream. The placement of this monitoring well is intended to investigate the extent of deep groundwater contamination downstream and at the Site boundary.

## Off-Site Monitoring Wells

The off-Site monitoring wells will consist of 8 deep wells, including 3 wells that will be nested with existing OPD wells and 5 wells that will be nested with OPD wells to be completed as part of the OPD Work Plan. The proposed monitoring well locations are approximate and, as reflected in Figure 1, are currently referred to as UC-18 through UC-25. Monitoring well depths for the deep wells will be determined based on existing data and data collected in the unconfined aquifer during installation of the OPD wells completed as part of the OPD Work Plan.

***Monitoring Well UC-18***. Monitoring well UC-18 will be installed and nested with an OPD well to be completed at the UC-18 location as part of the OPD Work Plan. The placement of well UC-18 is intended to investigate the extent of deep groundwater contamination, if any, east of Central Avenue emanating from the Site.

***Monitoring Well UC-19***. The location of monitoring well UC-19 will be established based on the location of an OPD well to be installed as part of the OPD Work Plan. UC-19 will be

installed and nested with an OPD well at either of the approximate locations of UC-19a or UC-19b shown on Figure 1. The placement of this monitoring well is intended to investigate the extent of groundwater contamination at depth, if any, east of Central Avenue emanating from the Site.

***Monitoring Wells UC-20 and UC-22.*** Monitoring Wells UC-20 and UC-22 will be nested with existing OPD Wells MW03-55-OPD and MW03-63-OPD, respectively, and will be used to investigate the extent of groundwater contamination at depth emanating from the Site.

***Monitoring Well UC-23***. Monitoring well UC-23 will be installed to the top of the OPD and nested with existing OPD well MW03-54-OPD. Monitoring well UC-20 will be screened directly above competent OPD. In addition to VOCs and SVOCs of general concern, this well will be installed to monitor the magnitude of pentachlorophenol (PCP) contamination indicated from the unconsolidated hydro-profile results at the MW03-54-OPD boring location. Since the PCP is being monitored due to potential contaminant migration from the Cedar Service Site on the west side of the Shoreham Facility, this well location will require joint approval from the MPCA and Minnesota Department of Agriculture (MDA).

***Monitoring Wells UC-21 and UC-24.*** These monitoring wells will be nested with OPD wells to be installed as part of the OPD Work Plan. The placement of these monitoring wells is intended to investigate the extent of deep groundwater contamination at depth emanating from the Site.

***Monitoring Well UC-25.*** This monitoring well will be nested with an OPD well to be installed as part of the OPD Work Plan. As specified for monitoring well UC-23, this well will serve a dual purpose. It will be used to document groundwater contaminant extent at depth related to both the Cedar Service Site and the Site. Therefore, it will require joint approval from the MPCA and MDA.

### *Monitoring Well Installation*
Water table monitoring wells will be installed using hollow-stem auger (HSA) drilling techniques, unless scheduling and coordination of drill rigs warrants the use of rotosonic techniques at a water table well location. The deep monitoring wells will be installed using rotosonic drilling techniques. Figure 5 shows a diagram of the proposed well construction.

### *Soil Logging and Sampling*
Each boring will be continuously logged and the soil core will be screened with a photoionization detector (PID) as described in the standard operating procedures document (SOP). Soil intervals registering responses greater than 500 parts per million will be screened in the field for free product using an immunoassay kit designed for that purpose.

### *Analytical Testing*
***Soil.*** Soil analytical samples will be collected from intervals registering the highest PID responses within each hydrostratigraphic unit. If no elevated PID readings are indicated from the soil core, soil samples will not be collected. Soil analysis will be initiated following discussions with CPR. Soil samples will be submitted to En Chem Inc. (En Chem), Green Bay, Wisconsin and analyzed for VOCs using EPA Method 8260B and SVOCs using EPA Method 8270C. Soil samples collected from the well screen interval of the monitoring wells will be tested for total organic carbon (TOC) and grain size analysis. TOC and grain size samples will be submitted to En Chem and analyzed via Method 9060 and ASTM D422, respectively.

***Groundwater.*** Each well will be developed, slug tested and sampled in accordance with the SOP. All groundwater samples collected from the monitoring wells will be submitted to En Chem and analyzed for VOCs using EPA Method 8260B and SVOCs using EPA method 8270C. All development, sampling, analytical and slug testing procedures will follow the SOP and the Site Specific Quality Assurance Project Plan (QAPP).

***Investigation Derived Waste***

All investigation derived waste, including soil, drilling water, and sludge will be sampled and disposed in accordance with the SOP.

***Reporting***

Subsequent to completion of the field effort and receipt of analytical results, a data report will be prepared detailing the new soil boring positions, the relative location of the new soil borings to historic soil borings and/or monitoring wells, field results, and soil and groundwater analytical results.

***Schedule***

Fieldwork is anticipated to begin in March 2004.

Please call if you have any questions or comments on this proposed scope of work.

Sincerely,

Richard A. Marton, PG
Project Manager
AMEC

Joseph M. Renier, PG
Project Hydrogeologist
AMEC

Direct Tel.: 612.252.3723
Cell: 612.723.7070
Direct Fax: 612.332.2423
Email: rick.maron@amec.com

RM/el

cc: Ms. LeeAnn Thomas, Canadian Pacific Railway
Mr. Daniel Colton, Leonard Street & Deinard

MPCA014195