amec

RECEIVED

MAR 0 8 2004

MPCA, MAR Division
Superfund Section

March 5, 2004

Mr. Rick Jolley, PG
Senior Hydrogeologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, MN 55155-4194

**Re: Second Supplemental Letter Work Plan for Investigation of Flow Directions and Contamination in Groundwater in the Shallow Prairie Du Chien Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN**

Dear Mr. Jolley:

This second supplemental letter work plan contains a plan for investigating the groundwater flow direction and environmental contamination in the shallow Prairie du Chien (OPD) Aquifer at the referenced Site (Second Supplemental OPD Work Plan). It is being submitted by AMEC Earth and Environmental, Inc. (AMEC) on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (CPR). This Second Supplemental OPD Work Plan amends the scope of work presented in the Minnesota Pollution Control Agency (MPCA) approved work plans listed below:

*Letter Work Plan for Characterization of Groundwater and Vapor Impacts (VIC Site 5080) Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, April 19, 2002 (Off-Site Unconfined Aquifer Work Plan)*

*Letter Work Plan for Investigation of Hydrology, and Extent of Contamination in the Prairie du Chien Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, October 28, 2002 (OPD Work Plan)*

*Supplemental Letter Work Plan for Investigation of Flow Directions and Contamination in Groundwater in the Shallow Prairie du Chien Aquifer (VIC Site No. 5080), Canadian Pacific Railway Shoreham Facility, Minneapolis, MN, April 9, 2003 (Supplemental OPD Work Plan)*

## *Proposed Well Locations and Rationale*

Eight monitoring wells are planned for completion in the OPD to gather data concerning the hydrogeology and the extent of groundwater contamination in the OPD. At the Shoreham Facility (the Site), and in the region, the OPD underlies unconsolidated sediments, and the St. Peter Sandstone. In some locations (both on- and off-Site), the St. Peter Sandstone has been completely removed by erosion. In those areas, the OPD is the uppermost bedrock that

AMEC Earth & Environmental, Inc.
800 Marquette Ave., Suite 1200
Minneapolis, MN 55402
Tel 612.332.8326
Fax 612.332.2423

underlies the unconsolidated sediments. The eight planned new wells will be installed into the OPD at both on- and off-Site locations. The new OPD monitoring well locations will be referred to as wells OPD-12 through OPD-19 and are described below and illustrated on Figure 1.

***Monitoring Wells OPD-12 and OPD-13.*** Two of the 8 wells will be installed at the on-Site locations shown on Figure 1 (OPD-12 and OPD-13). OPD-12 will be located between MW02-01-OPD and the Round House, at the southeast corner of the Site. That well location has been selected to help define the lateral extent of on-Site contamination in the OPD. Figure 2 shows select chlorinated solvent impacts in OPD wells to date. OPD-13 will be located south of the Round House to help define the lateral extent of on-Site contamination in the OPD south of the Round House.

***Monitoring Wells OPD-14, OPD-15a or OPD-15b.*** Two wells are planned at locations OPD-14, and OPD-15a or OPD-15b. They will be installed to investigate contaminant transport to locations southeast of the Site.

Well OPD-14 will be located east of MW03-61-OPD on the east side of Central Avenue Northeast (NE). The location of the next well (OPD-15a or OPD-15b) will depend on data generated by OPD-14. If groundwater analytical results from OPD-14 show contamination above Health Risk Limits (HRLs), then the next monitoring well will be installed at the OPD-15b location. If groundwater analytical results show contamination below HRLs, then the next monitoring well will be installed at the OPD-15a location. Only one of the two positions (OPD-15a or OPD-15b) will have a well installed subject to the logic presented above.

***Monitoring Wells OPD-16 through OPD-19.*** Four wells (OPD-16, OPD-17, OPD-18 and OPD-19) will be located east and south of the Site.

Well OPD-16 will be located north of Lowry Avenue NE along 5th Street NE. In addition to the suite of Contaminants of Concern associated with the Site (primarily chlorinated and non-chlorinated solvents), OPD-16 is located to help define the contaminant flow path of pentachlorophenol (PCP) related to the Cedar Service Site. Figure 2 shows select chlorinated solvent and PCP impacts in OPD wells to date and that PCP was detected in wells MW03-54-OPD and MW03-64-OPD. Since OPD-16 will be used to document groundwater contaminant extent related to both the Site and the Cedar Service Site, it will require joint approval from the MPCA and the Minnesota department of Agriculture (MDA). Well OPD-17, which will be located near 20th Avenue NE and 5th Street NE, and well OPD-18, which will be located near 22nd Avenue NE and Central Avenue NE, will be used to define the lateral extent of contamination found in MW03-55-OPD. Well OPD-19 will be located near 29th Avenue NE and Polk Street NE and will help define contamination east of the Lease Area.

## *Well Design/Construction*

All of the proposed monitoring wells will be installed using the roto-sonic drilling method. Wells that will be completed in non-source areas for contamination (OPD-13 through OPD-19 and possibly OPD-12) will be constructed as shown in Figure 3 using the procedure described below.

- Advance a 4-inch diameter core barrel and drill string to the sampling depth.
- Advance a 6-inch diameter outer drill casing over the 4-inch diameter inner drill string and core barrel with Setco Super Gel X high yield sodium bentonite mixed at 9 pounds per 100 gallons of water as drill mud (positive displacement of the drill mud upward on

MPCA014203

the outside of the 6-inch diameter outer drill casing will inhibit the possibility of cross contamination to the screened interval).
- Remove the 4-inch diameter core barrel and drill string and obtain geologic cores in 5-foot to 20-foot sections.
- Install the 4-inch diameter core barrel and inner drill string and advance the borehole to the next sampling interval.
- Advance the 6-inch diameter outer drill casing over the 4-inch diameter inner drill string to the sampling interval and repeat the sampling process down into the competent OPD (~190 feet below ground surface (bgs)).
- Advance a 7-inch diameter outer drill casing over the 6-inch casing approximately 5 feet into the competent OPD as temporary isolation casing.
- In selected wells where bedrock cores will be taken, continue to drill using a diamond core barrel and 6-inch outer drill casing down to the permeable layer of the OPD (~615 feet above mean sea level (feet AMSL)).
- In wells where no bedrock core is to be kept, continue drilling with 4-inch and 6-inch diameter drill strings in bedrock to the terminus of the boring.
- An inner string consisting of 2–inch diameter stainless steel continuous wire–wrapped well screen (20 feet) and 2–inch diameter LCS casing will then be set and gravel packed inside the 6-inch diameter borehole and pressure grouted from the top of the gravel pack to the ground surface while retrieving all temporary casing.

Wells that will be completed in or adjacent to areas of contamination (which may include OPD-12) will be constructed as shown in Figure 4 using the procedure described below.

- Advance a 4-inch diameter core barrel and drill string to the sampling depth.
- Advance a 6-inch diameter outer drill casing over the 4-inch diameter inner drill string and core barrel with Setco Super Gel X high yield sodium bentonite mixed at 9 pounds per 100 gallons of water as drill mud (positive displacement of the drill mud upward on the outside of the 6-inch diameter outer drill casing will inhibit the possibility of cross contamination to the screened interval).
- Remove the 4-inch diameter core barrel and drill string and obtain geologic cores in 5-foot to 20-foot sections.
- Advance the 6-inch diameter outer drill casing over the 4-inch diameter inner drill string to the sampling interval and repeat the sampling process down into the competent OPD (~190 feet below ground surface (bgs)).
- Advance a 12-inch diameter borehole approximately 5 feet into the competent OPD (~190 feet below ground surface (bgs)).
- In selected wells where bedrock cores will be taken, continue to drill using a diamond core barrel and 6-inch outer drill casing down to the permeable layer of the OPD (~615 feet above mean sea level (feet AMSL)).
- In wells where no bedrock core is to be kept, continue drilling with 4-inch and 6-inch diameter drill strings in bedrock to the permeable layer of the OPD (~615 feet above mean sea level (feet AMSL)).
- An inner string consisting of 2–inch diameter stainless steel continuous wire–wrapped well screen (20 feet) and 2–inch diameter LCS casing will then be set and gravel packed inside the 6-inch diameter borehole and pressure grouted from the top of the gravel pack to the ground surface while retrieving all temporary casing.

### *Soil Logging and Screening*

Soil will be continuously logged and screened with a photo-ionization detector (PID) from the ground surface to total depth. Samples with PID responses greater than 500 ppm will also be screened for free product using an immunoassay kit.

### *Analytical Testing*

***Soil.*** Soil analytical samples will be collected from intervals registering elevated PID responses. A decision will be made in the field as to whether samples collected will be submitted for laboratory analysis. Samples selected for analysis will be submitted to En Chem Inc. (En Chem), Green Bay, Wisconsin and analyzed for volatile organic compounds (VOCs) using EPA Method 8260B and semi-volatile organic compounds (SVOCs) using EPA Method 8270C.

***Groundwater.*** Each well will be developed, slug tested and sampled in accordance with the Standard Operating Procedures (SOP) document used for environmental investigations at the Site. All groundwater samples collected from the monitoring wells will be submitted to En Chem and analyzed for VOCs using EPA Method 8260B and SVOCs using EPA method 8270C. All development, sampling, analytical and slug testing procedures will follow the SOP and the Site Specific Quality Assurance Project Plan (QAPP).

### *Investigation Derived Waste*

All investigation derived waste, including soil, drilling water, and sludge will be sampled and disposed in accordance with the SOP.

### *Reporting*

Subsequent to completion of the field effort and receipt of analytical results, a data report will be prepared detailing the new monitoring well positions, field results, and soil and groundwater analytical results.

### *Schedule*

Well installation field activities are scheduled to begin in March 2004.

Please call if you have any questions or comments on this proposed scope of work.

Sincerely,

Richard A. Marton, PG
Project Manager
AMEC E&E

Joseph M. Renier, PG
Project Hydrogeologist
AMEC E&E

Direct Tel.: 612.252.3723
Cell: 612.723.7070
Direct Fax: 612.332.2423
Email: rick.marton@amec.com
RM/el

cc: Ms. LeeAnn Thomas, Canadian Pacific Railway
Mr. Daniel Colton, Leonard Street & Deinard