CANADIAN PACIFIC RAILWAY

Environmental Services

501 Marquette Avenue
Suite 804 (55402)
PO Box 530 (55440)
Minneapolis Minnesota

Fax (612) 904-6147

RECEIVED
MAR - 8 2004
MPCA, MAR Division
PLR / SS Section

March 5, 2004

***Via Facsimile & U.S. Mail***

Mr. Rick Jolley, P.G.
Senior Hydrologist
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, Minnesota 55155-4194

**Re: *Shoreham Facility – VIC Site No. VP5080***

Dear Mr. Jolley,

Pursuant to the current version of the draft *Soo Line VIC RAP Development & Implementation Schedule* ("Draft RAP Schedule"), enclosed please find Soo Line Railroad Company's concept plan for the development of a pilot test for the recovery of LNAPL located beneath and in the vicinity of the Ashland Lease Area. We will proceed to develop the work plan as included in the Draft RAP Schedule, with the good faith expectation that Soo Line and MPCA will, within a reasonable period of time, finalize a RAP Schedule that meets the objectives and interests of both parties.

Soo Line received a copy of Ashland's February 26, 2004 letter to the MPCA in which Ashland proposes to participate in the VIC program. Soo Line is encouraged by Ashland's apparent willingness to finally engage in response action work at the Ashland Lease Area. For more than 5 years now, Soo Line has offered Ashland the opportunity to fully participate in all investigations taking place at and proximate to the Ashland Lease Area, including involvement with the field work itself and a sharing of the technical data generated, provided Ashland agree to a 50/50 cost share. Ashland has consistently turned down Soo Line's offers. Soo Line is hopeful that Ashland's February 26 letter marks a true change in Ashland's willingness to work with Soo Line. Soo Line, as owner of the Shoreham Facility, is prepared to work cooperatively with Ashland to jointly move response action activities forward at the site in a reasonable, non-prejudicial, and environmentally sound manner.

In closing, Soo Line proposes that a meeting be scheduled between Soo Line and the MPCA to discuss the MPCA's comments on the enclosed document, the MPCA's recently proposed revision to the Draft RAP Schedule, and Ashland's recent proposal to participate in the VIC program.

I look forward to hearing from you.

Sincerely,

LeeAnn Thomas

cc: William Tuttle
Dan Colton
Byron Starns

**SOO LINE RAILROAD COMPANY**
**SHOREHAM FACILITY, MINNEAPOLIS, MN**
**ASHLAND, INC LEASE AREA**
**LNAPL RECOVERY PILOT TEST**

This document provides a brief outline of the potential scope of remedial investigation-related field pilot testing activities associated with the recovery of light non-aqueous phase liquid (LNAPL) identified in the beneath and in the vicinity of the former Ashland, Inc. Lease Area at Soo Line Railroad Company's ("Soo Line") Shoreham Facility.

***Background***

Measurable accumulations of LNAPL have been observed in approximately six monitoring wells in the vicinity of the former Ashland Lease Area. Product thicknesses measured in monitoring wells have generally ranged up to a maximum of about 3-feet, although a sustained thickness of approximately 14-feet has been observed in monitoring well MW-402D. Product thicknesses have varied over time and other wells in the vicinity, screened at similar depth intervals, have not encountered measurable LNAPL (e.g. MW-319 and MW-402S). Conditions at the location of well cluster MW-402 are particularly significant: MW-402S, which is screened across the water table (screen interval 37-47 feet below ground) does not contain LNAPL, but the adjacent MW-402D (screened below the water table, 51 to 61 feet below ground) shows an apparent product thickness of over 14-feet. The likely explanation for this difference is the presence of a glaciolacustrine clay layer between the screen depths of MW-402S and MW-402D, which acts as a "stratigraphic trap" confining the LNAPL. Based upon analyses conducted to date, the LNAPL has a relative density of 0.83 and comprises a mixture of aromatic and chlorinated compounds.

***Pilot Testing Activities***

The following activities are suggested to comprise the pilot testing program, which would be conducted in two phases:

Phase 1

- Detailed evaluation of overburden geology in the former Ashland Lease Area. This would include utilizing all available stratigraphic information from wells and soil borings to develop a three-dimensional understanding of the geological conditions. Particular attention would be directed to evaluating the nature and extent of the "stratigraphic trap" identified at well location MW-402. Based on the present data, this area contains the greatest quantity of LNAPL, and understanding the nature and extent of stratigraphic containment is crucial to developing a prudent and effective recovery strategy;
- "Instantaneous" bail-down recovery tests in existing wells which contain measurable LNAPL (approximately 6 wells). By removing a "slug" of LNAPL and monitoring the ensuing recovery of water and product levels, estimates can be made of the actual free product thickness on the water table (as opposed to the apparent thickness measured in wells);

- Samples of LNAPL from each well would be analyzed for chemical composition; large variations in composition may be indicative of distinct LNAPL accumulations;
- Samples of LNAPL from each well would be analyzed for physical characteristics (density, viscosity, surface tension, interfacial tension, contact angle). These characteristics are necessary to define the most appropriate recovery equipment and again large variations in properties may be indicative of distinct LNAPL accumulations;
- Interpretation of bail-down tests by Gruszcenski method to assess transmissivity to LNAPL, recoverability of LNAPL, and free LNAPL thickness;
- Development of van Genuchten capillary model and comparison of resulting saturation profiles to measured soil data to assess the likely extent of LNAPL in the unsaturated zone;
- Assess LNAPL volume in vicinity of each well, the total LNAPL volume in soil, and the recoverability of LNAPL using the Charbeneau model.

At the conclusion of Phase 1, a refined assessment would be made of the LNAPL total volume and recoverable volume, and a conceptual model of LNAPL flow would have been defined. Based upon these results, the Phase 2 longer-term pilot recovery test would be defined. At the present time, the scope of Phase 2 is expected to include:

Phase 2

- Low flow rate LNAPL recovery from a single well (potentially MW-402D). The method and rate of recovery would be designed to ensure sustained recovery of the maximum volume of LNAPL (attempting recovery at too high a rate can simply result in local drainage of LNAPL and a resulting reduction in the LNAPL transmissivity such that the total recoverable volume is reduced);
- Monitoring of LNAPL thickness at an adjacent location within the anticipated radius of influence of the recovery well (this may be an existing or new well). The response at an adjacent location will provide key information on the continuity of LNAPL, the radius of influence of recovery wells, and appropriate recovery rates;
- Depending upon the response in the adjacent well, alternate flow rates (analogous to a hydraulic "step" test) may be utilized in the recovery well during Phase 2 testing.

Results of the Pilot Testing will be incorporated into Soo Line's Remedial Action Plan (RAP) and utilized to design an appropriate long-term remedial strategy for LNAPL in the vicinity of the former Ashland Lease Area.