# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

RECEIVED
MAR 1
MPCA, MAR Division
PLR/SS Section

March 10, 2004

Byron E. Starns
612-335-1516
byron.starns@leonard.com

**Via Facsimile (651) 296-9707 & U.S. Mail**
Ms. Patrice Jensen
Pollution Control Project Leader
Minnesota Pollution Control Agency
Voluntary Investigation and Cleanup Unit
Site Remediation Section
520 Lafayette Road
St. Paul, Minnesota 55155-4194

**Re: Shoreham Facility—VIC Site No. VP5080**

Dear Ms. Jensen:

This is in response to your e-mail of March 8, 2004 requesting confirmation of Soo Line's intent to follow the schedule of the revised VIC/VPIC RAP/CAD Development & Implementation Schedule submitted by the MPCA staff via your e-mail dated February 19, 2004. I am writing because Mr. Colton is away until March 22.

Soo Line intends to follow the proposed schedule subject to the following comments and assumptions:

1. Soo Line is currently in compliance with the schedule. The Concept Plan for the development of a pilot test for recovery of LNAPL in the Ashland Lease Area was submitted on March 5, 2004. Soo Line awaits the MPCA's concept proposal for development of the SVE pilot test.

2. Soo Line anticipates no difficulty in completing the activities called for in April, 2004 regarding the REC and PSG Reports and related supplemental work plans. Some of these reports and work plans were submitted on March 5, 2004.

3. Assuming no unusual delay in MPCA review of its concept plan for recovery of LNAPL in the Ashland lease area and prompt resolution of any technical issues raised by the MPCA's review of the concept plan, Soo Line will submit its Work Plan for the LNAPL Recovery Pilot Test in or before May, 2004.

4. Soo Line will commence implementation of the LNAPL Recovery Pilot Test Work Plan within two months of receipt of all necessary regulatory permits and MPCA's review of public comments, including those of Ashland, and final written approval of the Work Plan.

5. Soo Line will submit the Work Plan for the SVE Pilot Test for the Ashland Lease Area at the earliest date possible during the period June to October, 2004. Soo Line's ability to deliver a technically competent and environmentally sound work plan for the SVE Pilot Test will be a function of the following factors: 1) evaluation of, and technical comment resolution regarding, the MPCA's concept proposal for the SVE Pilot Test; 2) what is learned from the pilot test for recovery of LNAPL; and 3) mutual agreement between MPCA and Soo Line regarding appropriate sequencing of SVE and LNAPL removal.

6. Soo Line intends to submit the VIC draft RAP and VPIC CADs by February 2005.

7. Soo Line intends to complete the Final RAP and CADs by May, 2005.

8. By Fall 2005, Soo Line intends to implement the final, approved RAP. The initial focus of implementation will be the LNAPL and SVE operable units.

9. Soo Line notes that the review and public comment process for any of the above mentioned submittals may affect Soo Line's ability to meet the schedule.

It is noted that Soo Line's proposed schedule for an agreement regarding the Shoreham facility-wide prioritization of response actions by MDA and MPCA has been deleted. From the outset this has been a material, very significant component of Soo Line's approach to the development and implementation of its VIC/VPIC RAP. Soo Line intends to move forward through the proposed schedule in good faith based on the assumption that the MPCA has no problem with the principle that there should be a risk-based, site-wide prioritization of response actions, but does not wish this topic to be specifically called out in the schedule for some other reason. Soo Line's ability to follow the schedule may be adversely affected if it is unable to refer to a site-wide risk assessment to resolve the priority for potentially conflicting response action demands by MDA and MPCA.

Soo Line is available to meet with the MPCA to discuss this response at your convenience.

Very truly yours,
***Leonard, Street and Deinard***
***Professional Association***

[signature]

**BYRON E. STARNS**
BES/kaa
cc: Alan C. Williams (*via facsimile*)