# Minnesota Pollution Control Agency

*Office of the Commissioner*

March 11, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. LeeAnn M. H. Thomas
Canadian Pacific Railway
105 South Fifth Street, Room 300
Minneapolis, Minnesota 55402

RE: Soo Line Shoreham Yard, Central Avenue, Minneapolis, Minnesota
MPCA Project Number VP5080
VIC RAP Development and Implementation Schedule

Dear Ms. Thomas:

The Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup (VIC) Program has been working cooperatively with the Canadian Pacific Railway (CPR) since 1994, in their efforts to investigate the Soo Line Shoreham Yard site located at 2800 Central Avenue (the Site). The Site is located along the southeastern portion of the Shoreham Yard Railroad facility (the Facility). MPCA Superfund Section management believes that the investigation and remediation of this Facility should be accelerated due to the high levels of contaminants that have been found in soil and ground water at the Site. If the necessary actions cannot be accomplished in a timely manner under the VIC Program, MPCA must consider proposing the Site for listing on the State Superfund Permanent List of Priorities, and taking appropriate actions under the Minnesota Environmental Response and Liability Act (MERLA) to move the Site toward remediation.

Therefore, the MPCA VIC Project team, and Superfund Section management met with CPR in December 2003, to discuss a MPCA draft compliance schedule that would accelerate the completion of the investigation and initiation of cleanup actions at the Site. The MPCA also discussed with CPR the need to broaden the definition of the Site to include other parts of the Facility that have not yet had investigation work conducted. Specifically, the MPCA requested that the area of the Facility southwest of the Round House (Area C) which historically has included the diesel house, the machine shop, and historic car shop activities need to also be investigated.

On January 29, 2004, the MPCA met with CPR to further discuss the compliance schedule and CPR proposed at that time a modified schedule for discussion. MPCA staff reviewed CPR's

MPCA014455



EXHIBIT 85

proposed modifications and incorporated some of CPR's changes into a revised compliance schedule called the VIC RAP Development and Implementation Schedule, which is included as Attachment A.

MPCA staff acknowledge that CPR has chosen to conduct Site investigations and prepare response action plans in accordance with the National Contingency Plan as a result of the ongoing litigation with Ashland Chemical and Murphy Oil, and that CPR has taken its budget constraints into account in setting its timetable for actions at the Site. However, MPCA staff believes that the circumstances of the Site require a more aggressive approach to initiating response actions, and that the actions set forth in the VIC RAP Development and Implementation Schedule are both reasonable and appropriate.

Therefore, in order for this Site to remain in the VIC Program, the MPCA needs a written commitment from CPR that it will abide by the VIC RAP Development and Implementation Schedule. CPR can document its commitment by completing and signing the attached VIC RAP Development and Implementation Schedule in the space provided. Please complete and sign Attachment A and return it to MPCA staff within five (5) business days of receipt of this letter.

If you have questions regarding this letter, please contact either Richard Jolley at (651) 297-5573 or Patrice Jensen at (651) 296-7744.

Sincerely,

Bruce Brott
Supervisor
Superfund Section
Majors and Remediation

BB:jmp

Attachment

cc: William Tuttle, CPR
I. Daniel Colton, Leonard, Street and Deinard

ATTACHMENT A
SOO LINE
VIC RAP DEVELOPMENT & IMPLEMENTATION SCHEDULE
Southeast Shoreham Yard, VIC Site #VP5080 ("Site")

| **TASK** | **SCHEDULE** |
|---|---|
| Soo Line submits to MPCA conceptual proposal for Area A Free Product Recovery Pilot Test. | By March 2004 |
| MPCA submits to Soo Line conceptual proposal for Area A SVE Pilot Test. | By March 2004 |
| Soo Line submits REC and PSG Reports to MPCA. Consistent with, among other things, the findings of the REC and PSG Reports, Soo Line submits to MPCA supplemental Phase II (remedial investigation) VIC Work Plans with Implementation Schedules relating to Areas A, B, C, D, E, F, and G and related off-Site areas. | By April 2004 |
| Soo Line submits Work Plan for Area A Free Product Recovery Pilot Test to MPCA. | By May 2004 |
| Soo Line commences implementation of Area A Free Product Recovery Pilot Test Work Plan. | Within 2 months from Soo Line's receipt of all necessary regulatory (e.g., MPCA and City of Minneapolis) permits and MPCA's final written approval of the Work Plan. |
| Subject to mutual agreement between MPCA and Soo Line in connection with the appropriate sequencing of SVE and Free Product pilot tests, Soo Line submits Work Plan for Area A SVE Pilot Test to MPCA. | By June 2004 |
| Submit VIC draft RAP to MPCA addressing, as necessary, Areas A, B, C, D, E, F, and G and related off-Site areas. | By February 2005 |
| Final RAP (including NCP public comment period, revisions to RAP based upon public comment, and final MPCA approval). | By May 2005 |
| Soo Lines implements the Final RAP. Given the relative degree of contamination, MPCA and Soo Line agree that early partial RAP implementation will focus on Area A; specifically, the Free Product Removal Response Action and the SVE Implementation. | By Fall 2005 |

*Area Descriptions

- Area A – Lease Area
- Area B – Collector Pan
- Area C – Roundhouse
- Area D – Icing Station

Area E – Waste Reclamation
Area F – Pump house
Area G – Shops Area (Diesel House, Car Shops, Machine Shop)

ATTACHMENT A (CONTINUED)
SOO LINE
VIC RAP DEVELOPMENT & IMPLEMENTATION SCHEDULE
Southeast Shoreham Yard, VIC Site #VP5080 ("Site")

Canadian Pacific Railroad (CPR), will follow the VIC RAP Development and Implementation Schedule set forth in this Attachment A to the MPCA letter dated 3/11/04.

Canadian Pacific Railroad

By____________________________
(Printed name)

______________________________
(Signature)

[Title]__________________________
(Print)

Date___________________________