# Minnesota Pollution Control Agency

RECEIVED
MAR 29 2004

March 25, 2004

Ms. LeeAnn M. H. Thomas
Canadian Pacific Railway
501 Marquette Avenue, Suite 804
Minneapolis, MN 55402

RE: Soo Line Shoreham Yard Site
2800 Central Avenue, Minneapolis
MPCA Project Number VP5080
Conceptual Plan for Soil Vapor Extraction Pilot Testing

Dear Ms. Thomas:

The Minnesota Pollution Control Agency (MPCA) staff in the Voluntary Investigation and Cleanup (VIC) unit are working with the Canadian Pacific Railway (CPR) to address contaminated soil and ground water issues at the Soo Line Shoreham Yard site at the above referenced address. The VIC staff has prepared this letter to provide further details regarding the Soil Vapor Extraction (SVE) pilot test that was requested as part of the remediation schedule that CPR agreed to follow in the March 22, 2004, letter to the MPCA. The MPCA has requested that CPR conduct both free product recovery pilot test and an SVE Pilot Test in the vicinity of the former Ashland Lease Area (FALA). This letter provides a brief conceptual description of the SVE Pilot Test that the MPCA has requested CPR to conduct.

Elevated concentrations of volatile organic compounds (VOCs) have been identified in the FALA during Phase II Investigation activities conducted in 2000 (Year 2000 Investigation) and documented in the "Phase II Supplemental Remedial Investigation Report," dated May 2001. During the Year 2000 Investigation among the most elevated VOC soil concentrations were identified at borings SB-00-13 through SB-00-16, in an area of former tanks used during both Rocket Products and Ashland Chemical's tenure as a tenants. Follow-up soils investigation has been conducted at the FALA by CPR during 2002 as part of the "Detailed Characterization of Soils In and Around the Former Ashland Lease Area." This investigation collected lithologic and soil samples for analysis from surface to approximately 52 feet below ground surface. Draft data from this investigation was provided to the MPCA as part of the "Submittal of Draft Data Acquired from the Detailed Investigation of Soils in the VIC Site," (Soils Data Report) dated July 17, 2003. Draft lithologic logs for these soil borings were provided in the "Addendum to Letter Work Plan for Detailed Characterization of Soils in and Around the Former Ashland Lease Area," (Soils Data Report Addendum) dated June 17, 2002. The following lists the most common VOCs identified in the soil of the FALA during this investigation:

Acetone
Benzene
Dichloroethane, 1,1
Dichloroethylene, 1,1-
Dichloroethylene, cis-1,2-
Dichloroethylene, trans-1,2-
Ethyl Benzene
Methylene Chloride

MPCA014513



EXHIBIT 86

Methyl Isobutyl Ketone (MIBK)
Naphthalene
Styrene
Tetrachloroethylene
Toluene
Trichloroethylene
Trichloroethane, 1,1,2-
Trimethylbenzene, 1,2,4-
Trimethylbenzene, 1,3,5-

Feasibility analysis has not yet been conducted to evaluate SVE as a viable technology for these contaminated soils of the FALA. However, SVE has been demonstrated to be most successible for permeable soils contaminated with VOCs with a high Henry's Law Constant (greater than 0.2 as expressed as a dimensionless value). All of the above compounds have such a high Henry's Law Constant with the exception of Acetone and MIBK (1,1,2,2-Trichloroethane's constant is just under 0.2). The soil boring logs presented in the Soils Data Report Addendum present evidence that the soil column in the unsaturated zone throughout the FALA includes sandy and silty fill, clayey and sandy till, silty sand, fine to coarse grained sand and some clay layers. These subsurface lithologies, though demonstrating significant heterogeneity, are likely sufficiently permeable for SVE technology to be considered a viable remedial option.

A pilot test is generally required for all SVE systems to evaluate the feasibility of the technology. The purpose of the pilot test requested may be viewed as remedial screening rather than final remedial design verification. If the pilot test is designed as a remedial screening test then a more complete pilot test may need to be conducted prior to design of a full-scale system. CPR may also choose to evaluate other technologies as part of the feasibility study process and the MPCA would encourage CPR to amend or augment the proposed SVE pilot test as necessary in order to evaluate additional remedial design considerations than those described conceptually in this letter. Goals of the pilot test should be as follows:

- Determine the overall effectiveness of SVE in removing VOCs from unsaturated subsurface soils in the FALA;
- Determine the optimum spacing requirements to achieve efficient removal of VOCs;
- Evaluate the radius of influence of vacuum extraction wells;
- Estimate optimal air flow rates for effective contaminant removal;
- Estimate rates for VOC removal and contaminant mass emission; and
- Evaluate the need and type of emission controls that may be required.

The MPCA requests that CPR conduct a pilot test that includes at a minimum the following elements:

Vapor Extraction Wells (VEWs) installed in the more heavily contaminated area of the unsaturated interval of the FALA. The MPCA staff recommend that at least two VEWs be installed in order to provide sufficient coverage for the varying soil concentrations and lithologies in the subsurface in the FALA. Due to the size of the VOC impacts across the FALA more than two VEW may be necessary. The screened interval of the VEWs should intersect depths where consistently elevated VOC concentrations are distributed in the subsurface, and to the degree possible within laterally and vertically continuous permeable soils and above any continuous impermeable clayey horizons. The VEW should be designed and located such that that they can also be used in the event a full-scale SVE system is designed.

2. Monitoring points (observation wells) should be constructed using a screened interval that matches that of the VEWs. The monitoring points must be constructed using a radial pattern in order to evaluate the influence of the SVE vacuum in several directions surrounding the constructed VEWs. The MPCA recommends that the observation wells be located at varying radial distances from the VEWs. Three and preferably four monitoring points should be utilized. Some of the monitoring points may be used for both of the VEWs, but sufficient observation wells will need to be installed to ensure appropriate radial coverage for each VEW.

3. The MPCA recommends that CPR utilize an impenetrable surface seal (e.g. a geotextile liner) in order to minimize the amount of surface air bypassing.

4. The pilot test should be conducted to evaluate several increased steps (a minimum of 4 steps) of applied vacuum levels in order to determine the most effective and efficient flow levels. At each step of the test the following parameters need to be measured: a) applied vacuum at the VEWs; b) flow rate and the flow stream temperature and pressure where the flow measurement is taken in order to be able to convert the rate to standard temperature and pressure; and c) observed vacuum at each observation well.

5. An evaluation of the off-gas for determining appropriate emission control requirements must be conducted during the pilot test. Due to the elevated concentrations of VOCs, it is likely that some emissions treatment will be required in the event a full scale SVE system is constructed. It is recommended that at least two off-gas samples be collected for VOCs for each VEW during the step that is considered most representative of what would likely be considered in a final design, or one sample each from the two step intervals with the highest vacuum/flow. If the pilot test is proposed to be run much longer than a week, the MPCA recommends that off-gas samples be collected and analyzed prior to continuing the pilot test in the event that due to either the elevated concentrations or community concerns off-gas treatment is deemed necessary. It is recommended, if possible, that CPR estimate in advance worst case emission levels for a select group of compounds in order to determine if off-gas treatment needs to be considered at the outset of the pilot testing activities.

6. During the test nearby water levels from nearby monitoring wells screened in unconfined aquifer should be data logged to determine their response using water level transducers.

The MPCA staff understand that CPR representatives has expressed technical concerns conducting free product recovery concurrently with vapor extraction activities. One concern expressed was that the extraction of vapors from the unsaturated zone would also extract considerable mass of contamination from the free product located at the water table and would result in cross-contamination of the unsaturated zone soils. Although some extraction of volatiles from the predominantly diesel-based free product is likely, the MPCA staff consider that VOC contaminated unsaturated soils in the FALA has the likelihood of being preferentially remediated if the well screens for the SVE system is located sufficiently above the water table. CPR may want to consider designing the pilot test to test this hypothesis of cross-contamination through both analysis of the off-gas and a soil sampling plan. Since the pilot test is to be conducted at most for a few weeks, the MPCA staff do not consider these concerns sufficient cause for not either conducting the SVE pilot test either concurrently with the free product pilot test or immediately following the free product pilot test.

On March 11, 2004, the MPCA staff met with a representative of Ashland Chemical (Ashland) to discuss the Site. During that meeting the Ashland representative restated Ashland's willingness to participate in remediation efforts at the FALA by conducting a free product removal pilot test. The Ashland representative also stated their potential willingness to also conduct an SVE pilot test at the FALA. The MPCA staff have no objections to Ashland conducting all or portions of both the free product pilot test and the SVE pilot test. The MPCA, however, intends to continue to work and coordinate the completion of the remediation schedule and other elements of the Site investigation and cleanup with CPR.

CPR has been requested in the remediation schedule submit an SVE work plan for review by the end of June. The MPCA considers that the SVE pilot test should be conducted during the late summer or fall of 2004 in order to be able to integrate the results into the draft RAP. The MPCA staff would be willing to meet with CPR representatives in the near future to discuss this proposal and additional technical design considerations. If you have questions regarding this letter please contact Rick Jolley at (651) 297-5573 or Patrice Jensen at (651) 296-7744.

Sincerely,

Bruce Brott, Supervisor
Superfund Unit 2
Superfund Section
Majors and Remediation Division

BB:jmp

Richard Marton, AMEC Earth and Environmental
Dan Colton, Leonard Street and Deinard
Jim Vondracek, Ashland Chemical
Paul Ostrow, City of Minneapolis
David Jaeger, Hennepin County