**Golder Associates Inc.**

1951 Old Cuthbert Road, Suite 301
Cherry Hill, NJ 08034
Telephone (856) 616-8166
Fax (856) 616-1874
www.golder.com

Golder Associates

# REMEDIAL INVESTIGATION REPORT FOR THE EAST SIDE SHOREHAM FACILITY (VIC SITE ID VP5080) MINNEAPOLIS, MINNESOTA

Prepared for:

Soo Line Railroad Company d/b/a Canadian Pacific Railway
501 Marquette Avenue
Minneapolis, Minnesota 55402

Prepared by:

Golder Associates Inc.
1951 Old Cuthbert Road, Suite 301
Cherry Hill, New Jersey 08034

February 2005

Project No.: 023-6105

## TABLE OF CONTENTS

Cover Letter

Table of Contents i

Executive Summary ES-1

SECTION PAGE

1.0 INTRODUCTION .... 1
- 1.1 Scope of Work .... 1
- 1.2 Purpose of Report .... 1

2.0 SITE BACKGROUND .... 3
- 2.1 Shoreham Facility Location and Description .... 3
- 2.2 East Side Shoreham Facility Areas .... 5
  - 2.2.1 Area A – Former Lease Area .... 5
  - 2.2.2 Area B – Collector Pan Area .... 7
  - 2.2.3 Area C – Round House Area .... 7
  - 2.2.4 Area D – Former Ice House Area .... 7
  - 2.2.5 Area E – Former Waste Reclamation Area .... 8
  - 2.2.6 Area F – Pump House Area .... 8
  - 2.2.7 Area G – Shops Area .... 9
- 2.3 Previous and On-going Site Investigations .... 9

3.0 OVERVIEW OF REMEDIAL INVESTIGATION .... 11
- 3.1 Scope and Rationale .... 11
- 3.2 Field Investigation Methods .... 11
- 3.3 Site-Specific Sampling and Chemical Analytical Methodologies .... 12

4.0 GEOLOGIC AND HYDROGEOLOGIC INVESTIGATION RESULTS .... 13
- 4.1 Regional Geology .... 13
  - 4.1.1 Unconsolidated Sediments .... 14
  - 4.1.2 Bedrock .... 17
- 4.2 Site Geology .... 19
  - 4.2.1 Unconsolidated Sediments .... 20
  - 4.2.2 Bedrock .... 23
- 4.3 Regional Hydrogeology .... 25
  - 4.3.1 Hydrostratigraphy of Unconsolidated Sediments .... 26
  - 4.3.2 Hydrostratigraphy of Bedrock .... 26
  - 4.3.3 Regional Groundwater Flow .... 27
- 4.4 Site Hydrogeology .... 28
  - 4.4.1 Groundwater Flow in Unconsolidated Sediments .... 28
  - 4.4.2 Groundwater Flow in Bedrock .... 30
  - 4.4.3 Site Groundwater Flow (Site Conceptual Hydrogeological Model) .... 31

5.0 ENVIRONMENTAL INVESTIGATION RESULTS .... 32
- 5.1 Contaminants of Potential Concern .... 32
- 5.2 Distribution of Contaminants .... 33
  - 5.2.1 LNAPL .... 33
  - 5.2.2 Soil .... 34
  - 5.2.3 Groundwater .... 38

5.3 Potential Exposure Pathways ........ 41
5.4 Potential Receptors ........ 42
5.5 Historical and Planned Property Use ........ 42

6.0 CONCLUSIONS & RECOMMENDATIONS ........ 43

7.0 REFERENCES ........ 44

LIST OF FIGURES

Figure 2-1 Facility Location Map
Figure 2-2 Facility Base Map
Figure 2-3 Soil Boring and Monitoring Well Location Map (North)
Figure 2-4 Soil Boring and Monitoring Well Location Map (South)
Figure 4-1 Surficial Geologic Map of Site Area
Figure 4-2 Bedrock Geologic Maps of Site Area
Figure 4-3 Cross Section Location Map
Figure 4-4 Geologic Cross Sections A-A' through D-D'
Figure 4-5 Geologic Cross Sections E-E' through H-H'
Figure 4-6 Metro Model, Regional Groundwater Flow, Unconsolidated Sediments
Figure 4-7 Metro Model, Regional Groundwater Flow, St. Peter Sandstone
Figure 4-8 Metro Model, Regional Groundwater Flow, Prairie du Chien / Jordan
Figure 4-9 Local Shallow Groundwater Flow (September 2004)
Figure 4-10 Groundwater Hydrographs, MW00-53-T and MW00-54-T
Figure 4-11 Groundwater Hydrographs, Shallow Groundwater
Figure 4-12 Cross Section Groundwater Flow (September 2004)
Figure 4-13 Local Groundwater Flow, Base of Outwash/Top of Bedrock (September 2004)
Figure 4-14 Groundwater Hydrographs, Intermediate Outwash
Figure 4-15 Groundwater Hydrographs, Base Outwash
Figure 4-16 Local Groundwater Flow, Prairie du Chien (September 2004)
Figure 4-17 Groundwater Hydrographs, Prairie du Chien
Figure 4-18 Hydrogeological Conceptual Model
Figure 4-19 Vertical Gradients Between Shallow Groundwater and OPD (September 2004)
Figure 4-20 Flow Paths in the Area of the Bedrock Valley
Figure 5-1 Map of Wells Historically Containing LNAPL
Figure 5-2 Distribution of Toluene in Soil
Figure 5-3 Distribution of Total Xylenes in Soil
Figure 5-4 Distribution of Naphthalene in Soil
Figure 5-5 Distribution of Phenanthrene in Soil
Figure 5-6 Distribution of Sum of Chlorinated VOCs in Soil
Figure 5-7 Distribution of PCE in Soil
Figure 5-8 Distribution of TCE in Soil
Figure 5-9 Distribution of 1,1,1-TCA in Soil
Figure 5-10 Distribution of 1,1,2-TCA in Soil
Figure 5-11 Map of Control Points Used in Developing Groundwater Concentration Distribution
Figure 5-12 Interpreted Contours of Toluene in Groundwater
Figure 5-13 Interpreted Contours of Total Xylene in Groundwater
Figure 5-14 Interpreted Contours of Sum of Chlorinated VOCs in Groundwater
Figure 5-15 Interpreted Contours of PCE in Groundwater
Figure 5-16 Interpreted Contours of TCE in Groundwater
Figure 5-17 Interpreted Contours of Cis-1,2-DCE in Groundwater

Figure 5-18 Interpreted Contours of Vinyl Chloride in Groundwater
Figure 5-19 Interpreted Contours of 1,1,1-TCA in Groundwater
Figure 5-20 Interpreted Contours of 1,1-DCA in Groundwater
Figure 5-21 Interpreted Contours of 1,1-DCE in Groundwater
Figure 5-22 Interpreted Contours of 1,1,2-TCA in Groundwater
Figure 5-23 Groundwater Impacts in the OPD in the Southern Off-Site Area

LIST OF APPENDICES

Appendix A List of Documents Incorporated by Reference in 2005 Remedial Investigation Report
Appendix B Chronological Summary of Previous Investigations

## EXECUTIVE SUMMARY

This *Remedial Investigation Report* has been prepared on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (Soo Line) for the east side of Soo Line's Shoreham Facility located in Minneapolis, MN, (East Side Shoreham Facility, or Site). The Site is identified as VIC Site No. VP5080, under the Minnesota Pollution Control Agency (MPCA) Voluntary Investigation and Cleanup program.

**Purpose**

The Site has been the subject of environmental scrutiny dating back to 1977, with intensive investigation beginning in about 1997. A detailed history of the Site was presented in Braun Intertec's 1999 *Phase I Environmental Site Assessment* and further summarized in IT Corporation's 2001 *Phase II Supplemental Remedial Investigation Report*. Since that time, environmental investigations at and around the Site have been conducted continuously with oversight by MPCA. As requested by MPCA, this *Remedial Investigation Report* has been prepared primarily to provide an updated summary of the nature and extent of environmental contamination associated with the Site. Much of the information provided herein was previously presented to the MPCA at the meeting held on November 10, 2004 in MPCA's offices in St. Paul, MN. As discussed at that meeting, this *Remedial Investigation Report* provides the basis for the preparation of a *Focused Feasibility Study/Proposed Response Action Plan* (FFS/RAP), which will lead to a formal remedy selection and cleanup of the Site. Following remedy implementation, Soo Line intends to seek a Certificate of Completion for the Site.

**Shoreham Facility**

The Shoreham Facility (Facility) encompasses an area of approximately 230 acres in the northern portion of Minneapolis, Minnesota, and has been used by Soo Line and its predecessors for railroad operations from the late 1880s through to the present day. In addition, portions of the Facility have been leased to or owned by other commercial operators since the early 1900s. Property in the eastern portion of the Facility was leased to tenants including Rocket Products and Ashland Chemical Company, both of which operated a chemical blending, storage and transfer facility, and Murphy Oil Corporation, which operated a fuel storage/retail petroleum business. Property in the central and western portion of the Facility has been leased or owned by, among others, Con Agra, Inc. for warehousing and grain elevator operations, Cedar Service for wood treating, and the McFarland/Dworsky for wood treating and barrel reconditioning and storage. Four separate

contaminated sites have previously been identified within the Shoreham Facility: East Side Shoreham Facility; Soo Line Dump Site; Cedar Service Site; and, McFarland/Dworsky Site. This report deals only with the East Side Shoreham Facility.

**Historical and Planned Property Use**

Land use at the East Side Shoreham Facility has historically been commercial and industrial. Future land use of the Site includes continuing railroad operations of the railroad by Soo Line. In addition, the City of Minneapolis has expressed interest in purchasing portions of the Site for commercial re-development purposes. Future property use will be further discussed in the forthcoming *FFS/RAP*.

**Potential Exposure Pathways**

The following environmental media are, or are projected to be, contaminated in portions of the Site and, directly or indirectly, receptors may be exposed to such contamination:

- soil;
- fugitive dust;
- vapor; and
- groundwater.

The potential exposure pathways to such contaminated media include:

- Direct dermal contact with soil;
- Direct dermal contact with fugitive dust;
- Direct dermal contact with groundwater;
- Inhalation of fugitive dust;
- Inhalation of vapors;
- Ingestion of soil;
- Ingestion of fugitive dust;
- Ingestion of surface water; and,
- Ingestion of groundwater.

**Potential Receptors**

Potential human receptors under both current and future use scenarios at the Site include:

- On-Site workers;
- On-Site utility workers;
- On-Site construction workers;
- Off-Site residents/workers;
- Child/teen trespassers; and,
- Adult trespassers.

These receptors will be addressed in the forthcoming *FFS/RAP*. Given the current and anticipated future use of the property, significant exposure by ecological receptors is not anticipated.

**East Side Shoreham Facility**

This Site is comprised of approximately 24 acres located in the eastern portion of the Facility. It includes portions of Soo Line's operation areas, as well as the areas formerly leased by Rocket Products/Ashland Chemical and Murphy Oil. Previous environmental investigations at the Site have shown soil and groundwater impacts from petroleum related compounds and solvents. The East Side Shoreham Facility was previously divided into the following six areas of concern (Braun, 1999):

- Area A – Former Lease Area (combined Murphy Lease Area and Ashland Lease Area);
- Area B – Collector Pan Area;
- Area C – Round House Area;
- Area D – Former Ice House Area;
- Area E – Former Waste Reclamation Area; and
- Area F – Pump House Area.

A new area, Area G – Shops Area, has been subsequently identified and is described herein. Environmental investigations have been conducted in these areas at the Site to define and refine the understanding of the nature and extent of contamination.

**Regional and Site Geology**

Geologic units of environmental interest include the following two broad categories:

- unconsolidated sediments – At the Site, the thickness of the unconsolidated sediments varies from 20 feet to as much as 200 feet, and is comprised of :
    - *Fill* – including re-worked native material, construction debris and imported fill;
    - *Alluvium* - the uppermost, natural geologic material at the Site which consists of a fine to coarse grained, silty-sand to sand;
    - *Glacial Till* - typically a mixture of clayey-silt, sand, sandy-silt, and/or sandy, fine to coarse grained sediments;
    - *Glacio-Lacustrine Deposits* – varved, laminated clays; and
    - *Outwash Deposits* - typically a clean, well sorted, gravelly sand with occasional pebbles and cobbles.

- bedrock - which at the Site includes:
    - *St. Peter Sandstone* - a weakly cemented to uncemented sandstone with a basal mudstone unit; and

- *Prairie du Chien Group* – which is divided into the massively (thin to medium) bedded and karstic Shakopee Dolomite and the more dense, thinly to massively bedded Oneota Dolomite.

Available published information and Site data, including data from the most recent investigations, were used to construct detailed geologic cross sections through the Site and adjacent areas (Figure 4-3 through 4-5). One of the key aims of the cross sections was to improve understanding of the structure, morphology, and limits of an erosional feature (previously referred to as the eastern buried bedrock valley (*see* IT Corp., 2001) that underlies the eastern boundary and southeastern corner of the Site. A second purpose was to illustrate the stratigraphic relationships between and among the unconsolidated sediments and the bedrock. Based on the currently available Site data, which fail to provide evidence of the valley's upstream and downstream channels, the eastern buried bedrock valley more closely resembles a closed depression within the St. Peter Sandstone subcrop area (Figure 4-2, and inset block diagram in Figures 4-4 and 4-5). The closed depression contains an erosional "window" (inlier) that passes through the St. Peter Formation into the Prairie du Chien Group. In this deeper part of the closed depression, the thickness of the unconsolidated Outwash Deposits reaches its maximum, and the Outwash rests directly on top of the Prairie du Chien (Figures 4-4 and 4-5).

**Regional and Site Hydrogeology**

At a regional scale, the hydrogeology is generally well understood. In both the unconsolidated sediments and underlying bedrock units, regional groundwater flow is generally from the northeast to the south and southwest (Figures 4-6 through 4-8). At the Site, groundwater flow in the unconsolidated sediments west of the bedrock valley/depression is generally towards the east (Figure 4-9). This flow pattern is created by the draining effect of the closed depression in combination with the low hydraulic conductivity of the basal mudstone unit of the St. Peter Sandstone, which limits downward groundwater movement in many areas of the Site. Over the closed depression, the groundwater gradients in the overburden are primarily vertical and downward. However, the presence of discontinuous horizons of finer grained sediments results in perching, local lateral flow and tortuous groundwater flow paths. In the erosional window where the Prairie du Chien is not separated from the Outwash Deposits by the basal mudstone of the St. Peter Formation, the highly conductive Prairie du Chien acts as a sink for the groundwater in the unconsolidated sediments. Recharge from the overlying Outwash Deposits creates a groundwater mound in the Prairie du Chien centered on the axis of the bedrock valley/depression (Figure 4-13). Regional groundwater flow in the Prairie du Chien is to the southwest and south, but in the region of the erosional window flow is radial.

**Contaminants of Potential Concern**

The following indicator compounds have been selected so as to succinctly describe the nature and extent of contamination at the Site. Although other contaminants are present, the currently understood envelope of contamination that exceeds risk based criteria is delineated by the indicator compounds.

For soil:

- toluene
- total xylenes
- naphthalene
- phenanthrene
- tetrachloroethene (PCE)
- trichloroethene (TCE)
- 1,1,1-trichloroethane (1,1,1-TCA)

For groundwater:

- toluene
- total xylenes
- PCE
- TCE
- cis-1,2-dichloroethene (cis-1,2-DCE)
- vinyl chloride
- 1,1,1-TCA
- 1,1-dichloroethane (1,1-DCA)
- 1,1-dichloroethene (1,1-DCE)
- 1,1,2-trichloroethane (1,1,2-TCA)

In addition, the distribution of the sum of chlorinated volatile organic compounds (including PCE, TCE, 1,1,1-TCA, cis-DCE, vinyl chloride, 1,1-DCE, and 1,1-DCA) is also presented.

**Distribution of Contaminants at the Site as LNAPL**

Non-Aqueous Phase Liquid (NAPL) is the term applied to accumulations of free product in groundwater. Light Non-Aqueous Phase Liquid (LNAPL) is the term applied to NAPLs that are less dense than water, i.e., they tend to float on the water surface. NAPL accumulations are significant because they possess very high concentrations of contaminants and because they do not necessarily migrate in the direction of groundwater flow. LNAPL has currently or historically existed within the following Site areas: the Former Ashland Lease Area; Collector Pan Area; and the Pump House Area (Figure 5-1).

Two separate hydrostratigraphic units contain LNAPL within the Former Ashland Lease Area. Well MW-402D is screened within the Outwash Deposits below a lacustrine clay layer, under which LNAPL has been trapped due to rising water levels that have been experienced over more than a decade. Since about 1997, the water table has risen at the rate of about 1-foot per year (Figure 5-1). The composition of the LNAPL beneath the Former Ashland Lease Area includes predominantly chlorinated and aromatic solvents, with small to trace amounts of petroleum fuel(s) (Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001).

In the Collector Pan Area, wells in which measurable free product has been observed include MW-2 and MW-314. The composition of the free product in the Collector Pan Area is markedly different from the Former Lease Area, both physically and chemically. The Collector Pan Area LNAPL is primarily composed of diesel fuel-type constituents with some solvents (Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001).

In the Pump House Area, measurable free product (primarily diesel-fuel type constituents see Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001) has been observed in multiple wells including MW-308, MW-3, MW-602, MW-601, MW-603, and MW-301.

Currently, a LNAPL investigation and pilot recovery program is ongoing in the Former Ashland Lease Area.

**Distribution of Contaminants in Site Soil**

The three-dimensional distribution of contaminants of concern (COCs) in soil at the Site is presented as a set of figures based on samples collected since 1987.

*Toluene and Xylene*

Toluene and xylene are compounds found in both petroleum fuels and commercial solvents. They are volatile compounds that evaporate at fairly low temperatures and are more concentrated in many petroleum-based solvents than in fuels. In general, the toluene and total xylenes data indicate a substantial area of high concentrations within the Former Ashland Lease Area (Figures 5-2 and 5-3). The area of elevated concentration that extends continuously from ground surface to the water table occurs over a relatively small cross sectional area within the Former Ashland Lease Area. This contamination pattern is produced by a focused descent pathway for the contaminant, and it is referred to as a "chimney." Chimneys are common when there have been sizable releases of product or when small releases have been very frequently repeated in the same location.

*Naphthalene and Phenanthrene*

Naphthalene and phenanthrene are compounds found in materials distilled from crude oil. They are much less volatile than toluene and xylene; therefore, higher concentrations tend to be found in heavier fuels, and fuel and non-fuel low- to mid-range petroleum distillates. The naphthalene data indicate substantial areas of high concentrations within the Former Ashland and Murphy Lease Areas and in the Pump House and Collector Pan Areas (Figure 5-4). The phenanthrene data indicate broad areas of high concentrations in the Former Murphy Lease Area, the Pump House Area, and the Collector Pan Area, and more limited areas of elevated concentrations in the Round House Area and Waste Reclamation Area. (Figure 5-5)

*Chlorinated Solvents*

The chlorinated solvent family of compounds (e.g., PCE, TCE, and 1,1,1 TCA) are not produced by the distillation of crude oil. They are manufactured through a complex process that adds chlorine to petroleum components that have been ethylated. Because they are not derived by simple distillation of crude oil, they are not significant components of petroleum fuels. The PCE, TCE, 1,1,1-TCA, and sum of chlorinated VOCs data indicate a substantial area of high concentrations within the Former Ashland Lease Area and contamination in the southeastern portion of the Round House Area (Figure 5-6). The contaminant pattern in the Former Ashland Lease Area is very similar to the pattern exhibited by toluene and xylene (Figures 5-2 and 5-3), with elevated concentrations from ground surface to below the water table (the "chimney"-like feature). In the Round House Area, highly elevated concentrations are generally restricted to shallow depths..

**Distribution of Contaminants in Site Groundwater**

The three-dimensional distribution of groundwater COCs at the Site, interpreted from samples collected from monitoring wells, and temporary monitoring well points (hydroprofiles), is illustrated in a series of figures with four views (Figures 5-12 through 5-22). Each view represents a horizontal cross section produced at an elevation that represents a major hydrostratigraphic horizon, i.e., the water table within the Glacial Till layer; the interface between the sandstone and mudstone units in the St. Peter Sandstone, the lower portion of the Outwash Deposits within the bedrock valley, and a conductive fracture zone located approximately 40 feet below the top of the Prairie du Chien (OPD).

The data indicate that for the sum of chlorinated VOCs, groundwater impacts are greatest beneath the Former Ashland Lease Area and beneath the Round House Area. The impacted area beneath

the Former Ashland Lease Area extends vertically into the Outwash Deposits and into the OPD. In shallow groundwater, there also appears to be a horizontal path from the Former Ashland Lease Area to the south that merges with shallow impacts present in the Waste Reclamation Area. The commingled plume migrates eastward and then descends in the Outwash Deposits. Impacts also occur in the shallow groundwater beneath the Round House Area and initially decrease with depth. At an elevation of approximately 750 feet above mean sea level (ft. amsl), concentrations increase substantially within the Outwash Deposits. This impacted area also extends through the Outwash Deposits and into the OPD. The two impacted areas (from beneath the Former Ashland Lease Area and from beneath the Round House Area) merge within the OPD and migrate laterally to the south consistent with the OPD groundwater flow direction.

The family of chlorinated solvent compounds degrades through hydrolysis and microbial processes. The result is a progressive dechlorination of the original contaminant, ultimately culminating in vinyl chloride or ethane/ethene. For the PCE to vinyl chloride (chlorinated ethene) group of compounds, groundwater impacts are present beneath both the Former Ashland Lease Area and beneath the Round House Area. The PCE impacts beneath the Former Ashland Lease Area decrease with depth through the Outwash Deposits, while cis-1,2-DCE and vinyl chloride increase in the Outwash Deposits. This indicates that PCE and TCE are degrading to cis-1,2-DCE and vinyl chloride. PCE impacts occur in the shallow groundwater beneath the Round House Area, and decrease with depth. The degradation product cis-1,2-DCE is present within the plume beneath the Round House Area, but vinyl chloride is not detectable. The Roundhouse Area plume continues to descend into the OPD and merges with the plume from the Former Ashland Lease Area at a geographic location below Central Avenue.

For the chlorinated ethane group of compounds, 1,1,1-TCA impacts are present beneath both the Former Ashland Lease Area and the Round House Area. Based on the current data, the impacts below the Former Ashland Lease Area appear to decline with depth, while the impacts below the Round House Area appear to be more persistent. The biodegradation product 1,1-DCA is produced below both areas and descends through the Outwash Deposits into the OPD, whereupon the two impacted areas merge and flow to the south, again at a geographic location below Central Avenue. The abiotic degradation product 1,1-DCE is present associated with both the Former Ashland Lease Area and the Round House Area. 1,1,2-TCA, which is much less susceptible to degradation, is present beneath the Former Ashland Area and is also detected below 28th Avenue and Central Avenue but is not present beneath the Round House Area.

Impacts in groundwater off-site to the south of Shoreham Facility are from PCE, vinyl chloride, 1,1-DCE and TCE, and are primarily restricted to the OPD. While a substantial well network exists south of Shoreham Facility, the nature and extent of Outwash Deposit contamination east of Central Avenue and OPD groundwater contamination to the east and southeast of the Site are not yet fully characterized.

## 1.0 INTRODUCTION

### 1.1 Scope of Work

This *Remedial Investigation Report* has been prepared by Golder Associates Inc. (Golder) on behalf of Soo Line Railroad Company doing business as Canadian Pacific Railway (Soo Line) for the east side of Soo Line's Shoreham Facility located in Minneapolis, MN, (East Side Shoreham Facility, or Site). The Site is identified as VIC Site No. 5080 under the Minnesota Pollution Control Agency (MPCA) Voluntary Investigation and Cleanup (VIC) program. This *Remedial Investigation Report* has been formatted and prepared in general accordance with the MPCA VIC Guidance Document #12: Phase II Investigation Report, revised December 1993.

### 1.2 Purpose of Report

As further described below, the Site has been the subject of extensive environmental scrutiny dating back to 1977, with intensive investigation beginning in about 1997. A detailed history of the Site was presented in Braun Intertec's (Braun) 1999 *Phase I Environmental Site Assessment* and further summarized in IT Corporation's (IT) 2001 *Phase II Supplemental Remedial Investigation Report*. Since that time, environmental investigations at and around the Site have been conducted continuously with oversight by MPCA, with the field work being conducted primarily by AMEC Earth & Environmental (AMEC) on behalf of Soo Line. As requested by MPCA, this *Remedial Investigation Report* has been prepared primarily to provide an updated summary of the nature and extent of environmental contamination associated with the Site. Much of the information provided herein was previously presented to the MPCA at the meeting held on November 10, 2004 in MPCA's offices in St. Paul, MN. As discussed at that meeting, this *Remedial Investigation Report* provides the basis for the preparation of a *Focused Feasibility Study/Proposed Response Action Plan* (FFS/RAP). The forthcoming *FFS/RAP* will, in turn, propose response actions (RAs) to protect the public health, welfare and environment from releases or threatened releases of hazardous substances, pollutants, or contaminants associated with the East Side Shoreham Facility. Following remedy implementation, Soo Line intends to seek a Certificate of Completion for the Site.

Pursuant to the MPCA VIC Guidance Document #12, this *Remedial Investigation Report* provides detailed Site information consistent with the following objectives:

- document the investigation of potential sources of contamination described in previous work plans and reports;

- document the magnitude of the contaminant sources and determine the magnitude, extent and potential receptors of releases or threatened releases;
- provide site information to inform the public and so MPCA staff can evaluate cleanup levels;
- provide site information to aid in and/or justify the selection of a remedial technology, if cleanup is necessary; and,
- provide MPCA staff an opportunity to comment on the investigation results in order to clearly understand site status with respect to further action required or eligibility of the voluntary party for administrative or statutory assurances regarding enforcement actions or liability.

The detailed data utilized in preparing this report have been previously provided to MPCA in data reports prepared for each phase of work. A list of these reports and other documents provided by AMEC and used in preparing this *Remedial Investigation Report* is attached as Appendix A. These reports are included in this *Remedial Investigation Report* by reference. Appendix B of this report, prepared by AMEC, provides a chronological summary of the previous investigations and explains how they were developed with MPCA oversight.

## 2.0 SITE BACKGROUND

### 2.1 Shoreham Facility Location and Description

The entire Shoreham Facility (Facility) encompasses an area of approximately 230 acres in the northern portion of Minneapolis, Minnesota, and has been used primarily for railroad operations by Soo Line and its predecessors from the late 1880s through to the present day. The Facility is generally bounded to the north by St. Anthony Parkway, to the east by Central Avenue NE, to the south by St. Anthony Cemetery and 27th Avenue NE, and to the west by University Avenue NE. The western Facility boundary is approximately 0.7 miles east of the Mississippi River (Figure 2-1).

Consistent with its railroad use, the Facility includes or has included, train tracks, switching facilities, car repair facilities, locomotive repair and washing facilities, refueling facilities, a roundhouse, tool and work shops, office buildings, storage buildings, and other buildings and structures related to railroad operations.

In addition to its historic and on-going use for railroad operations, portions of the Facility have been leased to or owned by other commercial operators since the early 1900s. Property in the eastern portion of the Facility was leased to tenants, most recently Rocket Products and Ashland Chemical Company, both of which operated a chemical blending, storage and transfer facility, and Murphy Oil Corporation, which operated fuel storage, retail petroleum and auto repair businesses. Property in the central and western portion of the Facility has been leased or owned by, among others, Con Agra, Inc. (d.b.a. as Peavey Grain) for warehousing and grain elevator operations, Cedar Service for wood treating, and McFarland/Dworsky for wood treating, barrel reconditioning and storage. (AMEC, 2004a).

As a result of various commercial activities over time, soil and groundwater at the Facility have been contaminated. The primary contaminants of concern (COCs) are petroleum hydrocarbons, chlorinated solvents, and pentachlorophenol (PCP) (AMEC, 2002a). Based upon location, operational history, and potential environmental impacts, the following four separate contaminated sites have previously been identified within the Shoreham Facility (AMEC, 2004a):

- East Side Shoreham Facility;
- Soo Line Dump Site;

- Cedar Service Site; and,
- McFarland/Dworsky Site.

The general locations of these sites within the Facility are illustrated on Figure 2-2. A brief description of each follows:

*East Side Shoreham Facility* - This site is the subject of this report. It is comprised of approximately 38 acres located in the eastern portion of the Facility. It includes portions of the Soo Line railroad operations area, as well as the areas leased by Rocket Products/Ashland Chemical and Murphy Oil. The East Side Shoreham Facility was divided into the following six areas of concern in the 1999 *Phase I Environmental Site Assessment* (Braun, 1999):

- Area A – Former Lease Area (combined Murphy Lease Area and Ashland Lease Area);
- Area B – Collector Pan Area;
- Area C – Round House Area;
- Area D – Former Ice House Area;
- Area E – Former Waste Reclamation Area; and
- Area F – Pump House Area.

As further discussed in Section 3.0, a new area has been subsequently identified:

- Area G – Shops Area.

Previous environmental investigations at the East Side Shoreham Facility have shown soil and groundwater impacts from petroleum related compounds and solvents.

*Soo Line Dump Site* – At the request of MPCA, Soo Line, as current owner of the Facility, is seeking regulatory closure for this site. The site is entered in the MPCA VIC program under ID Number VP5081 and is not the subject of this report. The Soo Line Dump Site occupies approximately 3.3 acres in the northeastern part of the Facility where fill and debris were disposed and covered from approximately the 1940s through the 1960s. The area was a former lake initially filled by the City of Minneapolis in the 1920s. This site is currently covered with grassy vegetation and brush. Investigations have been conducted at the site since 1987. Soil impacts from volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), metals, polychlorinated biphenyls (PCBs), potentially asbestos containing material (PACM) and one pesticide were initially reported. No pesticide or PCB contamination has been detected in extensive subsequent investigations. Methane migration was also identified as a potential concern given the projected

remedy of capping the site; however, recent sampling and laboratory analysis for methane at three locations has shown no detectable methane present (AMEC, 2005).

*Cedar Service Site* - A series of pole storage and wood treatment businesses operated between 1926 and 1972 in the northwestern portion of the Facility. PCP contamination is present in this area. This site, Case File number 91-0082, is overseen by the Minnesota Department of Agriculture (MDA) based on the presence of wood treating chemicals. The Cedar Service Site is not the subject of this report. The site is named for Cedar Service Inc., the last tenant to operate a wood treating business in this location. Previous environmental investigations conducted at the Cedar Service site have identified impacts to soil and groundwater by PCP, polycyclic aromatic hydrocarbons (PAHs), and hydrocarbons potentially associated with fuel oil/PCP solutions. Groundwater monitoring at this site is currently ongoing, and further investigation is planned by Soo Line (AMEC, 2004a).

*McFarland/Dworsky Site* – This site is identified as site VP7570 under MPCA's VIC program and is also administered by MDA and is not the subject of this report. It is located to the east of the Cedar Service site. Soil and groundwater investigation is currently underway at the site to characterize the nature and extent of potential environmental impacts (AMEC, 2004a).

Surrounding Properties - Land use surrounding the 230 acre Shoreham Facility is mixed. Land to the north, including Columbia Heights Park and Golf Course, is used primarily for recreation. Land to the east and south consists mostly of mixed commercial businesses and residential neighborhoods, with the St. Anthony Cemetery located to the southeast. Primarily commercial and industrial properties are located to the west of the Facility (AMEC, 2002b).

## 2.2 East Side Shoreham Facility Areas

The area designations, shown on Figure 2-2, were originally developed for the East Side Shoreham Facility for discussion purposes only, and were not meant to accurately delineate ownership or control of any portion of the Site. The areas generally represent separate types of operational use over time. The following area descriptions are taken primarily from Braun (1999) and IT (2001).

### 2.2.1 Area A – Former Lease Area

Area A is the former leased property located along Central Avenue. It is comprised of a strip of land approximately 65 feet wide running along Central Avenue between about 30th Avenue NE and 29th Avenue NE. It is currently vacant and landscaped. Murphy Oil USA, Inc. (Murphy) and

Ashland, Inc. (Ashland) were the tenants who last operated in these areas, Murphy in the north and Ashland in the south. Soil contamination in the northern part of Area A is dominantly petroleum related, while contamination in the south is largely associated with commercial solvents. Area A is the subject of litigation filed by Soo Line in the United States District Court, District of Minnesota, entitled *Soo Line Railroad Company v. Ashland Inc. and Murphy Oil USA, Inc.*, pending as Civil File No. 01-1628. Area A has previously been subdivided into the Murphy Lease Area and the Ashland Lease Area, as shown on Figure 2-2, and further described below.

***Murphy Lease Area***

The Murphy Lease Area is the northern parcel in Area A. It is approximately 0.5 acres in size. Historical information indicates that the Murphy Lease Area was used for a retail service station and for storing, distributing and dispensing bulk petroleum products between approximately the 1930s and 1986. The facility was most recently leased by Murphy or its predecessors-in-interest beginning in the 1940s and ending in 1986. Previous environmental investigations indicate environmental impacts above risk based criteria in soil and groundwater of VOCs, and elevated concentrations of diesel range organics (DRO), and gasoline range organics (GRO). SVOCs characteristic of petroleum fuels were also found in soil. Potential sources previously reported include former aboveground storage tanks (ASTs) and underground storage tanks (USTs) used to store gasoline, fuel oil and drain oil; oil pumphouses and associated piping; gasoline dispensers and associated piping; maintenance pits associated with the former service station; and storage and warehousing facilities.

***Ashland Lease Area***

Historical information indicates that the Ashland Lease Area, the southern parcel in Area A, was used for a chemical blending, storage, and transfer facility which operated from approximately 1960 to 1983. The Ashland Lease Area encompasses approximately 0.5 acre. The facility was most recently operated by Ashland from 1973 until about 1983. Previous environmental investigations indicate the presence of DRO, GRO and VOCs in soil and groundwater, and SVOCs in soil; however, these investigations demonstrated that contamination is predominately associated with commercial solvents. Prior to Ashland's operations, available records indicate the chemicals stored and used on the premises by Rocket Products included lacquer thinner, isopropyl alcohol, mineral spirits, xylene, toluene, acetone, styrene, and various paint and varnish solvents and diluents. Ashland reportedly stored and sold similar compounds, and additionally trichloroethene (TCE),

trichloroethane (TCA), dichloroethene (DCE), dichloroethane (DCA), tetrachloroethene, a.k.a. perchloroethene (PCE), methylene chloride (MC) and naphthalene (IT, 2001).

### 2.2.2 Area B – Collector Pan Area

The Collector Pan Area is a parcel of land approximately 5 acres in size located to the west of the Former Lease Area. Area B was used until the early 1990s primarily for the refueling of locomotives, originally with coal, then switching over to diesel in approximately 1945 to 1950. Results of previous environmental investigations in the Collector Pan Area show that soil is impacted by petroleum and groundwater is impacted by petroleum and VOCs. Potential sources for petroleum previously identified in this area include former diesel fuel ASTs; fuel loading/unloading racks and related piping; the collector pan system, including an oil-water separator and associated former UST. A potential source for VOC contamination in Area B is the commercial solvent business conducted in the adjacent Area A (IT, 2001).

### 2.2.3 Area C – Round House Area

The Round House Area is comprised of about 8 acres in the central part of the Site. It houses the round house, the ramp or run-through area (formerly referred to as the diesel house which was added to the Round House structure in approximately 1950), and a nearby building formerly used for paint storage. The round house was used for locomotive maintenance, light repair, and storage from the late 1880s until 1996. The southeastern portion of the round house was destroyed by fire in the early 1970s. Environmental investigations in the area have shown the presence of petroleum compounds and solvent related VOCs in soil and groundwater. Potential contaminant sources investigated in this area are associated with operations related to cleaning and maintenance of locomotives, a wrecking apparatus, machine shop and oil laboratories. Locations associated with passive activities, such as empty drum storage areas, underground drain lines/sewer lines, dumpster locations, ash pits, material storage, and former ASTs used to store waste oil and lube oil, have also been investigated. Of these potential sources, the principal contributors to this area's contamination appear to be locations where locomotives were cleaned and maintained, drum storage areas, and a dumpster location.

### 2.2.4 Area D – Former Ice House Area

Area D is a strip of land approximately 1.5 acres in size situated along Central Avenue from approximately 31st Avenue NE to 30th Avenue NE. It was used from approximately the early 1900s

until the late 1960s to store food grade ice. The ice was stored in warehouse type buildings (icing stations) that were rebuilt several times, and eventually demolished in the 1970s. The area is currently vacant. No environmental impacts above Minnesota Department of Health (MDH) standards were found in previous environmental investigations of this area, and no potential sources were identified.

#### 2.2.5 Area E – Former Waste Reclamation Area

The Former Waste Reclamation Area is a north-south trending rectangular parcel situated along the western curb of Central Avenue from approximately 29th Avenue NE to 28th Avenue NE. The area is approximately 4 acres in size. The area was historically used to store material for railroad use. The waste reclamation building was constructed in 1941 and demolished in 1993. During the 1970s and 1980s, the waste reclamation building was used for storing batteries and journal-box (a train axle lubricating device) parts; journal oil and valve oil (in ASTs); and various chemicals including drums of solvents, kerosene, isopropyl alcohol, paint thinner, grease, undercoating chemicals, and hydraulic oil. Historic aerial photographs show that four ASTs were formerly located at the northern end of the former waste reclamation building. They were reported to have stored PCP, kerosene, diesel fuel and mineral spirits. Chlorinated VOCs have been reported above risk based criteria in locations where drums were stored directly on surface soils. In these areas, contaminant concentrations in soil appear to decrease rapidly with depth. Contamination in groundwater is reported to exceed Health Risk Levels (HRLs) for several compounds associated with chlorinated and non-chlorinated commercial solvents.

#### 2.2.6 Area F – Pump House Area

This 3 acre area, a southwest-northeast trending elongated parcel situated to the west of the Collector Pan Area, currently includes a building formerly used as an oil pump house. The area was formerly used primarily as a fuel oil storage area. The operations included a two story oil pump house and at least 12 fuel oil storage tanks. The upper level of the oil house contained a series of pumps used to supply oil to the adjacent former blacksmith building; the lower level was used for storage, and contained oil storage tanks. Investigations in the Pump House Area have indicated soil contamination by fuel oil and diesel fuel that extends to groundwater. Potential sources noted in earlier reports include a number of gasoline, waste oil, and fuel oil USTs and associated piping; along with a number of ASTs and associated piping for storing and conveying similar petroleum fuels.

### 2.2.7 Area G – Shops Area

Area G – Shops Area is a newly defined area. It is comprised of a southwest-northeast trending elongated parcel approximately 15 acres in size that is situated south of the Pump House Area and west of the Round House Area.

The Shops Area was identified in the *Tank Facility Assessment Report* (TFA Report) (AMEC, 2004b). Locations within this area that are associated with existing or former USTs and/or ASTs, included the following:

- Machine Shop Area;
- Diesel Shop Area;
- Power House Area; and
- Coach Shop Area

The general area is further discussed in the *Status of Recognized Environmental Conditions* report (REC Report) (AMEC, 2004c), and the combined area (shown in Figure 2 of that report) was considered for addition to the East Side Shoreham Facility. The area identified in the *REC Report* is slightly modified herein to include the locations of soil borings B-15, B-16, SB01-04, and SB-04-44 through SB-04-47. Those borings were located within, or just to the south of, the Coach Shop Area as shown on Figure 2 of the *TFA Report*.

As discussed in the *REC Report*, petroleum related compounds, chlorinated solvents, and non-chlorinated solvents were used, stored or otherwise handled at a number of locations within the Shops Area.

Note that Area G, as shown in this report on Figure 2-2, could be subdivided or its extent otherwise revised in future reports pending the results of additional investigation.

## 2.3 Previous and On-going Site Investigations

Environmental investigations have been conducted at the East Side Shoreham Facility since 1977, including studies by the MPCA, Delta Environmental, Braun Intertec, IT Corporation, Barr Engineering, Blackhawk Geometrics, Dames and Moore, Remediation Technologies, Soil Exploration, Wenck Associates, W. L. Gore & Associates, Bay Geophysical, and more recently, the on-going AMEC investigations. Documents prepared as part of these investigations have included work plans, preliminary environmental assessments, Phase I and Phase II investigation reports, tank

facility investigations, Voluntary Petroleum Investigation and Cleanup (VPIC) program annual reports, soil and groundwater impact assessments, groundwater monitoring reports, groundwater receptor survey, geophysical reports, soil vapor reports, Phase II remedial investigation reports, interim response action plans, and corrective action design reports.

Environmental investigations have been conducted at the Site to define and refine the understanding of the nature and extent of contaminants in both soil and groundwater. The investigations have confirmed petroleum and chlorinated and non-chlorinated solvent related compounds in Site soil and groundwater. The investigations conducted at the Site have included installation of approximately 390 soil borings and 127 groundwater monitoring wells. The locations of Site borings and wells are shown on Figures 2-3 and 2-4.

A list of reports and other documents used in preparing this *Remedial Investigation Report* is attached as Appendix A. Appendix B, prepared by AMEC, provides a chronological summary of the previous investigations and explains how they were developed with MPCA oversight.

# 3.0 OVERVIEW OF REMEDIAL INVESTIGATION

## 3.1 Scope and Rationale

The scope of the present *Remedial Investigation Report* is to provide a comprehensive summary of the nature and extent of environmental contamination at the East Side Shoreham Facility, updated since the previous site-wide report, namely the 2001 *Phase II Supplemental Remedial Investigation Report* prepared by IT Corporation. The scope of work presented herein includes the review, interpretation, and incorporation of the results of the numerous investigations conducted at the Site since 2001.

This report provides an up-to-date, comprehensive understanding of the Site geology and hydrogeology and the nature and extent of related contamination so as to provide an appropriate basis for the forthcoming *FFS/RAP* for the Site. The amount of data generated and assimilated since the 2001 IT Corporation report is so voluminous that interpretations contained in this report supersede (rather than supplement or clarify) those contained in the 2001 report.

The data reviewed and interpreted as part of this Remedial Investigation include the results of extensive soil and groundwater sampling; groundwater level and product thickness measurements; and a passive soil gas (PSG) survey. Note that the PSG survey was used as a screening tool to refine the locations of soil borings, and therefore the PSG results have not been directly incorporated into this report. The results of the soil samples subsequently collected based upon the results of the PSG survey, however, were used.

## 3.2 Field Investigation Methods

With the exception of specialized work such as the passive soil gas survey conducted by W. L. Gore & Associates, all field work conducted at the Site on behalf of Soo Line from 2001 to the present time and utilized herein has been conducted by AMEC (recent work conducted by Golder will be provided in forthcoming reports). All such work was conducted in accordance with the *Site-Specific Health and Safety Plan* (HASP) (AMEC, 2002b), *Standard Operating Procedure Document* (SOP) (AMEC, 2002a), and/or pursuant to MPCA-approved work plans submitted under the VIC program (e.g. Letter Work Plan for Characterization of Groundwater and Vapor Impacts dated May 10, 2002; Letter Work Plan for Investigation of Unsaturated Soil dated March 5, 2004, etc.). The approved work plans are referenced in the introductory section of each corresponding

data report submitted to MPCA. The *HASP*, the *SOP*, and the specific approved work plans for the field investigations at the Site are incorporated herein by reference.

### 3.3 Site-Specific Sampling and Chemical Analytical Methodologies

Site-specific sampling and chemical analytical methodologies for the work conducted at the Site on behalf of Soo Line since 2001 are specified in the *HASP*, the *SOP*, and applicable MPCA-approved work plans referenced above.

## 4.0 GEOLOGIC AND HYDROGEOLOGIC INVESTIGATION RESULTS

The following subsections present a summary of the regional and site-specific geology and hydrogeology of the East Side Shoreham Facility based upon published data and the results of site-specific investigations. The geologic and hydrogeologic models presented herein generally conform with those developed in works published by the Minnesota Geological Survey (MGS), the MPCA and the U.S. Geological Survey, and generally agree with the Metro Model (Seaberg and Hansen, 2000; MPCA, 1994 and 1995), the MPCA's groundwater flow model, for region-wide groundwater flow. In addition, soil boring information from the County Well Index (Wahl and Tipping, 1991), prepared and managed by the MGS, was used. The list of published data utilized to develop the regional models is presented in Section 7.0 and Appendix A and Appendix B. The site specific models are based on data which includes stratigraphic information from several hundred geologic borings conducted at the Site, water level data from more that 100 groundwater monitoring wells, and the results of a number of aquifer tests conducted at the Facility. All soil data collected during previous investigations at the Site and presented to the MPCA in the documents listed in Appendix A and Appendix B have been used to interpret Site stratigraphy. Hydrologic flow has been interpreted using groundwater elevations from September 2004, which was the most recent comprehensive set of groundwater observations at the time this report was written.

### 4.1 Regional Geology

Geologic units underlying the Twin Cities metropolitan area and surrounding eastern Hennepin County, western Ramsey County and southern Anoka County fall into three broad categories:

- Quaternary unconsolidated sediments;
- Late-Precambrian through Ordovician sedimentary rocks; and
- Precambrian volcanic and crystalline rocks.

The consolidated Precambrian volcanic and crystalline rocks are not of any environmental significance at the Shoreham Facility, and are not considered in this report because they first appear at depths greater than 800 feet below ground surface (Bloomgren, et.al., 1989; Jirsa et al., 1986; Mossler and Tipping, 2000; Mossler, 1987).

The remaining units, the unconsolidated sediments and the underlying bedrock sedimentary rocks, are of environmental significance at the Facility, and are shown on the geologic maps in Figures 4-1 and 4-2, respectively.

The unconsolidated sediments are largely glacial in origin, and as is common with glacial sediments, the interrelationships of the various units are complex. The grain size and sorting characteristics of the different units, along with their spatial relationships and lateral and vertical extents are important to how contaminants move through both the unsaturated soil and within the groundwater. Accordingly, interpretation of how the sediments were deposited, and how and why the underlying bedrock was shaped, provide the technical basis for hydrogeologic interpretations. Hydrogeologic interpretations, in turn, are important to understanding contaminant distributions and likely migration paths: hence, they are key elements for determining if the full nature and extent of contamination has been determined at the Site. For these reasons, a detailed discussion of the glacial history that has led to the development of Site stratigraphy is presented below.

### 4.1.1 Unconsolidated Sediments

Glaciers have had a profound impact on the geology of the region, first scouring the bedrock surface and then depositing overlying unconsolidated sediments (see for example, Sardeson, 1916; Bloomgren et al., 1989; and Meyer and Lusardi, 2000).

The unconsolidated Quaternary sediments include glacial outwash, glacial till and alluvial deposits, primarily comprised of sands, gravels, and clays. The thickness of the unconsolidated sediments varies from 20 feet to as much as 400 feet in the general area of the Site. The youngest glacial sediments in the area are deposits of glacial drift of Wisconsin age. The drift derives from two different source areas. Reddish-brown drift containing red sandstone, basalt, and felsite was deposited by the Superior Lobe, a glacial lobe that flowed into the area from the north and northeast. Subsequently, light-gray drift containing granite, limestone, and shale was deposited by the Grantsburg Sublobe that flowed into the area from the southwest. The earlier reddish-brown drift was incorporated, or "reworked," into the Grantsburg glacial ice. This resulted in a complex mixture of red and gray unconsolidated sediments in some areas, including the East Side Shoreham Facility. The following review of glacial geologic events in this area is presented to facilitate understanding of the complex nature of the glacially-derived tills, clays and outwash deposits at the Site and surrounding areas.

***Deposition of Superior Lobe Glacial Tills***

When a glacier melts, sand and gravel within the glacier are carried by meltwater streams that flow on or beneath the melting ice mass. Although much of the sand and gravel is deposited in front of the melting ice as alluvial fans that may coalesce to form outwash plains, some of unconsolidated sediments (till) become lodged in crevasses, holes, and tunnels that develop on, within, and beneath the stagnant and melting ice. The figure below shows a snapshot in the long history of the advance and retreat of the Superior ice lobe during the Automba Phase[1] which resulted in deposition of a reddish clayey Glacial Till (e.g., Mosser and Walton, 1979).




***Deposition of Outwash Deposits***

Subsequent meltwater channels coursing through the Site area may have partially or completely removed all evidence of Glacial Till deposited during earlier glacial advances, continued the erosion of valleys within the bedrock, and later deposited outwash sands and gravels within those eroded bedrock valleys. The Outwash Deposits that occur immediately above the buried bedrock valley beneath the Site likely were deposited in this manner. Furthermore, across large portions of the Shoreham Facility, the upper contact of the Outwash Deposits generally rises to the elevation of the plateau surface (about 800 ft. amsl to 820 ft. amsl) suggesting that much of the post-Automba Phase topography was likely "smoothed over" due to erosion by the meltwater and glacial deposition of Outwash Deposits within the bedrock valleys.

***Deposition of Glacio-Lacustrine Deposits***

Several thousand years later, following retreat of the Superior ice lobe to the north, a large glacial lake, Lake Stacy, formed in the area immediately north of Coon Rapids (Meyer and Patterson, 1999; Meyer, 1985). This lake was the site of deposition of a reddish glacio-lacustrine clay. This clay is occasionally laminated or varved, and occurs as discontinuous deposits directly upon the underlying Outwash Deposits.

[1] Several times during the later part of the Wisconsinan glaciation, the Superior Lobe advanced through this area and melted back (or retreated). The Automba Phase is recognized as one such advance that occurred about 14,000 years ago (Meyers, 1985; Meyer and Hobbs, 1989).

Case 0:01-cv-01628-ADM-AJB Document 109-96 Filed 03/25/2005 Page 29 of 30






***Deposition of Des Moines Glacial Tills***

Before the Superior-lobe ice was completely melted, another glacier, the Des Moines lobe, advanced into the area from the northwest and deposited a grey to reddish-grey Glacial Till comprised of dolostone, granite, and shale fragments picked up in central Minnesota and North Dakota, and also incorporated material laid down by the earlier Superior lobe. A small, northeast-directed offshoot of the Des Moines lobe, the Grantsburg sublobe, later overrode the area to the west and southwest of the Twin Cities. The glacial tills deposited by meltwaters from the Des Moines lobe and the Grantsburg sublobe therefore contain a varied mixture of sedimentary rock fragments and other rock types derived from northwestern source areas, along with fragments of rocks characteristic of the Lake Superior basin.




***Deposition of Alluvium (and Younger Outwash)***

Meltwater flowing from the retreating ice sheets transported and deposited large amounts of sand and gravel to form terrace deposits along the major drainageways. The Anoka Sand Plain deposited ahead of the Grantsburg sublobe is one such example. Northerly flow of meltwater channels from the Grantsburg sublobe coursing through the area eroded much of the previously deposited Glacial Till. The glacial lobe stagnated for an extended period, allowing the courses of most of the present day streams to begin reworking the early outwash and Anoka Sand Plain deposits into several well developed fluvial terraces flanking the main valley of the streams. Several such terraces remain today along the St. Croix and Minnesota rivers, and they are prominent along the Mississippi River in this part of Hennepin




County. The Shoreham Facility is situated on one such terrace, the Ridgefield Terrace, at an elevation of about 840 ft. amsl to 850 ft. amsl.

#### 4.1.2 Bedrock

The bedrock surface in the area is typically very irregular, indicative of a period of intensive erosion before and during the glaciation described above. The buried bedrock surface rises from an elevation of about 790 ft. amsl at St. Anthony Falls on the Mississippi River to an elevation of about 830 ft. amsl in the Site area, and to as much as 875 ft. amsl east of Central Avenue. This bedrock upland is dissected by buried bedrock valleys (Bloomgren et al., 1989; Jirsa et al., 1986; Mossler and Tipping, 2000) that were formed by fluvial erosion, and then infilled with the unconsolidated glacial sediments described above.

The consolidated Paleozoic bedrock is characterized regionally by sandstones, shales, limestones and dolostones. These layers dip gently towards the metropolitan areas of the Twin Cities, comprising the northwestern limb of the regional Twin Cities structural basin. Progressively older formations subcrop away from Minneapolis-St Paul and across the region (Runkel, 2000; Runkel and Tipping, 1998; and Runkel et al., 1999; Runkel, 1999; and Stone, 1965).

