The generalized stratigraphy for bedrock in the area is presented below:




## Regional Stratigraphy

(from Runkel and others, 2003)

**Depths to geologic units investigated at the Shoreham Facility and their approximate thicknesses:**

| Depth Below Grade | Thickness |
|---|---|
| ~30' – 195' | 0' – 95' |
| 175' – 192' | ~115' |

Number of Wells/Borings at Shoreham Facility

| | |
|---|---|
| Number of Borings: | 390 |
| Total Monitoring Wells: | 127 |
| Total Bedrock Borings: | 123 |
| Monitoring Wells: | 118 |
| Overburden Monitoring Wells: | 48 |
| Bedrock Monitoring Wells: | 70 |

At the Shoreham Facility, bedrock investigations have focused on the two uppermost consolidated units that occur beneath the Site: the St. Peter Sandstone and underlying Prairie du Chien Group.

***St. Peter Sandstone***

The St. Peter Sandstone is an Upper Ordovician age sandstone originally named for the exposures along the St. Peter River (now the Minnesota River) in southern Minnesota (Sardeson, 1916). The St. Peter Sandstone is composed of fine to medium well-rounded and well-sorted frosted grains of quartz that are weakly cemented. In some places secondary quartz overgrowth and siliceous intergranular cement may result in well-indurated rather than friable sandstone. These indurated sandstones are often preserved in outcrops.

The lower mudstone, shale and siltstone lithofacies of the St. Peter Sandstone are rarely exposed in outcrop. The sandstone lithofacies (the upper most horizons/lithofacies) are largely present as

outcrop along the Mississippi River bluffs and hence the formational name of the St. Peter "Sandstone" was given to the rock at the type area.

***Prairie du Chien Group***

The Prairie du Chien Group consists of two sedimentary formations assigned to the Lower Ordovician age strata in the Twin Cities region (Runkel, 2000; Runkel and Tipping, 1998; and Runkel et al., 1999). These two formations are the Shakopee Dolomite and the Oneota Dolomite. The lower member of the group is the Oneota Dolomite, which has a gradational contact with the underlying (Cambrian) Jordan Sandstone. Disconformably overlying the Oneota Dolomite is the Shakopee Formation, which is further divided into two members. The lower member of the Shakopee is the New Richmond Sandstone, ranging in composition from sandy dolostone to quartz arenite with much chert. The upper member of the Shakopee is the Willow River Dolomite, which contains little or no chert. Whereas the Oneota is typically composed of thick to massive beds, the Shakopee is commonly very thinly to thinly bedded. The Shakopee Formation is unconformably overlain by the St. Peter Sandstone, though this upper contact is rarely exposed.

## 4.2 Site Geology

The East Side Shoreham Facility lies east of the Mississippi River on the Ridgefield Terrace, which ranges in elevation from about 820 ft. amsl to 850 ft. amsl. Much of the original terrace surface has been modified by man-made activities and grading for the yard. The eastern part of the Site is located close to the eastern edge of the Ridgefield Terrace, which rises up east of Central Avenue to the Glacial Till plains of northeastern Hennepin County. Immediately to the north of the property, the topography slopes rapidly downward into the former location of Sandy Lake. Elsewhere the northward slope is more gentle into an unnamed tributary of the Mississippi River that flows through the Columbia Park Golf Course. Farther north of the golf course the land rises to approximately 990 ft. amsl in areas underlain by glacial moraines. The Mississippi River valley lowland is at an elevation of about 810 ft. amsl.

A series of eight detailed geologic cross sections have been compiled for the Site as part of the current remedial investigation utilizing all available Site data. The orientation and locations of these cross sections are shown on Figure 4-3, and the cross sections are presented on Figure 4-4 and Figure 4-5. The horizontal scale of the cross sections is one (1) inch equals 70 feet and the vertical scale is one (1) inch equals 50 feet. All vertical elevations are presented in feet above mean sea level and correspond to the Site wide survey datum. Seven of the cross-sections, A-A', B-B', C-C',

D-D, E-E', F-F', and G-G', are oriented generally west to east, and one cross-section, H-H', is oriented north-south. The west to east cross sections begin north of 29th Avenue NE (Section A-A'), and extend to 27th Avenue NE in the south (Section G-G'). All west-to-east sections are drawn at least as far east as Central Avenue, and beyond if borehole data is available. The north-south cross section (H-H') runs almost parallel with Central Avenue.

One of the key aims of the cross sections was to improve understanding of the structure, morphology, and limits of an erosional feature (previously referred to as the eastern buried bedrock valley, see IT Corp., 2001, that underlies the eastern boundary and southeastern corner of the Site. A second purpose was to illustrate the stratigraphic relationships between and among the unconsolidated sediments and the bedrock.

The interpretation of subsurface geologic units at the East Side Shoreham Facility, illustrated on the cross sections, is described below, from the stratigraphically youngest to the oldest.

### 4.2.1 Unconsolidated Sediments

Unconsolidated sediments at the Site include Fill, Alluvium, Glacial Till, Glacio-Lacustrine Deposits and Outwash Deposits. A surficial geologic map of the unconsolidated sediments is shown on Figure 4-1.

***Fill*** – Fill is derived from surficial geologic material obtained from both off-site and on-site locations, and includes construction debris; top soil; poorly graded, medium to coarse sand from the underlying alluvial deposits; peat, cobbles, gravel and finer grained material excavated from shallow deposits of the underlying Glacial Till; and off-site material comprised of very similar materials to those derived from on-site soils. Based upon borehole logs, the Fill may also include construction debris, glass, rock fragments, coal, bricks, timber, and coal slag. In general, the Fill ranges from dark grey to black and brown in color. Its thickness ranges from less than 1 foot to as much as 25 feet (at SB03-41). In general, the thickness of the Fill increases towards the west of the Site. Only a small number of boreholes installed through the Fill have been cored. The Standard Penetration Test (SPT) "N" number for the fill is variable, with N-values ranging from 2 to as much as 14.

***Alluvium (terrace deposits and younger outwash)*** - This unit is the uppermost, natural geologic material at the Site. The upper few feet are likely disturbed and locally may be intermixed with the

overlying Fill. The designation of this unit on the published surficial geologic map (see Figure 4-1) is Qwr, equivalent with the Ridgefield terrace (Meyer and Patterson, 1999). The Alluvium consists of a fine to coarse grained, well- to -poorly graded, silty-sand to sand, intermixed with medium to coarse gravel. Silt and silty sand lenses are common throughout this horizon. The Alluvium generally becomes progressively coarser grained with depth, with a gravelly horizon reported in the deeper portion. Most of the alluvial deposits range from a tan brown to dark brown, or grey-brown to grey color. SPT values ranges from 2 to 25. The higher N values are generally attained deeper in the Alluvium, with refusal being recorded at the gravelly horizon. The alluvial deposits range from less than one foot in thickness to as much as 70 feet in the deeper channels inset into the underlying formation. In these areas of thicker Alluvium, the underlying geologic units are generally thinner or have been completely removed by erosion. Published literature (Meyer and Lusardi, 2000: Meyer and Hobbs, 1989) states that a boulder lag is common at the geologic contact of this unit with underlying units. The erosional removal of the underlying Glacial Till is clearly illustrated in cross section E-E' and the southern part of cross section H-H' (Figure 4-5).

***Glacial Till (locally intermixed with Outwash Deposits)*** – This unit has previously been referred to as a "clay till," "silty till" or "sandy till." Based on a review of the available published data, the Glacial Till at the Site can be assigned to the New Ulm formation of the Twin Cities member (see Figure 4-1, unit designation Qntc). The Glacial Till is typically described as a clayey-silt, sand, sandy-silt, or sandy, fine to coarse grained deposit with rock clasts that are generally sub-rounded or angular. At some locations, the Glacial Till may be intermixed with stiff clay, silty lenses, sand, or cobbles. Reported SPT N-values range from 10 to as much as 30. The Glacial Till is a laterally continuous and mappable unit that can be correlated between boreholes where it is 10 feet or more in thickness. At those locations where it is less than 10 feet thick, occasionally it may not have been previously distinguished from the lower portion of the overlying Alluvium. As shown on the cross-sections, the Glacial Till occurs at predictable elevations that range from about 820 ft. amsl to 790 ft. amsl. The Glacial Till tends to thin towards the western part of the Site, particularly as the bedrock elevation rises. No other glacial till has been reported in any of the deep boreholes that penetrate the bedrock within the buried bedrock valley/depression where the underlying Outwash Deposits rest directly on bedrock. This suggests that the underlying Outwash Deposits infilled the buried bedrock valley and the Glacial Till deposited by the earlier Superior lobe (the St. Croix glacial till) was largely removed by erosion prior to deposition of the Outwash Deposits. Laterally discontinuous horizons of Glacial Till deposits have also been intercepted within the body of the

underlying Outwash Deposits. These likely represent local "melt out" till from large blocks of glacial ice remnants.

*Glacio-Lacustrine Deposits* – These deposits generally occur as thin horizons immediately beneath the Glacial Till, although several other deeper horizons of varved, laminated or thin clays have been reported within the main body of the underlying Outwash Deposits (see cross section E-E', Figure 4-5). The Glacio-Lacustrine Deposits can be considered the least laterally extensive geologic unit at the Site, ranging in thickness from less than half a foot to as much as 14 feet. These sediments appear to thicken towards the east, especially within the confines of the bedrock valley/depression. This relationship is clear where the Glacial Till deposits directly rest on the top of bedrock plateau that flanks the buried bedrock valley/depression. The Glacio-Lacustrine Deposits near that contact abut the flanks of the bedrock valley/depression or gently drape over the western descent of the incised St. Peter Sandstone (see cross section A-A', Figure 4-4; and cross section F-F', Figure 4-5). The Glacio-Lacustrine Deposits typically occur at an elevation that corresponds to the bottom contact between the Glacial Till and the Outwash Deposits. The range in elevation of the upper most lacustrine deposits is from about 780 ft. amsl to 810 ft. amsl. Lacustrine deposits are also found dispersed deeper within the body of the Outwash Deposits, corresponding to elevations 740 ft amsl to 750 ft. amsl, and at elevations in the range of 690 ft. amsl to 700 ft. amsl within the buried bedrock valley/depression (see for example cross sections C-C' and E-E'). The vertical distribution of the Glacio-Lacustrine Deposits, and their complete removal by erosion at the base of Alluvial channels is shown in cross section H-H'.

***Outwash Deposits***

The Outwash Deposits consist of clean, well sorted (poorly graded), fine to coarse gravelly sand. Thin horizons of sub-rounded to angular fine gravel and pebbles have also been reported as has a localized occurrence of cobbles and boulders. The clasts within the Outwash Deposits include material derived from the Superior lobe tills, as well as locally derived bedrock. Based on their location within the scarp bounded bedrock valleys, the Outwash Deposits can be tentatively correlated with Cromwell Formation of Wright (1970) and Wright and others (1973) which was deposited by Superior lobe meltwater. The Outwash Deposits comprise the thickest unconsolidated deposits overlying bedrock. They attain their maximum thickness, up to as much as 150 feet, in the buried bedrock valley. The elevation of the upper contact with the overlying Glacial Till, which is easily recognizable, ranges from about 790 ft. amsl to about 820 ft. amsl. These ranges in elevation suggest that the lateral extent of the Outwash Deposits is constrained by the rising bedrock surface.

### 4.2.2 Bedrock

Bedrock at the Site that has been investigated consists of the St. Peter Sandstone and the Shakopee Formation of the Prairie du Chien Group. A bedrock geologic map is shown on Figure 4-2.

***St. Peter Sandstone*** (Upper Ordovician) - The St. Peter Sandstone at the Site is divisible into three lithofacies:

- The uppermost sandstone lithofacies is a light-gray, mostly very fine-grained to medium-grained quartz sandstone. As many of the core samples from the Site have demonstrated, the St. Peter Sandstone is a loose, friable, and generally poorly cemented to uncemented rock. The core samples show that this lithofacies is massively bedded (lacks well-defined bedding) to weakly cross-stratified, as shown by iron staining. In nearby Ramsey County, this lithofacies of the St. Peter Sandstone is up to 100 feet thick.

- The middle, shaley lithofacies has been described by Mossler and Tipping (2000) as a laterally extensive layer of gray-green shale and siltstone about 6 feet thick which occurs slightly below the stratigraphic midpoint of the formation. This shaley unit has been intercepted in several of the deeper boreholes installed at the Site, and has been generally described as a greenish-grey, clayey mudstone.

- The lower, interbedded facies, often referred to as a mudstone lithofacies, is a poorly sorted, fine-grained to very coarse grained, well-cemented sandstone interlayed with multi-colored beds of mudstone, siltstone, and shale. This lithofacies ranges in thickness from 30 feet to 60 feet. Individual sandstone beds in this interbedded lithofacies unit become progressively finer grained upwards. At least three distinct zones of slightly thicker bedded sandstones interbedded with mudstones, siltstones and thinner bedded sandstones have been recognized at the Site.

It should be noted that not all Site borehole logs (even the deeper boreholes that penetrated the underlying Prairie du Chien) have described these units. The St. Peter Sandstone is not present in the deeper part of the buried bedrock valley. According to the literature, the contact between the St. Peter Sandstone and the underlying Prairie du Chien Group is a disconformity with significant vertical relief; however, such relief variations have not been noted at the Site. In general the lower formational boundary of the St. Peter Sandstone occurs at an elevation that ranges from about 660 ft. amsl to 680 ft. amsl in the northern and western part of the Site (as illustrated in cross section A-A' and B-B'), to about 650 ft. amsl in the eastern part of the Site adjacent to Central Avenue.

**Prairie du Chien Group** (Lower Ordovician) – The Prairie du Chien Group at the Site is primarily comprised of dolostone interlayered with lesser amounts of quartz sandstone. The group can be divided into two formations:

- The *Shakopee Formation* is light-brown to pale-yellow-brown, thin- to medium-bedded, karstic dolostone interlayered with thin beds of fine- to medium-grained quartz sandstone and green-gray shale. The dolostone contains stromatolite layers and locally fossiliferous chert nodules. The dolostones of the Shakopee Formation also contain subordinate horizons of sandstones and siltstone. Structurally, the Shakopee Formation is characterized by well developed system of secondary bedrock discontinuities (joints and other fractures) resulting in a well-developed secondary porosity. This secondary porosity is further enhanced by solution enlargement of the carbonate rock. The intervening mudstone and shaley horizons in the upper part of the Shakopee (generally the most investigated Prairie du Chien horizon at the Site) typically lack such secondary porosity.

- The *Oneota Dolomite* is light-brown to grayish-orange, medium- to thick-bedded, dense, dolostone. The Oneota Dolomite has not been intercepted by the boreholes at the Site. It is separated from the overlying Shakopee Formation by a disconformity.

The locations and orientation of the geologic cross sections illustrated in Figures 4-4 and 4-5 were chosen to better define the structure and morphology of the buried bedrock valley/depression, and the stratigraphic relationships between the unconsolidated sediments and bedrock at the Site:

The buried bedrock valley/depression beneath the eastern portion of the Site has previously been referred to as the "eastern" buried valley, or the eastern arm of the bedrock valley underlain by the Prairie du Chien Group. A small "island" of St. Peter Sandstone was thought to separate this eastern arm of the valley from a more westerly arm interpreted below the western portion of the Site. This interpretation of the profile and morphology of the buried bedrock valley was based largely on the bedrock geologic map prepared by the Minnesota Geological Survey (illustrated in Figure 4-2 of this report) which shows an erosional remnant (outlier) of the St. Peter Sandstone surrounded by the underlying Prairie du Chien Group. Note that the geologic contact between the Prairie du Chien and St. Peter Sandstone was shown to be at an approximate elevation of 650 ft. amsl to 680 ft amsl. This interpretation (see Figure 4-2) generally conforms to the elevation of this geologic contact reported during previous investigations at the Site. (See for example cross sections D-D' and F-F' in Figure 4-4 and Figure 4-5).

In addition to the MGS bedrock map, Figure 4-2 also shows a revised interpreted structural map of the top of bedrock surface showing the traces of the geologic contacts between the main bedrock units at the Site. This revised map is based on all available data from the Shoreham Facility, as well as nearby off-site borehole data. As shown, the revised top of bedrock elevation map shows that the deeper portions of the "eastern" buried bedrock valley most likely begins to close to the north because the bedrock elevation rises above the geologic contact between the St. Peter Sandstone and Prairie du Chien Group (generally about 680 ft. amsl). This rise in the bedrock in a north-

northeasterly direction is clearly shown in cross section H-H'. Evidence for this includes data from borehole SB03-48, which intercepted the top of bedrock (St. Peter Sandstone) at an elevation of 740 ft. amsl.

Although section H-H' does not extend south of 27th Avenue NE, the top of bedrock surface begins to rise again to attain an elevation of about 700 ft. amsl (as shown in well MW02-46 BR located south of cross section G-G', where the St. Peter Sandstone was found at an elevation of 694 ft. amsl). The elevation of the top of bedrock is still higher at the east end of cross section G-G' (as shown in well MW03-61-OPD where the top of bedrock (St. Peter Sandstone) is found at an elevation of about 735 ft. amsl. Farther to the southwest (see Figure 4-2), the top of bedrock continues to rise to a saddle (e.g. from well MW03-63OPD on 26th Avenue NE, to well MW02-55-OPD on Lowry Avenue NE, to well MW04-54OPD on 24th Avenue NE). Beyond the saddle, and farther southwest, the top of bedrock elevation drops to about 680 ft. amsl in the area of University Avenue and 23rd Avenue NE.

This buried bedrock valley profile at the Site is shown on all cross sections. Note that the morphology of the "bluff" formed by the St. Peter Sandstone is not unlike the Mississippi River "bluffs" presently visible downstream of St. Anthony Falls in Minneapolis.

In summary, based on Site data, the eastern buried bedrock valley more closely resembles a closed depression within the St. Peter Sandstone subcrop area (Figure 4-2, and inset block diagram in Figures 4-4 and 4-5). The closed depression contains an erosional "window" (inlier) that passes through the St. Peter Formation into the Prairie du Chien Group. In this deeper part of the closed depression, the thickness of the unconsolidated Outwash Deposits reaches its maximum, and the Outwash rests directly on top of the Prairie du Chien (Figures 4-4 and 4-5).

### 4.3 Regional Hydrogeology

At a regional scale, the hydrogeology is generally well understood. Federal and State agencies have published reports and groundwater flow maps for the region (Minnesota Geological Survey, 1982; Runkel et al., 2003a; Minnesota Department of Natural Resources, 1989; Palen et al., 1989; Meyer and Swanson, 1992; Minnesota Department of Natural Resources, 1992), and the MPCA has developed a numerical hydrologic flow model of the area (Seaberg and Hansen, 2000, Runkel et al. 2003b). In addition, details of water supply wells are recorded in the County Well Database

(Minnesota Geological Survey; Wahl and Tipping, 1991). The following sections describe the regional hydrogeology based on published literature.

### 4.3.1 Hydrostratigraphy of Unconsolidated Sediments

Saturated unconsolidated sediments consist of alluvium, till and outwash. Currently, saturated alluvial sediments are restricted primarily to the area adjacent to the Mississippi River, and include current floodplain deposits and earlier terraces. East from about the north-central portion of the Shoreham Facility, the groundwater level is generally below the base of the alluvial deposits associated with the Langdon Terrace.

As noted in Section 4.2.1, tills associated with the Wisconsin glaciation are widespread in the region, with the groundwater surface typically occurring within the till. The Superior Lobe till is generally more fine grained than the later New Ulm till, which is typically a silty sand. To the northeast of the Site, sands of the New Brighton Formation are present, and represent sediments associated with glacial Lake Anoka. Where there are significant valleys in the bedrock surface, these are frequently infilled with Outwash Deposits. These sediments are generally more coarse-grained than the tills. Fine grained lacustrine units are also present, reflecting deposition in glacial lakes.

### 4.3.2 Hydrostratigraphy of Bedrock

The hydrogeology of the Paleozoic bedrock is comprehensively described in Runkel et al. (2003a). The regional stratigraphic units are briefly described below in relation to their hydrogeological properties.

**Decorah Shale.** The Decorah Shale consists primarily of fine clastics with subordinate interbeds of carbonate. The hydraulic conductivity is generally low (estimated $10^{-7}$ to $10^{-5}$ ft/day) except in shallow bedrock areas where fracture porosity can lead to higher values.

**Glenwood/Platteville Formations.** The Glenwood Formation is primarily a fine clastic unit of shale and mudstone. It has a low hydraulic conductivity, estimated to be about $10^{-5}$ to $10^{-7}$ ft/day, except near outcrops where fractures occur. The Platteville Formation is chiefly carbonate with shale laminations. Reported hydraulic conductivity values in the Twin Cities area vary over six orders of magnitude, with high values where secondary porosity is well developed.

**St. Peter Sandstone.** The St. Peter Sandstone is up to 160 feet thick, with shales and mudstones in the lower section. The upper section is typically a coarse clastic unit, well sorted and friable. The hydraulic conductivity for the upper section is in the range of 2 – 50 ft/day based on specific capacity data. The fine clastic unit has an estimated hydraulic conductivity of $10^{-3}$ ft/day based on numerical model calibration. In the Metro Model (Seaberg and Hansen, 2000), a global value of 10 ft/day was used for the St. Peter Sandstone.

**Prairie du Chien Group.** This group includes the Shakopee Formation, overlying the Oneota Dolomite. Dissolution enlarged horizontal and vertical fractures are present, particularly at certain horizons in the Shakopee Formation. The high porosity intervals in the Oneota Dolomite are separated by as much as several tens of feet of strata containing few secondary porosity features. While the Metro Model (Seaberg and Hansen, 2000) considers the Jordan Sandstone and the Prairie du Chien Group as a single aquifer unit, Runkel et al. 2003a present observations that indicate that the lower permeability sections of the Oneota Dolomite act as an aquitard. In the New Brighton and Arden Hills area, the hydraulic conductivity values for the lower and middle Oneota Dolomite have been measured at $1.5 \times 10^{-4}$ ft/day (vertical) and $7.5 \times 10^{-3}$ ft/day (horizontal). Hydraulic conductivity values in the overlying Shakopee Formation at the same location were five orders of magnitude higher (1.75 ft/day vertical and 163 ft/day horizontal) (Paillet and others quoted in Runkel et al., 2003a). Observations indicate that most of the groundwater flow occurs through a limited number of discrete horizontal fractures and dissolution features, with hydraulic conductivity values ranging from 2.2 to 1,023 feet/day.

**Jordan Sandstone.** The lower 5 feet to 50 feet are composed of a fine clastic component and the upper 50 to 80 feet are composed of a coarse clastic component. The hydraulic conductivity varies widely, from 0.1 to 100 ft/day.

### 4.3.3 Regional Groundwater Flow

In both the surficial and bedrock units, regional groundwater flow is generally from the northeast to the south and southwest. This reflects region-wide recharge, particularly in the non-urbanized areas, with discharge primarily to the Mississippi River in the west and south. A study of recharge in the Twin Cities area using a variety of techniques yielded values ranging from less than 0.1 in/year to 13.6 in/year (Ruhl et al., 2002). Calibration of the Metro Model required total infiltration ranging from 1.6 in/yr to 19.6 in/yr (Seaberg and Hansen, 2000). For the area within about 3 miles radius of the Site, calibrated infiltration rates ranged from 2.5 in/yr to 5.5 in/yr. The calibrated

groundwater contours for the three layers in the Metro Model (surficial sediments, St. Peter Sandstone and Prairie du Chien/Jordan) are shown in Figures 4-6, 4-7, 4-8.

## 4.4 Site Hydrogeology

### 4.4.1 Groundwater Flow in Unconsolidated Sediments

***Shallow Aquifer (Alluvium and Glacial Till)***

Although the regional groundwater flow in the unconsolidated sediments is generally to the west and southwest, the bedrock depression along the eastern margin of the Site controls the groundwater flow and produces a flow pattern that differs from the regional flow. Based on September 2004 observations, the water table elevation decreases from about 820.5 feet in the center of the Shoreham Facility to elevation about 816.5 feet east of Central Avenue between 28th and 29th Avenues (Figure 4-9). A groundwater mound is present under the Former Ashland Lease Area, caused by perching above the lacustrine clay. This results in a maximum groundwater level (September 2004) of 819.24 feet, indicating a mounding of about 2 feet. Between the Former Ashland Lease Area and the Round House Area, groundwater elevations are slightly lower than in adjacent areas to the northeast and southwest. This is coincident with the location of a side channel in the bedrock depression.

The shallow groundwater flow pattern can be divided broadly into three areas. In the first area, the central portion of the Shoreham Facility (generally west and northwest of the VIC Site), the horizontal groundwater gradient is low (from $5 \times 10^{-5}$ to $1 \times 10^{-3}$), with a general flow direction to the southeast. In this area the groundwater surface is in Alluvium or the Glacial Till. The second area lies east of the 819.0 feet groundwater surface contour (see Figure 4-9). In this area the horizontal gradient increases to $2.5 \times 10^{-3}$ to $8 \times 10^{-3}$, with flow to the southeast. The third area is located east of the 817 feet amsl contour, where the horizontal gradient decreases to near zero. As is discussed further below, these three areas reflect different geological conditions. In the first area, the groundwater from the water table to the top of the uppermost mudstone unit in the St. Peter Sandstone behaves as a single hydrostratigraphic unit. The mudstone units in the St. Peter Sandstone are a permeability contrast to the overlying sandy units, and thus reduce the downward movement of groundwater. The second area of higher horizontal gradients reflects the side slope of the bedrock depression, particularly where it is cut into the mudstone portion of the St. Peter Sandstone. Finally, the third area occupies the central portion of the bedrock depression. In this area, gradients are primarily downward.

While the observations of shallow groundwater levels taken in September 2004 show zero to very low southeasterly horizontal gradient in the area overlying the deepest section of the bedrock, this gradient becomes westerly at times of periodic lows in groundwater levels. Figure 4-10 presents the groundwater elevations at MW00-53-T and MW00-54-T. These data show periodic highs and lows superimposed on an overall increase in groundwater levels. The difference between adjacent highs and lows in the more easterly well, MW00-54-T, is slightly less than in well MW00-53-T. This is probably due to MW00-54-T being located over the eastern flank of the bedrock valley, and therefore not responding as rapidly as MW00-53-T that is located more centrally in the bedrock depression. The change in the direction of the horizontal groundwater gradient between these two wells does not appear to be correlated to the groundwater elevation. For example, when MW00-53-T is at elevation 816 ft amsl, it is higher than MW00-54-T at the end of the top of the rising limb, but the reverse is true at the bottom of the receding limb.

Groundwater levels in the shallow aquifer have been rising over a number of years (Figure 4-11) at up to a foot per year since observations were started in 1999. Seasonal fluctuations are superimposed on the overall trend.

From lithological descriptions of the Glacial Till and limited in-situ testing, the horizontal hydraulic conductivity is estimated to be in the range of 0.05 to 1 ft/day, with the vertical hydraulic conductivity between two and ten times lower.

***Outwash Deposits***

Outwash Deposits are present within the bedrock valley. They are generally more permeable than the overlying Glacial Till. Finer-grained units representing lacustrine conditions are also present. The braided stream depositional environment resulted in cut and fill, and the finer grained units are therefore not laterally continuous for more than a few tens to occasionally hundreds of feet. Thus, the hydraulic conductivity may be low locally, but there are sufficient windows in the fine grained units that the overall vertical hydraulic conductivity remains high.

The Outwash Deposits receive flow vertically from the overlying Glacial Till, and laterally from the sandy unit of the St. Peter Sandstone.

Monitoring wells in the Outwash Deposits are located at intermediate depths and at the base, immediately above bedrock. They show significant downward gradients, for example about 5 x

$10^{-3}$ in the area immediately east of the Former Ashland Lease area (Figure 4-12). At the base of the Outwash Deposits there is southerly horizontal gradient of about 1.5 x $10^{-3}$ (Figure 4-13). Groundwater elevations in the Outwash Deposits have been rising at a rate similar to that measured in the overlying water table wells (Figures 4-14 and 4-15).

From the lithological descriptions of the Outwash Deposits and limited in-situ testing (IT, 2001), the hydraulic conductivity is estimated to be in the range of 5 to 40 ft/day. There are insufficient field data to allow an estimate of the effect of the fine grained units to be determined. However, based on the observed gradients and chemical transport, they do not appear to significantly modify the hydraulic conductivity in the vertical direction.

### 4.4.2 Groundwater Flow in Bedrock

***St Peter Sandstone***

As noted above, the St. Peter Sandstone exhibits two distinctly different lithologies. The upper section is a coarse grained clastic unit, whereas the lower unit is fine grained with layers of shale and mudstone. As a result, groundwater levels and flow directions in the sandy unit are similar to those in the overlying unconsolidated sediments. The screen intervals of the mudstone wells are not all located at the same horizon relative to the individual shale/mudstone units, and thus horizontal contouring cannot be performed. However, in general, the flow is from the central portion of the Shoreham Facility to the south.

***Prairie du Chien***

The Prairie du Chien is overlain by the St. Peter Sandstone except in the bottom of the bedrock depression where it is overlain by the Outwash Deposits. Investigations have shown that the Prairie du Chien has highly developed secondary porosity at certain elevations. Most of the monitoring wells have been installed at about 20 to 40 feet below the top of the unit, where a highly permeable zone has been observed.

The groundwater flow in the Prairie du Chien is controlled by the regional flow to the south and southwest, onto which vertical recharge from the Outwash Deposits in the bedrock depression is superimposed (Figure 4-16). A groundwater mound is produced in the Prairie due Chien by the recharge from the Outwash Deposits. It is aligned coincident with the axis of the bedrock depression, and produces flow vectors ranging from west to south. South of the Shoreham Facility, the groundwater flow direction becomes generally southerly. There are limited in-situ testing data

for the Prairie du Chien at the Site. However, the hydraulic conductivity is expected to be similar to the regional values, commonly ranging from one to over a hundred ft/day and perhaps approaching 1,000 ft/day, in localized areas where dissolution has been substantial.

South of the Shoreham Facility, where conditions are likely representative of regional flow, the horizontal hydraulic gradient is about $1.5 \times 10^{-3}$. Comparison of groundwater elevations in the area of the bedrock depression (Figure 4-17) shows that the well location where the maximum groundwater elevation is observed has not remained constant over time. The maximum groundwater elevation (maximum bounding) has occurred at MW03-52-OPD (northern limit of VIC Site Lease Area), at MW02-46-OPD (southern boundary of cemetery), and at MW02-01-OPD, located midway between these two. There is an insufficient period of record to allow conclusions to be drawn as to the factors producing this variability.

### 4.4.3 Site Groundwater Flow (Site Conceptual Hydrogeological Model)

The overall conceptual hydrogeological model for the Site is shown schematically in Figure 4-18. In the unconsolidated sediments west of the bedrock depression, flow is generally to the east. This flow pattern is created by the draining effect of the closed depression in combination with the low hydraulic conductivity of the basal mudstone unit of the St. Peter Sandstone which limits downward groundwater movement in many areas of the Site. This creates head differences of up to 5 feet between the shallow groundwater and the Prairie du Chien (Figure 4-19). Over the closed depression, the groundwater gradients in the overburden are primarily vertical and downward. However, the presence of discontinuous horizons of finer grained sediments results in perching, local lateral flow and tortuous groundwater flow paths (Figure 4-20). In the erosional window where the Prairie du Chien is not separated from the Outwash Deposits by the basal mudstone of the St. Peter Formation, the highly conductive Prairie du Chien acts as a sink for the groundwater in the unconsolidated sediments. Recharge of the Prairie du Chien from the overlying Outwash Deposits creates a groundwater mound in the Prairie du Chien centered on the axis of the bedrock depression (Figure 4-13). Regional groundwater flow in the Prairie du Chien is to the southwest and south, but in the region of the erosional window, flow is radial.

## 5.0 ENVIRONMENTAL INVESTIGATION RESULTS

### 5.1 Contaminants of Potential Concern

A preliminary list of "contaminants of concern" was presented in the *Phase II Supplemental Remedial Investigation Report* (IT, 2001). This list of COCs contained 40 chemicals in soil that were detected above Minnesota State soil criteria, including Soil Remediation Values (SRVs) and Soil Leaching Values (SLVs). The list also contained 36 chemicals detected in groundwater above Minnesota State groundwater criteria such as maximum contaminant levels (MCLs) and MDH Health Risk Limits (HRLs).

For purposes of this report, indicator compounds were selected based on their toxicity, mobility, persistence in the environment, and magnitude of impacts, so as to succinctly describe the nature and extent of contamination. Although other contaminants are present, the currently understood envelope of contamination that exceeds risk based criteria is delineated by the indicator compounds. The following list of contaminants of concern for soil is used for the discussion and presentation of soil contaminant distribution herein.

- toluene
- total xylenes
- naphthalene
- phenanthrene
- PCE
- TCE
- 1,1,1-trichloroethane (1,1,1-TCA)
- 1,1,2-trichloroethane (1,1,2-TCA)

The groundwater COCs were similarly screened, taking the following characteristics into consideration:

- The extent and frequency of contaminant detections on- and off-site
- The relative mobility of contaminants in the environment
- The relative persistence of contaminants in the environment
- The relative human health effects (as indicated by HRL values)

Based on these criteria, the following chemicals are considered the Site groundwater contaminants of the greatest concern and are used for the discussion of the nature and extent of groundwater impacts herein.

- Toluene
- Total Xylenes
- PCE
- TCE
- cis-1,2-dichloroethene (cis-1,2-DCE or cis-DCE)
- vinyl chloride
- 1,1,1-TCA
- 1,1-dichloroethane (1,1-DCA)
- 1,1-dichloroethene (1,1-DCE)
- 1,1,2-TCA

In addition to the individual contaminants discussed above for soil and groundwater, the distribution of the sum of chlorinated volatile organic compounds (including PCE, TCE, 1,1,1-TCA, cis-DCE, vinyl chloride, 1,1-DCE, and 1,1-DCA) is also presented. This quantity is utilized to present the extent of impacts of chlorinated compounds including the products of their degradation, biotically and abiotically.

## 5.2 Distribution of Contaminants

The interpreted distribution of contaminants at the East Side Shoreham Facility is presented in three sections: LNAPL measurement and distribution; soil contamination; and groundwater contamination.

### 5.2.1 LNAPL

Non-Aqueous Phase Liquid (NAPL) is the term applied to accumulations of free product in groundwater. Light Non-Aqueous Phase Liquid (LNAPL) is the term applied to NAPLs that are less dense than water, i.e., they tend to float on the water surface. NAPL accumulations are significant because they possess very high concentrations of contaminants and because they do not necessarily migrate in the direction of groundwater flow.

Three areas of LNAPL have existed within the Site area. These areas and associated monitoring wells are presented on Figure 5-1. Figure 5-1 presents water/product interface elevations and measured product thicknesses for wells in which measurable free product has been observed. Within or adjacent to the Former Ashland Lease Area, wells recording LNAPL include MW-402D, MW-318, MW-309, MW-310, MW-319 and MW-317. Two separate hydrostratigraphic units contain LNAPL within the Former Ashland Lease Area. Well MW-402D is screened within the Outwash Deposits below a lacustrine clay layer, under which LNAPL has been trapped due to

rising water levels over more than a decade. Since about 1997, the water table has risen at a rate of about 1-foot per year (Figure 5-1). The measured thickness of free product in MW-402D (up to approximately 17 feet) is believed to be substantially greater than is present within the formation. Other wells listed were constructed with screens at the water table at the time of construction and historically recorded LNAPL; however, due to the rising water table, the screens are now below the water table, and these wells no longer indicate free product. The composition of the LNAPL beneath the Former Ashland Lease Area includes predominantly chlorinated and aromatic solvents, with small to trace amounts of petroleum fuels (Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001).

In the Collector Pan Area, wells in which measurable free product has been observed include MW-2 and MW-314, shown on Figure 5-1. The composition of the free product in the Collector Pan Area is markedly different from the Former Leaser Area, both physically and chemically. The Collector Pan Area LNAPL is primary composed of diesel fuel-type constituents with some solvents (Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001).

In the Pump House Area, measurable free product (primarily diesel-fuel type constituents, see Section 4.2.5.4, Tables 4-1, 4-7A, 4-7B, 4-8A, 4-8B of IT, 2001) has been observed in multiple wells including MW-308, MW-3, MW-602, MW-601, MW-603, and MW-301, as shown on Figure 5-1. As noted for the Former Ashland Lease Area, measured product thicknesses in many wells appear to have declined over time, but this may be an artifact of rising water levels leading to submergence of the well screens.

Currently, a LNAPL investigation and recovery program in the Former Ashland Lease Area and Collector Pan Area is being conducted. It includes installation of new monitoring wells that are screened across the current water table, and also monitoring wells that are screened below the lacustrine unit. The program also includes further LNAPL sampling for chemical and physical property analysis.

### 5.2.2 Soil

The three-dimensional distribution of COCs in soil is presented in a set of figures based on samples collected since 1987. Sample locations are represented by straight vertical lines indicating the borehole in which soil samples were collected, except for two angle borings drilled in the northern area of the Round House represented by slanted lines. In many locations, soil samples were

collected substantially below the current water table (an elevation of approximately 816 ft amsl), and these results are included. Individual sample locations are shown at the lower elevation of the sample interval (typically 2 feet) by a colored sphere. The color of the sphere corresponds to the concentration in the soil sample, with "hotter" colors indicating higher concentrations. Non-detected values are uniformly assigned a value of 0.1 ug/kg for purposes of the graphic presentation.

Figures 5-2 to 5-10 present the soil sample results in a series of four views for each figure. The four views include (A) all sample locations and results presented in plan view, (B) all sample locations presented in an isometric view, (C) an isometric view of samples exceeding the Tier 1 SLV (where applicable) and an isoconcentration surface equal to the Tier 1 SLV produced by a three dimensional kriging operation using the graphical presentation software package EVS[2], (D) samples exceeding a higher cut off value presented in an isometric view. The cut-off value in view (D) is set relatively high in order to show the location and distribution of the most highly contaminated (i.e., source) areas.

*Toluene and Xylene*

Toluene and xylene are compounds found in both petroleum fuels and commercial solvents. They are volatile compounds that evaporate at fairly low temperatures and are more concentrated in solvents than in fuels.

Figure 5-2 presents the toluene data that indicates a substantial area of high concentrations beneath the Former Ashland Lease Area. This area extends in depth from the ground surface to below the water table, as shown in View C. The distribution follows a pattern of exceedances occurring near the ground surface, followed by a focused descent pathway, referred to as a "chimney". This chimney feature includes borings SB02-15, SB00-16 and SB02-22 (refer to Figure 2-3). Chimneys are common when there have been sizable releases of product or when small releases have been very frequently repeated in the same location. Increasing with depth, the distribution of exceedances continues with an expansion near the water table with a "smear zone" present to a depth of approximately 20 feet below the water table. This smear zone likely arose due to the rising water table over the past several decades.

---

[2] Environmental Visualization System, Ctech Corporation, Huntington Beach, California, www.ctech.com.

Figure 5-3 presents total xylenes and again indicates a substantial area of high concentrations within the Former Ashland Lease Area. This area extends in depth from the ground surface to below the water table, and also includes the "chimney"-like feature exhibited by the toluene data.

The available data indicate concentrations of toluene and xylene that exceed those expected if the source were solely petroleum based. The most likely source material would be the mineral spirits, pure product, or a mixture of the two. All of these materials are known to have been stored at and sold from this location.

*Naphthalene and Phenanthrene*

Naphthalene and phenanthrene are compounds found in materials distilled from crude oil. They are much less volatile than toluene and xylene; therefore, they tend to concentrate in heavier fuels, and fuel and non-fuel low-to mid-range petroleum distillates.

Figure 5-4 presents naphthalene data and indicates substantial areas of high concentrations within the Former Ashland and Murphy Lease areas, and in the Pump House and Collector Pan areas. View D indicates that the samples with highly elevated concentrations are present from ground surface to below the water table in the Former Ashland Lease Area, and also present near the ground surface and approximately at the water table elevation in the Collector Pan Area. In the Pump House Area, naphthalene is present at elevated concentrations approximately at the water table elevation.

Figure 5-5 presents phenanthrene data and indicates broad areas of high concentrations in the Former Murphy Lease Area, the Pump House Area, and the Collector Pan Area, and more limited areas of elevated concentrations in the Round House Area and Waste Reclamation Area. Phenanthrene is a component of diesel, and at the very high levels observed in the Pump House Area and Collector Pan Areas, suggests the presence of diesel. The relatively lower levels in the Former Ashland Lease Area suggests a much lower fraction of diesel in the overall composition of contaminants at this location.

*Chlorinated Solvents*

The chlorinated solvent family of compounds (e.g., PCE, TCE, and 1,1,1 TCA) are not produced by the distillation of crude oil. They are manufactured through a complex process that adds chlorine to

petroleum components that have been ethylated. Because they are not derived by simple distillation of crude oil, they are not significant components of petroleum fuels.

Figure 5-6 presents the sum of chlorinated VOCs in soil and indicates a substantial area of high concentrations within the Former Ashland Lease Area and contamination in the southeastern portion of the Round House Area. View D indicates that the samples of elevated concentrations are present from ground surface to below the water table in the Former Ashland Lease Area, and it includes the "chimney"-like feature. In the Round House Area, elevated concentrations are generally restricted to shallow depths.

Figure 5-7 presents PCE in soil and indicates a substantial number of high concentrations within the Former Ashland Lease Area and a smaller number in the southeastern portion of the Round House Area. View D indicates that the samples of highly elevated concentrations are present from ground surface to below the water table in the Former Ashland Lease Area, and includes the "chimney"-like feature.

Figure 5-8 presents TCE in soil and indicates a substantial area of high concentrations within the Former Ashland Lease Area and a smaller area in the southeastern portion of the Round House Area. View D indicates that the samples of highly elevated concentrations are present from ground surface to below the water table in the Former Ashland Lease Area, and it includes the "chimney"-like feature. Elevated concentrations are generally restricted to shallow depths in the Round House Area.

Figure 5-9 presents 1,1,1-TCA in soil and indicates a substantial area of high concentrations within the Former Ashland Lease Area and relatively localized presence in the southeastern portion of the Round House Area. View D indicates that the samples of highly elevated concentrations are present from ground surface to below the water table in the Former Ashland Lease Area, and includes the "chimney"-like feature. Impacts in the Round House Area are generally restricted to shallow depths.

Figure 5-10 presents 1,1,2-TCA in soil and indicates elevated concentrations within the Former Ashland Lease Area.

### 5.2.3 Groundwater

Figures 5-11 to 5-23 present the results of groundwater sampling from 2002 to 2004. Included in the results are data from monitoring wells, hydroprofiles, and temporary monitoring well points. The groundwater data are presented in a set of figures that depict the distribution of data in three-dimensional space. The figures include the data values for the sampled locations, averaged where multiple sampling has occurred, and interpreted isoconcentration contours. Concentrations presented on the figures were derived by averaging concentrations reported during the limited time period from April 2002 to November 2004. The data represents the most recent distribution and averaging reduces the effect of variability that can occur within one sampling event. Sample locations are represented by straight vertical lines indicating the well or borehole in which groundwater samples were collected. Sample locations at depth are indicated by a colored sphere at the midpoint of the well screen interval, or lower elevation of the sampled interval of a hydroprofile sample[3]. The color of the sphere corresponds to the concentration of the groundwater sample according to the legend which is scaled so that concentrations in excess of risk-based standards (HRLs), where available, appear as yellow to red tones. Non-detected values are uniformly assigned a value of 0.1 ug/L for purposes of the graphic presentation.

The groundwater results have been contoured using a three-dimensional kriging operation with the graphical presentation software package EVS. In order to limit artificial extrapolation of groundwater contours in areas where data is not available, control points were included and assigned a concentration of 0.1 ug/L. These control points are shown in Figure 5-11.

The groundwater figures present a series of four views that represent horizontal sections through the three-dimensionally kriged interpretation of the groundwater sample results. The four horizontal sections are taken at elevations that generally represent major hydrostratigraphic horizons, as follows:

- Section elevation=810 ft amsl, corresponding approximately to the water table, located generally within the Glacial Till layer;
- Section elevation=750 ft amsl, corresponding approximately to the interface between the sandstone and mudstone units in the St. Peter Sandstone, and within the Outwash Deposit layer in the bedrock depression;

[3] Some historical samples recorded only the lower depth of the sample range, and this convention was used to maintain consistency.

- Section elevation=700 ft amsl, corresponding to the St. Peter Mudstone layer and the lower portion of the Outwash Deposits within the bedrock depression; and,
- Section elevation=620 ft amsl, corresponding to a conductive fracture zone approximately 40 feet below the top of the Prairie du Chien (OPD).

Figure 5-12 presents the groundwater distribution of toluene, indicating an area of groundwater impacts beneath the Former Ashland Lease Area. Concentrations in shallow groundwater exceed the HRL, and the area of impacts descends vertically into the Outwash Deposits (views B and C), and into the OPD (view D). Concentrations decrease with depth to below the HRL within the Outwash Deposits. Figure 5-13 presents the groundwater distribution of total xylenes, indicating a pattern of distribution very similar to that of toluene, with concentration reductions with depth more rapid than for toluene. These compounds are highly amenable to biodegradation under either aerobic or anaerobic conditions, and the rapid decrease in concentration suggests that biodegradation is occurring.

Figure 5-14 presents the groundwater concentration distribution of the sum of chlorinated VOCs, indicating an area of groundwater impacts beneath the Former Ashland Lease Area, and beneath the Round House Area. The impacted area beneath the Former Ashland Lease Area extends vertically into the Outwash Deposits (views B and C), and into the OPD (view D). In shallow groundwater, there also appears to be a horizontal path from the Former Ashland Lease Area to the south that merges with shallow impacts present in the Waste Reclamation Area. The commingled plume migrates eastward and descends in the Outwash Deposits. This pathway may be facilitated by the lacustrine units, which provide a barrier to downward migration until a discontinuity is encountered. Impacts also occur in the shallow groundwater beneath the Round House Area, and initially decrease with depth. At an elevation of approximately 750 ft amsl, concentrations increase substantially within the Outwash Deposits. This impacted area also extends through the Outwash Deposits and into the OPD, and the two impacted areas, from beneath the Former Ashland Lease Area and from beneath the Round House Area, merge within the OPD and migrate laterally to the south consistent with the OPD groundwater flow direction (section 4).

The family of chlorinated solvent compounds may degrade through hydrolysis and microbial processes. The result is a progressive dechlorination of the original contaminant, ultimately culminating in vinyl chloride or ethane/ethene. Figures 5-15 to 5-22 present the contaminant distributions of the chlorinated ethene group of compounds, and the chlorinated ethane group of

compounds. Each group of compounds contains the major parent compounds and the by-products of degradation, including biotic and abiotic degradation pathways. In the chlorinated ethene group, the biodegradation sequence follows a reductive dechlorination pathway, in which PCE is degraded to TCE, followed in order by cis-1,2-DCE, vinyl chloride and ethene, which is the non-chlorinated final end product[4]. Both cis-1,2-DCE and vinyl chloride may also be degraded to carbon dioxide under oxidizing conditions (Chapelle, 2001). In the chlorinated ethane group, the biodegradation sequence follows a reductive dechlorination pathway in which 1,1,1-TCA is degraded to 1,1-DCA[5], chloroethane and ethane, the non-chlorinated final end product. However, 1,1,1-TCA also follows an abiotic degradation pathway which produces 1,1-DCE and acetic acid in the molar ratio of 1:4 with published half-lives on the order of 1 year (Montgomery, 2000; Schwarzenbach et al, 1993; and Howard et al, 1991). 1,1-DCE degrades biotically to vinyl chloride, which may either be oxidized to carbon dioxide or reduced to ethene, depending upon the conditions. Both the biotic and abiotic degradation pathways can occur simultaneously.

Figures 5-15 to 5-18 show the PCE to vinyl chloride (chlorinated ethene) group of compounds. Impacts are present beneath both the Former Ashland Lease Area and beneath the Round House Area. The PCE impacts beneath the Former Ashland Lease Area decrease with depth through the Outwash Deposits, while cis-1,2-DCE and vinyl chloride increase in the outwash. This indicates that PCE and TCE are degrading to cis-1,2-DCE and vinyl chloride. PCE impacts occur in the shallow groundwater beneath the Round House Area, and decrease with depth. The degradation product cis-1,2-DCE is present within the plume beneath the Round House Area, but vinyl chloride is absent except for a very limited area in the northern part of the Round House. The PCE plume continues to descend into the OPD and merges with the plume from the Former Ashland Lease Area (view D) at a geographic location below Central Avenue.

Figures 5-19 to 5-21 show the chlorinated ethane group of compounds beginning with 1,1,1-TCA. 1,1,1-TCA impacts are present beneath both the Former Ashland Lease Area and the Round House Area. The impacts below the Former Ashland Lease Area appear to decline with depth, while the impacts below the Round House Area appear to be more persistent. The biodegradation product 1,1-DCA is produced below both areas and descends through the Outwash Deposit into the OPD, whereupon the two impacted areas merge and flow to the south. The abiotic

---

[4] Ethene is not an analyte in the standard SW-846-8260 VOC analysis, due to its high volatility, and site data is not available.

degradation product 1,1-DCE, is present at both the Former Ashland Lease Area and the Round House Area. Figure 22 shows 1,1,2-TCA, which is much less susceptible to degradation than 1,1,1-TCA. 1,1,2-TCA is likely derived from degradation of 1,1,2,2-tetrachloroethane, which is detected in soils beneath the Former Ashland Lease Area. 1,1,2-TCA is present beneath the Former Ashland Lease Area and at 28th Avenue and Central, but is not present beneath the Round House Area.

Impacts in groundwater off-site to the south of Shoreham Facility are primarily restricted to the OPD. Figure 5-23 shows data from all wells to the south of 28th Avenue and includes fourteen permanent monitoring wells and hydroprofile sample SB03-62. The most significantly impacted wells are MW04-35-OPD and MW03-61-OPD, in which PCE, vinyl chloride and 1,1-DCE exceed their respective HRL values. While a substantial well network exists south of the Shoreham Facility, the nature and extent of OPD groundwater contamination to the east and southeast of the Site is not yet fully characterized. Unlike wells directly to the south and east of the East Side Shoreham Facility, wells MW03-64-OPD and MW04-41-OPD to the west are primarily impacted with TCE which differs from the type of impacts in the wells on the eastern side as described above. MPCA's database of known and potential sources of soil and groundwater contamination in the vicinity (MPCA, 2005) contains several potential sources located to the south and west of the Shoreham Facility, which may be the source of the TCE impacts in wells MW03-64-OPD and MW04-41-OPD.

### 5.3 Potential Exposure Pathways

Based upon the site specific conditions, the following environmental media are contaminated in portions of the East Side Shoreham Facility and, directly or indirectly, receptors may be exposed to such contamination:

- soil;
- fugitive dust;
- vapor; and
- groundwater.

The potential exposure pathways to such contaminated media include:

- Direct dermal contact with soil;
- Direct dermal contact with fugitive dust;
- Direct dermal contact with groundwater;

[5] 1,1-DCA was also reported to be stored and sold at the Former Ashland Lease Area (section 2.2.1).

- Inhalation of fugitive dust;
- Inhalation of vapors;
- Ingestion of soil;
- Ingestion of fugitive dust;
- Ingestion of surface water; and,
- Ingestion of groundwater.

### 5.4 Potential Receptors

Potential human receptors under both current and future use scenarios at the East Side Shoreham Facility include:

- On-Site workers;
- On-Site utility workers;
- On-Site construction workers;
- Off-Site residents/workers;
- Child/teen trespassers; and,
- Adult trespassers.

These receptors will be addressed in the forthcoming *FFS/RAP*. Given the current and anticipated future use of the property, significant exposure by ecological receptors is not anticipated.

### 5.5 Historical and Planned Property Use

Land use at the East Side Shoreham Facility historically has been primarily industrial with some non-industrial commercial activity. The Site has been used since the 1880s primarily as a railroad yard by Soo Line Railroad and its predecessors, and its use has been consistent with the operation and maintenance of locomotives and railcars, the storage and transfer of freight, and the necessary supporting services. A portion of the Site, Area A - the Former Lease Area, was leased to tenants who operated a chemical blending, storage and transfer facility (Ashland Lease Area), and operated a fuel storage/retail petroleum business (Murphy Lease Area).

Future land use of the Site includes continuing operations of the railroad by Soo Line. In addition, the City of Minneapolis has expressed interest in purchasing portions of the Site for commercial re-development purposes. The potential redevelopment area fronts Central Avenue NE, and includes all or portions of Area D-Former Ice House Area, Area A–Former Lease Area, Area B-Collector Pan Area, Area E-Waste Reclamation Area, and Area C-Round House Area. Future property use will be further discussed in the forthcoming *FFS/RAP*.

## 6.0 CONCLUSIONS & RECOMMENDATIONS

The data summarized in this report provides a concise understanding of the geology, hydrogeology, and contaminant distribution in soil and groundwater associated with the East Side Shoreham Facility.

Significant source areas of solvent contamination in soil have been identified in the Former Ashland Lease Area, and the Roundhouse Area. Areas of petroleum contamination in soil have been identified in the Murphy Lease Area, Collector Pan Area, and Pump House Area. In addition, LNAPL sources have been identified in the Former Ashland Lease Area (solvent), Collector Pan Area (petroleum), and Pump House Area (petroleum). Groundwater contamination associated with the solvent source areas commingle and extend through the Glacial Till and Outwash Deposit aquifers and into the Prairie du Chien bedrock aquifer.

Pilot testing is currently ongoing to investigate LNAPL source delineation and removal options, and to assess in-situ soil vapor extraction (SVE) efficiency for unsaturated zone soil treatment. Application of these technologies will be further discussed in the forthcoming *FFS/RAP*.

Additional investigation is recommended to complete the assessment of solvent contamination in and emanating from the Outwash Deposit groundwater east of Central Avenue, and in the groundwater of the Prairie du Chien bedrock south and east of the Shoreham Facility. The scope of these additional investigations will be dependent upon access considerations, and they will be developed in a work plan that will be submitted to MPCA for review and approval.

## 7.0 REFERENCES

AMEC Earth and Environmental, 2002a. Standard Operating Procedure Document, Canadian Pacific Railway, Shoreham Facility, Minneapolis, Minnesota.

AMEC Earth and Environmental, 2002b. Site-Specific Health and Safety Plan, Hazardous Waste Operations, Shoreham Facility, Canadian Pacific Railway, Minneapolis, Minnesota.

AMEC Earth and Environmental, 2003. Phase II Stage II Investigation, Soo Line Dump Site, Canadian Pacific Railway, Shoreham Facility, Minneapolis, Minnesota.

AMEC Earth and Environmental, 2004a. Quality Assurance Project Plan, Shoreham Facility, Canadian Pacific Railway, Minneapolis, Minnesota.

AMEC Earth and Environmental, 2004b. Tank Facility Assessment Report, East Side Shoreham Facility, Canadian Pacific Railway, Minneapolis, Minnesota.

AMEC Earth and Environmental, 2004c. Status of Recognized Environmental Conditions, East Side Shoreham Facility, Canadian Pacific Railway, Minneapolis, Minnesota.

Bloomgren, B.A., J.M. Cleland, and B.M. Olsen, 1989. Depth to Bedrock and Bedrock Topography, pl. 4 in Balaban, N.H., ed., Geologic Atlas of Hennepin County, Minnesota: Minnesota Geological Survey County Atlas Series Atlas C-4, scale 1:100,000.

Braun Intertec Corp., 1999. Phase I Environmental Site Assessment, Canadian Pacific Railway, Central Avenue – Shoreham Parcel, 2800 Central Avenue Northeast, Minneapolis, Minnesota.

Chapelle, F.H., 2001. Ground-Water Microbiology and Geochemistry, 2nd Edition. Wiley & Sons, New York.

Howard, P.H., R.S. Boethling, W.F. Jarvis, W.M. Meylan, and E.M. Michalenko. 1991. Handbook of Environmental Degradation Rates. Lewis Publishers, Inc. Chelsea, Michigan.

IT Corporation, 2001. Phase II Supplemental Remedial Investigation Report, Canadian Pacific Railway, Shoreham Facility, Minneapolis, Minnesota.

Jirsa, M.A., B.M. Olsen, and B.A. Bloomgren, 1986. Bedrock Geologic and Topographic Maps of the Seven-County Twin Cities Metropolitan Area, Minnesota: Minnesota Geological Survey Miscellaneous Map Series Map M-55, 2 pls.

Meyer , G.N. and L. Swanson, eds. 1992. Geologic Atlas of Ramsey County, Minnesota.. 10 pls.

Meyer, G.N. and B.A. Lusardi , 2000. Surficial Geology of the St. Paul 30 x 60 Minute Quadrangle, Minnesota. Minnesota Geological Survey, Misc. Investigations Map, M-106.

Meyer, G.N., 1985: Quaternary Geologic Map of the Minneapolis-St. Paul Urban Area, Minnesota.

Meyer, G.N. and B.A. Lusardi, 2000. Surficial Geology of the St. Paul 30 x 60 Minute Quadrangle, Minnesota; Minnesota Geological Survey Map M-106.

Meyer, G.N. and C.J. Patterson, 1999. Surficial Geology of the Anoka 30 x 60 Minute Quadrangle, Minnesota; Minnesota Geological Survey Map M-7.

Meyer, G.N., and H.C. Hobbs, 1989. Surficial Geology, Plate 3 *in* Balaban, N.H., ed., Geologic Atlas of Hennepin County, Minnesota: Minnesota Geological Survey County Atlas Series C-4.

Minnesota Department of Natural Resources, 1989. Hennepin County Geologic Atlas; Atlas C-4.

Minnesota Department of Natural Resources, 1992. Ramsey County Geologic Atlas; Atlas C-7.

Minnesota Geological Survey- County Well Index; http://www.geo.umn.edu/mgs/cwi.html

Minnesota Geological Survey, 1982. Geologic Atlas, Hennepin County, Minnesota. County Atlas Series Map C-4. 9 plates.

Minnesota Pollution Control Agency, 1994. Ground Water Monitoring and Assessment Program (GWMAP) Annual Report. St. Paul, MN., 182p.

Minnesota Pollution Control Agency, 1995. Ground Water Monitoring and Assessment Program (GWMAP) Annual Report. St. Paul, MN., 116p.

Minnesota Pollution Control Agency, 2005. http://www.pca.state.mn.us/backyard/neighborhood.html#search

Montgomery J.H., 2000. Groundwater Chemicals, Desk Reference, Third Edition. CRC Press.

Mossler, J.H., 1987. Paleozoic Lithostratigraphic Nomenclature for Minnesota, Minnesota Geological Survey Report of Investigations 36, 36 p., 1 pl.

Mossler, J.H., and R.G. Tipping, 2000. Bedrock Geology and Structure of the Seven-County Twin Cities Metropolitan Area, Minnesota, Minnesota Geological Survey Miscellaneous Map M-104.

Mossler, J.H., and M.S. Walton, 1979. Surficial Geology, Plate 2 *in* Norvitch, R.F., and Walton, M.S., eds., Geologic and Hydrologic Aspects of Tunneling in the Twin Cities Area, Minnesota: U.S. Geological Survey Miscellaneous Investigations Series Map I-1157.

Palen, B.M., R. Kanivetsky, and R.A. Christopher, 1989. Water-Table Hydrogeology, in Balaban, N.H., ed., 1989, Geologic Atlas-Hennepin County, Minnesota, Minnesota Geological Survey, County Atlas Series, C-4, 8 pl.

Ruhl, J.F., R. Kanivetsky, and B. Shmagin, 2002. Estimates of Recharge to Unconfined Aquifers and Leakage to Confined Aquifers in the Seven-County Metropolitan Area of Minneapolis-St. Paul, Minnesota; USGS Water-Resources Investigations Report 02-4092.

Runkel, A.C., and R.G. Tipping, 1998. Stratigraphy and Hydrogeology of Paleozoic Rocks of Southeastern Minnesota: Institute on Lake Superior Geology Proceedings, 44th Annual Meeting, Minneapolis, Minnesota, 1998; v.44, Part 2, p. 103-130.

Runkel, A.C., R. Kanivetsky, R.G. Tipping,, 1999. Hydraulic and Hydrostratigraphic Characteristics of the Prairie du Chien-Jordan Aquifer System in the Twin Cities Metropolitan Area, Minnesota: Informal Report Submitted to the Minnesota Department of Health in Preparation for Minnesota Geological Survey publication.

Runkel, A.C., R.G. Tipping, E.C. Alexander, Jr., J.A. Green, J.H. Mossler, S.C. Alexander, 2003a. Hydrogeology of the Paleozoic Bedrock in Southeastern Minnesota; Report of Investigations 61, University of Minnesota.

Runkel, A.C., R.G. Tipping and J.H. Mossler, 2003b. Geology in Support of Groundwater Management for the Northwestern Twin Cities Metropolitan Area, Minnesota Geological Survey.

Runkel, A.C., 1999. Hydrogeologic Attributes of Paleozoic Strata in Southeastern Minnesota: Part 1—Porosity and Permeability Distribution: Minnesota Geological Survey; Informal Report Submitted to the Southeast Minnesota Water Resources Board, 48 p.

Runkel, A.C., 2000. Hydrogeologic Attributes of Paleozoic Strata in Southeastern Minnesota: Part 2—Hydraulic Attributes: Minnesota Geological Survey; Informal Report Submitted to the Southeast Minnesota Water Resources Board.

Sardeson, F.W., 1916. Minneapolis-St. Paul Folio, Minnesota: U.S. Geological Survey Geologic Atlas, Folio 201, 14 p.

Schwarzenbach R.P., P.M. Gschwend, P.M., and D.M. Imboden, 1993. Environmental Organic Chemistry, Wiley & Sons.

Seaberg, J.K. and D.D. Hansen, 2000. Metropolitan Area Groundwater Model Project Summary, Northeast Province, Layer 1, 2, and 3 Model; Minnesota Pollution Control Agency.

Stone, J.E., 1965. Reconnaissance Map of the Surficial Geology of the Minneapolis- St. Paul Area: Minnesota Geological Survey File Map.

Wahl, T. E., and R. G. Tipping, 1991. Ground-water Data Management - The County Well Index. Minnesota Geological Survey, Minneapolis, MN. 38p.

Wright, H. E., 1970. Geologic History of Minnesota Rivers. Educational Series 7, Minnesota Geological Survey, University of Minnesota, St. Paul, 20p.

Wright, H. E., Jr., C. L. Matsch, and E. J. Cushing, 1973. Superior and Des Moines Lobes. Geological Society of America Memoir 136: 153-85.




## REFERENCES

1.) MAP TAKEN FROM U.S.G.S. 7.5 MINUTE QUADRANGLES OF NEW BRIGHTON, MINNESOTA, DATED 1997 AND MINNEAPOLIS NORTH, MINNESOTA, DATED 1967.

2000 0 2000
SCALE FEET

Golder Associates
Philadelphia USA

| | | | |
|---|---|---|---|
| FILE No. | 0236105G006 | SCALE | AS SHOWN |
| PROJECT No. | 023-6105 REV. 0 | DATE | 02/16/05 |
| | | DESIGN | AM |
| | | CADD | AM |
| | | CHECK | MMM |
| | | REVIEW | PSF |

TITLE

# FACILITY LOCATION MAP

SOO LINE SHOREHAM FACILITY

FIGURE 2-1

Drawing file: 0236105G006.dwg Feb 16, 2005 - 11:41am