# Shoreham Facility Minneapolis, Minnesota

## Soo Line Hydrogeologic and Contaminant Distribution Model for the East Side of the Shoreham Facility

February 17, 2005

# Agenda

- Introduction
- Background
- Schedule
- Community Relations
- NCP
- Presentation of Available Data
  - Geology
  - Hydrogeology
  - Contaminant Distribution
- Questions

# Administrative Issues and Framework of Presentation

- Sign up sheet
- Area of interest
  - East Side of the Facility
  - Lease areas
  - Round House/Shops areas
- Presenting summary results of the East Side investigations
- Litigation pending

# Background – Facility Location

- Facility Location
- Approximately 230 acres
- Been in rail use since the late 1880s
- 4 main areas under investigation
  - Cedar Service
  - McFarland/Dworsky
  - Soo Dump Site
  - East Side Site

