# East Side of Shoreham Yard

- Includes the following areas
  - Former Ashland lease site
  - Former Murphy lease site
  - Collector Pan/Fueling Area
  - Round House/Waste Reclamation Area/Shops

# East Side of Shoreham Yard



# East Side Site Investigations

- Major work began on the eastern side in the mid 1990s
- Investigations included soil and groundwater work to delineate the extent and magnitude of the contamination in the subsurface
- Investigations have also included vapor studies as well as free product studies
- On the site there have been 390 soil borings and 127 wells installed



