# Project Schedule

- Ongoing monitoring two times a year with water levels taken every quarter
- FS/RAP to be submitted at end of March
- Out for public comment, with additional public meeting

# Community Relations

- Community Connect Line: 800-766-7912
- General Comments:
  Laura Baenen: 612-851-5659
- Environmental Comments:
  LeeAnn Thomas: 612-904-6130
- Northeast Library – public repository
  2200 Central Avenue NE, 612-630-6900
- State: MPCA, DOH and MDA
- Minneapolis PCA

# National Contingency Plan (NCP)

- Federal Regulation that defines the process for clean-up of contaminated sites (40 CFR Part 300) main process steps
  - *Remedial Investigation*: Defines the "nature and extent" of contamination
  - Feasibility Study: Defines, screens and evaluates clean-up options
  - Remedial Action selection: Decision on the clean-up approach
  - Remedial Design/Remedial Action: Implements the clean-up

# Feasibility Study/Proposed Response Action Plan (FS/RAP)

- NCP Criteria for evaluating clean-up options:
  - Protection of human health & the environment
  - Compliance with regulations (ARARs)
  - Long-term effectiveness
  - Short-term effectiveness
  - Implementability
  - Reduction of toxicity, mobility and volume of contaminants
  - Cost
  - *Community Acceptance*
  - State Acceptance

# Remedial Action (Remedy) Selection

- FS/RAP is provided to State for review and made available for Public Comment
- A Public Meeting will be held to explain and present the FS/RAP
- Public comments are evaluated by State along with its technical review
- The State will concur with the Proposed RAP or request revisions based on its review and public comment
- The State will issue a RAP Approval Letter endorsing the approved RAP