**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2005, I caused the following documents:

Notice of Motion for Partial Summary Judgment
Motion for Partial Summary Judgment
Memorandum in Support of Ashland's Motion for Partial Summary Judgment
Affidavit of Laura M. O'Donnell in Support of Ashland's Motion for Partial Summary Judgment with exhibits
Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

becker@mdh-law.com
ebeckmann@murnane.com
sb@gr-espel.com
elewison@gr-espel.com
jim.bullard@leonard.com
paula.benson@leonard.com
daniel.colton@leonard.com
michelle.brodin@leonard.com
lespel@gr-espel.com
shance@murnane.com
whefner@gr-espel.com
jak@gr-espel.com
mryan@murnane.com
cclose@murnane.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Christopher M. McGlincey
Leonard Street and Deinard
150 5th Street
Suite 2300
Minneapolis, MN 55402

Amy Patterson
Leonard Street and Deinard
150 5th Street
Suite 2300
Minneapolis, MN 55402

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Ann D. Montgomery – montgomery_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

becker@mdh-law.com
ebeckmann@murnane.com
sb@gr-espel.com
elewison@gr-espel.com
jim.bullard@leonard.com
paula.benson@leonard.com
daniel.colton@leonard.com
michelle.brodin@leonard.com
lespel@gr-espel.com
shance@murnane.com
whefner@gr-espel.com
jak@gr-espel.com
mryan@murnane.com
cclose@murnane.com

Dated: March 25, 2005

s/William P. Hefner
William P. Hefner