IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Soo Line Railroad Company
a Minnesota corporation,

Plaintiff,

v.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Case No. CV 01-1628 ADM/AJB

**NOTICE OF WITHDRAWAL OF MOTION AND CANCELATION OF HEARING**

Pursuant to an agreement between Soo Line Railroad Company and Ashland Inc. ("Ashland"), Ashland hereby withdraws its Motion for Partial Summary Judgment ("Motion"). Accordingly, the Court may release the hearing date, set for May 10, 2005. Ashland reserves the right to re-file the Motion at a later date.

Dated: April 27, 2005

**GREENE ESPEL, P.L.L.P.**

s/ William P. Hefner
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830

Attorneys for Defendant Ashland, Inc.