**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CASE NO.: CV 01-1628 (ADM/AJB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2005, I caused the following documents:

- Notice of Withdrawal of Motion and Cancelation of Hearing

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Katherine E Becker**
  becker@mdh-law.com
- **Edward E Beckmann**
  ebeckmann@murnane.com
- **Stacy Lynn Bettison**
  sbettison@gr-espel.com elewison@gr-espel.com
- **James G Bullard**
  jim.bullard@leonard.com paula.benson@leonard.com
- **I Daniel Colton**
  daniel.colton@leonard.com michelle.brodin@leonard.com
- **Larry D Espel**
  lespel@gr-espel.com lbulson@gr-espel.com;lodonnell@gr-espel.com;smh@gr-espel.com
- **Stephen W Hance**
  shance@murnane.com
- **William P Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **Michael S Ryan**
  mryan@murnane.com cclose@murnane.com

I further certify that I caused a copy of the documents to be mailed first class to non-ECF participants as listed below:

Larry J. Chilton
Joseph Vallort
Chilton Yambert Porter & Young, LLP
150 South Wacker Drive, Suite 2400
Chicago, IL 60606

Christopher M McGlincey
Leonard Street and Deinard
150 5th Street South, Suite 2300
Minneapolis, MN 55402

Dated: April 27, 2005

s/ William P. Hefner
William P. Hefner, Reg. No. 258349