# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**

Case Number: 01-1628 ADM/AJB

Date: May 16, 2005
Time Commenced: 3:15 p.m.
Time Concluded: 3:25 p.m.
Time in Court: 10 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

A settlement conference is to be scheduled. The parties are to contact the Court as to which proposed date works for all parties. A notice of settlement conference will be issued upon confirmation of a date.

s/ Kathy Thobe
Judicial Assistant