# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

Date: May 17, 2005
Time Commenced: 10:30 p.m.
Time Concluded: 10:35 p.m.
Time in Court: 5 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant