# UNITED STATES DISTRICT COURT

**FOR THE**

**DISTRICT OF MINNESOTA**

**CHAMBERS OF**
**ARTHUR J. BOYLAN**
**U. S. MAGISTRATE JUDGE**

**638 FEDERAL COURTS BUILDING**
**316 NORTH ROBERT STREET**
**ST. PAUL, MINNESOTA 55101**
**(651) 848-1210**

May 20, 2005

Daniel Colton, Esq.
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Larry D. Espel, Esq.
200 South 6th Street
Suite 1200
Minneapolis, MN 55402-1415

In Re: Soo Line Railroad Company v. Ashland, Inc., et al.
Civil No. 01-1628 ADM/AJB

Gentlemen:

Enclosed is a Notice of Settlement Conference. The settlement conference will be held on June 16, 2005. As you can see, it is starting at an early time, to wit: 8:00 a.m.

I had previously advised counsel that I had the day of June 17, 2005 available for continued settlement discussions. Unfortunately, I had overlooked a prior commitment that I have for that day and that day is not available.

To the extent that anyone is making travel arrangements, counsel and parties are advised not to make any return travel arrangements on the afternoon or evening of June 16. Early travel arrangements may conflict with our settlement efforts. For that reason, the parties and counsel are advised that to the extent that settlement discussions run into the evening, the Court does not contemplate that said efforts will be cut short because of conflicting travel demands.

Very Truly Yours,

*s/ Arthur J. Boylan*

Arthur J. Boylan
United States Magistrate Judge

AJB:kt

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOO LINE RAILROAD COMPANY,

Plaintiff,

v.

ASHLAND,INC., ET AL.,

Defendant.

Case No. 01-1628 ADM/AJB

NOTICE OF
SETTLEMENT CONFERENCE

---

A settlement conference will be held on June 16, 2005 at 8:00 a.m., in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

In order to encourage the parties to address the issue of settlement on their own, counsel must confer in person at least ten (10) days prior to the date of the settlement conference, to engage in a full and frank discussion of settlement. If the case does not settle, each attorney shall submit to the undersigned at least one week before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions before the meeting, their respective positions following the meeting and a reasoned,

itemized analysis justifying their client's last stated settlement position. **This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov.**

Failure of any lawyer to submit this letter will result in the settlement conference being rescheduled and the imposition of an appropriate sanction on the attorney whose failure caused the conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

Dated: May 20, 2005

s/Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge