# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

Date: June 3, 2005
Time Commenced: 1:30 p.m.
Time Concluded: 1:55 p.m.
Time in Court: 25 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The parties are to contact chambers the week of June 6, 2005, to discuss the settlement conference currently scheduled for June 16, 2005.

s/ Kathy Thobe
Judicial Assistant