# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Soo Line Railroad Co., | COURT MINUTES - CIVIL |
| | BEFORE: Arthur J. Boylan |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 01cv1628 ADM/AJB |
| | Date: 6/16/05 |
| Ashland, Inc., et al., | Court Reporter: |
| | Time Commenced: 8:00 a.m. |
| Defendant. | Time Concluded: 10:30 p.m. |
| | Time in Court: 14 Hours & 30 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: James G. Bullard and Dan Colton
Defendant: Michael S. Ryan, Edward E. Beckmann, and William P. Hefner

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- √ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

Note: Parties are to meet and confer, trade settlement documents, etc., by June 22, 2005. The parties are to appear before AJB for continued settlement discussions on June 29, 2005 at 3:00 p.m.

s/Kathy Thobe
Judicial Assistant