# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**

Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 7/29/05 |
| Time Commenced: | 9:55 a.m. |
| Time Concluded: | 10:05 a.m. |
| Time in Court: | 10 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The parties are to contact chambers on August 10, 2005 at 10:00 a.m., to discuss settlement efforts.

s/ Kathy Thobe

Judicial Assistant