# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 8/10/05 |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 10 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The parties are to contact chambers on Wednesday, September 7, 2005 at 8:30 a.m., to discuss settlement efforts. Plaintiff shall initiate the telephone conference call and have all the parties on the line when you call into chambers at 651-848-1210.

s/ Kathy Thobe
Judicial Assistant