# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 9/7/05 |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:55 a.m. |
| Time in Court: | 25 Minutes |

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The parties are to appear in person before Magistrate Judge Boylan on October 14, 2005 at 9:00 a.m., for a scheduling conference.

**PLEASE NOTE**: Magistrate Judge Boylan's chambers will be at 180 East 5th Street in St. Paul, Suite 720.

s/ Kathy Thobe
Judicial Assistant