UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Soo Line Railroad Company,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ashland Inc.,<br>a Kentucky corporation,<br>and Murphy Oil USA, Inc.,<br>f/k/a Murphy Corporation,<br>a Delaware corporation,<br><br>Defendants. | Case No. CV 01-1628 ADM/AJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

All claims and counterclaims in the above-captioned action by and between Plaintiff Soo Line Railroad Company ("Soo Line") and Defendant Ashland Inc. ("Ashland") have been fully and finally compromised and settled in a *Pierringer*-type settlement.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between Soo Line and Ashland, through their respective counsel of record, as follows:

1. All claims and counterclaims between Soo Line and Ashland shall be dismissed with prejudice, on the merits, and without costs or disbursements to any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2. The Court shall dismiss Ashland as a party to this action;

3. The claims of Soo Line against defendant Murphy Oil USA, Inc., shall not be affected by the dismissal of Soo Line's claims against Ashland or the dismissal of

Ashland as a party to this action, and all claims that the parties have retained pursuant to their *Pierringer*-type settlement shall be preserved intact; and

4. The Court shall retain jurisdiction over the parties' settlement for purposes of enforcing said settlement in accordance with its terms.

Dated: September 7, 2005

**LEONARD, STREET AND DEINARD**

*s/Ilsley Daniel Colton*
James G. Bullard (#123249)
Ilsley Daniel Colton (#223116)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

**ATTORNEYS FOR PLAINTIFF SOO LINE RAILROAD COMPANY**

Dated: September 7, 2005

**GREENE ESPEL, P.L.L.P.**

*s/Larry D. Espel*
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830

and

**CHILTON YAMBERT PORTER & YOUNG, LLP**
Larry J. Chilton, IL Reg. No. 6185236
Joseph Vallort, IL Reg. No. 6209211
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 460-8000

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**