UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Soo Line Railroad Company,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ashland Inc.,<br>a Kentucky corporation,<br>and Murphy Oil USA, Inc.,<br>f/k/a Murphy Corporation,<br>a Delaware corporation,<br><br>Defendants. | Case No. CV 01-1628 ADM/AJB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 9, 2005, I caused the following document:

**Stipulation of Dismissal with Prejudice**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to, among others, the following:

Larry D. Espel (lespel@gr-espel.com)
Michael S. Ryan (mryan@murnane.com)

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is signing the order:

Honorable Ann D. Montgomery

and I certify that I caused a copy of the proposed order to be mailed by first class mail, postage paid, as a noted below, to the following:

Larry D. Espel
Michael S. Ryan

Dated: September 9, 2005

*s/Ilsley Daniel Colton*
Ilsley Daniel Colton (#223116)
Leonard, Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500