UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

v.

Ashland Inc.,
a Kentucky corporation,
and Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendants.

Case No. CV 01-1628 ADM/AJB

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Soo Line Railroad Company ("Soo Line") and Ashland Inc. ("Ashland"), IT IS HEREBY ORDERED as follows:

1. All claims and counterclaims in the above-captioned action between Soo Line and Ashland are dismissed with prejudice, on the merits, and without costs or disbursements to any party;

2. Ashland is dismissed as a party to this action;

3. The claims of Soo Line against defendant Murphy Oil USA, Inc., are not affected by the dismissal of Soo Line's claims against Ashland or the dismissal of Ashland as a party to this action, and all claims that the parties have retained pursuant to their *Pierringer*-type settlement are preserved intact; and

4. The Court retains jurisdiction over the parties' *Pierringer*-type settlement for purposes of enforcing said settlement in accordance with its terms.

Dated: September 12, 2005

s/Ann D. Montgomery
Ann D. Montgomery
United States District Court Judge