# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE

Soo Line Railroad Company,

Plaintiff,

v.

Ashland Inc.,

Defendant.

## COURT MINUTES

Case Number: 01cv1628 ADM/AJB

| | |
|---|---|
| Date: | 10/14/05 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:30 a.m. |
| Time in Court: | 30 Minutes |

Scheduling Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. Notice of Settlement Conference to be issued. Settlement Conference will be scheduled for January 4, 2006.

s/ Kathy Thobe
Judicial Assistant