UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Murphy Oil USA, Inc.,
f/k/a Murphy Corporation,
a Delaware corporation,

Defendant.

Civil No. 01-1628 (ADM/AJB)

**FIFTH AMENDED STIPULATION AND ORDER AMENDING DEADLINES SET IN THE INITIAL PRETRIAL SCHEDULING ORDER DATED NOVEMBER 21, 2001 AND SUBSEQUENT AMENDMENTS**

**WHEREAS,** by Order dated September 12, 2005 ("Order"), the Court signed the Stipulation of Dismissal filed by Soo Line, dismissing all claims and counterclaims between Soo Line and former defendant Ashland Inc., with prejudice; and

**WHEREAS,** all other agreements, acknowledgments, conditions, and stipulations expressed in the *Fourth Amended Pretrial Scheduling Order* remain in full force and effect;

**NOW, THEREFORE,** it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that the *Fourth Amended Pretrial Scheduling Order* shall be amended and restated to provide as follows:

1. Amended pleadings shall be completed by March 1, 2006.

2. Schedule mediation with Magistrate Judge Arthur J. Boylan, February 7, 2006, 9:00 a.m., 638 Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

3. Discovery shall be completed by December 31, 2006.

4. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   i. Plaintiff's expert disclosure and reports by May 1, 2006.

   ii. Defendant's expert disclosure and reports by August 31, 2006.

5. Plaintiff's rebuttal report shall be disclosed on or before November 15, 2006.

6. All non-dispositive motions (other than those which seek to amend the pleadings or add a party) and supporting documents, including those which relate to discovery, shall be served and filed by January 15, 2007.

7. All dispositive motions shall be served and filed by the parties by December 1, 2006.

8. This case shall be ready for a jury trial on April 1, 2007, or upon resolution of any pending dispositive motions.

Dated: December 15, 2005

/s Christopher M. McGlincey
Ilsley Daniel Colton (#223116)
Christopher M. McGlincey (#269505)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500
Facsimile: 612-335-1657

**ATTORNEYS FOR PLAINTIFF**
**SOO LINE RAILROAD COMPANY**

Dated: December 15, 2005

/s Michael S. Ryan

Michael S. Ryan (#130643)

**MURNANE BRANDT**
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
Telephone: 651-227-9411
Facsimile: 651-223-5199

**ATTORNEYS FOR DEFENDANT MURPHY OIL**

**ORDER**

For good cause shown, the above Stipulation is hereby approved, and the Fourth Amended Pre-Trial Scheduling Order dated December 20, 2004, is hereby amended accordingly.

BY THE COURT:

Dated: December 19, 2005

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge