# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

Date: 11/2/06
Time Commenced: 11:30 a.m.
Time Concluded: 11:45 a.m.
Time in Court: 15 Minutes

Telephone Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

Each party shall submit a letter, or a joint letter, to the undersigned no later than November 10, 2006. A telephone conference will take place on November 13, 2006 at 11:30 a.m.

s/ Kathy Thobe
Judicial Assistant