# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 11/17/06 |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 9:00 a.m. |
| Time in Court: | 30 Minutes |

Telephone Conference regarding settlement held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

A telephone conference will take place on November 28, 2006 at 1:30 p.m.

s/ Kathy Thobe
Judicial Assistant