# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

Soo Line Railroad,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**

Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 11/28/06 |
| Time Commenced: | 1:30 a.m. |
| Time Concluded: | 2:00 a.m. |
| Time in Court: | 30 Minutes |

Telephone Conference regarding settlement held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

A telephone conference will take place on December 14, 2006, at 3:30 p.m.

s/ Kathy Thobe
Judicial Assistant