# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Soo Line Railroad,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

## COURT MINUTES

Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 12/20/06 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:15 a.m. |
| Time in Court: | 15 Minutes |

Telephone Conference regarding settlement held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The parties shall appear in person before Magistrate Judge Boylan on December 27, 2006, at 1:00 p.m., Suite 8E, 300 South 4th Street, Minneapolis, MN.

s/ Kathy Thobe
Judicial Assistant