# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Soo Line Railroad, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Arthur J. Boylan | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 01cv1628 ADM/AJB |
| | ) | Date: | 1/4/07 |
| Ashland, Inc., et al., | ) | Court Reporter: | |
| | ) | Time Commenced: | 1:30 p.m. |
| Defendant. | ) | Time Concluded: | 4:30 p.m. |
| | ) | Time in Court: | 3 Hours |

Hearing on: **Drafting of Settlement Documentation**

APPEARANCES:

Plaintiff: Daniel Colton
Defendant: Michael S. Ryan

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

√ Matter continued for ongoing discussions.

s/KAT
Judicial Assistant