# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

Soo Line Railroad,

Plaintiff,

v.

Ashland, Inc., et al.,

Defendant.

**COURT MINUTES**

Case Number: 01-1628 ADM/AJB

| | |
|---|---|
| Date: | 2/9/07 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 1:35 p.m. |
| Time in Court: | 4 Hours & 35 Minutes |

Status Conference regarding settlement documents held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant