UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

v.

Murphy Oil USA, Inc., f/k/a Murphy Corporation, a Delaware corporation

Defendant.

Case No. CV 01-1628 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

All claims and counterclaims in the above-captioned action by and between Plaintiff Soo Line Railroad Company ("Soo Line") and Defendant Murphy Oil USA, Inc., f/k/a Murphy Corporation ("Murphy") have been fully and finally compromised and settled.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between Soo Line and Murphy, through their respective counsel of record, as follows:

1. All claims and counterclaims between Soo Line and Murphy shall be dismissed with prejudice, on the merits, and without costs or disbursements to any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2. The Court shall dismiss Murphy as a party to this Action; and

3. The Court, consistent with Federal Rule of Civil Procedure 41(a) and the decision in Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 128 L. Ed. 2d 391 (1994), shall retain jurisdiction over the parties' settlement for purposes of enforcing said settlement in accordance with its terms.

Dated: 3/15, 2007

**LEONARD, STREET AND DEINARD**

Ilsley Daniel Colton (#223116)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

**ATTORNEYS FOR PLAINTIFF SOO LINE RAIL ROAD COMPANY**

Dated: 3/23, 2007

**MURNANE BRANDT**

Michael S. Ryan (#130643)
Murnane Brandt
30 East 7th Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

**ATTORNEYS FOR DEFENDANT MURPHY OIL USA, INC.**