UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Soo Line Railroad Company,
a Minnesota corporation,

Plaintiff,

vs.

Ashland Inc., a Kentucky corporation,
and Murphy Oil USA, Inc., f/k/a
Murphy Corporation, a Delaware
corporation,

Defendants.

Civil File No. 01-1628 ADM/AJB

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal with Prejudice of Soo Line Railroad Company ("Soo Line") and Murphy Oil USA, Inc., f/k/a Murphy Corporation ("Murphy"), [Doc #138]

**IT IS HEREBY ORDERED** as follows:

1. All claims and counterclaims in the above-captioned action between Soo Line and Murphy are dismissed with prejudice, on the merits, and without costs or disbursements to any party;

2. Murphy is dismissed as a party to this action; and

3. The Court, consistent with Federal Rule of Civil Procedure 41(a) and the decision in Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 128 L. Ed. 2d 391 (1994), shall retain jurisdiction over the parties' settlement for purposes of enforcing said settlement in accordance with its terms.

Date: March 29, 2007

s/Ann D. Montgomery

Ann D. Montgomery
United States District Court Judge

742724.1